# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

### James Patrick Connor

was admitted to practice as an attorney and counsellor at the bar of this Court on October 31, 2005.

I further certify that so far as the records of this office are concerned, James Patrick Connor is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 16th day of February
A.D. 2023

By: _____
*Deputy Clerk*