UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**TERRAFORM LABS PTE LTD. and DO HYEONG KWON,**<br><br>**Defendants.** | No.  1:23-cv-1346 (JSR) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Devon Leppink Staren hereby moves this Court for an order for admission to practice *pro hac vice* to appear as counsel for the United States Securities and Exchange Commission in the above-captioned action.

I am a member in good standing of the bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  I have attached the declaration pursuant to Local Rule 1.3.

Dated: February 22, 2023                        Respectfully submitted,

/s/ Devon Leppink Staren
Devon Leppink Staren
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C.  20549
Tel:  (202) 551-5346
Email:  starend@sec.gov

1

## **CERTIFICATE OF SERVICE**

I certify that on February 22, 2023, I caused a copy of the foregoing Motion for Admission *Pro Hac Vice* to be served by ECF on all parties who have made an ECF appearance.

*/s/ Devon Leppink Staren*
Devon Leppink Staren