UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**TERRAFORM LABS PTE LTD. and DO HYEONG KWON,**<br><br>　　　　**Defendants.** | No.  1:23-cv-1346 (JSR) |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Devon Leppink Staren ("Applicant") for admission to practice *pro hac vice* in the above captioned action is **GRANTED**.

Applicant has declared that she is a member in good standing of the bar of the District of Columbia and that her contact information is as follows:

> Devon Leppink Staren
> U.S. Securities and Exchange Commission
> 100 F Street, N.E.
> Washington, D.C.  20549
> Tel:  (202) 551-5346
> Email:  starend@sec.gov

Applicant having requested admission *pro hac vic*e to appear for all purposes as counsel for the United States Securities and Exchange Commission in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____        _____
                                    United States District / Magistrate Judge