**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>   v.<br><br>TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON,<br><br>              Defendants. | Civil Action No. 1:23-cv-01346-JSR<br><br>Hon. Jed S. Rakoff |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted to practice in this Court, and I appear in this case as counsel for Defendants.

Dated: March 3, 2023

Respectfully submitted,

*/s/ Douglas W. Henkin*
Douglas W. Henkin, 2531648
DENTONS US LLP
1221 Avenue of the Americas
New York, New York
Tel: (212) 768-6700
Fax: (212) 768-6800
douglas.henkin@dentons.com