UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>     v.<br><br>TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON,<br><br>                    Defendants. | Civil Action No. 1:23-cv-01346-JSR<br><br>Hon. Jed S. Rakoff |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted to practice in this Court, and I appear in this case as counsel for Defendants.

Dated:  March 3, 2023                              Respectfully submitted,

                                                   */s/ David L. Kornblau*_____
                                                   David L. Kornblau, DK4518
                                                   DENTONS US LLP
                                                   1221 Avenue of the Americas
                                                   New York, New York
                                                   Tel: (212) 768-6700
                                                   Fax: (212) 768-6800
                                                   david.kornblau@dentons.com