**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON, <br><br> Defendants. | Civil Action No. 1:23-cv-01346-JSR <br><br> Hon. Jed S. Rakoff |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Terraform Labs, Pte. Ltd. declares and certifies that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

Dated: March 3, 2023

Respectfully submitted,

*/s/ Douglas W. Henkin*
**DENTONS US LLP**
Douglas W. Henkin
David L. Kornblau
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
douglas.henkin@dentons.com
david.kornblau@dentons.com

Mark G. Califano (admission application to be filed)
1900 K Street, NW
Washington, DC 20006-1102
Tel: (202) 496-7500
mark.califano@dentons.com

Stephen J. Senderowitz (*pro hac vice* to be filed)
233 S. Wacker Drive
Chicago, Illinois 60606
Tel: (312) 876-8141

stephen.senderowitz@dentons.com

*Counsel for Defendant Terraform Labs, Pte. Ltd.*