**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TERRAFORM LABS PTE LTD. and DO HYEONG KWON,<br><br>　　　　　　　Defendants. | Civil Action No. 1:23-cv-01346 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Stephen J. Senderowitz hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for defendants Terraform Labs PTE Ltd. and Do Hyeong Kwon in the above-captioned action.

I am a member in good standing of the Bar of the State of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  March 6, 2023                              Respectfully submitted,

                                             */s/ Stephen J. Senderowitz*
                                             Stephen J. Senderowitz
                                             DENTONS US LLP
                                             233 S. Wacker Drive
                                             Chicago, Illinois 60606
                                             Tel: (312) 876-8141
                                             Fax: (312) 876-7934
                                             stephen.senderowitz@dentons.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>   v.<br><br>TERRAFORM LABS PTE LTD. and DO HYEONG KWON,<br><br>                Defendants. | Civil Action No. 1:23-cv-01346 |

**AFFIDAVIT OF STEPHEN J. SENDEROWITZ
IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE***

Stephen J. Senderowitz, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Dentons US LLP.

2. I submit this affidavit in support of my motion for admission to practice *Pro Hac Vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Illinois.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *Pro Hac Vice* in this case for defendants Terraform Labs PTE Ltd. and Do Hyeong Kwon.

*I verify that the statements made in this affidavit are true and correct.*

Dated: March 6, 2023

_____
Affiant - Stephen J. Senderowitz

Subscribed and sworn to before me
on this 6th day of March, 2023.

_____
Notary Public, State of Illinois

OFFICIAL SEAL
TRINETTE A GIOVANAZZI
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 10/19/2024

2

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Stephen Jay Senderowitz

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 04/23/1974 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 2nd day of March, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>     v.<br><br>TERRAFORM LABS PTE LTD. and DO HYEONG KWON,<br><br>                    Defendants. | Civil Action No. 1:23-cv-01346 |

### ORDER FOR ADMISSION *PRO HAC VICE* OF STEPHEN J. SENDEROWITZ

The motion of Stephen J. Senderowitz, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of Illinois; and that his contact information is as follows:

> Stephen J. Senderowitz
> DENTONS US LLP
> 233 S. Wacker Drive
> Chicago, Illinois 60606
> Tel: (312) 876-8141
> Fax: (312) 876-7934
> stephen.senderowitz@dentons.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendants Terraform Labs PTE Ltd. and Do Hyeong Kwon in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

2

Dated:_____            _____
                                                United States District Judge