AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-1346 (JSR) |
| Terraform Labs PTE Ltd. and Do Hyeong Kwon | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SECURITIES AND EXCHANGE COMMISSION.

Date: 03/27/2023

/s/ Christopher J. Carney
*Attorney's signature*

Christopher J. Carney
*Printed name and bar number*

U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549
*Address*

carneyc@sec.gov
*E-mail address*

(202) 551-2379
*Telephone number*

*FAX number*