AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-1346 (JSR) |
| TERRAFORM LABS PTE Ltd., DO HYEONG KWON | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PARADIGM OPERATIONS LP (AMICUS CURIAE).

Date: 04/21/2023

/s/ Meghan K. Spillane
*Attorney's signature*

Meghan K. Spillane (MS9564)
*Printed name and bar number*

Goodwin Procter LLP
620 Eighth Avenue
New York, New York 10018-1405
*Address*

MSpillane@goodwinlaw.com
*E-mail address*

(212) 813-8800
*Telephone number*

*FAX number*