# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>     v.<br><br>TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON,<br><br>        Defendants. | Civil Action No. 1:23-cv-01346-JSR<br><br>Hon. Jed S. Rakoff<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, Defendants Terraform Labs Pte. Ltd. and Do Kwon, by their undersigned counsel, respectfully move, pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), for an Order dismissing the Securities and Exchange Commission's Amended Complaint (ECF No. 25) with prejudice and granting such other and further relief as this Court may deem just and proper.

This Motion is based on this Notice of Motion, the concurrently filed Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint, and the declaration of Douglas W. Henkin, including the accompanying exhibits, and the pleadings and papers filed herein, and upon such other and further matters as may be presented to the Court.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's March 7, 2023 Civil Case Management Order, Plaintiff's opposition shall be served by May 12, 2023, and Defendants' reply shall be served by May 19, 2023.

Dated: April 21, 2023                  Respectfully submitted,

                                                  */s/ Douglas W. Henkin*
                                                  **DENTONS US LLP**
                                                  Douglas W. Henkin
                                                  David L. Kornblau

1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
douglas.henkin@dentons.com
david.kornblau@dentons.com

Mark G. Califano
Nicholas W. Petts (admission forthcoming)
1900 K Street, NW
Washington, DC 20006-1102
Tel: (202) 496-7500
mark.califano@dentons.com
nicholas.petts@dentons.com

Stephen J. Senderowitz (admitted *pro hac vice*)
233 S. Wacker Drive
Chicago, Illinois 60606
Tel: (312) 876-8141
stephen.senderowitz@dentons.com

*Counsel for Defendants Terraform Labs Pte. Ltd. and Do Kwon*