# EXHIBIT E

Luna Foundation Guard Twitter Thread, May 16, 2022.

# EXHIBIT E

**LFG | Luna Foundation Guard**
@LFG_org

1/ As of Saturday, May 7, 2022, the Luna Foundation Guard held a reserve consisting of the following assets:
· 80,394 $BTC
· 39,914 $BNB
· 26,281,671 $USDT
· 23,555,590 $USDC
· 1,973,554 $AVAX
· 697,344 $UST
· 1,691,261 $LUNA

9:05 AM · May 16, 2022 · Twitter Web App

**3,925** Retweets   **1,153** Quote Tweets   **12.1K** Likes

**LFG | Luna Foundation Guard** @LFG_org · May 16
Replying to @LFG_org
2/ Consistent with its non-profit mission & focus on the health of the Terra ecosystem, beginning on May 8, when the price of $UST began to drop substantially below one dollar, the Foundation began converting this reserve to $UST.

90    200    1,477

**LFG | Luna Foundation Guard** @LFG_org · May 16
3/ The Foundation did so by directly executing on-chain swaps and transferring $BTC to a counterparty to enable them to enter trades with the Foundation in large size & on short notice.

69    173    1,178

**LFG | Luna Foundation Guard** @LFG_org · May 16

4/ LFG:
· Directly sold 26,281,671 $USDT & 23,555,590 $USDC for an aggregate 50,200,071 $UST
· Transferred 52,189 $BTC to trade with a counterparty, net of an excess of 5,313 $BTC that they have returned, for an aggregate 1,515,689,462 $UST

  187          352          1,382

**LFG | Luna Foundation Guard** @LFG_org · May 16

5a/ On May 10, when $UST had fallen to $0.75, pursuant to a Master Services Agreement dated January 10, 2022 through which TFL managed & executed all finance, administrative & operational functions & support as requested,

  31           135          925

**LFG | Luna Foundation Guard** @LFG_org · May 16

5b/ TFL, on behalf of the Foundation, executed the following exchange trades in a last ditch effort to defend the peg:

  35           136          879

**LFG | Luna Foundation Guard** @LFG_org · May 16

6/ Sold 33,206 $BTC for an aggregate 1,164,018,521 $UST

  108          325          1,069



**LFG | Luna Foundation Guard** @LFG_org · May 16

7/ On May 12, LFG swapped 883,525,674 $UST to 221,021,746 $LUNA & staked this across a range of validators to protect against a possible governance attack as the amount of $LUNA continued to increase.

All transactions described above have now been completed.

💬 112   🔁 197   ♡ 1,117   ⤒



**LFG | Luna Foundation Guard** @LFG_org · May 16

8/ As of now, the Foundation's remaining reserves consist of the following assets:
- 313 $BTC
- 39,914 $BNB
- 1,973,554 $AVAX
- 1,847,079,725 $UST
- 222,713,007 $LUNA (of which 221,021,746 is currently staked with validators)

💬 968   🔁 2,563   ♡ 3,632   ⤒



**LFG | Luna Foundation Guard** @LFG_org · May 16

9/ All assets will be returned to wallets tagged in dashboard.lfg.org shortly - the $LUNA previously staked is unbonding, and will be returned in 20 days.



dashboard.lfg.org
LFG Reserves
Luna Foundation Guard Reserves

💬 274   🔁 385   ♡ 1,639   ⤒