# EXHIBIT F

Terra Money Twitter Thread,
May 12–16, 2022.

# EXHIBIT F

**Terra 🌍 Powered by LUNA 🌕 ✓**
@terra_money

1/ The prevailing peg pressure on $UST from its current supply overhang is rendering severe dilution of $LUNA.

The primary obstacle is expelling the bad debt from UST circulation at a clip fast enough for the system to restore the health of on-chain spreads.

7:36 AM · May 12, 2022 · Twitter Web App

3,370 Retweets   415 Quote Tweets   14K Likes

**Terra 🌍 Powered by LUNA 🌕 ✓**
@terra_money

2/ To expedite this goal, several measures are being taken. First, the current Prop 1164 will expand the base pool size and accelerate the burn rate of UST – helping deflate on-chain spreads.

station.terra.money/proposal/1164

7:36 AM · May 12, 2022 · Twitter Web App

252 Retweets   8 Quote Tweets   2,253 Likes



Terra 🌏 Powered by LUNA 🌕 ✓
@terra_money

3/ TFL is also initiating three more emergency actions:

1. Proposal to burn the remaining UST in the community pool.
2. TFL will burn the remaining 371 million UST cross-chain on Ethereum.
3. TFL just staked 240 million $LUNA to defend from network governance attacks.

7:36 AM · May 12, 2022 · Twitter Web App

367 Retweets   50 Quote Tweets   2,824 Likes



Terra 🌏 Powered by LUNA 🌕 ✓
@terra_money

4/ You can find the full Agora proposal for burning the remainder of the community pool UST in the link below, including the proposal to burn the cross-chain UST. The vote will go live shortly.

agora.terra.money
Commonwealth
Discuss, organize, and grow decentralized communities

7:36 AM · May 12, 2022 · Twitter Web App

241 Retweets   11 Quote Tweets   1,927 Likes



**Terra 🌍 Powered by LUNA** 🟡 ✓
@terra_money

5/ TFL will port the remainder of the UST deployed as liquidity incentives on Ethereum (371 million UST) over the past few months back to Terra and burn it all using the burn module pending the result of the governance proposal.

7:36 AM · May 12, 2022 · Twitter Web App

223 Retweets   7 Quote Tweets   1,791 Likes

**Terra 🌍 Powered by LUNA** 🟡 ✓
@terra_money

6/ TFL is currently exploring the best avenue to burn the remainder of its UST holdings, much of which has been accrued in recent days to absorb the sell-offs of UST in various open markets.

7:36 AM · May 12, 2022 · Twitter Web App

253 Retweets   4 Quote Tweets   1,971 Likes

**Terra 🌍 Powered by LUNA** 🟡 ✓
@terra_money

7/ Overall, approximately 1,388,233,195 will be eliminated from the UST supply upon executing the three proposed items above. This equates to roughly 11% of the outstanding supply.

7:36 AM · May 12, 2022 · Twitter Web App

310 Retweets   16 Quote Tweets   2,270 Likes

**Terra 🌐 Powered by LUNA** ✓
@terra_money

8/ Expelling the system's bad debt with the above items should help restore the on-chain swap spreads to a meaningful level where the peg pressure on UST is significantly alleviated. Once the new base pool proposal passes, this will also expedite the process.

7:36 AM · May 12, 2022 · Twitter Web App

311 Retweets   3 Quote Tweets   2,253 Likes

**Terra 🌐 Powered by LUNA** ✓
@terra_money

9/ Please note that TFL is in the war room and has been non-stop for the past four days working on solutions and potential avenues to help affected users and stop the bleeding.

Publicly, we will continue to release updates as developments unfold.

7:36 AM · May 12, 2022 · Twitter Web App

554 Retweets   26 Quote Tweets   4,499 Likes



**Terra 🌍 Powered by LUNA** ☀️ ✓
@terra_money

10/ Outside of Twitter, we're active with our moderators on Discord and Telegram, where you can get assistance with many of the moving parts due to the past day's events.

More to come. Please bear with us.

7:36 AM · May 12, 2022 · Twitter Web App

**495** Retweets   **21** Quote Tweets   **3,807** Likes



**Terra 🌍 Powered by LUNA** ☀️ ✓
@terra_money

Please see the tweet from @LFG_org below for transparency on LFG activities & reserves

> **LFG | Luna Foundation Guard** @LFG_org · May 16
> 1/ As of Saturday, May 7, 2022, the Luna Foundation Guard held a reserve consisting of the following assets:
> · 80,394 $BTC
> · 39,914 $BNB
> · 26,281,671 $USDT
> · 23,555,590 $USDC
> · 1,973,554 $AVAX
> · 697,344 $UST
> · 1,691,261 $LUNA
>
> Show this thread

3:22 PM · May 16, 2022 · Twitter for iPhone

**2,558** Retweets   **175** Quote Tweets   **9,678** Likes

