# EXHIBIT M

Daniel Hwang Medium Post – *Terra Ecosystem Update: CHAI's Expansion — Integration into Toomics & Happy Money*,
April 22, 2020.

# EXHIBIT M

Open in app ↗    Sign up    Sign In

Search Medium

Published in **Terra**

**Daniel Hwang**    Follow

Apr 22, 2020 · 2 min read · ▶ Listen

Save

# Terra Ecosystem Update: CHAI's Expansion — Integration into Toomics & Happy Money



At Terra, as we remain hard at work building out our projects in development and expanding our network's reach, we want to take some time to highlight some exciting news from the CHAI payments app powered by our blockchain network.

👏 98

4/11/23, 3:26 PM
Terra Ecosystem Update: CHAI's Expansion — Integration into Toomics & Happy Money | by Daniel Hwang | Terra | Medium

Case 1:23-cv-01346-JSR   Document 30-13   Filed 04/21/23   Page 3 of 4

CHAI, as a popular mobile payments application, has been successfully offering seamless payment experiences with large mainstream merchants in Asia. CHAI has to date, partnered with 15+ major local banks to facilitate convenient fiat on/off ramps, recently crossed 1 million monthly active users, and has done over $3 million USD in daily transaction volume. CHAI's strengths have come from seamless user facing experiences built with our blockchain powered infrastructure that has lowered transaction fees and facilitated efficient settlement with merchants.

In line with continued adoption for CHAI, we're excited relay news that Happy Money and Toomics has joined the ever growing rank of merchants providing CHAI integrations!

Happy Money is Korea's leading digital gift card merchant. It facilitates over 800mm USD in annual GMV and boasts 4 million users. In its steady march towards towards adoption, CHAI has been launched on Happy Money's mobile app, web, and PC. It is the only official online seller of Google PlayStore gift cards in Korea, so there are big expectations for this merchant. If you are in the market for a special gift, check out with CHAI on Happy Money! Specifically, the Happy Money integration is an exciting development as it displays diversifying use cases of Terra into ensuring convertibility into the Korea's most widely used gift card/point system. As gift cards and points are pretty much a functional cash equivalent, more integrations like this variegate Terra's use cases and strengthen its position.

Toomics is a popular online comic book and webtoon platform. It provides various genres of webtoon with many of the episodes freely available to the viewer. Avid readers are able to purchase membership points through CHAI to consume premium episodes. We realize the greatest appeal to any currency is its ubiquity. As such, this integration into the content-based economy is one of many sectors we are excited that applications built on our technology are expanding into.

While CHAI's alliance with e-commerce behemoths continues to enable its clients to capitalize on lower transaction fees and retail discounts, its integrations represent ambitions for growing expansion. With CHAI's aggressive user acquisition and integrations into new verticals, it continues to actualize its ambition to make its utilization of Terra protocol's bleeding-edge technology more accessible to the masses, one partnership at a time (or 2 in this case).

4/11/23, 3:26 PM                     Terra Ecosystem Update: CHAI's Expansion — Integration into Toomics & Happy Money | by Daniel Hwang | Terra | Medium

Case 1:23-cv-01346-JSR   Document 30-13   Filed 04/21/23   Page 4 of 4

— *Contribution from Echul Shin (Terra) and Gigi Kwon (CHAI)*

Terra    Chai    Terraannounce    Terraapplications



About    Help    Terms    Privacy

**Get the Medium app**