# EXHIBIT P

Terra Money Twitter Thread, May 24, 2021.

# EXHIBIT P

**Terra 🌏 Powered by LUNA 🌕 ✅**
@terra_money

1/ Extreme volatility produced a series of collateral effects across the Terra ecosystem, primarily derived from the short-term peg deviation of $UST and its impact on the volatility of $LUNA and levers of the Terra protocol. There's a lot to unpack, so let's dive in 👇

10:51 AM · May 24, 2021 · Twitter Web App

229 Retweets   67 Quote Tweets   755 Likes

**Terra 🌏 Powered by LUNA 🌕 ✅**
@terra_money

2/ Let's start with the basics. The Terra protocol mechanism is quite simple:

When the supply of Terra stablecoins (like UST) goes up, the LUNA supply goes down.

When the supply of Terra stablecoins goes down, the LUNA supply goes up.

10:51 AM · May 24, 2021 · Twitter Web App

6 Retweets   95 Likes



Terra 🌏 Powered by LUNA 🌕 ✓
@terra_money

3/ As an algorithmic stablecoin network, Terra is akin to a decentralized, open-source central bank.



medium.com
A Visual Explanation of Algorithmic Stablecoins
Stablecoin usage has exploded in the last year. And yet, fewer and fewer people seem to understand how these stablecoins actually work.

10:51 AM · May 24, 2021 · Twitter Web App

8 Retweets   1 Quote Tweet   89 Likes



Terra 🌍 Powered by LUNA 🌕 ✓
@terra_money

4/ Assets (LUNA) and liabilities (UST) maintain parity by the Terra protocol acting as a market maker, inflating the LUNA supply during UST contractions and deflating the LUNA supply during UST expansions.



medium.com
Introducing the new Terra Protocol
Over the past few months we've been hard at work re-designing the Terra protocol.

10:51 AM · May 24, 2021 · Twitter Web App

3 Retweets   74 Likes

**Terra 🌎 Powered by LUNA 🟡 ✓**
@terra_money

5/ Terra primarily achieves this via the on-chain swap mechanism that is baked into the protocol. Users can always go to protocol to swap $1 worth of LUNA for 1 UST and vice versa. The system is designed to handle $20 million of redemptions (UST → LUNA) with a 2% spread.

10:51 AM · May 24, 2021 · Twitter Web App

5 Retweets    1 Quote Tweet    76 Likes

**Terra 🌎 Powered by LUNA 🟡 ✓**
@terra_money

6/ The sharp price declines in LUNA were compounded by the sell-off of LUNA due to large amounts of liquidations on @anchor_protocol. During the market volatility, redemptions from LUNA → UST exceeded $80 million at times, forcing UST to trade at a discount on multiple venues.

10:51 AM · May 24, 2021 · Twitter Web App

5 Retweets    2 Quote Tweets    81 Likes

**Terra 🌏 Powered by LUNA** ✅
@terra_money

7/ This is primarily because the on-chain swap spreads inflated to 7 - 9% during the worst period, making the classic time-based arb opportunity fundamentally unprofitable on-chain since redemption slippage exceeded expected profits from the arbitrage.

> **THORChain** @THORChain · May 24, 2021
> UST dropping below the peg entices two arbitrage plays:
>
> 1) time-based arb (buy at 96c, wait to $1, collect 4%)
> 2) "fast arb" - burn to LUNA, sell LUNA to USDT, buy back UST
>
> (2) causes net sell of LUNA
> Show this thread

10:51 AM · May 24, 2021 · Twitter Web App

4 Retweets   2 Quote Tweets   79 Likes

---

**Terra 🌏 Powered by LUNA** ✅
@terra_money

8/ On Terra, the time-based arb can be accomplished via the on-chain swap protocol rapidly and (during normal market conditions) profitably with minimal slippage. Users simply swap LUNA → UST (elevating peg pressure on UST) and wait for the peg to normalize to make a profit.

10:51 AM · May 24, 2021 · Twitter Web App

2 Retweets   52 Likes

**Terra 🌏 Powered by LUNA** ✓
@terra_money

9/ However, with swap spreads so large, the incentive to perform the time-based arb was curtailed significantly. At a spread of 500 - 700 bp for much of the day, the peg needed to be defended but the incentive to do so via the on-chain swap mechanism was low.

10:51 AM · May 24, 2021 · Twitter Web App

1 Retweet   1 Quote Tweet   52 Likes

**Terra 🌏 Powered by LUNA** ✓
@terra_money

10/ Additionally, the "fast arb" opportunity, where users swap UST → LUNA, sell LUNA to a stablecoin not trading at a discount (e.g., USDT, USDC), and then buyback UST amplified both the directional movement of LUNA's sell-off and the widening of the swap spread.

10:51 AM · May 24, 2021 · Twitter Web App

49 Likes



Terra 🌍 Powered by LUNA 🌕 ✓
@terra_money

10/ LUNA's sharper price fall compared to other assets is a function of Anchor building up leverage on LUNA/bLUNA with cascading liquidations leading to market sells of LUNA -- fueling reflexive stress on the UST peg.

10:51 AM · May 24, 2021 · Twitter Web App

47 Likes





Terra 🌐 Powered by LUNA 🌕 ✓
@terra_money

11/ The "Death Spiral" of a bank run applied to Terra's "seigniorage shares" style monetary policy is also not an apples-to-apples comparison.



