# EXHIBIT U

History.com, UNIVAC Computer Entry.

# EXHIBIT U



On June 14, 1951, the U.S. Census Bureau dedicates UNIVAC, the first commercially produced electronic digital computer in the United States. UNIVAC, which stood for Universal Automatic Computer, was developed by a team of engineers led by J. Presper Eckert and John Mauchly, makers of ENIAC, the first general-purpose electronic digital computer. These giant computers, which used thousands of vacuum tubes for computation, were the forerunners of today's digital computers.

The search for mechanical devices to aid computation began in ancient times. The abacus, developed in various forms by the Babylonians, Chinese, and Romans, was by definition the first digital computer because it calculated values by using digits. A mechanical digital calculating machine was built in France in 1642, but a 19th century Englishman, Charles Babbage, is credited with devising most of the principles on which modern computers are based. His "Analytical Engine," begun in the 1830s and never completed for lack of funds, was based on a mechanical loom and would have been the first programmable computer.

By the 1920s, companies such as the International Business Machines Corporation (IBM) were supplying governments and businesses with complex punch-card tabulating systems, but these mechanical devices had only a fraction of the calculating power of the first electronic digital computer, the Atanasoff-Berry Computer (ABC). Completed by John Atanasoff of Iowa State in 1939, the ABC could by 1941 solve up to 29 simultaneous equations with 29 variables. Influenced by Atanasoff's work, Presper Eckert and John Mauchly set about building the first general-purpose electronic digital computer in 1943. The sponsor was the U.S. Army Ordnance Department, which wanted a better way of calculating artillery firing tables, and the work was done at the University of Pennsylvania.

ENIAC, which stood for Electronic Numerical Integrator and Calculator, was completed in 1946 at a cost of nearly $500,000. It took up 15,000 feet, employed 17,000 vacuum tubes, and was programmed by plugging and replugging some 6,000 switches. It was first used in a calculation for Los Alamos Laboratories in December 1945, and in February 1946 it was formally dedicated.

Following the success of ENIAC, Eckert and Mauchly decided to go into private business and founded the Eckert-Mauchly Computer Corporation. They proved less able businessmen than they were engineers, and in 1950 their struggling company was acquired by Remington Rand, an office equipment company. On June 14, 1951,

Remington Rand delivered its first computer, UNIVAC I, to the U.S. Census Bureau. It weighed 16,000 pounds, used 5,000 vacuum tubes, and could perform about 1,000 calculations per second. On November 4, 1952, the UNIVAC achieved national fame when it correctly predicted Dwight D. Eisenhower's unexpected landslide victory in the presidential election after only a tiny percentage of the votes were in.

UNIVAC and other first-generation computers were replaced by transistor computers of the late 1950s, which were smaller, used less power, and could perform nearly a thousand times more operations per second. These were, in turn, supplanted by the integrated-circuit machines of the mid-1960s and 1970s. In the 1980s, the development of the microprocessor made possible small, powerful computers such as the personal computer, and more recently the laptop and hand-held computers.

**BY: HISTORY.COM EDITORS**

HISTORY.com works with a wide range of writers and editors to create accurate and informative content. All articles are regularly reviewed and updated by the HISTORY.com team. Articles with the "HISTORY.com Editors" byline have been written or edited by the HISTORY.com editors, including Amanda Onion, Missy Sullivan and Matt Mullen.

## Citation Information

**Article Title**   UNIVAC, the first commercially produced digital computer, is dedicated

**Author**   History.com Editors

**Website Name**   HISTORY

**URL**   https://www.history.com/this-day-in-history/univac-computer-dedicated

**Date**   April 18, 2023

**Publisher**   A&E Television Networks

**Last Updated**   June 11, 2020

**Original Published Date**   July 20, 2010

## Fact Check

We strive for accuracy and fairness. But if you see something that doesn't look right, [click here](#) to contact us! HISTORY reviews and updates its content regularly to ensure it is complete and accurate.

# Also on This Day in History

## JUNE | 14

**2017**

### Grenfell Tower fire kills 72 in London

⚡ **EUROPEAN HISTORY**

**2017**

### Five people shot, including Republican congressman, at baseball practice

⚡ **CRIME**

**1982**

### Falklands War ends

⚡ **LATIN AMERICAN HISTORY**

**1789**

4/18/23, 4:11 PM
Case 1:23-cv-01346-JSR Document 30-21 Filed 04/21/23 Page 6 of 8
UNIVAC, the first commercially produced digital computer, is dedicated

Bounty mutiny survivors reach Timor

EXPLORATION

1777

Congress adopts the Stars and Stripes

U.S. GOVERNMENT AND POLITICS

1940

Germany invades Paris

WORLD WAR II

Sign up for Daily This Day in History!

Sign up now to learn about This Day in History straight from your inbox.



✉ SIGN UP

1968

Dr. Spock convicted for aiding draft resisters

VIETNAM WAR

1922

Warren G. Harding becomes the first president to be heard on the radio

U.S. PRESIDENTS

**1846**

California's Bear Flag Revolt begins

19TH CENTURY

**1811**

Writer and abolitionist Harriet Beecher Stowe is born

ART, LITERATURE AND FILM HISTORY

**1985**

TWA flight 847 is hijacked by terrorists

CRIME

**1917**

U.S. President Woodrow Wilson gives Flag Day address

WORLD WAR I



Contact Us | Copyright Policy | Privacy Policy | Terms of Use | Ad Choices | Accessibility Support |

© 2023, A&E Television Networks, LLC. All Rights Reserved.