# EXHIBIT JJ

Coinbase, Coinbase Supported Assets,
March 29, 2023.

# EXHIBIT JJ

Coinbase Supported Assets - March 29, 2023

| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
|---|---|---|---|---|
| 1INCH | ERC-20 | Yes | Yes | Yes |
| AAVE | ERC-20 | Yes | Yes | Yes |
| ABT | ERC-20 | Yes | Yes | Yes |
| ACH | ERC-20 | Yes | Yes | Yes |
| ACS | SPL | Yes | Yes | Yes |
| ADA | Native Token | Yes | Yes | Yes |
| AERGO | ERC-20 | Yes | Yes | Yes |
| AGLD | ERC-20 | Yes | Yes | Yes |
| AIOZ | ERC-20 | Yes | Yes | Yes |
| ALCX | ERC-20 | Yes | Yes | Yes |
| ALEPH | ERC-20 | Yes | Yes | No |
| ALGO | Native Token | Yes | Yes | Yes |
| ALICE | ERC-20 | Yes | Yes | Yes |
| AMP | ERC-20 | Yes | Yes | Yes |
| ANKR | ERC-20 | Yes | Yes | Yes |
| APE | ERC-20 | Yes | Yes | Yes |
| API3 | ERC-20 | Yes | Yes | Yes |
| APT | Native Token | Yes | Yes | Yes |
| ARB | ARBITRUM | Yes | Yes | Yes |
| ARPA | ERC-20 | Yes | Yes | Yes |
| ASM | ERC-20 | Yes | Yes | Yes |
| ATOM | Native Token | Yes | Yes | Yes |
| AUCTION | ERC-20 | Yes | Yes | No |
| AUDIO | ERC-20 | Yes | Yes | Yes |
| AURORA | ERC-20 | Yes | Yes | No |
| AVT | ERC-20 | Yes | Yes | Yes |
| BADGER | ERC-20 | Yes | Yes | Yes |
| BAL | ERC-20 | Yes | Yes | Yes |
| BAND | ERC-20 | Yes | Yes | Yes |
| BAT | ERC-20 | Yes | Yes | Yes |

| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
|---|---|---|---|---|
| BCH | Native Token | Yes | Yes | Yes |
| BICO | ERC-20 | Yes | Yes | Yes |
| BIT | ERC-20 | Yes | Yes | No |
| BLUR | ERC-20 | Yes | Yes | Yes |
| BLZ | ERC-20 | Yes | Yes | Yes |
| BNT | ERC-20 | Yes | Yes | Yes |
| BTC | Native Token | Yes | Yes | Yes |
| BTRST | ERC-20 | Yes | Yes | Yes |
| BUSD | ERC-20 | Yes | Yes | Yes |
| C98 | ERC-20 | Yes | Yes | Yes |
| CBETH | ERC-20 | Yes | Yes | Yes |
| CELR | ERC-20 | Yes | Yes | Yes |
| CGLD | Native Token | Yes | Yes | Yes |
| CHZ | ERC-20 | Yes | Yes | Yes |
| CLV | ERC-20 | Yes | Yes | Yes |
| COMP | ERC-20 | Yes | Yes | Yes |
| COTI | ERC-20 | Yes | Yes | Yes |
| COVAL | ERC-20 | Yes | Yes | Yes |
| CRO | ERC-20 | Yes | Yes | Yes |
| CRPT | ERC-20 | Yes | Yes | Yes |
| CRV | ERC-20 | Yes | Yes | Yes |
| CTSI | ERC-20 | Yes | Yes | Yes |
| CTX | ERC-20 | Yes | Yes | Yes |
| CVC | ERC-20 | Yes | Yes | Yes |
| CVX | ERC-20 | Yes | Yes | Yes |
| DAI | ERC-20 | Yes | Yes | Yes |
| DAI | OP | Yes | Yes | No |
| DAI | ERC-20 | Yes | Yes | Yes |
| DDX | ERC-20 | Yes | Yes | Yes |
| DESO | Native Token | Yes | Yes | Yes |
| DEXT | ERC-20 | Yes | Yes | Yes |
| DIA | ERC-20 | Yes | Yes | Yes |

| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
|-------|-----------|-----------------|--------------------|--------------------| 
| DNT | ERC-20 | Yes | Yes | No |
| DOGE | Native Token | Yes | Yes | Yes |
| DREP | ERC-20 | Yes | Yes | No |
| DYP | ERC-20 | Yes | Yes | Yes |
| ELA | ERC-20 | Yes | Yes | Yes |
| ENJ | ERC-20 | Yes | Yes | Yes |
| ENS | ERC-20 | Yes | Yes | Yes |
| EOS | Native Token | Yes | Yes | Yes |
| ERN | ERC-20 | Yes | Yes | Yes |
| ETC | Native Token | Yes | Yes | Yes |
| ETH | Native Token | Yes | Yes | Yes |
| ETH | Native Token | Yes | Yes | Yes |
| ETH | Native Token | Yes | Yes | Yes |
| ETH | Native Token | Yes | Yes | Yes |
| ETH | OP | Yes | Yes | No |
| FARM | ERC-20 | Yes | Yes | Yes |
| FET | ERC-20 | Yes | Yes | Yes |
| FIDA | SPL | Yes | Yes | Yes |
| FIL | Native Token | Yes | Yes | Yes |
| FORT | ERC-20 | Yes | Yes | Yes |
| FORTH | ERC-20 | Yes | Yes | Yes |
| FOX | ERC-20 | Yes | Yes | Yes |
| FX | ERC-20 | Yes | Yes | Yes |
| GAL | ERC-20 | Yes | Yes | Yes |
| GALA | ERC-20 | Yes | Yes | Yes |
| GFI | ERC-20 | Yes | Yes | Yes |
| GHST | ERC-20 | Yes | Yes | No |
| GLM | ERC-20 | Yes | Yes | No |
| GMT | SPL | Yes | Yes | No |
| GNO | ERC-20 | Yes | Yes | Yes |
| GNT | ERC-20 | Yes | Yes | Yes |
| GODS | ERC-20 | Yes | Yes | Yes |

| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
|---|---|---|---|---|
| GRT | ERC-20 | Yes | Yes | Yes |
| GST | SPL | Yes | Yes | No |
| GTC | ERC-20 | Yes | Yes | Yes |
| GUSD | ERC-20 | Yes | Yes | Yes |
| GYEN | ERC-20 | Yes | Yes | Yes |
| HFT | ERC-20 | Yes | Yes | Yes |
| HIGH | ERC-20 | Yes | Yes | Yes |
| HOPR | ERC-20 | Yes | Yes | Yes |
| ICP | Native Token | Yes | Yes | Yes |
| IDEX | ERC-20 | Yes | Yes | Yes |
| ILV | ERC-20 | Yes | Yes | No |
| IMX | ERC-20 | Yes | Yes | Yes |
| INDEX | ERC-20 | Yes | Yes | No |
| INJ | ERC-20 | Yes | Yes | Yes |
| INV | ERC-20 | Yes | Yes | Yes |
| IOTX | ERC-20 | Yes | Yes | Yes |
| JASMY | ERC-20 | Yes | Yes | Yes |
| JUP | ERC-20 | Yes | Yes | Yes |
| KEEP | ERC-20 | Yes | Yes | Yes |
| KNC | ERC-20 | Yes | Yes | Yes |
| KRL | ERC-20 | Yes | Yes | Yes |
| KSM | Native Token | Yes | Yes | Yes |
| LCX | ERC-20 | Yes | Yes | Yes |
| LDO | ERC-20 | Yes | Yes | Yes |
| LINK | ERC-20 | Yes | Yes | Yes |
| LIT | ERC-20 | Yes | Yes | Yes |
| LOKA | ERC-20 | Yes | Yes | No |
| LPT | ERC-20 | Yes | Yes | Yes |
| LQTY | ERC-20 | Yes | Yes | Yes |
| LRC | ERC-20 | Yes | Yes | Yes |
| LSETH | ERC-20 | Yes | Yes | Yes |
| LTC | Native Token | Yes | Yes | Yes |

| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
|-------|-----------|----------------|-------------------|-------------------|
| MANA | ERC-20 | Yes | Yes | Yes |
| MASK | ERC-20 | Yes | Yes | Yes |
| MATH | ERC-20 | Yes | Yes | Yes |
| MATIC | ERC-20 | Yes | Yes | Yes |
| MATIC | ERC-20 | Yes | Yes | Yes |
| MCO2 | ERC-20 | Yes | Yes | Yes |
| MDT | ERC-20 | Yes | Yes | Yes |
| MEDIA | SPL | Yes | Yes | No |
| METIS | ERC-20 | Yes | Yes | Yes |
| MINA | Native Token | Yes | Yes | Yes |
| MIR | ERC-20 | Yes | Yes | Yes |
| MKR | ERC-20 | Yes | Yes | Yes |
| MLN | ERC-20 | Yes | Yes | Yes |
| MNDE | SPL | Yes | Yes | No |
| MONA | ERC-20 | Yes | Yes | Yes |
| MPL | ERC-20 | Yes | Yes | Yes |
| MSOL | SPL | Yes | Yes | No |
| MTL | ERC-20 | Yes | Yes | Yes |
| MUSD | ERC-20 | Yes | Yes | Yes |
| MUSE | ERC-20 | Yes | Yes | Yes |
| MXC | ERC-20 | Yes | Yes | No |
| NCT | ERC-20 | Yes | Yes | Yes |
| NEAR | Native Token | Yes | Yes | Yes |
| NEST | ERC-20 | Yes | Yes | Yes |
| NKN | ERC-20 | Yes | Yes | Yes |
| NMR | ERC-20 | Yes | Yes | Yes |
| NU | ERC-20 | Yes | Yes | Yes |
| OGN | ERC-20 | Yes | Yes | Yes |
| OMG | ERC-20 | Yes | Yes | Yes |
| OOKI | ERC-20 | Yes | Yes | No |
| OP | Native Token | Yes | Yes | Yes |
| ORCA | SPL | Yes | Yes | Yes |

| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
|---|---|---|---|---|
| ORN | ERC-20 | Yes | Yes | Yes |
| PAX | ERC-20 | Yes | Yes | Yes |
| PERP | ERC-20 | Yes | Yes | Yes |
| PLA | ERC-20 | Yes | Yes | Yes |
| PLU | ERC-20 | Yes | Yes | Yes |
| POLS | ERC-20 | Yes | Yes | Yes |
| POLY | ERC-20 | Yes | Yes | Yes |
| POND | ERC-20 | Yes | Yes | Yes |
| POWR | ERC-20 | Yes | Yes | Yes |
| PRIME | ERC-20 | Yes | Yes | Yes |
| PRO | ERC-20 | Yes | Yes | Yes |
| PRQ | ERC-20 | Yes | Yes | Yes |
| PUNDIX | ERC-20 | Yes | Yes | No |
| PYR | ERC-20 | Yes | Yes | No |
| QNT | ERC-20 | Yes | Yes | Yes |
| QSP | ERC-20 | Yes | Yes | Yes |
| QUICK | ERC-20 | Yes | Yes | Yes |
| RAD | ERC-20 | Yes | Yes | Yes |
| RAI | ERC-20 | Yes | Yes | Yes |
| RARE | ERC-20 | Yes | Yes | Yes |
| RARI | ERC-20 | Yes | Yes | Yes |
| RBN | ERC-20 | Yes | Yes | Yes |
| REN | ERC-20 | Yes | Yes | Yes |
| REQ | ERC-20 | Yes | Yes | Yes |
| RGT | ERC-20 | Yes | Yes | Yes |
| RLC | ERC-20 | Yes | Yes | Yes |
| RLY | ERC-20 | Yes | Yes | Yes |
| RNDR | ERC-20 | Yes | Yes | Yes |
| ROSE | Native Token | Yes | Yes | Yes |
| SAND | ERC-20 | Yes | Yes | Yes |
| SHIB | ERC-20 | Yes | Yes | Yes |
| SHPING | ERC-20 | Yes | Yes | Yes |

| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
|---|---|---|---|---|
| SKL | ERC-20 | Yes | Yes | Yes |
| SNT | ERC-20 | Yes | Yes | Yes |
| SNX | OP | Yes | Yes | No |
| SNX | ERC-20 | Yes | Yes | Yes |
| SPELL | ERC-20 | Yes | Yes | Yes |
| STG | ERC-20 | Yes | Yes | Yes |
| STORJ | ERC-20 | Yes | Yes | Yes |
| STX | Native Token | Yes | Yes | Yes |
| SUKU | ERC-20 | Yes | Yes | Yes |
| SUPER | ERC-20 | Yes | Yes | Yes |
| SUSHI | ERC-20 | Yes | Yes | Yes |
| SYLO | ERC-20 | Yes | Yes | No |
| SYN | ERC-20 | Yes | Yes | Yes |
| T | ERC-20 | Yes | Yes | Yes |
| TIME | ERC-20 | Yes | Yes | No |
| TONE | ERC-20 | Yes | Yes | Yes |
| TRAC | ERC-20 | Yes | Yes | Yes |
| TRB | ERC-20 | Yes | Yes | Yes |
| TRU | ERC-20 | Yes | Yes | Yes |
| UMA | ERC-20 | Yes | Yes | Yes |
| UNFI | ERC-20 | Yes | Yes | Yes |
| UNI | ERC-20 | Yes | Yes | Yes |
| UPI | ERC-20 | Yes | Yes | Yes |
| USDT | OP | Yes | Yes | No |
| USDT | ERC-20 | Yes | Yes | Yes |
| UST | ERC-20 | Yes | Yes | No |
| VGX | ERC-20 | Yes | Yes | Yes |
| WAMPL | ERC-20 | Yes | Yes | Yes |
| WAXL | ERC-20 | Yes | Yes | Yes |
| WBTC | OP | Yes | Yes | No |
| WBTC | ERC-20 | Yes | Yes | Yes |
| WCFG | ERC-20 | Yes | Yes | Yes |

| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
|---|---|---|---|---|
| WLUNA | ERC-20 | Yes | Yes | No |
| XCN | ERC-20 | Yes | Yes | Yes |
| XLM | Native Token | Yes | Yes | Yes |
| XTZ | Native Token | Yes | Yes | Yes |
| XYO | ERC-20 | Yes | Yes | Yes |
| YFI | ERC-20 | Yes | Yes | Yes |
| YFII | ERC-20 | Yes | Yes | Yes |
| ZEC | Native Token | Yes | Yes | Yes |
| ZEN | Native Token | Yes | Yes | Yes |
| ZRX | ERC-20 | Yes | Yes | Yes |
| 0 | ERC-20 | No | Yes | Yes |
| 1717 | ERC-1400 | No | No | Yes |
| ADS | ERC-20 | No | No | Yes |
| ADX | ERC-20 | No | No | Yes |
| ALBT | ERC-20 | No | No | Yes |
| ALPHA | ERC-20 | No | No | Yes |
| ANGLE | ERC-20 | No | No | Yes |
| ANT | ERC-20 | No | Yes | Yes |
| ARBDAIE | ARBITRUM | No | Yes | No |
| ARBETH | ARBITRUM | No | Yes | No |
| ARBUSDC | ARBITRUM | No | No | No |
| ARBWBTCE | ARBITRUM | No | Yes | No |
| ARCA | ERC-20 | No | No | No |
| ATLAS | SPL | No | No | Yes |
| AVADAIE | AVAX | No | Yes | No |
| AVAUSDC | AVAX | No | Yes | No |
| AVAUSDCE | AVAX | No | Yes | No |
| AVAUSDT | AVAX | No | No | No |
| AVAWBTCE | AVAX | No | Yes | No |

| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
|---|---|---|---|---|
| AVAWETHE | AVAX | No | Yes | No |
| AXL | Native Token | No | Yes | No |
| AXS | ERC-20 | No | Yes | Yes |
| BAYC | ERC-721 | No | No | Yes |
| BCAP | ERC-20 | No | No | Yes |
| BEL | ERC-20 | No | No | No |
| BETA | ERC-20 | No | No | Yes |
| BFC | ERC-20 | No | No | Yes |
| BLOCKS | ERC-721 | No | No | Yes |
| BOA | ERC-20 | No | No | Yes |
| BOSON | ERC-20 | No | No | Yes |
| BOUNCE | ERC-20 | No | No | Yes |
| BRD | ERC-20 | No | No | Yes |
| BSV | Native Token | No | No | No |
| BTU | ERC-20 | No | No | Yes |
| CAST | ERC-20 | No | No | Yes |
| CBAT | ERC-20 | No | No | Yes |
| CDAI | ERC-20 | No | No | Yes |
| CEL | ERC-20 | No | No | Yes |
| CELL | ERC-20 | No | No | Yes |
| CETH | ERC-20 | No | No | Yes |
| CFT | ERC-20 | No | No | Yes |
| CHR | ERC-20 | No | No | Yes |
| CPU | ERC-20 | No | No | Yes |
| CQT | ERC-20 | No | No | Yes |
| CRE | ERC-20 | No | No | Yes |
| CREAM | ERC-20 | No | No | Yes |
| CSP | ERC-20 | No | No | Yes |
| CUBE | ERC-20 | No | No | Yes |
| CUSDC | ERC-20 | No | No | Yes |
| CVP | ERC-20 | No | No | Yes |

| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
|-------|-----------|-----------------|--------------------|--------------------|
| CZRX | ERC-20 | No | No | Yes |
| DAD | ERC-20 | No | No | Yes |
| DAO | ERC-20 | No | No | Yes |
| DASH | Native Token | No | Yes | No |
| DENT | ERC-20 | No | No | Yes |
| DEXE | ERC-20 | No | No | Yes |
| DFA | ERC-20 | No | No | Yes |
| DFD | ERC-20 | No | No | Yes |
| DHV | ERC-20 | No | No | Yes |
| DODO | ERC-20 | No | No | Yes |
| DOGEGF | ERC-20 | No | No | Yes |
| DOLA | ERC-20 | No | No | Yes |
| DORA | ERC-20 | No | No | Yes |
| DPX | ERC-20 | No | No | Yes |
| DSLA | ERC-20 | No | No | Yes |
| DVI | ERC-20 | No | No | Yes |
| DYDX | ERC-20 | No | No | Yes |
| EDDA | ERC-20 | No | No | Yes |
| EDEN | ERC-20 | No | No | Yes |
| EDSN | ERC-1400 | No | No | Yes |
| EGLD | ELROND | No | Yes | No |
| EGLD_1 | ERC-20 | No | No | Yes |
| EL | ERC-20 | No | No | Yes |
| ELON | ERC-20 | No | No | Yes |
| EMB | ERC-20 | No | No | Yes |
| EUROC | ERC-20 | No | Yes | No |
| EXRD | ERC-20 | No | No | Yes |
| FKX | ERC-20 | No | No | Yes |
| FLOW | Native Token | No | Yes | No |
| FOAM | ERC-20 | No | No | Yes |
| FREL | ERC-20 | No | No | Yes |
| FRONT | ERC-20 | No | No | Yes |

| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
|---|---|---|---|---|
| FSCC | ERC-20 | No | No | Yes |
| FTM | ERC-20 | No | No | Yes |
| FTT | ERC-20 | No | No | Yes |
| FXC | ERC-20 | No | No | Yes |
| GF | ERC-20 | No | No | Yes |
| GFDG | ERC-1400 | No | No | Yes |
| GFFC | ERC-1400 | No | No | Yes |
| GRID | ERC-20 | No | No | Yes |
| GSWAP | ERC-20 | No | No | Yes |
| HAPI | ERC-20 | No | No | Yes |
| HBAR | Native Token | No | Yes | No |
| HEGIC | ERC-20 | No | No | Yes |
| HLAB | ERC-1400 | No | No | Yes |
| HLFB | ERC-1400 | No | No | Yes |
| HLLX | ERC-1400 | No | No | Yes |
| HLNO | ERC-1400 | No | No | Yes |
| HOME | ERC-20 | No | No | Yes |
| HOT | ERC-20 | No | No | Yes |
| HOTCROSS | ERC-20 | No | No | Yes |
| HUNT | ERC-20 | No | No | Yes |
| IDEA | ERC-20 | No | No | Yes |
| INXT | ERC-20 | No | No | Yes |
| ISP | ERC-20 | No | No | Yes |
| KEY | ERC-20 | No | No | Yes |
| KNCV2 | ERC-20 | No | Yes | Yes |
| KROM | ERC-20 | No | No | Yes |
| LHOK | ERC-1400 | No | No | Yes |
| LOOKS | ERC-20 | No | No | Yes |
| LOOT | ERC-721 | No | No | Yes |
| LTX | ERC-20 | No | No | Yes |
| LUNR | ERC-20 | No | No | Yes |

| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
|---|---|---|---|---|
| MAGIC | ARBITRUM | No | Yes | No |
| MAHA | ERC-20 | No | No | Yes |
| MATTER | ERC-20 | No | No | Yes |
| MFG | ERC-20 | No | No | Yes |
| MIM | ERC-20 | No | No | Yes |
| MINDS | ERC-20 | No | No | Yes |
| MINT | ERC-20 | No | No | Yes |
| MIX | ERC-20 | No | No | Yes |
| MPH | ERC-20 | No | No | Yes |
| MTA | ERC-20 | No | No | Yes |
| NDX | ERC-20 | No | No | Yes |
| NFTD | ERC-20 | No | No | Yes |
| NOIA | ERC-20 | No | No | Yes |
| NORD | ERC-20 | No | No | Yes |
| NTVL | ERC-1400 | No | No | Yes |
| NWC | ERC-20 | No | No | Yes |
| NXM | ERC-20 | No | No | No |
| OCEAN | ERC-20 | No | Yes | Yes |
| OCT | ERC-20 | No | No | Yes |
| OJA | ERC-20 | No | No | Yes |
| OM | ERC-20 | No | No | Yes |
| ONX | ERC-20 | No | No | Yes |
| ORAI | ERC-20 | No | No | Yes |
| ORBS | ERC-20 | No | No | Yes |
| PAXG | ERC-20 | No | No | Yes |
| PBX | ERC-20 | No | No | Yes |
| PENDING | Native Token | No | No | No |
| PHA | ERC-20 | No | No | Yes |
| PILOT | ERC-20 | No | No | Yes |
| PNG | AVAX | No | Yes | No |
| PNT | ERC-20 | No | No | Yes |
| PROM | ERC-20 | No | No | Yes |

| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
|---|---|---|---|---|
| PROPS | ERC-20 | No | No | Yes |
| PSP | ERC-20 | No | No | Yes |
| QASH | ERC-20 | No | No | Yes |
| QI | AVAX | No | Yes | No |
| RAC | ERC-20 | No | No | Yes |
| RADAR | ERC-20 | No | No | Yes |
| RAMP | ERC-20 | No | No | Yes |
| REEF | ERC-20 | No | No | Yes |
| REP | ERC-20 | No | Yes | Yes |
| REPV2 | ERC-20 | No | No | Yes |
| RFOX | ERC-20 | No | No | Yes |
| RFUEL | ERC-20 | No | No | Yes |
| RPL | ERC-20 | No | Yes | Yes |
| RSCP | ERC-1400 | No | No | Yes |
| RSVA | ERC-1400 | No | No | Yes |
| SBR | SPL | No | No | Yes |
| SI | ERC-20 | No | No | Yes |
| SLND | SPL | No | No | Yes |
| SOFI | ERC-20 | No | No | Yes |
| SRK | ERC-20 | No | No | Yes |
| SRM | ERC-20 | No | No | Yes |
| STAKE | ERC-20 | No | No | Yes |
| STRK | ERC-20 | No | No | Yes |
| SURE | ERC-20 | No | No | Yes |
| SWEAT | ERC-20 | No | No | Yes |
| SWFTC | ERC-20 | No | Yes | Yes |
| SWTH | ERC-20 | No | No | Yes |
| TBTC | ERC-20 | No | No | Yes |
| TEL | ERC-20 | No | No | Yes |
| TITAN | ERC-20 | No | No | Yes |
| TTT | ERC-20 | No | No | Yes |
| TVK | ERC-20 | No | No | Yes |

| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
|---|---|---|---|---|
| TVSP | ERC-1400 | No | No | Yes |
| TWR27 | ERC-1400 | No | No | Yes |
| UBT | ERC-20 | No | No | Yes |
| UDO | ERC-20 | No | No | Yes |
| UFO | ERC-20 | No | No | Yes |
| UFT | ERC-20 | No | No | Yes |
| UMEE | ERC-20 | No | No | Yes |
| UPP | ERC-20 | No | No | Yes |
| USDC | ERC-20 | No | Yes | Yes |
| USDC | ERC-20 | No | Yes | Yes |
| USDC | ERC-20 | No | Yes | Yes |
| USDC | ERC-20 | No | Yes | Yes |
| USDC | ERC-20 | No | Yes | Yes |
| USDCE | OP | No | Yes | No |
| UTK | ERC-20 | No | No | Yes |
| VID | ERC-20 | No | No | Yes |
| VOXEL | POLYGON | No | Yes | No |
| VOXEL | POLYGON | No | Yes | No |
| VR | ERC-20 | No | No | Yes |
| VSP | ERC-20 | No | No | Yes |
| WNXM | ERC-20 | No | No | Yes |
| WOO | ERC-20 | No | No | Yes |
| WSTETH | ERC-20 | No | No | Yes |
| WXT | ERC-20 | No | No | Yes |
| XED | ERC-20 | No | No | Yes |
| XMON | ERC-20 | No | Yes | Yes |
| XOR | ERC-20 | No | No | Yes |
| XRP | Native Token | No | Yes | No |
| XSGD | ERC-20 | No | No | Yes |
| YGG | ERC-20 | No | No | Yes |
| YOP | ERC-20 | No | No | Yes |
| YOUC | ERC-20 | No | No | Yes |

| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
|---|---|---|---|---|
| ZBC | ARBITRUM | No | No | Yes |
| ZCN | ERC-20 | No | No | Yes |
| ZCX | ERC-20 | No | No | Yes |
| ZIL | ERC-20 | No | Yes | No |
| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
| 1INCH | ERC-20 | Yes | Yes | Yes |
| AAVE | ERC-20 | Yes | Yes | Yes |
| ABT | ERC-20 | Yes | Yes | Yes |
| ACH | ERC-20 | Yes | Yes | Yes |
| ACS | SPL | Yes | Yes | Yes |
| ADA | Native Token | Yes | Yes | Yes |
| AERGO | ERC-20 | Yes | Yes | Yes |
| AGLD | ERC-20 | Yes | Yes | Yes |
| AIOZ | ERC-20 | Yes | Yes | Yes |
| ALCX | ERC-20 | Yes | Yes | Yes |
| ALEPH | ERC-20 | Yes | Yes | No |
| ALGO | Native Token | Yes | Yes | Yes |
| ALICE | ERC-20 | Yes | Yes | Yes |
| AMP | ERC-20 | Yes | Yes | Yes |
| ANKR | ERC-20 | Yes | Yes | Yes |
| APE | ERC-20 | Yes | Yes | Yes |
| API3 | ERC-20 | Yes | Yes | Yes |
| APT | Native Token | Yes | Yes | Yes |
| ARB | ARBITRUM | Yes | Yes | Yes |
| ARPA | ERC-20 | Yes | Yes | Yes |
| ASM | ERC-20 | Yes | Yes | Yes |
| ATOM | Native Token | Yes | Yes | Yes |
| AUCTION | ERC-20 | Yes | Yes | No |
| AUDIO | ERC-20 | Yes | Yes | Yes |
| AURORA | ERC-20 | Yes | Yes | No |
| AVT | ERC-20 | Yes | Yes | Yes |

| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
|-------|-----------|-----------------|--------------------|--------------------|
| BADGER | ERC-20 | Yes | Yes | Yes |
| BAL | ERC-20 | Yes | Yes | Yes |
| BAND | ERC-20 | Yes | Yes | Yes |
| BAT | ERC-20 | Yes | Yes | Yes |
| BCH | Native Token | Yes | Yes | Yes |
| BICO | ERC-20 | Yes | Yes | Yes |
| BIT | ERC-20 | Yes | Yes | No |
| BLUR | ERC-20 | Yes | Yes | Yes |
| BLZ | ERC-20 | Yes | Yes | Yes |
| BNT | ERC-20 | Yes | Yes | Yes |
| BTC | Native Token | Yes | Yes | Yes |
| BTRST | ERC-20 | Yes | Yes | Yes |
| BUSD | ERC-20 | Yes | Yes | Yes |
| C98 | ERC-20 | Yes | Yes | Yes |
| CBETH | ERC-20 | Yes | Yes | Yes |
| CELR | ERC-20 | Yes | Yes | Yes |
| CGLD | Native Token | Yes | Yes | Yes |
| CHZ | ERC-20 | Yes | Yes | Yes |
| CLV | ERC-20 | Yes | Yes | Yes |
| COMP | ERC-20 | Yes | Yes | Yes |
| COTI | ERC-20 | Yes | Yes | Yes |
| COVAL | ERC-20 | Yes | Yes | Yes |
| CRO | ERC-20 | Yes | Yes | Yes |
| CRPT | ERC-20 | Yes | Yes | Yes |
| CRV | ERC-20 | Yes | Yes | Yes |
| CTSI | ERC-20 | Yes | Yes | Yes |
| CTX | ERC-20 | Yes | Yes | Yes |
| CVC | ERC-20 | Yes | Yes | Yes |
| CVX | ERC-20 | Yes | Yes | Yes |
| DAI | ERC-20 | Yes | Yes | Yes |
| DAI | OP | Yes | Yes | No |
| DAI | ERC-20 | Yes | Yes | Yes |

| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
|---|---|---|---|---|
| DDX | ERC-20 | Yes | Yes | Yes |
| DESO | Native Token | Yes | Yes | Yes |
| DEXT | ERC-20 | Yes | Yes | Yes |
| DIA | ERC-20 | Yes | Yes | Yes |
| DNT | ERC-20 | Yes | Yes | No |
| DOGE | Native Token | Yes | Yes | Yes |
| DREP | ERC-20 | Yes | Yes | No |
| DYP | ERC-20 | Yes | Yes | Yes |
| ELA | ERC-20 | Yes | Yes | Yes |
| ENJ | ERC-20 | Yes | Yes | Yes |
| ENS | ERC-20 | Yes | Yes | Yes |
| EOS | Native Token | Yes | Yes | Yes |
| ERN | ERC-20 | Yes | Yes | Yes |
| ETC | Native Token | Yes | Yes | Yes |
| ETH | Native Token | Yes | Yes | Yes |
| ETH | Native Token | Yes | Yes | Yes |
| ETH | Native Token | Yes | Yes | Yes |
| ETH | Native Token | Yes | Yes | Yes |
| ETH | OP | Yes | Yes | No |
| FARM | ERC-20 | Yes | Yes | Yes |
| FET | ERC-20 | Yes | Yes | Yes |
| FIDA | SPL | Yes | Yes | Yes |
| FIL | Native Token | Yes | Yes | Yes |
| FORT | ERC-20 | Yes | Yes | Yes |
| FORTH | ERC-20 | Yes | Yes | Yes |
| FOX | ERC-20 | Yes | Yes | Yes |
| FX | ERC-20 | Yes | Yes | Yes |
| GAL | ERC-20 | Yes | Yes | Yes |
| GALA | ERC-20 | Yes | Yes | Yes |
| GFI | ERC-20 | Yes | Yes | Yes |
| GHST | ERC-20 | Yes | Yes | No |
| GLM | ERC-20 | Yes | Yes | No |

| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
|---|---|---|---|---|
| GMT | SPL | Yes | Yes | No |
| GNO | ERC-20 | Yes | Yes | Yes |
| GNT | ERC-20 | Yes | Yes | Yes |
| GODS | ERC-20 | Yes | Yes | Yes |
| GRT | ERC-20 | Yes | Yes | Yes |
| GST | SPL | Yes | Yes | No |
| GTC | ERC-20 | Yes | Yes | Yes |
| GUSD | ERC-20 | Yes | Yes | Yes |
| GYEN | ERC-20 | Yes | Yes | Yes |
| HFT | ERC-20 | Yes | Yes | Yes |
| HIGH | ERC-20 | Yes | Yes | Yes |
| HOPR | ERC-20 | Yes | Yes | Yes |
| ICP | Native Token | Yes | Yes | Yes |
| IDEX | ERC-20 | Yes | Yes | Yes |
| ILV | ERC-20 | Yes | Yes | No |
| IMX | ERC-20 | Yes | Yes | Yes |
| INDEX | ERC-20 | Yes | Yes | No |
| INJ | ERC-20 | Yes | Yes | Yes |
| INV | ERC-20 | Yes | Yes | Yes |
| IOTX | ERC-20 | Yes | Yes | Yes |
| JASMY | ERC-20 | Yes | Yes | Yes |
| JUP | ERC-20 | Yes | Yes | Yes |
| KEEP | ERC-20 | Yes | Yes | Yes |
| KNC | ERC-20 | Yes | Yes | Yes |
| KRL | ERC-20 | Yes | Yes | Yes |
| KSM | Native Token | Yes | Yes | Yes |
| LCX | ERC-20 | Yes | Yes | Yes |
| LDO | ERC-20 | Yes | Yes | Yes |
| LINK | ERC-20 | Yes | Yes | Yes |
| LIT | ERC-20 | Yes | Yes | Yes |
| LOKA | ERC-20 | Yes | Yes | No |
| LPT | ERC-20 | Yes | Yes | Yes |

| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
|-------|-----------|-----------------|--------------------|--------------------|
| LQTY | ERC-20 | Yes | Yes | Yes |
| LRC | ERC-20 | Yes | Yes | Yes |
| LSETH | ERC-20 | Yes | Yes | Yes |
| LTC | Native Token | Yes | Yes | Yes |
| MANA | ERC-20 | Yes | Yes | Yes |
| MASK | ERC-20 | Yes | Yes | Yes |
| MATH | ERC-20 | Yes | Yes | Yes |
| MATIC | ERC-20 | Yes | Yes | Yes |
| MATIC | ERC-20 | Yes | Yes | Yes |
| MCO2 | ERC-20 | Yes | Yes | Yes |
| MDT | ERC-20 | Yes | Yes | Yes |
| MEDIA | SPL | Yes | Yes | No |
| METIS | ERC-20 | Yes | Yes | Yes |
| MINA | Native Token | Yes | Yes | Yes |
| MIR | ERC-20 | Yes | Yes | Yes |
| MKR | ERC-20 | Yes | Yes | Yes |
| MLN | ERC-20 | Yes | Yes | Yes |
| MNDE | SPL | Yes | Yes | No |
| MONA | ERC-20 | Yes | Yes | Yes |
| MPL | ERC-20 | Yes | Yes | Yes |
| MSOL | SPL | Yes | Yes | No |
| MTL | ERC-20 | Yes | Yes | Yes |
| MUSD | ERC-20 | Yes | Yes | Yes |
| MUSE | ERC-20 | Yes | Yes | Yes |
| MXC | ERC-20 | Yes | Yes | No |
| NCT | ERC-20 | Yes | Yes | Yes |
| NEAR | Native Token | Yes | Yes | Yes |
| NEST | ERC-20 | Yes | Yes | Yes |
| NKN | ERC-20 | Yes | Yes | Yes |
| NMR | ERC-20 | Yes | Yes | Yes |
| NU | ERC-20 | Yes | Yes | Yes |
| OGN | ERC-20 | Yes | Yes | Yes |

| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
|-------|-----------|-----------------|--------------------|--------------------|
| OMG | ERC-20 | Yes | Yes | Yes |
| OOKI | ERC-20 | Yes | Yes | No |
| OP | Native Token | Yes | Yes | Yes |
| ORCA | SPL | Yes | Yes | Yes |
| ORN | ERC-20 | Yes | Yes | Yes |
| PAX | ERC-20 | Yes | Yes | Yes |
| PERP | ERC-20 | Yes | Yes | Yes |
| PLA | ERC-20 | Yes | Yes | Yes |
| PLU | ERC-20 | Yes | Yes | Yes |
| POLS | ERC-20 | Yes | Yes | Yes |
| POLY | ERC-20 | Yes | Yes | Yes |
| POND | ERC-20 | Yes | Yes | Yes |
| POWR | ERC-20 | Yes | Yes | Yes |
| PRIME | ERC-20 | Yes | Yes | Yes |
| PRO | ERC-20 | Yes | Yes | Yes |
| PRQ | ERC-20 | Yes | Yes | Yes |
| PUNDIX | ERC-20 | Yes | Yes | No |
| PYR | ERC-20 | Yes | Yes | No |
| QNT | ERC-20 | Yes | Yes | Yes |
| QSP | ERC-20 | Yes | Yes | Yes |
| QUICK | ERC-20 | Yes | Yes | Yes |
| RAD | ERC-20 | Yes | Yes | Yes |
| RAI | ERC-20 | Yes | Yes | Yes |
| RARE | ERC-20 | Yes | Yes | Yes |
| RARI | ERC-20 | Yes | Yes | Yes |
| RBN | ERC-20 | Yes | Yes | Yes |
| REN | ERC-20 | Yes | Yes | Yes |
| REQ | ERC-20 | Yes | Yes | Yes |
| RGT | ERC-20 | Yes | Yes | Yes |
| RLC | ERC-20 | Yes | Yes | Yes |
| RLY | ERC-20 | Yes | Yes | Yes |
| RNDR | ERC-20 | Yes | Yes | Yes |

| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
|-------|-----------|-----------------|--------------------|--------------------|
| ROSE | Native Token | Yes | Yes | Yes |
| SAND | ERC-20 | Yes | Yes | Yes |
| SHIB | ERC-20 | Yes | Yes | Yes |
| SHPING | ERC-20 | Yes | Yes | Yes |
| SKL | ERC-20 | Yes | Yes | Yes |
| SNT | ERC-20 | Yes | Yes | Yes |
| SNX | OP | Yes | Yes | No |
| SNX | ERC-20 | Yes | Yes | Yes |
| SPELL | ERC-20 | Yes | Yes | Yes |
| STG | ERC-20 | Yes | Yes | Yes |
| STORJ | ERC-20 | Yes | Yes | Yes |
| STX | Native Token | Yes | Yes | Yes |
| SUKU | ERC-20 | Yes | Yes | Yes |
| SUPER | ERC-20 | Yes | Yes | Yes |
| SUSHI | ERC-20 | Yes | Yes | Yes |
| SYLO | ERC-20 | Yes | Yes | No |
| SYN | ERC-20 | Yes | Yes | Yes |
| T | ERC-20 | Yes | Yes | Yes |
| TIME | ERC-20 | Yes | Yes | No |
| TONE | ERC-20 | Yes | Yes | Yes |
| TRAC | ERC-20 | Yes | Yes | Yes |
| TRB | ERC-20 | Yes | Yes | Yes |
| TRU | ERC-20 | Yes | Yes | Yes |
| UMA | ERC-20 | Yes | Yes | Yes |
| UNFI | ERC-20 | Yes | Yes | Yes |
| UNI | ERC-20 | Yes | Yes | Yes |
| UPI | ERC-20 | Yes | Yes | Yes |
| USDT | OP | Yes | Yes | No |
| USDT | ERC-20 | Yes | Yes | Yes |
| UST | ERC-20 | Yes | Yes | No |
| VGX | ERC-20 | Yes | Yes | Yes |
| WAMPL | ERC-20 | Yes | Yes | Yes |

| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
|---|---|---|---|---|
| WAXL | ERC-20 | Yes | Yes | Yes |
| WBTC | OP | Yes | Yes | No |
| WBTC | ERC-20 | Yes | Yes | Yes |
| WCFG | ERC-20 | Yes | Yes | Yes |
| WLUNA | ERC-20 | Yes | Yes | No |
| XCN | ERC-20 | Yes | Yes | Yes |
| XLM | Native Token | Yes | Yes | Yes |
| XTZ | Native Token | Yes | Yes | Yes |
| XYO | ERC-20 | Yes | Yes | Yes |
| YFI | ERC-20 | Yes | Yes | Yes |
| YFII | ERC-20 | Yes | Yes | Yes |
| ZEC | Native Token | Yes | Yes | Yes |
| ZEN | Native Token | Yes | Yes | Yes |
| ZRX | ERC-20 | Yes | Yes | Yes |
| 0 | ERC-20 | No | Yes | Yes |
| 1717 | ERC-1400 | No | No | Yes |
| ADS | ERC-20 | No | No | Yes |
| ADX | ERC-20 | No | No | Yes |
| ALBT | ERC-20 | No | No | Yes |
| ALPHA | ERC-20 | No | No | Yes |
| ANGLE | ERC-20 | No | No | Yes |
| ANT | ERC-20 | No | Yes | Yes |
| ARBDAIE | ARBITRUM | No | Yes | No |
| ARBETH | ARBITRUM | No | Yes | No |
| ARBUSDC | ARBITRUM | No | No | No |
| ARBWBTCE | ARBITRUM | No | Yes | No |
| ARCA | ERC-20 | No | No | No |
| ATLAS | SPL | No | No | Yes |
| AVADAIE | AVAX | No | Yes | No |
| AVAUSDC | AVAX | No | Yes | No |

| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
|---|---|---|---|---|
| AVAUSDCE | AVAX | No | Yes | No |
| AVAUSDT | AVAX | No | No | No |
| AVAWBTCE | AVAX | No | Yes | No |
| AVAWETHE | AVAX | No | Yes | No |
| AXL | Native Token | No | Yes | No |
| AXS | ERC-20 | No | Yes | Yes |
| BAYC | ERC-721 | No | No | Yes |
| BCAP | ERC-20 | No | No | Yes |
| BEL | ERC-20 | No | No | No |
| BETA | ERC-20 | No | No | Yes |
| BFC | ERC-20 | No | No | Yes |
| BLOCKS | ERC-721 | No | No | Yes |
| BOA | ERC-20 | No | No | Yes |
| BOSON | ERC-20 | No | No | Yes |
| BOUNCE | ERC-20 | No | No | Yes |
| BRD | ERC-20 | No | No | Yes |
| BSV | Native Token | No | No | No |
| BTU | ERC-20 | No | No | Yes |
| CAST | ERC-20 | No | No | Yes |
| CBAT | ERC-20 | No | No | Yes |
| CDAI | ERC-20 | No | No | Yes |
| CEL | ERC-20 | No | No | Yes |
| CELL | ERC-20 | No | No | Yes |
| CETH | ERC-20 | No | No | Yes |
| CFT | ERC-20 | No | No | Yes |
| CHR | ERC-20 | No | No | Yes |
| CPU | ERC-20 | No | No | Yes |
| CQT | ERC-20 | No | No | Yes |
| CRE | ERC-20 | No | No | Yes |
| CREAM | ERC-20 | No | No | Yes |

| Asset | Token Type | Prime Supported | Exchange Supported | Custody Supported |
|-------|-----------|-----------------|--------------------|--------------------|
| **CSP** | ERC-20 | No | No | Yes |
| **CUBE** | ERC-20 | No | No | Yes |
| **CUSDC** | ERC-20 | No | No | Yes |
| **CVP** | ERC-20 | No | No | Yes |
| **CZRX** | ERC-20 | No | No | Yes |
| **DAD** | ERC-20 | No | No | Yes |
| **DAO** | ERC-20 | No | No | Yes |
| **DASH** | Native Token | No | Yes | No |
| **DENT** | ERC-20 | No | No | Yes |
| **DEXE** | ERC-20 | No | No | Yes |
| **DFA** | ERC-20 | No | No | Yes |
| **DFD** | ERC-20 | No | No | Yes |
| **DHV** | ERC-20 | No | No | Yes |
| **DODO** | ERC-20 | No | No | Yes |
| **DOGEGF** | ERC-20 | No | No | Yes |
| **DOLA** | ERC-20 | No | No | Yes |
| **DORA** | ERC-20 | No | No | Yes |
| **DPX** | ERC-20 | No | No | Yes |
| | *Please note, asset support for Custody differs depending on the entity your are contracted with across Coinbase Custody Trust Company, LLC, Coinbase Custody International, Ltd and Coinbase Germany. Please check this weblink for further detail. | | | |