# EXHIBIT NN

UST Circulating Supply vs. UST Closing Price, May 15–31, 2021 and UST Circulating Supply, Closing Prices, May 2021.

# EXHIBIT NN



