UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>    v.<br><br>TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON,<br><br>                Defendants. | Civil Action No. 1:23-cv-01346-JSR<br><br>Hon. Jed S. Rakoff |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted to practice in this Court, and I appear in this case as counsel for Defendants.

Dated: May 10, 2023                    Respectfully submitted,

                                                        */s/ Mark G. Califano*
                                                        Mark G. Califano, 5644083
                                                        DENTONS US LLP
                                                        1900 K Street NW
                                                        Washington, DC 20006
                                                        Tel: (202) 496-7500
                                                        Fax: (202) 496-7756
                                                        mark.califano@dentons.com