# EXHIBIT WW

Page 1

1  THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION
2
3  In the Matter of:          )
4                             )  File No. HO-14164-A
5  MIRROR PROTOCOL            )
6
7  SUBJECT:  15_2021.09.21 LIVE FROM NEW YORK TeFi Alpha
8  2021 - YouTube
9  PAGES:    1 through 117
10
11
12
13
14
15
16               AUDIO TRANSCRIPTION
17
18
19
20
21
22
23
24       Diversified Reporting Services, Inc.
25              (202) 467-9200

Page 2

1              P R O C E E D I N G S
2  15_2021.09.21 LIVE FROM NEW YORK TeFi Alpha 2021 -
3  YouTube
4          EVAN:  All right, everybody.  Welcome to
5  Terabytes (phonetic).  Welcome to TeFi Alpha New York,
6  the very first edition of TeFi Alpha.  We're very
7  excited to bring you this Alpha event I would call it.
8  But before we get into anything fun, here's the boring
9  stuff.  Nothing we say is investment advice.  No tax,
10  legal, financial, or any kind of advice.  Would you take
11  advice from a guy that looks like this?  I wouldn't.  So
12  please, don't construe anything we say as advice.  We're
13  just strictly here for entertainment and fun.  Right,
14  Pete?
15          PETE:  Yeah, yeah.  Do your own research,
16  consult with professionals, all that.  We're not
17  professionals.  But you know what, I was having a hard
18  time hearing part of that disclaimer because it is just
19  so loud in here.  So many --
20          EVAN:  Very loud.
21          PETE:  -- people.  There's people waiting at
22  the door.  They didn't get tickets.  But they want to
23  get in.  And we want to let them in, but you can hear
24  how many people there are.  It's just packed out.
25          EVAN:  Yes.  So I will tell you if you're

Page 3

1  watching the stream and you're outside and you're trying
2  to get in, and you aren't on the guest list -- and
3  listen, I want this stream to go well.  And we're trying
4  to bring this stream to people that maybe couldn't come
5  here in person, right?  But because of COVID, because of
6  New York City and the shutdown, because of the venue
7  that we have, it's very hard to get a lot of people in.
8   And so, this stream is very important to me because I
9  want people that couldn't get in to be able to see
10  what's going on tonight.
11          So what we're going to do is, we are going to
12  have a pregame show.  That's me and you here.
13          PETE:  Yep.
14          EVAN:  We're going to do this for about 40
15  minutes, and then once we wrap up, we're going to take a
16  quick intermission.  And then, we'll actually go to the
17  presentations which are going to happen behind us on the
18  stage.  So I think it's going to be a lot of fun.
19          PETE:  Yeah, we're going to have some guests
20  that don't like, check out for 40 minutes because that
21  was just Pete and Evan for 40 minutes because we're
22  going to have some guests from your favorite protocols
23  coming up here to take that third chair over there and,
24  you know, chat with us about their experience here.
25          EVAN:  Yeah, absolutely.  And actually, I just

Page 4

1  realized that my -- my intern, Steph, didn't turn our
2  light on before we got started, and now he's laughing.
3  So it's a little dark here, you know.  We try to make
4  things have good production value around here.  But
5  anyway, so there's going to be a lot of presentations
6  tonight.  There's over 15 presentations that we're going
7  to bring you from within the ecosystem.
8          Some of these projects, you've definitely
9  heard of.  Some of them, you're not going to have heard
10  of before.  Something like Andromeda, who they did apply
11  for a community grant, right, but they've been working
12  pretty heads down since then.  And we met with the team
13  a couple days ago and last night, and there's just --
14  everybody's really holding their announcements in until
15  tonight.  So it's going to be a lot of fun.  And I'm
16  curious, Pete, like, what project are maybe you looking
17  forward to hearing from the most?
18          PETE:  Oh, man.  So many projects.  I mean,
19  our -- the White Whale video I've heard.  I haven't seen
20  them myself, this guy has apparently, but White Whale
21  video I've heard is great.  Alice video I've heard is
22  great, you know.  There's some with high production
23  value.
24          EVAN:  Wait.  Did you just Alice?
25          PETE:  Yeah.  Alice.

1    EVAN:  Who is Alice?
2    PETE:  I -- I mean, does anyone know who Alice
3  is?  You do.  You've seen the video.
4    EVAN:  I -- I might have seen a little bit of
5  it, but Alice, Andromeda, there's going to be a ton of
6  projects out there that again, maybe you've heard of,
7  maybe you haven't.  And I'm just looking forward to the
8  entire event as a whole.  I think it's going to be a lot
9  of fun.  There's going to be some -- some videos that
10 people are presenting.  There's going to be people
11 actually getting up and talking.  And you know, leading
12 up to this, I just feel like the community's like,
13 exploding.  You know?  It's crazy.
14    PETE:  The comments are exploding right now.
15 You can tell who's the humble bagel shop owner versus
16 the guy who lives in Florida.  Yeah, you know what?
17 This guy told me he was buying a sport coat and was
18 going to dress up.  So I went out and bought clothes for
19 this event, and I show up and he's in this sweatsuit.
20    EVAN:  All I can afford is a hoodie, man.
21 That's all I can afford.  So I don't know what to tell
22 you.
23    PETE:  Where is your sport coat?  You're not
24 even wearing it.
25    EVAN:  Yeah, it's back here.  It's just too

1  hot in here.  All these people, you know, and the
2  energy.
3    PETE:  It is.  It is, yeah.
4    EVAN:  The conversations behind us, yo,
5  Terabytes intern.  Can you make sure that people that
6  are trying to get up here for the third chair make it up
7  here because they might get like, blockaded.  There's
8  people we invited up here.  Just like -- (inaudible)
9  just make sure they get past the wall.
10    PETE:  Yeah, we're going to have a couple
11 people come in and actually join us.  We got Midas.
12 People are going to see Midas --
13    EVAN:  Yeah.
14    PETE:  Maybe -- not for the first time, but
15 maybe for the first time.  We met Midas in person.  It's
16 been really cool the last couple of days to actually
17 meet all the characters, all the developers and all the
18 projects that are within the ecosystem.  And you know,
19 maybe people -- it seems like -- I don't know.  Maybe
20 you think the same way, but does it seem like events are
21 always like a sell the news thing?
22    EVAN:  Well, there's -- I mean, there's so
23 much else happening right now, right?  Crypto in general
24 took a downturn after that China real estate thing.
25    PETE:  Right, right, right.

1    EVAN:  Crashed stocks.  I mean, but we saw it
2  on the TVs yesterday.  We never watch TV, but you're in
3  a hotel.  They're on, right?
4    PETE:  And everything's red, red, red.
5  Negative, negative, negative.  S&P down, all sectors
6  down.  Real estate crashing.  Another giant falls.  And
7  that bled over a little bit.  But yeah, I mean, people
8  are starting to feel like conferences are still sell the
9  news, and this is the biggest probably crypto conference
10 of this year in the United States.
11    EVAN:  Right, right.
12    PETE:  So there was -- for those of you don't
13 know, Ms. Sari (phonetic) (inaudible) that conference
14 was here in New York City this week.  Which is why so
15 many, the whole Terraform Labs team, is here.
16    EVAN:  And I know people in the comments are
17 asking us to drop some Alpha.  Maybe I can drop some
18 Alpha for them.  Pete and I, you know, our job is to ask
19 honest questions.  And yesterday there was some rumors
20 circulating that maybe someone got served a subpoena
21 from the SEC, and I can say we talked with guys from
22 Terraform Labs, and they said that was not true.
23 Whether it was true or not, we talked to them and they
24 said it was not true.
25    PETE:  I mean, the community has conjectured

1  because of a tweet from Mike Arrington.
2    EVAN:  Arrington, yes.
3    PETE:  Saying one of his projects was -- and
4  of course, Ryan Selkis (phonetic) said he's going to run
5  for Senate because the SEC came in and served somebody.
6    EVAN:  They crashed the party.
7    PETE:  Yeah, yeah.  Right, right.
8    EVAN:  right.
9    PETE:  But you know, it could be somebody else
10 or maybe it's -- maybe they saw the rumors too.
11    EVAN:  Exactly, yeah.
12    PETE:  I mean, people are people like us, and
13 they read Twitter and eventually you get convinced.
14    EVAN:  So I don't know.
15    PETE:  Right.
16    EVAN:  We'll find out hopefully a little bit
17 more at some point.
18    PETE:  Yeah.
19    EVAN:  So I do want to run through kind of
20 sequence of events.
21    PETE:  Sure.
22    EVAN:  Again, for everybody that's just
23 joining here, we've got like, a little under 500 people
24 watching live.  So I appreciate everybody that's
25 watching us live.  We -- it's going to be Pete and I

Page 9

1 here for about another 30 minutes.  We're just going to
2 have basically a normal Terabytes episode, but the
3 difference is we're going to have some live guests jump
4 on.  Steph, can you show the wide angle for them?  We've
5 got a third chair here.  So we're going to invite some
6 people to come and join us tonight and talk with us and
7 chat with us.  And then we're going to take an
8 intermission that'll be about five to ten minutes.  But
9 when we come back, we're actually going to show the
10 presentations themselves.  And again, this is very
11 important to me and Pete, you know, as Terabytes, our
12 job is to bring you guys information in the community.
13 And again, I feel very bad that we couldn't have an
14 event where it was like, if you want to come, just come
15 in, you know.  And it's just, it's the timing.  You
16 know, we talked about it but hopefully tonight in the
17 stream, we can bring you guys just as much Alpha and
18 real time as everybody else.  So I'm very excited for
19 tonight, and who's our first guest?  Who's coming on?
20         PETE:  We're supposed to have somebody from
21 Andromeda coming up.  I could understand if they're a
22 little caught up down there.  I just sent Terabyte's
23 intern who's pretty anonymous, yeah, just Terabyte's
24 intern.  I sent Terabyte's intern down to, you know, try
25 to bring them up or find them.  We'll see how that goes.

Page 10

1   Otherwise, we'll just have to continue the show until
2 the next guest.
3         EVAN:  Yeah, absolutely.
4         PETE:  We've got like, maybe six lined up to
5 try to sit in that chair with us today.  The chat is
6 exploding.  Mostly positive comments about sounds like
7 you two have had a couple of wobbly pops.  Says
8 (inaudible) --
9         EVAN:  What's a wobbly pop?
10         PETE:  I don't know, but give me some of
11 those.
12         EVAN:  Let me get a wobbly pop then.  I want a
13 wobbly pop.  Go ahead.
14         PETE:  And so and we got -- we Star Terra
15 (phonetic) coming.  So I will remind the community that
16 every, like, tension is on hold right now for TeFi
17 Alpha.
18         EVAN:  Tension is on hold.
19         PETE:  Both projects in question in the recent
20 controversy are here.  They've talked.  They've had
21 beers.  Their logos are on the wall.  They're both
22 presenting in some way.  So, you know, just -- yeah,
23 we're going to hold off on that.  We can resume
24 discussions, sure, but we're waiting until a little bit
25 later for that, I think.

Page 11

1         EVAN:  Yeah, yeah, absolutely.  And I'll tell
2 you what, just to get back to -- on track with sort of
3 our sequence of events tonight, there will be a question
4 and answer panel at the end of tonight.  That's going to
5 feature Do Kwon and Tor Bear (phonetic) from Secret
6 Protocol, and a couple of other -- maybe newbies that
7 you haven't met before.  There will be four of them.
8 Steph, bring up the tweet.  So if you head over to
9 lunalute.com (phonetic) -- or, no, sorry.  Lunalute.com
10 on Twitter, they're hosting -- he is hosting the
11 discussion panel at TeFi Alpha.  So what you'll be able
12 to do is just answer this -- this tweet, this thread
13 specifically, and you will be able to join
14 -- or, you won't be able to join, but we might actually
15 read your question tonight to this panel.  It consists
16 of Do Kwon, it consists of Johnsy St. John (phonetic)
17 from Angel Protocol, it consists of Super Fly who again,
18 he might be a new face, but that's actually Andromeda
19 who tonight (inaudible) debuted on Ball.  And then Tor
20 Bear from Secret who, if you're not familiar with this,
21 is a privacy protocol that's working very closely with
22 Terra and with the LUNA ecosystem.  So, again, head over
23 to Lunalute's Twitter and submit your questions and they
24 might get asked live.
25         PETE:  And you know, that person from --

Page 12

1 actually, we got him right here today, right now, the
2 person from Andromeda Protocol.  Let him introduce
3 himself.
4         EVAN:  Finally.
5         PETE:  I know he's done some work --
6         EVAN:  Late to the party, sir.
7         PETE:  -- on Ethereum before, some work on
8 some very relevant things.  We'll let him share --
9         EVAN:  It's very hard to hear, even though
10 we're sitting right next to each other.
11         PETE:  Yeah, it is (inaudible) --
12         EVAN:  So you're to talk right into that
13 microphone.  So go ahead and introduce yourself, your
14 project, what's it all about?
15         MR. MARX BAILEY:  Boy, that's a lot -- it's a
16 lot to talk about right now.
17         EVAN:  All of it.
18         MR. MARX BAILEY:  On the spot.
19         EVAN:  On the spot.
20         MR. MARX BAILEY:  Yeah.  So my name is Cody
21 Marx Bailey.  I'm one of the core contributors to the
22 Andromeda Protocol.  We got started back in May with a
23 grant from Do Kwon, personal grant.  He saw something,
24 you know, I told him what I was doing and what I wanted
25 to kind of pull off, and worked on that for about three

1 or four -- for about three weeks.  Showed him that the
2 proof of concept, and then he was like, all right, I
3 think you're ready.  Go get a community grant.  So we
4 went out and did the whole Agora (phonetic) post thing,
5 and did the song and dance.
6        EVAN:  Oh, so you had already talked to Do
7 before you even put that community proposal forward.
8        MR. MARX BAILEY:  I thought it was smart to
9 get buy-in from the right guys.
10       EVAN:  I think that is a smart move.  Yeah.
11 So -- well, tell me a little bit about your background,
12 too.  Because there's a story there, right?
13       MR. MARX BAILEY:  Yeah, yeah.  So one of the
14 funny things that people ask me all the time is so when
15 did you get into blockchain, right?  That's a common
16 question --
17       EVAN:  Yeah.
18       MR. MARX BAILEY:  -- for this kind of stuff.
19 And it's all I can tell people that I got into
20 blockchain back in the mid-90s, and they're like, mid-
21 90s, what the?  What the hell does that mean?  And I'm
22 like, well, I was working on a lot of the technologies,
23 the databases, the distributed, you know, networks, the
24 (inaudible), that kind of stuff, like, playing with all
25 these tools that were out there.  So it was a matter of

1 like, around 2009, 2010, when blockchain came around, I
2 was like, oh, yeah, I get all this stuff.  Like, oh, you
3 took a little bit of this, little bit of that, little
4 bit of this, and made kind of a stone soup, but I mean,
5 I get how this thing works.
6        EVAN:  Right, right, right.
7        MR. MARX BAILEY:  And then -- but as an
8 engineer, I didn't see much with Bitcoin.  I'm going a
9 long way, but I'll get there.  And then when Ethereum
10 was announced, it was like, oh, shit.  Okay.  Smart
11 contracts, I can actually build something on top of this
12 network, that's a big deal.
13       So I got big into Ethereum, saw the way things
14 were doing on, you know, rode the hype waves and all the
15 -- all the -- all of that, and in 2017, when there was a
16 group of us that got together to sort of say, okay, we
17 need -- we need to build this ERC721 concept out, like,
18 build a standard like, we have the ERC20s.  And so I got
19 on board really quick with that.
20       EVAN:  What is that, ERC721?  Explain that.
21       MR. MARX BAILEY:  That's the -- yeah, so
22 that's the NFT standard on Ethereum.
23       EVAN:  NFTs on Ethereum?
24       MR. MARX BAILEY:  Yeah.  (crosstalk) from the
25 beginning.

