# EXHIBIT DDD







# Our mission is to bring decentralized monies to as many blockchains as possible: Terraform Labs CEO

Mon, July 12, 2021, 10:12 AM

BTC-USD  -2.13%

Do Kwon, Terraform Labs Co-Founder and CEO joins the Yahoo Finance Live panel to discuss the latest in the cryptocurrency space.

**Video Transcript**

[MUSIC PLAYING]

- Well, trading volumes at cryptocurrency exchanges fell by more than 40% in June. Bitcoin alone fell more than 6% last month, touching its lowest since





January as China cracked down on Bitcoin mining. Joining us to talk much more about that, we're joined by Do Kwon, co-founder and CEO of Terraform Labs.

And Do, I know you're joining us in the very early hours over in Seoul, so we appreciate you staying up. Give me a sense of what you have seen in terms of the activity over the last several weeks. We've been so focused on the crypto space on the crackdowns that are happening over in China, the price moves that have happened on the back of that. What's that meant for your platform?

DO KWON: So we run a number of different DeFi applications with more tangible use cases compared to the rest of the crypto market. So we have things like Mirror protocol, which creates synthetic assets that track the price of real-world assets, such as equities and commodities, and Anchor protocol, which is a stable savings protocol where users can earn high yield on their stablecoins. So these protocols have actually seen an uptick in activity after the market crashing a couple of weeks ago, and this is because while high gains can be made in crypto markets during the height of the bull market, you can earn more stable yield and more interesting opportunities in some of these more tangible apps during the downturn.

- And where are you seeing the volumes come in from in terms of your platform? What does that tell you, ultimately, about the use cases?

DO KWON: So monitoring sort of like the traffic coming into our web apps, we've started to see an uptick in user activity coming in from China. Read into that what you will. But what we're thinking is that, as capital flight is happening from some of the more volatile cryptocurrencies, we're seeing some of that capital flow into DeFi applications.

- And you recently announced that you were joining forces with the Harmony blockchain to push forward with new DeFi initiatives. Give me a sense of what exactly this means and what that means in terms of the expansion that you see for your business.

DO KWON: Sure. While Terra is its own independent layer one blockchain, we try to make it a mission to bring decentralized monies to as many blockchains as possible. So currently, Terra stablecoins are live on Ethereum, on Binance Smart Chain, Solana, as well as some others. So by partnering with Harmony, we'll be bringing Terra decentralized stablecoins such that we'll be able to build interesting DeFi applications on top of the Harmony blockchain as well.

- And what are some of those applications that you see?

DO KWON: Sure. So for one thing, as we build the bridge to Harmony, we'll be able to bring Mirror synthetics to harmony. So this would be, for example, mirrored Tesla, or mirrored Apple, or mirrored gold, such that this can trade on decentralized exchanges on the Harmony blockchain. We'll also be able to include harmony into the Anchor protocol, which means that users on the Harmony blockchain will be able to earn a 20% stable yield on their stablecoin deposits.

- Do Kwon, co-founder and CEO of Terraform Labs, it's good to talk to you today. Appreciate your time.



## 4 Comments

Commenting on this article has ended          Log In

Sort by Top

Show Comments

Powered by OpenWeb                          Feedback

## Popular in the Community


AdChoices   Sponsored


U.S. homebuilder confidence falls to 11-month low in July
30 comments


'We need to continue mask wearing even with vaccination':...
140 comments


Doctor sounds alarm on low vaccination rates: 'It's not a...
805 comments

## Recommended Stories


**Motley Fool**
**3 No-Brainer Warren Buffett Stocks to Buy Right Now**
Warren Buffett doesn't always beat the market. Investors don't have to scratch their heads in consternation about how Buffett makes his money. Here are three no-brainer Buffett stocks to buy right now.
6h ago


**Motley Fool**
**2 Unstoppable Growth Stocks to Buy Right Now**
Virgin Galactic Holdings (NYSE: SPCE) and Roblox (NYSE: RBLX) fit the bill as they reimagine the tourism and video gaming industries, respectively. Let's explore the reasons why these growth stocks look poised for bull runs. On July 11, Virgin Galactic completed a historic feat by sending its founder,...
2h ago


Ad • **Banyan Hill**
**New Battery Stuns EV Market**
This small company behind it is sparking a potential 20,300% market surge. Click here for details.


**Investor's Business Daily**
**Dow Jones Dives 800 Points On Covid-19 Fears; Apple, Tesla Stock Sell Off**
The Dow Jones Industrial Average dived 800 points Monday on rising Covid-19 fears. Apple and Tesla stock sold off in morning trade.
18m ago


**MarketWatch**
**Worried about inflation? Here's how investments did in the 1970s**
In the 1990s movie The Shipping News, an old newspaperman explains to Kevin Spacey how to cover the news. Yes, the inflation forecasts were surging months ago, and hit 8-year highs. The bond market's 5-year inflation forecast is now lower than it was in mid-March.
6h ago


**MarketWatch**
**COVID-19 cases may cause an S&P 500 correction, analyst says. Buy these stocks in the next dip.**
It's a rough start to the week for markets. Stocks sold off in Asia and Europe, with Dow industrials futures tumbling more than 300 points to set the tone for a turbulent day ahead.


Watch the NBA Finals live!
SPONSORED BY YOUTUBE TV


4h ago


Ad · The Penny Hoarder
**If You Have $1,000 in the Bank, Make These 4 Moves**
If you've got more than $1,000 in your checking account, you need to make these moves as fast as possible.


