# EXHIBIT EEE

Markets

# Fake Tesla, Apple Stocks Have Started Trading on Blockchains

By Michael P. Regan
July 6, 2021, 7:00 AM EDT

- A DeFi 'Trojan Horse' finds its way to the stock market
- Sounds like 'investor-protection issue,' says Themis's Saluzzi




WATCH: Synthetic versions of big stocks like Apple Inc, Tesla Inc., and Amazon.com Inc. have begun trading on blockchains.

SHARE THIS ARTICLE
Share
Tweet
Post
Email

In this article

| | | |
|---|---|---|
| TSLA TESLA INC | 641.36 USD | -16.26 -2.47% |
| AAPL APPLE INC | 147.52 USD | -1.47 -0.99% |
| AMZN AMAZON.COM INC | 3,642.97 USD | -56.85 -1.54% |
| COIN COINBASE GLOBA-A | 234.92 USD | -10.53 -4.29% |
| 1794260D UNISWAP | Private Company | |

For years, the powers that be on Wall Street have toyed with questions about whether it would be feasible to move the stock market onto a blockchain, the underlying technology behind cryptocurrencies.

The innovators in the fast-moving world of decentralized finance -- or DeFi -- aren't waiting around to see how those discussions unfold. Instead, they've built synthetic versions of equities that track some of the world's biggest companies. In essence, the anti-establishment ethos of the crypto world is being applied to a rough facsimile of the stock market.

Fake versions of Tesla Inc., Apple Inc., Amazon.com Inc. and other big stocks, as well as a few popular exchange-traded funds, have been created by the projects Mirror Protocol and Synthetix over the past year. The tokens, and the programming that allows them to trade, are engineered to reflect the prices of the securities they track without any actual purchases or sales of the real stocks and ETFs involved. So far, volumes are just a tiny fraction of those on regulated exchanges. But for crypto enthusiasts, the potential upside is huge.

The synthetic shares join a strange new world of assets such as digital artwork and highlights of NBA games now trading on blockchains. Yet, unlike the modern art and dunks of the non-fungible token universe, these instruments raise questions about how they fit into a global stock market and brokerage industry governed by thousands of pages of rules from dozens of countries.

At the moment, it's a case of innovation that's way ahead of regulation.

Which is exactly how Do Kwon likes it. The co-founder and CEO of Terraform Labs, the South Korean company that created the Mirror Protocol on its Terra blockchain, Kwon fancies himself as a sort of modern-day Robin Hood of finance -- in the mode of Vlad Tenev or Chamath Palihapitiya. DeFi "is so powerful in unlocking financial services for disenfranchised people around the world," he said via email, that "it's better to move fast and break things. Waiting for fragmented regulatory frameworks to crystallize before innovating is counterintuitive."

### Synthetic Assets

For Kwon and other proponents of these new synthetic assets, avoiding the various rules and barriers of the financial world is a feature, not a bug. It opens up opportunities for wealth creation currently only available to a fortunate few, he said. Users can trade the tokens anonymously 24 hours a day, seven days a week, from anywhere, unhindered by capital controls, "know your client" rules imposed on broker-dealers, and other frictions of the traditional financial system.

Kwon said Terraform Labs doesn't generate any revenue from fees charged on the Mirror Protocol. Those go to users as an incentive to provide liquidity. Rather, the firm profits via a cryptocurrency it created that tends to increase in value as projects like Mirror grow in popularity.




The interface on Terraswap to buy Mirrored Tesla

So how exactly do these synthetic equities work? Well, it's complicated.

[illegible]



[illegible]

From The Web



Washington: Startup Is Changing the Way People... SmartAsset
Got $1,000 to Invest? Here's our Idea The Motley Fool
Buick's New Lineup Is Truly Stunning All Things Auto | Search Ads Learn More
4 Billionaires' Inflation Warning—Former Goldman... Stansberry Research
District Of Columbia Drivers With No DUI's Getting A Pa... Comparisons.org
Lily From The AT&T Ads Is Causing A Stir For One... Elite Herald

Markets

# China Stock Rout Spreads Amid Fears of Foreign Investor Exodus

By Jeanny Yu and Livia Yap
July 26, 2021, 9:51 PM EDT *Updated on July 27, 2021, 5:55 AM EDT*

- Investors rush to havens as China stock selloff deepens
- Hang Seng Tech Index has lost about 17% in three days




WATCH: Beijing's sweeping crackdowns of its technology and education sectors has unleashed shockwaves across global markets.

Help power your portfolio with the innovators of the Nasdaq-100.
LEARN MORE
Invesco QQQ

LISTEN TO ARTICLE
▶ 4:07

SHARE THIS ARTICLE
Share
Tweet
Post
Email

A deepening selloff in Chinese stocks spread to the bond and currency markets on Tuesday as unverified rumors swirled that U.S. funds are offloading China and Hong Kong assets.

The speculation, which included talk that the U.S. may restrict investments in China and Hong Kong, triggered a late afternoon bout of selling by traders in Asia who had already been dumping stocks in the crosshairs of Beijing's sweeping regulatory crackdowns. The Hang Seng Tech Index plunged as much as 10% in Hong Kong, the yuan slid to its weakest since April against the dollar and Chinese bonds sank.

Markets

# China Stocks in U.S. Suffer Biggest Two-Day Wipeout Since 2008

By Matt Turner
July 26, 2021, 7:32 AM EDT *Updated on July 26, 2021, 4:32 PM EDT*

Markets

# China Stocks in U.S. Suffer Biggest Two-Day Wipeout Since 2008

By Matt Turner
July 26, 2021, 7:32 AM EDT *Updated on July 26, 2021, 4:32 PM EDT*

- Nasdaq Golden Dragon China Index has fallen 15% since Thursday
- Index loses $769 billion in value amid rout in Chinese shares

MARKETS
China Stock Rout Spreads Amid Fears of Foreign Investor Exodus

MARKETS
China Stocks in U.S. Suffer Biggest Two-Day Wipeout Since 2008

PURSUITS
Philippines' First-Ever Gold Medalist Wins $660,000 and a House

MARKETS
Bitcoin Tumbles After Reaching $40,000 on Amazon Speculations




WATCH: Cathie Wood, head of Ark Investment Management, got rid of shares in tech behemoth Tencent Holdings and property site KE Holdings every day last week, according to data on the firm's trading activity.

LISTEN TO ARTICLE
▶ 3:10

SHARE THIS ARTICLE
Share
Tweet
Post
Email

Beijing's sweeping crackdowns of its technology and education sectors has unleashed shockwaves across global markets, erasing $769 billion in value from U.S.-listed Chinese stocks over the course of just five months.

The Nasdaq Golden Dragon China Index -- which tracks 98 of China's biggest firms listed in the U.S. -- plunged 7% Monday after regulators in China unveiled an overhaul of its education sector which bans firms that teach school subjects from making profits, raising capital or going public. That adds to Friday's 8.5% drop, bringing the gauge's two-day decline to 15%, its biggest since 2008.

PURSUITS
Philippines' First-Ever Gold Medalist Wins $660,000 and a House

MARKETS
Bitcoin Tumbles After Reaching $40,000 on Amazon Speculations

PURSUITS
With Simone Biles Out, ROC Wins Women's Team Gymnastics

**What you need to know:** How China Is Reining in Its Mighty Tech Firms

Markets