# EXHIBIT GGG



**Terra group chart, 12th Jan 2022**

Terra group chart, 12th Jan 2022



SUBJECT TO FOIA CONFIDENTIAL TREATMENT REQUEST DATED MARCH
17, 2022

TFL_0002479