**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil Action No. 1:23-cv-01346-JSR |
| v. | |
| TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON, | Hon. Jed S. Rakoff |
| Defendants. | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted to practice in this Court, and I appear in this case as counsel for Defendants.

Dated:  May 18, 2023                    Respectfully submitted,

                                        */s/ Nicholas W. Petts*
                                        Nicholas W. Petts, 5310784
                                        DENTONS US LLP
                                        1900 K Street NW
                                        Washington, DC
                                        Tel: (202) 496-7356
                                        Fax: (202) 496-7756
                                        nicholas.petts@dentons.com