UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil Action No. 1:23-cv-01346-JSR |
| v. | |
| TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON, | Hon. Jed S. Rakoff |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Matthew A. Lafferman hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for defendants Terraform Labs PTE Ltd. and Do Hyeong Kwon in the above-captioned action.

I am a member in good standing of the Bar of the District of Columbia and Virginia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 1, 2023            Respectfully submitted,

*/s/ Matthew A. Lafferman*
Matthew A. Lafferman
DENTONS US LLP
1900 K Street N.W.
Washington, DC 20006
Tel: (202) 496-7303
Fax: (202) 496-7756
matthew.lafferman@dentons.com

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil Action No. 1:23-cv-01346-JSR |
| v. | Hon. Jed S. Rakoff |
| TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON, | |
| Defendants. | |

**AFFIDAVIT OF MATTHEW ADAM LAFFERMAN
IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE**

Matthew A. Lafferman, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Denton US LLP.

2. I submit this affidavit in support of my Motion for Admission to Practice *Pro Hac Vice* in the above-captioned matter.

3. As shown in the enclosed certificates of good standing, I am a member in good standing of the Bar of District of Columbia and Virginia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate Pro Hac Vice in this case for defendants Terraform Labs PTE Ltd. and Do Hyeong Kwon.

*I verify that the statements made in this affidavit are true and correct.*

Dated: June 1, 2023

_____
Affiant – Matthew A. Lafferman

Subscribed and sworn to before me on this 1st day of June, 2023.

_____
Notary Public, District of Columbia

Juanita E Singleton
Notary Public, District of Columbia
My Commission Expires 07/14/2027

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Matthew Adam Lafferman

was admitted to practice as an attorney and counsellor at the bar of this Court on December 4, 2013.

I further certify that so far as the records of this office are concerned, Matthew Adam Lafferman is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 26th day of May
A.D. 2023

By: *[signature]*
Deputy Clerk



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Matthew Adam Lafferman

*was duly qualified and admitted on May 15, 2015 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 23, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON,<br><br>      Defendants. | Civil Action No. 1:23-cv-01346-JSR<br><br>Hon. Jed S. Rakoff |

## ORDER FOR ADMISSION *PRO HAC VICE* OF MATTHEW A. LAFFERMAN

The motion of Matthew A. Lafferman, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of District of Columbia and Virginia; and that his contact information is as follows:

> Matthew A. Lafferman
> DENTONS US LLP
> 1900 K Street, NW
> Washington, DC 20006
> Tel: (202) 496-7303
> matthew.lafferman@dentons.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for defendants Terraform Labs PTE Ltd. and Do Hyeong Kwon the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

                               United States District Judge