UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                             Plaintiff,<br><br>    v.<br><br>TERRAFORM LABS PTE LTD. and<br>DO HYEONG KWON,<br><br>                            Defendants. | No. 1:23-cv-1346 (JSR) |

**NOTICE OF UNOPPOSED MOTION FOR ISSUANCE OF LETTERS
OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**

In accordance with ¶ 2 of Your Honor's Individual Rules of Practice, Plaintiff, the U.S. Securities and Exchange Commission ("SEC"), respectfully requests that this Court execute, under its seal and signature, letters of request for International Judicial Assistance under the Hague Convention on Taking of Evidence Abroad in Civil or Commercial Matters ("Hague Evidence Convention") to non-parties located in the Republic of Korea.

The SEC has conferred with Defendants, they do not oppose this motion, and Defendants' own requests are incorporated in the letters of request. The requests seek documents from:

    Chai Corporation
    3rd floor (Seongsu-dong 2-ga, JK Tower)
    16, Seongsui-ro 20-gil, Seongdong-gu
    Seoul, Korea

1

The requests also seek testimony from a former executive of Chai Corporation:

Mr. Hyun-Seong "Daniel" Shin
83-21 Wangsimni-ro, Seongdong-gu
A-dong 3003-ho (Acro Seoul Forest Apartment, Seongsudong 1-ka)
Seoul, Korea

For the reasons set forth in more detail in the accompanying Memorandum in support of this Motion, the SEC respectfully requests, without opposition from Defendants, that the Court grant this motion and execute the letters of requests attached to the Memorandum.

Dated:  July 10, 2023                    Respectfully submitted,

/s/ James P. Connor
Christopher J. Carney
James P. Connor, admitted *pro hac vice*
Laura E. Meehan
Devon L. Staren, admitted *pro hac vice*
Attorneys for Plaintiff
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street NE
Washington, DC 20549
Tel: (202) 551-8394
Email: ConnorJa@sec.gov

Of counsel:
Elisabeth Goot
Kathleen Hitchins
Roger J. Landsman
Reid A. Muoio
James F. Murtha
100 F Street NE
Washington, DC

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2023, I filed the foregoing through the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

<u>/s/ James P. Connor</u>
James P. Connor