UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>                    Plaintiff,<br><br>          vs.<br><br>**TERRAFORM LABS PTE LTD. and DO HYEONG KWON,**<br><br>                    Defendants. | No. 1:23-cv-1346 (JSR) |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Carina A. Cuellar hereby moves this Court for an order for admission to practice *pro hac vice* to appear as counsel for the United States Securities and Exchange Commission in the above-captioned action.

I am a member in good standing of the bars of the District of Columbia and California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated: July 21, 2023                                                         Respectfully submitted,


                                                                                          */s/ Carina A. Cuellar*
                                                                                          Carina A. Cuellar
                                                                                          U.S. Securities and Exchange Commission
                                                                                          100 F Street, N.E.
                                                                                          Washington, D.C. 20549
                                                                                          Tel: (202) 551-6414
                                                                                          Email: cuellarc@sec.gov

## CERTIFICATE OF SERVICE

    I certify that on July 21, 2023, I caused a copy of the foregoing Motion for Admission *Pro Hac Vice* to be served by ECF on all parties who have made an ECF appearance.

                                          */s/ Carina A. Cuellar*
                                          Carina A. Cuellar