UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>vs.<br><br>**TERRAFORM LABS PTE LTD. and DO HYEONG KWON,**<br><br>Defendants. | No. 1:23-cv-1346 (JSR) |

## DECLARATION OF CARINA A. CUELLAR

I, Carina A. Cuellar, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Trial Counsel at the Securities and Exchange Commission.

2. As shown in the attached Certificate of Good Standings, I am a member in good standing of the bars of the District of Columbia and California.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. I do not have any disciplinary proceedings pending against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on July 21, 2023          */s/ Carina A. Cuellar*
                                   Carina A. Cuellar