UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>TERRAFORM LABS PTE LTD. and DO HYEONG KWON,<br><br>      Defendants. | Civil Action No. 1:23-cv-01346 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Melissa Gomez Nelson hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for defendants Terraform Labs PTE Ltd. and Do Hyeong Kwon in the above-captioned action.

I am a member in good standing of the Bars of Texas and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 4, 2023        Respectfully submitted,

                     */s/ Melissa Gomez Nelson*
                     Melissa Gomez Nelson
                     DENTONS US LLP
                     1900 K Street, NW
                     Washington, DC 20006
                     Tel: (202) 408-9170
                     Fax: (202) 496-7756
                     melissa.gomeznelson@dentons.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                  Plaintiff,<br><br>v.<br><br>TERRAFORM LABS PTE LTD. and DO HYEONG KWON,<br><br>                  Defendants. | Civil Action No. 1:23-cv-01346 |

### AFFIDAVIT OF MELISSA GOMEZ NELSON
### IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE*

Melissa Gomez Nelson, being duly sworn, hereby deposes and says as follows:

1.    I am a partner with the law firm of Dentons US LLP.

2.    I submit this affidavit in support of my motion for admission to practice *Pro Hac Vice* in the above-captioned matter.

3.    As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of Texas and the District of Columbia.

4.    There are no pending disciplinary proceedings against me in any state or federal court.

5.    I have not been convicted of a felony.

6.    I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7.    Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *Pro Hac Vice* in this case for defendants Terraform Labs PTE Ltd. and Do Hyeong Kwon.

*I verify that the statements made in this affidavit are true and correct.*

Dated:  August 4, 2023

_____
Affiant – Melissa Gomez Nelson

Subscribed and sworn to before me
on this 4th day of August, 2023.

_____
Notary Public, District of Columbia

District of Columbia
Signed and sworn to (or affirmed) before me
on 8/4/2023 by Melissa Gomez Nelson
Signature of Notarial Officer

M. Sanders Hubert - Notary Public, Washington, DC

My commission expires November 14, 2024

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TERRAFORM LABS PTE LTD. and DO HYEONG KWON,<br><br>　　　　　　　Defendants. | Civil Action No. 1:23-cv-01346 |

### ORDER FOR ADMISSION *PRO HAC VICE* OF MELISSA GOMEZ NELSON

Applicant has declared that she is a member in good standing of the Bars of Texas and the District of Columbia, and that her contact information is as follows:

Melissa Gomez Nelson
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Tel: (202) 408-9170
Fax: (202) 496-7756
melissa.gomeznelson@dentons.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendants Terraform Labs PTE Ltd. and Do Hyeong Kwon in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Melissa Gomez Nelson**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 7th day of November, 2008.

I further certify that the records of this office show that, as of this date

**Melissa Gomez Nelson**

is presently enrolled with the State Bar of Texas as an active member in good standing.



**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 2nd day of August, 2023.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 9885C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Melissa Gomez Nelson

was duly qualified and admitted on March 5, 2010 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 02, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS PTE LTD. and DO HYEONG KWON,<br><br>Defendants. | Civil Action No. 1:23-cv-01346 |

### ORDER FOR ADMISSION *PRO HAC VICE* OF MELISSA GOMEZ NELSON

Applicant has declared that she is a member in good standing of the Bars of Texas and the District of Columbia, and that her contact information is as follows:

> Melissa Gomez Nelson
> DENTONS US LLP
> 1900 K Street, NW
> Washington, DC 20006
> Tel: (202) 408-9170
> Fax: (202) 496-7756
> melissa.gomeznelson@dentons.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendants Terraform Labs PTE Ltd. and Do Hyeong Kwon in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____          _____
                                                                                  United States District Judge