UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS PTE LTD. and DO HYEONG KWON,<br><br>Defendants. | Civil Action No. 1:23-cv-01346 |

### ORDER FOR ADMISSION *PRO HAC VICE* OF MELISSA GOMEZ NELSON

Applicant has declared that she is a member in good standing of the Bars of Texas and the District of Columbia, and that her contact information is as follows:

Melissa Gomez Nelson
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Tel: (202) 408-9170
Fax: (202) 496-7756
melissa.gomeznelson@dentons.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendants Terraform Labs PTE Ltd. and Do Hyeong Kwon in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 8/15/23

_____
United States District Judge