UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON,

        Defendants.

Civil Action No. 1:23-cv-01346-JSR

Hon. Jed S. Rakoff

---

### ORDER FOR ADMISSION *PRO HAC VICE* OF MATTHEW A. LAFFERMAN

The motion of Matthew A. Lafferman, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of District of Columbia and Virginia; and that his contact information is as follows:

> Matthew A. Lafferman
> DENTONS US LLP
> 1900 K Street, NW
> Washington, DC 20006
> Tel: (202) 496-7303
> matthew.lafferman@dentons.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for defendants Terraform Labs PTE Ltd. and Do Hyeong Kwon the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 8/15/23

                                                     _/s/ Jed S. Rakoff_
                                                   United States District Judge