UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br>vs.<br><br>TERRAFORM LABS PTE LTD. and DO HYEONG KWON<br><br>　　　　Defendants. | No. 1:23-cv-1346 (JSR) |

## DECLARATION OF MICHAEL E. WELSH

I, Michael E. Welsh, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Trial Counsel at the Securities and Exchange Commission.

2. As shown in the attached Certificate of Good Standing, I am a member in good standing of the bar of Massachusetts.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. I do not have any disciplinary proceedings pending against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED September 19, 2023　　　　/s/ Michael E. Welsh
　　　　　　　　　　　　　　　　Michael E. Welsh

1