UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS PTE LTD. and<br>DO HYEONG KWON,<br><br>Defendants. | No. 1:23-cv-1346 (JSR) |

**NOTICE OF MOTION FOR LEAVE TO NOTICE DEFENDANT DO HYEONG KWON'S DEPOSITION, OR, IN THE ALTERNATIVE, TO PRECLUDE DEFENDANTS FROM USING A DECLARATION FROM KWON**

In accordance with ¶ 2 of Your Honor's Individual Rules of Practice, Plaintiff, the Securities and Exchange Commission ("SEC"), respectfully requests that the Court grant the SEC leave to notice Defendant Do Hyeong Kwon's deposition, or in the alternative, preclude Defendants from using a declaration from Kwon on summary judgment. Defendants' response is due on September 26, 2023 at 12:00 pm.

For the reasons set forth in more detail in the accompanying memorandum in support of this motion, the SEC respectfully requests that the Court grant this motion.

Dated:  September 22, 2023                Respectfully submitted,

/s/ Carina A. Cuellar
Carina A. Cuellar, admitted *pro hac vice*
James P. Connor, admitted *pro hac vice*
Laura E. Meehan
Devon L. Staren, admitted *pro hac vice*
Christopher J. Carney
Attorneys for Plaintiff
U.S. SECURITIES AND EXCHANGE
COMMISSION
100 F Street NE

Washington, DC 20549
Tel: (202) 551-6274
Email: cuellarc@sec.gov

## CERTIFICATE OF SERVICE

I, hereby certify that on September 22, 2023, I filed the foregoing through the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

<u>/s/ Carina A. Cuellar</u>
Carina A. Cuellar
