# EXHIBIT A

# Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 176 | Date Range: 5/9/2019 |

## Outline of Conversations

 **DD46SPLF8 - 2019/05/09** • 176 messages on 5/9/2019 • Daniel Shin <daniel@terra.money> • Do Kwon <do@terra.money>

FOIA CONFIDENTIAL TREATMENT REQUESTED BY TFL

**Messages in chronological order** (times are shown in GMT +00:00)

**DD46SPLF8 - 2019/05/09**

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 7:33 AM
Just spoke to Simon

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 7:33 AM
he wants to call up all the seed 1, 2 investors and push them for a longer lock up

**Do Kwon <do@terra.money>** — 5/9/2019, 7:34 AM
how successful do you think he will be?

**Do Kwon <do@terra.money>** — 5/9/2019, 7:34 AM
spoke to Translink this morning

**Do Kwon <do@terra.money>** — 5/9/2019, 7:34 AM
Jay wants to get his capital back

**Do Kwon <do@terra.money>** — 5/9/2019, 7:34 AM
and keep the rest

**Do Kwon <do@terra.money>** — 5/9/2019, 7:34 AM
also spoke to Matt Cheng

**Do Kwon <do@terra.money>** — 5/9/2019, 7:35 AM
he thinks tokens are speculative so think he will sell when he can

**Do Kwon <do@terra.money>** — 5/9/2019, 7:35 AM
(he likes the company though, and wants to do equity if possible, just thinks token prices are highest at the beginning)

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 7:35 AM
if we focus our efforts

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 7:36 AM
i think we can get some result out of this

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 7:36 AM
i'm going to share with simon all investors from seed 1 with &gt;500k check and seed 2 with &gt;1m check

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 7:36 AM
and will divide and conquer contacting them

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 7:36 AM
will loop you in the tg room

**Do Kwon <do@terra.money>** — 5/9/2019, 7:37 AM
please do

**Do Kwon <do@terra.money>** — 5/9/2019, 7:38 AM
No need to ping investors with 18 month lockup obviously

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 7:38 AM
yup

**DD46SPLF8 - 2019/05/09**

**D** **Do Kwon <do@terra.money>**   5/9/2019, 7:38 AM
and Huobi and OkEx will likely not create wallets

**D** **Daniel Shin <daniel@terra.money>**   5/9/2019, 7:46 AM
Seed 1 investors with &gt;500k investment:
- Hashed - 3m
- Dunamu - 2m
- FBG - 1m
- Huobi - 750k
- 1kx - 500k
- Blockchainers - 450k

Seed 2 investors with early unlock with &gt;1m investment:
- Polychain - 3m
- Translink - 1m
- HOF Capital - 1m
- Arrington XRP - 1m
- Kakao Investment - 1m

**D** **Daniel Shin <daniel@terra.money>**   5/9/2019, 7:46 AM
Looks good?

**D** **Daniel Shin <daniel@terra.money>**   5/9/2019, 7:46 AM
From IR settlement dashboard, looks like Cherubic invested into 18 month lockup

**D** **Do Kwon <do@terra.money>**   5/9/2019, 7:50 AM
500k in seed and 500k in 18 months

**D** **Daniel Shin <daniel@terra.money>**   5/9/2019, 7:50 AM
oh right

**D** **Do Kwon <do@terra.money>**   5/9/2019, 7:50 AM
It wont be possible to convince blockchainers as it is a syndicate of 20 ppl

**D** **Do Kwon <do@terra.money>**   5/9/2019, 7:51 AM
and they are cash hungry so will sell quickly

**D** **Do Kwon <do@terra.money>**   5/9/2019, 7:51 AM
but i think that kind of volume is fine

**D** **Daniel Shin <daniel@terra.money>**   5/9/2019, 7:51 AM
Seed 1 investors with &gt;500k investment:
- Hashed - 3m
- Dunamu - 2m
- FBG - 1m
- Huobi - 750k
- 1kx - 500k
- Cherubic Ventures - 500k
- Blockchainers - 450k (may be tough to convince given syndicate of retail investors)

Seed 2 investors with early unlock with &gt;1m investment:
- Polychain - 3m
- Translink - 1m
- HOF Capital - 1m
- Arrington XRP - 1m
- Kakao Investment - 1m

