UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br>vs.<br><br>TERRAFORM LABS PTE LTD. and DO HYEONG KWON<br><br>              Defendants. | No. 1:23-cv-1346 (JSR) |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Michael E. Welsh ("Applicant") for admission to practice *pro hac vice* in the above caption action is **GRANTED**.

Applicant has declared that he is a member in good standing of the bar of Massachusetts and that his contact information is as follows:

>  Michael E. Welsh
>  U.S. Securities and Exchange Commission
>  351 South West Temple, Suite 6.100
>  Salt Lake City, Utah 84101-1950
>  Tel.: (801) 524-5796
>  Email: welshmi@sec.gov

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for the United States Securities and Exchange commission in the above entitled action;

1

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United Stated District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 9/29/23

United States District / ~~Magistrate~~ Judge