## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON, <br><br> Defendants. | Civil Action No. 1:23-cv-01346-JSR <br><br> Hon. Jed S. Rakoff |

## APPEARANCE OF COUNSEL

TO:    Clerk of Court
           United States District Court
           Southern District of New York

The undersigned attorney respectfully requests the Clerk to enter his appearance in this case as counsel for Defendants, and to add the undersigned as an attorney to whom Notices of Electronic Filing will be transmitted in this case. I am admitted to practice in this Court.

Dated:  New York, New York
          September 29, 2023

                                            Respectfully submitted,

                                            */s/ Louis A. Pellegrino*
                                            Louis A. Pellegrino
                                            DENTONS US LLP
                                            1221 Avenue of the Americas
                                            New York, New York
                                            Tel: (212) 768-6700
                                            louis.pellegrino@dentons.com