**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON, <br><br><br> Defendants. | Civil Action No. 1:23-cv-01346-JSR <br><br><br> Hon. Jed S. Rakoff |

**STIPULATION AND ORDER REGARDING**
**DEPOSITION OF THIRD-PARTY MICHAEL ARRINGTON**

WHEREAS, on September 14, 2023, Defendants served a subpoena pursuant to Fed. R. Civ. P. 45 on third-party Michael Arrington ("Mr. Arrington") requiring Mr. Arrington to appear for a deposition on October 9, 2023 (the "Subpoena"); and

WHEREAS, Mr. Arrington's counsel has advised Defendants' counsel that Mr. Arrington is unable to appear for a deposition at that time, or at any time before the discovery cut-off date in this case (October 13, 2023), because he is the full-time caregiver to an ailing relative;

IT IS HEREBY STIPULATED AND AGREED by the parties and Mr. Arrington, through their undersigned counsel, that:

1.      The SEC shall not submit a declaration, affidavit, or other statement by Mr. Arrington in connection with a summary judgment motion filed by any party in this case.

2.      If the SEC wishes to call Mr. Arrington as a trial witness, (a) the SEC shall notify Defendants' counsel and Mr. Arrington's counsel at least 30 days before the trial date set by the

Court, or (b) if the Court schedules trial to begin fewer than 30 days after the Court sets the trial date, the SEC shall notify Defendants' counsel and Mr. Arrington's counsel within three business days after the trial date is set.

3.      The SEC shall not object to Defendants' taking Mr. Arrington's deposition before trial if Mr. Arrington's personal situation permits him to testify at trial.

4.      If Mr. Arrington agrees or is ordered to appear as a trial witness at the SEC's request, he will also agree to appear for a deposition by Defendants at least 14 days before the trial date set by the Court. Mr. Arrington agrees that his undersigned counsel shall accept service on Mr. Arrington's behalf by email of a new subpoena for such a deposition.

5.      Defendants hereby withdraw the Subpoena, subject to their right to issue a new subpoena for Mr. Arrington's deposition in accordance with the provisions above.

6.      If Defendants serve a new subpoena for Mr. Arrington's deposition in accordance with the provisions above, the deposition shall take place notwithstanding that it will occur after the discovery-cut off deadline previously set by the Court for October 13, 2023.

7.      Nothing in this Stipulation and Order shall prevent the SEC from using documents produced by Mr. Arrington in this case in accordance with the applicable rules or from submitting a business records certification in connection with any summary judgment motion filed in this case.

Dated:  October 3, 2023

                                        */s/ Douglas W. Henkin*

                                        Douglas W. Henkin
                                        David L. Kornblau
                                        Dentons US LLP
                                        1221 Avenue of the Americas
                                        New York, New York 10020
                                        Tel: (212) 768-6700
                                        douglas.henkin@dentons.com

                                        Mark G. Califano
                                        Dentons US LLP
                                        1900 K Street, NW
                                        Washington, DC 20006-1102
                                        Tel: (202) 496-7500
                                        mark.califano@dentons.com

                                        *Attorneys for Defendants*

                                        /s/ Carina A. Cuellar

                                        Carina A. Cuellar, admitted *pro hac vice*
                                        James P. Connor, admitted *pro hac vice*
                                        Laura E. Meehan
                                        Devon L. Staren, admitted *pro hac vice*
                                        Christopher J. Carney
                                        U.S. Securities and Exchange Commission
                                        100 F Street NE
                                        Washington, DC 20549
                                        Tel: (202) 551-6274
                                        cuellarc@sec.gov

                                        *Attorneys for Plaintiff*

                                        /s/ Matthew C. Solomon

                                        Matthew C. Solomon
                                        Cleary Gottlieb
                                        1212 Pennsylvania Avenue, NW
                                        Washington, DC 20037
                                        Tel. (202) 974-1680
                                        msolomon@cgsh.com

                                        *Attorney for Third-Party Michael Arrington*

3

SO ORDERED:

_Jed Rakoff_

Honorable Jed S. Rakoff
United States District Judge
 October 3, 2023