UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON,

    Defendants.

Civil Action No. 1:23-cv-01346-JSR

Hon. Jed S. Rakoff

## [PROPOSED] ORDER

This matter comes before the Court upon Defendants' motion to enforce subpoenas served on Genesis Global Capital LLC, Genesis Global Holdco LLC, Genesis Global Trading Inc. (f/k/a Secondmarket Inc.) (the "Genesis Entities"). On September 12, 2023, Defendants executed service of a Rule 45 subpoena, with a return date of October 9, 2023, on each of the Genesis Entities (the "Subpoenas"). However, as of today, the Genesis Entities have failed to produce any documents in response to the Subpoenas or otherwise respond in any manner whatsoever. As the headquarters of the Genesis Entities are located at 250 Park Ave., 5th Floor, New York NY, 10177, this Court is the court for the district where compliance is required and thus is empowered to enforce the Subpoenas. Accordingly, the Court **GRANTS** the Defendants' motion to enforce the Subpoenas and **ORDERS** the Genesis Entities to produce, within five (5) days of this Order being served on the Genesis Entities, all documents that are responsive to the Subpoenas.

    **IT IS SO ORDERED.**

_____
JED S. RAKOFF, U.S.D.J.

Dated:     New York, New York
           October 13, 2023