**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

v.                                    No. 1:23-cv-1346 (JSR)

TERRAFORM LABS PTE LTD. and,
DO HYEONG KWON,

Defendants.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and

Eastern Districts of New York, Roger J. Landsman hereby moves this Court for an order for

admission to practice *pro hac vice* to appear as counsel for the Securities and Exchange

Commission in the above-captioned action.

I am a member in good standing of the bars of the District of Columbia and the State of

New York and there are no pending disciplinary proceedings against me in any state or federal

court.  I have never been convicted of a felony.  I have never been censured, suspended,

disbarred, or denied admission or readmission by any court.

I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 18, 2023                    Respectfully submitted,

                                           _____/s/ Roger J. Landsman_____
                                           ROGER J. LANDSMAN
                                           U.S. Securities and Exchange Commission
                                           100 F Street, N.E.
                                           Washington, D.C.  20549
                                           Tel:  (202) 551-7501
                                           Email:  LandsmanR@sec.gov

1

## **CERTIFICATE OF SERVICE**

I certify that on October 18, 2023, I caused a copy of the foregoing Motion for Admission

*Pro Hac Vice* to be served by ECF on all parties who have made an ECF appearance.


/s/ Roger J. Landsman
ROGER J. LANDSMAN