# ATTACHMENT TO
# RAJ UNNY'S DECLARATION IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# THIS DOCUMENT HAS BEEN FILED UNDER SEAL