UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>        v.<br><br>TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON,<br><br>                    Defendants. | Civil Action No. 1:23-cv-01346-JSR<br><br>Hon. Jed S. Rakoff |

**DECLARATION OF DOUGLAS W. HENKIN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Douglas W. Henkin declares, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am an attorney duly admitted to practice law before this Court and a partner with the law firm of Dentons U.S. LLP, counsel for Defendants Terraform Labs Pte. Ltd ("TFL") and Defendant Kwon Do Hyeong ("Mr. Kwon") in the above-captioned action. I make this Declaration in support of the Motion for Summary Judgment filed by TFL and Mr. Kwon. This declaration is based on my personal knowledge except as otherwise indicated.

2.      Attached hereto are true and correct copies of the following documents:

| Exhibit Number | Exhibit Description |
|---|---|
| 01 | Accounting and Corporate Regulatory Authority (ACRA) Business Profile of Terraform Labs Pte. Ltd. (201813807M), June 19, 2023 |
| 02 | *About Terra*, Terra, retrieved from https://www.terra.money/about-terra |
| 03 | *The Open Source Definition*, Open Source Initiative, retrieved from https://opensource.org/osd/ |
| 04 | *Cryptocurrency Wallet: What It Is, How It Works, Types, Security*, retrieved from https://www.investopedia.com/terms/b/bitcoin-wallet.asp#:~:text=A%20cryptocurrency%20wallet%20is%20a,needed%20to%20sign%20cryptocurrency%20transactions |
| 05 | Evan Kereiakes et al., *Terra Money: Stability and Adoption*, April 2019 |

1

| Exhibit Number | Exhibit Description |
|---|---|
| 06 | N. Do, *Terra: A price-stable and democratic money-as-protocol*, March 19, 2018, v0.0.8, retrieved from https://classic-docs.terra.money/docs/learn/protocol.html |
| 07 | *About the Terra Protocol*, Terra Docs, retrieved from https://classic-docs.terra.money/docs/learn/protocol.html |
| 08 | *What are Blockchain Protocols and How Do [T]hey Work?*, Medium, Dec. 21, 2018, retrieved from https://medium.com/@genesishack/draft-what-are-blockchain-protocols-and-how-do-they-work-94815be5efa7 |
| 09 | *Explore the ecosystem*, retrieved from https://classic-docs.terra.money/docs/ecosystem/explore.html (last visited Oct. 27, 2023) |
| 10 | Token Sale Agreement, dated September 13, 2018, at TFL_SEC_A_00109732 |
| 11 | D. Kwon, *Announcing TerraUSD (UST)— the Interchain Stablecoin*, Medium, September 21, 2020, retrieved from https://medium.com/terra-money/announcing-terrausd-ust-the-interchain-stablecoin-53eab0f8f0ac |
| 12 | The Intern, *Stablecoins — Defining the Terra Algorithmic Design,* , Medium, June 9, 2021, retrieved from https://medium.com/terra-money/stablecoins-defining-the-terra-algorithmic-design-5d952fdf68d |
| 13 | *Mirror Community Update — May 2021*, Medium, June 1, 2021, retrieved from https://medium.com/mirror-protocol/mirror-community-update-may-2021-669e30e180ca) |
| 14 | S. Kim, *January 2021 Community Update*, Medium, February 4, 2021, retrieved from https://medium.com/terra-money/january-2021-community-update-26901fc1d509 |
| 15 | Mirror Protocol, *Mirror User Guide*, Medium, December 3, 20202, retrieved from https://medium.com/mirror-protocol/mirror-user-guide-fb1cc4a28258 |
| 16 | Terra, *Countdown to Terra Mainnet Launch*, Medium, April 16, 2019, retrieved from https://medium.com/terra-money/countdown-to-terra-mainnet-launch-f8c0b998c12a |
| 17 | Email from abhi@nucleus.vision.com to D. Shin, dated October, 19, 2018, at TFL_SEC_00203501 |
| 18 | Email from abhi@nucleus.vision.com to D. Shin, dated November 11, 2018, at TFL_SEC_00265201 |
| 19 | Terra, Private Sales Terms, 2018, at TFL_SEC_00283830 |
| 21 | *Validators FAQ,* Terra Docs, retrieved from Validator FAQ — Terra Classic Docs documentation |
| 22 | *Terra FAQs*, at TFL_SEC_00269715 |
| 23 | N. Platias, et al., *Anchor: Gold Standard for Passive Income on the Blockchain*, May 2020, at TFL_SEC_00280351 |
| 24 | Excerpts of the transcript of the deposition of J.H., dated October 6, 2023 |
| 25 | The Intern, *Terra Goes Live on Wormhole V2*, Medium, August 9, 2021, retrieved from https://medium.com/terra-money/terra-goes-live-on-wormhole-v2-12df49d446d2 |

