# EXHIBIT 1

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of TERRAFORM LABS PTE. LTD. (201813807M)

Date: 19 Jun 2023

| | | |
|---|---|---|
| Name of Company | : | TERRAFORM LABS PTE. LTD. |
| Former Name if any | : | |
| Date of Change of Name | : | |
| UEN | : | 201813807M |
| Incorporation Date | : | 23 APR 2018 |
| Company Type | : | EXEMPT PRIVATE COMPANY LIMITED BY SHARES |
| Status of Company | : | LIVE COMPANY |
| Status Date | : | 23 APR 2018 |
| Registered Office Address | : | 1 WALLICH STREET #37-01 GUOCO TOWER SINGAPORE (078881) |
| Date of Address | : | 01 MAY 2022 |
| Date of Last AGM | : | 29 AUG 2022 |
| Date of Last AR | : | 07 SEP 2022 |
| FYE As At Date of Last AR | : | 31 DEC 2021 |

## Business Activities

| | | |
|---|---|---|
| Primary Activity | : | DEVELOPMENT OF SOFTWARE AND APPLICATIONS (EXCEPT GAMES AND CYBERSECURITY)(62011) |
| Primary User-Described Activity | : | |

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/RfMbgrM_68



Page 1 of 6

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of TERRAFORM LABS PTE. LTD. (201813807M)

Date: 19 Jun 2023

| Secondary Activity | : | DATA ANALYTICS, PROCESSING AND RELATED ACTIVITIES N.E.C.(63119) |
| --- | --- | --- |
| Secondary User-Described Activity | : | |

## Issued Share Capital

| Amount | Number of Shares [1] | Currency | Share Type |
| --- | --- | --- | --- |
| 12 | 12 | SINGAPORE, DOLLARS | ORDINARY |

[1] Number of Shares includes number of Treasury Shares

## Paid-Up Capital

| Amount | Number of Shares | Currency | Share Type |
| --- | --- | --- | --- |
| 12 | 12 | SINGAPORE, DOLLARS | ORDINARY |

## Company has the following Ordinary Shares held as Treasury Shares

| Number of Shares | Currency |
| --- | --- |

## Audit Firm(s)

| Name |
| --- |

## Charge(s)

| Charge Number | Date Registered | Currency | Amount Secured | Chargee(s) |
| --- | --- | --- | --- | --- |



**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/RfMbgrM_68

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of TERRAFORM LABS PTE. LTD. (201813807M)

Date: 19 Jun 2023

| Officer(s) | | | | | |
|---|---|---|---|---|---|
| **Name** **Address** | **Identification Number** | **Nationality/ Citizenship** | **Position** | **Date of Appointment** | **Source of Address** |
| ARRASH CHRIS AMANI  21774 CHINQUAPIN ROAD, SPRINGDALE, AR 72764, UNITED STATES OF AMERICA | 565605888 | AMERICAN | DIRECTOR | 31 MAY 2023 | ACRA |
| ASHWIN MATHIALAGAN  1 WALLICH STREET #37-01 GUOCO TOWER SINGAPORE (078881) | S8977466G | SINGAPORE CITIZEN | DIRECTOR | 27 MAY 2023 | OSCARS |
| ARRASH CHRIS AMANI  21774 CHINQUAPIN ROAD, SPRINGDALE, AR 72764, UNITED STATES OF AMERICA | 565605888 | AMERICAN | CHIEF EXECUTIVE OFFICER | 31 MAY 2023 | ACRA |
| CHEW BEE LENG  80 RAFFLES PLACE #33-00 UOB PLAZA SINGAPORE (048624) | S7036104C | SINGAPORE CITIZEN | SECRETARY | 23 APR 2018 | ACRA |

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/RfMbgrM_68



ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of TERRAFORM LABS PTE. LTD. (201813807M)

Date: 19 Jun 2023

## Officer(s)

| Name<br><br>Address | Identification Number | Nationality/ Citizenship | Position | Date of Appointment | Source of Address |
|---|---|---|---|---|---|
| LEE YONG SIN<br><br>80 RAFFLES PLACE #33-00 UOB PLAZA SINGAPORE (048624) | S8085585J | MALAYSIAN | SECRETARY | 23 APR 2018 | ACRA |

## Shareholder(s)

| Name<br><br>Address | Identification Number | Nationality [2]/ Place of origin [3] | Number of Shares | Currency | Address Changed<br><br>Source of Address |
|---|---|---|---|---|---|
| DANIEL HYUNSUNG SHIN<br><br>ACRO SEOUL FOREST, SEONGSU-DONG 1-GA A-3003, 83-21, WANGSIPRI-RO, SEONGDONG-GU, SEOUL, KOREA | G4004776Q | AMERICAN | 1 (ORDINARY) | SINGAPORE, DOLLARS | 11 OCT 2022<br><br>ACRA |

[2] Includes nationality and citizenship
[3] Includes place of incorporation, place of origin and place of registration

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/RfMbgrM_68



ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of TERRAFORM LABS PTE. LTD. (201813807M)

Date: 19 Jun 2023

| Shareholder(s) | | | | | |
|---|---|---|---|---|---|
| Name<br><br>Address | Identification Number | Nationality [2]/ Place of origin [3] | Number of Shares | Currency | Address Changed<br><br>Source of Address |
| KWON DO HYEONG<br><br>37 NASSIM ROAD #10-03<br>NASSIM REGENCY<br>SINGAPORE (258423) | G4004976U | KOREAN, SOUTH | 11 (ORDINARY) | SINGAPORE, DOLLARS | 10 DEC 2021<br><br>ACRA |

[2] Includes nationality and citizenship
[3] Includes place of incorporation, place of origin and place of registration

## Abbreviation

| UL | : | Local Entity not registered with ACRA |
|---|---|---|
| UF | : | Foreign Entity not registered with ACRA |
| AR | : | Annual Return |
| AGM | : | Annual General Meeting |
| FS | : | Financial Statements |
| FYE | : | Financial Year End |
| OSCARS | : | One Stop Change of Address Reporting Service by Immigration & Checkpoint Authority. |



**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/RfMbgrM_68

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of TERRAFORM LABS PTE. LTD. (201813807M)

Date: 19 Jun 2023

## Notes

1. All the information provided above are extracted from lodgements filed with ACRA and/or from other government sources.

2. Please check to ensure that this document is issued by ACRA by:
   (a) scanning the verification QR code at the bottom of the page, or
   (b) visiting the verification URL at the bottom of the page, or
   (c) uploading the verifiable OpenAttestation file (e.g. Business_Profile.oa) on www.acratrustbar.gov.sg.



TAN YONG TAT

ASST REGISTRAR OF COMPANIES & BUSINESS NAMES
ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)
SINGAPORE

RECEIPT NO.    :    ACRA230619141713

DATE           :    19 JUN 2023

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/RfMbgrM_68

