# EXHIBIT 2

Learn    Network    Ecosystem    Community    Build

# ABOUT **TERRA**



Terra is an open-source, public blockchain that hosts a vibrant and expanding ecosystem of applications. On Terra, you can build applications and organizations using the available suite of cutting-edge developer tools or try out existing apps simply by connecting a wallet.

The Terra ecosystem runs on its native cryptocurrency, LUNA. You can use LUNA to pay transaction fees on the Terra blockchain as you interact with various applications, earn staking rewards, purchase your favorite digital



art, vote on community-led governance proposals, and much more.

Learn   Network   Ecosystem   Community   Build

Terra is permissionless and borderless, which means that its next-generation financial products are accessible to anyone in the world with an Internet connection.

**To begin your journey on Terra, start by creating a Station wallet.**

Create a Wallet        Explore Terra

# FAQ

Learn everything there is to know.

Q.   What is LUNA?

Q.   How do I get started on Terra?

Learn          Network          Ecosystem          Community          Build

Q.   How can I get LUNA?

Q.   What are the benefits of holding LUNA?

Q.   How can I stake my LUNA on the Terra blockchain?

Q.   How can I join the Terra-LUNA community?



## Learn More About Terra

Learn  Network  Ecosystem  Community  Build

Read through the Terra Docs to get the full details on how validators, staking, fees, and everything else works on Terra.

**Read the Docs**

| | | | Terraform Labs | Develop | Participate |
|---|---|---|---|---|---|
| | | | Careers | Developer Portal | Community |
| Terms of Use | Cookie Policy | Privacy Policy | Media Inquiries | Docs | |
| | | | Brand Assets | Github | |
| | | | Swag | Academy | |