# EXHIBIT 9

# Explore the ecosystem

## Contents

- Terra Website and Socials
- Mirror Website and Socials
- Anchor Website and Socials
- Analytics
- Applications
- Applications Powered By Terra
- Block Explorers
- Contribute
- Ecosystem Partnerships
- Educational
- Exchanges
- Infrastructure
- Wallets

# Terra Website and Socials

Website: the official Terraform Labs website

Docs: the official documentation for the Terra blockchain

White Paper: the official Terra White Paper

Github: the official Terraform Labs GitHub hosting all Terra public repos

Discord: the official Terra Discord for developers and enthusiasts to engage in focused discussions

Telegram: the official Terra Telegram for enthusiasts to engage in discussions

Telegram Announcements: the official Telegram announcement channel for all major Terra & Mirror updates

Twitter: the official Terra Twitter for all major news and updates regarding Terra and its ecosystem

Forum: the official Terra Forum for technical discussions related to Terra and its community

Medium: the official Terra Medium for all major partnership announcements and monthly ecosystem updates

Youtube: the official Terra Youtube for Terra panel discussions and monthly AMAs

Blockfolio Signals: Terra announcement channel on Blockfolio

Reddit: the community-run Terra Reddit

LunaLoot: the official Terra merch shop

# Mirror Website and Socials

Website: the official Mirror Protocol landing page

Terra-side: the official Mirror Protocol on Terra

Eth-side: the official Mirror Protocol UI bridge to Ethereum

Docs: the official documentation for Mirror Protocol

White Paper: the official Mirror Protocol White Paper

Github: the official Mirror Protocol GitHub hosting all Mirror public repos

Discord: the official Mirror Discord for developers and enthusiasts to engage in focused discussions

Telegram: the official Mirror Telegram for enthusiasts to engage in discussions

Twitter: the official Mirror Twitter for all major news and updates regarding Mirror and its ecosystem

Forum: the official Mirror Forum for technical discussions related to Mirror iterations

Medium: the official Mirror Medium for all major partnership announcements and monthly ecosystem updates

Youtube: the official Mirror Youtube for Mirror panel discussions and monthly AMAs

# Anchor Website and Socials

Website: the official Anchor Protocol landing page

Web App: the official Anchor Protocol web application

Docs: the official documentation for Anchor Protocol

White Paper: the official Anchor Protocol White Paper

Github: the official Anchor Protocol GitHub hosting all Anchor public repos

Discord: the official Anchor Discord for developers and enthusiasts to engage in focused discussions

Telegram: the official Anchor Telegram for enthusiasts to engage in discussions

Twitter: the official Anchor Twitter for all major news and updates regarding Anchor and its ecosystem

Forum: the official Anchor Forum for technical discussions related to Anchor iterations

Medium: the official Anchor Medium for all major partnership announcements and monthly ecosystem updates

# Analytics

Chaiscan: provides CHAI daily & monthly users and transaction numbers (by DSRV)

Flipside Crypto: provides insights into Terra's ecosystem, including ecosystem usage, stakeholder behaviors, staking patterns, and economics

Smartstake: provides data on staking APR and MIR airdrops

Megastake: provides a list of the top LUNA wallets

Dapp.com: provides data on Terra dapps and rankings

Blocktivity: provides Terra price history, ecosystem and activity data

Messari: provides Terra project overview, news & research, historical data, and metrics

Token Terminal: provides data on Terra P/S, VOL/MC, GMV & rankings with other blockchains

Token Terminal Mirror: provides data on Mirror P/S, VOL/MC, GMV & rankings with other dapps

AssetDash: ranks LUNA with other assets

Luna Whale: provides insights into LUNA whale activity (by DSRV)

TerraSwap Dashboard: provides insights on volume and liquidity on TerraSwap, Terra's AMM DEX

Mirror Market: provides tracking and data insights on the Mirror ecosystem

Anchor Simulator: enables users to estimate earnings on Anchor using different strategies

Ape Board: enables users to track portfolio across the entire Terra ecosystem on one dashboard

# Applications

Mirror Protocol: a DeFi protocol that enables the creation of synthetic assets

Anchor Protocol: a high-yield savings protocol

CHAI: a payments product used by 5% of the population in South Korea

BuzLink: a viral marketing product to scale social referrals

MemePay: a payments product used by 3% of the population in Mongolia

Pylon Protocol: A suite of savings and payments products powered by yield redirection

# Applications Powered By Terra

PayWithTerra: an API gateway enabling merchants to accept Terra stablecoins

Kash: Intellabridge's decentralized mobile banking app (Alpha release) providing a user-friendly interface to access Mirror and Anchor

LoTerra: decentralized lottery

Alice Finance: front-end interface for the Terra product suite

Spar Protocol: decentralized on-chain asset management protocol

# Block Explorers

Terra Finder: the official Terra block explorer

Stake ID: Terra block explorer with additional data on the latest proposals and validators

