# EXHIBIT 13

Open in app ↗  Sign up Sign In

  Search  Write 

# Mirror Community Update — May 2021

Mirror Protocol · Follow
Published in Mirror Protocol · 2 min read · Jun 1, 2021

Medium

Sign up to discover human stories that deepen your understanding of the world.

Free

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

Sign up for free

Membership

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

Try for $5/month

MIR has celebrated a number of listings on prominent exchanges over the course of the last few weeks: **Binance**, **Huobi**, **Poloniex**, **Crypto.com**, **Coinbase**, and **KuCoin Futures**. On the governance end of things, **mGLXY** has been listed on Mirror, with **mDOGE** on its way, having passed the initial whitelisting phase. Mirror has also partnered with a number of protocols, including **Ramp DeFi**, **Beefy Finance**, **NerveFinance**, and **Pickle Finance**.

In addition to Mirror Wallet for mobile, Mirror's integration with **WalletConnect** enables users who have Terra Station mobile to access full Mirror functionality (including claiming weekly MIR airdrops) on mobile. As Mirror is in the last sprint towards launching Mirror V2, see the **list of**

Medium

Sign up to discover human stories that deepen your understanding of the world.

Free

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

Membership

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

- **WalletConnect integration** deep linking the Mirror web app to Terra Station mobile allows users to claim MIR airdrops & access full Mirror functionality on mobile.
- **Ramp DeFi** launches auto-compounding vaults for mAssets on BSC.
- **Kash App** — using Mirror Protocol on the back end — launches for Africa.
- **PancakeSwap** launches $mCOIN & $UST on the PancakeSwap Syrup Pool.
- **Beefy Finance** launches the $mCOIN-$UST PancakeSwap LP vault.
- **NerveFinance** supports $UST on its low-slippage AMM Pool on BSC, enabling swaps between stablecoins, UST, and mirrored assets.

Medium

Sign up to discover human stories that deepen your understanding of the world.

Free

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

Membership

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

- **Tutorial:** Mirror Protocol Review & Tutorial: Earn Yield on Synthetic Stocks

## Join Our Community

- Shape the future of Mirror through our **Discussion Forum**
- Provide feedback through our **Community Feedback Form**
- Follow the latest news & updates on **Twitter**
- Join discussion on **Telegram** & **Discord**; speculate on $MIR price **here**.

Medium

Sign up to discover human stories that deepen your understanding of the world.

Free

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

Membership

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

More from Mirror Protocol and Mirror Protocol

Mirror Protocol in Mirror Protocol

**Mirror Community Update—July**

Mirror Protocol in Mirror Protocol

**Mirror User Guide**

Medium

Sign up to discover human stories that deepen your understanding of the world.

Free

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

Membership

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

MIR Token Farming

Mirror

Mirror Wallet in Mirror Protocol

## Mirror Wallet—Premier Mobile Wallet Built on Mirror Protocol

Two weeks ago, Terra successfully launched Mirror Protocol, the first synthetic assets...

Mirror Protocol in Mirror Protocol

## An Introduction to MIR Token Farming on Mirror Protocol

MIR is the governance token of Mirror Protocol, a synthetic assets protocol built by...

---

Sign up to discover human stories that deepen your understanding of the world.

### Free

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

### ✦ Membership

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

 Unbecoming

## 10 Seconds That Ended My 20 Year Marriage

It's August in Northern Virginia, hot and humid. I still haven't showered from my...

4 min read · Feb 16, 2022

68K 979

AL Anany

## The ChatGPT Hype Is Over—Now Watch How Google Will Kill...

It never happens instantly. The business game is longer than you know.

6 min read · Sep 1

16.8K 490

---

Lists

# Medium

Sign up to discover human stories that deepen your understanding of the world.

**Free**

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

**Membership**

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

     





14.2K  334 

 

 Barack Obama

## Thoughts on Israel and Gaza

 Isaac Saul

## A personal, non-partisan

# Medium

Sign up to discover human stories that deepen your understanding of the world.

### Free

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

### Membership

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.