# EXHIBIT 14

Open in app ↗ Sign up Sign In

Medium Search Write

# January 2021 Community Update

Sarah Kim · Follow
Published in Terra · 5 min read · Feb 4, 2021

262 1

Medium

Sign up to discover human stories that deepen your understanding of the world.

Free

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

Sign up for free

Membership

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

Try for $5/month

governance voted in TEN new Terra stablecoins and has been extremely vibrant on determining next steps for Mirror. That's just scratching the tip of the iceberg, so let's dive in.

## ⚙ Technical Updates

### TerraSwap on Terra Station

TerraSwap is now available as a feature on Terra Station. The Swap feature simulates then automatically chooses the option (On-chain vs TerraSwap) that's most profitable for you.

# Medium

Sign up to discover human stories that deepen your understanding of the world.

**Free**

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

**✦ Membership**

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

*Dollar (HKD) | Australian Dollar (AUD) | Singapore Dollar (SGD)*

## Shuttle Update

To prevent spamming attacks, shuttle will now charge relaying fee when a user transfers an asset from Terra to Ethereum. Relay fees for a transaction from Terra to Ethereum will be max ($1, amount * 0.1%), while transactions from Ethereum to Terra continue to have zero relay fees.

## 🗳 Governance Updates

### JUMP Trading Proposal

# Medium

Sign up to discover human stories that deepen your understanding of the world.

**Free**

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

**Membership**

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

Discuss: https://agora.terra.money/t/request-for-proposal-money-markets-on-terra/309

## 💰 Listings

### $UST on KuCoin

We saw six new $UST quote pairs listed on KuCoin in January, with a trading competition to celebrate.

DOT/UST | ATOM/UST | USTC/UST | SNX/UST | AAVE/UST | YFI/UST

---



Sign up to discover human stories that deepen your understanding of the world.

**Free**

- ✓ Distraction-free reading. No ads.
- ✓ Organize your knowledge with lists and highlights.
- ✓ Tell your story. Find your audience.

**✦ Membership**

- ✓ Access the best member-only stories.
- ✓ Support independent authors.
- ✓ Listen to audio narrations.
- ✓ Read offline.
- ✓ Join the Partner Program and earn for your writing.

hummingbot.io

**Flipside Crypto Console**

The **Terra Community Console** is now live! Flipside deploys some of the best on-chain metrics, visuals, and analysis in the industry. With the Terra Community Console, users can scour on-chain data like LUNA cash flows, UST velocity, and more — all in real-time.

- **Blog** — Why the Luna Token is Poised to Grow
- **LUNA Dashboard:** https://terra.flipsidecrypto.com

# Medium

Sign up to discover human stories that deepen your understanding of the world.

**Free**

- ✓ Distraction-free reading. No ads.
- ✓ Organize your knowledge with lists and highlights.
- ✓ Tell your story. Find your audience.

✦ **Membership**

- ✓ Access the best member-only stories.
- ✓ Support independent authors.
- ✓ Listen to audio narrations.
- ✓ Read offline.
- ✓ Join the Partner Program and earn for your writing.

Terra partnered with Voyager to allow US-based users to go from USD to $LUNA in minutes by providing a simple and direct fiat gateway directly from their smartphones. You can download the app & buy LUNA here.

## Bison Trails

Bison Trails offers users the opportunity to participate in Terra, earn rewards, and help to secure the global payment network by becoming a node operator with Bison Trails.

**Bison Trails announces support for Terra**



Sign up to discover human stories that deepen your understanding of the world.

### Free

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

### Membership

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

# Medium

Sign up to discover human stories that deepen your understanding of the world.

## Free

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

## ✦ Membership

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

# Medium

Sign up to discover human stories that deepen your understanding of the world.

## Free

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

## ✦ Membership

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

Novogratz shares his thoughts on Terra

[Bloomberg — Novogratz Invests in Crypto Startup Serving Millions in Korea](#)

**The Street: Terra Project Proves It's on Solid Ground**



Sign up to discover human stories that deepen your understanding of the world.

**Free**

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

✦ **Membership**

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

*Terra's blockchain as its backend to settle transactions. Chai hosts 2.5 million users, and counts Hanwha Investment & Securities and SoftBank Ventures Asia as investors."*

## 💥 Looking Forward

We're always keen to hear feedback from our community, so if you're an active member, share the ways you think we can do better in our Community Feedback Form. We have some announcements we can't wait to share with you all very soon, so stay tuned!

As always, please join our communities!

---

# Medium

## Sign up to discover human stories that deepen your understanding of the world.

### Free

- ✓ Distraction-free reading. No ads.
- ✓ Organize your knowledge with lists and highlights.
- ✓ Tell your story. Find your audience.

### ✦ Membership

- ✓ Access the best member-only stories.
- ✓ Support independent authors.
- ✓ Listen to audio narrations.
- ✓ Read offline.
- ✓ Join the Partner Program and earn for your writing.

**More from Sarah Kim and Terra**





 Sarah Kim in Terra

 Stephen Gee in Terra

**March 2021 Community Update**

**Community Update — September**



Sign up to discover human stories that deepen your understanding of the world.

**Free**

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

✦ **Membership**

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.





 MC in Terra

 Sarah Kim in Terra

**Project Spotlight — Sayve**

In this edition of Terra's Project Spotlight, we are pleased to present Sayve — a platform…

5 min read · Sep 20

**May 2021 Community Update**

Hey LUNAtics,

5 min read · Jun 2, 2021

# Medium

Sign up to discover human stories that deepen your understanding of the world.

**Free**

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

**Membership**

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

 Unbecoming

 Subhashish C.

### 10 Seconds That Ended My 20 Year Marriage

It's August in Northern Virginia, hot and humid. I still haven't showered from my…

· 4 min read · Feb 16, 2022

### Uncovering the Next Crypto Gem: A Guide to Identifying Early…

Finding 100x Alts In This Stage Of The Market Made Easy!

5 min read · Oct 16

68K   980

393   4

Lists



# Sign up to discover human stories that deepen your understanding of the world.

## Free

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

## ✦ Membership

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.





Cryptonica Editorial

Yash Agarwal

### Newest Cryptocurrency to Invest in 2023

In this article, we'll take a look at 10 of the newest cryptocurrencies that are worth your…

### State of Real World Assets on Solana — The Opportunities

Dive deep into the state of Solana RWAs Infrastructure, Need for RWA standard, ft.…

---



Sign up to discover human stories that deepen your understanding of the world.

**Free**

- ✓ Distraction-free reading. No ads.
- ✓ Organize your knowledge with lists and highlights.
- ✓ Tell your story. Find your audience.

**✦ Membership**

- ✓ Access the best member-only stories.
- ✓ Support independent authors.
- ✓ Listen to audio narrations.
- ✓ Read offline.
- ✓ Join the Partner Program and earn for your writing.