# EXHIBIT 15

Open in app ↗    Sign up   Sign In

   Search    Write   

# Mirror User Guide



Mirror Protocol · Follow

Published in Mirror Protocol · 7 min read · Dec 3, 2020

 

✕

## Medium

Sign up to discover human stories that deepen your understanding of the world.

**Free**

✓ Distraction-free reading. No ads.

✓ Organize your knowledge with lists and highlights.

✓ Tell your story. Find your audience.

Sign up for free

**✦ Membership**

✓ Access the best member-only stories.

✓ Support independent authors.

✓ Listen to audio narrations.

✓ Read offline.

✓ Join the Partner Program and earn for your writing.

Try for $5/month

value. To that end, we introduce Mirror — a DeFi protocol that enables Mirrored Assets (mAssets): synthetic assets that give traders price exposure to real-world assets by reflecting their price activity on-chain.

We take the best that DeFi has to offer and pair it with real-world asset exposure on an interface accessible on both the Terra and Ethereum blockchains. Moreover, mAssets offer many tangible advantages over traditional assets: you can hold them in fractional amounts and trade them unrestrained by geographic location or US stock market hours. You can benefit from exposure to the asset without the burden of owning the asset.

# Medium

Sign up to discover human stories that deepen your understanding of the world.

**Free**

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

**Membership**

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

a day to fully execute. Given the fact that Mirror relies on liquidity provided by each individual asset pool, orders can be executed as fast as the blocktime of the network (~ 6 seconds).

## Protocol Design

Anyone can issue and trade assets fully collateralized in Terra stablecoins and mAssets, tracking the price of everything from traditional equities to cryptocurrencies.

- To **create** an mAsset, you must lock up 150% of the current asset value in



Sign up to discover human stories that deepen your understanding of the world.

**Free**

- ✓ Distraction-free reading. No ads.
- ✓ Organize your knowledge with lists and highlights.
- ✓ Tell your story. Find your audience.

✦ **Membership**

- ✓ Access the best member-only stories.
- ✓ Support independent authors.
- ✓ Listen to audio narrations.
- ✓ Read offline.
- ✓ Join the Partner Program and earn for your writing.

- **Captures CDP closure fees:** When Mirror CDPs are closed, a 1.5% fee is charged on the collateral. The fees are aggregated daily and used to purchase MIR tokens on Terraswap, which is in turn paid to MIR stakers.

- **Protocol governance:** The Mirror token can be used to change major parameters in the protocol, such as the trading fee take rate and the position fee. It can also be used to make spend proposals against the on-chain community pool holding MIR tokens, which can be used to fund developer grants and add incentives to the protocol.

## MIR Distribution

At genesis, a total of 18.3 million MIR will be airdropped to LUNA stakers and

# Medium

Sign up to discover human stories that deepen your understanding of the world.

**Free**

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

**✦ Membership**

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

While the Mirror protocol is developed by Terraform Labs (TFL), TFL abdicates control to the decentralized DeFi community from the onset. TFL has no intention of keeping or selling any MIR tokens for profit so that governance privileges and potential rewards are entirely in the community's hands. There are no admin keys with privileged access. All changes, such as new features to be added to Mirror Protocol, must be enacted via community governance. Passing a governance proposal requires a majority approval of Mirror token holders, and takes 1 week(s) to take effect.

More specifically, MIR holders receive the following governance rights:

## Medium

Sign up to discover human stories that deepen your understanding of the world.

**Free**

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

**Membership**

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

> *mBABA — Mirrored Alibaba Group Holding Limited*
>
> *mGOOGL — Mirrored Alphabet Inc.*
>
> *mMSFT — Mirrored Microsoft Corporation*
>
> *mNFLX — Mirrored Netflix, Inc.*
>
> *mTSLA — Mirrored Tesla, Inc.*
>
> *mTWTR — Mirrored Twitter Inc.*

# Medium

Sign up to discover human stories that deepen your understanding of the world.

**Free**

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

**Membership**

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

Designed with interchain operability in mind, Mirror can be accessed on Mirror Web App and mETH, with a few key differences between the two. For a frictionless user experience, all tokens on Mirror and mETH are easily transferrable between each other through the interchain **Shuttle** bridge, which enables cross-chain transfers between Terra and Ethereum. This means that any asset bought or minted on Mirror can be sent to Ethereum and be traded on Uniswap, and vice versa.

## Mirror Web App

- To use Mirror Web App, install Terra Station Extension on Google Chrome.

# Medium

Sign up to discover human stories that deepen your understanding of the world.

**Free**

- ✓ Distraction-free reading. No ads.
- ✓ Organize your knowledge with lists and highlights.
- ✓ Tell your story. Find your audience.

