# EXHIBIT 16


   Search   Write   

# Countdown to Terra Mainnet Launch

Pre-launch plan & what to expect

 Terra · Follow





Sign up to discover human stories that deepen your understanding of the world.

**Free**

- ✓ Distraction-free reading. No ads.
- ✓ Organize your knowledge with lists and highlights.
- ✓ Tell your story. Find your audience.

Sign up for free

**✦ Membership**

- ✓ Access the best member-only stories.
- ✓ Support independent authors.
- ✓ Listen to audio narrations.
- ✓ Read offline.
- ✓ Join the Partner Program and earn for your writing.

Try for $5/month

🚀 Countdown to launch with us at https://terra.money/ and share your excitement with **#TerraLaunch** on Twitter!

Terra is looking to disrupt the traditional financial system by rebuilding the payment stack on the blockchain and powering all digital transactions with our stablecoin. To do this, we've gathered some of the largest eCommerce companies in Asia that collectively generate $25 billion in annual transaction volume through 45 million users, so we can effectively push mainstream adoption of Terra. Earlier in 2018, as we were laying out our roadmap, it became clear that in order to operate the payment solution we've been designing, we will need full developmental control over where that

# Medium

Sign up to discover human stories that deepen your understanding of the world.

**Free**

- ✓ Distraction-free reading. No ads.
- ✓ Organize your knowledge with lists and highlights.
- ✓ Tell your story. Find your audience.

✦ **Membership**

- ✓ Access the best member-only stories.
- ✓ Support independent authors.
- ✓ Listen to audio narrations.
- ✓ Read offline.
- ✓ Join the Partner Program and earn for your writing.

collaborating with some of our early validators on Testnet Soju v0.0.7.

- Terra Faucet: Receive Terra or Luna for testing purposes by deploying the Terra Faucet on a testnet.

- Terra Docs: Browse the latest Terra developer documentation, including detailed instructions on how to become a validator.

- Terra Station: Delegate and vote your Luna tokens via the Ledger Nano S. Download links will become available at launch.

- Terra Finder: Explore transactions, blocks, and accounts on this simple tool.

---

# Medium

Sign up to discover human stories that deepen your understanding of the world.

**Free**

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

**Membership**

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

### List of participating validators

1. Certus One
2. Arrington XRP Capital
3. Hashed
4. Polychain Labs
5. Iconium
6. 100&100



Sign up to discover human stories that deepen your understanding of the world.

**Free**

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

✦ **Membership**

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

20. Figment Network

21. p2p.org

22. Staker.space

23. Syncnode

24. Consensus Networks

25. Staking Fund

26. Chorus One

27. Chinezupwnz

# Medium

Sign up to discover human stories that deepen your understanding of the world.

**Free**

- ✓ Distraction-free reading. No ads.
- ✓ Organize your knowledge with lists and highlights.
- ✓ Tell your story. Find your audience.

✦ **Membership**

- ✓ Access the best member-only stories.
- ✓ Support independent authors.
- ✓ Listen to audio narrations.
- ✓ Read offline.
- ✓ Join the Partner Program and earn for your writing.

425 Followers · Editor for Terra

Terra is a price-stable cryptocurrency that will power the next-generation payment network and grow the real GDP of the blockchain economy.

## More from Terra and Terra





# Medium

## Sign up to discover human stories that deepen your understanding of the world.

### Free

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

### ✦ Membership

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

Case 1:23-cv-01346-JSR   Document 103-16   Filed 10/28/23   Page 8 of 10

5 min read · Sep 20

2

4 min read · Oct 24, 2019

654    2

See all from Terra

See all from Terra

# Medium

## Sign up to discover human stories that deepen your understanding of the world.

### Free

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

### ✦ Membership

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

## Lists


Modern Marketing
38 stories · 206 saves


My Kind Of Medium (All-Time Faves)
45 stories · 101 saves




# Medium

## Sign up to discover human stories that deepen your understanding of the world.

### Free

- ✓ Distraction-free reading. No ads.
- ✓ Organize your knowledge with lists and highlights.
- ✓ Tell your story. Find your audience.

### ✦ Membership

- ✓ Access the best member-only stories.
- ✓ Support independent authors.
- ✓ Listen to audio narrations.
- ✓ Read offline.
- ✓ Join the Partner Program and earn for your writing.

Binance Labs, the venture arm of Binance, has made a strategic investment of up to $4.5…

2 min read · Jun 4

2

Warriors, come hither, and listen well. It is time to unveil the final piece in HOO's platform…

4 min read · Jul 9

15

See more recommendations

# Medium

Sign up to discover human stories that deepen your understanding of the world.

### Free

- ✓ Distraction-free reading. No ads.
- ✓ Organize your knowledge with lists and highlights.
- ✓ Tell your story. Find your audience.

### ✦ Membership

- ✓ Access the best member-only stories.
- ✓ Support independent authors.
- ✓ Listen to audio narrations.
- ✓ Read offline.
- ✓ Join the Partner Program and earn for your writing.