# EXHIBIT 34

# EXHIBIT J

MIR Token Projections, September 2020.

# EXHIBIT J

| Daily trading volume ($M) | 1 | 5 | 10 | 100 | 1000 | 10000 |
|---|---|---|---|---|---|---|
| Ecosystem revenue annual | 1.095 | 5.475 | 10.95 | 109.5 | 1095 | 10950 |
| MIR token revenue annual | 0.1825 | 0.9125 | 1.825 | 18.25 | 182.5 | 1825 |
| Implied MIR value | 27.74 | 138.7 | 277.4 | 2774 | 27740 | 277400 |
| MIR Token price | 0.1387 | 0.6935 | 1.387 | 13.87 | 138.7 | 1387 |

*All units in USD millions*

| DeFi Project Valuation Multiples (P/S) | | | | |
|---|---|---|---|---|
| LUNA | 17 | | Total supply | 200 |
| YFI | 20 | | Ecosystem take | 0.003 |
| BNT | 22 | | MIR staker take | 0.0005 |
| COMP | 32 | | P/S multiple | 152 |
| KNC | 41 | | | |
| IDEX | 46 | | | |
| BAL | 56 | | | |
| REN | 151 | | | |
| SNX | 152 | | | |
| MKR | 740 | | | |
| GNO | 883 | | | |
| LRC | 1361 | | | |
| CRV | 1568 | | | |
| ZRX | 1775 | | | |