# EXHIBIT 35

Open in app ↗    Sign up    Sign In

    Search    Write

# Anchor Protocol: A Savings Protocol Offering Up To 20% APY

Everstake · Follow
5 min read · Jul 19, 2021

---



Sign up to discover human stories that deepen your understanding of the world.

### Free

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

Sign up for free

### Membership

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

Try for $5/month

Anchor Protocol: A Savings Protocol Offering Up To 20% APY

# Medium

Sign up to discover human stories that deepen your understanding of the world.

## Free

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

## ✦ Membership

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

## How does Anchor Protocol work?

Anchor protocol serves as a money market between lenders and borrowers of stablecoins. The lenders can deposit their stablecoins on the platform for borrowing and earn interest on them. The borrowers, in turn, can borrow these stablecoins by providing stakeable assets as collateral. These assets are regarded as bonded assets, and currently bLUNA and bETH are the bonded assets that can be used as collateral. The bonded assets are then locked up, and UST is borrowed against them at the borrow limit defined by the protocol.

Anchor Protocol operates using a liquid staking mechanism. Staking rewards



Sign up to discover human stories that deepen your understanding of the world.

**Free**

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

✦ **Membership**

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

allowing its value to scale linearly with Anchor's assets under management. This means that ANC stakers receive protocol fees pro rata to their stake and benefit as adoption of Anchor increases. ANC tokens are also distributed as incentives to UST stablecoins borrowers proportionally to the amount borrowed. Anchor protocol has a total supply of 1 billion ANC tokens and 40% of that has been set aside as borrower incentives for the period of 4 years. This means that users are rewarded for borrowing UST, and both lender and borrower can earn using Anchor.

Since its launch, Anchor has witnessed immense growth and adoption. At the time of writing this article, the total value locked in the Anchor protocol

Medium

Sign up to discover human stories that deepen your understanding of the world.

**Free**

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

**Membership**

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

**Provide liquidity:** It is also possible to earn rewards by providing liquidity for ANC through staking ANC-UST LP tokens. You will find the actual APR on this page.

Using Anchor protocol is relatively easy. There is nothing like account freezes or a minimum amount to deposit before earning yields on savings, and there is a possibility to withdraw funds instantly. All it takes is a few basic steps and the user is good to go. Check out our step-by-step guide on using the platform and yield farming strategies on Anchor.

## Are there any risks associated with using Anchor protocol?



Sign up to discover human stories that deepen your understanding of the world.

**Free**

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

**Membership**

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

*Website*

*Twitter*

*Telegram*

*Facebook*

*Reddit*

---



Sign up to discover human stories that deepen your understanding of the world.

**Free**

- ✓ Distraction-free reading. No ads.
- ✓ Organize your knowledge with lists and highlights.
- ✓ Tell your story. Find your audience.

✦ **Membership**

- ✓ Access the best member-only stories.
- ✓ Support independent authors.
- ✓ Listen to audio narrations.
- ✓ Read offline.
- ✓ Join the Partner Program and earn for your writing.





 Everstake

### Solana (SOL) Staking via Trust Wallet

Solana is one of the fastest growing blockchains in the crypto industry. SOL…

Everstake in Everstake

### Как застейкать MATIC (Polygon Network) в кошельке MetaMask…

Разработчики Polygon Network, ранее известного как Matic Network, придумали…

---

# Medium

## Sign up to discover human stories that deepen your understanding of the world.

### Free

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

### ✦ Membership

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

See all from Everstake

## Recommended from Medium



# Medium

Sign up to discover human stories that deepen your understanding of the world.

**Free**

- ✓ Distraction-free reading. No ads.
- ✓ Organize your knowledge with lists and highlights.
- ✓ Tell your story. Find your audience.

**✦ Membership**

- ✓ Access the best member-only stories.
- ✓ Support independent authors.
- ✓ Listen to audio narrations.
- ✓ Read offline.
- ✓ Join the Partner Program and earn for your writing.





Grablin Pavel

Aggelos K

**Binance Labs is investing approximately $4.5**

Binance Labs, the venture arm of Binance, has made a strategic investment of up to $4.5…

**Indigo Protocol: A Roadmap to Optimizing Yield Earnings in DeFi…**

The rapidly evolving world of decentralized finance (DeFi) has opened the floodgates to…

---

# Medium

Sign up to discover human stories that deepen your understanding of the world.

## Free

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

## Membership

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.

See more recommendations

# Medium

## Sign up to discover human stories that deepen your understanding of the world.

### Free

- Distraction-free reading. No ads.
- Organize your knowledge with lists and highlights.
- Tell your story. Find your audience.

### ✦ Membership

- Access the best member-only stories.
- Support independent authors.
- Listen to audio narrations.
- Read offline.
- Join the Partner Program and earn for your writing.