# EXHIBIT 36

# Introducing ∧NCHOR

## A savings instrument for the 21st century

FOIA CONFIDENTIAL TREATMENT REQUESTED BY TFL

TFL_SEC_00196673



**ANCHOR** is a high APR money market account for your customers

FOIA CONFIDENTIAL TREATMENT REQUESTED BY TFL

# Basics







**5% APR**

**Withdraw/Deposit Anytime**

**ACH/Wire In and Out**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY TFL

# The APR Source

- 500K monthly customers are transacting $1.5mm a day with Terra ecommerce payment app
- Merchants pay a ~1% fee by on those transactions
- The transaction fees are distributed to Terra holders- which creates 5% APR



FOIA CONFIDENTIAL TREATMENT REQUESTED BY TFL

TFL_SEC_00196676

# User Onboarding is Simple



# Luna Staking Rewards



Annualized Return by Month

FOIA CONFIDENTIAL TREATMENT REQUESTED BY TFL

# PrimeTrust

## Regulated Nevada Trust company

Handles all USD deposits and withdrawals and deposits funds for APR earning into Anchor



FOIA CONFIDENTIAL TREATMENT REQUESTED BY TFL

TFL_SEC_00196679

# Protections



- Today not FDIC-insured

- Depending on expected deposit sizes, Terra may gurantee deposits for full value.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY TFL

TFL_SEC_00196680

# Besides Terra

## **ANCHOR** is backed by many well funded companiesvo







$1.5 billion market cap          Raised $122 million          Raised $232 million

FOIA CONFIDENTIAL TREATMENT REQUESTED BY TFL

TFL_SEC_00196681

# About Terra

Terra has raised over $40m from leading technology companies and top blockchain investors.
Terra is considered a leader and a pioneer in the blockchain payments space.

### TEAM

Research team from Harvard and Stanford
Engineering team members with strong roots from Stanford, IMO, Microsoft, and Google
Business team members from Goldman, BlackRock and Uber

### CHAI

Blockchain payment powered by Terra. 2M+ active payment users. $1B+ annual run rate.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY TFL

# Background on Terra

## Terra was co-founded by:

**DANIEL SHIN**

CO-FOUNDER

Founder of TicketMonster,
a leading ecommerce unicorn in Korea.
Economics @ Wharton



**DO KWON**

CO-FOUNDER

a Forbes 30 under 30 winner,
was previously the CEO of Anyfi
(wireless network)
Computer Science @ Stanford



FOIA CONFIDENTIAL TREATMENT REQUESTED BY TFL

TFL_SEC_00196683

**NEXT STEPS**

# Anchor launch in October

"Technical integration is only 10 lines of code"

FOIA CONFIDENTIAL TREATMENT REQUESTED BY TFL