# EXHIBIT 37

## Total UST Deposited In Anchor Protocol
5/4/21 – 5/6/22



Source: DefiLlama
Note: Chart displays the number of UST deposited in Anchor Protocol through the Terra blockchain.