# EXHIBIT 38

# THIS EXHIBIT HAS BEEN FILED UNDER SEAL