# EXHIBIT 39

```
 1            UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE        )
     COMMISSION,                    )
 5                                  )
            Plaintiff,    ) Case No.
 6       v.              ) 1:23-cv-1346(JSR)
                                    )
 7   TERRAFORM LABS PTE LTD. and    )
     DO HYEONG KWON,                )
 8                                  )
            Defendants.   )
 9   _____)
10
11
12
13
14      VIDEOTAPED DEPOSITION OF ARRASH CHRISTOPHER AMANI
15           Tuesday, September 12, 2023
16              New York, New York
17
18
19
20
21
22
23
24   Reported by:
     JEFFREY BENZ, CRR, RMR
25   Job No. 230912JBE
                          1
```

```
 1            UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE        )
     COMMISSION,                    )
 5                                  )
            Plaintiff,    ) Case No.
 6       v.              ) 1:23-cv-1346(JSR)
                                    )
 7   TERRAFORM LABS PTE LTD. and    )
     DO HYEONG KWON,                )
 8                                  )
            Defendants.   )
 9   _____)
10
11
12
13      Videotaped deposition of ARRASH CHRISTOPHER AMANI,
14   taken on behalf of Plaintiff at Kobre & Kim, LLP, 800
15   Third Avenue, New York, New York, beginning at 9:35 a.m.
16   and ending at 3:47 p.m., on Tuesday, September 12, 2023,
17   before Jeffrey before Benz, a Certified Realtime
18   Reporter, Registered Merit Reporter and Notary Public of
19   the State of New York.
20
21
22
23
24
25
                          2
```

```
 1   A P P E A R A N C E S:
 2   Attorneys for Plaintiff:
 3   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
     100 F Street NE
 4   Washington, D.C.  20549
     BY:  LAURA E. MEEHAN, ESQ.
 5        DEVON LEPPINK STAREN, ESQ.
     meehanla@sec.gov
 6   starend@sec.gov
     202.551.5346
 7
 8   Attorneys for Defendants:
 9   DENTONS US LLP
     1221 Avenue of the Americas
10   New York, New York  10020
     BY:  DOUGLAS W. HENKIN, ESQ.
11        ALYSSA LANDOW, ESQ.
     douglas.henkin@dentons.com
12   alyssa.landow@dentons.com
     212.768.6832
13
14   Attorneys for the Witness:
15   KOBRE & KIM, LLP
     201 South Biscayne Boulevard, Suite 1900
16   Miami, Florida  33131
     BY:  ANDREW LOURIE, ESQ.
17   andrew.lourie@kobrekim.com
     305.967.6107
18        -and-
     800 Third Avenue
19   New York, New York  10022
     BY:  CHRISTOPHER COGBURN, ESQ.
20   christopher.cogburn@kobrekim.com
     212.488.1289
21
22
     ALSO PRESENT:
23
     DEBBIE O'TOOLE, Videographer
24
25
                          3
```

```
 1
 2              INDEX
 3   WITNESS:  ARRASH CHRISTOPHER AMANI
 4     EXAMINATION BY:              PAGE
 5     MS. MEEHAN                    7
 6
 7
 8              EXHIBITS
 9   NUMBER       DESCRIPTION        PAGE
10   Exhibit 1   Employment Agreement,   75
                 Bates stamped Deel_SEC
11               000635 through 000645
12   Exhibit 2   January 18, 2022, chat   78
                 titled "Blockchain.com
13               TFL," Bates labeled
                 TFL_EMP_00036813 to
14               00036814
15   Exhibit 3   January 19, 2022, Medium   95
                 post titled "Formation of
16               the Luna Foundation Guard"
17   Exhibit 4   Master Services Agreement  114
                 between Terraform Labs,
18               DTE, LTE, and the Luna
                 Foundation Guard,
19               Bates-labeled
                 TFL_SEC_00244694 through
20               00244705
21   Exhibit 5   March 9, 2022, chat titled  120
                 "Terra by Blockworks,"
22               Bates stamped
                 TFL_EMP_00004775 through
23               778
24
25
                          4
```