10:51 AM · May 24, 2021 · Twitter Web App

4 Retweets   2 Quote Tweets   47 Likes





Terra 🌏 Powered by LUNA 🌕 ✓
@terra_money

12/ Yes, short-term reflexivity is a characteristic trade-off of algorithmic stablecoin designs, amplifying directional movements both ways, particularly during times of market stress and liquidity issues as investors rush for the exits.



insights.deribit.com
Stability, Elasticity, and Reflexivity: A Deep Dive into Algorithmic Stablecoins
In 2014, two academic papers were published: one by Ferdinando Ametrano called "Hayek Money: The Cryptocurrency Price Stability Solution," and anoth…

10:51 AM · May 24, 2021 · Twitter Web App

52 Likes



Terra 🌏 Powered by LUNA 🌕 ✓
@terra_money

13/ However, Terra is designed with explicit, real-time levers to combat the negative effects of endogenous collateral models (increasing tax rate on txs + cashflows to stakers) that traditional banking models cannot match.

10:51 AM · May 24, 2021 · Twitter Web App

3 Retweets  50 Likes



Terra 🌏 Powered by LUNA 🌕 ✓
@terra_money

14/ Plagued by the cumbersome nature of stress-induced decision-making of human agents in times of market volatility, it's why central banks are exploring CBDCs. Algorithmic, calibrated adjustments of economic parameters are more effective than faxes and suits in meetings.

10:51 AM · May 24, 2021 · Twitter Web App

1 Retweet  53 Likes





**Terra 🌐 Powered by LUNA** ✓
@terra_money

15/ Currently, LUNA can easily shoulder the outstanding liabilities of UST, it just needs time to recalibrate and confidence restored -- something that will take more than a weekend.



> **THORChain** @THORChain · May 24, 2021
> But how serious is it?
>
> At 3.2% discount, (96.8c) the outstanding liability of the peg at this instant is 0.0032 * 1.99bn = $64m
>
> $64m is 3.3% of LUNA and 8% of daily LUNA volumes.
> Show this thread

10:51 AM · May 24, 2021 · Twitter Web App

50 Likes



**Terra 🌐 Powered by LUNA** ✓
@terra_money

16/ UST's demand is not a function of speculation like many other algo stables either. Instead, it serves as a lynchpin for the entire ecosystem, where the demand for using Terra envelops the demand for UST.

10:51 AM · May 24, 2021 · Twitter Web App

40 Likes

**Terra 🌐 Powered by LUNA** ✅
@terra_money

17/ As long as we create useful applications that people use on top of Terra, a strong locus of demand will always exist.

> ⚡ THORChain @THORChain · May 24, 2021
> Unlike other stables which are coins with no demand centres, UST has a HUGE demand centre - being the settlement asset of Mirror and the earnings vault of Anchor.
>
> So UST creates its own demand with its own economies.
> Show this thread

10:51 AM · May 24, 2021 · Twitter Web App

1 Retweet   59 Likes

**Terra 🌐 Powered by LUNA** ✅
@terra_money

18/ And the use cases are already there. CHAI has more than 2 million active users in Korea, @mirror_protocol offers synthetic exposure to equities for people in financially disenfranchised regions, and Anchor continues to offer a high-yield savings vehicle.

10:51 AM · May 24, 2021 · Twitter Web App

2 Retweets   53 Likes



Terra 🌏 Powered by LUNA 🟡 ✓
@terra_money

19/ Terra's protocol doesn't formulate explicit collateral of LUNA backing the outstanding liabilities of UST either. LUNA just gets rekt more if the outstanding supply of UST is larger than the assets (LUNA).



10:51 AM · May 24, 2021 · Twitter Web App

1 Retweet   42 Likes

**Terra 🌏 Powered by LUNA 🟡 ✓**
@terra_money

20/ The protocol will keep arb opportunities open. Even if the incentives to do so are dislocated during ephemeral market turmoil, the incentives eventually re-align and the system heals.

10:51 AM · May 24, 2021 · Twitter Web App

33 Likes

**Terra 🌏 Powered by LUNA 🟡 ✓**
@terra_money

21/ UST's discount and peg deviation are to be expected in the short-term -- especially with the scale of volatility experienced. It's the price that LUNA stakers are willing to pay -- absorbing short-term volatility based on longer time-horizons as investors and supporters.

10:51 AM · May 24, 2021 · Twitter Web App

44 Likes



Terra 🌏 Powered by LUNA 🌕 ✓
@terra_money

22/ We just went through one insane market shock. But guess what? The peg is gradually normalizing again and will continue to do so as volatility subsides. Remember, volatility at this scale is ephemeral, not permanent.

10:51 AM · May 24, 2021 · Twitter Web App

1 Retweet   1 Quote Tweet   59 Likes



Terra 🌏 Powered by LUNA 🌕 ✓
@terra_money

23/ On-chain swap spreads are healing (ranging between 3 - 4%) as liquidations on Anchor wind down, arb opportunities on third-party venues incentivize buying UST, the market for LUNA becomes oversold and diamond hands, gloriously holding the line, glean a profitable opportunity.

10:51 AM · May 24, 2021 · Twitter Web App

42 Likes





**Terra 🌍 Powered by LUNA** ✓
@terra_money

24/ The drawdown in the price of LUNA, UST peg deviation, and collateral effects across the ecosystem in such extreme market volatility is about as intense of a stress test in live conditions as can ever be expected. We just experienced a black swan.

10:51 AM · May 24, 2021 · Twitter Web App

**1** Quote Tweet    **49** Likes