1        EVAN:  The original NFTs, this guy right here.
2        PETE:  This guy.
3        EVAN:  He did it all by himself.
4        MR. MARX BAILEY:  No, no, no, no, no.  Not by
5 myself.  I had a hand in it, not -- yeah, I was not the
6 main guy, but yeah.
7        EVAN:  So then tell us, you know, you've been
8 around for a while, and I've seen some very bullish
9 sentiment from you, like tweets about why LUNA is -- I
10 mean, you've been there since the beginning.  So, tell
11 me, like, why did you come to LUNA?  What makes it so
12 special for you and why did you choose this protocol to
13 build Andromeda on?
14       MR. MARX BAILEY:  Yeah, so -- so what brought
15 me to LUNA was -- well, actually, what brought me to
16 LUNA was a Mirror because I was looking at synthetics.
17 I'm a finance guy.  I'm not a -- I'm not a digital Nikes
18 and rainbow unicorn NFT guy.  I don't really -- I don't
19 really do a lot of the -- it's really loud in here.
20       EVAN:  Yeah, it is very loud.  So sorry if you
21 can't hear us.
22       MR. MARX BAILEY:  I'm going to speak really
23 loud.  So yeah, we saw a -- I was always -- I wanted to
24 see what -- I wanted to see NFTs going the way of robust
25 finance products like bonds and insurance.  The real,

1 you know, the real fun stuff in life, right?  But that
2 was -- because that's where the money's at, right?  And
3 so after four years of hanging around on Ethereum, being
4 like, guys, when are we going to like, move on from
5 like, digital rocks and like, apes and digital Nikes and
6 rainbow unicorns.  I wanted to see some real, real
7 value.
8        EVAN:  Yeah.
9        MR. MARX BAILEY:  And so I was looking at
10 synthetics.  I was actually on Ethereum.  And so I was
11 like, well, if you like synthetics, you should go check
12 out this Mirror protocol.  I was like, all right, cool.
13 So I wandered over, and I was like, well, this is really
14 -- oh, and you don't have to like, you can back it with
15 US -- UST, and you only have to do like, 150 percent
16 collateral, not 800 percent with synthetics.
17       EVAN:  Right, right, right.
18       MR. MARX BAILEY:  So I was like, man, that's
19 huge.  That's a huge deal.  Well, the hell is this UST
20 thing?  Oh, boy.  Oh, senorage (phonetic) there's a new
21 term.  Oh, wow, what is this?  So then I found out
22 (inaudible) to LUNA.  So I started looking at the smart
23 contracting languages, and I was like, oh, you all are
24 using a dog shit of a language like Silivity (phonetic)?
25 You're actually using rust?  Like, this is a real --

1 like, this is a real language.  I can -- I can do -- I
2 can do a lot with -- I can do a lot with this.
3        EVAN:  Right.
4        MR. MARX BAILEY:  And that's what turned me
5 on.  I like, man, so for four years when I was over
6 on Ethereum I wanted to get stuff done.  I wanted to
7 build these like, really cool protocols and do some
8 really neat stuff.  But you can't.  Because it costs you
9 $80 per transactions.  The L2 solutions are crap to work
10 with.  I mean, it's like a -- a list of things that if
11 you would just like, take a step back from this like,
12 Ethereum beast that, you know, brought you so much
13 wealth and so much like, you know, great things, like,
14 take a step back and see like, maybe there's something
15 better over here, a third-generation chain.
16        EVAN:  Right, right.
17        MR. MARX BAILEY:  And when I saw that, it was
18 like, boom, I got the team together, POC from Do, got
19 the MVP going with this grant.  Now, luckily, we got the
20 grant denominated in LUNA, when LUNA was $5.  So that
21 was --
22        EVAN:  Smart move, smart move.
23        MR. MARX BAILEY:  Yeah.  So --
24        EVAN:  So that let's you buy in a lot more,
25 right, to the whole ecosystem?

1        MR. MARX BAILEY:  Yeah, yeah, yeah.
2        EVAN:  You're doing it to build the ecosystem?
3        MR. MARX BAILEY:  We're here for the long
4 haul.
5        EVAN:  Yeah.
6        MR. MARX BAILEY:  So with Andromeda, a lot of
7 people ask us, like, you know, there's the whole Win
8 token joke and everything.  But we're not even -- we're
9 not focused on that right now.  We're here to build
10 about 80 -- we've got about 15 people on staff.  We'll
11 be at 15 by the end of the month, and about 85, 90
12 percent of that is engineers.  Because we're here to
13 build.  We're here to make something.  We're not worried
14 about like -- if you look at our Twitter account, it's
15 not very active.
16        EVAN:  Yeah.
17        MR. MARX BAILEY:  If you look at our Discord,
18 all of our -- all of our -- we're here, we're building
19 right now.  We're heads down.  We've been in stealth
20 mode only -- only because we didn't want to have a lot
21 of distraction.  So that's why you've probably heard of
22 us, but you haven't heard much from us.
23        EVAN:  Right.  Right, right, right.  And I
24 don't know if Pete can even hear you.  That's how loud
25 it is --

1        PETE:  I can't hear a thing.  I've been
2 hearing snippets here and there, so apologies.  But it's
3 been great having Cody from Andromeda Protocol.
4        EVAN:  Yeah.  You've got to come on the show
5 soon.  And I've seen people already plugging your
6 Twitter handle in the comments here saying this guy --
7        MR. MARX BAILEY:  Yeah.
8        EVAN:  -- is super interesting.  You got to
9 follow him.  Can't wait to see more.
10        MR. MARX BAILEY:  Yeah, I'm --
11        EVAN:  So drop your Twitter handle for people
12 in the comments.
13        MR. MARX BAILEY:  I don't even post on Twitter
14 much anymore, man.
15        EVAN:  Well, there you go.
16        MR. MARX BAILEY:  I'm pretty -- I'm pretty
17 quiet.  Super Phly with a P-H.
18        EVAN:  But Andromeda, maybe, they want to hear
19 about Andromeda.
20        MR. MARX BAILEY:  Andromeda Prot, p-r-o-t,
21 because we couldn't get protocol, and you know, you do
22 what you can.
23        EVAN:  It's faster to type.
24        MR. MARX BAILEY:  So it's Andromeda Prot.
25        PETE:  Common abbreviation for protocol.  We

1 use it all the time.
2        (crosstalk)
3        EVAN:  Would you say that's Andromeda Prot or
4 Prot?
5        MR. MARX BAILEY:  Prot, I guess, yeah, but it
6 looks like Prot to me.  So anyway, and then on there you
7 can find our telegram, we're probably going to be more
8 active and stuff like that.  So --
9        EVAN:  Cool.
10        MR. MARX BAILEY:  Hey, yeah.
11        PETE:  All right.  We've got our next guest
12 on.  Thanks so much, Cody from Andromeda Protocol.
13        EVAN:  Thanks, Cody.
14        MR. MARX BAILEY:  My pleasure, my pleasure,
15 guys.  See you all soon.
16        EVAN:  Thank you.
17        PETE:  We've got to have you on the show
18 (inaudible).
19        EVAN:  Andromeda is going to be doing a
20 presentation tonight.  So keep an eye on the show, we're
21 going to -- again, we're going to go to intermission
22 first.  We're going to go to intermission first and
23 after this pregame show, and then we'll come back with
24 all the presentations.  So you'll be able to hear from
25 Cody and the Andromeda team.

Page 21

1    PETE:  By the way, before our next guest, the
2  chat has decided you're on wobbly pops and cocaine.
3    EVAN:  Hey, I think that it's just lack of
4  sleep, loud noise, bright lights, and dealing with these
5  interns.  I might be on -- what was it?  Wobbly pops?
6    PETE:  Wobbly pop, yeah.
7    EVAN:  I might be on all that.  Who knows,
8  man?  It's going crazy out here.  We got our next guest.
9    PETE:  New York City for you, New York City
10  for you.
11    EVAN:  Let's -- let's give it up for Sha
12  (phonetic) from Orbital Commands.
13    SHA:  What's going on?
14    EVAN:  Hey.
15    SHA:  What's up, my (inaudible)?  What's up my
16  lunatics?  Hoo hoo.
17    EVAN:  So we got Sha here from Orbital
18  Command, and you got to talk real close to that mic
19  because it's loud as heck in here.
20    SHA:  Yeah.  It's loud AF.
21    EVAN:  So Sha, you were one of the first other
22  validators that we really like, vibed with and got in
23  touch with.  So like, what's your story?  Well, first of
24  all, tell me about Orbital Command.
25    SHA:  Yeah.

Page 22

1    EVAN:  And then maybe tell me your story about
2  LUNA and like, how you got into that.
3    SHA:  Yeah, yeah.  I was messing with like,
4  elastic -- elastic supply tokens back in TeFi summer,
5  and like, I was playing with Ampleforth, which is a lot
6  of fun, and a cool idea.  And then I made a lot of
7  money, lost a lot of money, but I was like, this is an
8  interesting idea, the supply -- elastic supply token.
9  Then I found a paper that talked about Terra and I was
10  like, oh, this is pretty interesting.  And then you
11  know, I just started falling down the rabbit hole.
12    EVAN:  So he's coming up here?
13    PETE:  Yeah, yeah, keep going.
14    SHA:  Okay.  Yeah, I just bumped into Do.  Is
15  that what you're talking about?
16    EVAN:  Yeah, Do's barely coming up here very
17  soon.  So -- hey, Steph, Steph, you can also feel free
18  to use the camera angle that shows -- shows our
19  brilliant guests.
20    (crosstalk)
21    PETE:  But when he comes up, Sha's off.  So
22  let's -- you know --
23    SHA:  Yeah, let's talk fast, dude.  I'm going
24  to get bumped real quick.
25    EVAN:  So tell me about Orbital Command.  You

Page 23

1  know, like, we run a validator.  We try to bring
2  information to the community.
3    PETE:  Yeah.
4    EVAN:  That's what we bring to the community.
5  What does Orbital Command do?  Why should people stake
6  with you guys?
7    PETE:  Yeah.
8    EVAN:  Are you looking for people to stake
9  with you?  I mean, like, tell me the whole story.
10    SHA:  Yeah, absolutely.  We'd love for people
11  to stake with us.  We are just trying to contribute back
12  to the community just like you guys.  We run an
13  announcement channel called the Orbital Command Intel
14  Report, and I feel like most of the Lunatics out there
15  know that we like, provide all the hottest Terra news as
16  it drops, new apps, new information announcements.
17    EVAN:  Right.
18    SHA:  And we helped sponsor this wonderful
19  event that you guys put on.
20    EVAN:  Absolutely.
21    SHA:  And we try to do as much as we can.
22  We've helped create other (crosstalk) --
23    EVAN:  You guys have a presentation tonight as
24  well.
25    SHA:  We do.  We got a little video, you know,

Page 24

1  so yeah.
2    (laughter)
3    SHA:  Uh-oh.  The big guy's here.
4    EVAN:  All right, all right.  Sha, thanks so
5  much.  We're going to have you on a (inaudible).
6    (crosstalk)
7    SHA:  Thanks, guys.
8    EVAN:  Thanks, Sha, Orbital Command.
9    SHA:  Stay crazy out there, Lunatics.  Stay
10  crazy.
11    PETE:  Oh, Do almost walked in front of the
12  camera, awesome.
13    EVAN:  Continue being Lunatics.  Could you
14  tell our next guest to kindly come over here?
15    PETE:  All right.  We've got Do Kwon.  Some of
16  you may know who he is.  You know, cofounder of
17  Terraform Labs.
18    EVAN:  I definitely have a bone to pick with
19  him and his -- his tweet that told anybody that wants to
20  come in, come in.
21    PETE:  (crosstalk) people came in.
22    EVAN:  I don't know if they came in.  Let's
23  get him over here.  We're ready for him.  The man, the
24  myth, the legend himself, Mr. Do Kwon.  How are you,
25  sir?

1      MR. KWON:  Pretty good.

2      EVAN:  It's a pleasure.  This actually -- this

3  actually is the first time we've met Do in person

4  although we've had him on the show multiple times, so

5  you're a lot shorter than I thought you would be.

6      MR. KWON:  Dude, I'm 5'11".

7      (laughter)

8      EVAN:  So Do, first of all, I got a bone to

9  pick with you.

10      MR. KWON:  Yeah.

11      EVAN:  You sent a tweet out and you told

12  anybody that wanted to come in, to come in.  Did you

13  bring a whole entourage in?

14      MR. KWON:  So I told Kevin in front of the

15  door, if you want to get in, we're going to try to sneak

16  you in.

17      EVAN:  Yeah.  Did you find the fire exit to

18  get him in?

19      MR. KWON:  Yo, I took care of that guy, don't

20  worry about it.

21      (laughter)

22      EVAN:  Awesome.  So Do, you're going to be

23  leading off tonight with you (inaudible) 15-minute, ten-

24  minute, whatever you want to do.  This even really kind

25  of came together like from the community.  Do had

1  absolutely to do with this.  In fact, I had to DM Do and

2  be like, hey, just so you know, you're going to do a

3  speech at the beginning and like a panel at the end.

4  And he was like, okay, cool.  He didn't even know.

5  Like, what are your feelings seeing this entire

6  community built around something that was like, once

7  your idea?  And you like, you had a tweet today that was

8  like, nothing to something, maybe back to nothing, and

9  we can get into that.  But just, like, seeing all these

10  people that are so avid about LUNA.

11      MR. KWON:  You know, so the way that I think

12  about it is that anything that stands the test of time,

13  it's a cycle of life.  You begin from nothing and go

14  back to nothing.  That's exactly where I want to be.  So

15  I think Terra is going to be the decentralized money

16  standard across the entire blockchain, across all the

17  blockchains.  And I'm excited for Terraform (inaudible)

18  contributes a significant portion of that early vision,

19  but eventually, to go back to nothing.

20      EVAN:  Right.

21      PETE:  Yeah.

22      MR. KWON:  Excited.

23      EVAN:  And then be purely that decentralized

24  community like you've been talking about forever, right?

25      MR. KWON:  Right.  Exactly.

1      EVAN:  And Pete probably can't hear you,

2  honestly.

3      PETE:  No, I can't hear --

4      EVAN:  It's so loud in here --

5      PETE:  -- anything the guest says.

6      EVAN:  -- Pete can't hear you.  So just ask a

7  random question, I guess.

8      PETE:  I took the last Do interview by myself,

9  so you take it.  Go.

10      EVAN:  Well, I mean, what else?  I don't know.

11      (laughter)

12      EVAN:  I mean, but -- so I understand that

13  cycle, right?  That LUNA cycle, that's your motto.  You

14  guys have been trying to decentralize.  But I mean,

15  behind us, it's so loud because there's like, hundreds

16  of people here.  They're knocking on the door.  We're

17  going over the fire limit.  They're going to shut this

18  party down, probably.  I mean, how does that make you

19  feel to see all these people that are like, so into to?

20      MR. KWON:  I'm overwhelmed, to be honest with

21  you.

22      PETE:  You got to get close to the mic.

23      MR. KWON:  Yeah.  So we went through tons of

24  different cycles at Terra, right?  So in the beginning,

25  we were just a company.  We were trying to build as many

1  applications as possible to make Terra stablecoins

2  useful.  Then we sort of turned into an app factory.  We

3  -- the focus was still on stable coins, but we're trying

4  to create tons of products and make these stablecoins

5  useful.

6      And then now, we're sort of in this period

7  where there's tons of organizations, both established

8  and starting up, that are trying to perpetuate the

9  legends, trying to create new things, trying to

10  decentralize the world.  That I'm super humble and

11  amazed at the amount of progress that we've made so far.

12      EVAN:  You've done a spectacular job.

13  Everybody's impressed.  Everybody loves it.  There's a

14  reason there's like a fever pitch around here.  And so

15  tell me a little bit more about that plan to like,

16  disappear?  What do you see the timeline of that being?

17  And how do you see doing that, especially with like,

18  Columbus 5 upgrade and especially with, you know, so

19  many new protocols that might need your support in order

20  to integrate with that?

21      MR. KWON:  Yeah.  So two things.  Number one,

22  we have sort of a -- something called a protocol

23  Armageddon at the company.  So a protocol Armageddon is

24  is it's a kill switch.  So whenever we feel like we're

25  no longer in a position to be able to best serve the

1 community, we pull the trigger and 24 hours, we're gone.
2 We burn all of our assets.  We cut all of our ties, and
3 it's nothing.  So that's just in case where things move
4 a little bit faster than we're anticipating.
5      But the way that we're thinking about it is
6 that our main role is to be able to get to a state where
7 people are no longer asking the question is USC going to
8 be around the next ten years?  And that's our vision.
9 We want to get to a state where the most decentralized
10 form of money is the most trusted.
11      EVAN:  Yeah.
12      MR. KWON:  And you know, I think we're maybe
13 about -- a good chunk of the way there, but I think in
14 the next two or three years, we should be able to get to
15 a state where that's possible.
16      EVAN:  Amazing, amazing.  All right.  Well,
17 thanks, Do.  I know you're talking again in like 15, 20
18 minutes, right?  You're kicking us off.  So we're going
19 to hear from Do again really soon in about 20 minutes.
20 I didn't hear anything you said, so I'm going to have to
21 go watch it again.  It's just so loud, but thanks so
22 much for coming on.
23      PETE:  Thanks, Do.
24      MR. KWON:  Yeah.
25      EVAN:  We appreciate it, man.

1      MR. KWON:  Yeah, exactly.  All right, see you
2 guys soon.
3      EVAN:  And Do will be back on.  He's going to
4 be the first presenter once we get to the actual
5 presentations.  And it won't be so loud in here once
6 that actually happens.
7      PETE:  Yeah, you know what?  You know what, we
8 need somebody like Midas -- Midas to come on the show.
9 Midas.  Midas.
10      EVAN:  Esteban.  This way -- the first meeting
11 between Midas and Esteban is happening off camera right
12 now, so.  Or Midas and Do.
13      PETE:  And Midas is (inaudible) with Do here.
14 So --
15      EVAN:  (laughter)
16      PETE:  So, you know, we'll give them a minute.
17      EVAN:  It was impossible to hear Do, so not
18 the best like, conditions here in order to ask him some
19 really interesting questions about, you know, that plan
20 to decentralize and actually turn this into a community
21 and a network.  And I think it really does play off of
22 how many people you see here.  You know, one of the
23 things that I really admire about TFL and about like,
24 the Terra stablecoins is they were under the radar for
25 so long, right?