Insider Monkey
**10 Marijuana Stocks Reddit is Buying Amid New Federal Marijuana Legalization Bill**
In this article, we discuss the 10 marijuana stocks Reddit is buying amid new federal marijuana legalization bill. If you want to skip our detailed analysis of these stocks, go directly to the 5 Marijuana Stocks Reddit is Buying Amid New Federal Marijuana Legalization Bill. Three lawmakers from the…
24m ago


Motley Fool
**How Much More Does GameStop Have to Fall Before You Can Buy It?**
The wild ride GameStop (NYSE: GME) has been on this year could be coming to an end. Because the video game retailer is one of the few so-called meme stocks that actually does still have a future, does the haircut GameStop's shares received mean it's time to buy? GameStop is just beginning its…
1d ago


Motley Fool
**3 Explosive Stocks to Buy Right Now**
These companies are making big moves in their respective markets -- and investors should take notice.
1d ago


Ad · SmartAsset
**The Best Way to Withdraw From Retirement Accounts**
Have you considered how you'll withdraw your retirement income? These simple mistakes could cost you thousands of dollars.


MarketWatch
**I earn $35K, have $20K in credit-card debt, and $200K in stock. I dream of turning my studio into a rental unit and building a pool**
THE MONEYIST Dear Quentin, I read your column on a regular basis and feel almost out of league to be writing. Unlike most of your writers, I don't have a huge or impressive portfolio. I am 61 years old.
11h ago


Motley Fool
**Got $5,000? These 3 Stocks Can Make You Richer in the Second Half of 2021 (and Beyond)**
These three technology stocks stand to benefit significantly from the rapid digitization of the global economy.
1d ago


Bloomberg
**China Signals End to $2 Trillion U.S. Listings Juggernaut**
(Bloomberg) -- For two decades Chinese tech firms have flocked to the U.S. stock market, drawn by a friendly regulatory environment and a vast pool of capital eager to invest in one of the world's fastest-growing economies. Now, the juggernaut behind hundreds of companies worth $2 trillion…
4h ago

Ad · StandardNews
**Pastors Net Worth Has Followers Leaving The Church**
The Richest Pastor In The World Is Not Who You Would Expect


Motley Fool
**Why Airline Stocks Are Falling Today**
What happened There is growing anxiety that the so-called Delta coronavirus variant will crimp the global economy and lead to a fresh round of travel restrictions. Airline stocks were under pressure on …

30m ago



**CoinDesk**

**Bitcoin Drops as Investors Buy $22K and $20K Puts**

Despite the pickup in demand for $22K puts, the options market remains biased bullish for the long term.

2h ago



**Motley Fool**

**Where Will New Residential Investment Be in 3 Years?**

New Residential Investment (NYSE: NRZ) is one of the larger mortgage real estate investment trusts (mREITs) in today's market. The company -- which specializes in originating and servicing residential mortgages and investing in agency and nonagency securities -- is growing quickly, putting this mREIT…

2d ago



**Ad · True Market Insiders**

**Insider Urges: Get Out Of Cash Before July 27th**

Millionaire Wall Street Legend Urges Americans Get Out Of Cash Before April 27th.



**Investor's Business Daily**

**Does Appeals Court Ruling Against Florida Make Carnival Stock A Buy Right Now? Here's What Earnings, Charts Show**

Ah, "Carnival." The name conjures smiles. And some cruise lines are about to resume trips. So is this a good time or bad time to invest in Carnival?

2h ago



**Barrons.com**

**Tesla Stock Has Been Going Nowhere. That Could Change This Week.**

The shares have tended to rise in the stretch leading up to the release of the EV maker's results. Earnings are scheduled for release on July 26.

44m ago



**Motley Fool**

**3 Dow Stocks to Buy When the Stock Market Crashes**

Big market declines are inevitable. But they're also a great time to buy stakes in time-tested companies.

1d ago



**Ad · Post Fun**

**Clueless Chumps Who Had A Worse Day Than You**

There's no way their lives are better than yours…



**Motley Fool**

**Got $1,000? Here Are 5 Stocks to Buy and Hold Long Term**

The long-term theses for these five companies are supported by recent events, making them timely investments.

4h ago



**Investor's Business Daily**

**5 Dow Jones Stocks To Buy And Watch In July 2021: Apple, Boeing Sell Off**

The Dow Jones Industrial Average remains near record highs at the start of July, as the current stock market rally continues. The best Dow Jones stocks to buy and watch in July 2021 are Apple, Boeing, Disney, Microsoft and Nike.

1h ago



**Motley Fool**

**Are Intel's Fortunes About to Turn Around?**

Intel (NASDAQ: INTC) has let investors down over the past year as intense competition from the likes of Advanced Micro Devices (NASDAQ: AMD) has hamstrung the chip giant. Chipzilla's shares have severely underperformed the broader PHLX Semiconductor Sector Index, which has gained…


47m ago


**Ad · Banyan Hill**
**New Battery Stuns EV Market**
This small company behind it is sparking a potential 20,300% market surge. Click here for details.


**Simply Wall St.**
**DocuSign, Inc.'s (NASDAQ:DOCU) Path To Profitability**
We feel now is a pretty good time to analyse DocuSign, Inc.'s ( NASDAQ:DOCU ) business as it appears the company may be...

9h ago

**Motley Fool**
**$10,000 Invested in These Growth Stocks Could Make You a Fortune Over the Next 10 Years**
If you had invested $10,000 in Nvidia (NASDAQ: NVDA) a decade ago and held onto your shares, your investment would now be worth over $500,000. A cryptocurrency crash could pull down Nvidia's share price. Another is the increased use of artificial intelligence in applications, which creates an