**D** **Daniel Shin <daniel@terra.money>**   5/9/2019, 7:51 AM
well let's see where it takes us!

**D** **Do Kwon <do@terra.money>**   5/9/2019, 7:51 AM

Huobi insnt even going through KYC, so not sure if even pinging them is appropriate at this point

| | | |
|---|---|---|
| D | **Do Kwon <do@terra.money>**<br>1kx is 85% staked | 5/9/2019, 7:51 AM |
| D | **Do Kwon <do@terra.money>**<br>Polychain is 80% staked | 5/9/2019, 7:52 AM |
| D | **Daniel Shin <daniel@terra.money>**<br>let me send this to Simon | 5/9/2019, 7:52 AM |
| D | **Daniel Shin <daniel@terra.money>**<br>and we can discuss in TG | 5/9/2019, 7:52 AM |
| D | **Do Kwon <do@terra.money>**<br>ok | 5/9/2019, 7:52 AM |
| D | **Do Kwon <do@terra.money>**<br>BTC is on a roar | 5/9/2019, 8:17 AM |
| D | **Daniel Shin <daniel@terra.money>**<br>are they riding the coattails of luna? | 5/9/2019, 8:18 AM |
| D | **Do Kwon <do@terra.money>**<br>hm | 5/9/2019, 8:18 AM |
| D | **Do Kwon <do@terra.money>**<br>not sure | 5/9/2019, 8:18 AM |
| D | **Do Kwon <do@terra.money>**<br>Upbit listed Thunder virgin listing btw | 5/9/2019, 8:18 AM |
| D | **Daniel Shin <daniel@terra.money>**<br>what's thunder? | 5/9/2019, 8:18 AM |
| D | **Do Kwon <do@terra.money>**<br>Elaine Shi (Berkeley prof) shitcoin | 5/9/2019, 8:19 AM |
| D | **Do Kwon <do@terra.money>**<br>around similar network value as us | 5/9/2019, 8:19 AM |
| D | **Daniel Shin <daniel@terra.money>**<br>man… these profs | 5/9/2019, 8:19 AM |
| D | **Do Kwon <do@terra.money>**<br>seriously | 5/9/2019, 8:19 AM |
| D | **Do Kwon <do@terra.money>**<br>whats wrong with upbit | 5/9/2019, 8:20 AM |
| D | **Daniel Shin <daniel@terra.money>**<br>any investors you want me to call up in particular? | 5/9/2019, 8:20 AM |
| D | **Do Kwon <do@terra.money>**<br>Can you get Dunamu to stake? | 5/9/2019, 8:20 AM |

| | | |
|---|---|---|
| D | **Do Kwon <do@terra.money>**<br>we should also hit up tencent, Lightstreet, Foxconn, CMB, KIP, Block.one with recent news | 5/9/2019, 8:20 AM |
| D | **Do Kwon <do@terra.money>**<br>try to see if we can buffer up the warchest | 5/9/2019, 8:21 AM |
| D | **Daniel Shin <daniel@terra.money>**<br>K | 5/9/2019, 8:22 AM |
| D | **Daniel Shin <daniel@terra.money>**<br>what price are you willing to give though? | 5/9/2019, 8:22 AM |
| D | **Do Kwon <do@terra.money>**<br>i would say we need to show 3 month trading history and maybe tmon launch to show this is real | 5/9/2019, 8:23 AM |
| D | **Daniel Shin <daniel@terra.money>**<br>think best way to contact dunamu is with hashed's commitment (and ask them to match) | 5/9/2019, 8:23 AM |
| D | **Do Kwon <do@terra.money>**<br>why? | 5/9/2019, 8:23 AM |
| D | **Do Kwon <do@terra.money>**<br>are they not supportive? | 5/9/2019, 8:23 AM |
| D | **Daniel Shin <daniel@terra.money>**<br>they are | 5/9/2019, 8:23 AM |
| D | **Daniel Shin <daniel@terra.money>**<br>but i think that's the easiest way to push them | 5/9/2019, 8:23 AM |
| D | **Do Kwon <do@terra.money>**<br>ok | 5/9/2019, 8:24 AM |
| D | **Daniel Shin <daniel@terra.money>**<br>I'll also ask what their current thinking is | 5/9/2019, 8:24 AM |
| D | **Daniel Shin <daniel@terra.money>**<br>will ping tencent, Lightstreet, Foxconn, CMB, KIP + tiger | 5/9/2019, 8:25 AM |
| D | **Daniel Shin <daniel@terra.money>**<br>not sure if block.one is relevant? | 5/9/2019, 8:25 AM |
| D | **Do Kwon <do@terra.money>**<br>yep probably not | 5/9/2019, 8:25 AM |
| D | **Do Kwon <do@terra.money>**<br>CJ is very upset about upbit | 5/9/2019, 8:25 AM |
| D | **Do Kwon <do@terra.money>**<br>he keeps muttering things | 5/9/2019, 8:25 AM |
| D | **Daniel Shin <daniel@terra.money>**<br>haha | 5/9/2019, 8:25 AM |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY TFL

TFL_SEC_00238645

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 8:25 AM
about not being able to list?