| Exhibit Number | Exhibit Description |
|---|---|
| 26 | *Mirror: Reflecting Asset Value On-Chain ("Mirror Whitepaper V1")*, retrieved from https://api-new.whitepaper.io/documents/pdf?id=S1UukOJru#:~:text=Mirror%20is%20a%20protocol%20that,traditional%20equities%20to%20real%20estate.&text=Mirror%20unleashes%20the%20full%20power,3.1 |
| 27 | S. Liu and I. Lee, *Mirror Protocol V2* ("Mirror Whitepaper V2"), retrieved from https://730577551-files.gitbook.io/~/files/v0/b/gitbook-x-prod.appspot.com/o/spaces%2F-MLRzugf7mxc4ryNhTuq%2Fuploads%2F0t3znySsjF6CiLrcT0mI%2FMirror_Protocol_V2.pdf?alt=media&token=b5728c7d-7f12-4f41-8ce6-8347da02b9ff |
| 28 | Mirror Executive Summary, last updated November 6, 2020, at TFL_SEC_00160572 |
| 29 | Email from Do Kwon to Justin Lee and others dated February 22, 2021 |
| 30 | SAFT (Simple Agreement for Farmed Tokens) with Arrington XRP Capital, Cayman SVP, Ltd., dated September 30, 2020, at TFL_SEC_00162679 |
| 31 | SAFT (Simple Agreement for Farmed Tokens) with Accomplice Blockchain Two Limited, dated September 30, 2020, at TFL_SEC_00163782 |
| 32 | SAFT (Simple Agreement for Farmed Tokens) with Variant Fund LP, dated October 2, 2020, at TFL_SEC_00171850 |
| 33 | Mirror: a synthetic asset protocol, dated September 2020, at TFL_0017068 |
| 34 | MIR Token Projections, dated September 2020 |
| 35 | Everstake, *Anchor Protocol: A Savings Protocol Offering Up To 20% APY*, Medium, July 19, 2021, retrieved from https://everstake.medium.com/anchor-protocol-for-beginners-how-to-get-started-5b19f54ced6d#:~:text=The%20platform%20was%20built%20by,launched%20on%20March%2017%2C%202021 |
| 36 | Anchor PowerPoint Presentation, *Introducing Anchor*, August 2020, at TFL-SEC-ECACTRL00127395 |
| 37 | Graph of Total UST Deposited in Anchor Protocol (5/4/21-5/6/22) |
| 38 | The Standard for Synthetic Assets: Mirror, at TFL_SEC_00276103 |
| 39 | Excerpts of the transcript of the deposition of Arrash "Christopher" Amani, dated September 12, 2023 |
| 40 | Telegram thread, "Terra Network" (May 23, 2021) |
| 41 | Telegram thread, "Anchor Protocol" (May 23, 2021) |
| 42 | TFL_SEC_00349207-00349280 – Chat Thread |
| 43 | [USTRADINGFIRM], Governance Proposal, Agora "Terra on-chain liquidity parameters" (January 20, 2021) ("Prop 27") |
| 44 | [USTRADINGFIRM], Agora Governance Proposal "Liquidity Parameters – 2 (May 21, 2021) ("Prop 90") |
| 45 | Deposition of William Disomma, Exhibit 9, at [USTRADINGFIRM]_SEC_TERRA_0001956) |