Figment Hubble: Terra block explorer with advanced validator data and income report functionality

Terrascope: Terra block explorer with community driven features

ATOMScan: Terra block explorer by ATOMScan

# Contribute

Bug Bounty: the official Terra Bug Bounty program

Project Surge: program involving community in Terra's BD pipeline

Terraform Capital: launch capital program funding audits for projects that incorporate LUNA/Terra stablecoins

# Ecosystem Partnerships

Terra Bridge: Terra bridge web frontend to easily send Terra assets to and from Ethereum and Binance Smart Chain

Shuttle: Terra bridge to Ethereum and Binance Smart Chain

Wormhole: a bridge between Terra, Ethereum, and Solana being developed by Certus One

Axelar: a bridge between Terra and other supported Layer 1 blockchains

Injective Protocol: decentralized derivatives trading using mirror assets

Intellabridge: decentralized mobile banking app "Kash" bringing Mirror and Anchor to mainstream audiences

Loop Finance: AMM DEX on Terra listing native Terra assets, ERC-20 tokens, and SPL tokens

# Ethereum

- Uniswap: DEX for Terra assets and MIR-incentivized liquidity pools
- Sushiswap: DEX for Terra assets and SUSHI-incentivized UST Onsen pool
- Curve: Deep liquidity stablecoin pool for UST
- Balancer: UST/USDC pool
- 1inch: DEX aggregator for Terra assets
- Matcha.xyz: DEX aggregator for Terra assets
- Yearn Finance: crvUST vault
- Harvest Finance: automated yield-farming for mAsset and UST pools
- Zapper.fi: DeFi dashboard for managing UST
- Lido - liquid staking derivatives
- Persistence: Terra stablecoin-powered institutional DeFi
- Unilend - lending and borrowing using mirror assets
- CREAM Finance - lending and borrowing for UST
- Stabilize Protocol: STBZ-incentivized UST stablecoin pool
- Pickle Finance: incentivized UST/MIR pool
- Set Protocol: FAANG index set of 5 mAssets (Facebook, Amazon, Apple, Netflix & Google) on Uniswap
- Ren Protocol: renVM bridge to transport $renLUNA to Ethereum

# Binance Smart Chain

- PancakeSwap: DEX for Terra assets and CAKE-incentivized liquidity pools
- StableXSwap: stablecoin pool for UST
- Beefy Finance: yield farming optimizer for UST and mAsset pools
- Smoothy Finance: stablecoin AMM for UST
- Acryptos: yield farming optimizer for UST and MIR pools

# Educational

Terra Academy: comprehensive introduction to Terra App development

CoinMarketCap Earn: video series explaining Terra stablecoins and LUNA

Staking Guide: guide to staking LUNA on Terra Station

Developer Docs: official documentation for Terra

Figment Learn: tutorials onboarding developers on Terra

Terra Bites: podcast dedicated to the Terra ecosystem

# Exchanges

Binance

Huobi

Kucoin

Bithumb

Upbit

Bittrex

Coinone

OKEX

Voyager

Coinlist

Bitfinex

Crypto.com

# Infrastructure

HexTrust: Custody support for Terra assets

PrimeTrust: Financial infrastructure for Terra applications

Fireblocks: MPC wallet for Terra assets

MoonPay: fiat to crypto on and offramps

Simplex: fiat to crypto onramps

Transak: fiat to crypto on and offramps

Switchain: crypto to crypto on and offramps

Mask Network: send and receive cryptocurrencies on social networks

Band Protocol: cross-chain data oracle for mirror assets

Hummingbot: automated crypto arbitrage and trading bots for Terra assets

Velo Protocol: stablecoin swaps using Velo's federated credit exchange network

Datahub: full node infrastructure for Terra developers

Quicksync: data backup solution for anyone running a node on Terra

Bison Trails: platform to optimize running a node on Terra

## Support

Terra public FCD: the full client daemon for Terra

Terra public LCD: the light client daemon for Terra

Easy2stake public LCD: the easy2stake light client daemon for Terra

RPC endpoints: a list of recommended RPC endpoints

# Wallets

Terra Station: Terra's native wallet

Terra Station Extension: Chrome

Terra Station Desktop: MacOS | Windows | Linux (deb) | Linux (rpm)

Terra Station Mobile: iOS | Android

Mirror Wallet: Invest and trade cryptocurrencies and mirror assets

MathWallet: multi-platform crypto wallet for Terra assets

Ledger Nano X/S: hardware wallet by the Ledger team

Oxis: non-custodial wallet with fiat to crypto on and offramps & trading functionality

ZenGo: multi-asset wallet, optimized for mobile

XDEFI: cross-chain wallet (Chrome) extension. Handle Ethereum, Thorchain, Poligon, Bitcoin, BSC, Terra...

| | | |
|---|---|---|
| terra.money | Whitepaper | Terra Finder |
| Contact | Security Audit | Terra Station |
| Careers | Agora forum | Status |