✦ **Membership**

- ✓ Access the best member-only stories.
- ✓ Support independent authors.
- ✓ Listen to audio narrations.
- ✓ Read offline.
- ✓ Join the Partner Program and earn for your writing.

- To **claim** staking rewards, select `CLAIM ALL REWARDS` on the **Stake** page and confirm the amount.

- To claim rewards from an individual staking position, select `CLAIM REWARDS` on **My Page** for respective position.

- To participate in governance, first **stake** MIR tokens on the **Governance** page.

- To **create** a poll, first deposit 100 MIR to prevent spam polls. Then, select the type of poll you want to create, and submit the transaction.

- To **vote** on a poll, select a poll that is in progress, vote, and submit the

---

# Medium

Sign up to discover human stories that deepen your understanding of the world.

**Free**

- ✓ Distraction-free reading. No ads.
- ✓ Organize your knowledge with lists and highlights.
- ✓ Tell your story. Find your audience.

✦ **Membership**

- ✓ Access the best member-only stories.
- ✓ Support independent authors.
- ✓ Listen to audio narrations.
- ✓ Read offline.
- ✓ Join the Partner Program and earn for your writing.

## Smart Contracts

Mirror smart contracts are available on https://github.com/mirror-protocol. The following is a list of smart contracts deployed on Mirror with a brief explanation:

- **Collector**: Collect protocol fees from CDP withdrawals and liquidations and send to Gov
- **Community**: Manage the Community Pool fund
- **Factory**: Organize all other contracts on Mirror

Medium

Sign up to discover human stories that deepen your understanding of the world.

**Free**
- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

✦ **Membership**
- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.



## Written by Mirror Protocol

2.2K Followers · Editor for Mirror Protocol

Follow

Synthetics protocol for on-chain price exposure to real-world assets. https://mirror.finance/ — https://twitter.com/mirror_protocol

---



# Sign up to discover human stories that deepen your understanding of the world.

### Free

- ✓ Distraction-free reading. No ads.
- ✓ Organize your knowledge with lists and highlights.
- ✓ Tell your story. Find your audience.

### ✦ Membership

- ✓ Access the best member-only stories.
- ✓ Support independent authors.
- ✓ Listen to audio narrations.
- ✓ Read offline.
- ✓ Join the Partner Program and earn for your writing.





Mirror Wallet in Mirror Protocol

Mirror Protocol in Mirror Protocol

**Mirror Wallet — Premier Mobile Wallet Built on Mirror Protocol**

Two weeks ago, Terra successfully launched Mirror Protocol, the first synthetic assets…

**Mirror Completes Bridge to Binance Smart Chain to Bring…**

Mirror has completed the integration of a cross-chain bridge to Binance Smart Chain…



Sign up to discover human stories that deepen your understanding of the world.

**Free**

- ✓ Distraction-free reading. No ads.
- ✓ Organize your knowledge with lists and highlights.
- ✓ Tell your story. Find your audience.

✦ **Membership**

- ✓ Access the best member-only stories.
- ✓ Support independent authors.
- ✓ Listen to audio narrations.
- ✓ Read offline.
- ✓ Join the Partner Program and earn for your writing.

Mohamed Ali Masmoudi

AL Anany

### An overview of Multi-Party Computation (MPC), Threshold…

It's all about exploring the revolutionary world of Multi-Party Computation (MPC) and…

15 min read · Jun 21

7

### The ChatGPT Hype Is Over — Now Watch How Google Will Kill…

It never happens instantly. The business game is longer than you know.

✦ · 6 min read · Sep 1

16.8K   490

---

Lists



# Sign up to discover human stories that deepen your understanding of the world.

## Free

- ✓ Distraction-free reading. No ads.
- ✓ Organize your knowledge with lists and highlights.
- ✓ Tell your story. Find your audience.

## ✦ Membership

- ✓ Access the best member-only stories.
- ✓ Support independent authors.
- ✓ Listen to audio narrations.
- ✓ Read offline.
- ✓ Join the Partner Program and earn for your writing.





 Unbecoming

 Luis Soares in Coinmonks

### 10 Seconds That Ended My 20 Year Marriage

It's August in Northern Virginia, hot and humid. I still haven't showered from my…

### Understanding and Preventing Short Address Attacks in Solidity…

What is a Short Address Attack?

---

# Medium

## Sign up to discover human stories that deepen your understanding of the world.

### Free

- ✓ Distraction-free reading. No ads.
- ✓ Organize your knowledge with lists and highlights.
- ✓ Tell your story. Find your audience.

### ✦ Membership

- ✓ Access the best member-only stories.
- ✓ Support independent authors.
- ✓ Listen to audio narrations.
- ✓ Read offline.
- ✓ Join the Partner Program and earn for your writing.

See more recommendations

## Medium

Sign up to discover human stories that deepen your understanding of the world.

### Free

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

### ✦ Membership

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.