**Page 101**

1 anything specific.
2    Q.  And it's fair to say that he was the
3 president of Jump Crypto, right?
4    A.  Yes.
5    Q.  What is Jump Crypto?
6    A.  I don't know.  It's a -- it's a -- my
7 understanding is it's a -- it's a market maker in
8 crypto.  And an investment firm.
9    Q.  When you say "market maker," can you tell
10 me what you mean by that phrase?
11    A.  I don't understand market makers that well,
12 but I just know that they provide liquidity and
13 trade, trade crypto for profit.
14    Q.  Did you understand that Jump Crypto acted
15 as a market maker for Terraform Labs?
16    A.  They --
17       MR. HENKIN:  Objection to the form.
18    A.  Yes.
19    Q.  And with respect to which crypto assets was
20 that?
21    A.  I don't -- I don't -- I didn't know which
22 ones, but I presumed any and all crypto assets.
23    Q.  When you say "any and all crypto assets,"
24 do you mean any and all Terraform crypto assets?
25       MR. HENKIN:  Objection to the form.

**Page 102**

1    A.  Yeah.
2    Q.  Did that include Luna?
3       MR. HENKIN:  Same objection.
4    A.  Let me rephrase this.  I didn't think about
5 it that much, but I guess, yeah, I would have assumed
6 that they would have been market makers for a lot of
7 different tokens in crypto, including ours.
8    Q.  And did that include Luna?
9    A.  Yes.
10    Q.  Did it also include MIR, the MIR token?
11    A.  I didn't think about that.
12    Q.  Underneath Kanav --
13    A.  To be clear, like, I don't even know if
14 they were a market maker for Luna, but I would have
15 assumed that they were.
16    Q.  Why would you have made that assumption?
17    A.  Because we worked closely with them, and I
18 knew they provided market-making services for
19 Terra, TFL.
20    Q.  How did you know that they provided
21 market-making services for Terra?
22    A.  Just like institutional understanding.
23    Q.  Did you have conversations with Do Kwon
24 about that?
25    A.  No.

**Page 103**

1    Q.  Did you have conversations with other
2 Terraform employees about it?
3    A.  Maybe.  But I don't remember.
4    Q.  So the next person on this list here is an
5 individual that's named Remi Tetot.  That's
6 T-E-T-O-T.  Who is -- who is Remi Tetot?
7    A.  He's kind of like someone who was involved
8 in the ecosystem and was a fairly good promoter of
9 the ecosystem.  He would use protocols, tweet about
10 them.
11       I was familiar with who he was from Real
12 Vision.  Real Vision was a service that I had used in
13 the past prior to even getting involved in crypto.
14 So I knew him from -- I -- I didn't know him, but I
15 knew of him from that platform.  And he just somehow
16 got involved with the Terra ecosystem as well around
17 the same time that I did.
18    Q.  You had referenced the ecosystem in your
19 answer.  I just wanted to clarify.  You're referring
20 to the Terraform ecosystem, right?
21    A.  The Terra -- I would say the Terra
22 ecosystem, meaning like the -- the group of projects
23 and community members that formed around either Terra
24 the blockchain or Terra the set of stablecoins.
25    Q.  And the next person on this list is

**Page 104**

1 Jonathan Caras, C-A-R-A-S.  Who is Jonathan Caras?
2    A.  He is the founder of the Levana Protocol.
3    Q.  What's Levana Protocol?
4    A.  It's a protocol -- Levana -- it's a
5 protocol for leveraging any asset.  That's how they
6 got to the name Levana.  You kind of like break up
7 to -- with the letters, and it's like a leverage
8 protocol.
9    Q.  Did he have any relationship with
10 Terraform?
11    A.  He was an ecosystem partner so anytime
12 there was someone building in our ecosystem and we
13 knew about it, we would try to reach out and maintain
14 a relationship and see if we could be helpful to
15 them.
16       I believe that either TFL or Do was an
17 investor in that project.
18    Q.  In which project?
19    A.  Levana Protocol.
20    Q.  And when you say "anytime someone is
21 building in our ecosystem," what do you mean?
22    A.  Meaning anytime someone's building on
23 Terra, they can -- if they reach out to us and want
24 help, we will help them.
25    Q.  When you say "building on Terra," do you