1      PETE:  Yeah.
2      EVAN:  And they could've quit so long ago, but
3 they kept going.  They kept going, and now, they finally
4 reach a critical mass where you can have sort of other
5 projects and other founders carry it across the finish
6 line.  It doesn't have to be a TFL anymore.
7      PETE:  Yeah.  By the way, Steph, we should --
8      EVAN:  There he is.
9      PETE:  -- kill that mic when nobody's on it.
10 All right.
11      EVAN:  Who are you?
12      UNIDENTIFIED SPEAKER:  I'm freaking nervous,
13 you all.
14      EVAN:  Why are you so nervous?
15      UNIDENTIFIED SPEAKER:  I just met my idol.
16      (laughter)
17      EVAN:  Well, what did he say to you?
18      UNIDENTIFIED SPEAKER:  Oh, he was -- he
19 thanked me for the -- the work that I've done for LUNA.
20 So --
21      EVAN:  You have to talk really loud into that
22 mic.
23      UNIDENTIFIED SPEAKER:  Man, I'm freaking
24 nervous.  What can I tell you?  I'm pumped.
25      (laughter)

1      EVAN:  What -- of all the presentations
2 tonight, all the protocols, is there anyone that you're
3 like, particularly excited for?
4      UNIDENTIFIED SPEAKER:  Mars Protocol of
5 course.
6      EVAN:  Of course.  Mars Protocol.
7      UNIDENTIFIED SPEAKER:  Of course.  Mars
8 Protocol.  Yeah.
9      EVAN:  And tell me a little bit because, you
10 know, Terra's worldwide, stablecoins are worldwide.
11 Tell me a little about the Lunaticos in the Spanish-
12 speaking community because you've been a big, like,
13 influencer in that community.
14      UNIDENTIFIED SPEAKER:  Yeah.  So back when I
15 joined Terra, I didn't find any group of Spanish
16 lunatics.  So I had to create one.  And I created one on
17 (inaudible) and I can see that it has started to grow
18 like crazy.  We have a lot of people from Argentina,
19 from Mexico, from Colombia, from different places around
20 -- from Spain as well.  And it's been a great community
21 because they all help each other.  They are super giga-
22 brain chats, you know, it's kind of like what happens on
23 Terabyte's podcast group.
24      EVAN:  Right, right.  Yeah.
25      UNIDENTIFIED SPEAKER:  But in Spanish.

1    EVAN:  Absolutely.

2    UNIDENTIFIED SPEAKER:  You know?  And --

3    EVAN:  How would you compare the Spanish-
4  speaking community to the English-speaking community?  I
5  mean, I would imagine the English-speaking community may
6  be a little bit more broad, but is there like a -- is
7  there a nice fever about LUNA in the Spanish-speaking
8  community like there is in the English-speaking
9  community?

10    UNIDENTIFIED SPEAKER:  I think -- I think it's
11  very similar, you know, the spirit, the emotion, the
12  (inaudible) -- people being bullish on Terra.  I think
13  it's happening all around the world.  It doesn't matter
14  if it's lunaticos or if lunatics in English.  I can see
15  the same spirit.  I can see --

16    EVAN:  That's awesome.

17    UNIDENTIFIED SPEAKER:  -- people building.
18  One thing that we have on the Spanish community is that
19  we have a lot of builders.  Like the guy that started
20  the Harpoon thing (inaudible), he was from -- he's from
21  Venezuela.  He was a lunaticos.  We have Peter, he's
22  doing Bit Terra (phonetic).  We have Sam, he's doing
23  Loco Terra (phonetic).  So we got a lot of lunatics,
24  Spanish lunatics, building stuff, so shout out to
25  everybody in the group.

1    EVAN:  And if we have any Spanish-speaking
2  people watching this stream, why don't you speak a
3  little Spanish and give them a message about TeFi Alpha
4  and the LUNA ecosystem?

5    UNIDENTIFIED SPEAKER:  (speaking Spanish)

6    EVAN:  I don't know what he said, but it
7  sounded pretty good.

8    UNIDENTIFIED SPEAKER:  I just said -- I said
9  very good things about you.

10    EVAN:  I love it.

11    (laughter)

12    EVAN:  All right, brother.

13    UNIDENTIFIED SPEAKER:  Sir, thank you very
14  much.

15    EVAN:  Thank you.

16    UNIDENTIFIED SPEAKER:  And let's enjoy the
17  party.  Thanks.

18    EVAN:  We're going to party tonight.  All
19  right.  A lot of people in the stream think I've already
20  partied, but as you can see, I'm only drinking water.

21    PETE:  Yeah, I know, right?  Plus, you don't
22  party very hard.

23    EVAN:  Yeah, I never party.  (laughter)

24    PETE:  I think we got one more before we've
25  got to start, like, wrapping up and getting ready for Do

1  to speak publicly to everyone.  And maybe this time I'll
2  actually hear him.  But we've got Mike over here.  Where
3  is Mike?  He's hiding all the way back there.  Mike from
4  Apollo.  No, Ian.  Oh, all right.  Sure.  Are you
5  joining?

6    PETE:  Somebody other than Mike came.

7    EVAN:  You got to really talk close to that
8  mic because it's loud in here.

9    (crosstalk)

10    PETE:  You're coming on next.

11    IAN:  Hello.

12    EVAN:  Who are you, sir?

13    IAN:  CTO (inaudible) --

14    (crosstalk)

15    EVAN:  And what do you do?

16    IAN:  What do I do?  I'm the CTO of Anchor
17  (phonetic).  I also run Evaladata (phonetic), we'll that
18  one alone.

19    (laughter)

20    IAN:  I'm a fan.  What can I say?

21    EVAN:  Big fan.  And now, tell me, I know
22  Anchor Protocols maybe has some updates on the horizon,
23  right?

24    IAN:  We do, we just went into Columbia 5, and
25  once Columbus 5 goes, then we're going to basically put

1  a -- a new liquidation thing in, and then we got other
2  ideas, but we're just short on resources.  We just need
3  people, you know.  So if you know Rust, you know, shoot
4  Pete or Terabytes an email, and they'll get to me, but
5  we need developers.  And we got tons of ideas, but yeah,
6  the key thing is Columbus 5, making it stable.  We have
7  a UST gateway coming through as well with Alice.  You
8  might have heard of them.  And yeah, there's a new
9  liquidation thing.  So yeah.  There's tons of stuff.

10    EVAN:  And so you heard it, people.  The only
11  thing stopping you from getting a spot in the great
12  company like Anchor or one of the other protocols
13  building on Terra, all you have to do is learn Rust,
14  right?

15    IAN:  Like, who else are you going to see?
16  Anyway --

17    EVAN:  Take care, Ian.  Thank you for stopping
18  by.

19    IAN:  Hey, if you get out (crosstalk) --

20    EVAN:  Mike.

21    IAN:  Terabytes, they're number one.

22    EVAN:  If you have the stakes, stick to
23  Terabytes.  We're here putting the party on tonight.  We
24  got to wrap up pretty soon, but we've got Mike from
25  Apollo.  You may join us, sir.

Page 37

1      MIKE:  How do you hear each other up here?
2      PETE:  We can't.
3      MIKE:  Okay.
4      (crosstalk)
5      PETE:  We can't hear each other.
6      MIKE:  I thought you guys would have --
7      PETE:  But you do have to talk very close to
8  the microphone.
9      MIKE:  Is this close enough?
10      EVAN:  Yeah, like almost (inaudible) --
11      (crosstalk)
12      MIKE:  Do I have to be like, touching it?
13      EVAN:  What?
14      MIKE:  Do I have to touch it with my face or?
15      EVAN:  Yeah, if you want to, yeah, yeah.  All
16  right.  So Mike, you're from Apollo DAO.
17      MIKE:  I am from Apollo DAO.
18      EVAN:  You guys did a fantastic community
19  farming event.  For all the rocky launches we've had
20  recently in the community, you guys killed it.
21      MIKE:  Yeah.
22      EVAN:  I mean, it was so smooth, it was so
23  fair.  And I'm just curious, like, who within the team
24  came up with that design to do it that way?
25      MIKE:  Uh, it was a team effort.  I'd say on

Page 38

1  the token-nomics (phonetic) design, you know, Bruce is
2  our token-nomics expert.  And so he really had the plan
3  for it.  But then, you know, the whole team, you know,
4  we also worked with some of our stakeholders, discussed
5  it with them, and really just strategized on the best
6  plan.  And then it was really important for us to use
7  our own platform, you know.  Nothing against any other
8  platform that's out there, but it was really important
9  for us to use our own -- I'm sorry?  Not close enough?
10      EVAN:  It's all right.
11      MIKE:  It was important for us to use our own
12  platform to showcase how the vaults work.  And so that's
13  -- that's it, really.  Yeah.
14      EVAN:  Pete, what do you got for Apollo DAO?
15      PETE:  I'm just -- I'm just stoked that
16  they're showing something here.  I used the platform.  I
17  used it a lot.
18      EVAN:  I still can't hear what you're saying.
19      MIKE:  Oh, you used it a lot?
20      PETE:  I used the platform a lot, yeah.
21      MIKE:  That's awesome.
22      EVAN:  It's not financial advice.  Own
23  research --
24      PETE:  How do you find the U.S.?  Is it --
25      EVAN:  You know what?  Apollo is like the

Page 39

1  easier DeFi experience of all time.
2      MIKE:  Nice.
3      EVAN:  I mean, assuming you already got a
4  wallet set up, you go in, you're like, I want to use
5  this one.  And you don't have to set up a pool and then
6  stake, and you know, like trade half of your UST away to
7  (inaudible).  You just deposit UST, and you're done.
8  Kudos.
9      MIKE:  We're looking to make it even easier.
10  So we're looking to add the other side of the
11  (inaudible) features, so if you want to pull out of a
12  vault, instead of pulling full UST, you know, if you're
13  in UST mine, maybe pull the mine instead, so you're not
14  adding (inaudible) pressure to mine on all withdrawals.
15      EVAN:  All right.
16      MIKE:  I think I'm getting --
17      EVAN:  You're getting bumped off.  Do you have
18  any closing thoughts?
19      (crosstalk)
20      PETE:  You're bumped off, Mike.
21      MIKE:  This has been awesome, and thank you
22  guys so much for putting it on.  Really, you guys --
23      EVAN:  Get out of here.
24      MIKE:  It's awesome.
25      EVAN:  Get out of here.

Page 40

1      PETE:  You want to switch?
2      EVAN:  No, no.  Don't worry about it.  This is
3  our last one.  We only got a --
4      PETE:  How dare you even show?  I'm carrying
5  this (inaudible).
6      EVAN:  We got like a couple minutes.
7      PETE:  Yeah, we only got a couple minutes
8  left.
9      EVAN:  I lined up the guests.
10      PETE:  We've got a guy getting a security
11  entourage in here.  His name is Wujin (phonetic).
12      WUJIN:  This is Wujin (inaudible).
13      EVAN:  Wujin, Wujin, you have to talk very
14  close and very loud.
15      WUJIN:  Well, how's it going, you all.  I'm
16  (inaudible).  Let's go.  Represent.
17      EVAN:  Maybe there's some Korean speakers
18  watching.  Do you have a message in Korean for them?
19      WUJIN:  (speaking Korean)
20      EVAN:  There we go.  There we go.  Now, you
21  guys are coming out with a couple announcements tonight,
22  right?
23      WUJIN:  Yeah, for sure.  Super excited, you
24  all.  It's going to be good.
25      (laughter)

1    EVAN:  I'm very excited.  Wujin, I love mine.
2  It's one of my favorite protocols, man.
3    WUJIN:  Let's go.
4    EVAN:  Love it, man.  How's the conference for
5  TFL and for everybody that's been in New York this week
6  for Massari (phonetic)?
7    WUJIN:  It's been so much fun, and honestly,
8  networking with a lot of great people.  I think a lot of
9  partnerships coming ahead.  And we're going to have a
10  great time.  So, let's do it, guys.
11    EVAN:  Nice.  So bullish case on LUNA.
12    WUJIN:  Let's do it.  It's going to be great.
13  It's --
14    PETE:  Let's go.
15    WUJIN:  All the way.
16    EVAN:  And you are?
17    EVAN 2:  I'm Evan.  I am the documentation co-
18  chief for TFL.
19    EVAN:  Well, there an only be one Evan on this
20  show.  So --
21    EVAN 2:  I know, I know, I know, I know.  I'll
22  change it to Wujin.
23    EVAN:  Well, listen.  We got Anchor in the
24  house.  We got Apollo DAO in the house, we've got
25  everybody out here tonight.  And there's -- and listen,

1  here's the thing, people have held back announcements
2  for this event.
3    PETE:  Yeah.
4    EVAN:  So if you're watching at home, I'm so
5  happy that you're able to watch because we didn't want
6  this to be a closed door event.  I mean, it's hard for
7  me to turn people down.  It's hard for us to turn people
8  down at the door.  There is a limit on the amount of
9  people that we can get in here, but the livestream is
10  going to show you just as much, all the Alpha, all the
11  people that are out there.  Gentlemen, I appreciate you
12  coming on the show.
13    WUJIN:  (inaudible) let's go.
14    EVAN:  We got to wrap it up.  We got to wrap
15  it up.  We got to wrap it up.
16    PETE:  Yeah, we're going to wrap it up.  We've
17  only got a couple minutes left until we have to move the
18  cameras so that you can see Do --
19    EVAN:  Yes.
20    PETE:  -- Kwon present to you.  And I don't
21  know what he's going to talk about.  What do you think?
22    EVAN:  I have no idea what Do Kwon is going to
23  talk about.
24    PETE:  I guarantee you it's not going to be
25  anything related to the SEC.  So, don't hold your breath

1  for that.
2    EVAN:  So I'm curious, or not I'm curious, but
3  one more thing I do want to talk about, Angel Protocol
4  is going to be presenting tonight.
5    PETE:  Yeah.
6    EVAN:  They've got a really nice robust
7  platform that they've built out of the Delphi Digital
8  (inaudible).  And there's a -- there's a charity auction
9  going on right now for a -- what do they call it?  A --
10    PETE:  Toss up the image.
11    EVAN:  Toss up the image.  The Galactic Punk
12  Charity Auction.  And what is that number there, Pete?
13  Do you see it?
14    PETE:  $8,020 is the current bid with two days
15  remaining.  Two days, one hour, and some minutes.
16    EVAN:  Yeah, and that's -- that -- all that
17  money is going directly to Angel Protocol.  And I can't
18  believe, you know, as we wrap up here, we got a couple
19  minutes left, but the floor for NFTs, whether it's --
20  whether it's Space Lude (phonetic), whether it's
21  Galactic Punks, it's started to get a little crazy out
22  here.
23    PETE:  Yeah, I was talking to somebody who got
24  offered, like, had two or three NFTs, two or three Space
25  Ludes, and they got offered over 17 grand.