**Do Kwon <do@terra.money>** — 5/9/2019, 8:25 AM
yeah

**Do Kwon <do@terra.money>** — 5/9/2019, 8:26 AM
Even now i hear upbit is not that supportive about pushing the pipeline

**Do Kwon <do@terra.money>** — 5/9/2019, 8:26 AM
all the shitcoins in the world listed and not us

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 8:27 AM
haha

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 8:27 AM
let me have a meeting with them

**Do Kwon <do@terra.money>** — 5/9/2019, 8:31 AM
1. do you want me to do fake transactions on the mainnet to generate staking returns of SDT?
2. translink lost their seed

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 8:32 AM
1 - we would just be giving away money?

**Do Kwon <do@terra.money>** — 5/9/2019, 8:36 AM
more or less - but it would be SDT

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 8:37 AM
hmm

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 8:37 AM
i dont see how that's a good thing in the longrun

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 8:37 AM
but lmk if i am missing something!

**Do Kwon <do@terra.money>** — 5/9/2019, 8:37 AM
it can help convince existing investors to stake more tokens

**Do Kwon <do@terra.money>** — 5/9/2019, 8:37 AM
likely from the long tail, but can convince Ash, Skytale, and a couple more ppl to stake almost everything

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 8:37 AM
right but we probably need a story then

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 8:38 AM
as to where it's coming from

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 8:38 AM
where transactions are coming from

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 8:38 AM
also, i think we need to decide how much of foundation tokens will be staked

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 8:38 AM
given that will significatly determine staking returns in a few months

| | | |
|---|---|---|
| D | **Do Kwon <do@terra.money>**<br>right now we've sunk slightly above 100 million tokens | 5/9/2019, 8:39 AM |
| D | **Do Kwon <do@terra.money>**<br>this is the minimum of what we need to prevent a byzantine attack in case a cartel forms from our investor base | 5/9/2019, 8:40 AM |
| D | **Do Kwon <do@terra.money>**<br>what we can do is to airdrop whatever staking returns our validators get to the other validators | 5/9/2019, 8:40 AM |
| D | **Do Kwon <do@terra.money>**<br>to take ourselves out of the staking calculus entirely | 5/9/2019, 8:40 AM |
| D | **Daniel Shin <daniel@terra.money>**<br>Do we want to be entirely removed? | 5/9/2019, 8:41 AM |
| D | **Daniel Shin <daniel@terra.money>**<br>Perhaps a set percentage makes sense | 5/9/2019, 8:41 AM |
| D | **Do Kwon <do@terra.money>**<br>I think in the beginning it will be healthier if we get no returns from staking | 5/9/2019, 8:41 AM |
| D | **Daniel Shin <daniel@terra.money>**<br>(We will never take more than x% of proceeds) | 5/9/2019, 8:41 AM |
| D | **Do Kwon <do@terra.money>**<br>as you said we would struggle to justify a 3 billion dollar valuation right now | 5/9/2019, 8:41 AM |
| D | **Do Kwon <do@terra.money>**<br>and whatever percentage we take hurts that story | 5/9/2019, 8:42 AM |
| D | **Daniel Shin <daniel@terra.money>**<br>K makes sense | 5/9/2019, 8:42 AM |
| D | **Do Kwon <do@terra.money>**<br>i also premined to ourselves 1 billion SDT | 5/9/2019, 8:42 AM |
| D | **Daniel Shin <daniel@terra.money>**<br>If we do 100억 in transactions | 5/9/2019, 8:42 AM |
| D | **Do Kwon <do@terra.money>**<br>so not sure if we need more of this fictional money | 5/9/2019, 8:42 AM |
| D | **Daniel Shin <daniel@terra.money>**<br>And assume 50x multiple = 5,000억 | 5/9/2019, 8:42 AM |
| D | **Daniel Shin <daniel@terra.money>**<br>Assume 25% is stakable then we justify 2bn in value | 5/9/2019, 8:43 AM |
| D | **Do Kwon <do@terra.money>**<br>but the thing is other PoS chains generally do 7-15% per annum in returns (of course returns are volatile) | 5/9/2019, 8:44 AM |
| D | **Do Kwon <do@terra.money>**<br>so multiple there is anywhere between 6-12x | 5/9/2019, 8:44 AM |
| D | **Daniel Shin <daniel@terra.money>** | 5/9/2019, 8:44 AM |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY TFL