| Exhibit Number | Exhibit Description |
|---|---|
| 46 | Excerpts of the transcript of the deposition of Matthew Cantieri, dated August 30, 2023 |
| 47 | Email from CJ Han to T. Fujishima, et al. dated September 2, 2020, at TFL_SEC_00164630 |
| 48 | Telegram chat record between President and D. Kwon |
| 49 | E-mail from D. Kwan to Terra Investor Relations, dated January 14, 2020, at TFL_SEC_00223637 |
| 50 | Tai Mo Shan OTC Trading Agreement, dated October 4, 2020, at TFL_SEC_00219392 |
| 51 | Master Loan Agreement, dated August 16, 2020 |
| 52 | Loan Confirmation, dated September 8, 2020 |
| 53 | E-mail from CJ Han to President, dated January 20, 2021 |
| 54 | E-mail from CJ Han to President, dated March 13, 2021 |
| 55 | Amended and Restated Loan Confirmation, dated April 2, 2021 |
| 56 | E-mail from CJ Han to President, dated April 7, 2021 |
| 57 | Second Amended and Restated Loan Confirmation, dated July 22, 2021 |
| 58 | Expert Report of Terrence Hendershott, dated September 28, 2023 |
| 59 | Excerpts of the transcript of the deposition of President of U.S. Trading Firm, dated August 18, 2023 |
| 60 | Cover sheet for video of Signal messages between D. Kwon and President of U.S. Trading Firm, at [USTRADINGFIRM]000024348 |
| 61 | Transcript of an episode of podcast *The Ship Show* dated March 1, 2022 |
| 62 | Luna Foundation Guard (LFG) Officially Formed as Non-Profit Organization Dedicated to Supporting the Terra Ecosystem and Open-Source Technology, at TFL_SEC_00173683 |
| 63 | Luna Foundation Guard (LFG) Raises $1 Billion for a Bitcoin-Denominated Forex Reserve for Terra's UST Stablecoin, at TFL_SEC_00169087 |
| 64 | Draft of Terraform Labs tweets concerning May 2022 Depeg, at TFL_SEC_00169657 |
| 65 | Terra Money Twitter thread, May 12–16, 2022 |
| 66 | Token Sales Agreement, at TFL_SEC_A_00107715 |
| 67 | Luna Token Sales Agreement, dated May 17, 2021, at TTFL_SEC_A_00107811 |
| 68 | Token Sales Agreement (Seed Round), dated March 1, 2019, at TFL_SEC_A_00107890 |
| 69 | Excerpt of record from *SEC v. W.J. Howey Co.,* 328 U.S. 293 (1946) |
| 70 | SEC's Responses and Objections to Defendants' Requests for Admission dated October 10, 2023 |
| 71 | Corrected Expert Report of Dr. Matthew J. Edman, dated September 19, 2023 |
| 72 | *Linux Information Project Definition,* retrieved from https://www.linfo.org/source_code.html. |
| 73 | Expert Report of Raj Unny, dated September 29, 2023 |