1    EVAN:  Seventeen grand for three Space Ludes.
2    PETE:  So I mean, we're seeing some of that
3  NFT rush that other platforms have experienced coming to
4  Terra.
5    EVAN:  Yeah.
6    PETE:  And that's the first -- I mean, I guess
7  that may be why, that's like the first NFT thing on
8  Terra, right?  And there's not even a marketplace for it
9  yet.
10    EVAN:  I know.  You got to -- you got to kind
11  of trust them and maybe set up a buddy as escrow.  And
12  send some money to their address and maybe they'll send
13  it to you.  So, you know, be careful out there.  I bet
14  there's a lot of scammers who will hop on and try to
15  sell you Space Lude.
16    PETE:  Right.
17    EVAN:  And give you an address and be like,
18  you send money first, or you send half first.
19    PETE:  Yeah.
20    EVAN:  And you'll send a bunch of money.
21  Don't do that.
22    PETE:  All right.  Well, I think we're going
23  to wrap up the show.
24    EVAN:  All right.
25    PETE:  This is the pregame show that we're

1  wrapping up.  We're going to go to an intermission, and
2  we will be back around -- what is it?  Seven -- I can't
3  even tell what time it is.
4           EVAN:  It's just in a few minutes.  We'll be
5  -- he's supposed to start at 7:45.
6           PETE:  Okay.  We'll be back in about ten
7  minutes, and we will have all the presentations for you
8  guys tonight.  You'll be seeing it on a ten-second delay
9  from everybody here in person.  So if you couldn't make
10 it, we appreciate everybody around the world rocking and
11 rolling with us tonight.  And we'll be back after this
12 intermission.  So thank you.
13          (intermission)
14          EVAN:  -- everybody came here tonight.  I hope
15 so.  But I need a little bit of crowd participation
16 because this wall right here, that's where the
17 presentations are going down.  So everybody that's near
18 this wall, this guy like to shotgun beers.  Everybody
19 that's near this wall, we're going to actually, just --
20 if you could take some steps that way because you're
21 going to be breaking your neck to try and see this
22 screen.  So you want to be like, this seeing the screen.
23 And now, I know you didn't come here for me to talk.
24 You don't care what I say.  He wants to hear me talk.
25 So I'm going to bring up a very special guest to kick us

1  off.  He's going to give a nice little speech for
2  everybody to hear and then we're going to dive right
3  into the projects.  So without further ado, everybody,
4  Mr. Do Kwon.
5           MR. KWON:  So this is a pretty surreal moment
6  for me because just 12 months ago, the only people in
7  the Terra community were essentially like, ten guys.
8  Dervish (phonetic), you know, I don't think Flammel
9  (phonetic) is here, Notchudon (phonetic) -- sorry?
10 Yeah, Jack, for sure.  It got so as I was a member of
11 the Terra community.  Who else?  Who else feels like
12 they're in OG?  No, you were an intern.  Poppy -- yes.
13 Beg from hash, the legends that never sold a single
14 fucking LUNA.  Eric (inaudible).  Ninos (inaudible)
15 brothers, where you at?  Oh, they're not here.  Okay,
16 cool.  Yeah, fuck those guys.  Not OG.  (laughter).  No,
17 they're there.  Yeah.
18          UNIDENTIFIED SPEAKER:  (inaudible).
19          MR. KWON:  Yeah, I know.  Yeah.  (inaudible).
20 I said hi, yeah.  Yeah, so it's kind of amazing because,
21 you know, a year ago people were doubting the
22 possibility for Terraform Labs to survive.  And now,
23 nobody's questioning that at all.  People are not
24 questioning that we are defining the de facto standard
25 for decentralized stablecoins.  And can we agree that

1  this industry needs decentralized stablecoins?
2           The thesis that we put forward is that a
3  decentralized economy needs decentralized money, and can
4  we agree that we need that today more than ever?  UST.
5  UST.  UST.  UST.  All right, guys.  Now, I feel like the
6  BitConnect guys.  So I'm going to stay away from this a
7  little bit.
8           But I think there's no doubts that no matter
9  how decentralized the applications that we build on top
10 of blockchains, if the base there money is not
11 decentralized, then there's no hope whatsoever.  The
12 recent regulatory environments, they want to shut down
13 everything.  They want to make sure that the bank
14 accounts that animates out stablecoins are shut down.
15 They want to make sure DeFi is no longer here.  So it's
16 our job to make sure that we hold everybody to accounts
17 to make sure that our money remains as decentralized as
18 ever, and the economy that we build on top of Terra and
19 other stablecoins that USD enables, remains
20 decentralized and free for intervention.  Am I right?
21 Woo.
22          Another thing that's humbling is that when we
23 sort of began Terraform Labs, we started as one company.
24 We were going to create stablecoins mainly around the
25 Korean won.  We were going to build payment applications

1  on top of it.  And we were moderately successful in that
2  vision.  It's not, you know, every day that you make a
3  payment company and raise like, a hundred million
4  dollars for soft bank.  But that is nothing compared to
5  the size of our ambitions.  Today there's a hundred
6  different companies that are building things on top of
7  Terra blockchains.  There's a hundred more building
8  things on top of UST, on top of Terra blockchains, and
9  that is fucking amazing for what's happened over the
10 last six months.
11          It's not bigger.  Give us a few years.  Yeah,
12 so you know, from that company, we sort of did sort of a
13 complete re-founding of a firm in mid-2020.  We sort of
14 separated the payments entity from the main Terraform
15 Labs.  We were left with 12 engineers.  So we're working
16 on lots of different things, and we deconstructed
17 everything at the firm.  We sort of tore down our core
18 development processes, you know, code flows and
19 everything, and we built the firm from the ground up to
20 become an application factory.  So what Terraform Labs
21 did super well over the last year is, you know, a lot of
22 people give us credit for having worked on multiple
23 different things, but really, we only ever worked on one
24 thing.  And that is the Terra stablecoin.  That was from
25 the beginning and has always been and will always be our

1 only product.
2       What we did do is we built a bunch of
3 features.  We build Anchor to make sure that Terra
4 stablecoins were the best way to earn yield on
5 stablecoins in the entire world.  Woo.  We built Mirror.
6 Despite what anyone says, to make sure that Terra
7 stablecoins can be the easier conduit to invest in any
8 asset class in the world.  And we've enabled hundreds of
9 thousands of people to achieve their dream of investing
10 in an asset class that is going to do well.  Right?
11      And I'm super proud of everything that we've
12 done.  But what we need to keep in mind is that
13 everything that we've built are not individual products.
14 They're features.  The one product that we've built in
15 our history is the Terra stablecoin.  To make our Terra
16 stablecoins the easier to spend and the most attractive
17 to hold.  And guys at TFL, have we done that today?
18 Woo.
19      We're about two percent of the way there, but
20 I think we're making strong progress in this industry
21 that are crying out for use cases.
22      So in this crowd there are a lot of people
23 that are working on, you know, projects in the Terra
24 ecosystem.  There's Orion.  Where are my Orion bros?
25 Woo.

1       Yeah.  Yeah, I've said hi to Sam already.
2 Andromeda?  Our partners are Harmony.  Yeah.  And --
3 Cosmos.  All right.  Flip side, crypto.  Let's go.  Woo.
4 Yeah.  And are Delphi guys here?  Was it Delphi?
5 Delphi.  Woo.  Cado (phonetic).  Okay.  Let's go for
6 Cado.  Woo.
7       Yeah.  So, you know, I'm sure I missed a few.
8 The Seashell.  There's some interns working on Sigma.
9 But what's kind of interesting is that as we're starting
10 to become a larger ecosystem with tons of people
11 building very interesting things, running the gamut from
12 DeFi to NFTs to, you know, payments, there's going to be
13 always conflicts, right?  So there's going to be a
14 dissonance in the vision of where we want everything to
15 be.  And that's fine.  I think that's healthy because
16 sort of a vision that we define through conflict,
17 through discussion, through conversation, is going to be
18 always stronger than something that is dictated top
19 down.
20      But I think what we need to remember always is
21 sort of our true north star of why we started this in
22 the first place.  And that is to make sure that our
23 money is the most decentralized and the most useful on
24 the face of this fucking planet.  Am I right?
25      Yeah.  We've got to remember that we're a

1 giant family, right?  Our enemy is not other Terra
2 projects.  It's not other people that are building on
3 Terra nor other community members.  Our enemy are the
4 people that seek to break down and fight against
5 decentralization.
6       And we remain deeply committed to this vision,
7 so the Terra ecosystem by no means is driven by a
8 company.  In the beginning we were sort of criticized
9 very heavily for being centralized, for being, you know,
10 sort of a dictatorial regime with the name of one
11 committee member, but really, the only north star that
12 we've ever drawn is to create a form of money that is
13 more decentralized and useful than any other.  And at
14 the end of this process, I think what's going to be
15 beautiful is that the trajectory of Terraform Labs is
16 going to follow the organic trajectory of any other
17 thing in the environment.  We've going to come from
18 nothing.  We're going to turn it to a company, which we
19 already did.  We're going to be a builder of companies.
20 And now, we're going to be a builder of companies that
21 build other companies.  And then ultimately, we will
22 return to nothing.
23      But it's nights like these when we realize,
24 when we have events that are hosted by people that have
25 nothing to do with us.  So today, I didn't even know

1 where this event was.  Guys, I'm like, four bottles of
2 (inaudible), so.  Am I blushing?  Yeah.  So pretty happy
3 already, but it's good to know that the seeds have been
4 sown for decentralization, that once we get to a state
5 where we're fully decentralized, once we get to a state
6 where the economy is strong enough to sustain itself,
7 that we would be able to vanish, and we a strong
8 community of various people run by, you know, working on
9 engineering from community developments, you know, being
10 knowledgeable in finance to be able to take the reins.
11      And I'm super excited for what the next couple
12 of years in the Terra community has to offer, and I
13 can't wait to build sort of the next thousand
14 applications with you.
15      Thank you so much.
16      MIKE:  Hey, everyone.  What's up?  What's
17 going on?  That is a really tough act to follow.  Who
18 opens with a closer?  All right.  All right.  So first
19 of all, I want to start off by thanking Pete and Evan
20 for putting this thing on, for hosting this.  Like, this
21 is really incredible.  If we could just have a quick
22 hand for Pete and Evan for, you know, hosting this
23 event?  I really appreciate it.  All right.  Thank you.
24      But then also, Ryan Ola (phonetic), he's in
25 the corner kind of being quiet.  He coordinated this

Page 53

1    event.  It was like herding cats the entire time.  So if
2    we can have a hand for him as well?  All right.
3    Honestly, you know, something I have a great
4    appreciation for is the balance between the dream and
5    execution.  So these guys had this excellent idea.
6    Higher?  Closer?  Yeah, that would be good.
7         So Pete and Evan had the dream to get it
8    together and then Ryan had the organization and the
9    follow-through to execute.  So I really appreciate the
10   balance between dream and execution.  And I see that
11   over and over again in this community.
12        So who the heck is this guy?  My name is Mike.
13   A lot of you guys might know me -- and girls -- might
14   know me as Other Mike.  Apollo Mike.  I am the front end
15   of and Dev Ops (phonetic) lead for Apollo DAO.  And a
16   little bit about me.  I've been a developer since I was
17   a teenager, you know, in between ladder matches and Star
18   Craft, I would be putting together Perl scripts and Java
19   scripts and, you know, I've been a developer pretty much
20   my entire life, and then for a little while I went to IT
21   management and network and all that, but most recently,
22   I was running the IT department and campus
23   infrastructure for the largest movie studio in New York.
24        But I left that because Hollywood is nowhere
25   near as cool as DeFi.  Right?  Thank you.  All right.

Page 54

1         So, the Apollo story is really interesting for
2    me specifically.  So I had no idea what DeFi was before
3    February of this year.  I was looking for videos on
4    FIRE, you know, financial independent retire early.  I
5    found one from the DeFi about Anchor, and I was like,
6    holy crap, what is this thing at 20 percent fixed yield.
7    That's five times less than I was expecting to need from
8    my principal to retire in the first place.
9         So, got involved with the community, you know,
10   in the Telegram, in the Discord, every night trying to
11   help other people out.  And then Do had a tweet that it
12   was this long thread, but number eight in that thread
13   was a call to action to me.  It read that LUNA has a
14   value capture.  And LUNA holders have three choices.
15   First choice, watch him kick ass.  The second choice,
16   get some profit and buy some unvaluable token.  But the
17   third thing is you can roll your sleeves up and build
18   cool shit.  And that's exactly -- that spoke to me.  I
19   looked at that and I was like, yes, I want to build some
20   cool shit.
21        At the same time, Delphi, Ideaco (phonetic),
22   and Terraform Labs was hosting the first hackathon.  And
23   so, you know, I didn't know anybody really in the
24   community.  So I just jumped in.  I raised my hand.  Hey
25   guys, I'm Mike.  Nice to meet you all.  I'm a developer.

Page 55

1    Anybody need a dev?
2         So I go to bed, get up the next day, and
3    there's a Wojak sitting in my mailbox.  That Wojak was
4    Anonymous Intern.  Can we get a hand for Anonymous
5    Intern?  So you know, he reaches out to me, and he goes,
6    yeah, you know what, we can use a developer, a bunch of
7    my friends and I were interns over at Delphi.  Why don't
8    you join up?  Yeah, come on.
9         So I joined and then, you know, Anon kept
10   recruiting more and more.  More developers.  Contract
11   developer.  Biz ops people.  People who are used to
12   venture.  People who are used to every side of it.  A
13   graphics designer.  He just kept growing because he had
14   already had the vision of the DAO.
15        So, we do the hackathon, and we got in second
16   place, which was, you know, pretty cool.  We were really
17   all very proud of ourselves.  But still, I don't know
18   that everybody understood what our product was.  So
19   right now, a lot of people ask us why the heck use
20   Apollo DAO?  What -- why not another yield aggregator?
21   Why not this?
22        And the reason's because our product is not
23   the vaults.  Okay?  In the same way that TFL is a
24   centralized organization that is goal and aligned to
25   creating a decentralized -- excuse me -- stablecoin.  A

Page 56

1    decentralized stablecoin.  That is their alignment.
2    That is what they're going to.  They're on the path to
3    get there.  They've created CHI (phonetic), Mirror,
4    Anchor, all of these things in their path to creating
5    their one product.
6         Our one product is our vault.  Our vault is a
7    decentralized hedge fund and it's also a mechanism
8    through which we will stabilize the Apollo token as
9    well.  So, the vaults are a way for us to fill that war
10   chest.  And so that war chest will belong to the
11   community.  And it's funny.  You know you really made it
12   in DeFi when people start to impersonate you on
13   Telegram.
14        So, I get this bot or person, whatever.  They
15   reach out to me and they look like they're a non-intern.
16   And they go hey, man, can you send me 2,000 UST because
17   something, whatever bots say.  And so, you know, I was
18   like, you know, let's mess with the bot a little bit.  I
19   go why would I do that?  And they respond to me, and
20   they say well, do you know who owns Apollo DAO?  And
21   that's where I knew I had him.  It was fun.  I go, why
22   don't you tell me?
23        He immediately blocked me, all that.  I knew
24   the answer to who owns Apollo DAO was not going to be a
25   non-intern.  It's the DAO.  It's the token holders.  And

1  so while we're a centralized group of founders now, our
2  long-term vision is to be a decentralized hedge fund
3  that we go to help innovation within the Terra network
4  as well.
5       So that's what the war chest is there for.
6  The DAO will control it.  We'll be able to invest in a
7  variety of assets on network using this war chest, and
8  then at the same time, stakers will have that war chest
9  to be able to buy back tokens or stake to be able to
10  stabilize the Apollo token.
11      So, our true goal is the -- did we have a
12  (inaudible)?  Because I just started babbling and I have
13  no idea how much time we have left.  No.  Anyway.  So
14  yeah, so the main idea is our product is the vaults.
15  We're -- I'm sorry.  Our product is the war chest.  We
16  built the vaults in service to the war chest.  So then
17  next thing we know, we start to build this DAO and all
18  of our good decisions were made by committee.  Every
19  time we stuck to being a decentralized organization, we
20  did well.  Anytime one or two developers went and did
21  something maybe they shouldn't do without the rest of
22  the team, it was suboptimal.
23      So, we started first with Discord.  And then
24  we went over to -- then we started building CW3
25  contracts, and then we put our votes up on CW3

1  contracts.  Those are ways that we can vote on chain for
2  all of our decisions.  But then only the developers
3  could propose new things.  So, what we ended up having
4  to do is build an interface for that.
5       So next thing you know, we're building No Sys
6  (phonetic) on Terra and we're like, well, if we're
7  developing this for ourselves, why not get this out to
8  other people?  So, as we stay aligned to our vision of
9  creating this war chest that serves the community, we
10  continuously build new tools to help in that goal.
11      So, we have Apollo vaults.  The next product
12  is our Apollo safe, which is our multi-sig wallet setup,
13  which will -- we're using to also help us set up our --
14  we launch our contracts through multi-sig.  Everything
15  has to happen through a DAO.  It can't happen with one
16  -- thank you.
17      So, that's the beginning.  And -- a little bit
18  of a squeak there.  You hear that?  That was nuts.  All
19  right.
20      So, we first start with the Apollo vaults and
21  the Apollo safe.  And then now, we need a way to
22  automate this, you know?  So, we have an interface, but
23  you know what, the developers are still the only ones
24  that can use it because you have to develop messages to
25  send to the contracts.  Non-developers have no idea what

1  Jason is.  Who's Jason?
2       So, we start to build a front end for them to
3  be able to create -- to create these messages.  And then
4  one of our developers goes well, why don't we make a
5  state machine?  So, it's, like, we needed to build a way
6  to continuously make it so it wasn't only developers
7  that can access the services we created.  We need to
8  keep making ways that the entire DAO can benefit from
9  what we're doing.
10      And so, our next product, which we entered
11  into the space camp hackathon called Apollo safe, and
12  fortunately, we got an honorable mention there.  So I
13  really do appreciate and thank you all for the support
14  there as well.
15      Thank you.  I'm starting to fall apart.  I'm
16  really not very much of a public speaker.  Played in a
17  bunch of like, punk bands as a teenager, so I was like,
18  yeah, whatever, I'll get up there.  I don't care.  I
19  have absolutely no shame.  And it is way harder than I
20  thought it was.  I don't know what to do with my hands.
21  That's the worst part.
22      So, very similar to echo the message Do had,
23  you know, while we might be one entity now, we stay
24  aligned to another -- to another vision to a goal that
25  we all can share.  And as long as we continue to stay

1  aligned to that goal -- God bless you -- sorry, that
2  wasn't passive aggression, I just feel weird not saying
3  that.  That as long as we stay aligned to that goal,
4  we're always going to make it.  We're about there.  All
5  right.  So, all right.
6       So, the reason you're here is for the Alpha.
7  So, I have to cut to it because I just started babbling
8  forever.  The Alpha is that we will be opening our
9  vaults and working with other teams in ways to use our
10  vaults as yield Legos in their systems.  So, whether
11  you're a charity, whether you are a launch platform, no
12  matter what you are, we want to package our vaults in a
13  way that we have stabilized yield, whether it's through
14  Delta neutral strategies or whatever other advanced
15  strategies we come up with that the DAO can vote upon,
16  we are going to use these are money Legos and invite all
17  other applications or users to use our vaults in their
18  systems.
19      Thank you.  Thank you.
20      MIKE:  Could we have Dylan from Saber come up,
21  please?  Dylan from Saber?  Are you in the room?
22      DYLAN:  Yes.  Hey, how's it going?  Yeah, so
23  I'm part of the team at Saber.  We're the biggest
24  protocol on Solana.  I think it's about like, three
25  billion TVR right now.  Thanks.