| | | |
|---|---|---|
| D | **Daniel Shin** <daniel@terra.money><br>How do they do that? | |
| D | **Daniel Shin** <daniel@terra.money><br>No way it's real value | 5/9/2019, 8:45 AM |
| D | **Do Kwon** <do@terra.money><br>they just print that much | 5/9/2019, 8:45 AM |
| D | **Daniel Shin** <daniel@terra.money><br>Is it ponzi? | 5/9/2019, 8:45 AM |
| D | **Do Kwon** <do@terra.money><br>of course not | 5/9/2019, 8:45 AM |
| D | **Do Kwon** <do@terra.money><br>but people are dumb | 5/9/2019, 8:45 AM |
| D | **Do Kwon** <do@terra.money><br>i keep telling you that, people be real dumb | 5/9/2019, 8:45 AM |
| D | **Do Kwon** <do@terra.money><br>Cosmos, Tezos, Nucypher, IoTex just gives inflation to stakers | 5/9/2019, 8:45 AM |
| D | **Do Kwon** <do@terra.money><br>so Cosmos inflation right now is 13.3% | 5/9/2019, 8:45 AM |
| D | **Daniel Shin** <daniel@terra.money><br>Hmm | 5/9/2019, 8:45 AM |
| D | **Daniel Shin** <daniel@terra.money><br>Should we add a similar element for the first year or two? | 5/9/2019, 8:46 AM |
| D | **Do Kwon** <do@terra.money><br>Nucypher is like 75% | 5/9/2019, 8:46 AM |
| D | **Do Kwon** <do@terra.money><br>i think if we use our discretionary SDT buffer strategically | 5/9/2019, 8:46 AM |
| D | **Daniel Shin** <daniel@terra.money><br>Also any idea what the normal state mining rewards will be as a % of gmv? | 5/9/2019, 8:47 AM |
| D | **Daniel Shin** <daniel@terra.money><br>Trying to back out gmv we need to hir | 5/9/2019, 8:47 AM |
| D | **Daniel Shin** <daniel@terra.money><br>Hit* | 5/9/2019, 8:47 AM |
| D | **Do Kwon** <do@terra.money><br>really tough question and really for the market to decide, but i think we can make a good case if we can do ~10% returns for the staked tokens in y1 | 5/9/2019, 8:49 AM |
| D | **Do Kwon** <do@terra.money><br>so for a 3 billion valuation, we would need to do 300 mil * 20% = 60 mil | 5/9/2019, 8:50 AM |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY TFL

**Do Kwon <do@terra.money>** — 5/9/2019, 8:50 AM
assuming 66% burden of that comes in seigniorage and 33% in fees (this is built into the core protocol), we need to generate 20 mil in fees

**Do Kwon <do@terra.money>** — 5/9/2019, 8:51 AM
assuming 0.5% steady state fees i think that implies 4 bil in tx vol run rate

**Do Kwon <do@terra.money>** — 5/9/2019, 8:51 AM
doable, right? 😉

**Do Kwon <do@terra.money>** — 5/9/2019, 8:51 AM
we are just not quite there yet

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 8:52 AM
Why do you multiply 20%?

**Do Kwon <do@terra.money>** — 5/9/2019, 8:52 AM
current staking ratio is 15.5%

**Do Kwon <do@terra.money>** — 5/9/2019, 8:52 AM
i expect that to rise to about 20% within this year

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 8:52 AM
Ahhh gotcha

**Do Kwon <do@terra.money>** — 5/9/2019, 8:52 AM
(or a bit more, i havent staked anything yet personally)

**Do Kwon <do@terra.money>** — 5/9/2019, 8:53 AM
and as you know i am quite the whale

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 8:53 AM
Haha

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 8:53 AM
I think 4bn run rate is lofty but achievable in 12 months

**Do Kwon <do@terra.money>** — 5/9/2019, 8:53 AM
if we ignore our own validators we can get the same calculus with a 2 bil run rate

**Do Kwon <do@terra.money>** — 5/9/2019, 8:53 AM
thats why i think we should take no staking returns for this year

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 8:54 AM
Agreed

**Do Kwon <do@terra.money>** — 5/9/2019, 8:54 AM
and if we fall short we can airdrop some SDT to make stakers whole

**Do Kwon <do@terra.money>** — 5/9/2019, 8:54 AM
stablecoin MM may consequently be a money loser in the beginning, but i think creating a healthy staking market is really key to suppressing supply

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 8:55 AM
Just wondering if some investors may want a more longterm view