4

US_ACTIVE\125263474\V-2

| Exhibit Number | Exhibit Description |
|---|---|
| 74A | *Terra partners with mobile payment app CHAI to service the growing eCommerce market*, Medium, June 12, 2019, retrieved from https://medium.com/terra-money/terra-partners-with-mobile-payment-app-chai-29c593f0a364 |
| 74B | *June 2019 Terra Community Update,* Medium, June 21, 2019, retrieved from https://medium.com/terra-money/june-2019-terra-community-update-db904635afc4. |
| 75 | *Mapping out Terra's ecosystem*, The Block, April 26, 2021, at TFL_SEC_00297596 |
| 76 | *Chai Corporation: Introduction* slide deck at TFL_SEC_00203348 |
| 77 | *Stablecoin Startup Terra Expands to Mongolia With Taxi Payment Service*, CoinDesk, December 13, 2019 (updated May 8, 2023), retrieved from (https://www.coindesk.com/business/2019/12/13/stablecoin-startup-terra-expands-to-mongolia-with-taxi-payment-service/) |
| 78 | Expert Report of Dr. Matthew J. Edman, dated September 7, 2023, Appendix A |
| 79 | Email from jihoonkim to chai-finance/api-server, et al, dated January 31, 2020, at TFL_SEC_00223720, with Official Korean to English Translation and Certification |
| 80 | Email from jihoonkim to chai-finance/settlement-worker, et al, dated December 4, 2019, at TFL_SEC_00223957, with Official Korean to English Translation and Certification |
| 81 | Email from wool90 to chai-finance/settlement-worker, et al, dated December 3, 2019, at TFL_SEC_00223960, with Official Korean to English Translation and Certification |
| 82 | Email from jihoonkim to chai-finance/settlement-worker, et al, dated December 2, 2019, at TFL_SEC_00223963, with Official Korean to English Translation and Certification |
| 83 | CV of Dr. Matthew J. Edman |
| 84 | Excerpts of the transcript of the deposition of Matthew J. Edman, dated September 20, 2023 |
| 85 | Bank for International Settlements, February 2017, available at https://www.bis.org/cpmi/publ/d157.pdf |
| 86 | Excerpts of the transcript of the deposition of Raj Unny, dated October 9, 2023 |
| 87 | Tobias HunAdrian and Tommasco Mancini Griffoli, The Rise of Digital Money, IMF, p. 2, July 15, 2019, retrieved from https://www.imf.org/en/Publications/fintech-notes/Issues/2019/07/12/The-Rise-of-Digital-Money-47097 |
| 88 | INTENTIONALLY LEFT BLANK |
| 89 | *Glossary of Terms Related to Payment, Clearing and Settlement Systems*, European Central Bank, ("ECB Glossary") |

| Exhibit Number | Exhibit Description |
|---|---|
| 90 | Allison Barr Allen, *Payments Are Far More Complicated Than You Think*, Forbes, June 30, 2020, retrieved from https://www.forbes.com/sites/forbestechcouncil/2020/06/30/payments-are-far-more-complicated-than-you-think/?sh=8de7e764fc6b |
| 91 | Jess Li, An Interview with Allison Barr Allen, Head of Global Product Operations on the Money Team at Uber, Medium, July 18, 2019, retrieved from https://medium.com/elpha-conversations/an-interview-with-allison-barr-allen-head-of-global-product-operations-on-the-money-team-at-uber-7549c014c6be |
| 92 | *Harmonised ISO 20022 Data Requirements for Enhancing Cross-border Payments*, Bank of Korea, October 18, 2023, retrieved from at https://www.bok.or.kr/eng/bbs/E0000634/view.do?nttId=10080032&menuNo=400069 |
| 93 | David Mills, et al., *Distributed ledger technology in payments, clearing, and settlement*, Finance and Economics Discussion Series 2016-095. Washington: Board of Governors of the Federal Reserve System, December 2016, retrieved from https://doi.org/10.17016/FEDS.2016.095 |
| 94 | Rebuttal Expert Report of Dr. Matthew J. Edman, dated October 13, 2023 |
| 95 | Letter to Terraform Labs Pte. Ltd. from FINMA, dated February 22, 2023 |
| 96 | Excerpt of Transcript of Oral Argument before the Hon. Jed S. Rakoff on June 15, 2023 |
| 97 | February 4, 2021 Tweet from @stablekwon, STABLEKWONTWITTER0001270 |
| 98 | Email from C. Xiaowei to J. Lin, et al., dated March 25, 2022, at TFL_SEC_00252796 |
| 99 | E-mail from CJ Han to President, dated September 6, 2020 |

3. On or about June 20, 2023, in a teleconference between the SEC and defendant's counsel, when asked whether the SEC had reviewed Chai source code, counsel for the SEC said in substance and part "I'd love to review Chai source code but we don't have it -- do you?" In addition, attached as Exhibit 70 is a true and correct copy of the SEC's Responses and Objections to Defendants' Requests for Admission No. 13 in which, when asked about Chai source code, the SEC confirmed it had requested such information from Chai Corporation, but had not yet received it. Henkin Decl. Ex. 70.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 27, 2023 in New York, New York.

                                             */s/ Douglas W. Henkin*
                                             Douglas W. Henkin
                                             DENTONS US LLP
                                             1221 Avenue of the Americas
                                             New York, NY 10020
                                             Telephone: (212) 768-6832
                                             Facsimile: (212) 768-6800
                                             douglas.henkin@dentons.com