1        Yeah, so for anyone who doesn't know, Saber is
2    a stable swap ANM. So somewhat a curve. But
3    (inaudible) Solana. Then, yeah, we're all like, very
4    big Terra fans. Yeah, I think UST is like our third
5    biggest pool right now. Yeah, I definitely want to
6    bring USC adoption to Solana. Yeah, I guess, yeah,
7    we're excited to launch more assets, excited for
8    launching all the B like Bonnet assets on Saber. Never
9    bet against the moon.
10        (music)
11        UNIDENTIFIED SPEAKER: Thank you, thank you.
12   Thank you, thank you. First of all, I just want to say
13   thank you. Thank you to my amazing wife and family who
14   always support me. Thank you to the Angel team, having
15   you in attendance here for your constant relentless
16   passion and dedication. Thank you to Do and to
17   Terraform Labs for making this all possible from
18   sponsoring tonight to building this amazing ecosystem
19   that we all have the privilege of building atop. Thank
20   you to Terabytes for livestreaming. Thank you to
21   LUNAlute for the amazing swag. And thank you to Ryan
22   Ola for organizing this whole event, the first of many
23   to come. Also a shoutout to (inaudible) who could not
24   be here, but did help put together this pitch for Angel.
25   And finally, last but not least, thank you to the

1    lunatic community. Angel really wouldn't be here
2    without you, and your passion lifts this whole ecosystem
3    to another level.
4        When I first started in -- or when I first
5    started in crypto in 2020, I was really just chasing
6    speculative gains. It wasn't -- when I discovered DeFi
7    I realized we were really dealing with a paradigm-
8    changing technology, but it still felt very closed and
9    self-serving. It wasn't until I discovered TeFi that I
10   realized this could really reach mainstream adoption.
11        I began evangelizing to all my friends and
12   family, putting together slide decks and Zoom calls,
13   telling them about Anchor and the incredible savings
14   opportunity. Why have your money in savings and
15   equities for that matter? No better risk-adjusted
16   return exists in finance.
17        But it wasn't just the financial soundness of
18   it that brought me in. It was the difference that Terra
19   can make in the world. The cracks in the system have
20   never been more apparent. The inequality never more
21   bare and distressing. People are incentivized to spend;
22   they're penalized for savings. Wealth-building
23   opportunities are reserved for those at the top.
24        So, people are left with whatever savings they
25   can, losing value in the bank, and fighting a constant

1    uphill battle against inflation. Terra and applications
2    like Anchor actually liberate people. They provide
3    actual life-changing savings opportunities that can pull
4    people out of poverty.
5        The thing is, the same inequalities that exist
6    in the real world and exist in the lack of access to
7    wealth-building tools, it also exists for philanthropy.
8    The small and medium size charities doing the most
9    effective work in the world, they don't have financial
10   runway past six months. They're constantly trying to
11   fund raise, being distracted from their actual missions.
12   So that was the idea where Angel Protocol originally
13   came from.
14        What if we can provide all of these
15   opportunities of Anchor to the organizations who need it
16   most? Charities and nonprofits. How can we make a
17   donation, have it keep growing over time so that when
18   you give once, you give forever.
19        After I (inaudible) out my idea for
20   compounding endowment vaults that grow in perpetuity,
21   the Terra community really manifested it into reality.
22   Do tweeted in support of the idea. A community member
23   suggested the name Angel Protocol. Midas suggested I
24   enter it in the hackathon. And things really
25   accelerated from there. We were very, very blessed to

1    receive a $300,000 donation which helped fund our MBP
2    development. That, combined with our success placing in
3    the Delphi Digital Terra hackathon, gave me the
4    conviction to quit my job with GE as a global program
5    manager and pursue Angel full time. Best decision I
6    ever made.
7        So, yeah, I knew that TeFi was part of the
8    future and whatever happens with Angel, I want to be
9    part of here building it with everyone here. So, yeah,
10   it's been very exciting. It was not without its share
11   of trials and tribulations though. Shortly after the
12   hackathon, our lead dev left the team. And anyone in
13   this familiar -- and anyone in this room is familiar
14   with how difficult it is to get a Rust engineer.
15   Terraform Labs and Delphi Digital keep hiring them all.
16        Luckily, thanks to Midas and the Terra Twitter
17   community, again, we are able to recruit our new led
18   dev, Andre, with what I would like to call expert
19   recruiting measures here.
20        When Andre joined the team, he had ten years
21   of experience coding for NGOs, two years of Rust
22   experience, and immediate passion for Angel. He's built
23   up our team with both front end and smart contract
24   talent, and thanks to that talent, we're excited to
25   present our live Tesna (phonetic) MVP.

1    So, right now, you can see someone navigating
2  through the app.  There might be audio playing, but it's
3  pretty quiet, so I'm just going to speak over it.  You
4  can select a charity based on the 17 UN Sustainable
5  Development Goals, read information about them and watch
6  videos, choose to donate.  In this example, we are
7  actually donating into one of our charitable indexes.
8  So the donation you see is going through the system
9  here.  You can share your donation on social media and
10 then you can see in the smart contract code that this is
11 actually splitting between two different charities,
12 going into the charity account and then actually being
13 invested into the Anchor investment strategy.
14    And then there will be an actual charity page
15 here where you can see the balance go up and the amount
16 of donations they've received and see the endowment
17 balance for the charity growing over time.
18    Just a sneak peek of lots more to come, but
19 we're very excited to be getting close there.  So it's
20 great to be able to donate into charitable endowments.
21 But what are you actually doing with that charity money?
22 What are you helping enable?  Your donations and
23 generosity allow Leaders of Light to provide solar
24 lighting for people without electricity.  It allows
25 Global Brigades to lift people up out of poverty,

1  provide healthcare and clean drinking water.  Helps
2  Yellow Boat of Hope get children in the Philippines to
3  school safely.  It allows Protects (phonetic) to clean
4  up plastics in our ocean and clean up our beaches.  It
5  allows the Solar Electric Light Fund to provide
6  electricity for communities and healthcare clinics
7  around the world.
8    Your generosity and donations allow Better Me
9  to set up educational programs for children in Kenya.
10 It allows Refugee Girls Need You to save Rwandan refugee
11 teenagers by providing them with self-sufficiency tools.
12 It allows Animal Ethics to enlighten us on how animal
13 treatment affects the entire planet and also fund
14 research in those areas.  It allows Technovation to
15 train girls in Rwanda to code and become tech
16 entrepreneurs, hopefully, on the TeFi Alpha stage.  And
17 allows Watsi (phonetic) to crowdfund medical funding
18 from all over the world for the people who need it most.
19    So, in short, your donations are making the
20 world a better place.  And there's only a small handful
21 of the charities we've been able to sign up so far.
22    So, our MVP will be launching soon to be able
23 to help these charities as soon as possible.  The MVP is
24 going to prove out our smart contract functionality
25 accepting funds from Terra Charity Alliance members and

1  then distributing them to the indexes of charities.  The
2  Terra Charity Alliance has been one of the most
3  inspiring things of this entire journey.  What started
4  with a tweet from Apollo DAO about donating one percent
5  of their revenue to Angel Protocol Charities was
6  followed by Loop Finance announcing 10 percent of their
7  entire token supply would be staked with all yield going
8  to charity.
9    This has snowballed into a giving pledge
10 across over 40 Terra projects, protocols, validators,
11 NFT projects.  I'm extremely, extremely proud to be a
12 member of this community.
13    But the partnerships don't just stop at
14 donations.  These partnerships actually extend into
15 functional partnerships across the Terra ecosystem.  So
16 Angel will be diversifying our yield, not just with
17 Anchor but also tapping into yield from Apollo DAO to
18 the Alpha (inaudible), thank you, as well as SPAR
19 (phonetic) protocol and any other yield-bearing sources
20 on Terra.  We'll be partnering for regional on-ramps
21 with CADO (phonetic), Alice, Astral, Cash, and SPAR.
22 Our friends tell us we'll be providing NFT badges for
23 charitable giving heroes.  Pylon (phonetic) will be
24 allowing users to donate -- to deposit their principal,
25 have the yield donated to charity, enabling no-loss

1  giving.
2    Subara (phonetic) will allow doners to set it
3  and forget it with recurring donations.  Prism Protocol
4  will allow users to split up their assets into both the
5  principal yield-bearing versions with the yield directed
6  to charity.  Loop (phonetic) Finance is going to be
7  allowing us to accept a variety of different
8  cryptocurrencies, converting them into UST on our behalf
9  and allowing doners to avoid capital gains tax while
10 also getting a charitable tax write off.
11    When Loop partners with Thorchain (phonetic),
12 we'll be able to accept those assets natively cross
13 chain converting Bitcoin and Ethereum into -- you know
14 it -- UST.  This cross chain conversion engine taps into
15 a trillion dollar charity marketplace.  It takes all of
16 those cryptocurrencies, converts them into UST, and
17 invests them in charitable endowment vaults that
18 compound over time.  What this does is it creates a
19 forever growing UST floor that fundamentally secures
20 LUNA value.  So, very excited about this going on.
21 LUNA, to the moon, UST, permanent rising floor.
22    So simply by existing, all of the protocols in
23 the alliance are making the world a better place while
24 securing the health of the Terra ecosystem.  Terra is
25 the blockchain for charity.  It's literally coded into

1 our smart contract DNA.  So next time you want to
2 donate, please consider Angel where your gift gives
3 forever.  Thank you very much.
4        RECORDED FEMALE SPEAKER:  The introduction of
5 NFTs has provided artists with opportunities like we've
6 never seen before.  Artists, musicians, poets,
7 photographers, and writers are all stepping in and
8 carving out spaces in this new digital world.  This
9 building metaverse.  From Discord chats to Twitter
10 spaces, (inaudible) cultures are emerging autonomously
11 and in a decentralized way.
12        So the question remains, why are the top NFT
13 platforms centralized marketplaces?  And why have
14 artists collectively agreed to pay high gas fees?  In
15 light of these concerns, TALIS (phonetic) Protocol was
16 born.  At its foundation, TALIS is based on the idea of
17 empowering artists, allowing them to own more creative
18 and financial control over their artwork.
19        To achieve this, TALIS will leverage the Terra
20 blockchain and it's DeFi ecosystem.  Furthermore, TALIS
21 will operate as a decentralized protocol governed by
22 token holders.  With TALIS, users not only own their
23 art, but they can also own the platform itself and they
24 can decide on its future direction.
25        TALIS Protocol will serve as an NFT

1 marketplace where users can easily mint, buy, and sell
2 Terra NFTs.  However, unlike traditional marketplaces,
3 TALIS will provide print on demand and DeFi services
4 governed by a DAO-like structure.
5        NFT summer is over.  And Ethereum took home
6 the prize.  But Terra autumn is across the corner.  And
7 TALIS is looking to shake things up.
8        VOYCHIK:  Hello, guys.  Hey.  I'm not going to
9 lie that I had completely different plan for this
10 speech, but Do has once again inspired me by saying that
11 yeah, conflicts are natural part of every successful
12 ecosystem, but ultimate goal is to build a (inaudible)
13 staff.
14        This why I would like to start with the
15 announcement that there is no conflict between Star
16 Terra and Apollo anymore.  Woo.
17        I should start with presenting myself.  My
18 name is Voychik (phonetic).  But I know that for you
19 guys it's very hard to pronounce, so you can call be
20 Pan.  This my Twitter handle.  This how Star Terra
21 started because my -- literally, my first tweet about
22 crypto was about LUNA.  This is how the whole journey
23 has started.  Then I proceeded with the idea of
24 launching Star Terra.  I texted Do on the DM message,
25 and thanks to his response, I decided to forfeit my

1 whole legal career like, for the seven past of my life,
2 guys -- just if you could give me some better
3 conditions.  So I just like you to know that to deliver
4 Star Terra, I had to forfeit eight past years of my
5 life, which was connected with becoming a judge.  Like,
6 this is a very, very hard process to become judge in
7 Poland.  So I really made a lot to making here, but you
8 know what, I not -- I don't regret it.  I really happy
9 to be with you guys.
10        Yeah, and to get in here, I had to move
11 abroad, like, there are some COVID restrictions for the
12 people from -- coming from Europe, so I got outside for
13 two weeks (inaudible) I got diarrhea, I got my
14 (inaudible) infection.  So once again, a lot of
15 problems.  But now everything is fine.
16        And yeah, the similar situation is -- I need
17 to also admit something that whenever I go outside the
18 Poland, there is market crash.  Like, the last time I
19 moved outside Poland, it was May 20, so we know what
20 happened that time.  This why I sold almost everything
21 while going outside to the Poland this time, except
22 LUNA.  Of course, (inaudible).  No, I sold some.  I not
23 going to lie, but now I am buying back.
24        Yeah, so I'm sure that most of you have heard
25 about Star Terra as it was extremely emotional listing.

1 Like, from one side as you can see on the graphic,
2 highest return on investment, but on the second side, a
3 massive green candle, (inaudible) activity, massive
4 buying pressure, yes.  That's -- that's time to move on,
5 time to delivery things.  So I'm here to speak a little
6 bit more about Star Terra.  As I wanted you to
7 understand gamification.  So since we are building on
8 Terra, we wanted to make sure that we are providing you
9 guys with some cool stuff.
10        We didn't want to provide you with another
11 ideal platform like the other chains, but wanted to
12 provide you some unique feel of the (inaudible).  This
13 why, since I was a (inaudible) player, like most of you
14 here, we decided to gamify the way of doing ideal.
15 That's why we introduce gamified leaderboards but also
16 competition between tiers.  So we called them factions.
17 They have their own history that they are not only
18 beautiful graphics, which unfortunately are not well
19 presented here on the screen, and those factions start
20 with the same allocation (inaudible) while competing for
21 additional 15 percent gamified pull.
22        How do they compete?  Basically, by staking
23 STD native token and by the time, they stake it.
24 However, since this is ideal process, we wanted also to
25 support builders and ideal projects because I know how

1 it's hard for you guys when build something, is to catch
2 community.  This is why we decided to make the part of
3 our gamification the interaction on the platform of
4 ideal projects.  So just to give you an example, let's
5 say that we have NFT marketplace, right?  And let's
6 (inaudible), right?  And we can, for example, release a
7 special NFT collections on TALIS for lunatics,
8 (inaudible) and interstellars and basing on the activity
9 on the TALIS marketplace, we can delegate additional
10 points for the gamification.  So we support the
11 platform, transfer our users to the ideal platform
12 product and make then end users.  I think this is very
13 important and this is also the way how we want to
14 support the projects.
15        But also, we've got idea for the people who
16 don't want to be part of gamification.  I know that some
17 people just prefer lottery.  This why we decided to go
18 with the first year, which is lottery-based, and as you
19 can see on the screen, we decreased the number of STD
20 tokens to get into this tier.  We know we are well aware
21 that after our listing it was too much.  So this why we
22 decreased.  And at the same time, if you compare it to
23 our white paper, we increase, significantly increased
24 the number of allocation (inaudible).
25        I see that you are guys, a little bit

1 distracted, so once again, I will try to catch your
2 attention.  So to catch your attention -- Woo woo woo.
3 Thank you though, once again.
4        Okay, guys.  So I'm not going to proceed with
5 the other part of presentation.  I want to focus just on
6 the one feature that was not included in our white paper
7 and these are squads.  So why we go with the squads, the
8 squadrons?  Because we came to the conclusion that after
9 the listing of ours, the entry level to the gamified
10 tiers, is just too high.  As you can see, it's 3,000 STD
11 tokens.  So now, you need to spend at least 15,000 UST
12 to get into these tiers.  And we are well aware that
13 this is a lot.
14        At the same time, there were some investors
15 who buy STD at the listing just to get into those tiers.
16 And they were afraid that we are going to decrease it.
17 So this why we decided to create a special feature which
18 is squads, and for those more technical guys, this is
19 basically a smart contract where you can delegate your
20 STD tokens, create a team of yours or join to the other
21 team, and participate in ideal.
22        So just to give you example, let's say that
23 you have only 250 STD tokens.  You cannot afford to buy
24 3,000.  So you write to Dervish (phonetic), you write to
25 -- oh, yeah, he's (inaudible) so he probably has 3,000

1 STD tokens, but let's say you DM another community
2 member.  And you say to him, hey, I want to join forces
3 with you.  So you stake your STD on the same smart
4 contract, which participate in the ideal.  And then
5 ideal tokens are automatically distributed according to
6 your share into this smart contract.
7        And at the very end, because I know that I
8 have limited time, I wanted to present you guys the
9 trailer, the trailer of our universe, which was made all
10 in house.  Some people couldn't believe us that we hire
11 19 people full time, but we really do.  And we decided
12 to create this trailer with our own resources.  So I
13 really much like you to see because it's going to be
14 fun.  Are we ready?  Go.
15        RECORDED MALE SPEAKER:  In the universe block
16 215, a cosmic shift occurred and the yet unseen crystal
17 of LUNA was brought into existence.  It whispered
18 through the universe as if it were calling out to be
19 discovered.  LUNA's extreme power changed all life forms
20 forever.  Lunatics, protective and harmonious, worship
21 LUNA as a sacred crystal.  LUNA blessed them with peace
22 and prosperity.
23        Interstellars, overlords, and magicians seek
24 to harness the immense power inside of the crystal.
25 LUNA brought them immortality and the powerful magic of

1 mind control.  (inaudible) merciless (inaudible)
2 (inaudible) crystal energy.  LUNA gave them unnatural
3 strength and powerful weapons.  For many (inaudible)
4 LUNA deposits became scarce.  Wars between factions
5 resulted in countless casualties and damages.
6        To stop the bloodshed and keep peace to
7 galaxy, the Star Terra council was formed.  After a long
8 time of peace, when wars amongst factions were all but
9 forgotten, the unexpected was about to happen.
10        RECORDED FEMALE SPEAKER:  Massive LUNA deposit
11 have been detected.  The aura and constellation.
12        RECORDED MALE SPEAKER:  The discovery of LUNA
13 so reach that it can disrupt the power balance between
14 factions.  Peace was at its end.
15        RECORDED FEMALE SPEAKER:  Turn on the Angel
16 Protocol.
17        VOYCHIK:  One, one, one.  As you can see, we
18 cut the last scene, which is going to be presented
19 during our first ideal.  So, stay tuned, guys.  Thank
20 you once again.
21        (music)
22        MR. COOPER:  Hey, hey, hey.  Yes.  We are
23 super excited to be here tonight.  We have been
24 (inaudible) for months and tonight is the first time for
25 us to actually be public with what we're up to.