**Do Kwon <do@terra.money>** — 5/9/2019, 8:55 AM

right now only investors who either believe terra is the crown jewel in their port (Hashed, 1kx) and those that run staking businesses (polychain) are staking

**Do Kwon <do@terra.money>**  5/9/2019, 8:55 AM
nobody is doing it for the money

**Daniel Shin <daniel@terra.money>**  5/9/2019, 8:56 AM
(i.e., when we will start to stake and when we will stop airdropping sdt, etc)

**Do Kwon <do@terra.money>**  5/9/2019, 8:59 AM
i can just create fake transactions that look real

**Do Kwon <do@terra.money>**  5/9/2019, 8:59 AM
which will generate fees

**Do Kwon <do@terra.money>**  5/9/2019, 9:00 AM
and we can wind that down as chai grows

**Daniel Shin <daniel@terra.money>**  5/9/2019, 9:00 AM
Wouldnt people find out it's fake?

**Daniel Shin <daniel@terra.money>**  5/9/2019, 9:01 AM
Why not just do what others do and give out inflation of terra?

**Do Kwon <do@terra.money>**  5/9/2019, 9:01 AM
of luna or terra

**Do Kwon <do@terra.money>**  5/9/2019, 9:01 AM
because for the latter that breaks our stability mechanism

**Do Kwon <do@terra.money>**  5/9/2019, 9:01 AM
and would require a hard fork to take out later, which gets harder and harder as we get more widely integrated

**Daniel Shin <daniel@terra.money>**  5/9/2019, 9:02 AM
Right

**Daniel Shin <daniel@terra.money>**  5/9/2019, 9:02 AM
Ok

**Do Kwon <do@terra.money>**  5/9/2019, 9:03 AM
All the power to those that can prove its fake

**Do Kwon <do@terra.money>**  5/9/2019, 9:03 AM
because i will try my best to make it indiscernable

**Do Kwon <do@terra.money>**  5/9/2019, 9:03 AM
i wont tell if you wont 😉

**Daniel Shin <daniel@terra.money>**  5/9/2019, 9:04 AM
Haha

**Daniel Shin <daniel@terra.money>**  5/9/2019, 9:04 AM
Well let's test in small scale and see what happens 😉

**Do Kwon <do@terra.money>**  5/9/2019, 9:04 AM
ok

FOIA CONFIDENTIAL TREATMENT REQUESTED BY TFL                                                      TFL_SEC_00238650

**Do Kwon <do@terra.money>** — 5/9/2019, 11:14 AM
Hey how are you looking at the nick situation

**Do Kwon <do@terra.money>** — 5/9/2019, 11:15 AM
Really hope you didnt tell him the consequences are symbolic

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 5:12 PM
I tried to tell him the consequences may end up being non material if he accepts the circumstance and chugs along

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 5:13 PM
Wasnt trying to suggest his mistake was non material

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 5:15 PM
All in all, i do think nick made a mistake and some consequence should result

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 5:18 PM
Having said that, i think nick is more saddened by the lack of explanation and discussion with you.  Perhaps given the importance of nick to terra you can offer him a 10 minute discussion to talk it out?

**Do Kwon <do@terra.money>** — 5/9/2019, 7:08 PM
I did tell him in person why he made a mistake, and i think the company wide email explained that in detail as well

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 7:09 PM
Still up?

**Do Kwon <do@terra.money>** — 5/9/2019, 7:09 PM
Nick tried to ask me questions regarding the mechanics of the punishment immediately following the email rather than showing repentance

**Do Kwon <do@terra.money>** — 5/9/2019, 7:10 PM
Which confuses me significantly

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 7:10 PM
Sorry the intent was not to minimize nick's wrong...he was quite emotional so wanted to calm him down a bit.

**Do Kwon <do@terra.money>** — 5/9/2019, 7:10 PM
Think at this point i will try to make the penalty quite material

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 7:11 PM
Think beyond the penalty he just wants a sit down with you

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 7:13 PM
Worth giving him a verbal explanation given how hard he's worked for terra?

**Do Kwon <do@terra.money>** — 5/9/2019, 7:25 PM
Short call? ^^

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 7:25 PM
Sure

**Do Kwon <do@terra.money>** — 5/9/2019, 7:25 PM
Call me whenever

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 8:50 PM
Looks like the investment from fast track is close to done

**Daniel Shin <daniel@terra.money>** — 5/9/2019, 8:50 PM

Lmk if there's anything else i can do to help here

FOIA CONFIDENTIAL TREATMENT REQUESTED BY TFL

TFL_SEC_00238652