Page 77

1 Andromeda Protocol radically free imagines what it takes
2 to build on decentralized infrastructure.  My name is
3 Brendan Cooper, and I used to work for the largest
4 collectible company in the world, Panini.  And what we
5 did there is we created the first officially licensed
6 digital trading cards.  We're globally recognized brands
7 like the NBA, the NFL, the FIFA World Cup.  And for four
8 years, I've tried to get those collectibles onto
9 decentralized public infrastructure, and it was too
10 hard, and it wasn't good enough.  And I left Panini
11 because Andromeda Protocol is the solution.
12      I want you to walk away tonight thinking about
13 Andromeda Protocol.  I want you to remember three
14 things.  Number one, it used to be hard to build on
15 decentralized infrastructure.  Number two, Andromeda
16 Protocol is the solution.  Number three, it's the path
17 to onboard the next billion users.  Yeah.
18      And the inspiration behind this is right here.
19      MR. MARX BAILEY:  Everyone, my name is Cody
20 Marx Bailey.  And I have some -- I have something -- I
21 have an admission.  I am a recovering Ethereum addict.
22 So four years ago, I was involved with creating the
23 ERC721 standard that most of you know as the NFT.  And
24 for four years, I watched the innovation happen.  What I
25 always envisioned was a robust -- robust financial

Page 78

1 products like bonds and insurance, the real fun stuff to
2 be built.  And for four years, it never happened.  And
3 about a year ago, I read that Linus Torvalds had
4 endorsed the Rust programming language to be used in the
5 Linux kernel.  And man, I know some guys over there that
6 are using Rust instead of this dog shit language of
7 solidity.
8      And I took a look, and I found Mirror and I
9 found Terra and I found -- I found my homies, I found my
10 group.  And that -- and Rust itself and the (inaudible)
11 stack with (inaudible) and everything gave me that --
12 those tools I needed to build the things that I wanted
13 to build four years ago.  That's a long time.
14      And so with Andromeda Protocol, what we've
15 built are what we call digital objects.  Andromeda
16 digital objects, or ADOs for short.  And these ADOs,
17 there's a lot to them.  And it's hard to get into that
18 up right now, but there's a lot packed into these
19 things.  They're autonomous.  They've got wicked
20 functionality.  They've got amazing capabilities,
21 interoperability across the changes in IBC.  Everything
22 you could possibly imagine.  This is big.  This is real
23 big.  So, these ADOs allow us to onboard the next
24 billion users and trillions in value.
25      UNIDENTIFIED SPEAKER:  That's right.

Page 79

1 Trillions.  How are we going to realize that?  Well, you
2 start by providing a comprehensive stack of software
3 that lets anyone anywhere build on decentralized
4 infrastructure.  In the say way that Shopify and
5 Squarespace made it possible for anyone to stand up an
6 e-commerce site.  Andromeda Protocol provides the tools
7 that lets you build.  Yeah.
8      So, Cody was talking about wicked technology,
9 wicked capabilities.  Let's see what that looks like.
10 This is our dashboard.  From here, you can launch our
11 no-code builder.  This is how you build an ADO.  We've
12 got it organized by missions.  You've got an NFT
13 collectible, a DeFi mission.  You can build a custom
14 ADO.
15      Let's build an NFT collectible.  Yeah.  Ladies
16 and gentlemen, what you see here is the most
17 functionally capable NFT collectible in the world.  I
18 spent four years trying to get this built.  Andromeda
19 Protocol has been working at this for four months.  We
20 built this functionality in a weekend, and you can build
21 your own in five minutes using this no-code builder.
22      And there's more.  The whole world needs
23 legal, they need legal solution.  We built a legal ADO
24 that takes care of that.  We think this is a huge
25 concept.  We can build really fast.

Page 80

1      All right.  So first off, let's take us to
2 where we're at right now and where we're going.  So Do,
3 where are you Do?  Raise your hand.  All right, Do, we'd
4 like -- we would like to thank you for the personal
5 grant you gave us back in May to get the proof of
6 concept started.  And that was the best money you'll
7 ever spend.
8      I'd like to thank everybody in this room for
9 being part of the community that gave us the community
10 grant.
11      UNIDENTIFIED SPEAKER:  Yes.
12      MR. MARX BAILEY:  That gave us the runway and
13 the price hike to get, you know, from five dollars up to
14 thirty to build this thing out.  And we've been working
15 with almost every project in this room from Secret to
16 TALIS, the Mars to Anchor, you name it.  Mirror,
17 everybody.  And this is what we're here for.  This is
18 what we're building.
19      UNIDENTIFIED SPEAKER:  Andromeda Protocol,
20 come build with us, let's onboard the next billion
21 users.  How about some questions?
22      MR. MARX BAILEY:  Questions?  Yeah, sure.  So
23 -- this is more for the tech guys in the room.  So when
24 you say autonomous, that's a big word and you've got to
25 unpack that.  Like, what does that actually mean.

Page 81

1  So, with these ADOs, you essentially have a
2  721 contract on one side, right?  So you've got the
3  normal calls in there so you can have ownership of this
4  object.  On the other side, you've got a list of
5  modules, right?  So this -- this ADO itself has the code
6  built into it.  It's like a -- it's a smart contract,
7  essentially, but it's a library.  And what happens is,
8  is that ADO itself is what has the deposit into Anchor
9  or it has the deposit into whatever -- whatever piece.
10  And that can then be transferred around like a CDP, like
11  a wrap CDP, so you can transfer that.  You don't have to
12  unwind it yourself (inaudible) somebody else (inaudible)
13  to wind it back up.
14  UNIDENTIFIED SPEAKER:  Any more questions?
15  MR. MARX BAILEY:  Questions?  Come on.  Hey.
16  Oh, sure, sure.  All right.  So one of the -- one of the
17  questions we've been asked a lot is, like, you know, of
18  course LIN (phonetic) token.  That's something we're
19  going to hold off on for a while.  That's something --
20  this is kind of a new layer.  This is something hasn't
21  really been done before on any blockchain.  It's a new
22  category.  So just throwing off the shelf token solution
23  at it isn't something we're looking at doing.  That's
24  something we're going to take very, very carefully, not
25  to be done too quickly.  Yeah.

Page 82

1  So, he was asking about what are the
2  requirements needed to build on top of Andromeda to
3  connect.  So, this says Andromeda Protocol.  And
4  protocols are open, right?  Protocols are standards that
5  we all use to communicate.  So, with this, it is open
6  source so anybody can contribute these things.  We'll
7  have a library of code that's available for you to sort
8  of stitch together and build whatever you want.
9  In the menu earlier, there was the custom ADO.
10  That's where you can kind of select from a menu of what
11  features you want to put in this bad boy and then
12  publish it out there on the -- on the chain.  Yeah.
13  Yeah.
14  Yeah, so -- so you can come up with sort of
15  these templates, I guess, if you want.  So different
16  mixtures, different configurations in these -- yeah.
17  UNIDENTIFIED SPEAKER:  All right.
18  MR. MARX BAILEY:  All right.
19  UNIDENTIFIED SPEAKER:  Andromeda Protocol.
20  Come build with us.
21  UNIDENTIFIED SPEAKER:  Hey, everyone.  What
22  up, what up?  Do I only have 30 seconds?  It's like a
23  commercial.  Everyone, it's a cash run.  You might
24  recognize me from Telegram or Discord over here.  It's
25  always weird when you see people in real life, the

Page 83

1  difference between like, their profile picture and like,
2  your actual face.  Mine's much rounder and more like
3  salt and pepper hair.  But it's great to finally meet
4  everyone here.  Although shoutout to everyone on
5  Telegram.  Shoutout to everyone on Discord.  Danku
6  (phonetic), Chino Man (phonetic), something else.  And
7  is Iyush (phonetic) here?  I don't know.  (inaudible) to
8  everyone on the online system where some of us are here
9  in person, but it's a huge global community and great to
10  have all of you together here today.  So that's the
11  first thing I want to say.
12  I -- my day job, I am a head of marketing at
13  Amun and 21 Shares.  We enable people to buy
14  cryptocurrencies in their brokerage accounts in Europe.
15  So, where, you know, you hold your stocks, you can have
16  different cryptocurrencies.  So, we enable a much wider
17  group of people access to cryptos.  So yeah, definitely.
18  So, we just want to make crypto mainstream,
19  give it to the next fifty hundred million people today
20  in their current accounts.  Especially to all the
21  Boomers out there, right?  So, try to make crypto
22  accessible.
23  On top of that, we have index products.  Our
24  index products enable us to combine multiple
25  cryptocurrencies together, have an index of it, and get

Page 84

1  people exposure to the whole asset class.  And what I
2  will say, there's a couple things I can and cannot say
3  today.  What I've learned from my legal team is that I
4  cannot explicitly announce anything new that has not
5  (inaudible) official filed yet.  So all I will say about
6  the Terra ecosystem is I like the token.  Hopefully, I
7  don't get fired for that statement.
8  And I look forward to a wide range of
9  initiatives we'll use in the future.  What I can legally
10  talk about today is an upcoming proposal we're going to
11  make for a Terra ecosystem token.  An index of all the
12  Terra protocol tokens.  That's LUNA, that's Mirror,
13  that's Ank (phonetic), that's Pylon.  Let's get some of
14  these third party protocols in the ecosystem token as
15  well.  Right?  And we are going to be announcing that.
16  We want to make that available on Ethereum for everyone
17  in Ethereum ecosystem to be able to purchase.  We want
18  to make that available on exchanges for everyone to be
19  able to purchase in an easy way.  We just want to take
20  the Terra ecosystem and make it available for a wider
21  range of people.  So -- yeah.
22  I'm just trying to shill Terra, guys.  That's
23  all.  That's all.  And it's not just about the Terra
24  ecosystem companies doing it.  Sometimes you're going to
25  have companies, well, people in companies that are

Page 85

1 bigger third party research entities. Got to have
2 advocates from the inside. Right?
3        So, I love Terra. I'm going to give time back
4 to all of you. Save seven minutes up here so we can
5 drink and party more tonight. Yes. So, no Q&A. If you
6 want to hit me up, just DM me on Telegram or hit me up
7 later tonight. And have a wonderful rest of your
8 evening, everyone.
9        MR. WU JIN: This is Wu Jin (phonetic) from
10 Highland Protocol making innovations in yield
11 redirection. Pylon started out as a project incubated
12 by Terraform Labs. But in the spirit of
13 decentralization, it's now a freestanding protocol with
14 an ambition to expand beyond the Terra ecosystem.
15        Our proof of concept that demonstrate the idea
16 of finding tangible use cases for yield redirection was
17 Pylon Gateway, a community-centric launchpad where users
18 can deposit to invest in early stage projects in
19 (inaudible) manner, will have a significant upside and
20 guaranteed protection of their underlying principle.
21        This is our very first (inaudible) of the
22 concept and we've barely begun. Not only will you see
23 multiple project launches happening by the end of the
24 year with Pylon Swamp and Pylon Pools on Gateway, but
25 you'll also a number of experimental project launch

Page 86

1 models including NFT (inaudible) where the more you
2 stake, the more likely you are to receive rare airdrops.
3 Fixed Pylon Pools where the yields buy up tokens at a
4 designated price point. And at last, a batch option for
5 that called Pylon Osmosis that will be doing (inaudible)
6 launch.
7        Given that Pylon as a protocol is more than
8 Pylon Gateway or the launchpad we'll be rolling out a
9 number of new initiatives. Our open source SDK will be
10 available starting Columbus 5 for any and all third-
11 party integrations. Our current lineup includes
12 decentralized charity fundraising with Angel,
13 decentralized crowdfunding for creative projects, and
14 artist patronage including K-Pop and for digital media.
15        We're also looking into the vertical of
16 subscription services and split payments for Terra merch
17 and gift cards, rentals in the metaverse, community
18 grants, DAO memberships, and of course, we haven't yet
19 forgotten about decentralized (inaudible).
20        Shortly after these first wave integrations,
21 we'll be releasing our widget with which any website can
22 conveniently add on a deposit with Pylon payment
23 interface. And we're currently working with Fiat on
24 offramp solutions to capture a larger market.
25        While most of our focus will be towards

Page 87

1 building up the framework for the mainstream adoption of
2 yield (inaudible) to power these various services, we'll
3 also be working on a number of in-house projects
4 including Pylon Harbor, which will allow for dollar cost
5 averaging on your favorite crypto assets. Once we hit a
6 number of major project benchmarks and after
7 establishing our fundamentals, we want to get to a place
8 where we can launch a star craft (inaudible) for stakers
9 of our (inaudible) token mine which will continue to
10 accrue value as more and more projects launch and
11 integrate with Pylon.
12        If Terra's mission is to set money free,
13 Pylon's mission is to set payments free. Like, users
14 deposit money and pay never. Join us in our mission and
15 let's construct additional Pylons, Pylons, Pylons.
16        UNIDENTIFIED SPEAKER: All right. Hello.
17        RECORDED MALE SPEAKER: Welcome civilian.
18 This is the secret network mission briefing instructor.
19 You're receiving this message because we have a problem
20 on our hands that we can't solve alone. Your privacy is
21 under attack. What you see here is blockchain
22 technology. It promised us all a more empowering and
23 open internet. Instead of centralized corporations
24 controlling our applications and platforms, it would be
25 left in the hands of communities and developers to grow

Page 88

1 own and maintain them.
2        In its current form, however, all blockchain
3 data is public to everyone, putting users at risk.
4 Secret network is on a mission to build a privacy
5 platform of web 3 to protect and empower users. It will
6 allow developers to build decentralized applications
7 utilizing encrypted data to make sure your private
8 information stays private.
9        But we can't accomplish this mission alone.
10 We're currently scouring the globe in search of
11 competent secret agents ready to climb the ranks and
12 become key project contributors. Do you think you have
13 what it takes to join us? Help save privacy. Become a
14 Secret agent.
15        UNIDENTIFIED SPEAKER: Is Guy Ziskin
16 (phonetic) in the house from Secret? Guy? Guy Ziskin
17 or Tor (phonetic). Do we have one of you guys here?
18 Guy or Tor from Secret? Tor Bear, Guy Ziskin, anyone
19 from Secret here?
20        UNIDENTIFIED SPEAKER: All right. They're not
21 here, and my voice is totally broken because of all the
22 amazing people I've got to meet this week, but I'll just
23 take 60 seconds to talk about the dream of Secret
24 network. Simply put, we can build applications with
25 privacy, and ultimately with inner operability, with

1 IBC, the possibilities for cross-chain smart contract
2 calls is going to bring privacy to many, many
3 applications. So if you're a developer and you're a
4 builder and you know that on-chain data being completely
5 transparent is going to slow down adoption, is going to
6 slow do divisibility be completely adopted, then
7 checkout Secret network because there's a lot of magic
8 happening here. There's a lot of passion happening here
9 and stay tuned because we got some -- we got some alpha
10 in the coming months with our application layer. We
11 love Terra. We love LUNA. Let's build web 3 together.
12       RECORDED FEMALE SPEAKER: Cold, red Martian
13 dawns. They're very pretty, but not pretty enough to
14 wake up this early without a good reason. Mine was to
15 get to the town's bazaar as early as possible and sell
16 all the rocks before the harsh winds knock over the
17 market. They say it all started 12 years ago, the year
18 before I was born with the great flash. It shined for
19 weeks and was so bright, people could see it during the
20 day. Electric gold they called it.
21       It painted the sky and made the desert storms
22 really bad. Then three years ago, the shower started.
23 They found the first meteor a year after that. It
24 cracked open and this crazy egg came out, and from that,
25 a small dragon hatched. Most people are terrified of

1 the storms. They would never foot in the desert, but
2 everyone wants a dragon. That's what makes the rock so
3 valuable. With a dragon, everything is just more --
4 everything you do is amplified. You've got leverage and
5 you can fly.
6       I was so sad I couldn't sell our rock today
7 because a storm knocked over the market. I hate
8 disappointing you.
9       RECORDED MALE SPEAKER: Nonsense. You did the
10 right thing coming home right away. You alive in one
11 piece is far more important than all the rocks, money,
12 and even dragons in the world. Besides, we'll use these
13 rocks too. We need the power inside of them. It's how
14 we improve the crops of our farms. I'm sure even if we
15 didn't -- what was that?
16       UNIDENTIFIED SPEAKER: All right, everybody.
17 We've got a Q&A panel coming up. If we could get Cody
18 up here from Andromeda. If we could get Tor from
19 Secret. If we get Chauncy from Angel up here. And Do
20 Kwon up to the stage. Testing. I just want to make
21 sure that everyone did see that that Alice video said
22 November on it. Tor. Chauncy. Do Kwon, ladies and
23 gentlemen.
24       UNIDENTIFIED SPEAKER: We need Cody. Let me
25 find Cody.

1       UNIDENTIFIED SPEAKER: Cody from Andromeda.
2 Do, don't go. All right. Can we get everybody quiet?
3 Shh. Shh. Okay. So I pulled these guys together.
4 Chauncy, of course, you know why. Secret, Cody, and Do.
5 These guys are the ones that are changing the world. So
6 tonight I just wanted to do a discussion and then after
7 we'll talk about loot bags and how that's going to work.
8  Do seemed to just let everybody in. And so logistics
9 on how that worked, we'll figure it out at the end. But
10 there is some really cool loot. There's NFTs in there
11 from the Galactic Punks. There's Lavona (phonetic),
12 they did some. So inside of it, there's a bunch of
13 random stuff, cash. Yeah, cash put a card in there.
14 Everybody gets a fifty dollar, plus there's a big one in
15 there. So, there's a lot going on with that.
16       So, let's first open it up, if everybody can
17 get quiet, let's open up to a couple questions. And
18 then we'll -- there's a couple of Twitter questions as
19 well. So anybody want to start first? Here we go.
20       NATE: Hey, guys. Some of you might know me.
21 I'm -- thanks. Some of you might know me. I'm Nate
22 from the community. Do, this one's kind of directed to
23 you. So question here is about decentralization of node
24 validators and how that might be related to Project
25 Dawn, which you've talked about because my biggest

1 concern that I've brought up in the community is
2 decentralization on data structures, mostly (inaudible)
3 and some other centralized structures, which most people
4 might not be aware of that are a huge danger to
5 decentralization of the community.
6       MR. KWON: So before you disappear, is the
7 question on, like, what Project Dawn is or is there
8 something else?
9       NATE: I'd hope you'd go a little deeper,
10 right, because you had mentioned that part of Project
11 Dawn was to get some metal server, you know, storage off
12 of centralized -- cool.
13       MR. KWON: So, we've -- we've been through
14 four iterations of this before. But we've had
15 scalability issues on a lot of layers of our
16 (inaudible). So we've had issues where during the most
17 recently the STT ideal, we've had things slow down
18 because a lot of the -- sort of the requests were
19 hitting the centralized TFL notes, which are in FCD and
20 Mental. We've had the Pylon web app freeze. And before
21 that, we've had an issue during like, extreme Anchor
22 liquidations. So we decided that Project Dawn was
23 necessary for two reasons.
24       Like, number one, we need to be a major
25 contributor to the Cosmos core technology ecosystems.

Page 93

1  So guys, one thing that's important to remember is that
2  Terra would not be possible if it wasn't for Tenderments
3  (phonetic).  If it wasn't for Cosmos SEK.  If it wasn't
4  for Cosom Wasom (phonetic) and a lot of the guys that
5  built those core technologies sort of enabled this
6  entire ecosystems to come forward.
7       So, first of all, for all of you that are
8  working on those ecosystems or those core technologies,
9  thank you so much for making all of that happen.
10      But what's important is we need to pay our way
11 forward.  So right now, we're one of the largest
12 ecosystems in the, sort of, the Cosmos.  So, we need to
13 make sure that those technologies that we've been built
14 on, can be future proofs.  They have the right
15 resources, the right capital in order to make sure that
16 they are the best ecosystem to make proof of stake
17 networks.
18      Now, Cosmos was the first thing that brought
19 proof of stake into the world.  And I think with the
20 right type of resources, it can remain the best.  And we
21 are just going to do that (inaudible) forward.  We're
22 going to make sure that it's funded in the right way, it
23 has the right resources to make sure that the Cosmos
24 ecosystem can be the best way to launch a sovereign
25 blockchain that is interconnected through IBC in the

Page 94

1  world.  Thank you so much.
2       A second tenet to this is we've gotten major
3  note operators, so for example, in the Ethereum
4  ecosystem, the dominant providers are Akame (phonetic),
5  QuickNode, and maybe a couple of others.  The name of
6  the third escapes me, but we've gotten Akame, QuickNode,
7  and one more node provider to provider RPC node and
8  application services to the entire Cosmos stack.
9       So, what that's going to mean is that when a
10 Dap (phonetic) is wanting to build on top of Terra, it's
11 going to be as easy as building and shipping an ERC20
12 web app.  So, what we're going to be doing is we've
13 already funded grants through Project Dawn for those
14 initiatives to be possible.  We're also going to be
15 funding two years' worth of server costs for any
16 developer on the Terra ecosystem, connecting to either
17 QuickNode or Akame or the third thing, which, apologies,
18 I forget, for the next two years.
19      UNIDENTIFIED SPEAKER:  Going to read Duffy's?
20      UNIDENTIFIED SPEAKER:  Democratizing
21 endowments through Angel Protocol is transformative.  In
22 changing the way charities view their plans for
23 achieving this financial sustainability.  One of the
24 challengers we face is teaching them how to use on/off
25 ramps.  What are the plans to get UST on more exchanges?

Page 95

1       MR. KWON:  Was that me?
2       UNIDENTIFIED SPEAKER:  Yeah.
3       UNIDENTIFIED SPEAKER:  That was from Duffy.
4       MR. KWON:  Wait.  Fuck.  I thought it was a
5  panel.  Wouldn't it be easier if I like, fucking
6  moderated or something?
7       UNIDENTIFIED SPEAKER:  You can -- you can take
8  that role if you want.
9       MR. KWON:  All right, all right.  So UST on
10 all exchanges.  All right.  Coinbase ERC20 UST launched,
11 I think, is this September right now?  Okay.  It
12 launched like, August or September or something.
13 They're going to be launching Native Sport (phonetic) in
14 November.  We've gotten, I think, most of the major
15 Chinese exchanges to agree to launch UST in Q4.  So
16 basically, what I'm predicting is that there's a lot of
17 regulatory pressure on centralized stablecoins, and I
18 think what's going to happen is there's a decidedly
19 strong preference among builders for decentralized
20 stablecoins already.  And I think that's going to
21 percolate to retail.
22      So, a lot of the people that are using
23 centralized stablecoins will have a preference for
24 decentralized versions.  I don't know.  It's put a --
25 it's hard to put a time prediction on this, but I'm

Page 96

1  going to say January.  It sounds super fucking random,
2  but you know what?  I'm going to stand behind it by
3  January.  And I think by January a lot of centralized
4  exchange is going to be behind UST.  And I think that's
5  going to be decided preference, not among just builders
6  but among retail (inaudible) UST.
7       Do you want me to moderate?
8       UNIDENTIFIED SPEAKER:  Nope.  I'm good.  I got
9  one for -- I got one for Tor.  Yeah, you're up.  When it
10 comes to UST, when it comes to your community, what is
11 their feeling on Terra when you hear about the ADOs from
12 Andromeda and Angel Protocol?  How do you see Terra --
13 because Do didn't want to dox himself by donating to
14 charity in front of all of Twitter.  Could he have had a
15 portal through Secret to be able to do that, to donate
16 to Angel?
17      MR. BEAR:  So, first of all, thanks for having
18 us.
19      UNIDENTIFIED SPEAKER:  Of course.
20      MR. BEAR:  We got a -- we got a lot of privacy
21 fans in the building.  So, if I see you in a privacy
22 hat, thank you so much.
23      We don't think that decentralization can exist
24 without privacy.  But we also don't think that privacy
25 can exist with decentralization.  So if you really want

Page 97

1 to have sustainable privacy solutions, they need to be
2 robust.  They need to be decentralized, they need to be
3 community-driven.  They can't be sort of dictated from
4 above.  They have to be bottom up.  But if you want to
5 have decentralization, and you want it to be
6 sustainable, you also need privacy solutions in order to
7 sustain it.
8       So, it's two sides of the same coin.  And as a
9 community, we want to support the most decentralized
10 stablecoins because supporting decentralization is
11 critical to privacy, and we hope that within the Terra
12 community within all the builders that are building to
13 optimize like, adoption of UST, adoption of like, what
14 is the most decentralized stablecoin to this point?  We
15 just hope that they understand the critical nature of
16 privacy to protecting the people at the end of the
17 funnel who are going to be utilizing that for their
18 everyday lives.
19       Because the last thing that we really want to
20 see is that dystopian future where like, we think
21 something is decentralized, but just because a lot of
22 people use it and because it's not centrally controlled,
23 but it's just part of a dystopian surveillance culture,
24 and it becomes just worse than anything that came
25 before.  So, we were trying to prevent that.  But we

Page 98

1 also don't want to be part of a future where everything
2 is private, but it's still controlled centrally because
3 that didn't help anybody either.
4       So, it's two sides of the same coin.  Anything
5 we can do to help the Terra community on UST adoption,
6 we will do.  And we hope that anything that the Terra
7 community can do to evangelize privacy within its own
8 ecosystem to ensure that every user around the world has
9 access to privacy solutions and helps build that
10 sustainable and robust approach to decentralization and
11 stablecoins and payments and everything else.  It's --
12 we need each other.  I personally need Do very much.  I
13 hope he feels the same about me.  But yeah, it's a
14 pleasure.  And every single person that I've met in this
15 room who's building on Terra has been an absolute joy to
16 me and work with, and the ethos is super strong within
17 the lunatics, and it's a pleasure.
18       UNIDENTIFIED SPEAKER:  That's awesome.  Thank
19 you.  So wedging Andromeda in there, thank you very much
20 for that.  So one of the things that I did was early on
21 reach out to Tor here about getting his Enigma team as
22 the team to work with us on getting our ADOs to move
23 from our chain over to Secret, so you can have these
24 NFTs, these ADOs, moving from chain to chain.  So all of
25 a sudden you want to have your NFT, your -- you know,

Page 99

1 whatever object you have, and you want to slam it over
2 into Secret, it all of a sudden, into the black hole it
3 goes.  No one knows where it goes.  No one knows what's
4 going on, and all of a sudden later you, you want to
5 resurrect it on Solana or Cosmos or any number of
6 chains.  And so that's kind of the piece there.  So what
7 we do, like, this is going back to, you know, yours
8 truly, is the way we're looking at each of these chains,
9 is like, what are their strengths, right?
10       So, with this guy, this is the natural place
11 to go, number two.  So, this is the second chain we'll
12 be deploying once we get it up on Terra.
13       UNIDENTIFIED SPEAKER:  Very nice.
14       UNIDENTIFIED SPEAKER:  And yeah, for Angel,
15 we've actually flirted a little bit with Secret on
16 Twitter already.  So yes, we have talked about this.  We
17 have thought about this.  And as soon as we're ready,
18 we'll be integrating the ability to donate anonymously.
19       UNIDENTIFIED SPEAKER:  Very nice.  No matter,
20 anonymous or not, remember to donate.  This is bigger
21 than all of us.  If you've made any money in crypto,
22 donate some of it to something bigger than yourself.
23       UNIDENTIFIED SPEAKER:  Speaking of which,
24 Galactic Punks is doing a charity auction on
25 Lunalute.com right now.  And I think the top bid is

Page 100

1 $8,000 for the Galactic Punk that is yet to be minted.
2 It is soon.  Also in the Lunalute bags, again, I don't
3 know how many we have with how many people are here, but
4 there's little stickers on the back.  You'll see a QR
5 code and a little code at the bottom.  And that takes
6 you to Galactic Punks, and that gives you -- there's one
7 being given away tonight for that.
8       And shoutout to Conner in the house.
9       UNIDENTIFIED SPEAKER:  Oh, he's here?  Oh,
10 nice.  I didn't know he's here.  Awesome.
11       UNIDENTIFIED SPEAKER:  Any -- come on up.  So,
12 I'm not sure what is going on with the astronaut in the
13 room.  There's a lot of logistics.  Are you doing a
14 giveaway?
15       UNIDENTIFIED SPEAKER:  What's happened
16 (inaudible)?
17       UNIDENTIFIED SPEAKER:  Right now?  After?
18 Well, let's do it after.  Well, you had a nice a little
19 (inaudible).  Can we get one or two more questions from
20 audience?  Here we go.
21       UNIDENTIFIED SPEAKER:  Hey, guys.  (inaudible)
22 congrats on all the progress.  With Columbus 5, there's
23 going to be like, dozens of new applications, and from
24 the presentations, the way it looks like, it's going to
25 be quite user-facing, meaning mass market like Alice,

Page 101

1 for example. You know, debit cards for normal people.
2      What's going to be your way to, you know,
3 actually get people outside the crypto industry to use
4 it because right now on ETH for example, it's some
5 applications of like, 80 users is all -- you know, the
6 same whales (phonetic) are using the same protocols.
7 And then on FTX, we saw like, you know, mass
8 sponsorship. What kind of angle do you want to take and
9 what do you think is most effective?
10      UNIDENTIFIED SPEAKER: So, I'll actually start
11 this one before handing it off to Boss. So, Angel
12 Protocol actually, I think, is going to be big for the
13 ecosystem in that regard. We're onboarding all kinds of
14 charities. They bring their own networks along with
15 them. Our whole mission is to provide the benefits of
16 TeFi without any complexity of having to interact with
17 crypto.
18      So all of our marketing, all of our onboarding
19 and business development, it's all based on getting
20 outward adoption to Terra. And then also from a crypto
21 market perspective, it's nice because that ends up being
22 beta neutral and helping protect the ecosystem in that
23 fashion. So, that's my piece.
24      UNIDENTIFIED SPEAKER: So when I first started
25 my Twitter account, I had no intention of being cryptic.

Page 102

1 But one of the things that I've consistently tweeted out
2 is what the fuck is Alice? And the reason why I did
3 that is because the guy that was running Alice just kept
4 giving me hints of what he was about to do, but he
5 wouldn't fucking tell me. So when I was asking who the
6 fuck is Alice, I had no fucking idea. But it seems like
7 it's proper for the -- for the man himself to take the
8 stage and answer the question. (inaudible), please.
9      Yeah, so let me do like a mini panel here.
10 What the fuck is Alice, seriously?
11      UNIDENTIFIED SPEAKER: Yeah. I just want to
12 say everyone loves UST. UST is really fucking great.
13 But UST is only useful insofar as you can actually use
14 it in the real world, right? And what we're focused on
15 at in Alice is to build metal cards such that you can
16 pull it out from your wallet, go to a restaurant, and
17 actually use your UST at restaurants and convenience
18 stores.
19      UNIDENTIFIED SPEAKER: Fuck yeah.
20      UNIDENTIFIED SPEAKER: Literally everywhere
21 you go, you'll be able to use your UST. And that's our
22 singular purpose, that you can use your UST. And so,
23 that's what we're building at Alice.
24      UNIDENTIFIED SPEAKER: Okay, okay. Before I
25 let you go, before I let you go, before I let you go,

Page 103

1 pick up the mic. Pick up the mic. Yeah, guys. This is
2 like where I become a creepy uncle. So --
3      UNIDENTIFIED SPEAKER: I'll say if there's
4 anything I learned interning at Terra is drinking
5 alcohol.
6      UNIDENTIFIED SPEAKER: We've taught you
7 poorly, my friend. But anyway, any volume expectation
8 from Alice, like what are you sort of seeing over the
9 next 12 months?
10      UNIDENTIFIED SPEAKER: Well, I think everyone
11 saw from the video we're offering all 20 percent API
12 from Anchor. So at this point, there's literally no
13 opportunity costs to go from Anchor to Alice. So for
14 you to move your money from your Anchor account to
15 Alice, and to get a metal debit card that you can cut
16 your cheese with, there's no opportunity costs.
17      What that means is you can put all your money
18 from Anchor to Alice, get 20 percent APY, use that money
19 for P to P payments.
20      UNIDENTIFIED SPEAKER: (crosstalk) back here.
21      UNIDENTIFIED SPEAKER: And cut your -- cut
22 your cheese with your Alice card, with the metal Alice
23 card.
24      UNIDENTIFIED SPEAKER: Oh, is this like how
25 you fuck me? Is this how this works? Okay.

Page 104

1      UNIDENTIFIED SPEAKER: No, no, no. I will say
2 I'm the founder and CEO of Alice, but before that, I am
3 the intern of Do Kwon.
4      UNIDENTIFIED SPEAKER: I got to say for the
5 record, he was the worst intern I've ever had. But now,
6 I got to say --
7      UNIDENTIFIED SPEAKER: Boo.
8      UNIDENTIFIED SPEAKER: I got to say though,
9 you got to listen to this, this is one of the most
10 exciting things that I've invested on in my career,
11 yeah. Thank you so much.
12      UNIDENTIFIED SPEAKER: Any follow-up to that
13 from anybody? All right. One more from the audience.
14 (inaudible) there?
15      UNIDENTIFIED SPEAKER: You know, having
16 transitioned from other blockchains, such as Ethereum, I
17 had noticed that the community in Terra is just
18 something that you cannot even describe. The people
19 that are a part of the community are really outspoken.
20 What do you guys -- and this is a question to each of
21 the panel members. What do you guys think makes the
22 community about Terra so special?
23      UNIDENTIFIED SPEAKER: Accessibility, willing
24 to work with each other. I mean, we've reading devs
25 with other teams when they need them. They've given us

1 devs when we need them.  Like, Tom -- Tom Norwood with
2 Loop (phonetic) like literally gave us a couple of devs
3 for a little while.  Just like, hey, if you all need
4 these guys here, work on it for a little bit, give them
5 back, please give them back.  I gave them back.  But
6 it's like that.  Like, I mean, I can literally walk into
7 any project and be like, yo, what's going on today?  How
8 can we help?  What do you need?  Let's get on a Zoom.
9 Let's talk for a while.  I think that's the biggest
10 piece.  And it's really rare to find that.
11        Now, of course, this is a really small
12 community.  Pretty tightknit.  It's growing, and these
13 days are going to last for a while, as long as we can,
14 but eventually, it won't be like that.  Ethereum, oh,
15 Ethereum.  Recovering.  Recovering.  I'm a recovering
16 ETH addict.  So -- yeah.  So -- but those communities
17 eventually, they grow out and then they get -- they
18 fracture, they get too big.  You get tribalism.  You
19 get, you know, gangs and all that kind of stuff.
20        UNIDENTIFIED SPEAKER:  I mean, just to that
21 point, the hardest thing you can do is scale an
22 ecosystem and scale its ethos.  And you kind of have to
23 know what you stand for from the first point.  And I
24 think that the ruthless focus in the Terra community on
25 what they stand for from an ethos perspective, the

1 uncompromising perspective on like, if a stablecoin is
2 going to be the stablecoin, it needs to be the most
3 decentralized stablecoin.  That's an ethos.  And wanting
4 to keep at every level of scale for Secret, like, having
5 a privacy ethos, that's an ethos.  And I think what the
6 Terra community does better than any other community
7 with a decentralization ethos is that they really bake
8 that into every piece of communication.  They build it
9 into every application that's on the network, comes back
10 to that ethos, comes back to that stablecoin.  The only
11 way that those ethos scale is if every single person in
12 the community understands that message, understands the
13 important of that message and what it means at the
14 protocol level and at the product level.
15        So the Terra community is a bunch of
16 decentralization evangelists, and I know we have a lot
17 of privacy evangelists in the crowd as well.  Ethos can
18 scale if everybody's bought into it.  If they understand
19 what it stands for.  We all have a responsibility to
20 come out of this room and evangelize decentralization as
21 a ethos, privacy as an ethos.  If we come out of here
22 and we're evangelizing, you know, number go up, that --
23 that doesn't really scale, you know, unless you want to
24 dilute every person in the world and like, you know, you
25 can have a ten trillion dollar protocol but nobody can

1 buy a house.  Nobody wants that.  We just want to
2 empower people.  So keep the ethos, keep the message.
3 Be the people you already are in this room.  And don't
4 lose that.  It's not about competing with Ethereum; it's
5 about making sure every single person in the world has a
6 chance to interact with a decentralized protocol once in
7 their life that makes them better than they were before
8 on their own terms, on their own merits, and I hope -- I
9 hope to heck that every single person in the world finds
10 a community like this one.
11        UNIDENTIFIED SPEAKER:  Ah, yeah.  I mean, the
12 Terra community is really what drew me in, what got me
13 building in crypto, and what made me quit my job and
14 take the leap.  And I really just think the Terra
15 community is very unique in the entire -- not even the
16 crypto space, but just as a whole.  Everyone was
17 extremely welcoming.  People are quick to answer
18 questions online, whether you're on Twitter, Telegram,
19 Discord, just very vibrant community, ready to lift each
20 other up.
21        I'm ready to discuss difficult topics, too.
22 So, there's a lot that's come up and it goes back and
23 forth, and it reaches resolution, and the community is
24 stronger as a result.  And I think it's that shared
25 ethos, you know.  Like, everyone is truly invested in

1 Terra, and not just in the financial sense, but in the
2 vision of what's being built and how we're all in it
3 together.  And it's just -- it's fucking beautiful.  So
4 thank you all.
5        UNIDENTIFIED SPEAKER:  What do you think, Do?
6        MR. KWON:  It's gone for a while, sort of
7 forget the question.
8        UNIDENTIFIED SPEAKER:  All right.  We'll just
9 do one last question from Twitter.  And that's from
10 Archangel Raphael.  And he says where do the panelists
11 see themselves in five to ten years?  We'll start with
12 Chauncy, and we'll end with Do.  And then after that,
13 it's just the after party, and whoever hangs out to the
14 end, meet me at the table, and we'll try to get loot
15 bags, but there's definitely not going to be enough.
16 But I've got little things and so, I've got little
17 extras, but I don't know how to do the first come, first
18 serve.  We can't redo the list because Do is Do, and --
19 yeah, we can't check.  So meet me at the table, and
20 we'll try to get you a loot bag.  Enjoy the after party.
21 But we'll -- okay, you tweeted out show up, and you'll
22 sneak them in.  The first people at the door were
23 showing me your tweets.  That was it.  Yeah.  Okay.
24 Chauncy, where do you see yourself in five years, and
25 then we'll pass it down.

Page 109

1    CHAUNCY:  In five years, I see myself
2  continuing my homestead with my family.  Doing that
3  whole thing.  I'm not going to be buying any yachts, but
4  I do imagine a world where charities and nonprofits
5  really are financially free.  They don't have to spend
6  money on fundraising or spend activity on that because
7  they can just focus on their actual goals.  And any
8  donations they get on top are spent on growth and
9  expansion.
10    We're aligned with the 17 UN sustainable
11  development goals.  They tackle everything from, you
12  know, ending poverty and hunger to climate change,
13  sustainable housing and development.  And so I see if we
14  can attack all of those goals, through all the different
15  charities in the index and the Terra charity alliance,
16  which is just again, an absolutely incredible thing, you
17  know, a few months ago, I don't think I would have been
18  believing what I'm saying right now.  But I actually
19  truly, truly believe that it's absolutely an achievable
20  future.
21    UNIDENTIFIED SPEAKER:  The future of this
22  space is the people that come into this space who right
23  now are sitting, you know, on a high school campus, on a
24  college campus, wondering what they're going to do with
25  their lives.  So in five years, I hope I'm standing on a

Page 110

1  college campus at like a campus recruiting event, and
2  half the room is completely abandoned Facebook, Google
3  tables with like, really sad-looking recruiters
4  wondering why nobody wants to do their web to
5  surveillance economy anymore.
6    And on the other side of the room is all the
7  crypto entrepreneurs, everybody who was self-sovereign,
8  everybody who tried to build something bigger than
9  themselves from like, age 21 and earlier, like, I wish
10  this had been a thing when I was 18.  I would've gotten
11  into it.  It wasn't -- it wasn't, so I was a degenerate
12  poker player.  But, but you don't have to end up like
13  me.  You can still end up like Do.  It's cool.  I hope
14  I'm sitting on a college campus in five years and I say
15  shit like I say now on stage about like, being -- being
16  self-sovereign, wanting to solve problems for the world,
17  wanting to work with the people around you, not in the
18  context of a centralized organization, but in the
19  context of a community and nobody says how would I do
20  that?  They say I'm already doing it.  So if you want to
21  be a part of that, just keep -- if you're already in
22  this room, you're already doing it, but let's -- let's
23  be on the campuses in the future and look at a bunch of
24  people who are already better than we are right now
25  because they get it, and I just want to help them -- I

Page 111

1  want to help them get their faster, man.  I wish that
2  had been me.  So thank you guys for being a part of this
3  fucking awesome movement.  It's a joy, and you're all a
4  joy.
5    UNIDENTIFIED SPEAKER:  So these guys really
6  inspirational and they give you -- right, they give you
7  all these warm and fuzzy stuff, right?  I'm -- yeah, I'm
8  not that guy, all right?  So I'll just be honest with
9  you.  In five years, I hope I'm building shit, okay?
10  I'm an engineer.  I've been doing this for 29 years.  I
11  started with I was ten years old.  I love doing it.  And
12  I hope I'm building software in five years, in ten
13  years.  Because that's what I really like doing.  I like
14  building things and seeing things work and like, doing
15  stuff.  That's what it is.  I'm not very inspirational
16  on this stuff, but I'll be honest.  That's where I want
17  to be.
18    UNIDENTIFIED SPEAKER:  All right.  So when I
19  gave my speech, I said I was four bottles of
20  (inaudible).  Now, I'm a few more in.  So what was the
21  question?
22    UNIDENTIFIED SPEAKER:  Five -- we'll take it
23  down to five minutes for you.  Okay?  Where do you see
24  yourself in five minutes?
25    UNIDENTIFIED SPEAKER:  So in five minutes,

Page 112

1  I'll probably be puking.  But let me tell you about five
2  years.  Okay.  So I didn't think it was possible, but
3  the -- the only reason why we work so hard at Terraform
4  Labs and you know, like, I genuinely work like, 20 hours
5  a day and like, at least six days a week.  And on most
6  weeks, I work more.  But it's because I like to believe
7  that in sort of a -- the world that we live in when
8  there's inherent tension in a fight for decentralization
9  was people like Cody and Tor and Chauncy fighting for
10  decentralization.  And there are other people that are
11  adversaries to that vision.
12    You need to give it one hundred percent to
13  win.  Am I right?  One hundred percent.  So what I'm
14  going to do over the next five years is to give it my
15  all, one hundred percent.  I want to make sure that we
16  win, and that means the Terra ecosystem.  That means the
17  Cosmos technologies win, and that means that stablecoins
18  rule across the (inaudible).
19    And what I want to be doing in five years is
20  when Terraform Labs is defunct, I would like to create
21  another company whereby we create cool different
22  applications on top of, you know, it could be on top of
23  the Terra blockchain or using Terra stablecoins in some
24  sense.  But it'll be a cute hobby.  Kind of like what
25  the blockchain guys are doing.  Yeah.

Page 113

1   So I want to be those Boomers that nobody pays
2 real attention to, but you know, like, yeah, those guys
3 are okay because (inaudible) the OGs.  But like, they're
4 not really relevant.  So I want to be in that situation
5 where I am greatly humbled by the pace of innovation
6 that's coming in into crypto, and I am out-competed by
7 everyone out there.  And -- let's be real.  That's
8 what's happening to Adam Beck.
9   Yeah.  So as a closing thought, Anan
10 (phonetic) intern.  Anan intern.  Come.  You.  Yes.
11 Yes.
12   UNIDENTIFIED SPEAKER:  Am I your new intern?
13   UNIDENTIFIED SPEAKER:  No.  So this is a
14 counterproductive event because Anan intern probably
15 didn't want to be doxed.  Right.  But he got facial
16 surgery for this event.  So you can be assured that this
17 is not his real face.  But I feel like you're making --
18 wait, you're not Anan intern.  That's not (inaudible)
19 intern.
20   UNIDENTIFIED SPEAKER:  That's why I thought I
21 was your new intern.  I was like, shit, I did
22 (inaudible).
23   UNIDENTIFIED SPEAKER:  Okay.  Go away.  Go
24 away.  Where the fuck is Anan intern?
25   UNIDENTIFIED SPEAKER:  I don't think he's

Page 114

1 going to show up now.
2   UNIDENTIFIED SPEAKER:  Oh, shit.  Okay.  Pete,
3 you say something.
4   PETE:  Yeah.  Woo.  Are we done with Q&A?  Can
5 I --
6   UNIDENTIFIED SPEAKER:  I think Q&A is good,
7 but then the astronaut has something.  We're not fully
8 sure.
9   (crosstalk)
10   UNIDENTIFIED SPEAKER:  Let's do it to the
11 astronaut panel discussion --
12   UNIDENTIFIED SPEAKER:  -- and I'll close this
13 out.
14   UNIDENTIFIED SPEAKER:  -- and then, yeah.
15   UNIDENTIFIED SPEAKER:  Yeah, let's do that one
16 and then I'll close this out.
17   UNIDENTIFIED SPEAKER:  Cool.  Sounds good.
18   UNIDENTIFIED SPEAKER:  What's up?  What's up?
19 What's up?  Sorry to keep you guys waiting, but I'm
20 (inaudible) the astronaut, and I just wanted to share
21 something I'm really excited about.  Something we missed
22 earlier on.  But it's -- it's a cash treasury.  And
23 company-developed by IntelliBridge Technologies.  And
24 you know, I'm so excited for this product that my
25 friends at IntelliBridge are offering to you guys,

Page 115

1 everyone here in the room, $50 in UST.  All right.  So
2 at the end of the night when you guys get your gift
3 bags, make sure redeem the code for free $50 in UST.
4 But wait, there's more.  To everyone who redeems it, we
5 will select one person to give $1,000 in UST.  Let's go.
6 So make sure to redeem it.
7   I just wanted to share a little bit about the
8 cash treasury.  It's a blockchain-based product, offers
9 high and stable yields.  You can get all the information
10 on the cash treasury websites.  It's a great product
11 that helps institutions get into the DeFi space.  So,
12 I'm really excited for it.  Just check out the cash
13 website for more information.  So, just wanted to share
14 that with you guys.  And have a great night.
15   UNIDENTIFIED SPEAKER:  All right.  Let's give
16 one last round of applause for our panelists, Kevin,
17 Chauncy, Tor, Cody, Do.  You guys can go ahead, big
18 shoutout to Ryan.  This wouldn't have happened without
19 him.
20   UNIDENTIFIED SPEAKER:  Oh, yeah, yeah.
21   UNIDENTIFIED SPEAKER:  Yep.
22   UNIDENTIFIED SPEAKER:  Also all the videos,
23 all the teams that got together and sponsored this
24 event.
25   UNIDENTIFIED SPEAKER:  Oh, Mike right here

Page 116

1 stayed up countless hours to make all these beautiful
2 graphics.  Just incredible.
3   UNIDENTIFIED SPEAKER:  This guy did these
4 incredible wraps.
5   UNIDENTIFIED SPEAKER:  Ryan helped organize
6 this event too over here.  And lots of other people
7 helped.  Let's give them a big round of applause.  This
8 is all about community.  So, I hope you all will hang
9 out.  We have the venue for another hour and a half.  So
10 get more drinks.  Party.
11   UNIDENTIFIED SPEAKER:  Talk about tech.
12 Whatever you want to do.  We'll see you in an hour and a
13 half for a special giveaway, so.
14   UNIDENTIFIED SPEAKER:  All right.  Take care.
15   (music)
16   (End of recording.)
17      * * * * *
18
19
20
21
22
23
24
25

Page 117

1          TRANSCRIBER'S CERTIFICATE

2

3  I, Desha DeVor, hereby certify that the foregoing

4  transcript is a complete, true and accurate

5  transcription of all matters contained on

6  the recorded proceedings in the Matter of:

7  MIRROR PROTOCOL, INC.

8  412433-HQ

9  2021.09.21 LIVE FROM NEW YORK

10

11

12

13  _____  10/11/2022

14

15

16

17

18

19

20

21

22

23

24

25