# EXHIBIT 40

**Short Message Report**

| Conversations: 1 | Participants: 567 |
|---|---|
| Total Messages: 6355 | Date Range: 5/23/2021 |

**Outline of Conversations**

 **Terra Network - 2021-05-23** · 6355 messages on 5/23/2021 · ++ • . . • / • @MOONEYBAGZ •
@boycent • @impactframes • A B / ki0x - Will not DM u • A J • ACO • AM • Abhiyender Singh Mahal •
Adrián P • Agent 8 • Agent167 • Aiden • Alex • Alex M • Alex ✥ • ∞ • Ali B • Ali Husain • Alpha Alf • Alpha
Seeker • Andrea ◯ • Andrew • Andrew Campbell-Boross • Andy • Anil Kumar • AnonMaker •
Anthony • Apoorva • AquilaS • Arbs • Arca • Ariel • Assaf | SCRT Labs • BBC Asian • BH • BJP • BK • BO
• BadBeard • Banaj Banaj • Barry Gibb • Bbusy • Bdon Bert • Beck • Ben • Berk Toygar Kavak • BigB -
Smart Stake Validator - Dont Trust DMs • Billy Bob • Bitcoin Bundy • Bitcoin Papi • Blobimon • Bob Luna
• Bobo • Boby J • Bone Hodler • Booerj • Brian • Brian (space randy savage) • Brian Lu • Brother
Greenmoon • Bruno Nogueira • Buckie Llano • Buzion • C - ? • CA VIJAYKUMAR • CGA • CJ ? | GT (will
not dm first) • Cai ♟|Holder • Cephii • Chris • Chris Aus • Christopher M • Chris⚡ ? • Cliff • Combot •
Connor • CowboyCoop • CrazyyyAlex • Crispy ? • Crodders ?? • Crypto Dolphin • Crypto Goblinz •
Crypto Lunatic • Crypto Machine • Crypto Surfer • Crypto Truffle Pig • Crypto World • CryptoJoker •
Cryptonian | finnt • D • D Mid monster • D W • DAD ??⎇ • DD Game • DEX • Dale • Dan Stark • Dandy
? • Daniel Gok • Darren • Daryl Slein • Dave • Dawid • Dawid Kmieć • Dawse • Dennis • Dennis Wilm •
Dhonz • Diede • Do Kwon ? • Doctor Klahn • Donald • Dr Avi R • Dreamartist • Drew • E • EC83 •
ELIZABETH SWANEY • Ed • Edge • El • Erik - Founder UniX Gaming • Ernestas | GT | Won't DM first •
Evan • Evan Docs • Evo • Fabian • Fan_crypto • Farmer D Brown • Fat L • Fatih • Felipe GC • Felix A •
Firminho Shroeder • Fizz • Florent • Flyte • Fox • FoomFoom • Fredi Krupich • Freeverse • Froome Will •
Fud MacKenzie • Fynn? • G.O.T.I LUCAS • GABBAR is Back • GMICap • GRF _ • GainSeeker • General
Tso • Ghostrock • Gianmaria • Gooooooood • Grover • Guillaume • Gurmeet Singh • Guy Polio - Will not
DM | LunaBulls • H • HDOC TRA • HICH • HJ • HaR • Haki • Halo23 • Hamed • Hao Farêche Zaasbie? •
Harry • Harshit • Hello ? • ติษย์จาน qiU_Uip • Henry Hill (The Gambler) • HeyJoliet • HogerLaagst ? •
Humble Builder ? • Huy Đức ? • Iepuras • If you DM me, I will BLOCK you • Iiiiik Kkkkippp • Incorrect •
Ivo • J • J JUN • J K • J.H • JBAIX • JC • JD • JJ • JT • Jack • Jack Sparrow • Jaimin Sibal • James
William • Jamin • Jan • Jan Wojtkowski • Jane • Jangho_unchained • Jari • Jason • Jay P • Jaçk Sprw •
Jesse P • Jet • Jim Duggan • Jisu Jung • Joe • Joey Allbritton • Joh • John • John Slime • Johnny •
Johnny D • Jon • Jordy • Jordy Knip • Josef • Josh Nebula • Josip • Julian • Jun • Jun Misugi • Jurek
Ogorek • Just Virous • Justin - LunaOrbit Validator • Juul Cesar • K.B • KCW ? • Kachel • Kaib • Kaleen
Bhaiya • KarbenO • Kash Nuts • Kasper Wisnia • Kazzy | Terrascope • Kev Degen • Keyman • Klaus
Claws • Knicky Tee • KnifeOfPi • Konner Moshier • Kordi • Ky • Kyle Ho • L • LONE Ranger • LOUDZY •
Lai Yuen • Larry • Lawrence James • Lead Farmer • Legomakers • Lenin Govea • Les F. Goh • Let's Do
This ???? • Liquidity King • Luc | Orne.io • Ludvig XIV • Lunahold • Luuk (Won't PM First) • Lycapolis •
Lysander • Làm lại Từ đầu với EOS • M.I.T • MB • MH • MRS • Maarten | GT • Magnatum • Major Tom •
Makio • Malik • Malvin • Manny Moe • Marc ? • Marcin • Marcow • Mark McDermott • Martin ??? • Martyn
• Mateusz Gliński • Matthew • Maury • Maxime • Ma?Vlx? • Mehmet • Micha • Michael • Mickey Finn •
Midas • Mig • Mike • Mike | GT | Will not DM you • Mike933 • Mikevyzn • Milt • Mikyy • Mk • Mo • Mogly ? •
Mr Plumtree • Mr. ? • Mryoda • Mullins • M€sCry • N • Nash-node • Nat rekt • Netherlol • Nick • Nick | GT
? • Nidschi • Nin • Nityam Agarwal • Nnn Icer • Norm E • OIO • Olle • Ori • Other Mike • P • P S • P2mun •
PMod • PPerry C. • Papi • Pappy Van Osmo • Paul Andawg • Paul Hawks • Perfect Legato • Pete.UST •
Peter • Picay • Pierre • Pieter • Pjoter • Plankton 🐳 • ติษย์เซียนแฟง • Poom | I will Never DM • Prof
Pampnomics • Psodj • Purevkhuu • Qntrabina M4 • Question That • R • R . • R I • R O • R S • RAY LIU •
Raj | CC • Rakat Tui • Ratz • Raul Senders • Red SHRIKE btc • Reiss • Rekt pleb • Retardo Mongolen •
Rico Dc • Rico ? WONT DM FIRST! • Rikta • River ?⎇    to 100$ • Robert • Robert Chang • Robert
Frank • Robot • Rod H • Roderick • Rodion Longa • Rodrigo Gaona • Roger Mainfield • Romulo Heredia •
Ron • RonsenBurnsen • Rory • Rover200 • Rtdmus • Ruud Boymans • Rwizard • S Moon • S Z •
SJ_SHARKS • STT • SYATI • Saad • Salem . • Sam Hatley • Sam Sepiol • Sandachrew • Santosh
Kathiravan • Sara • Saren • Satria | GT Capital • ScrtLuna • Seb • Selltop • Serc • Sergei Max • Sergej
Zlahtic • Shaun • Shaun|TerraAssist| Never DM First • Shillgo Baggins • Shreyas • Shwetank Bhansali •
Signum • Sir David Shillington • Sithlord Pepe ( Will never DM you) • Smokestack • Some Guy • Sow •
Spartacus Hibernatus • StHash • Steve Great • Steve Jo • Stoboselector • Strong Viking • Styx •
Sudesha NFT • SunKing • Sunil • SuperTrampCapital • Suraj • Sven • S̶A̶I̶N̶T̶ • T R • T S • TYS • Taek

Kwon • Taster: block scam dm/call • Techguy79 • TellYouWhat • TerraBull • Terran Rover ?⚓ • Terry • Thadeus • The Count of Monte Crypto • The Pipe • The UNC • TheKidd • Themistocles • Theo Valente ?? • ThoR • Thorium • Thuần Z • Tin • Tino. • Tnk Bearllish • Token Economist • Tony • Tony Ivanova • Travels A Lot • Triumph • Trolleman • Trustrus • U C • Unknown • VAULT • Vale Kris • Vern Verveine • Vik1234 • Viktor • Vini • Vitor • Vlad • W • W M • WOO • Waynes • Wick 27 • Wildthing86 • Winner_meet&greet_Jun_Do • Woj • WonderFull • Www • X • XzombieX • YASSINE nymyde • Youssef • Yung Astronaut ? • Zapf • Zen Woo • ZenDog • ZenVin • Zzzzzzzzzzzzzzzzzzzzzzar • [KFC] Colonel Sanders • alex C ?? • alphaDefi fund • arnaud • arsmoriend1 • avi S • bLuna ?? • baggygram • baikeri • boot • brix • btcdentist • bthemouth • condoriano • corkus • czglory • darvinder • dec3ntraliz3d • desimulator01 • dgbb gbb • doo Ho • ftv • gary beh • glmr glomr • gorgeous danton • haykoooooo • in the makeing • is • ivan • jA?Sol é • jeff feng • jim • karenkaede • kat Movie • kun kung • l0vemen0t • คิษย์ปลาวาฬ? • lunadealer ? • lv976 • lysium Alpha • mi • michael w • mike • mushroom soup • mustardmania • n3mo • nEkT@r • nachodon • newbley _ • ngavol • onetwoitsthewu • paul a. • penyhuny • revilO{§ = §}$ane ¦ CryptoCrew? • ricky spanish • rqdw • ryan • smartass111 • spotrader • srpkk • steven mackie • terra mir • thelawenforcer • tony • trade • vox • w1nsama • wang0805 • youngster • z ww • Čøññëłł • крам • ⚓bRawlaphant? • 刺突蛋 • 哈 哈 • 寂寞雪 Read my fucking bio before PM me! • 강 민 재 • 김치찌개 • ????? ?????? • ?????? ?????? • ??Cryptololeitor? • ?? Daniel | Strategy • ???? Big Ren Ren

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬   **Terra Network - 2021-05-23**

**A** | **Arca** | 5/23/2021, 12:00 AM
this is active and knowledgeable telegram though, I had some questions was immediately answered by some admin or community members

**A** | **Arca** | 5/23/2021, 12:00 AM
A good sign

**X** | **XzombieX** | 5/23/2021, 12:01 AM
Yeah seems like good ppl

**SM** | **steven mackie** | 5/23/2021, 12:01 AM
you ever think if he said something helpful, people would buy a falling knife?

**SM** | **steven mackie** | 5/23/2021, 12:02 AM
Do is not stupid.  He knows that volatility is risky, he doesn't want to influence people right now

**SM** | **steven mackie** | 5/23/2021, 12:02 AM
that's why he's commenting and still alive, just not releasing massive shit yet

**SM** | **steven mackie** | 5/23/2021, 12:03 AM
He did, and he made me a fuck ton of money.  So I can't complain.  How are you?

**BL** | **Bob Luna** | 5/23/2021, 12:03 AM
+1

**SM** | **steven mackie** | 5/23/2021, 12:03 AM
y'all are acting like he wasn't there for us.  take profit when you can yo

**A** | **Arca** | 5/23/2021, 12:04 AM
Do liked to hype around product releases, but I think he's just excited about what he built though

**A** | **Arca** | 5/23/2021, 12:05 AM
What is the status of proposal on redistributing reserve to users after the liquidations

**DK** | **Doctor Klahn** | 5/23/2021, 12:05 AM
Anchor isn't an exchange.  When there is a huge market dump I'm not frantically on exchanges trying To dump my crypto. Sk your comparison is a bit off.  Anchor is a Platform where there is an understanding on both sides that loans can be liquidated   . I feel like I did everything I could in advance to stop that from happening.  I'm not sure how Terra planned their contingencies for a huge network surge.  If it was unavoidable due to computer intricacies that are beyond my expertise then I wish them no ill will however I still do not want to risk any more funds going forward if that is the case.

Honestly your comments seem aggressive and I'm not sure why you're upset with what I wrote. I said straight away I'm fine and not mad and am not out on Twitter bashing Terra and anchor.  I saw a comment someone made saying that getting liquidates is solely to blame on the person for being irresponsible with their loan and thought I'd share my experience.

**BL** | **Bob Luna** | 5/23/2021, 12:06 AM
What?

**T** | **Theo Valente ??** | 5/23/2021, 12:06 AM
NP. Just wanted to know if it was >20%

**C** | **CGA** | 5/23/2021, 12:07 AM

https://twitter.com/cpt_n3mo11/status/1395307809017765890?s=20

**BL**   **Bob Luna**                                                                      5/23/2021, 12:10 AM
Can someone point me to Do's terra address?

**N**   **nachodon**                                                                      5/23/2021, 12:11 AM
Bottom line is that all this is pretty new. If you expect 100%+ returns and no risk of occasional failure — well, sorry- but you're  a delusional individual

**DK**   **Doctor Klahn**                                                                  5/23/2021, 12:13 AM
Yes thanks. Good read. However, I think that for now I'm just going to stay away from DeFi loan protocols in general.  So hopefully I won't get rugged when I start some new yield farming scheme 😂😂

**S**   **Seb**                                                                           5/23/2021, 12:13 AM
Lol

**N**   **nachodon**                                                                      5/23/2021, 12:13 AM
Early adopters face greater risk.  If you aren't comfortable adopting early than go collect stamps

**X**   **XzombieX**                                                                      5/23/2021, 12:14 AM
I was comfortable aping into all types of shit. Now I'm paralyzed and scared of doing anything lol

**X**   **XzombieX**                                                                      5/23/2021, 12:14 AM
Some ptsd shit

**X**   **XzombieX**                                                                      5/23/2021, 12:14 AM


*Attachment: mp4 (79).mp4 (84 KB)*

**A**   **Arca**                                                                          5/23/2021, 12:14 AM
Welcome to crypto

**A**   **Arca**                                                                          5/23/2021, 12:15 AM
The welcome doesn't happen when everything is trending up, welcome hug ? happens when market crash

**N**   **nachodon**                                                                      5/23/2021, 12:15 AM
You wanna get sucked in by ceo hype do it. I trust Do but I know he don't give me refund if I'm an idiot

**N**   **nachodon**                                                                      5/23/2021, 12:16 AM
OPPORTUNITY  you can't see it?

**N**   **nachodon**                                                                      5/23/2021, 12:18 AM
Bad luck dude.  Nacho is here. Hahaha

**N**   **nachodon**                                                                      5/23/2021, 12:19 AM
He didn't disappear. He's working.

**N**   **nachodon**                                                                      5/23/2021, 12:20 AM
This is a decentralized protocol. You want him to hold your dick?

**#**   **. .**                                                                           5/23/2021, 12:20 AM
Agree.

**D**   **Darren**                                                                        5/23/2021, 12:20 AM
When price drop, all fud came out

N **nachodon**                                                    5/23/2021, 12:20 AM
Hahah not good thing to say when I'm around

N **nachodon**                                                    5/23/2021, 12:20 AM
😄

D **Darren**                                                      5/23/2021, 12:21 AM
Columbus5 is the solution for all this fuds..he is pushing hard to get it deploy i think

N **nachodon**                                                    5/23/2021, 12:21 AM
Yah great. All good communities benefit from a good meme

\# . .                                                           5/23/2021, 12:22 AM
Nacho-! Why arent u gonna sleep-!? 🙂)

ZW **Zen Woo**                                                    5/23/2021, 12:22 AM
If you are concerned about Do and Terra, then take your money elsewhere. Find something that works for you, everyone here invested understands the kind of risk they undertake and we are fine with it. If it does not suit you, simply pack and move. There are tons of alt coins with good potential out there, maybe with better communication if that is something that you are concerned about.

S **Seb**                                                        5/23/2021, 12:22 AM
Hey man , UST market cap is not going to be dependent on Luna price .
I believe UST mCap at the end of the year will be significantly higher than today

X **XzombieX**                                                   5/23/2021, 12:23 AM
When do you expect the peg to go back to 1.00

N **nachodon**                                                    5/23/2021, 12:23 AM
Little cracks lol.  The analyst. Care to jump on a zoom with me now and show me where you live?   I wanna see the critic

N **nachodon**                                                    5/23/2021, 12:23 AM
I'm convinced most hard core ingrates live in tents

TS **T S**                                                       5/23/2021, 12:24 AM
Ah he should 100%. We need Do and everyone else to work, and we should support them.


That said
Do is the face of Terra. He is an excellent cheerleader, a natural born marketer and spokesperson. We all love his confidence and vision. But coming out in times like this and rally the troops, boost the morale is
 good leadership.
 It's not unreasonable to expect tbh.


B **btcdentist**                                                 5/23/2021, 12:24 AM
how is everyone holding up? its really cool to see LUNA in mint action. doing what it needs to do to save the UST peg.

N **nachodon**                                                    5/23/2021, 12:24 AM
Did you say this to me?

B **btcdentist**                                                 5/23/2021, 12:24 AM
Do should not be a central point. this is afterall a defi project

D **Darren**                                                     5/23/2021, 12:24 AM
Let the shark bought from paper hand, price push up then mint

**#**    **. .**                                                 5/23/2021, 12:25 AM
T^T

**TS**    **T S**                                                 5/23/2021, 12:25 AM
We all know it's not. Terra is TFL and related entities. Very very few truly independent projects are building on Terra (it's growing but it's small)

**B**    **btcdentist**                                           5/23/2021, 12:25 AM
pretty amazing. chart

**N**    **nachodon**                                           5/23/2021, 12:25 AM
Dont fuck with me

**Z**    **Zzzzzzzzzzzzzzzzzzzzzzzar**                        5/23/2021, 12:26 AM
There's some crazy FUd on twitter now

**D**    **Darren**                                             5/23/2021, 12:26 AM
Everything happened for a reason

**PL**    **Perfect Legato**                                  5/23/2021, 12:26 AM
At this rate Nacho's gonna be the crypto's most wanted serial banner, known for banning degens and fudders lol 😈

**B**    **btcdentist**                                           5/23/2021, 12:26 AM
I think LUNA see more downside. UST peg at risk?

**D**    **Darren**                                             5/23/2021, 12:26 AM
Let that fud float around so that shark can get cheap

**Z**    **Zzzzzzzzzzzzzzzzzzzzzzzar**                        5/23/2021, 12:27 AM
It looks terrible I'm not gonna lie

**N**    **nachodon**                                           5/23/2021, 12:27 AM
Most crypto charts look similar

**PL**    **Perfect Legato**                                  5/23/2021, 12:27 AM
the stupid fud tweet that has 600 followers? yeah i saw that.

**Z**    **Zzzzzzzzzzzzzzzzzzzzzzzar**                        5/23/2021, 12:27 AM
I'm shocked that I have 50 coins and Luna is performing worse than the others

**B**    **btcdentist**                                           5/23/2021, 12:27 AM
not manipulated. legit dumping of UST. entire crypto market got shook. LUNA doing what it's meant to do. safety net for UST

**Z**    **Zzzzzzzzzzzzzzzzzzzzzzzar**                        5/23/2021, 12:27 AM
Not kidding

**N**    **nachodon**                                           5/23/2021, 12:27 AM
Weekly chart = brutality.

**N**    **nachodon**                                           5/23/2021, 12:27 AM
I won't lie

**K**    **Kaib**                                              5/23/2021, 12:27 AM
Ust peg must be addressed or Luna is dead

**P**    **Psodj**                                           5/23/2021, 12:27 AM

I thought he had some decent concerns. whose wallet is this?
https://zapper.fi/dashboard?address=0x447f95026107aaed7472a0470931e689f51e0e42

**B**  **btcdentist**                                                                  5/23/2021, 12:28 AM

i agree exactly. UST peg is a serious problem. why would users stay? why not just go to Ethereum

**N**  **nachodon**                                                                   5/23/2021, 12:28 AM

Exactly. System is a FINE Swiss watch

**RH**  **Romulo Heredia**                                                            5/23/2021, 12:28 AM

I don't think it's over. We don't look with any support. Hopefully it finds support!!!

**B**  **btcdentist**                                                                  5/23/2021, 12:28 AM

hey nacho!! love your youtube vids man!!!

**N**  **nachodon**                                                                   5/23/2021, 12:29 AM

🥃🥃

**MS**  **mushroom soup**                                                             5/23/2021, 12:29 AM

What tweet

**Jé**  **jA?Sol é**                                                                  5/23/2021, 12:29 AM

Wha can i dowith my SDTs?

**P**  **Psodj**                                                                      5/23/2021, 12:29 AM

I'll dm you

**B**  **btcdentist**                                                                  5/23/2021, 12:29 AM

i at first didn't understand the vids, but as I started playing around Terra more, wow.... that youtube series you made is gold. should be a Terra user manual for all neebs

**Z**  **Zzzzzzzzzzzzzzzzzzzzzzzzar**                                                  5/23/2021, 12:29 AM

Nacho should address this twitter thread imo

**TI**  **Tony Ivanova**                                                              5/23/2021, 12:29 AM

Just repaid my loan. Have not been liq. even once during these charming times. Have kept my mouth shut although it is that time of the month and was actually dying to kill my bf and most of the ppl in CT.... All in all, I think that Saint Tony has a nice ring to it 😊 Now I think I am going for a long vacation away from Telegramm to learn Rust but first wanted to gracefully leave what I learned here: 1) Never ever ever trust a shiller that has not read the whitepaper and is bitch talking 2) Always try to hear what is being said and not what you want to hear 3) Never FOMO into anything 4) There is no free lunch 5) Always have a backup plan 5) Never trust a person that needs your money. 6) This too shall pass 7) Learn a valuable skill if all else fails 🙂 Probably have broken several rules, so feel free to ban me Nacho - again great videos btw 😁

**TS**  **T S**                                                                      5/23/2021, 12:30 AM

DM me too would love to check

**#**  **. .**                                                                       5/23/2021, 12:30 AM

U guys know sometimes KRT is also not pegged well temporarily ~ don't blame Terra station.

**#**  **. .**                                                                       5/23/2021, 12:30 AM



*Image: photo_4260@23-05-2021_00-30-40.jpg (76 KB)*

**XzombieX**                                                          5/23/2021, 12:30 AM

Link?

**Unknown**                                                          5/23/2021, 12:31 AM

Good luck buddy!

**Unknown**                                                          5/23/2021, 12:31 AM

Which one? This?
https://twitter.com/crypto_plato/status/1396280216385843201?s=28

**btcdentist**                                                       5/23/2021, 12:31 AM

https://www.youtube.com/watch?v=Tp75ECZUOiU&t=13s

**btcdentist**                                                       5/23/2021, 12:32 AM

pretty amazing youtube vid series this guy man. for you to get a grasp on how to utilize the Terra ecosystem

**Zzzzzzzzzzzzzzzzzzzzzzzar**                                        5/23/2021, 12:32 AM

Yeah this one

**Psodj**                                                           5/23/2021, 12:32 AM

Presumably

**Zzzzzzzzzzzzzzzzzzzzzzzar**                                        5/23/2021, 12:32 AM

@nachodon

**nachodon**                                                        5/23/2021, 12:32 AM

I'll warn you guys once. When I'm here - you better keep
It classy and constructive.  I don't owe you SHIT in terms of letting you "voice your opinions". And I could give one f*ck
less if you sell.  if you approach it / or me the wrong way -don't  say I didn't warn you.

**XzombieX**                                                        5/23/2021, 12:32 AM

Thanks

**Unknown**                                                         5/23/2021, 12:33 AM

how did terra network chat become a congregation of low IQ people?

**TS**  **T S**                                                                    5/23/2021, 12:33 AM

He is not wrong in the sense that UST usage is what propels LUNA. If UST has issues, LUNA is
 designed
to backstop it = down. I can see how it can be a vicious circle but I don't think we are there. That said, UST needs to
regain trust and usage.

**Z**  *Zzzzzzzzzzzzzzzzzzzzzzzzar*                                                5/23/2021, 12:34 AM

Maybe because people are rekt

**Z**  *Zzzzzzzzzzzzzzzzzzzzzzzzar*                                                5/23/2021, 12:34 AM

?

**U**  **Unknown**                                                                 5/23/2021, 12:34 AM

amazed at the idiotic ideas and opinions being expressed here

**#**  . .                                                                         5/23/2021, 12:34 AM

Just subscribed your youtube Nacho-! I didnt know you have one. 😃

**Z**  *Zzzzzzzzzzzzzzzzzzzzzzzzar*                                                5/23/2021, 12:35 AM

Sir I'm low IQ does this mean I can get more USDT from UST?

**PL**  **Perfect Legato**                                                         5/23/2021, 12:35 AM

fudders succeeded to draw in more fudding degens

**B**  **btcdentist**                                                              5/23/2021, 12:35 AM

peg is showing .98 cents. I mean its' not broken. but perhaps community is not minting enough Luna? needs to flood the
system with UST to maintain peg, perhaps community doens't want LUNA price to fall further?

**U**  **Unknown**                                                                 5/23/2021, 12:36 AM

its so silly everyone think its end of wolrd and the genius behind the terra system and its dApps are broken because of a
price dip

**B**  **btcdentist**                                                              5/23/2021, 12:36 AM

in a centralized system, the FED central bank would print like crazy to save the integrity of the system. But this is all
decentralized and needs community consensus. Do kwon cna't just mint without permission. The drawbacks of a
decentralized system is perhaps its slow to react. slight inefficiencies

**N**  **nachodon**                                                                5/23/2021, 12:37 AM

Lol. 1.65 cents off peg. World over. Life Over.

**B**  **btcdentist**                                                              5/23/2021, 12:37 AM

that's perhaps why we are seeing peg not react quickly enough

**#**  . .                                                                         5/23/2021, 12:37 AM

🤣🤣🤣

**D**  **Darren**                                                                  5/23/2021, 12:37 AM

🤡



*Image: AnimatedSticker (30).tgs_thumb.jpg (7 KB)*

*Attachment: AnimatedSticker (30).tgs (13 KB)*

**C**  **CGA**                                                                5/23/2021, 12:37 AM

I don't really see how UST has lost trust. Infact UST has held its peg amazingly well for an algorithmic stablecoin that has a marketcap of 2B USD (even in a black swan event of sorts)

I think idea that a 1.5 percent de-deviation is depeg is not correct. That is the spread around when arbitrage loops kick in.

Add to it that Jump liquidity has brought it a new proposal to improve on-chain liquidity which on implementation should work to further reduce UST deviations further

**M**  **Maury**                                                             5/23/2021, 12:38 AM

Hello guys does it exist terra station app right? Does it manage anchor too?

**#**  **. .**                                                               5/23/2021, 12:38 AM

Agree

**N**  **nachodon**                                                          5/23/2021, 12:38 AM

Held AMAZZZZZINGLY WELL

**G**  **GMICap**                                                            5/23/2021, 12:38 AM

This FUd
https://twitter.com/crypto_plato/status/1396280216385843201?s=28

**TS**  **T S**                                                              5/23/2021, 12:38 AM

Actually I agree. It didn't lose
 trust
but it is losing usage. And in this case Luna is designed to backstop it and go down. In fact, everything is working as it should.

**TS**  **T S**                                                              5/23/2021, 12:39 AM

But this means Luna down

**G**  **GMICap**                                                            5/23/2021, 12:39 AM

any1 can debunk dis?

**W**  **WOO**                                                               5/23/2021, 12:39 AM

how can i mint LUNA with UST?

**N**  **nachodon**                                                          5/23/2021, 12:39 AM

You follow stables much? Lol

**G**  **GMICap**                                                            5/23/2021, 12:40 AM

i wouldn't say it's losing usage? sure it's not growing, but not dipping below 2B yet..

**N**  **nachodon**                                                          5/23/2021, 12:40 AM

Do ya?  That's great. I'm glad you find it strange

**C**  **CGA**                                                                5/23/2021, 12:40 AM

It's been around 1.5 percent for the most part except for occasional wicks which are immediately kicked back via arbitrage

Just look at UST-USDT on Kucoin

**B**  **btcdentist**                                                5/23/2021, 12:40 AM

yes UST's main competitor is DAI. So we need to match their performance

**TS**  **T S**                                                      5/23/2021, 12:41 AM

0.98 is a non-issue for real. Don't even get worried before 0.95

**N**  **nachodon**                                                  5/23/2021, 12:41 AM

I've seen dai 4 cents off the peg OFTEN

**TS**  **T S**                                                      5/23/2021, 12:41 AM

And DAI used to be exactly this volatile before it matured

**Z**  *Zzzzzzzzzzzzzzzzzzzzzar*                                      5/23/2021, 12:41 AM

Honestly I think whales are doing weird shit with Luna and bluna arbitrage and that's what's fking up the chart and the peg

**N**  **nachodon**                                                  5/23/2021, 12:42 AM

You'd have to have a brain for me to explain it

**N**  **nachodon**                                                  5/23/2021, 12:43 AM

Probably longer than you'll last in this room.  Any other questions?

**B**  **btcdentist**                                                5/23/2021, 12:43 AM

must be alittle short on patience cause of the recent market turmoil

**C**  **CGA**                                                       5/23/2021, 12:43 AM

Not the correct metric to judge

1) Not fair to compare with USDT ideally. Hopefully as LUNA liquidity increases with time, we will get there.

2) As relates to DAI, read this:
https://medium.com/@hasufly/maker-dai-stable-but-not-scalable-3107ba730484

**BD**  **BigB - Smart Stake Validator - Dont Trust DMs**            5/23/2021, 12:43 AM

The concerns raised in referenced tweet are totally wrong. even at present:

-
@anchor_protocol
 deposits are 287m -
https://anchorprotocol.com/dashboard

-
@mirror_protocol
 still has a TVL of ~2b (down from 2.4b). Most of it comes from base funding in
$UST
 (minting mAssets, 50% LP etc) -
mirror.smartstake.io

-
$MIR
 assets are listed in 10+ defi platforms Most of them likely support
$UST
 too. They aren't running idle

$UST
 is exclusively (independently of
$MIR
) listed in another 10+ defi platforms. I haven't used most of these platforms but checked out couple
- Nerve Finance - a small/upcoming platform in 2 weeks has 10m
$UST
 @
https://app.nerve.fi/pools/ust

- Curve has 40m
$UST
 @
https://curve.fi/ust

Clearly this is misplaced concerns. DYOR & don't form negative opinions on everything just because of price

https://terra.smartstake.io/eco

https://twitter.com/SmartStake/status/1396325658322669572

---

**C**  **CGA**                                                                5/23/2021, 12:43 AM
UST deviation will improve further after Jump's proposal

**N**  **nachodon**                                                           5/23/2021, 12:43 AM
Who?

**Z**  **Zzzzzzzzzzzzzzzzzzzzzar**                                           5/23/2021, 12:44 AM
Guys it's best not to ban, let people ask questions. If you ban that just worsens the cycle of FUd and misinformation

**C**  **CGA**                                                                5/23/2021, 12:44 AM
https://agora.terra.money/t/liquidity-parameters-2/1175

**C**  **CGA**                                                                5/23/2021, 12:44 AM
Just give it a read

**U**  **Unknown**                                                            5/23/2021, 12:45 AM
who banned tae kwon guy? 🤣 i was about to reply to him and now hes gone

**J**  **Josip**                                                              5/23/2021, 12:45 AM
Did the guy asking questions just get banned and his questions deleted?

**U**  **Unknown**                                                            5/23/2021, 12:45 AM
good

**U**  **Unknown**                                                            5/23/2021, 12:45 AM
riddance

**C**  **CGA**                                                                5/23/2021, 12:45 AM
Understand that things need to scale gradually. We don't want to create a stablecoin that can go hand in hand with USDT
without increasing LUNA liquidity

**C**  **CGA**                                                                5/23/2021, 12:45 AM
I didn't ban him

**BD**  **BigB - Smart Stake Validator - Dont Trust DMs**                     5/23/2021, 12:45 AM
responded to some of the wrong information in this. see my tweet linked above

**C**  **CGA**                                                                5/23/2021, 12:45 AM
Not sure who did

N | **nachodon** | 5/23/2021, 12:45 AM

I did

U | **Unknown** | 5/23/2021, 12:45 AM

thanks

TS | **T S** | 5/23/2021, 12:46 AM

Banning is bad, he was not an asshole

N | **nachodon** | 5/23/2021, 12:46 AM

But he wasn't u

N | **nachodon** | 5/23/2021, 12:46 AM

Oh yah i warned before hand. They failed to heed. Lol

U | **Unknown** | 5/23/2021, 12:46 AM

oh i thought it was you and you gave up the profile pic and do in your name when price dipped 🤣

C | **CGA** | 5/23/2021, 12:47 AM

Further Columbus-5 will allow more changes in the on-chain parameters on a more dynamic basis as LUNA off-chain liquidity improves

N | **nachodon** | 5/23/2021, 12:47 AM

I could care less if we have 3000 less people in here.  We're going to moon without them

SF | **Shaun|TerraAssist| Never DM First** | 5/23/2021, 12:48 AM

Liquidators are selling  mostly. Not weak hands. 😂 lets not shy away from the truth now. 😂

C | **CGA** | 5/23/2021, 12:48 AM

We haven't seen a scalable algorithmic stablecoin yet.

C | **CGA** | 5/23/2021, 12:48 AM

UST is the first one. Also the first  one to achieve this large a marketcap

PL | **Perfect Legato** | 5/23/2021, 12:48 AM

that's a legit concern

NA | **Nityam Agarwal** | 5/23/2021, 12:48 AM

Cool down bro.. I know there's a lot of FUD going on.. We all know the project is really very good.. So all good projects face this load of sh*t initially.. But with time, what we need to do is buidl.. So would just request the Dev's to keep buildng and if possible get the UST peg on the line to avoid others FUD

C | **CGA** | 5/23/2021, 12:49 AM

https://t.me/TerraLunaChat/282304

DH | **doo Ho** | 5/23/2021, 12:50 AM

terra is selling their portions at market??

N | **nachodon** | 5/23/2021, 12:50 AM

Lol. Bro. Relax. Mich things already built - awaiting audits and so many things in pipeline from independent teams

NA | **Nityam Agarwal** | 5/23/2021, 12:50 AM

Yes that's what.. I just requested to have the Dev's to keep buidling  And come up with such proposals!

C | **CGA** | 5/23/2021, 12:50 AM
Yaa - not taking a shot against you 🙂

U | **Unknown** | 5/23/2021, 12:51 AM
😍

SG | **Steve Great** | 5/23/2021, 12:51 AM
Hey guys, I wanna learn more Nebula Protocol. Please give me sources of information thank you 🙏.

NA | **Nityam Agarwal** | 5/23/2021, 12:51 AM
Yes that's an amazing task.. We all know the FUD started just bcoz of a slight deviation.. If possible, a) Correct it b) Atleast tell those FUDDERs that we are coming up with something better.. So, u guys can relax.. It has been a tiresome journey for everyone!

NA | **Nityam Agarwal** | 5/23/2021, 12:52 AM
Kinda roller coaster ride😂

U | **Unknown** | 5/23/2021, 12:52 AM
in a month or two a whole bunch of protocols and DApps and network upgrade going to release. Its going to be huge for UST Demand. Be patient ser

D | **Darren** | 5/23/2021, 12:52 AM
Fud will go away when price go up, u dirty moon bois

G | **GMICap** | 5/23/2021, 12:52 AM
😂



*Image: AnimatedSticker.tgs_thumb.jpg (4 KB)*

*Attachment: AnimatedSticker.tgs (5 KB)*

U | **Unknown** | 5/23/2021, 12:53 AM
wen moon

NA | **Nityam Agarwal** | 5/23/2021, 12:53 AM
Have been a part of this group for over a month now.. It's the first time I'm watching such Fud Seems like they've been hired for it😂

SF | **Shaun|TerraAssist| Never DM First** | 5/23/2021, 12:53 AM
Fud will defs go away when people arnt 60/80%  in the red 😂

PL | **Perfect Legato** | 5/23/2021, 12:53 AM
need to start selling hazmat suit to fudders. This fud virus is ridiculous

SF | **Shaun|TerraAssist| Never DM First** | 5/23/2021, 12:54 AM
Id say luna store could work somthing out with a good price. 😂🤝

**NA**  **Nityam Agarwal**                                                                    5/23/2021, 12:54 AM

Tbh currently it might not be possible.. But yes, c'mon guys we're in for the long haul.. Why earn and dump?

**U**  **Unknown**                                                                            5/23/2021, 12:54 AM

people are dumb scared and down in net worth selling at a loss of course their is FUD being believed. Just like when QAnon told everyone hilary clinton was eating babies

**C**  **CGA**                                                                                5/23/2021, 12:55 AM

On-chain parameters have to go hand in hand with LUNA liquidity.
As things scale, we will keep seeing more and more efficiency in UST and smaller and smaller deviations.

Let me reiterate - UST peg is working as per design.

When we are moving to becoming a double digit stablecoin in less than a year, I don't think these small FUD attempts matter. If you can see at the big picture and understand what we are doing, then there is nothing to worry.

**D**  **Darren**                                                                             5/23/2021, 12:56 AM

With columbus5, I don't see any issue

**G**  **GMICap**                                                                             5/23/2021, 12:56 AM

hey there was a tweet by will chen

**NA**  **Nityam Agarwal**                                                                    5/23/2021, 12:56 AM

I'd say, we do not need a price appreciation.. what we need is trust from the community! It's only in these testing times.. That we need to show that we believe in the project

**G**  **GMICap**                                                                             5/23/2021, 12:56 AM

abotu how luna price was pumped 20x before anchor launch.. and ppl shouldn't ahve levered long

**B**  **btcdentist**                                                                         5/23/2021, 12:57 AM

yea. just need to ride this all out

**G**  **GMICap**                                                                             5/23/2021, 12:57 AM

thought it was really bad form even if in hindsight and  factually he was right

**MS**  **mushroom soup**                                                                     5/23/2021, 12:57 AM

I hope none of these fuds are setting back dev effort and timeline. Do doesn't need to show up here and pacify fudders. Just ship pls

**NA**  **Nityam Agarwal**                                                                    5/23/2021, 12:57 AM

Hey, just 1 qn... no fud.. One guy pointed out a 91% holding of ust by a single address.. Is that the liquidity address?

**G**  **GMICap**                                                                             5/23/2021, 12:57 AM

just feedback that hopefully the team takes into account

**C**  **CGA**                                                                                5/23/2021, 12:57 AM

I understand the price concerns but that's exactly what we are supposed to see beyond if we are investors.

That determines whether you are  a fundamental investor or short term pure speculator who invests on basis of just short term catalysts  🙂

**N**     **nachodon**                                                        5/23/2021, 12:58 AM

Guys I'm a successful speculator and investor. I have a track record. 100 people in my group will tell you I know my shit.

So , I'm telling you Terra (imho) is the most bullish asset on earth!

Now... you can ignore me or laugh at me, I don't care. But just remember you heard it hear from nacho.

Could I be wrong? Of course I could so don't blame me if you sell the bottom and later can't afford your own face diapers 😂

**D**     **Darren**                                                          5/23/2021, 12:58 AM

Get rich quick
1) Buy Luna
2) swap Luna for Bluna for 10% gain
3) unstake and wait 21 days
4) Columbus release
5) stake all ur Luna for handsome staking reward

**NA**    **Nityam Agarwal**                                                  5/23/2021, 12:58 AM

++

**TP**    **The Pipe**                                                        5/23/2021, 12:58 AM

Agreed - although Terra peeps have been very transparent. Unlike many others.  A word of confidence from upper mgt letting us know the protocol is sound and all is well.

**B**     **btcdentist**                                                      5/23/2021, 12:59 AM

dude... if you guys are selling your LUNA cause your scared. you guys must be new to crypto.

**B**     **btcdentist**                                                      5/23/2021, 12:59 AM

this is really normal market behavior in crypto. not even that crazy

**NA**    **Nityam Agarwal**                                                  5/23/2021, 12:59 AM

Well, u believe in the project I believe it.. So why listen about it from the upper MGT.. Hope u went through the whitepaper and it's mechanics.. So we don't need anyone else affirming it

**N**     **nachodon**                                                        5/23/2021, 12:59 AM

I assure you you're missing a step in between

**MS**    **mushroom soup**                                                   5/23/2021, 12:59 AM

I'm moving down my pot melting list everyday on luna. Xrp ada sol

**N**     **nachodon**                                                        5/23/2021, 12:59 AM

😄

**C**     **CGA**                                                             5/23/2021, 12:59 AM

I don't know what is it. Can you share- maybe it's the Mirror liquidity pool?

**TP**    **The Pipe**                                                        5/23/2021, 1:00 AM

I'm not selling but I'd buy more with more communication

**TS**    **T S**                                                             5/23/2021, 1:00 AM

No offense mate but to be fair you probably said exactly the same when LUNA was $18.

Not sure this is helpful. LUNA is falling because everything is falling. It is falling more as it's working exactly as designed, backstopping UST.

No one is happy about it.

But also no need to panic. The project is the same as it was a week ago. Good stuff are coming.

C       **CGA**                                                                  5/23/2021, 1:00 AM
        Mirror itself has a lot of UST locked in so many LP pools

B       **btcdentist**                                                           5/23/2021, 1:00 AM
        just buy. no need for communication. buy dips.

GG      **glmr glomr**                                                           5/23/2021, 1:00 AM
        sounds like the right ratio

NA      **Nityam Agarwal**                                                       5/23/2021, 1:00 AM
        Maybe.. I've no idea.. Saw it as an FUD on twitter..

B       **BH**                                                                   5/23/2021, 1:00 AM
        Can I join your group?

C       **CGA**                                                                  5/23/2021, 1:00 AM
        Mirror alone has >2 bn TVL - a lot of it is UST

GG      **glmr glomr**                                                           5/23/2021, 1:00 AM
        1.96b value locked on MIR

NA      **Nityam Agarwal**                                                       5/23/2021, 1:01 AM
        We need to fight them back with legit points.. Since I know the project is fundamentally strong and I trust Do..

MG      **Maarten | GT**                                                         5/23/2021, 1:01 AM
        what you are talking about is the TFL wallet on Ethereum

MG      **Maarten | GT**                                                         5/23/2021, 1:01 AM
        thats only part of all UST

C       **CGA**                                                                  5/23/2021, 1:01 AM
        Aah- I see

C       **CGA**                                                                  5/23/2021, 1:01 AM
        Thanks Maarten

NA      **Nityam Agarwal**                                                       5/23/2021, 1:01 AM
        So what's that?

C       **CGA**                                                                  5/23/2021, 1:01 AM
        Really startled to see people are so misinformed and then post on Twitter without complete understanding

S       **Stoboselector**                                                        5/23/2021, 1:02 AM
        Brilliant 😂😂

N       **nachodon**                                                             5/23/2021, 1:02 AM
        When it was 18$ I believe I was making a series of educational videos totaling over 3 hours in length in an effort to
        onboard people into the protocols.

        Is that ok with you?

NA      **Nityam Agarwal**                                                       5/23/2021, 1:02 AM
        Is that the holding of tfl in ust?

N       **nachodon**                                                             5/23/2021, 1:02 AM
        TERRA LUNA pt 1 (staking & earning)
        https://youtu.be/Tp75ECZUOiU

TERRA LUNA pt 2 (anchor protocol)
https://youtu.be/TK5QW6FPszk

TERRRA LUNA pt 3 (mirror finance protocol)
https://youtu.be/cGXzt5Etrpg

TERRA LUNA pt 4 (putting it all together)
https://youtu.be/xCPpDiJhUmY

**D**    **Darren**                                                                  5/23/2021, 1:02 AM

The real use case of ust is not lock, is when all those merchant and payment enrolled, and I can spend ust anywhere around the world.

**TS**   **T S**                                                                      5/23/2021, 1:02 AM

That's amazing. Also, that was not my point.

**MG**   **Maarten | GT**                                                             5/23/2021, 1:02 AM

liquidity pools, investments etc

**TP**   **The Pipe**                                                                 5/23/2021, 1:02 AM

when the smoke clears and Terra is truly battle tested silence is ok but when you have something new like this communication is key

**N**    **nachodon**                                                                 5/23/2021, 1:03 AM

If you wanna pay like 2k sure

**NA**   **Nityam Agarwal**                                                           5/23/2021, 1:03 AM

U mean investments of other partners like SoftBank.. Or the investments of only TFL and the team?

**N**    **nachodon**                                                                 5/23/2021, 1:03 AM

Don't care what your point was mate. Just wanted to make my own

**TS**   **T S**                                                                      5/23/2021, 1:03 AM

Not very productive but fair enough haha

**MG**   **Maarten | GT**                                                             5/23/2021, 1:04 AM

only Terraform Labs. It includes mostly seed liquidity

**C**    **CGA**                                                                      5/23/2021, 1:04 AM

Who got banned buddy?

**C**    **CGA**                                                                      5/23/2021, 1:04 AM

Nacho banned one person I think

**NA**   **Nityam Agarwal**                                                           5/23/2021, 1:04 AM

TFL also holds the illiquid part of LUNA? It shows on lunawhale.com
 as the undelegated value Am I correct?

**D**    **Dennis**                                                                   5/23/2021, 1:04 AM

how would we know

**N**    **nachodon**                                                                 5/23/2021, 1:05 AM

You're being communicated with by bulwarks of the community. What more can you ask  for in a decentralized protocol?

**D**    **Dennis**                                                                   5/23/2021, 1:05 AM

lol

**CGA**                                                                    5/23/2021, 1:05 AM
I am here to answer anything

**CryptoJoker**                                                            5/23/2021, 1:05 AM
Sent u a dm

**CryptoJoker**                                                            5/23/2021, 1:05 AM
👏



*Image: AnimatedSticker (31).tgs_thumb.jpg (6 KB)*

*Attachment: AnimatedSticker (31).tgs (26 KB)*

**CryptoJoker**                                                            5/23/2021, 1:05 AM
Who's the bulwark ?

**nachodon**                                                               5/23/2021, 1:05 AM
One more slight or passive aggressive fuck and you're gone

**Zzzzzzzzzzzzzzzzzzzzzar**                                                 5/23/2021, 1:05 AM
Lots of people on twitter complaining about being banned sir

**Nityam Agarwal**                                                         5/23/2021, 1:05 AM
Stop this FUD bro.. Even if it does, no need to point out.. Since we are here to trust this project no matter what

**Dennis**                                                                 5/23/2021, 1:06 AM
no we arnt? dafuq

**Maarten | GT**                                                           5/23/2021, 1:06 AM
not quite sure what you are refering to but TFLs Terra wallet includes a number of things including stability reserves, vesting, etc

**Keyman**                                                                 5/23/2021, 1:06 AM
hey guys ! Thanks for all your wwork ; Is there some kind of historic or log for Anchor anout my account?

**nachodon**                                                               5/23/2021, 1:06 AM
If you can't figure this out then you need to go back to cardano

**Maarten | GT**                                                           5/23/2021, 1:06 AM
the the address has been shared numerous times

**CryptoJoker**                                                            5/23/2021, 1:06 AM
I suppose you're a bullwark

With a tummy full of nachos

**nachodon**                                                              5/23/2021, 1:06 AM

Tell them to fuck off.

**C**   **CGA**                                                                5/23/2021, 1:06 AM

@nachodon
: Can we go a bit easy. Unless someone is outrageously out of line and FUDDIng, let's not ban plz🙏🙂

**Z**   **Zzzzzzzzzzzzzzzzzzzzzar**                                           5/23/2021, 1:06 AM

Hahah

**S**   **Seb**                                                                5/23/2021, 1:06 AM

So this guy does not understand the supply of Luna is elastic and then looks at the terra bridge address on ethereum to spin a conspiracy theory ... ?

**U**   **Unknown**                                                            5/23/2021, 1:07 AM

he needs to watch the how terra works video

**MG**   **Maarten | GT**                                                      5/23/2021, 1:07 AM

yea, that FUDDER put more effort in to writing that twitter thread than actually understanding what goes on

**K**   **Keyman**                                                            5/23/2021, 1:07 AM

I am sure they also want all there PNL from 2 weeks ago back too

**C**   **CGA**                                                                5/23/2021, 1:07 AM

🤦

**NA**   **Nityam Agarwal**                                                    5/23/2021, 1:08 AM

Exactly.. Let's be open to questions.. This just makes them lose purpose.. I know they're just trying to bring down our project but why not face them? Let them come one by one and we'll fck each one's asses

**C**   **CGA**                                                                5/23/2021, 1:08 AM

I wish people did a bit more research before tweeting

**N**   **nachodon**                                                           5/23/2021, 1:08 AM



Image: mp4 (18).mp4_thumb.jpg (9 KB)

Attachment: mp4 (80).mp4 (37 KB)

**TS**   **T S**                                                               5/23/2021, 1:08 AM

It is not needed. I am going by myself.

I love Terra. I shilled Terra quite extensively. I have a very significant vested interest in the success of the platform, mostly through Mirror.

I think people being worried and asking questions is normal, and they should be banned. I also don't think telling people to fuck off is good. You might think otherwise.

Good luck.

**D**   **Dennis**                                                                          5/23/2021, 1:08 AM

Hey Aayush, i believe in a previous conversation you mentioned to me that TFL was the only entity engaging in maintaining UST's peg because arbitrage was not profitable for the market to do it on its own. Is this still the case or is the market at large also participating in maintaining the peg now

**N**   **nachodon**                                                                        5/23/2021, 1:08 AM

Ya'll
Wanna deal with these losers GO FOR IT !

**N**   **nachodon**                                                                        5/23/2021, 1:09 AM

Fuck you

**N**   **nachodon**                                                                        5/23/2021, 1:09 AM

Hit the road

**N**   **nachodon**                                                                        5/23/2021, 1:09 AM

Don't forget your 35 lunas

**NA**  **Nityam Agarwal**                                                                  5/23/2021, 1:09 AM

😂😂😂 I love ur swag man! That's one heck 😂😂

**U**   **Unknown**                                                                         5/23/2021, 1:10 AM

and very signifcant mir holdings 🤣

**C**   **CGA**                                                                             5/23/2021, 1:10 AM

Not the only one. It engages in arbitrage when on-chain liquidity spreads increase a lot and other actors are not interested in arbing.

For instance when UST demand increases a lot so much the on—chain liquidity spread goes to say 4-5 percent. In those cases, TFL steps in to ensure that LUNA is burnt so that we have enough UST supply

**S**   **Seb**                                                                             5/23/2021, 1:10 AM

You should be able to "debunk" this yourself sir.

1$ worth of Luna can always be minted in return for 1UST or 1$ equivalent of terra stablecoin.

The address taken as an example in the tweet thread is the Terra bridge lol

**C**   **CGA**                                                                             5/23/2021, 1:10 AM

In general the arbs is done by a lot of actors MMs, bots, investors, traders etc.

**N**   **nachodon**                                                                        5/23/2021, 1:11 AM

Haha only thing significant there is .... fuck .. nothing at all. Lmao

**U**   **Unknown**                                                                         5/23/2021, 1:11 AM

do you need your mommy?

**TP**  **The Pipe**                                                                        5/23/2021, 1:11 AM

There is no fault - The institutions train wrecked the over leveraged. The euphoria that crypto to the short term uneducated will just keep going up got caught to much cool-aid drinking. No risk players stepping in now so price is uncontested and big money will start buying when they are good and ready because it is now in control of the institution. Quit your crying, this is the markets survival of the fittest!

**MG**  **Maarten | GT**                                                                    5/23/2021, 1:11 AM

let me play Do for a minute

**MG**   **Maarten | GT**                                                5/23/2021, 1:11 AM

*Attachment: mp4 (22).mp4 (105 KB)*

**N**   **nachodon**                                                      5/23/2021, 1:11 AM
What u need calming about?

**C**   **CGA**                                                           5/23/2021, 1:11 AM
He actually spoke man - even had a small AMA on TG day before yesterday

**MG**   **Maarten | GT**                                                5/23/2021, 1:11 AM

*Attachment: mp4 (22).mp4 (105 KB)*

**MG**   **Maarten | GT**                                                5/23/2021, 1:11 AM

*Attachment: mp4 (22).mp4 (105 KB)*

**MG**   **Maarten | GT**                                                5/23/2021, 1:12 AM
thats about what Do would do

**N**   **nachodon**                                                      5/23/2021, 1:12 AM
Fine I won't ban anyone I'll just trash them

**C**   **CGA**                                                           5/23/2021, 1:12 AM
See here:

https://t.me/TerraLunaChat/272410

**N**   **nachodon**                                                      5/23/2021, 1:12 AM
But going bed soon so get yer licks in

**MS**   **mushroom soup**                                               5/23/2021, 1:12 AM
That's better. Silencing ppl on defi is certainly not gonna help.

**#**   **. .**                                                          5/23/2021, 1:12 AM
Scary Nacho T^T

**S**   **Stoboselector**                                                5/23/2021, 1:12 AM
Some of you need to pipe down behind your keyboards.
Your looking rather muggy.

**C**   **CGA**                                                           5/23/2021, 1:13 AM
Also he tweet:
https://twitter.com/d0h0k1/status/1395334535122849800

**NA**   **Nityam Agarwal**                                              5/23/2021, 1:13 AM
Atleast point out the good parts of the project.. You trusted in the project so u invested ri8? So, why not be moderate..
Some ups and downs go on.. That's what life is.. But seeing a lot of FUD doesn't make me feel good either

**S**  **Seb**                                                                5/23/2021, 1:13 AM
Because it's contagious

**C**  **CowboyCoop**                                                         5/23/2021, 1:13 AM
Nacho, you're way too emotional to be an admin here

**S**  **Seb**                                                                5/23/2021, 1:13 AM
It makes you feel like you made a wrong choice

**S**  **Seb**                                                                5/23/2021, 1:13 AM
Backed a wrong project

**N**  **nachodon**                                                           5/23/2021, 1:14 AM
Oh please. Terra protocols speak for themselves. Anyone listening to an idiot with 50 followers on Twitter NGMI

**S**  **Seb**                                                                5/23/2021, 1:14 AM
But try to evaluate your decision from first principle

**N**  **nachodon**                                                           5/23/2021, 1:14 AM
Let see if other admins cave to your passive aggressiveness

**NA**  **Nityam Agarwal**                                                    5/23/2021, 1:14 AM
Told ya.. I love the swag of this guy😋 But c'mon we need to deal with people face to face.. Ri8? Even though they're
idiots

**C**  **CowboyCoop**                                                         5/23/2021, 1:15 AM
Case in point.

**S**  **Seb**                                                                5/23/2021, 1:15 AM
What's not working today in the terra ecosystem ?
I can't see anything failing , and the system is surviving under these times of stress - that's great

**N**  **nachodon**                                                           5/23/2021, 1:15 AM
He had to go

**N**  **nachodon**                                                           5/23/2021, 1:15 AM
Lol

**U**  **Unknown**                                                            5/23/2021, 1:15 AM



Image: animation (13).gif.mp4_thumb.jpg (9 KB)

Attachment: animation (13).gif.mp4 (36 KB)

**MS**  **mushroom soup**                                                     5/23/2021, 1:15 AM
Do we need to start a governance vote to take you out on the admin role.

**NA**  **Nityam Agarwal**                                                    5/23/2021, 1:15 AM

C'mon bro.. Even if he had to. that guy was really great tbh!

**GG**    **glmr glomr**            5/23/2021, 1:15 AM

i'm gonna go back to the meme-y luna tg with the more civil discussion

**C**    **CGA**            5/23/2021, 1:15 AM

Guys, if someone legit is banned, please let me know his ID and I will unban them
My sincere apologies 🙂🙏

Nacho is a tough guy - so sometimes it's a bit difficult to stand up to his expectations

**W**    **WonderFull**            5/23/2021, 1:16 AM

nacho is fine lmao. nothing but compliments when luna is green nothing but shit talking when market is down.

**N**    **nachodon**            5/23/2021, 1:16 AM

If my ban hammer is removed I'll never appear once in this chat again

**C**    **CGA**            5/23/2021, 1:16 AM

Unbanned him

**NA**    **Nityam Agarwal**            5/23/2021, 1:16 AM

Add TS.. He has been really a well wisher if the project..

**TP**    **The Pipe**            5/23/2021, 1:16 AM



*Image: giphy (7).mp4_thumb.jpg (27 KB)*

*Attachment: giphy (7).mp4 (86 KB)*

**N**    **nachodon**            5/23/2021, 1:16 AM

Just like lunatics. Never been back there

**NA**    **Nityam Agarwal**            5/23/2021, 1:16 AM

*of.

**S**    **Stoboselector**            5/23/2021, 1:16 AM

Dickheads everywhere FFS

**C**    **CGA**            5/23/2021, 1:16 AM

Username?

**nachodon**  5/23/2021, 1:16 AM
U guys want winners or losers?

**Unknown**  5/23/2021, 1:16 AM
Nacho is a toxic pleb. He's never been a tough guy in his life. The man's a keyboard warrior.

**R O**  5/23/2021, 1:16 AM
💯 the system is performing beautifully as far as I can see !

**mushroom soup**  5/23/2021, 1:17 AM
We want sane reasoning moderators

**glmr glomr**  5/23/2021, 1:17 AM
i'm a mod of several smaller groups, i would not be okay presenting like this regardless of whoever i had to deal with.

**nachodon**  5/23/2021, 1:17 AM
I have PLENTY to keep me busy

**nachodon**  5/23/2021, 1:17 AM
Kick me out

**AnonMaker**  5/23/2021, 1:17 AM
nacho

**Dennis**  5/23/2021, 1:17 AM
How come ive never seen this guy nacho until today

**Norm E**  5/23/2021, 1:17 AM
you must be enw

**Norm E**  5/23/2021, 1:17 AM
new

**AnonMaker**  5/23/2021, 1:17 AM
why you pissed off man

**btcdentist**  5/23/2021, 1:17 AM
i think there was a guy name "Tae Kwon" he seemed to just not know. should be unbanned. allowed to ask questions

**nachodon**  5/23/2021, 1:17 AM
Lol haha

**Norm E**  5/23/2021, 1:17 AM
Nacho was here when we had like 100 people in this TG

**CGA**  5/23/2021, 1:17 AM
He is unbanned already

**Norm E**  5/23/2021, 1:18 AM
he is like a true OG

**Nityam Agarwal**  5/23/2021, 1:18 AM
@torsten1

**A**  **AnonMaker**                                                                5/23/2021, 1:18 AM

Nacho is a community OG fo sho

**S**  **Stoboselector**                                                            5/23/2021, 1:18 AM

There be a 100 people left if he's allowed to continue 😂😂

**A**  **AnonMaker**                                                                5/23/2021, 1:18 AM

was his videos that first got me jazzed about luna

**N**  **nachodon**                                                                 5/23/2021, 1:18 AM

Take my ban hammer and I'm gone. Forever. Just like lunatics. Man of my word

**B**  **btcdentist**                                                               5/23/2021, 1:18 AM

he actually has a really good youtube vid playlist on terra. I'm surprised you haven't seen the video series. I think its quite
mandatory for all terra users

**NE**  **Norm E**                                                                  5/23/2021, 1:18 AM

Everyone needs to relax and turn off monitors, theres so much FUD on LUNA its actually hurting my brain

**C**  **CGA**                                                                      5/23/2021, 1:19 AM

Not in the removed users list neither a member of the group

**N**  **nachodon**                                                                 5/23/2021, 1:19 AM

I'll be more gentle

**NE**  **Norm E**                                                                  5/23/2021, 1:19 AM

from the TG or sell LUNA ser

**N**  **nachodon**                                                                 5/23/2021, 1:19 AM

As ag requested

**G**  **GRF _**                                                                    5/23/2021, 1:19 AM
Yes

**A**  **AnonMaker**                                                                5/23/2021, 1:19 AM
yep

**MS**  **mushroom soup**                                                           5/23/2021, 1:19 AM
Appreciated

**S**  **Stoboselector**                                                           5/23/2021, 1:19 AM


*Attachment: mp4 (81).mp4 (261 KB)*

**A**  **AnonMaker**                                                                5/23/2021, 1:19 AM
agreed

**M**  **Mk**                                                                       5/23/2021, 1:19 AM
https://twitter.com/karthik_mukil/status/1396334268477952007?s=19

**NA**  **Nityam Agarwal**                                                          5/23/2021, 1:19 AM
Yes he left on his own.. Couldn't take up his insult.. That guy was really hurt.. I think we need to apologise.. He has been
really good

**C**  **CGA**                                                          5/23/2021, 1:19 AM
🙏🙏🙂

**S**  **Stoboselector**                                               5/23/2021, 1:20 AM
Be like UST Nacho
More stable 😊

**NA**  **Nityam Agarwal**                                             5/23/2021, 1:20 AM
Would be great.. Let's face them ri8? Let them come one by one..

**G**  **GRF _**                                                       5/23/2021, 1:20 AM
Guys, all we'll be fine, relax, relax and relax again

**NE**  **Norm E**                                                     5/23/2021, 1:20 AM
While everyone is watching the chart and pissing their pants TFL is working, let that sink in

**U**  **Unknown**                                                     5/23/2021, 1:20 AM
Man you got banned from Lunatics for the exact same stuff you're doing here now. Everyone celebrated when you got
banned

**SF**  **Shaun|TerraAssist| Never DM First**                          5/23/2021, 1:21 AM
You really are a piece of work.

**SF**  **Shaun|TerraAssist| Never DM First**                          5/23/2021, 1:21 AM
Im actually gonna leave just cause i think ur a deadset fuckwit.

**Z**  **Zzzzzzzzzzzzzzzzzzzzzar**                                      5/23/2021, 1:21 AM
I think bans are counterproductive. People that are banned from tg for what they perceive as menial stuff will take to
twitter fudding - it really does more damage than good

**B**  **btcdentist**                                                  5/23/2021, 1:21 AM
everybody just emotional. market's been rough thats all

**G**  **GMICap**                                                      5/23/2021, 1:21 AM
lets all chill

**D**  **Drew**                                                        5/23/2021, 1:21 AM
FUD doesn't matter in long term the project will speak for itself

**N**  **nachodon**                                                    5/23/2021, 1:22 AM
All I do is fight for your investment (assuming any of you have a real investment here) and you treat me like this?  Wtf?

**D**  **Dennis**                                                      5/23/2021, 1:22 AM
why are there admins banning people in a "defi" ecosystem anyway

**C**  **CGA**                                                         5/23/2021, 1:22 AM
It's ok- end of discussion here. Just post IDs of genuine folks who think have been banned

**S**  **Saad**                                                        5/23/2021, 1:22 AM
Terra is working beautifully in the face of everything.

**S**  **SJ_SHARKS**                                                   5/23/2021, 1:22 AM
is this official Luna admin??

**A**  **AnonMaker**                                                   5/23/2021, 1:22 AM
dude relax

| J | **Jane** | 5/23/2021, 1:22 AM |

Lol if someone can be banned from an informal trading channel, what's he doing as an admin in the main terra channel? 😂😂

| S | **Stoboselector** | 5/23/2021, 1:22 AM |

Now that's passive aggressive.
You're a bully. now stop it and pipe down

| A | **AnonMaker** | 5/23/2021, 1:22 AM |

Its been a shit week. we all gotta relax lol

| N | **nachodon** | 5/23/2021, 1:22 AM |

I am as bullish on Luna as I was at 30cents. Well actually more so

| G | **GRF _** | 5/23/2021, 1:23 AM |

*Attachment: mp4 (82).mp4 (60 KB)*

| C | **CGA** | 5/23/2021, 1:23 AM |

Relax- no one's banning. Must have been a misunderstanding 🙂
Just share ID of the person whom you think doesn't deserve a ban

| A | **AnonMaker** | 5/23/2021, 1:23 AM |

dont mind these people man

| N | **nachodon** | 5/23/2021, 1:23 AM |

Like I said happy to leave and never come back

| S | **Sunil** | 5/23/2021, 1:24 AM |

Aayushs a saint

| G | **GRF _** | 5/23/2021, 1:24 AM |

Love and peace guys

| C | **CGA** | 5/23/2021, 1:24 AM |

Easy there buddy- it's settled now 🙂🙏

| S | **Stoboselector** | 5/23/2021, 1:24 AM |

We know you love Luna and it's easy to be happy in at 30s now let people vent that bought in a little later like $22.40

| # | . . | 5/23/2021, 1:24 AM |

I also bought more Luna last May 3. I am just like Nacho since 0.3.

| J | **Jane** | 5/23/2021, 1:24 AM |

🙂

| # | . . | 5/23/2021, 1:24 AM |



*Image: photo_4261@23-05-2021_01-24-40.jpg (114 KB)*

**Norm E**                                                              5/23/2021, 1:24 AM

Thank you ser, the FUD hurts

**CGA**                                                                 5/23/2021, 1:25 AM

I don't want to DM him first (since I am an admin)- any chance you can send him an apologetic message on my behalf

**nachodon**                                                            5/23/2021, 1:25 AM

You guys should read the emails from people all
Over the world who wrote me after seeing my long ass vids. Then you might show more respect. I'm working to help onboard people. What are you doing?

**Mr Plumtree**                                                         5/23/2021, 1:25 AM

Please stop behaving in absolutes. We all know you love and support the project, and we do too. Just calm a little. But without losing your edge, which is also why we like you

**GRF _**                                                               5/23/2021, 1:25 AM

Ustedes necesitan una cervecita! Dios mío

**Dennis**                                                              5/23/2021, 1:26 AM

how are we supposed to know who got banned lol the dudes get banned and their messages get deleted we have no idea who they are

**Unknown**                                                             5/23/2021, 1:26 AM

Lol

**Nityam Agarwal**                                                      5/23/2021, 1:26 AM

Sure.. I'll have a word with him

**Stoboselector**                                                       5/23/2021, 1:26 AM

Sharing your videos with people because you did a great job and we are thankful to you.
Doesn't give you the right to bully and bash people about because you don't like their questions after they have just lost 1000s

**CGA**                                                                 5/23/2021, 1:27 AM

Guys - Nacho is a true gem

His help to us has been over and beyond in educating the community with his videos and so much more

Just see the passion in his heart- people overstep here and there but let's not stretch 🙂

**NA**  **Nityam Agarwal**                                                5/23/2021, 1:28 AM

+

**G**  **GRF _**                                                         5/23/2021, 1:28 AM

I want to be like Aayush, what a man ❤️

**D**  **Dennis**                                                        5/23/2021, 1:28 AM

yeah but why does he have admin rights on telegram? like clearly he doesnt know how to use them and has no need for them

**C**  **CGA**                                                          5/23/2021, 1:28 AM

Yes you are right.

Let's move on now and start over🙂

**J**  **Jane**                                                         5/23/2021, 1:28 AM

This. 2 different matters here. I think we should end this conversation here though. Let's spare @AG_1000
 the need to quell this.

**NA**  **Nityam Agarwal**                                               5/23/2021, 1:28 AM

+1

**N**  **nachodon**                                                      5/23/2021, 1:28 AM

Notice in my vids I never said BUY LUNA NOW - I knew it was toppy. I knew it was important to onboard people as much as possible. Honestly guys we are closer than you think. We should all concentrate on this sort of thing : onboarding people

**C**  **CGA**                                                          5/23/2021, 1:28 AM

We all have one common goal guys. Let's focus on that

**C**  **CGA**                                                          5/23/2021, 1:29 AM

🙏🙏

**P**  **Mr Plumtree**                                                  5/23/2021, 1:29 AM

I'm chatting with him now

**C**  **CGA**                                                          5/23/2021, 1:29 AM

We can settle personal differences later

**N**  **nachodon**                                                      5/23/2021, 1:29 AM

Hey ag ask me to chill and I respect the boss.

**C**  **CGA**                                                          5/23/2021, 1:29 AM

Thx

**W**  **WonderFull**                                                   5/23/2021, 1:29 AM

I love nacho

**D**  **Dennis**                                                        5/23/2021, 1:29 AM

whose questioning anything about ur vids the problem with you is you are a power tripping internet guy who got admin rights on an internet chat forum and decided that you want to use them for no reason

**S**  **Seb**                                                          5/23/2021, 1:29 AM



*Image: aLbxAt-3JSxYBWzD.mp4_thumb.jpg (14 KB)*

*Attachment: aLbxAt-3JSxYBWzD.mp4 (562 KB)*

**N**    **nachodon**                                                          5/23/2021, 1:29 AM
Lol hahah

**N**    **nachodon**                                                          5/23/2021, 1:30 AM
Always have a reason

**C**    **CGA**                                                               5/23/2021, 1:30 AM
Hey Dennis
It's over now- let's relax plz🙏

**R**    **Reiss**                                                             5/23/2021, 1:30 AM
I finally met my goal of having enough luna to partake in governance, now back to $15-16 peg plz 😂

**W**    **Wick 27**                                                           5/23/2021, 1:30 AM
How many u need?

**R**    **Reiss**                                                             5/23/2021, 1:31 AM
512 🙂

**N**    **nachodon**                                                          5/23/2021, 1:31 AM
Trust me it's no power trip for me. Lmao. But that's a funny thought !

**FL**   **Fat L**                                                            5/23/2021, 1:31 AM
For those who has bLunas stuck in ANC and want to repay your loans, you can use terra swap (see website below) to instantly change bluna to luna to repay your loans.

https://terraswap.io

If you get liquidated, it is a 20%-30% discount, for every $10 of collateral you are forced to sell, only $7 - $8 will go to paying off your loans.

Manage your risk accordingly and don't let your LTV get too close.

**S**    **Seb**                                                              5/23/2021, 1:31 AM
Just remember this moment when in a couple of years people will tell you how "lucky" you are to hold Luna

MG   **Maarten | GT**                                                    5/23/2021, 1:31 AM
     no thats just for the deposit when you make a proposal

MG   **Maarten | GT**                                                    5/23/2021, 1:31 AM
     you can vote with any amount

TK   **Taek Kwon**                                                       5/23/2021, 1:32 AM
     Okay im back

C    **CryptoJoker**                                                     5/23/2021, 1:32 AM


     *Attachment: mp4 (83).mp4 (277 KB)*

U    **Unknown**                                                         5/23/2021, 1:32 AM
     does a luna/krw pair exist on upbit?

TK   **Taek Kwon**                                                       5/23/2021, 1:32 AM
     Thanks everyone

C    **CryptoJoker**                                                     5/23/2021, 1:32 AM
     These aren't good for health

R    **Reiss**                                                           5/23/2021, 1:32 AM
     Oh really? Damn lol, happy to meet that goal I had anyway haha, thanks for letting me know.

N    **nachodon**                                                        5/23/2021, 1:32 AM
     Remember that dip that lasted like forever in 2021 ? Oh sweeet jesus ..!

C    **CGA**                                                             5/23/2021, 1:32 AM
     Thx for the message. All ok just that its max 30 percent discount🙂

FL   **Fat L**                                                           5/23/2021, 1:33 AM
     okay will amend, apologies!

C    **CGA**                                                             5/23/2021, 1:33 AM
     Hey 👊

C    **CGA**                                                             5/23/2021, 1:33 AM
     Np😊

N    **nachodon**                                                        5/23/2021, 1:33 AM


     *Attachment: mp4 (71).mp4 (51 KB)*

N    **nachodon**                                                        5/23/2021, 1:34 AM
     Sorry just tried to mute I for hour. Went wrong

TK   **Taek Kwon**                                                       5/23/2021, 1:34 AM
     🙄👍👍

CD   **Crypto Dolphin**                                                  5/23/2021, 1:34 AM
     nacho, the work you did onboarding people is not any less valuable and is appreciated. This is not a dick measuring contest so stop belittling other people. May I remind you this is the main channel of communication for all people in the

Terra ecosystem, this is a current crisis (it might not be for you, but that's the point, this isn't about you). In your emotional response in the past hour you're leaving ALL of Terra's name in the floor. You're an admin here, it's all of Terra's name you're carrying. I appreciate the work you've done but that gives you no right to be an asshole to people who are *potentially* going through a crisis. We get it, you don't, you've "made it", you're not "pushing anybody to do it". But you're leaving Terra's name on the floor in the time where the people need the communication the most. Aayush is doing god's work trying to settle down the fire, but please chill. If this shit is stressful for you can you please for a second imagine the people who are invested all in on this and depend on it. It takes a little bit of empathy and self awareness of your admin rights. It takes 0 effort to NOT be an asshole.

| | | |
|---|---|---|
| **P** | **Mr Plumtree** | 5/23/2021, 1:35 AM |
| | All is good. Will come back later. | |
| **H** | **haykoooooo** | 5/23/2021, 1:35 AM |
| | i think we are going to 5 | |
| 哈哈 | **哈 哈** | 5/23/2021, 1:35 AM |
| | yes | |
| **N** | **nachodon** | 5/23/2021, 1:35 AM |
| | Hey!  I'm here for you bud | |
| **TK** | **Taek Kwon** | 5/23/2021, 1:36 AM |
| | 💯 | |
| **MG** | **Maarten \| GT** | 5/23/2021, 1:36 AM |
| | you overestimate harpoon inn its current form | |
| **U** | **Unknown** | 5/23/2021, 1:37 AM |
| | Wrong. Bots interact with the liquidation contract. It's not Harpoon. | |
| **Z** | **Zzzzzzzzzzzzzzzzzzzzzar** | 5/23/2021, 1:37 AM |
| | I don't get how I can make money liquidating someone on harpoon sir | |
| **MG** | **Maarten \| GT** | 5/23/2021, 1:37 AM |
| | harpoon is good, it creates competition for liquidations, which helps the discounts go down | |
| **N** | **nachodon** | 5/23/2021, 1:38 AM |
| | The anchor being down the other day :  I agree NO BUENO! | |
| **MG** | **Maarten \| GT** | 5/23/2021, 1:38 AM |
| | and thus the potential profits | |
| **TK** | **Taek Kwon** | 5/23/2021, 1:38 AM |
| | Yeah but why do we need to play liquidation game when auto-repay can be implemented | |
| **J** | **Jane** | 5/23/2021, 1:39 AM |
| | Thank you! Well said | |
| **H** | **HaR** | 5/23/2021, 1:39 AM |
| | Howto do liquidation? | |
| **MG** | **Maarten \| GT** | 5/23/2021, 1:39 AM |
| | i'm a beta tester, trust me | |
| **U** | **Unknown** | 5/23/2021, 1:39 AM |
| | Mate, the bots get everything. | |
| **D** | **Dennis** | 5/23/2021, 1:39 AM |

Whats the harpoon website

**U**  **Unknown**                                                    5/23/2021, 1:39 AM
It happens regardless of Harpoon

**U**  **Unknown**                                                    5/23/2021, 1:39 AM
Not live yet

**KB**  **Kaleen Bhaiya**                                             5/23/2021, 1:40 AM
Was TSS liquidated? He's harsh in twitter

**MG**  **Maarten | GT**                                              5/23/2021, 1:40 AM
only way to stop getting people liquidated if they stop being degens and manage their risk better

**D**  **Dennis**                                                     5/23/2021, 1:40 AM
No but it has a public URL that allows anyone to see it - i was on it the other day but i lost the link i think

**A**  **Andy**                                                       5/23/2021, 1:40 AM
+1

**SY**  **Sithlord Pepe ( Will never DM you)**                        5/23/2021, 1:40 AM
Oh fuck off even Do's not THIS arrogant what the fuck

**D**  **Dennis**                                                     5/23/2021, 1:41 AM
idk who TSS is but i think KSI who was a big booster got mega liquidated and rage quit lol

**CD**  **Crypto Dolphin**                                            5/23/2021, 1:41 AM
There's a reason Steve Jobs designed everything poka yoke...

**CD**  **Crypto Dolphin**                                            5/23/2021, 1:41 AM
We are trying to work out and improve communciation

**CD**  **Crypto Dolphin**                                            5/23/2021, 1:41 AM
but people will be people

**A**  **Andy**                                                       5/23/2021, 1:41 AM
I think lower the safe TVL or removing it completely.

**CD**  **Crypto Dolphin**                                            5/23/2021, 1:41 AM
good practices, content, chats, etc

**CD**  **Crypto Dolphin**                                            5/23/2021, 1:41 AM
decentralization always carries the burden of accountability

**M**  **Mikevyzn**                                                   5/23/2021, 1:42 AM
This chat is disheartening rn tbh.

**KB**  **Kaleen Bhaiya**                                             5/23/2021, 1:42 AM
I'm not creating FUD

**N**  **nachodon**                                                   5/23/2021, 1:42 AM
Need alternative access. And if webapp is down liquidations should also be held up somehow

**D**  **D**                                                          5/23/2021, 1:42 AM
I've just staked all my Lunas hoping for better time to come... I think that only a reward for those who are not scared, stake and  not make panic sell can stop the price decrease and help the ecosystem to grow... 🤔

I suppose that for now people need to get quick hope that it's worth to HODL Luna. There needs to be balance for those who are too leveraged on anchor and make panic sell, making the price going lower and lower. Maybe airdrop or APY increase? Rewards based on length of not-interrupted staking?

TK  **Taek Kwon**                                                                                       5/23/2021, 1:42 AM

But let's say you have spare ust or maybe have some aust in anchor savings. Becuz the price of luna is very very volatile ppl may get liquidated even if they set the bar pretty low. Hence I think for volatile assets like crypto there has to be automated loan payment function

N  **nachodon**                                                                                          5/23/2021, 1:43 AM

Lol

C  **CGA**                                                                                                5/23/2021, 1:43 AM

Not talking about Harpoon but it seems that you are against the concept of liquidations itself which is the brick and mortar of every Defi protocol. By that logic all Defi protocols are doing a con job

How can a defi Protocol function without liquidations??

Read this message from Seb to gain some perspective;

https://t.me/anchor_official/66346

Z  **Zzzzzzzzzzzzzzzzzzzzzzar**                                                                           5/23/2021, 1:44 AM

Lol

MG  **Maarten | GT**                                                                                      5/23/2021, 1:44 AM

yes, having it automated repaying would be great

C  **CGA**                                                                                                5/23/2021, 1:44 AM

No idea- can you share again

N  **nachodon**                                                                                          5/23/2021, 1:44 AM

I want that link

J  **Jane**                                                                                               5/23/2021, 1:44 AM

Yes exactly, we need something like Defi saver. Hope someone will develop this, highly needed for anchor borrowing
https://twitter.com/DeFiSaver/status/1395462953474875396

TK  **Taek Kwon**                                                                                       5/23/2021, 1:45 AM

Oh this is nice

FB  **Farmer D Brown**                                                                                   5/23/2021, 1:45 AM

Is it possible to have the protocol provide more of the bLuna in my account instead of selling the bLuna I have provided in a liquidation event?

MG  **Maarten | GT**                                                                                      5/23/2021, 1:46 AM

only manually

U  **Unknown**                                                                                           5/23/2021, 1:46 AM

how about people dont over leverage themselves as the protocol is functioning as its supposed to

FB  **Farmer D Brown**                                                                                   5/23/2021, 1:46 AM

Didn't help me when I was asleep 😅

EF  **Ernestas | GT | Won't DM first**                                                                    5/23/2021, 1:46 AM

Sad part is that things like defi saver and other liquidation protection things were already suggested and discussed in the anchor forum a month ago.

I understand it takes time to implement it, but it's still shitty that everyone saw this coming and then it still happened.

C   **CGA**                                                                              5/23/2021, 1:47 AM
    Thanks for sharing

J   **Jane**                                                                             5/23/2021, 1:47 AM
    Yeah found it recently! Hope they will work something out with Anchor

J   **Jane**                                                                             5/23/2021, 1:47 AM
    You're welcome

KB  **Kaleen Bhaiya**                                                                    5/23/2021, 1:47 AM
    Deleted tweet but my twitter was open so got screenshot

MG  **Maarten | GT**                                                                     5/23/2021, 1:48 AM
    Anchor community could get DeFI saver onboard

KB  **Kaleen Bhaiya**                                                                    5/23/2021, 1:48 AM



*Image: photo_4262@23-05-2021_01-48-08.jpg (131 KB)*

TK  **Taek Kwon**                                                                        5/23/2021, 1:48 AM
    It's only when the problem is accentuated that ppl do something about it ain't it? Just human nature

EF  **Ernestas | GT | Won't DM first**                                                   5/23/2021, 1:48 AM
    Anchor is incredibly innefficient if you take positions that would be able to handle 60% drops.

KB  **Kaleen Bhaiya**                                                                    5/23/2021, 1:48 AM
    https://twitter.com/SandorReport/status/1396332665607835651?s=19

B   **btcdentist**                                                                       5/23/2021, 1:48 AM
    i wouldn't follow that guy's lead.

B   **btcdentist**                                                                       5/23/2021, 1:48 AM
    tweets' been deleted

KB  **Kaleen Bhaiya**                                                                    5/23/2021, 1:49 AM

Lol

**J**   **Jane**   5/23/2021, 1:49 AM

Lol what a description

**U**   **Unknown**   5/23/2021, 1:49 AM

so its the protocols fault people got liquidated?

**C**   **CGA**   5/23/2021, 1:49 AM

Not on UST actually. It creates sell pressure on bLUNA or LUNA but that's true for any asset which is a part of the Defi protocol.

I am not disagreeing that there wasn't a sell pressure due to Anchor liquidations

All I am saying is that it is not right to expect that liquiditations shouldn't happen or Anchor is doing a con job

There was just too much leverage built in system which viped out many.

**KB**   **Kaleen Bhaiya**   5/23/2021, 1:49 AM

I'm good with my small staking rewards and weekly Airdrops

**A**   **AnonMaker**   5/23/2021, 1:49 AM

"anchor is incredibly inneficient because I got liquidated"

**U**   **Unknown**   5/23/2021, 1:50 AM

🤣

**SJ**   **Steve Jo**   5/23/2021, 1:50 AM

when ust price 1$

**FL**   **Fat L**   5/23/2021, 1:50 AM

you buy $10 of their bluna collateral for $7-$8 depends on how much you are willing to discount, and you can sell it immediately for $9 in the market assuming price didn't move during the whole process

**C**   **CGA**   5/23/2021, 1:50 AM

Having said this, once markets stabilize, things should improve with new borrowing demand and hopefully folks would also borrow more responsibly

**Z**   **Zzzzzzzzzzzzzzzzzzzzzzar**   5/23/2021, 1:50 AM

Ah

**C**   **CGA**   5/23/2021, 1:51 AM

Start reading from here:
https://t.me/TerraLunaChat/282304

**FL**   **Fat L**   5/23/2021, 1:51 AM

so only way to stop this is everyone to watch their LTV and use terra swap to pay it off, don't wait until you get liquidated

**F**   **Foo**   5/23/2021, 1:51 AM

I think the starting point is when Anchor comes out, people are telling all to borrow against bLuna to buy more luna and bond Luna to borrow more. This strategy rekt alot of people when price falls.

**KB**   **Kaleen Bhaiya**   5/23/2021, 1:52 AM

I would borrow only 20-30% of my collateral

**TP**   **The Pipe**   5/23/2021, 1:52 AM

the liquidation cycles are going to be part of life now

**C**  **CGA**                                                                    5/23/2021, 1:53 AM
I think a better strategy is to keep a very low LTV and then do yield farming on Mirror in low IL pools

**TP**  **The Pipe**                                                              5/23/2021, 1:53 AM
to many people want that juicy leverage

**F**  **Foo**                                                                     5/23/2021, 1:53 AM
Yes, this is the better way. easier to take out the needed money to repay in time of crisis.

**N**  **nachodon**                                                               5/23/2021, 1:54 AM
Deleted

**EF**  **Ernestas | GT | Won't DM first**                                        5/23/2021, 1:54 AM
Not fully.
Though automated tools could highly improve the situation.

Go to forums.
I sounded alarm bells for this a month ago.

Anchor is incredibly innefficient to take low LTV positions, as unlike any other protocol, closing the borrowed position costs
you additional 2% on your collateral(now it's 10%), or makes your funds locked for 21 days.
No other lending protocol works that way.
I pay off the debt, i access my money immediately.

If you take 10% LTV loan for a short time, paying it back will incur a 20% fee against what you borrowed.
It's crazy.

**N**  **nachodon**                                                               5/23/2021, 1:55 AM
What's the accusation??lol

**KB**  **Kaleen Bhaiya**                                                         5/23/2021, 1:55 AM
Emotional tweet same as Andre tweeted about
$COVER
 team, then deleted saying he was emotional.😄

**KB**  **Kaleen Bhaiya**                                                         5/23/2021, 1:55 AM
Smartstake did already

**U**  **Unknown**                                                                5/23/2021, 1:56 AM
good point but thats the contract you enter when you use bLUNA. so people need to borrow at their own risk

**KB**  **Kaleen Bhaiya**                                                         5/23/2021, 1:56 AM
I hope so🔥🚀

**KB**  **Kaleen Bhaiya**                                                         5/23/2021, 1:57 AM
Lol, I'm scared looking at my apeboard dashboard.

**C**  **CGA**                                                                    5/23/2021, 1:57 AM
I have read this but I think these are misinterpretations. UST  isn't essentially collateralised in LUNA atleast that's not the
binding condition to maintain the peg.

Only the net sell demand in UST needs to be balanced by LUNA. And the conditions for maintaining the peg are: Price is
non-zero and there is enough liquidity in LUNA both of which are being fully satisfied.

As relates to UST peg, I think it has held well.
You can see some of the stuff I have written here and keep reading down:
https://t.me/TerraLunaChat/282304

N    **nachodon**                                                                    5/23/2021, 1:58 AM
Man I have to tip my hat to AG. if it was up to me we might have a community of 16 here and not 1600. Lmao. Now where that would put the market cap I'm not sure?  Is it possible it could be higher? 🤔

U    **Unknown**                                                                     5/23/2021, 1:59 AM
sometimes genius is misunderstood for facism 😉

KB   **Kaleen Bhaiya**                                                               5/23/2021, 2:00 AM
Do u scam people? Ur username is hidden 😛

U    **Unknown**                                                                     5/23/2021, 2:01 AM
yes please send me seed phrase ser

EF   **Ernestas | GT | Won't DM first**                                             5/23/2021, 2:01 AM
So I'm just saying there's a lot of room for improvement in anchor.
I got liquidated trice.
Who's fault is it?
Only mine.

But if the protocol will keep working the way it does, it will have a hard time attracting borrowers after these innefiencies were demonstrated.

And anchor is absolutely essential for entire terra ecosystem. It's a core building block of so many products building in terra.

So the protocol definitely has ways to improve the borrowing.
Talked about all of this in the forum a month ago.
Automatically repay from UST deposit.
Automatically repay or use as collateral ANC.
Automatically manage the amount of bLuna that is provided vs interest accruing, so that low LTV positions collateral can still accrue interest, while being there in case of a flash crash, making safe loans actually usable.

U    **Unknown**                                                                     5/23/2021, 2:02 AM
100% needs improvement but you just revealed your bias in saying the protocol is at fault as you got liquidated

EF   **Ernestas | GT | Won't DM first**                                             5/23/2021, 2:04 AM
What. No.
I'm just saying the protocol has faults. Those faults were known and discussed.
I was the one who raised a lot of those points a month ago, i was fully aware how it works, and i took the risks.
I'm fine with my liquidations.

But i would like to tfl to really focus on the borrower side for next updates of anchor, because I want terra to succeed.
So far they have been focusing only on getting more UST deposits.

C    **CGA**                                                                         5/23/2021, 2:05 AM
Thanks for your inputs.
Automatically repayments are not so easy to do on blockchain afaik.

Someone told me about Defi Saver which is a whole project by itself for multiple Defi protocols like Aave and Compound

We are already brainstorming on this in the last few days. If we do it, it will certainly take more than a month or two

JV   **Just Virous**                                                                5/23/2021, 2:07 AM
So luna Future is over??

S    **Seb**                                                                         5/23/2021, 2:07 AM
I'd love to see that automation tool you mention being built
So many transaction fees accruing to stakers from that 🙂

S    **Seb**                                                                         5/23/2021, 2:07 AM
yes please sell - source : a random guy on internet"

**M**  **Malik**                                                            5/23/2021, 2:07 AM
Hi is the anchor air drop today?

**M**  **Malik**                                                            5/23/2021, 2:08 AM
what are the requirements for this airdrop?

**M**  **Malik**                                                            5/23/2021, 2:08 AM
Should i just be staking luna?

**C**  **CGA**                                                              5/23/2021, 2:08 AM
No🙂
LUNA will shine-fundamentals are as solid as ever 💪

**J**  **Jan**                                                             5/23/2021, 2:08 AM
Hey guys. Can someone give me a *brief* rundown of the recent vote regarding Ozone/community pool burn? I've been seeing loads about it but not too sure on the details.

To me it makes sense to back Ozone with a large fund, as it's an insurance policy that protects us all and attracts new users.

What are the counter arguments, as to why we voted No to burning the pool?

By the way, I have no opinion myself, I don't know enough about it. Just wanting to understand a bit more.

**F**  **Fatih**                                                           5/23/2021, 2:09 AM
https://twitter.com/Josephliow/status/1396250635331375104?s=19

**KB**  **Kaleen Bhaiya**                                                   5/23/2021, 2:09 AM
Ok ,ser


*Image: photo_4263@23-05-2021_02-09-12.jpg (131 KB)*

**U**  **Unknown**                                                         5/23/2021, 2:10 AM
can you send to me in spanish I dont read english so well

**寂M**  **寂寞雪 Read my fucking bio before PM me!**                          5/23/2021, 2:10 AM
How to mint assets between luna and stable coins?

**EF**  **Ernestas | GT | Won't DM first**                                  5/23/2021, 2:10 AM
Exactly.
Anchor is a core building block of so many protocols and retail products.
It MUST succeed.

寂M  **寂寞雪 Read my fucking bio before PM me!**                                    5/23/2021, 2:11 AM
https://amp.reddit.com/r/terraluna/comments/ngpfez/how_can_i_burn_ust_to_mint_luna_and_burn_luna_to/

As the question, I can't find the answer.

KB  **Kaleen Bhaiya**                                                              5/23/2021, 2:11 AM
Use Google translator

J   **Jan**                                                                       5/23/2021, 2:12 AM
Sure, but what are the upsides / downsides to each option? Still not sure how each would affect the situation

A   **arnaud**                                                                    5/23/2021, 2:15 AM
Are we gonna have some transparancy about the tokenomics one day ?!

EF  **Ernestas | GT | Won't DM first**                                            5/23/2021, 2:15 AM
What do you mean

A   **arnaud**                                                                    5/23/2021, 2:15 AM
Whales dumping on us like there was 5b luna in circulation ?

A   **arnaud**                                                                    5/23/2021, 2:16 AM
Luna supply increased daily

Z   ***Zzzzzzzzzzzzzzzzzzzzzzar***                                                5/23/2021, 2:16 AM
What is the max supply?

MS  **mushroom soup**                                                             5/23/2021, 2:16 AM
Knock knock. Can the whales in the tg group be transparent about your actions?

MG  **Maarten | GT**                                                              5/23/2021, 2:16 AM
I'm not sure I want to engage in this but how did you come to that conclusion

EF  **Ernestas | GT | Won't DM first**                                            5/23/2021, 2:17 AM
Luna is minted when UST demand decreases.

On the crash a lot of UST left the system

A   **arnaud**                                                                    5/23/2021, 2:17 AM
I'm a retail

MG  **Maarten | GT**                                                              5/23/2021, 2:17 AM
the total supply of LUNA is 960m

TM  **terra mir**                                                                 5/23/2021, 2:17 AM
11

A   **arnaud**                                                                    5/23/2021, 2:17 AM
It is to the project to show facts and allocation and release schedle

Z   ***Zzzzzzzzzzzzzzzzzzzzzzar***                                                5/23/2021, 2:18 AM
Is this the max supply ?

A   **arnaud**                                                                    5/23/2021, 2:18 AM
So luna is no bear market résistant as it should be a stable coin Platforms ?

GT  **General Tso**                                                               5/23/2021, 2:19 AM

If an user has money in ust earn, there should be option to use that money instead of liqudiating bluna

**A**    **arnaud**                                                                           5/23/2021, 2:19 AM
This increse everyday

**MS**   **mushroom soup**                                                                    5/23/2021, 2:19 AM
I think the fundamental issue with anchor purging is small luna mcap and is increasingly smaller by this relentless lp chase
down. We will need nEth and other bAssets soonest to safeguard the borrowing market

**F**    **Fatih**                                                                            5/23/2021, 2:19 AM
Unless its burned when ust minted how it can be bear resistance?

**A**    **Alpha Seeker ?**                                                                   5/23/2021, 2:19 AM
Still early days for Luna to be bear market resistant

**MS**   **mushroom soup**                                                                    5/23/2021, 2:20 AM
It gets cheaper for whale to purge borrowers as mcap diminish further.  Cut back on borrowing and take care folks.

**A**    **arnaud**                                                                           5/23/2021, 2:20 AM
The tokenomics are finaly not si good

**U**    **Unknown**                                                                          5/23/2021, 2:22 AM
$1000 luna eoy?

**A**    **arnaud**                                                                           5/23/2021, 2:22 AM
Has coin bureau mentioned no transparancy and very difficult to find any documents showing the exact number of luna

**S**    **Saad**                                                                             5/23/2021, 2:23 AM
Tokeneconomics is great. LUNA holders are incentivized to HODL through what we are going through.

**JV**   **Just Virous**                                                                      5/23/2021, 2:23 AM
This is shit token metrics i ever seen.

**S**    **SuperTrampCapital**                                                                5/23/2021, 2:23 AM
Can you realistic? I guess when we dump to cents then we will be bear resistant.

**DM**   **D Mid monster**                                                                    5/23/2021, 2:23 AM
Nah

**A**    **arnaud**                                                                           5/23/2021, 2:23 AM
Wow the investors and whales have diamonds hands it seems

**JV**   **Just Virous**                                                                      5/23/2021, 2:23 AM
I thought LUNA is legit one but again after reading all chats. No one has clear info even admin. So i can say glad I
invested low amount.

**JV**   **Just Virous**                                                                      5/23/2021, 2:24 AM
Seems one more got hype & pumped & now it's over

**A**    **arnaud**                                                                           5/23/2021, 2:24 AM
Dumping on all retail !! Perfect for adoption 🙄🙄

**Plankton**  ศิษย์เซียนแฟง                                    5/23/2021, 2:25 AM

where is
mr.do
?

**Plankton**  ศิษย์เซียนแฟง                                    5/23/2021, 2:25 AM

😭



*Image: AnimatedSticker (32).tgs_thumb.jpg (2 KB)*

*Attachment: AnimatedSticker (32).tgs (21 KB)*

**arnaud**                                                                       5/23/2021, 2:25 AM

Do is shilling and tweeting all day mailing podcast when it 22 dolls and desappear at 6 dollars

**Saad**                                                                         5/23/2021, 2:25 AM

The entire market crashed and it has been amazing to watch Terra work smoothly throughout as intended

**Crypto Lunatic**                                                               5/23/2021, 2:26 AM

So what is the latest guys?  Luna keeps crashing due to ANC liquidations?  It's looking like we are going to $5 now.  Wow, never thought I would see it go this low again.

**Techguy79**                                                                    5/23/2021, 2:27 AM

No need to speak now. The market is doing its thing

**Techguy79**                                                                    5/23/2021, 2:28 AM

I have other positions which got hurt as well

**Techguy79**                                                                    5/23/2021, 2:28 AM

Not luna specific

**Alpha Seeker ?**                                                               5/23/2021, 2:28 AM

Probably closer to $100 now. But who knows. We still very early days. There's literally only 2 Dapps in the ecosystem and UST is on 7 exchanges! 😂

**Felix A**                                                                      5/23/2021, 2:29 AM

This

**Alpha Seeker ?**                                                               5/23/2021, 2:29 AM

Id rather have him be building instead of speaking. That's the only way to get out of this bear market is to build stuff. You should try it out!

**Unknown**                                                                      5/23/2021, 2:29 AM

Do kwon needs to come out to comfort us lol

**darvinder**                                                                    5/23/2021, 2:29 AM

yeah please get ust on more exchanges, trying to find it was a hassle

**ivan**                                                                         5/23/2021, 2:30 AM

im pretty sure he is doing better than any of us..

A   **arnaud**                                                  5/23/2021, 2:30 AM
    Yes but he was making people fomo
    City of.... Busan
    Like a youtuber to pumps the investors bag and dump on retail

A   **arnaud**                                                  5/23/2021, 2:30 AM
    Institutions will go to Ethereum

A   **Alpha Seeker ?**                                           5/23/2021, 2:31 AM
    There's going to be easier fiat on ramps to obtain UST.

JV  **Just Virous**                                             5/23/2021, 2:31 AM
    I invested only 300$ at 11$ now i know my money is going to be 0.

    Best of luck of all you guys.🙇
    Byeee

A   **arnaud**                                                  5/23/2021, 2:31 AM
    So bé kind with retail if you want succed

C   **CGA**                                                     5/23/2021, 2:31 AM
    He spoke to everyone a couple of days ago and had a small AMA on TG:

    https://t.me/TerraLunaChat/272410

к   **крам**                                                    5/23/2021, 2:31 AM
    Yes which is crucial. But also we cant miss out on the masses who onboard via their local CEX

W   **WonderFull**                                              5/23/2021, 2:31 AM
    See ya

A   **Alpha Seeker ?**                                           5/23/2021, 2:31 AM
    That's a stupid accusation.

T   **Techguy79**                                               5/23/2021, 2:31 AM
    You have not enough bear market experience it seems

C   **CGA**                                                     5/23/2021, 2:31 AM
    Also made a tweet thread:
    https://twitter.com/d0h0k1/status/1395334535122849800

C   **CGA**                                                     5/23/2021, 2:32 AM
    https://twitter.com/d0h0k1/status/1395334527132651522?s=21

T   **Techguy79**                                               5/23/2021, 2:32 AM
    Capitulation is clear here

C   **CGA**                                                     5/23/2021, 2:32 AM
    🤦

JV  **Just Virous**                                             5/23/2021, 2:33 AM
    I have but never did research I simply bought & today i did this chat & video how terra mechanism & it's sucks.

I'm here since December 2016 in this space

**J**                                                                                    5/23/2021, 2:33 AM
Anchor was the beginning and end for Terra - discuss

**Alpha Seeker ?**                                                                       5/23/2021, 2:33 AM
I think we still see more blood.

**Alpha Seeker ?**                                                                       5/23/2021, 2:33 AM
Hahaha there's literally a dozen of new applications launching soon. It's just the beginning

**Just Virous**                                                                          5/23/2021, 2:33 AM
Capitulation lol hold when btc will hit 11K & luna 0.1$.

**Perfect Legato**                                                                       5/23/2021, 2:34 AM
what's up with all these deliberated fudders

**Bdon Bert**                                                                            5/23/2021, 2:34 AM
no chance btc crashes that low lmao

**CGA**                                                                                  5/23/2021, 2:34 AM
Now this is indeed FuD buddy

**Nin**                                                                                  5/23/2021, 2:34 AM
wow, it's interesting to see a big sentiment shift in bear market. imo terra fundamental hasnt changed one bit.

**Unknown**                                                                              5/23/2021, 2:34 AM
/ban

**Just Virous**                                                                          5/23/2021, 2:34 AM
No sir

**Maarten | GT**                                                                         5/23/2021, 2:34 AM
Fascinating isn't it

**CGA**                                                                                  5/23/2021, 2:35 AM
Where have you been all this while - I have been answering all questions and explaining everything

**J**                                                                                    5/23/2021, 2:35 AM
"Soon" - been hearing that since March and only thing that's dropped is LoTerra that looks like my kid built it

**Zzzzzzzzzzzzzzzzzzzzzar**                                                              5/23/2021, 2:35 AM
Please explain

**Maarten | GT**                                                                         5/23/2021, 2:35 AM
Hard to hold on when you haven't done the research and have no conviction

**CGA**                                                                                  5/23/2021, 2:35 AM
Would you mind asking questions here

**Just Virous**                                                                          5/23/2021, 2:35 AM
It's mathematical flaws in terra whole mechanism.

**CGA**                                                                                  5/23/2021, 2:35 AM
As per your interpretation

C   **CGA**                                                                        5/23/2021, 2:35 AM

Add this to your sentence

A   **Alpha Seeker ?**                                                             5/23/2021, 2:35 AM

Have you ever build an application or do you write code?

C   **CGA**                                                                        5/23/2021, 2:35 AM

Don't state it as a fact

T   **Techguy79**                                                                  5/23/2021, 2:35 AM

This is a fudder

U   **Unknown**                                                                    5/23/2021, 2:35 AM

Wen will other bAsset come up?

F   **FoomFoom**                                                                   5/23/2021, 2:36 AM

boink. bounce. methinks i buy back in. my instincts notoriously suck

C   **CGA**                                                                        5/23/2021, 2:36 AM

And not a smart one it seems. I will still give him a chance to explain

J   **J**                                                                          5/23/2021, 2:36 AM

Liquidation causing downward spiral and fear, investors leaving, Anchor eating its own reserves to keep 18% - imploding

ED  **Evan Docs**                                                                  5/23/2021, 2:36 AM

Jajajaja, the only difference between a successful crypto trader and an unsuccessful one in this market is patience

J   **John**                                                                       5/23/2021, 2:36 AM

this is not an error its arbitrage

Z   **Zzzzzzzzzzzzzzzzzzzzzar**                                                     5/23/2021, 2:36 AM

Well I wouldn't disagree that anchor liquidations are dumping price

R   **River ?** 🎛️   **to 100$**                                                  5/23/2021, 2:36 AM

Right now, Luna market cap is close to UST. What's happen, if luna go lower that UST ??



*Image: photo_4264@23-05-2021_02-36-56.jpg (15 KB)*

J   **J**                                                                          5/23/2021, 2:36 AM

Yes and soon means days not months

C   **Chris**                                                                      5/23/2021, 2:37 AM

What if the mcap of Luna goes below the mcap of UST? I feel like this shouldn't be possible but that it's about to happen. Doesn't this undermine the 1:1 ratio than everything is built on? I may be completely wrong here but can anyone answer this please?

I   **ivan**                                                                       5/23/2021, 2:37 AM

doesnt matter

JV  **Just Virous**                                                                5/23/2021, 2:37 AM

Man you should do once research. If i was a fudder I'll never stake my Luna.

**J**      **Jordy**                                     5/23/2021, 2:37 AM
Excellent time to buy now then?

**W**      **WonderFull**                           5/23/2021, 2:37 AM
I don't think anything happens

**I**      **ivan**                                    5/23/2021, 2:37 AM
as long as luna is trading > 0 it doesnt matter

**U**      **Unknown**                         5/23/2021, 2:37 AM
Can we cancel the instant burn on anchor?

**JV**      **Just Virous**                        5/23/2021, 2:37 AM
I bought 1st day & staked simply.

**C**      **CGA**                                   5/23/2021, 2:37 AM
Eating it's own reserves??
That's the design buddy

Anchor is supposed to subsidise depositors yield from reserve in case Rate is below threshold

**A**      **Alpha Seeker ?**                   5/23/2021, 2:37 AM
Hahaha you should build an application powered by Anchor and Mirror then!

**W**      **WonderFull**                           5/23/2021, 2:37 AM
I thought you were leaving?

**U**      **Unknown**                         5/23/2021, 2:37 AM
Make them wait 21days for the premium

**C**      **CGA**                                   5/23/2021, 2:37 AM
So!?

**S**      **Saad**                                  5/23/2021, 2:37 AM
It is understandable that people are angry about loosing money, but some people are just spreading unnecessary fud

**F**      **FoomFoom**                        5/23/2021, 2:37 AM
also BTCs dominance affecring all crypto

**RL**      **RAY LIU**                         5/23/2021, 2:38 AM
+1 can anyone please answer this question?

**C**      **CGA**                                   5/23/2021, 2:38 AM
https://t.me/TerraLunaChat/282779

**W**      **WonderFull**                           5/23/2021, 2:38 AM
Nothing happens it's been answered already

**F**      **FoomFoom**                        5/23/2021, 2:38 AM
What sux about that is luna undervalued following btc crash, causing anc liquidations that are... shouldnt happen

**ED**      **Evan Docs**                        5/23/2021, 2:38 AM
Ha, man, if you've only been here since March you have no idea how markets work. It's not overnight. It can happen at any time, but overall it's all cyclical.

**C**   **CGA**                                                                              5/23/2021, 2:38 AM
Arb mechanisms work irrespective of LUNA marketcap

**M**   **Malik**                                                                            5/23/2021, 2:38 AM
Should i use solid stake or stake system?

**J**   **J**                                                                                5/23/2021, 2:38 AM
Too busy applying for McDonald's

**T**   **Techguy79**                                                                        5/23/2021, 2:38 AM
Do you know how borrowing works? How risk management works?

**C**   **CGA**                                                                              5/23/2021, 2:38 AM
The two essential conditions are required which I have stated in my response

**A**   **Alpha Seeker ?**                                                                   5/23/2021, 2:39 AM
Me as well

**F**   **FoomFoom**                                                                         5/23/2021, 2:39 AM
but until lina ans orher alts break from btc.... its how it is

**J**   **J**                                                                                5/23/2021, 2:39 AM
Has Do Kwon gone into hiding?

**T**   **Techguy79**                                                                        5/23/2021, 2:39 AM
Borrowing ust, by pledging LUNA, to buy LUNA needs to be done knowing the risk

**T**   **Techguy79**                                                                        5/23/2021, 2:39 AM
This is wrong way risk

**Z**   **Zzzzzzzzzzzzzzzzzzzzzzzar**                                                         5/23/2021, 2:39 AM
Why do we have an arbitrage between Luna and bluna ?

**W**   **WonderFull**                                                                       5/23/2021, 2:39 AM
Idk

**L**   **lunadealer ?**                                                                     5/23/2021, 2:39 AM
I just bought more! 🤑
Can't resist at these low prices! 😍

**C**   **CGA**                                                                              5/23/2021, 2:39 AM
Start reading from here:
https://t.me/TerraLunaChat/282304

**D**   **darvinder**                                                                        5/23/2021, 2:40 AM
idk looks like it might go lower

**Z**   **Zzzzzzzzzzzzzzzzzzzzzzzar**                                                         5/23/2021, 2:40 AM
Can someone explain?

**JV**  **Just Virous**                                                                      5/23/2021, 2:40 AM
Whole ecosystem stable coin is pegged to luna. So incase luna suffer poor price if bear market kicks in what will happen
to UST?? & all these burn code I didn't get it.

**A**  **Alpha Seeker ?**                                                      5/23/2021, 2:40 AM
I'm buying all the way down

**F**  **FoomFoom**                                                           5/23/2021, 2:41 AM
me neither but the next lower bound aftwr 5 to 7 usd gonna be like 1.5 to 3

**ED**  **Evan Docs**                                                         5/23/2021, 2:41 AM
Correct. This is the only market in the world where the borrower gets rewarded. And people get mad that the high reward
comes with risk. That's how the system works! That's how  liquidation works. The more risk, the more reward. Get rid of
liquidation and you lose your reward for borrowing, and your lenders too.

**D**  **darvinder**                                                          5/23/2021, 2:41 AM
ah you the guy from twitter

**L**  **lunadealer ?**                                                       5/23/2021, 2:41 AM
Maybe yes. You can't perfectly time the bottom. But then I will accumulate more. 😎

**D**  **darvinder**                                                          5/23/2021, 2:41 AM
honestly i would love if it goes down some more

**ED**  **Evan Docs**                                                         5/23/2021, 2:41 AM
Love it

**C**  **CGA**                                                               5/23/2021, 2:41 AM
Have you seen stETH and ETh in curve pool

It's the same concept

stETH is a staking derivative for ETH similar to bLUNA is for LUNA
They trade at a disocunt.

The discount increases in volatile markets as participants want faster liquidity exits and are willing to pay a discount to
move to liquid LUNA

**D**  **darvinder**                                                          5/23/2021, 2:42 AM
if there are any active luna bears here, please let the price hold like this until tomorrow

**F**  **FoomFoom**                                                          5/23/2021, 2:42 AM
blew orher crypto to sell ar a loss to save my anc loan, my plan is to leverage with it during the ul

**F**  **FoomFoom**                                                          5/23/2021, 2:42 AM
during the up even

**Z**  **Zzzzzzzzzzzzzzzzzzzzzar**                                            5/23/2021, 2:43 AM
Thanks

**D**  **darvinder**                                                          5/23/2021, 2:43 AM
ohhhh would love some $5 luna

**W**  **WonderFull**                                                         5/23/2021, 2:43 AM
I believe it's at 5 right now

**Z**  **Zzzzzzzzzzzzzzzzzzzzzar**                                            5/23/2021, 2:43 AM
I think some people have concerns that the arbitrage is being exploited to drive down the price

**W**  **WonderFull**                                                         5/23/2021, 2:43 AM
I'm buying some more

**D**  **darvinder**                                                5/23/2021, 2:43 AM
is it

**F**  **FoomFoom**                                                5/23/2021, 2:43 AM
funny, this around the price i bought luna in the first place

**D**  **darvinder**                                                5/23/2021, 2:43 AM
its @ 6 on binance

**D**  **darvinder**                                                5/23/2021, 2:44 AM
but you can get some discount swapping to bluna

**ED**  **Evan Docs**                                              5/23/2021, 2:44 AM
Non sequitur

**W**  **WonderFull**                                             5/23/2021, 2:44 AM
The arb isn't really an arb cause it takes 21 days to burn back to Luna

**W**  **WonderFull**                                             5/23/2021, 2:44 AM
It's for long holders to get more luna

**D**  **darvinder**                                                5/23/2021, 2:44 AM
explain why? tryna learn

**J**  **John**                                                   5/23/2021, 2:44 AM
THIS IS A GIFT FROM THE GODS

**D**  **darvinder**                                                5/23/2021, 2:44 AM
could someone explain the deal with anchor?

**ED**  **Evan Docs**                                              5/23/2021, 2:44 AM
Explain

**I**  **lepuras**                                                5/23/2021, 2:44 AM
I think that Guy is an early suporter and your behavior is out of line. This is luna telegram not your playground.

**D**  **darvinder**                                                5/23/2021, 2:45 AM
why are people here so negative towards it

**C**  **CGA**                                                    5/23/2021, 2:45 AM
Ask specific questions- I will answer

**W**  **WonderFull**                                             5/23/2021, 2:45 AM
Nothing to explain it's the wrong idea

**F**  **FoomFoom**                                                5/23/2021, 2:45 AM
ya might be, especially with yield aggregator protocols. notice even gow
yearn.finance
 spiked hard right before crash. was gonna crash anyway but suspect all the yiled aggregating leveraged positions made it quicker

**W**  **Wick 27**                                                5/23/2021, 2:45 AM
Luna having a great day..

**F**   **FoomFoom**                                                    5/23/2021, 2:45 AM
also may have softened the crash by going early under the sma

**J**   **Jordy**                                                       5/23/2021, 2:45 AM
There's only 1 logical approach to LUNA's current price action.

If you believe the terra ecosystem will be around in 5 years, then the obvious answer is to go all in now while it's incredibly oversold and you'll surely be very wealthy in a few years.

If, however, you don't believe it will be, then you should sell everything now to preserve your remaining capital. Simple

**W**   **Wick 27**                                                     5/23/2021, 2:45 AM
Imagine Luna becoming a loonie

**C**   **Chris**                                                       5/23/2021, 2:45 AM
+1

**ED**  **Evan Docs**                                                   5/23/2021, 2:45 AM
Love you NACHO!!!! Welcome to the groundlings

**W**   **WonderFull**                                                  5/23/2021, 2:46 AM
The Luna to bluna arbitrage only helps long holders that want more Luna. You can't burn Luna to bluna 1:1 until 21 days later

**D**   **darvinder**                                                   5/23/2021, 2:46 AM
im not quite sure what my question would be in regards to a statement like "anchor was the beginning and end for terra"

**C**   **CGA**                                                         5/23/2021, 2:46 AM
Probably because they got liquidated due to devastating price action on LUNA. There have been severe liquidations on all Defi protocols on most assets in last 3-4 days and Anchor is no different.

**D**   **darvinder**                                                   5/23/2021, 2:46 AM
is it worth though?

**F**   **FoomFoom**                                                    5/23/2021, 2:46 AM
same goes for any crypto

**S**   **Seb**                                                         5/23/2021, 2:46 AM
1UST will still be able to be burnt in return for 1$ worth of Luna
What's you're concern - Terra does not work like Tether or USDC , rather more like DAI

**Z**   **Zzzzzzzzzzzzzzzzzzzzzzar**                                     5/23/2021, 2:46 AM
Yes but they need liquid Luna for that right? I thought most long term holders are staked

**F**   **FoomFoom**                                                    5/23/2021, 2:47 AM
think the project's a good idea, now is a great opportunity

**JV**  **Just Virous**                                                 5/23/2021, 2:47 AM
As also DAI is backed by ETH,USDT,USDC. But what about UST any backing is luna? Then who backing luna,

Can you clear all this issue?

What if there is not much luna to burned is coin lose it's pegged?

**J**   **Jordy**                                                       5/23/2021, 2:47 AM
Yes. If you are bullish long-term, this is the most exciting part of crypto. Massive accumulation phase

**F**   **FoomFoom**                                                    5/23/2021, 2:47 AM
few more.months another crash too. meantime. yum.

**JV**   **Just Virous**                                                          5/23/2021, 2:47 AM
@AG_1000
  read all the msg clear my issue.

**D**   **darvinder**                                                             5/23/2021, 2:47 AM
ah maybe not the best thing for me to get involved, im good with staking things like luna mir or usy

**J**   **Jordy**                                                                5/23/2021, 2:48 AM
Doubt it. The only way it can happen is if many long term holders decide to sell at a big loss. Cannot see that happening at all.

**W**   **WonderFull**                                                           5/23/2021, 2:48 AM
Most long Luna are already fully staked people would need to buy Luna in the open market to turn into bluna and it would be locked for 21 days. So the price action does not have to do with the arbitrage.

**F**   **FoomFoom**                                                             5/23/2021, 2:48 AM
oh i see the prices going hogher than before and selling happening. can even see the long arcs on the charts

**F**   **FoomFoom**                                                             5/23/2021, 2:49 AM
there will be multiple huge crashes months apart

**M**   **Malik**                                                                5/23/2021, 2:49 AM
Bought more and staked



*Image: photo_4265@23-05-2021_02-49-25.jpg (17 KB)*

**W**   **WonderFull**                                                           5/23/2021, 2:49 AM
Let's go!

**C**   **CGA**                                                                  5/23/2021, 2:49 AM
https://t.me/mirror_protocol/173206

**ED**   **Evan Docs**                                                           5/23/2021, 2:49 AM
Love it

**TD**   **Taster: block scam dm/call**                                         5/23/2021, 2:49 AM
They can start their own chat room.. I assume...

**D**     **darvinder**                                                                    5/23/2021, 2:50 AM

omg that governance staking on mir is filthy

**F**     **FoomFoom**                                                                    5/23/2021, 2:50 AM

we about to enter huge growth any moment. not brushed up on my calculus trigonometry and topography to give good predocrions cept general idea

**TD**     **Taster: block scam dm/call**                                           5/23/2021, 2:50 AM

+1

**F**     **FoomFoom**                                                                    5/23/2021, 2:51 AM

this low is frustrating. every % point represents massive multiples of growth potential

**F**     **FoomFoom**                                                                    5/23/2021, 2:51 AM

and exciting

**F**     **FoomFoom**                                                                    5/23/2021, 2:51 AM

buying anywhere near here is gonna be nice later

**D**     **darvinder**                                                                    5/23/2021, 2:51 AM

cant buy luna directly, urrrgh these exchanges dont want me to make it

**I**     **ivan**                                                                            5/23/2021, 2:52 AM

if only i wasnt afraid buy more here.. but damn the fud is crazy big now

**F**     **FoomFoom**                                                                    5/23/2021, 2:52 AM

use terra bridge then?

**ED**     **Evan Docs**                                                            5/23/2021, 2:52 AM

Do you forget that terra Luna works in contraction AND expansion? Protocol will burn ust for Luna.

**D**     **darvinder**                                                                 5/23/2021, 2:52 AM

the exchange i use to onboard my funds has luna, but i cant withdraw it for some reason

**J**     **Jordy**                                                                   5/23/2021, 2:52 AM

This is true, but it's trying to time the bottom which is complete speculation.

There's a good chance this is the very bottom so it's a good idea to at least start DCAing in. If it drops more then double down each time it drops 50c - $1.

Most big investors are out now too I believe

**D**     **darvinder**                                                                 5/23/2021, 2:52 AM

so i have to move funds again to binance to withdraw lmao

**W**     **Wick 27**                                                               5/23/2021, 2:53 AM

Anything new for next month?

**F**     **FoomFoom**                                                                    5/23/2021, 2:53 AM

Voyager? i ask because ibuse and is same prob

**D**     **darvinder**                                                                 5/23/2021, 2:53 AM

then use terraswap to swap it to bluna and burn

**W**     **Wick 27**                                                               5/23/2021, 2:53 AM

Developments

**F**  **FoomFoom**                                                                    5/23/2021, 2:53 AM

i have other wallets to send assets through yerra bridge

**TD**  **Taster: block scam dm/call**                                                 5/23/2021, 2:53 AM

May 24 is NY Consensus, June 4 is BTC Summit (Miami), and within 2 weeks, the market would likely to settle which coincide with the aforementioned events. There are other projects coming alive withint months for LUNA. Stay Calm and HODL.

**F**  **FoomFoom**                                                                    5/23/2021, 2:54 AM

to get out of an exchange quickly may need to swap to litecoin or link ir sol or matic etc

**D**  **darvinder**                                                                   5/23/2021, 2:54 AM

no its not vogayer, its a local small exchange from where im from

**JK**  **J K**                                                                        5/23/2021, 2:54 AM

It was posted before but people with answers get on this link and support BetterfutureICO who is replying to this guy's points

https://twitter.com/crypto_plato/status/1396280216385843201?s=21

**ED**  **Evan Docs**                                                                  5/23/2021, 2:54 AM

I bought some on voyager too.  I guess you get price exposure, but can't withdraw it so you're stuck in voyager. Part of me thinks voyager wants it this way.

**F**  **FoomFoom**                                                                    5/23/2021, 2:54 AM

so have fasyer transaction speed at lower cost, get swappwd into ust and use luna bridge

**D**  **darvinder**                                                                   5/23/2021, 2:54 AM

probably gonna get into a bigger position tomorrow

**D**  **darvinder**                                                                   5/23/2021, 2:55 AM

$5 and im all in

**F**  **FoomFoom**                                                                    5/23/2021, 2:55 AM

they do. they admit in their user aggreements they use yoeld generators/defi savings, how they give constant return %s

**D**  **darvinder**                                                                   5/23/2021, 2:56 AM

any idea why the PA is so bad, like its performed so badly, im assuming the liquidations rekt quite a lot of you guys

**D**  **darvinder**                                                                   5/23/2021, 2:56 AM

damn that must succk

**F**  **FoomFoom**                                                                    5/23/2021, 2:56 AM

prob is all crypto tied to bitcoin

**D**  **darvinder**                                                                   5/23/2021, 2:57 AM

yeah but i think luna has performed exceptionally badly in this dip

**F**  **FoomFoom**                                                                    5/23/2021, 2:57 AM

this shows luna evosystem main dominance is not stable coins etc, it's bitcoin

**D**  **darvinder**                                                                   5/23/2021, 2:57 AM

agreed

**F**  **FoomFoom**                                                                    5/23/2021, 2:57 AM

but, true for all alts till can take over enough market cap

**F**    **FoomFoom**        5/23/2021, 2:58 AM

ya totally it has been hit hard

**J**    **Jordy**        5/23/2021, 2:58 AM

That would be an unbelievable discount considering that luna is one of the very few coins with actual products and mass adoption

**T**    **ThoR**        5/23/2021, 2:58 AM

Literally every other alt too

**F**    **FoomFoom**        5/23/2021, 2:58 AM

i think on the flip itll perform better faster immediately after this is over

**F**    **FoomFoom**        5/23/2021, 2:59 AM

look at DOT chart. it dun wanna move. a true hard floor lol

**F**    **FoomFoom**        5/23/2021, 2:59 AM

market i think for btc shifted upward some point today, gonna be volatility still

**J**    **Jordy**        5/23/2021, 2:59 AM

Luna's poor price action is also partly due to lack of community recognition. Therefore no liquidity. Everyone in the market is looking to sell, not buy, so low liquidity coins gonna get rekt extra hard

**I**    **ivan**        5/23/2021, 2:59 AM

bro dont remind me..... im 50/50 on dot/luna right now and im dying..

**F**    **FoomFoom**        5/23/2021, 3:00 AM

but as i said i notoriously suck for timing

**I**    **ivan**        5/23/2021, 3:00 AM

i lost 70% from the tops wth

**C**    **Cai♟|Holder**        5/23/2021, 3:00 AM

I would say cos BTC is already an index for all crypto

**J**    **Jordy**        5/23/2021, 3:00 AM

I'm 90/10 dot/luna. I believe in both, nothing has fundamentally changed, so I'm loading my bags even more for both

**I**    **ivan**        5/23/2021, 3:00 AM

lucky you, dot has been at least doing better than luna

**F**    **FoomFoom**        5/23/2021, 3:01 AM

when curves meet at flat angles.... need to do the math rather than eyeball charts

**M**    **Ma?Vlx?**        5/23/2021, 3:01 AM

Luna worst fucking performer

**M**    **Ma?Vlx?**        5/23/2021, 3:01 AM

Fucking shitshow

**ED**    **Evan Docs**        5/23/2021, 3:01 AM

Then why you on here?

**A**  **Alpha Seeker ?**                                    5/23/2021, 3:01 AM
Here comes the Anger! Haha we are in the Anger stage of the market.

**U**  **Unknown**                                           5/23/2021, 3:01 AM
Yep byebye

**M**  **Ma?Vlx?**                                           5/23/2021, 3:02 AM
Im all in u cunts

**J**  **Jordy**                                             5/23/2021, 3:02 AM
I wouldn't say lucky. But I am definitely looking at taking out a loan and loading up on luna, this price is absurdly cheap imo

**A**  **Alpha Seeker ?**                                    5/23/2021, 3:02 AM
Hold tight! Luna is just getting started

**F**  **FoomFoom**                                          5/23/2021, 3:02 AM
mebe... but luna used rl and btc an entry point for most ibto crypto as well as pricwd agaibst and traded with

**ED**  **Evan Docs**                                        5/23/2021, 3:03 AM
Then sell at a loss, or just be a little patient, and understand markets move.

**M**  **Ma?Vlx?**                                           5/23/2021, 3:03 AM
Ei clown

**F**  **FoomFoom**                                          5/23/2021, 3:03 AM
sheet i bought half my.luna at 5 to 6 usd, the other half at 17 lol. this hurts

**A**  **Alpha Seeker ?**                                    5/23/2021, 3:03 AM
Luna is on Flash Sale Boys

**M**  **Ma?Vlx?**                                           5/23/2021, 3:03 AM
You undestand the market and expected it right

**ED**  **Evan Docs**                                        5/23/2021, 3:04 AM
That's the risk of investing, and also the whole point. Buy low sell high. Right now is the time to buy more.

**F**  **FoomFoom**                                          5/23/2021, 3:05 AM
trial by fire reading financial charts. looking at em now clear as day what btc doing. unexpscted hit luna hard as it has. now we know. and we'll find out luna's hard floor above 0 at least

**K**  **KCW ?**                                             5/23/2021, 3:05 AM
Started to dump..?

**JS**  **Jaimin Sibal**                                     5/23/2021, 3:05 AM
This is kamakaze 😅

**M**  **Ma?Vlx?**                                           5/23/2021, 3:05 AM
Pray btc bottoms here

**M**  **MRS**                                               5/23/2021, 3:05 AM
Guys

**M**  **MRS**                                               5/23/2021, 3:05 AM
Its sunday

**D**  **Dhonz**                                             5/23/2021, 3:05 AM

I can't imagine, LUNA price is going dump very hard...
And I can't do anything

**M**  **MRS**                                                        5/23/2021, 3:06 AM
Low life will sell their cheap hands

**JS**  **Jaimin Sibal**                                               5/23/2021, 3:06 AM
Terra has been a bad performer but not the worst…ppl who bought in Matic at $2 plus are now dead too

**T**  **ThoR**                                                        5/23/2021, 3:06 AM
Pray you leave the group, project would be so much healthier

**JS**  **Jaimin Sibal**                                               5/23/2021, 3:06 AM
$1 😄

**F**  **FoomFoom**                                                    5/23/2021, 3:06 AM
hehehe i got 2.3k of luna. not a whale. but.... enough it matters to me. it's all bonded in stakinf or as bluna. canr pull out with 21 day hold lol

**M**  **MRS**                                                        5/23/2021, 3:06 AM
Wall street whales will sell ur hands in which they bought today

**K**  **KCW ?**                                                       5/23/2021, 3:07 AM
You can.. buy more as I bought at $18

**#**  **??Cryptololeitor?**                                           5/23/2021, 3:07 AM
U can instaburn

**F**  **FoomFoom**                                                    5/23/2021, 3:07 AM
im ok with it. gonna go up in hours to weeks, uae bluna as leverage then

**K**  **KCW ?**                                                       5/23/2021, 3:07 AM
someone told the price will goes to $50 as DOT

**F**  **FoomFoom**                                                    5/23/2021, 3:07 AM
i should have a week ago. jow i think is a loss

**D**  **Dhonz**                                                       5/23/2021, 3:07 AM
Iam also bought at 18$

**F**  **FoomFoom**                                                    5/23/2021, 3:07 AM
*now

**F**  **FoomFoom**                                                    5/23/2021, 3:08 AM
anchor loan only leverage in crypto i have, so selling others to save my loan

**GS**  **Gurmeet Singh**                                              5/23/2021, 3:08 AM
God when does the dumping stop now. All my Luna is locked up. Just hope that it will be worth it. Just looking at it crash and crash with no bottom in sight.

**J**  **Jordy**                                                       5/23/2021, 3:08 AM
Wrong. You can buy more the more it dumps

**F**  **FoomFoom**                                                    5/23/2021, 3:08 AM
gonna use it on ride up

**J**  **Jordy**                                                       5/23/2021, 3:09 AM

Simple rule: you buy the top, then you also buy the bottom. Then just stake it and chill out for a few years

**F**  **FoomFoom**                                                                 5/23/2021, 3:09 AM

there is a lot of yoward arcs hittin any moment and the crash arcs are bleeding out smaller. any moment hour day week

**K**  **KCW ?**                                                                    5/23/2021, 3:09 AM

But there's no bottom sir

**K**  **KCW ?**                                                                    5/23/2021, 3:10 AM





*Image: sticker (81).webp_thumb.jpg (3 KB)*

*Attachment: sticker (81).webp (20 KB)*

**F**  **FoomFoom**                                                                 5/23/2021, 3:10 AM

yoward = upward. in btc charts, whixh affect luna massively

**J**  **Jordy**                                                                    5/23/2021, 3:10 AM

If you truly believe that then you should exit completely and cut your losses.

This is all predicated on the notion that you believe nothing has fundamentally changed, in which case luna is extremely cheap rn

**F**  **FoomFoom**                                                                 5/23/2021, 3:10 AM

each crash i hope gonna shakw iff btc dominance some

**F**  **FoomFoom**                                                                 5/23/2021, 3:11 AM

there is a bottom. zero

**SJ**  **Steve Jo**                                                                5/23/2021, 3:11 AM

why UST price not 0.98$??

**K**  **KCW ?**                                                                    5/23/2021, 3:11 AM

Possible for us to go back $0.X?

**F**  **FoomFoom**                                                                 5/23/2021, 3:11 AM

zwro is a strong bottom pull too. for all crupto

**TD**  **Taster: block scam dm/call**                                              5/23/2021, 3:12 AM

Just wait a few weeks... the sell stop will kick in and settle ... Walk away from the crypto for a few weeks. It's for long term, not short term gains. Oh, I bought at 17+ and not worry about it... the more you worry, the more stupid transactions you will conduct. LUNA has a solid thesis and a few good app already.

**SY**  **Sithlord Pepe ( Will never DM you)**                                       5/23/2021, 3:12 AM

That would mean another 90% nuke, which i would think is not possible.

**J**  **Jordy**                                                                    5/23/2021, 3:12 AM

Once again - if that's what you truly believe, then sell everything now. No sarcasm. It's a zero-sum game.

Either this is the most obvious money making play ever, or luna goes to 0. No middle ground.

**K**    **KCW ?**                                                           5/23/2021, 3:12 AM
Ok sir! Gonna to delete my app and come back eoy

**SY**   **Sithlord Pepe ( Will never DM you)**                             5/23/2021, 3:12 AM
But you already know what most would do if it does hit 0.x

**F**    **FoomFoom**                                                        5/23/2021, 3:12 AM
anyone who cashes out in any crypto instantly puts their coins value wiithin the system out of the aystem, ie: 0

**F**    **FoomFoom**                                                        5/23/2021, 3:13 AM
nah because 0 is not the only pull

**F**    **FoomFoom**                                                        5/23/2021, 3:14 AM
so lonf as people use it, buy into it, there are positivebpulls too

**S**    **Seb**                                                            5/23/2021, 3:14 AM
^

**F**    **FoomFoom**                                                        5/23/2021, 3:14 AM
look crypro relies on fiat, if no oneninjected money into anybofnit, itd all be zero and gone

**T**    **trade**                                                          5/23/2021, 3:15 AM
Thanks Terra you are scammer

**R**    **???? Big Ren Ren**                                               5/23/2021, 3:15 AM



Image: video (4).mp4_thumb.jpg (9 KB)

Attachment: video (4).mp4 (60 KB)

**TD**   **Taster: block scam dm/call**                                     5/23/2021, 3:15 AM
It's better to have the community with understanding and patience then those who come by just for the easy win. When all these are gone, what's left will be strong.

**JV**   **Just Virous**                                                    5/23/2021, 3:15 AM
I staked it & unable to sell now as lockup period is 21 days. I should had done research before.😭😭

**J**    **Jordy**                                                          5/23/2021, 3:16 AM
Ok, my point is you either bought luna because you're investing long-term and you understand chai pays dividends, and that the luna ecosystems is scalable and growing rapidly. In this case, double down when prices are depressed.

If you were in it for a quick flip and got trapped by the whales, then you're fucked and should cut your losses now

**U**  **Unknown**                                                          5/23/2021, 3:16 AM
What is the programming language anchor is built on?

**F**  **FoomFoom**                                                         5/23/2021, 3:16 AM
crypto only 1 to 2% of qorld finance. the big draw is to enter crypto and exit at a profit. exiting/cashing is insta 0 value of
the amount/weight of that crypto taken out, gone

**J**  **Jordy**                                                            5/23/2021, 3:16 AM
Go

**JV**  **Just Virous**                                                     5/23/2021, 3:16 AM
Below 0.1$ in this bear market.

**SY**  **Sithlord Pepe ( Will never DM you)**                              5/23/2021, 3:16 AM
But why would you sell after a 70% nuke?

**F**  **FoomFoom**                                                         5/23/2021, 3:16 AM
but, world finance go8ng more towards crypto

**U**  **Unknown**                                                          5/23/2021, 3:16 AM
Huh?

**TD**  **Taster: block scam dm/call**                                      5/23/2021, 3:16 AM
Maybe 21 days later, you will feel lucky not being able to sell.

**F**  **FoomFoom**                                                         5/23/2021, 3:16 AM
getting in early during world finanacial shift... years from now this crash seem small

**J**  **Jordy**                                                            5/23/2021, 3:16 AM
Well Terra is built on GO I believe. So I assume anchor is the same.

**U**  **Unknown**                                                          5/23/2021, 3:17 AM
The programming language is called "go"? I never heard of that before

**JV**  **Just Virous**                                                     5/23/2021, 3:17 AM
I'm down just 40% so i wanted to cut my loss.

**ZW**  **Zen Woo**                                                         5/23/2021, 3:17 AM
Google Go Language

**M**  **MRS**                                                              5/23/2021, 3:17 AM
Omg sombody gonna make millions when this price goes tobl 10-15 tmrw

**W**  **WonderFull**                                                       5/23/2021, 3:17 AM
You decided to stay?

**U**  **Unknown**                                                          5/23/2021, 3:17 AM
You think Luna will bounce from this downfall??

**F**  **FoomFoom**                                                         5/23/2021, 3:17 AM
if btc had 70% or whatever  some high % of world money and used as a main currency, wouldn't see nuch value leave

**S**

**Seb**                                                                                    5/23/2021, 3:18 AM

Rust and js from what I see on the documentation

**ZW**

**Zen Woo**                                                                                5/23/2021, 3:18 AM

yes but not any time soon

**J**

**Jordy**                                                                                  5/23/2021, 3:18 AM

Understand that polkadot and terra (which leverages the cosmos sdk) are using world-class technology (using wasm as their target).

This is why both networks are likely to be the future, not ethereum. Terra has proven it can scale far better than eth

**F**

**FoomFoom**                                                                               5/23/2021, 3:18 AM

it doesnt, but, it is growing

**W**

**WonderFull**                                                                             5/23/2021, 3:18 AM

You could have instant burned

**K**

**KCW ?**                                                                                   5/23/2021, 3:18 AM

No worry sir..! Price will recover after the lockup period

**JV**

**Just Virous**                                                                            5/23/2021, 3:18 AM

No sir i did research today & i got nothing interesting in luna.

**S**

**Seb**                                                                                    5/23/2021, 3:18 AM

it's not an if but a when
(and it might tale a while tbh - but its a certainty)

**M**

**MRS**                                                                                    5/23/2021, 3:18 AM

If btc stays stable, and tmrw is monday, remember last week?

**KB**

**K B**                                                                                    5/23/2021, 3:18 AM

really sad to see that anchor and bluna fucked up luna in lots of ways

**BG**

**Barry Gibb**                                                                             5/23/2021, 3:18 AM

no question about it

**C**

**CGA**                                                                                    5/23/2021, 3:19 AM

https://t.me/TerraLunaChat/282304

**S**

**Seb**                                                                                    5/23/2021, 3:19 AM

ok that theory again
please explain in detail how could that happen ?

**JV**

**Just Virous**                                                                            5/23/2021, 3:19 AM

BTC bottom is around 10850$ so imagine LUNA price that time. Be safe.

**TD**

**Taster: block scam dm/call**                                                             5/23/2021, 3:19 AM

What you have gone through? podcast? video?

**W**

**WonderFull**                                                                             5/23/2021, 3:19 AM

Thank you!

**F**

**FoomFoom**                                                                               5/23/2021, 3:19 AM

ya. qhen anchor went live it was mentioned lots how it is cruel to borrowers and eats itself at a loss through liquidation.
shouted down at the time :p

**JV**   **Just Virous**     5/23/2021, 3:20 AM
Official video of Terra & Website

**U**   **Unknown**     5/23/2021, 3:20 AM
Luna dropped the most during this dip, and I will Hoddle of course, but I lost 60%

**F**   **FoomFoom**     5/23/2021, 3:20 AM
offer still stands to Do, have a beer with me durong shit times

**W**   **WonderFull**     5/23/2021, 3:20 AM
You can instant burn it

**KB**   **K B**     5/23/2021, 3:20 AM
first of all bluna is cheaper than luna and second ust lost its 1$ peg

isnt the peg the most important thing ?

**TD**   **Taster: block scam dm/call**     5/23/2021, 3:20 AM
There are podcats that you could listen to and maybe you will get more info.

**U**   **Unknown**     5/23/2021, 3:20 AM
I'm new to LUNA, jut waned to ask the more experenced investors...

**W**   **WonderFull**     5/23/2021, 3:20 AM
Pretty sure he's located in Korea

**F**   **FoomFoom**     5/23/2021, 3:21 AM
i wanna visit

**S**   **Seb**     5/23/2021, 3:21 AM
please do - waiting to be educated

**F**   **FoomFoom**     5/23/2021, 3:21 AM
korea sounds awesome to me

**S**   **Seb**     5/23/2021, 3:21 AM
how is that related to Anchor liquidations for example ?

**V**   **Vini**     5/23/2021, 3:22 AM
Terra's Core is in Golang and Anchor simply uses smart contarcts wrtitting in rust

**V**   **Vini**     5/23/2021, 3:22 AM
the front is in reactjs

**U**   **Unknown**     5/23/2021, 3:22 AM
Nice

**F**   **FoomFoom**     5/23/2021, 3:22 AM
if he wanna visit california im down with that too. id prefer vacation outside usa myself though

**F**   **FoomFoom**     5/23/2021, 3:22 AM
i never had a korean beer

**U**   **Unknown**     5/23/2021, 3:22 AM
Thanks man

**V**   **Vini**     5/23/2021, 3:22 AM

nps

**W**  **WonderFull**                                                                                        5/23/2021, 3:23 AM
Yeah it does!

**F**  **FoomFoom**                                                                                          5/23/2021, 3:23 AM
riding the wave. crypto land sounds great for the world. but really the returns gonna vastly separate rich and poor

**S**  **Seb**                                                                                               5/23/2021, 3:24 AM
Couple of things to re-explain how this all works in case of stables demand contraction

1 - Stablecoin demand decrease and triggers depeg of the stable coin vs fiat currency
2 - Depeg can be fixed via stablecoin supply contraction
3 - Burning of stablecoin can be made in return for minting Luna
4 - Luna price will negatively be affected by increasing supply

Your argument is trying to posit that 4 leads to 1 ,  but really only 1 to 4 has logical sense

**F**  **FoomFoom**                                                                                          5/23/2021, 3:24 AM
anchoe 20% return for instance. thise who deposit a billion gonna far ourpace those who depoair 50

**F**  **FoomFoom**                                                                                          5/23/2021, 3:24 AM
*deposit 50

**F**  **FoomFoom**                                                                                          5/23/2021, 3:25 AM
so i think such systems gonna make rhe world worse at first. hear anyway because money

**U**  **Unknown**                                                                                           5/23/2021, 3:25 AM
You're a Dev?

**V**  **Vini**                                                                                              5/23/2021, 3:25 AM
I can also be a dev! but nah, im not! just know things 😛

**F**  **FoomFoom**                                                                                          5/23/2021, 3:26 AM
sheet i dont use anchor ust deposit. poor enough reruens fro  trading crypto far better

**F**  **FoomFoom**                                                                                          5/23/2021, 3:26 AM
my draw is luna, not ust

**A**  **arnaud**                                                                                            5/23/2021, 3:26 AM
Do: 10b ust Roy = fomo

**A**  **arnaud**                                                                                            5/23/2021, 3:27 AM
22 dolls = whales dumping harrrd

**F**  **Fatih**                                                                                             5/23/2021, 3:27 AM
Tbh all the market is storming rnow but if youve integration as anchor and uneducated people gets liquidated it effects you
more so we'll facing with rough days

**F**  **FoomFoom**                                                                                          5/23/2021, 3:27 AM
think about early institutional investors too. if luna ever is 100k plus, those guys yer new fuedal lords lol

**F**  **FoomFoom**                                                                                          5/23/2021, 3:28 AM
same any crypto

**J**  **Jordy**                                                                                             5/23/2021, 3:28 AM
Love react. Wish the frontend was open source so I could contribute

**F**    **FoomFoom**                                                                                5/23/2021, 3:29 AM
it wont save the masses it's accellerating divide of rixh and poor. but, world works on money riding what I can

**M**    **MRS**                                                                                     5/23/2021, 3:29 AM
In crypto the coin drops everh hour untill few days and then moons in 10 min, who do u think sold every day? And who
enjoyed that moon?

**M**    **MRS**                                                                                     5/23/2021, 3:30 AM
The sad truth

**J**    **Jordy**                                                                                   5/23/2021, 3:30 AM
Put it this way - there's NO chance any of us will make it saving our 9-5 salary in a bank, inflation is robbing us all every
day.

So just go all in DeFi, what the fuck do you have to lose really

**F**    **FoomFoom**                                                                                5/23/2021, 3:30 AM
ya seema best option totally

**RC**   **Robert Chang**                                                                            5/23/2021, 3:30 AM
how much money is everyone losing

**Z**    **Zzzzzzzzzzzzzzzzzzzzzzar**                                                                 5/23/2021, 3:31 AM
Lost 6 figs in crypto overall

**J**    **Jordy**                                                                                   5/23/2021, 3:31 AM
Nothing, because I measure my wealth in crypto. My luna is still worth the same amount of luna.

**F**    **FoomFoom**                                                                                5/23/2021, 3:31 AM
20k here. roughly

**RC**   **Robert Chang**                                                                            5/23/2021, 3:31 AM
200k for me goddamit

**V**    **Vini**                                                                                    5/23/2021, 3:32 AM
https://github.com/Anchor-Protocol/anchor-web-app

**D**    **Do Kwon ?**                                                                               5/23/2021, 3:32 AM
https://twitter.com/d0h0k1/status/1396368169091043328?s=21

**W**    **WonderFull**                                                                              5/23/2021, 3:32 AM
Around 200k for me

**D**    **Do Kwon ?**                                                                               5/23/2021, 3:32 AM
Shhh kids

**J**    **Jordy**                                                                                   5/23/2021, 3:32 AM
Oh sweet, cheers dude

**F**    **FoomFoom**                                                                                5/23/2021, 3:32 AM
though i did ride that PAXG spike and was able to limit buy at 1.9k and sell at 8k during the spike knowing there were
market orders during that 15 mins lol

**FG**   **Felipe GC**                                                                               5/23/2021, 3:32 AM
He's alive!

**RC**   **Robert Chang**                                                    5/23/2021, 3:32 AM

omg do is back

**F**   **FoomFoom**                                                         5/23/2021, 3:32 AM

padded myself from current crash there

**F**   **FoomFoom**                                                         5/23/2021, 3:34 AM

hi! k reading link

**K**   **KCW ?**                                                            5/23/2021, 3:35 AM

My watchlist!



*Image: photo_4266@23-05-2021_03-35-20.jpg (48 KB)*

**D**   **Dale**                                                            5/23/2021, 3:36 AM

Amazing thanks for this.

**F**   **FoomFoom**                                                         5/23/2021, 3:36 AM

but... all terra still under byc dominance

**F**   **FoomFoom**                                                         5/23/2021, 3:36 AM

btc even

**R**   **Rtdmus**                                                          5/23/2021, 3:36 AM

We are surrounded by a world full of shitcoins without any fundamental value but with a multi billion MC. That's called Ponzi. And when it collapses, it takes coins with real value with it. Don't worry, the Terra Ecosystem is only at its beginning. It's about real life adoption so why fear? If you believe: invest. That means you're in it for the long run. If you are a daytrader: just stop complaining.

**F**   **FoomFoom**                                                         5/23/2021, 3:37 AM

cruel givin anc's insya liquidations vs bLunancollayeral that's probably undervalued

**F**   **FoomFoom**                                                         5/23/2021, 3:37 AM

insta even

**V**   **Vini**                                                            5/23/2021, 3:37 AM

Thanks Do!

**F**   **FoomFoom**                                                  5/23/2021, 3:37 AM
in 5 years this crash will be a dip blip

**JN**   **Josh Nebula**                                              5/23/2021, 3:37 AM
thanks Do

**F**   **FoomFoom**                                                  5/23/2021, 3:37 AM
still cruel

**J**   **Jon**                                                       5/23/2021, 3:38 AM
Low value post

**S**   **Sunil**                                                     5/23/2021, 3:38 AM
Shud pin it

**D**   **DAD ??▣**                                                   5/23/2021, 3:38 AM
hi guys! regarding staking at one of the validators. is the APY in the Delegation return subject to validator commission? or is it already net APY?

**F**   **FoomFoom**                                                  5/23/2021, 3:38 AM
when market recovers i can affors a plane ticket to korea  if ever wanna beer. on me

**RP**   **Rekt pleb**                                                5/23/2021, 3:38 AM
Thanks for the post Do.

**J**   **Jon**                                                       5/23/2021, 3:39 AM
High castle post

**S**   **Salem .**                                                   5/23/2021, 3:40 AM
Not fucking selling, doubling stack here

**AL**   **Assaf | SCRT Labs**                                        5/23/2021, 3:41 AM
May I have a tequila-0004 RPC node with
index_keys = ""
 and
index_all_keys = true
?

**F**   **FoomFoom**                                                  5/23/2021, 3:41 AM
really i prefer vodka but i get way mouthy

**J**   **Jordy**                                                     5/23/2021, 3:42 AM
The real problem is the fucking Twitter celeb retards screaming shit like "deflationary! Price must literally go up!"

These low iq degens have temporarily rekt their own investment cos they don't even understand the protocol themselves. LUNA's supply is elastic, NOT deflationary

**F**   **FoomFoom**                                                  5/23/2021, 3:43 AM
what sux is elon and china and et alk taking credit for the now that was written in the charts. keeping up a pretence of influence. which they have just not as much as portrayed

**WM**   **W M**                                                      5/23/2021, 3:43 AM
https://agora.terra.money/t/withdrawal-3-from-the-stability-reserve/519
 idea was floated to build back reserved if ecosystem not expanding, is this under consideration?

**K**   **karenkaede**                                               5/23/2021, 3:43 AM
To the ground 17 to 5



*Image: photo_4267@23-05-2021_03-43-24.jpg (59 KB)*

| | | |
|---|---|---|
| **FB** | **Farmer D Brown** | 5/23/2021, 3:43 AM |
| | I just brought more LUNA | |
| **SB** | **Shwetank Bhansali** | 5/23/2021, 3:44 AM |
| | Please don't capitulate now !! | |
| **NA** | **Nityam Agarwal** | 5/23/2021, 3:44 AM |
| | The boss is here ❤️ | |
| **F** | **FoomFoom** | 5/23/2021, 3:44 AM |
| | ouch gotta go and check and loan | |
| **F** | **FoomFoom** | 5/23/2021, 3:44 AM |
| | anc loan even | |
| **C** | **CGA** | 5/23/2021, 3:45 AM |
| | Member Action: pin_message | |
| **D** | **darvinder** | 5/23/2021, 3:45 AM |
| | pure death | |
| **Z** | **Zzzzzzzzzzzzzzzzzzzzzar** | 5/23/2021, 3:45 AM |
| | Lol | |
| **ZW** | **z ww** | 5/23/2021, 3:46 AM |
| | luna forever god | |
| **GG** | **glmr glomr** | 5/23/2021, 3:46 AM |
| | hey do thanks for all the good times | |
| **F** | **FoomFoom** | 5/23/2021, 3:46 AM |
| | whew not dead yet | |
| **MY** | **Mike | GT | Will not DM you** | 5/23/2021, 3:46 AM |
| | Everyone here focusing on the negatives and I'm watching Terra maintain it's peg, Anchor liquidate as it should, Mirror turn into a safe haven. | |

How can anyone still be scared after this.

# **??Cryptololeitor?**                                                    5/23/2021, 3:46 AM




*Image: sticker (17).webp_thumb.jpg (14 KB)*

*Attachment: sticker (17).webp (25 KB)*

**BL**  **Buckie Llano**                                                    5/23/2021, 3:46 AM
I'm new here. But everyone should understand that Luna is going to bounce, and you should fill your freaking bags like I am. I've been planning on buying Luna for about a month now... this is your opportunity!

# **??Cryptololeitor?**                                                    5/23/2021, 3:46 AM




*Image: sticker (67).webp_thumb.jpg (15 KB)*

*Attachment: sticker (67).webp (31 KB)*

**FG**  **Felipe GC**                                                       5/23/2021, 3:46 AM
Quick question - the Twitter thread says that UST arbitrage is happening and price is exactly within the range of the 1.2% swap spread. Could we not reduce the spread to make it peg even better?

**F**   **FoomFoom**   5/23/2021, 3:47 AM
i wonder about all the yield aggregator protocols and their automated buy low sell highs

**D**   **darvinder**   5/23/2021, 3:47 AM
same

**D**   **darvinder**   5/23/2021, 3:48 AM
please keep selling people

**F**   **FoomFoom**   5/23/2021, 3:48 AM
marker has remarkable perodicities rhat seem algorithimacally ingrained. notice yearn.finance
 huge spike then market crash early under the sma

**RO**   **R O**   5/23/2021, 3:48 AM
Thank you @Do !

**BL**   **Buckie Llano**   5/23/2021, 3:48 AM
This is whale activity wanting y'all to sell the bag. Don't let them, reinforce!

**J**   **Jordy**   5/23/2021, 3:48 AM
There is clearly much bigger powers behind the scenes manipulating crypto. Elon is just a puppet acting for the elites.

Crypto - although still highly experimental - is clearly now an existential threat to ALL sovereign currencies. This means that billionaires will no longer be billionaires the second normies wake up and stop accepting manipulated central bank currencies as payment.

The most obvious sign of this is all countries suddenly announcing CBDCs. They've clearly all been working together to try and kill public belief in crypto, but the writing is on the wall.

Data shows that millennials have selected crypto as their no. 1 asset class. They will soon inherit boomers' wealth. For this reason alone I'm a permabull on crypto.

**ZW**   **z ww**   5/23/2021, 3:48 AM
luna give my money back

**F**   **FoomFoom**   5/23/2021, 3:49 AM
ya whatwver that was a PR msg

**Z**   **Zzzzzzzzzzzzzzzzzzzzzar**   5/23/2021, 3:49 AM
☹️



*Image: sticker (82).webp_thumb.jpg (11 KB)*

*Attachment: sticker (82).webp (19 KB)*

**Z**  **Z̲z̲z̲z̲z̲z̲z̲z̲z̲z̲z̲z̲z̲z̲z̲z̲z̲z̲z̲z̲z̲z̲ar**                                  5/23/2021, 3:49 AM
Sir apply for job in McDonald

**F**  **FoomFoom**                                                     5/23/2021, 3:49 AM
still, luna ecosystem vastly influenced by bitcoin

**J**  **jim**                                                         5/23/2021, 3:49 AM
🍟



*Image: sticker (83).webp_thumb.jpg (12 KB)*

*Attachment: sticker (83).webp (23 KB)*

**F**  **FoomFoom**                                                     5/23/2021, 3:49 AM
thanks for the pat on the back do. whatever

**D**  **Do Kwon ?**                                                    5/23/2021, 3:49 AM
Sell on Terraswap, my LPs shall receive thee

**J**  **jim**                                                         5/23/2021, 3:49 AM
😂

**AU**  **A B / ki0x - Will not DM u**                                  5/23/2021, 3:50 AM
I can't believe the stupidity and ignorance of some....

**KB**  **K B**                                                        5/23/2021, 3:50 AM
what needs to happen for 1 bluna become worth 1 luna again ?

**GB**  **gary beh**                                                   5/23/2021, 3:50 AM
Gg luna what happen

**MS**  **mushroom soup**                                              5/23/2021, 3:50 AM
Truly unfortunate for liquidated bros. But life goes on

**SB**   **Shwetank Bhansali**                                              5/23/2021, 3:50 AM
Luna was 0.20 usd can drop further and still majors would be in profit. It's just the truth retail can't hold longer as they are emotional !! Let's see how many survive

**MY**   **Mike | GT | Will not DM you**                                    5/23/2021, 3:51 AM
Less liquidations. You can also still swap 1bluna to 1 luna if you use non-instant burn.

**BA**   **BBC Asian**                                                      5/23/2021, 3:51 AM
If you're smart, you'd be buying Luna when it's on sale

**RB**   **Red SHRIKE btc**                                                 5/23/2021, 3:51 AM
😡



Image: AnimatedSticker (33).tgs_thumb.jpg (4 KB)

Attachment: AnimatedSticker (33).tgs (23 KB)

**F**    **FoomFoom**                                                       5/23/2021, 3:51 AM
oh yeah the total drop draw is 0.0000000

**BL**   **Buckie Llano**                                                   5/23/2021, 3:52 AM
This is why you don't over leverage or set stop losses on slow exchanges.

**J**    **jim**                                                            5/23/2021, 3:52 AM
stop thinking about how much your down atm and how much your gonna be up.. keep this alpha to yourselves

**AU**   **A B / ki0x - Will not DM u**                                     5/23/2021, 3:52 AM
Kek 🤣

**SB**   **Shwetank Bhansali**                                              5/23/2021, 3:52 AM
Don't worry I wish you hold longer and capitulate

**R**    **River ?▣   to 100$**                                             5/23/2021, 3:52 AM
luna is go down rapidly, market cap of luna is very close to UST.
Will it be crash ??

**SB**   **Shwetank Bhansali**                                              5/23/2021, 3:52 AM
I am not bearish its just the market is now

**PL**   **Perfect Legato**                                                 5/23/2021, 3:52 AM
maybe nacho should have stayed longer 😕 it got turnd into a wild jungle when he was told to go chill

**R**    **River ?▣   to 100$**                                             5/23/2021, 3:52 AM
what happen  to UST if luna go to 4$ ?

**F**    **FoomFoom**                                                       5/23/2021, 3:52 AM
all crypto has that draw. and thwre is no gradual withdraw. all cashing out is a zero pull outta system. if/when crypto is prominent financial system rhatll change. as is the draw is to exit

**D**  **Do Kwon ?**  5/23/2021, 3:52 AM
Guys, the protocol is fine

**SB**  **Shwetank Bhansali**  5/23/2021, 3:53 AM
Can't you see the liquidity is being drawn to btc

**WM**  **W M**  5/23/2021, 3:53 AM
"
I imagine an arrangement that makes sense is to use the stability reserve during expansions and return during UST
contractions. It's likely that on net, the economy will be expansionary, and how much we will be able to build reserves
back is unclear." is this still your opinion, would now be a good time to start on rebuilding the stability reserve?

**W**  **WonderFull**  5/23/2021, 3:53 AM
Nothing happens

**P**  **Pete.UST**  5/23/2021, 3:53 AM
Great Twitter post Do…. Well said

**BL**  **Buckie Llano**  5/23/2021, 3:53 AM
Nah, TERRA is poised to win the stable game.

**RB**  **Red SHRIKE btc**  5/23/2021, 3:53 AM
whole market is getting rugged

**SB**  **Shwetank Bhansali**  5/23/2021, 3:53 AM
Nobody wants to buy alts this time

**J**  **jim**  5/23/2021, 3:53 AM
don't cry, try buy

**D**  **Do Kwon ?**  5/23/2021, 3:53 AM
I miss when this group was like 70 ppl

**T**  **Trustrus**  5/23/2021, 3:53 AM
Thanks for the thread Do. Confidence in Terra is unchanged.. 100% sure we'll go back to where we were before. And if
we in the meantime we get rid of the cockroaches then even better

**F**  **FoomFoom**  5/23/2021, 3:53 AM
I do 🙂

**TD**  **Taster: block scam dm/call**  5/23/2021, 3:53 AM
+1

**JV**  **Justin - LunaOrbit Validator**  5/23/2021, 3:53 AM
It's a bit hard to deal with

**BH**  **Bone Hodler**  5/23/2021, 3:53 AM
Shopping season for the bold and the brave. And the still liquid.

**SB**  **Shwetank Bhansali**  5/23/2021, 3:54 AM
Keep buying bro please sell on the bounce . That's all I can say now

**BL**  **Buckie Llano**  5/23/2021, 3:54 AM
LUNA is a titan in a year and a half. Top 20 by Christmas

**A**  **Aiden**  5/23/2021, 3:54 AM
While trying to swap bLuna  i saw GOAT and TTN, were these exist on terraswap before?



*Image: photo_4268@23-05-2021_03-54-08.jpg (34 KB)*

---

**J** **jim**                                                                          5/23/2021, 3:54 AM

just mute the chat, nothing to see here 😂

---

**A** **Aiden**                                                                        5/23/2021, 3:54 AM

LOTA as well

---

**T** **TerraBull**                                                                     5/23/2021, 3:54 AM

Swap on terrastation unavailable?

---

**D** **Do Kwon ?**                                                                     5/23/2021, 3:54 AM

Not good enough

---

**FG** **Felipe GC**                                                                    5/23/2021, 3:54 AM

LOTA is the decentralised lottery thing

---

**FG** **Felipe GC**                                                                    5/23/2021, 3:54 AM

Loterra

---

**W** **Waynes**                                                                        5/23/2021, 3:54 AM

LUNA is burned down to the fucking ground

---

**JS** **Jaçk Sprw**                                                                    5/23/2021, 3:54 AM

Do, keep building ser. March on ser

---

**ZW** **z ww**                                                                         5/23/2021, 3:54 AM

fuck lunafuck

---

**J** **Jason**                                                                         5/23/2021, 3:54 AM

I'm positive... I sold portfolio up a few days ago.. knowing this was happening.. I waiting for bitcoin to retrace back to 20k before I buy.. as its never retested its previous ATH... so you know what that means ... everything follows with it, bargains to be had!!!

---

**A** **Aiden**                                                                         5/23/2021, 3:55 AM

Yea , but were there on terraswap? Love it if its new , more varieties🥳

---

**J** **Jordy**                                                                         5/23/2021, 3:55 AM

Thus is all you need to know. The protocol is working perfectly under extremely testing conditions.

Therefore Terra has proven its resilience under heavy load, so it's a no brainer to buy now

**AU**   **A B / ki0x - Will not DM u**                                              5/23/2021, 3:55 AM

Just hodl,  grab a bear relax stake, help the network in any means possible, be positive, relax and everything is going to turn out great:/  ppl been crazy about prices like they need the money bc world is ending soon kek.

**MY**   **Mike | GT | Will not DM you**                                             5/23/2021, 3:56 AM

This is kind of what I love about the whole scenario. Seeing the peg mechanism working under extreme stress, Anchor liquidations going through, Anchor falling back to reserves to subsidize yield etc. It's really impressive.

**BL**   **Buckie Llano**                                                           5/23/2021, 3:56 AM

You're holding the bear alright

**D**   **Dale**                                                                    5/23/2021, 3:56 AM

People are just scared and panicked. This happens on every channel for every coin during market pull backs. Part of getting a big following

**W**   **Winner_meet&greet_Jun_Do**                                               5/23/2021, 3:56 AM

Boss, maybe silly question? How comes price goes down this hard even when 34% is staked? Just a question, because I'm here for the long run

**K**   **KCW ?**                                                                   5/23/2021, 3:56 AM

Just relax. Hold tight and we will see $1 soon

**K**   **KCW ?**                                                                   5/23/2021, 3:56 AM

sorry is $10!

**F**   **FoomFoom**                                                               5/23/2021, 3:56 AM

agree with you there. after market correction luna be up at 20 fast, and well past by year end. dunno wherebat but higher than last ath by far

**I**   **ivan**                                                                    5/23/2021, 3:56 AM

man i shouldve found out about luna earlier. why just now.

**J**   **Jason**                                                                   5/23/2021, 3:56 AM

Because of bitcoin... all Alts follow bitcoin

**ED**   **Evan Docs**                                                             5/23/2021, 3:56 AM

Demand for bluna needs to increase and supply decrease. More people need to want to take a long term (21 day) position on Luna. Because people got scared, they sold and unstaked. Bluna will trade lower until the pools balance, and more people want bluna. This is already happening, and it is why you can buy more bluna with less Luna, creating a route for arbitrage if you trade Luna for bluna and then burn it. Wait 21 days and you will make a nice easy profit, risk free.

**PL**   **Perfect Legato**                                                        5/23/2021, 3:56 AM

Do you should give aayush some hotel vacation days as a bonus for his relentless patience and professionalism

**F**   **FoomFoom**                                                               5/23/2021, 3:57 AM

i thoughr the same in february. if you buy now youbget same price i got lol

**A**   **Aiden**                                                                   5/23/2021, 3:57 AM

+1

**J**   **Jordy**                                                                   5/23/2021, 3:57 AM

Yeah man. DeFi is so obviously the future now, it's just sad that the majority of people think short-term price action dictates actual value and don't understand that the market is extremely inefficient in fair pricing.

The smart money is accumulating en masse right now.

**JS**    **Jaçk Sprw**      5/23/2021, 3:57 AM

Totally agree. He is the man👍

**I**    **ivan**      5/23/2021, 3:57 AM

a little too early on my buy, couldve had 2x the luna i have now.

**I**    **ivan**      5/23/2021, 3:57 AM

i want more but no more cash

**SZ**    **Sergej Zlahtic**      5/23/2021, 3:58 AM

I will buy more later..
like someone mention before.. lets just wait few weeks and everything will be ok.

And we need to show people that we are stable community here..
lets act respectfully, we all knew risk before we put money inside.

**J**    **Jason**      5/23/2021, 3:58 AM

You should have waited until Bitcoin hits 32k

**JV**    **Just Virous**      5/23/2021, 3:58 AM



Image: lostall.gif.mp4_thumb.jpg (2 KB)

Attachment: lostall.gif.mp4 (151 KB)

**D**    **Dandy ?**      5/23/2021, 3:58 AM

The bLuna cheaper than Luna on Terraswap is that also causing the dump of price?

**A**    **Aiden**      5/23/2021, 3:58 AM

I'm doing this literally every hour till my 10k Luna finished

**J**    **JC**      5/23/2021, 3:58 AM

So here's where I do think a TFL-led Anchor change would be best. Auto repay with 'earn' function would stop as many liquidation and increase borrow usage in Anc.

**F**    **FoomFoom**      5/23/2021, 3:58 AM

when i researched and found luna it was 2 dollars butni had no accounts on exchanges. i was thinking wow, good concept

**F**    **FoomFoom**      5/23/2021, 3:59 AM

in the two weeks it took to get kyc on exchanges, luna tripled

**Z**    **ZenDog**      5/23/2021, 3:59 AM

Or just use the stability reserve to cap the liquidation discount on Anchor loans

**ED**    **Evan Docs**      5/23/2021, 3:59 AM

Thank you for this. Everyone is freaking out everywhere. "Why Ust not equal 1 usd?!?" Because this is how it works. Because now there is a great avenue for arbitrage.

**F**    **FoomFoom**      5/23/2021, 3:59 AM

sh*t happens

**W**    **Winner_meet&greet_Jun_Do**      5/23/2021, 3:59 AM

But the conduct / the gradient is not that volatile because of 34% staking I thought, I have to study more. I know BTC is

the ass in the game, however I am struggling with the 34%

**MS**   **mushroom soup**                                           5/23/2021, 3:59 AM




*Image: AnimatedSticker (34).tgs_thumb.jpg (5 KB)*

*Attachment: AnimatedSticker (34).tgs (16 KB)*

**R**   **???? Big Ren Ren**                                          5/23/2021, 4:00 AM
I run out of cash

**AP**   **Adrián P**                                                5/23/2021, 4:00 AM
Imagine those who bought at 20+ dollars. I've traded bitcoin for Luna a few days ago and now I'm watching the "heroes" lecturing other's!

**R**   **???? Big Ren Ren**                                          5/23/2021, 4:00 AM
Guess this is it

**F**   **FoomFoom**                                                 5/23/2021, 4:01 AM
so if i bought in when i wanted to, would be at a great profit still lol

**VV**   **Vern Verveine**                                           5/23/2021, 4:01 AM
Love this

**F**   **FoomFoom**                                                 5/23/2021, 4:01 AM
itll get better

**A**   **Aiden**                                                    5/23/2021, 4:01 AM
There's no better real-world event to stress test and prove the system. This is it, this is the goddamn living proof in our life time its not just an idea, it's THE idea

**SB**   **Shwetank Bhansali**                                       5/23/2021, 4:01 AM
That's what I dont want to scare people and sell but want to understand where the money is flowing to

**SB**   **Shwetank Bhansali**                                       5/23/2021, 4:02 AM
Now is not the time to average down on your luna holdings

**SB**   **Shwetank Bhansali**                                       5/23/2021, 4:02 AM
Lesson learned the hard way in 2018

**MS**   **mushroom soup**                                          5/23/2021, 4:02 AM
Melting another altpot for lunas

**SB**   **Shwetank Bhansali**                                       5/23/2021, 4:02 AM
Keep averaging while the price fell 80 percent from top

**F**   **FoomFoom**                                                        5/23/2021, 4:02 AM
those 20+ buyers hurting now but if holdonf help us all. thays a gravoty point price is drawn too

**KM**   **kat Movie**                                                      5/23/2021, 4:02 AM
Why luna going down?

**F**   **FoomFoom**                                                        5/23/2021, 4:02 AM
thanks to anyone holding high

**D**   **DAD ??▣**                                                          5/23/2021, 4:03 AM
what do you suggest ser? wait for the bottom?

**H**   **Harshit**                                                         5/23/2021, 4:03 AM
Holding at 16$ 😉

**BL**   **Buckie Llano**                                                   5/23/2021, 4:03 AM
This ain't 2018. And... Luna is, by design, more volatile than most of the market. Luna bounces harder

**M**   **MRS**                                                             5/23/2021, 4:03 AM
I wish today end as soon as possible

**T**   **Terran Rover ?☝**                                                 5/23/2021, 4:03 AM
+1

**H**   **Huy Đức ?**                                                        5/23/2021, 4:03 AM
Holding from 21.3-16$

**SB**   **Shwetank Bhansali**                                              5/23/2021, 4:04 AM
I dont know where is the bottom look for reversal rather than catching knifes

**F**   **FoomFoom**                                                        5/23/2021, 4:04 AM
seller too even at thay level, same reason, thats a gravity hole. thanks for now, itll suck when reach 20 to pass it if dont have the momentun

**A**   **AquilaS**                                                         5/23/2021, 4:04 AM
Hi

**A**   **Aiden**                                                           5/23/2021, 4:04 AM
DCA, i have $500 per order for every 10c

**M**   **MRS**                                                             5/23/2021, 4:04 AM
Somebody has to buy for somebody whos dumping

**ZW**   **z ww**                                                           5/23/2021, 4:04 AM
its due to Chinese goverment?

**A**   **AquilaS**                                                         5/23/2021, 4:04 AM
I have some Terra usd, should I be worry?

**M**   **MRS**                                                             5/23/2021, 4:04 AM
I wanna know whos buying now

**J**   **Jordy**                                                           5/23/2021, 4:04 AM
Why don't people understand the significance of this?!? THIS is literally DeFi working. This will absolutely destroy legacy tradfi systems, it is inevitable. It's only a question of when, not if.

**P**   **P2mun**                                                           5/23/2021, 4:04 AM

Thanks Do for being here. Can you tell us what are the possible options for system to stabilize or go up a bit? Thanks

**KM**    **kat Movie**                                               5/23/2021, 4:04 AM
Why luna going down?😭😭😭😭😭😂😭

**T**    **Terran Rover ?🕴**                               5/23/2021, 4:04 AM
$LUNA
 support is at $4.80

**W**    **Waynes**                                                 5/23/2021, 4:05 AM
what's the fucking plan

**AP**    **Adrián P**                                           5/23/2021, 4:05 AM
In 2018 I've averaged down 1.6 BTC in to a project with good potential just to have in 2019 900$ worth of tokens. I don't know what to say about your recommendation.

**F**    **FoomFoom**                                       5/23/2021, 4:05 AM
i think reversal happened. it's bounce knives and when they coincide rhey stab deep, but buy pressure is up and up

**A**    **AquilaS**                                          5/23/2021, 4:05 AM
Is possible terra market cap to be lesser than terra usd marketcap?

**M**    **MRS**                                                 5/23/2021, 4:05 AM
Somebody has to buy for somebody whos dumping

**M**    **MRS**                                                 5/23/2021, 4:05 AM
I wanna know whos buying now

**SB**    **Shwetank Bhansali**                          5/23/2021, 4:05 AM
Someone who can hold longer than retail .. someone wanting bigger position

**R**    **???? Big Ren Ren**                           5/23/2021, 4:05 AM
Everyday I went to anchor and set lower and lower liquidation price, this is depressing

**RS**    **ricky spanish**                                  5/23/2021, 4:05 AM
staking & collecting, simple

**A**    **Aiden**                                               5/23/2021, 4:05 AM
+1, anytime better than FED trying to play the "invisible" hand

**J**    **JC**                                                   5/23/2021, 4:05 AM
+1

**SB**    **Shwetank Bhansali**                          5/23/2021, 4:05 AM
That's why saying don't average down

**VV**    **Vern Verveine**                                5/23/2021, 4:05 AM
I did and i am still buying as much as i can.Invest in something you believe in not the price

**F**    **FoomFoom**                                       5/23/2021, 4:06 AM
sure. but when that position goes it goes straifht to zero outta system and spreads that shock/hole

**A**    **AquilaS**                                          5/23/2021, 4:06 AM
Is possible terra market cap to be lesser than terra usd marketcap?

**MS**    **mushroom soup**                             5/23/2021, 4:06 AM

Wait for winter to end.

**D**  **Do Kwon ?**                                                     5/23/2021, 4:06 AM
I suppose you mean luna market cap by terra market cap

**D**  **Do Kwon ?**                                                     5/23/2021, 4:06 AM
And the answer is yes

**F**  **FoomFoom**                                                      5/23/2021, 4:07 AM
thw suckiness of all crypto is its power is injected, and any orofit has strong pull out

**ZW**  **z ww**                                                         5/23/2021, 4:07 AM
wait my money vanished

**F**  **FoomFoom**                                                      5/23/2021, 4:07 AM
orofit = profit

**T**  **Terran Rover ?**🐝                                              5/23/2021, 4:07 AM
Very clear picture showing that undelegated early investors are selling. 2M
$LUNA
 will be undelegated on 27th of May, too. Bloody days.. anyways.


*Image: photo_4269@23-05-2021_04-07-27.jpg (43 KB)*

**F**  **FoomFoom**                                                      5/23/2021, 4:07 AM
for a beer? ;p

**A**  **AquilaS**                                                       5/23/2021, 4:07 AM
How can be possible? Terra usd is not backed by luna?

**KM**  **kat Movie**                                                    5/23/2021, 4:08 AM
Why luna going down

**L**  **LOUDZY**                                                        5/23/2021, 4:08 AM
why?

**A**  **AquilaS**                                                       5/23/2021, 4:08 AM
Sorry I am asking because I dont fully understand how is works

**F**  **FoomFoom**                                                      5/23/2021, 4:08 AM
huh. then they have that much less power over the protocol and missing out latwr on. cool

**KM**  **kat Movie**                                                    5/23/2021, 4:09 AM
No

**MY**  **Mike | GT | Will not DM you**                                  5/23/2021, 4:09 AM
Read the pinned twitter thread. Everything is working as intended.

**T**  **Trustrus**                                                      5/23/2021, 4:09 AM
FFS Do is here to talk and he only gets low IQ questions

**KM**    **kat Movie**      5/23/2021, 4:10 AM

But luna continuously down

**ED**    **Evan Docs**      5/23/2021, 4:10 AM

Exactly. We are seeing the system work. And it's doing a great job! Everyone comes from a speculative market. Where fud rules, and volatility is only based on arbitrary value. In this ecosystem, use of terra dictates everything, and with all the app building, we're going to see a lot of demand for ust. Stablecoins actually have a use. That is why the protocol works. "Why Luna low?" Because, the protocol is protecting long term investors. It is not advantageous to sell right now. That's how the market works.

**F**    **FoomFoom**      5/23/2021, 4:10 AM

hrm.... mosrly. bur is it all to plan? anc liquidation cascade, fix please

**P**    **Picay**      5/23/2021, 4:10 AM

Do, any timelines you can give on whats to be expected next? (Anything going live next 2 weeks?)

**MY**    **Mike | GT | Will not DM you**      5/23/2021, 4:10 AM

Fix what? The protocols are all doing their jobs. The peg is maintained to exactly within the spread rate. Anchor is subsidizing yields using reserves.

Not sure what else is wanted.

**T**    **Terran Rover ?👆**      5/23/2021, 4:11 AM

From my point of view, the biggest pain of Terra Lab is Anchor Protocol, it hurts borrowers alot! Ozone insurance is too late, it should be completed well before the bear market.

**BL**    **Buckie Llano**      5/23/2021, 4:11 AM

In other chats I've been talking about the inevitable stablecoin hurricane on the horizon. This has proved to me that it has begun. Stables are swapping back into reinforced positions. Sucks that it tanked Luna, but it'll bounce back. Luna is more volatile than most coins.

**L**    **LOUDZY**      5/23/2021, 4:11 AM

people bought when the market was so heated and now blame Do for their fomo

**KD**    **Kev Degen**      5/23/2021, 4:11 AM

@dokwon
 Plz ser can you market buy the luna and stop dip? ;_;

**MY**    **Mike | GT | Will not DM you**      5/23/2021, 4:11 AM

Ozone insurance isn't going to protect you from being liquidated on a risky loan.

**F**    **FoomFoom**      5/23/2021, 4:11 AM

and anc cruelty. organisms eating themselves no good

**ED**    **Evan Docs**      5/23/2021, 4:11 AM

Everything live in 3 days

**T**    **Trustrus**      5/23/2021, 4:11 AM

"Fix please" wtf, the system worked as intended, there is nothing to fix

**ZW**    **z ww**      5/23/2021, 4:11 AM

ffffffff

**ED**    **Evan Docs**      5/23/2021, 4:11 AM

Everyone thinks it will. It's kind of funny.

**L**    **LOUDZY**      5/23/2021, 4:12 AM

everything is dumping dumbass

**FA**  **Felix A**                                                                          5/23/2021, 4:12 AM
Do, a lot of the community voiced concerns that the 30% premium in liquidation is too high.  What's your take on it?

**T**  **Terran Rover ?**🦍                                                                  5/23/2021, 4:12 AM
It can protect from such 80% down trends.

**MY**  **Mike | GT | Will not DM you**                                                      5/23/2021, 4:12 AM
That is not what ozone is for.

**F**  **FoomFoom**                                                                         5/23/2021, 4:12 AM
some saw rhis sxenario coming as a prob and were vocal, most so wrapped up in market elation nay sayers shouted down

**SB**  **Shwetank Bhansali**                                                               5/23/2021, 4:12 AM
I hope next week we have some relief bounce . Please sell it on the bounce

**ED**  **Evan Docs**                                                                       5/23/2021, 4:13 AM
It is fixed. Liquidation is the point. The reason borrowing is so rewarding is that it's risky. Liquidation risk is why borrowing works.

**T**  **Terran Rover ?**🦍                                                                  5/23/2021, 4:13 AM
My understanding from insurance is to protect investors from hard market dumps, otherwise it's useless.

**A**  **AquilaS**                                                                          5/23/2021, 4:13 AM
I dont own Luna, I only own Terra Usd. Should I be worry?

**Y**  **Youssef**                                                                          5/23/2021, 4:13 AM
We need an Angel Liquidator with diamond hands lol 😂

**MY**  **Mike | GT | Will not DM you**                                                      5/23/2021, 4:13 AM
No. It's to protect from protocol failure.

**H**  **Halo23**                                                                           5/23/2021, 4:13 AM
big painful today 😞

**F**  **FoomFoom**                                                                         5/23/2021, 4:13 AM
humans sleep, have paychecks weeks apart. not bots insta jumping on loans

**H**  **HogerLaagst ?**                                                                    5/23/2021, 4:13 AM
Do, any plan to include more safe mode warnings into anchor at this moment? I do think liquidated overleveraged degens that loan too much during these times are a big part in our PA

**F**  **FoomFoom**                                                                         5/23/2021, 4:13 AM
if it doesnt serve humans then humans gonna leave it

**BL**  **Buckie Llano**                                                                    5/23/2021, 4:13 AM
The fact that people are still putting in longs in this market... wtf

**MY**  **Mike | GT | Will not DM you**                                                      5/23/2021, 4:13 AM
Nothing to worry about. UST is keeping at exactly peg minus spread.

**ED**  **Evan Docs**                                                                       5/23/2021, 4:14 AM
This is defi. Do is not in charge, his team helps run the protocol, but the market is out of his hands.

**F** **FoomFoom** 5/23/2021, 4:14 AM

if humans leave it value is nothing

**Y** **Youssef** 5/23/2021, 4:14 AM

More bAssets and an auto-repay feature might help reducing cascading liquidations risk

**J** **JC** 5/23/2021, 4:15 AM

But doesn't need to be the case necessarily. Auto-repay from Earn = less liquidations, still maintain staking rewards from bLuna for the system. Too much community support for Harpoon, not enough for protection of assets. I don't have the skills but TFL or community need to develop a 'shield protocol' to stop the cascade of liquidations IMO

**FG** **Felipe GC** 5/23/2021, 4:15 AM

Yeah more bAssets will save anchor from tanking LUNA I reckon

**F** **FoomFoom** 5/23/2021, 4:15 AM

i dont have a fix suggestion though so am just a complainer sorry

**FG** **Felipe GC** 5/23/2021, 4:15 AM

As it won't just be LUNA getting liquidated

**FG** **Felipe GC** 5/23/2021, 4:15 AM

bETH bSOL bDOT Instead

**ED** **Evan Docs** 5/23/2021, 4:15 AM

That's why borrowing is risky. Liquidation contracts are set up in advance. It's not like they randomly occur faster than you. The order is there. If collateral is too low, you get liquidated. Don't borrow if you don't like the risk.

**F** **FoomFoom** 5/23/2021, 4:15 AM

those are coming no? bLuna just a start

**A** **AquilaS** 5/23/2021, 4:16 AM

Ust marketcap should not decrease? How can be so many ust in the market if Luna is falling? Sorry for dumb question but I need to learn.

**N** **ngavol** 5/23/2021, 4:16 AM

+1 i think auto-repay would have been a conscientious thing to implement from beginning.

**Y** **Youssef** 5/23/2021, 4:16 AM

Shield Protocol ! I like it. Or Guardian Shield

**KM** **kat Movie** 5/23/2021, 4:16 AM

😭😭

**FG** **Felipe GC** 5/23/2021, 4:16 AM

Yeah I know EthAnchor definitely is

**F** **FoomFoom** 5/23/2021, 4:16 AM

when collateral is more tied to btc pricw thab its actual price...

**FG** **Felipe GC** 5/23/2021, 4:16 AM

But more collateral options aswell I think

**W** **WonderFull** 5/23/2021, 4:16 AM

the whole alt market is breaking down guys its not just luna

**W**  **WonderFull**                                                5/23/2021, 4:16 AM
just stay calm

**Y**  **Youssef**                                                   5/23/2021, 4:16 AM
A community funded liquidator bot with diamond hands

**ED**  **Evan Docs**                                                5/23/2021, 4:16 AM
That would make borrowing rewards decrease. What we need is better education.

**H**  **HogerLaagst ?**                                             5/23/2021, 4:16 AM
This will come with Columbus 5, bAssets.. but the auto repay function can be whipped up quick. Even without an audit, they can maybe make it a use at you own risk beta function

**ZW**  **z ww**                                                     5/23/2021, 4:17 AM
fuck crypoto currency

**SB**  **Shwetank Bhansali**                                        5/23/2021, 4:17 AM
Enjoy you breakdown!!

**F**  **FoomFoom**                                                  5/23/2021, 4:17 AM
seems to me luna price surpressed, a lot of folks liquidated who shouldnta have been. but thems the brakes whatever

**KM**  **kat Movie**                                                5/23/2021, 4:17 AM
Why

**KD**  **Kev Degen**                                                5/23/2021, 4:17 AM
Here come's the last nuke. Let's see if crypto survives.

**P**  **Picay**                                                     5/23/2021, 4:17 AM
This „anc tapped into reserves" story. How long can that be sustained- weeks, months, years? Could use some explaining in simple words (also on website). The kind of copywriting midas is working on is important.

**J**  **Jon**                                                       5/23/2021, 4:17 AM
We need to vote in for a communications team not marketing.

**ED**  **Evan Docs**                                                5/23/2021, 4:17 AM
Luna is tied to ust demand. That's the whole point.

**BL**  **Buckie Llano**                                             5/23/2021, 4:17 AM
Whales learned they can dump and reinforce from liquidations and fearful weak hands.They aren't going to stop until they are no longer reinforcing their positions.

**Y**  **Youssef**                                                   5/23/2021, 4:17 AM
The auto repay we want is not something fancy. Just use my UST to repay instead of my collateral because I was sleeping during a -50% flash crash

**RS**  **ricky spanish**                                            5/23/2021, 4:18 AM
how about you just read what is written down?

**Y**  **Youssef**                                                   5/23/2021, 4:18 AM
Some people have been liquidated while they had the money to repay just because they have a life

**J**  **JC**                                                        5/23/2021, 4:18 AM
Almost definitely, but less rewards and less liquidations feels far more healthy and sustainable for the community.

**D**  **DAD ??** 🎮                                                                    5/23/2021, 4:18 AM
hi guys. where can i see as to when the anc - mir airdrops for staking luna will end?

**MY**  **Mike | GT | Will not DM you**                                                 5/23/2021, 4:18 AM
The address is here:
https://finder.terra.money/columbus-4/address/terra1tmnqgvg567ypvsvk6rwsga3srp7e3lg6u0elp8

**D**  **Do Kwon ?**                                                                    5/23/2021, 4:18 AM
guys, heres a good litmus test to decide whether you should be talking:

1. Is your comment / question very low IQ?
2. Does knowing the answer to your question not change your life?
3. Can you afford to hold in that snarky comment or you burst into flame?

If the answer to any of the three is yes, then please stop talking

**SB**  **Shwetank Bhansali**                                                           5/23/2021, 4:18 AM
I sold it on the bounce I lost money too guys no one left out of this massacre

**F**  **FoomFoom**                                                                     5/23/2021, 4:18 AM
yep. or havinf a medical emergency. or kids nwed dinnee cooked. or between paychecks.

**ED**  **Evan Docs**                                                                   5/23/2021, 4:18 AM
Crypoto is wurst. Crypto rulz

**P**  **Picay**                                                                        5/23/2021, 4:19 AM
Yea - i meant public facing simple words 😕

**H**  **HogerLaagst ?**                                                                5/23/2021, 4:19 AM
At that point the UST will get burned to Luna I recon, which will increase the marketcap

**MY**  **Mike | GT | Will not DM you**                                                 5/23/2021, 4:19 AM
I'm not entirely sure on how long the reserves last at current rate of spend but I would think it's a while.

**F**  **FoomFoom**                                                                     5/23/2021, 4:19 AM
Ye check thise off fer yerself regarding that same comment 😕

**MY**  **Mike | GT | Will not DM you**                                                 5/23/2021, 4:19 AM
And as soon as the market stabilizes, borrowing will shoot up again anyway.

**KD**  **Kev Degen**                                                                   5/23/2021, 4:19 AM
Sorry my guy - I'll stop joking around.

**RO**  **R O**                                                                         5/23/2021, 4:19 AM
Agree.  We need bUSDC, bBTC, etc.

**T**  **Terran Rover ?** ♟                                                             5/23/2021, 4:20 AM
The problem is investors do not need IQ, they need to have profit only. Then, the only question is "wen profit ser?" we lost alot!

**FG**  **Felipe GC**                                                                   5/23/2021, 4:20 AM
The mass liquidations were a necessity

**FG**  **Felipe GC**                                                                   5/23/2021, 4:20 AM
All this borrowing was mad unsustainable

**D**  **darvinder**                                                                    5/23/2021, 4:20 AM

lmao

**F**  **FoomFoom**                                                             5/23/2021, 4:21 AM
like #3 is your comment man

**A**  **Aiden**                                                                 5/23/2021, 4:21 AM
Yea i really don't know what to say when people see insurance this way. It's like i know the game and the rules. but when I lost I feel like i dont want to play by the rules. Fuck it

**MY**  **Mike | GT | Will not DM you**                                          5/23/2021, 4:21 AM
I think it shows how easily people are willing to throw their money at things without even understanding what they are throwing it at.

**F**  **FoomFoom**                                                             5/23/2021, 4:21 AM
pot calling kettles black

**D**  **darvinder**                                                            5/23/2021, 4:22 AM
ikr i find it ironic

**D**  **darvinder**                                                            5/23/2021, 4:22 AM
oh well what i do i know

**L**  **LOUDZY**                                                               5/23/2021, 4:22 AM
Are you missing a chromosome?

**D**  **Do Kwon ?**                                                            5/23/2021, 4:22 AM
Some pots construct understandable sentences, some dont

**RO**  **R O**                                                                 5/23/2021, 4:22 AM
It was a baller move to make LUNA the collateral for ANC, to try and drive LUNA higher via a positive growth spiral, but it can work in reverse too as we are learning now.

v2.0 of ANC needs several non-LUNA collateral choices!

**R**  **Reiss**                                                                5/23/2021, 4:22 AM
Hey Do, I've managed to double my bag in the last few days. Its all staked and ready for the future you're building, keep up the good work.

**D**  **Do Kwon ?**                                                            5/23/2021, 4:23 AM
Uh actually

**D**  **Do Kwon ?**                                                            5/23/2021, 4:23 AM
Ath was even before we launched anc

**FG**  **Felipe GC**                                                           5/23/2021, 4:23 AM
Exactly

**T**  **Terran Rover ?**☝                                                      5/23/2021, 4:23 AM
$Luna down for 15% where
$BTC
 down for 5,71%.. is it only because of market dump or are there any problems in Terra Labs project? Are people understand something wrong? This has to be investigated and answered first.

**D**  **darvinder**                                                           5/23/2021, 4:23 AM
im new here, i like that people are having conversations. learn quite a lot of things, so i wish people would just be respectful and ask questions

FG **Felipe GC**                                                                    5/23/2021, 4:23 AM
ANC is the best protocol by far but at the same time it's biggest flaw

Z **ZenDog**                                                                        5/23/2021, 4:23 AM
Are whales gaming the Anchor liquidation premium?

F **FoomFoom**                                                                      5/23/2021, 4:23 AM
im typing on a touch cell phone. got typoes. youbjyst did youe #3 again. so am I. snarky comments 😊

RS **ricky spanish**                                                                5/23/2021, 4:24 AM
if you want to discuss the price go to the lunatics channel

PL **Perfect Legato**                                                               5/23/2021, 4:24 AM
he's banned there lol

JV **Justin - LunaOrbit Validator**                                                 5/23/2021, 4:24 AM
They have been very low for several hours now

D **Do Kwon ?**                                                                     5/23/2021, 4:24 AM
Lol now you're typing gibberish just to fuck with me

RS **ricky spanish**                                                                5/23/2021, 4:24 AM
over 1500 messages overnight. 1300 about „muh price, please Do save my wife"

Z **ZenDog**                                                                        5/23/2021, 4:24 AM
What's "low"?

BL **Buckie Llano**                                                                 5/23/2021, 4:24 AM
All my homies hate the CCP

D **Do Kwon ?**                                                                     5/23/2021, 4:24 AM
Now he's banned here

RF **Rico ? WONT DM FIRST!**                                                         5/23/2021, 4:25 AM
Protocols are working as they are supposed to do. This is is the design guys.

D **Do Kwon ?**                                                                     5/23/2021, 4:25 AM
Guys, i dont care about your wives

D **Do Kwon ?**                                                                     5/23/2021, 4:25 AM
Mine keeps me busy

R **Rikta**                                                                         5/23/2021, 4:25 AM
Do Kwon I hope your doing well and the Busan deal is on his way ✌️

JV **Justin - LunaOrbit Validator**                                                 5/23/2021, 4:25 AM
Sorry - back to reasonable.  Under 5% on terraswap for hours

KM **kat Movie**                                                                    5/23/2021, 4:25 AM
Luna is end 🔙?

RS **ricky spanish**                                                                5/23/2021, 4:25 AM
😞



*Image: sticker (24).webp_thumb.jpg (5 KB)*

*Attachment: sticker (24).webp (32 KB)*

**D**    **darvinder**      5/23/2021, 4:25 AM
i see that quite interesting

**F**    **FoomFoom**      5/23/2021, 4:25 AM
nah just the hypocrisy. look we all talking including you cause cant hold it in. otherwise be a silent chat 😕

**P**    **Picay**      5/23/2021, 4:25 AM
Lol. Sounds like mine

**D**    **darvinder**      5/23/2021, 4:25 AM
want to see whats the effect on that

**KM**    **kat Movie**      5/23/2021, 4:25 AM
Fucking luna

**Z**    **ZenDog**      5/23/2021, 4:26 AM
terraswap?  No I think you're misunderstanding my question... Are whales gaming the premium they earn when liquidating anchor loans?

**ED**    **Evan Docs**      5/23/2021, 4:26 AM
@dokwon
, do you still hold to your 10 billion market cap by December?

**MY**    **Mike | GT | Will not DM you**      5/23/2021, 4:26 AM
Gaming how?

**RS**    **ricky spanish**      5/23/2021, 4:26 AM
where did he touched you?

**D**    **Do Kwon ?**      5/23/2021, 4:26 AM
Dont insult the moon

**A**    **AquilaS**      5/23/2021, 4:26 AM
Is Binance fault, they hate Ust. 🙂

**B**    **BadBeard ?**      5/23/2021, 4:26 AM
I believe in you Do

**N**    **n3mo**      5/23/2021, 4:26 AM
terraswap is down?

**L**    **LOUDZY**      5/23/2021, 4:27 AM
dude... I think its past your bedtime

**B**     **BadBeard ?**                                                      5/23/2021, 4:27 AM

But I believe in Luna evenmore

**R**     **Rover200**                                                       5/23/2021, 4:27 AM

Admins are not gentle enough to opposite ideas.

**MY**    **Mike | GT | Will not DM you**                                     5/23/2021, 4:27 AM

Seems okay to me?

**RF**    **Rico ? WONT DM FIRST!**                                          5/23/2021, 4:27 AM

Stop fudding. The protocols are working like they supposed to do.
1. Lower demand UST = Luna mint = LUNA price decrease
2. Anchor liqs plays a big role -> price decrease

**W**     **Wildthing86**                                                    5/23/2021, 4:27 AM

Any reason we are getting hit harder than most coins?

**N**     **n3mo**                                                           5/23/2021, 4:27 AM

can't "swap"



*Image: photo_4270@23-05-2021_04-27-25.jpg (23 KB)*

**MY**    **Mike | GT | Will not DM you**                                     5/23/2021, 4:27 AM

Depends on the opposite ideas. If they're constructed well and legitimate then admins are very gentle.

**R**     **Rover200**                                                       5/23/2021, 4:27 AM

People are not free in this channel to express their ideas.

**D**     **Do Kwon ?**                                                      5/23/2021, 4:27 AM

Use station, dont use terraswa p

**RS**    **ricky spanish**                                                  5/23/2021, 4:27 AM

lol okay terran rover

**PL**    **Perfect Legato**                                                 5/23/2021, 4:27 AM

you must really love rover

**F**   **FoomFoom**                                                                    5/23/2021, 4:27 AM

i am fudding? sorry lemme clarify. i think i am critiquing. and i am invested in luna for a reason. i am here. financially
supporting

**W**   **WonderFull**                                                                  5/23/2021, 4:28 AM

u probably dont have enough UST

**P**   **Picay**                                                                       5/23/2021, 4:28 AM

So many hurt feelings in this chat. Just because ppl took risks they could not afford. What ppl should be focused on is :
what is next:

**D**   **Do Kwon ?**                                                                   5/23/2021, 4:28 AM

Correct. Bye bye

**RO**   **R O**                                                                        5/23/2021, 4:28 AM

Yes launch of ANC was a huge milestone, huge respect for what you've accomplished to get us here @Do, we are
nearing landing on the moon 🌙!

**N**   **n3mo**                                                                        5/23/2021, 4:28 AM

would it be immediate? or need to wait 21 days

**N**   **n3mo**                                                                        5/23/2021, 4:28 AM



*Image: photo_4271@23-05-2021_04-28-33.jpg (18 KB)*

**E**   **Evo**                                                                         5/23/2021, 4:28 AM

buy high, sell low. Thx

**F**   **FoomFoom**                                                                    5/23/2021, 4:28 AM

lemme make this clear. i am oro luna eco system thus far

**W**   **WonderFull**                                                                  5/23/2021, 4:28 AM

youre going to have to take market price for it

**W**   **WonderFull**                                                                  5/23/2021, 4:28 AM

1:1 is 21 days

**C**   **CGA**                                                                         5/23/2021, 4:28 AM

What??

Please ask your queries here and I will respond. If I  have been hard on you, I apologise. I can't really remember when

**D**   **Dale**                                                                        5/23/2021, 4:28 AM

use terraswap, just change what you are using for the fee

**F**   **FoomFoom**                                                                    5/23/2021, 4:28 AM

*oro = pro

**N**   **n3mo**                                                                        5/23/2021, 4:28 AM

ok got it

**JV**  **Just Virous**                                           5/23/2021, 4:29 AM
You said in one interview that this whole industry just want marketing go trap people & give useless airdrop to attract them.

Can I ask you why Terra is doing same?

**RS**  **ricky spanish**                                        5/23/2021, 4:29 AM
aayush you're a saint don't let anyone else tell you otherwise

**D**  **Do Kwon ?**                                             5/23/2021, 4:29 AM
+1

**C**  **CGA**                                                   5/23/2021, 4:29 AM
That's certainly not true🙂
Maybe you want to get to the point and ask queries now

**W**  **WonderFull**                                            5/23/2021, 4:29 AM
what do you mean by "double same"

**D**  **Do Kwon ?**                                             5/23/2021, 4:29 AM
I just realized i only work for fun and this is so low IQ i threw up in my mouth a little bit

**JV**  **Justin - LunaOrbit Validator**                         5/23/2021, 4:30 AM
😂

**P**  **Picay**                                                5/23/2021, 4:30 AM
Aayush being hard. Joke of the day. I would have banned most of these fudders days ago. Dont get how he can be so patient

**W**  **WonderFull**                                            5/23/2021, 4:30 AM
LOL

**RS**  **ricky spanish**                                        5/23/2021, 4:30 AM
LOL

**AS**  **avi S**                                                5/23/2021, 4:30 AM
Guys Terra is good project, ❤️

**M**  **Malik**                                                 5/23/2021, 4:30 AM
Fud here fud there fud everywhere

**DM**  **D Mid monster**                                        5/23/2021, 4:30 AM
Do, some of your responses are embarrassing and childish.

**J**  **Jordy**                                                5/23/2021, 4:30 AM
Terra airdrops actually have value as they underlie the protocol for an actual app with real users.

Most other coins airdrop complete shit that is worthless. Good example is XEM

**E**  **Evo**                                                  5/23/2021, 4:30 AM
"double same"

**E**  **Evo**                                                  5/23/2021, 4:30 AM
I like that

**RS**  **ricky spanish**                                        5/23/2021, 4:30 AM
yeah please behave like i wish ser

**N**   **n3mo**     5/23/2021, 4:30 AM
doesn't seem to be working on terra station too



*Image: photo_4272@23-05-2021_04-30-51.jpg (7 KB)*

**W**   **WonderFull**     5/23/2021, 4:31 AM
bruh theres 1000000 people that ask "ser why price down" to the founder of the company imagine tim cook having to explain to people why aapl shares are red on monday

**W**   **WonderFull**     5/23/2021, 4:31 AM
the shit he has to deal with

**MY**   **Mike | GT | Will not DM you**     5/23/2021, 4:31 AM
Are you using ledger?

**D**   **Do Kwon ?**     5/23/2021, 4:31 AM
What are you trying to do?

**W**   **WonderFull**     5/23/2021, 4:31 AM
were lucky hes even in here

**F**   **FoomFoom**     5/23/2021, 4:31 AM
i do absolutely run my mouth off and type my thougjts aloud when mebe shouldnt. a simple please stfu foomfoom is all good 😉

**JV**   **Just Virous**     5/23/2021, 4:31 AM
But still why do airdrop. Is this necessary?

**N**   **n3mo**     5/23/2021, 4:31 AM
swap bluna to luna

**BL**   **Buckie Llano**     5/23/2021, 4:31 AM
It ain't just y'all, whole market rugged. THE CORRUPT STATUS QUO IS BIG MAD. The Crypto revolution is inevitable. At some point those that hold crypto will be at war with fiat nations...

**D**   **Do Kwon ?**     5/23/2021, 4:31 AM
I would'nt be able to come here and respond to people if i had to be polite all the time

**D**   **Do Kwon ?**     5/23/2021, 4:31 AM
Its literally impossible

**N**   **n3mo**     5/23/2021, 4:31 AM
sell luna to UST to pay my anchor loan

**N**   **n3mo**     5/23/2021, 4:31 AM
avoid liquidation

**Z**   **ZenDog**     5/23/2021, 4:31 AM
Just send me your airdrops

**RS**   **ricky spanish**     5/23/2021, 4:31 AM

are you complaining about airdrops?

**PA**    **Paul Andawg**    5/23/2021, 4:31 AM
👍



*Image: AnimatedSticker (35).tgs_thumb.jpg (3 KB)*

*Attachment: AnimatedSticker (35).tgs (10 KB)*

**F**    **FoomFoom**    5/23/2021, 4:31 AM
i left here for a couple.months cause i drunk and ran my mouth lol. uh. apologies im back

**DM**    **D Mid monster**    5/23/2021, 4:32 AM
He doesn't have to replay at all. But if he's gonna then respect people.

**J**    **Jordy**    5/23/2021, 4:32 AM
It's to incentive new users to the ecosystem and help grow it. It's. Great strategy if used properly.

**D**    **Do Kwon ?**    5/23/2021, 4:32 AM
Hmm its working for me

**A**    **Aiden**    5/23/2021, 4:32 AM
Haven't seen Aayush swear in a century. Define being gentle

Aayush - big man hug

**Y**    **Youssef**    5/23/2021, 4:32 AM
ETx you need to adjust the slippage limit on TerraStation because the volatility in the rate is high right now.

**MS**    **mushroom soup**    5/23/2021, 4:32 AM
Be thankful nacho is catching up on his rest

**ED**    **Evan Docs**    5/23/2021, 4:32 AM
He is not a perfect being, he is  a normal person. (No disrespect)

**PL**    **Perfect Legato**    5/23/2021, 4:32 AM
aayush does it 😉 give him hotel vacation days!

**M**    **Martyn**    5/23/2021, 4:32 AM
Why can I not trade Luna on TS right now?

**W**    **WonderFull**    5/23/2021, 4:32 AM
bro the airdrops are real projects. do was making fun of the shit coin meme airdrops that are worthless shit.

**U**    **Unknown**    5/23/2021, 4:32 AM
do, we need nebula and pylon ASAP

**JK**   **Jordy Knip**                                                                    5/23/2021, 4:33 AM
Everyone was bagging for a dip a couple weeks ago. Now it happened and everyone is crying

**H**   **Huy Đức ?**                                                                       5/23/2021, 4:33 AM
Chill people chill

**D**   **Do Kwon ?**                                                                       5/23/2021, 4:33 AM
Its working for me

**M**   **Malik**                                                                           5/23/2021, 4:33 AM
9hrs

**F**   **FoomFoom**                                                                        5/23/2021, 4:33 AM
yup

**D**   **Do Kwon ?**                                                                       5/23/2021, 4:33 AM
Then don't claim the airdrops

**D**   **Do Kwon ?**                                                                       5/23/2021, 4:33 AM
Whats the problem

**AS**  **avi S**                                                                          5/23/2021, 4:33 AM
Me too

**RC**  **Robert Chang**                                                                   5/23/2021, 4:33 AM
i want to be Terra Janitor

**W**   **WonderFull**                                                                      5/23/2021, 4:33 AM
This is what happens during red days. Everyone starts FUDing

**C**   **CGA**                                                                            5/23/2021, 4:33 AM
Does giving airdrops make projects like Uniswap or Terra non-genuine??

If that's how you interpret Do's comments, it's very sad

**D**   **Do Kwon ?**                                                                       5/23/2021, 4:33 AM
Trust me he's a saint.

**H**   **HogerLaagst ?**                                                                  5/23/2021, 4:34 AM
Yes, those are governance airdrops ffs, you need them to engage in voting for polls and for the future of terra.

**JV**  **Just Virous**                                                                    5/23/2021, 4:34 AM
Yes i want steady growth of this ecosystem if this team has caliber to do that then avoid doing airdrop.

As a long term prospective I want to things looks simple & growth effective.

**H**   **Huy Đức ?**                                                                       5/23/2021, 4:34 AM
If you cant hold, you wont be rich, rmb that? Even $bnb is down

**M**   **Malik**                                                                          5/23/2021, 4:34 AM
@dokwon
 can i have job at terra? I am crypto poor now

**A**   **AquilaS**                                                                        5/23/2021, 4:35 AM
Noob question: to mint Ust you use only Luna? Or you can use also other currencies?

**D**    **Do Kwon ?**                                             5/23/2021, 4:35 AM

Ive started to do airdrops & fair launches because people complained about luna being a VC coin

**W**    **WonderFull**                                           5/23/2021, 4:35 AM

https://careers.mcdonalds.com/main/

heres a good start

**C**    **CGA**                                                  5/23/2021, 4:35 AM

It's natural to reward people who are long term supporters and infact its one of the value propositions of staking LUNA

**JV**   **Just Virous**                                          5/23/2021, 4:35 AM

Ok Thank you.

**AS**   **avi S**                                                5/23/2021, 4:35 AM

Luna down 27%,,,

**D**    **Do Kwon ?**                                            5/23/2021, 4:35 AM

Cant please everyone ser

**C**    **CGA**                                                  5/23/2021, 4:35 AM

GOLDEN EQUATION

LUNA staking
 = Chai TX fees + "Seigniorage fees" + Swap fees (after Columbus-5) + MIR/Anchor Transaction fees + MIR airdrops + Anchor airdrops + Spar airdrops + Orion airdrops + Loop Airdrops + More airdrops in future

**M**    **Malik**                                                5/23/2021, 4:35 AM

Already applied

**P**    **Picay**                                                5/23/2021, 4:35 AM

Too soft for my personal taste - went toxic here last 2 days . Think banning should happen faster tbh. Ppl have fun in shitting all over the channel and freaks out others

**D**    **Do Kwon ?**                                            5/23/2021, 4:35 AM

This was in like 2018

**M**    **Malik**                                                5/23/2021, 4:35 AM



*Image: photo_4273@23-05-2021_04-35-49.jpg (37 KB)*

| | | |
|---|---|---|
| **M** | **Martyn** | 5/23/2021, 4:35 AM |
| | I just get the oops message | |
| **ED** | **Evan Docs** | 5/23/2021, 4:35 AM |
| | You can swap for ust using many different coins. Use terra station to swap, or use terraswap | |
| **C** | **CGA** | 5/23/2021, 4:35 AM |
| | This is not a price discussion channel | |
| **W** | **WonderFull** | 5/23/2021, 4:36 AM |
| | hahhaha | |
| **D** | **Do Kwon ?** | 5/23/2021, 4:36 AM |
| | DM me your address | |
| **AS** | **avi S** | 5/23/2021, 4:36 AM |
| | Sorry 💜 | |
| **BL** | **Buckie Llano** | 5/23/2021, 4:36 AM |
| | Is this crypto bear anomalous but normal market activity, or something bigger and more nefarious? Possible corporate offensive or international conflict? | |
| **CA** | **Chris Aus** | 5/23/2021, 4:36 AM |
| | I wanted to swap 457 LUNA for UST some days ago when the price was around 12, but the spread was like 680 UST. This held me back, now the price has halved. Can't complain about the price dropping obviously, but what caused such a massive spread? | |
| **D** | **Do Kwon ?** | 5/23/2021, 4:36 AM |
| | What. | |
| **MY** | **Mike | GT | Will not DM you** | 5/23/2021, 4:36 AM |
| | We have it on good authority the illuminati is involved. | |
| **M** | **Malik** | 5/23/2021, 4:37 AM |
| | U livin under a rock? | |

**D**    **Do Kwon ?**                                                           5/23/2021, 4:37 AM

Did we just escalate terra station to international conflict

**L**    **lv976**    5/23/2021, 4:37 AM

Is the public beta of Harpoon still scheduled for release this weekend?

**D**    **Do Kwon ?**    5/23/2021, 4:37 AM

Oh lol you were joking

**L**    **LOUDZY**    5/23/2021, 4:37 AM

hahahaa

**CD**    **Crypto Dolphin**    5/23/2021, 4:37 AM

what did you want to say man?

**CD**    **Crypto Dolphin**    5/23/2021, 4:37 AM

it's honestly confusing

**JV**    **Just Virous**    5/23/2021, 4:37 AM

Do, you do whether you like to help tbis ecosystem. But I just want to see Terra at Top. Don't die hope of people.

Fudd will come & Go. But if you succeed all these fudders will be biggest marketer of LUNA in long run.

**BL**    **Buckie Llano**    5/23/2021, 4:37 AM

Broad crypto question not just luna

**C**    **CGA**    5/23/2021, 4:37 AM

You can ask in Harpoon TG Room

**H**    **Halo23**    5/23/2021, 4:38 AM

i am sorry, i have a problem a long time ago, but no one support me, swap fee is 50 Luna to withdraw rewards, can i send you the trasaction link ?

**JV**    **Justin - LunaOrbit Validator**    5/23/2021, 4:38 AM

Terra station won't respond to voice commands anymore. Should I reformat my anchor mirror ?

**L**    **lv976**    5/23/2021, 4:38 AM

k. thanks.

**C**    **CGA**    5/23/2021, 4:38 AM

😂😂

**ED**    **Evan Docs**    5/23/2021, 4:38 AM

It's already there, conflict is great for publicity

**Z**    **ZenDog**    5/23/2021, 4:39 AM

I heard the Taliban condemned you for refusing to put the afghan currency on Terra

**P**    **Picay**    5/23/2021, 4:39 AM

My wife does not even respond to my voice commands…

**BL**    **Buckie Llano**    5/23/2021, 4:39 AM

I'm asking a more broad, market wide question on the cause of the crash...

**F**    **FoomFoom**    5/23/2021, 4:39 AM

Thanks for the airdrops. btw i bought in because of the whitepapers. drops a pleasant surprise. i may be annoying but... thank you for youe ideas and work. i have no hero worship i grew up in hollywood sometimes helping famous puke in a

club and other times.kivki  em out lol. we all people to me. anyway again thanks, as one individual  i like luna system

**W**  **WonderFull**                                                                                     5/23/2021, 4:39 AM
who knows

**BL**  **Buckie Llano**                                                                                   5/23/2021, 4:39 AM
Sorry if I asked it in a weird way...

**JV**  **Justin - LunaOrbit Validator**                                                                    5/23/2021, 4:39 AM
Blue tortilla

**F**  **FoomFoom**                                                                                        5/23/2021, 4:40 AM
kivki = kickin

**BL**  **Buckie Llano**                                                                                   5/23/2021, 4:40 AM
I had a sneaking suspicion. Never trusted 'em

**E**  **Evo**                                                                                             5/23/2021, 4:40 AM
Check bitcoin price. All depends on bitcoin

**BL**  **Buckie Llano**                                                                                   5/23/2021, 4:41 AM
I'm asking the cause of the BTC crash. Do has insight none of the rest of us have...

**A**  **AquilaS**                                                                                         5/23/2021, 4:41 AM
So Ust should be fine, that's all I want to hear

**JV**  **Justin - LunaOrbit Validator**                                                                    5/23/2021, 4:41 AM
More sellers than buyers

**E**  **Evo**                                                                                             5/23/2021, 4:42 AM
1) Elon musk tweeting 2) environmental concerns 3) China

**J**  **Jet**                                                                                             5/23/2021, 4:42 AM
how come mir government staking rewards do not appear to be showing up?

**JV**  **Justin - LunaOrbit Validator**                                                                    5/23/2021, 4:42 AM
Only during market hours

**P**  **Picay**                                                                                           5/23/2021, 4:42 AM
Like „i know who justin sun really banged" type of rumour? Or portnoy video was sell signal?

**BL**  **Buckie Llano**                                                                                   5/23/2021, 4:42 AM
I think international corporations are afraid of the inevitable blockchain revolution threatening their power...

**J**  **Jordy**                                                                                           5/23/2021, 4:42 AM
Ever heard the saying "buy low sell high" ser

**R**  **Ron**                                                                                             5/23/2021, 4:42 AM
FREEFALL 😄

**M**  **MRS**                                                                                             5/23/2021, 4:42 AM
We either have big crash monday morning, or a big comeback, all depends how chinease market does, but china has a good reputation of harming people

**J**  **Jet**                                                                                             5/23/2021, 4:43 AM
doo government staking rewards accrue during the weekend?

**A**   **AquilaS**       5/23/2021, 4:43 AM
True

**F**   **FoomFoom**       5/23/2021, 4:43 AM
👍

**BL**   **Buckie Llano**       5/23/2021, 4:44 AM
Oligarchs reinforcing position with fear.

**D**   **darvinder**       5/23/2021, 4:44 AM
what a nuke lmao

**D**   **darvinder**       5/23/2021, 4:44 AM
pure pain no bounces

**D**   **Do Kwon ?**       5/23/2021, 4:44 AM
Chaos is a ladder

**P**   **Picay**       5/23/2021, 4:44 AM
China right now trying to push their digital currency on the market. Very convenient timing of competing coins market crash. Just a thought

**R**   **Ron**       5/23/2021, 4:44 AM
no, it's retail full pants of sh* \

**R**   **Ron**       5/23/2021, 4:44 AM
🙂

**D**   **darvinder**       5/23/2021, 4:45 AM
well this is fun, thank god i cant fomo sell

**F**   **FoomFoom**       5/23/2021, 4:45 AM
the crash was in the charts  those folks just taking credit  they may have helped quicken it (happened faster/under the price arcs), but that maybhave helped soften what the blow could be and bled value out earlier

**R**   **Ron**       5/23/2021, 4:45 AM
I am buying incremantally all blue chips

**R**   **Ron**       5/23/2021, 4:45 AM
every x% drop I have spot buy positions for ±100-200 USD

**BL**   **Buckie Llano**       5/23/2021, 4:46 AM
LUNA is a blue chip

**R**   **Ron**       5/23/2021, 4:46 AM
will be accumulating heavily for the next bull run

**M**   **Matthew**       5/23/2021, 4:46 AM
Do u r a legend. Continue to steer the ship. Us degens will
Follow and try to be useful wherever we can be

**R**   **Ron**       5/23/2021, 4:46 AM
yep

**S**   **Shaun**       5/23/2021, 4:46 AM
One of the big issues is obviously this self-perpetuating cascade of liquidations.

Would it be possible to integrate a mechanism by where funds held within the protocol elsewhere (LP pool, 20% yield, governance etc) are auto-sold to pay down the bLuna loan once a threshold is reached?

Constantly watching the price action is unreasonable & responding to rapid movements in times of system strain have proved problematic.

**F**  **FoomFoom**                                                                           5/23/2021, 4:46 AM

notice now elon saying crypto great, right during recovery already seen in the charts. but if hi tweets boost recovery, thanks

**R**  **Ron**                                                                                5/23/2021, 4:46 AM

buying today as well

**M**  **Matthew**                                                                            5/23/2021, 4:46 AM

We will follow you into the depths of mortor

**C**  **Chris ⚡ ?**                                                                          5/23/2021, 4:46 AM

Anchor and terra station not working!!!

**D**  **darvinder**                                                                          5/23/2021, 4:47 AM

yo whose selling calm down people

**C**  **Chris ⚡ ?**                                                                          5/23/2021, 4:47 AM

It's just come back on

**C**  **Chris ⚡ ?**                                                                          5/23/2021, 4:47 AM

Took long to load, probably from the load of users at the moment

**Z**  **ZenDog**                                                                             5/23/2021, 4:47 AM

geez, take a deep breath people

**P**  **Picay**                                                                              5/23/2021, 4:47 AM

Elon was another top signal. Tweets top signal when he sells. Now he wants rest of his btc to maintain value as markets oversell

**R**  **Ron**                                                                                5/23/2021, 4:47 AM

it will after this big shake down, this is great opportunity for all of us to take back cheap blue chips from newbies, week hands and overlavereged guys

**J**  **Jordy**                                                                             5/23/2021, 4:47 AM

This is absolutely what is happening right now. Where do you guys think $1 trillion was injected into the market from, and then removed in a matter of days?

Jeff Bezos, Bill Gates, and Mark Zuckerberg have more wealth than the bottom 50% of Americans combined (~450 billion). In other words, retail investors together do not have anywhere close to $1 trillion in crypto

What is happening is big money is intentionally pumping crypto and then dumping it. By making normies temporary bagholders, they try to sway public sentiment and make everyone believe all crypto is a scam.

The endgame is when they launch their CBDCs which they hope will kill crypto entirely. It's a pipedream though, crypto has way too much traction now and everyone is waking up to what is going on

**BL**  **Buckie Llano**                                                                      5/23/2021, 4:48 AM

We are inevitable

**F**  **FoomFoom**                                                                           5/23/2021, 4:48 AM

mayhaps. other big money injecting and staying. visa for instance

**G**  **GMICap**                                                                             5/23/2021, 4:49 AM

where ot get liquidation details?

**R**    **Ron**          5/23/2021, 4:49 AM
possible

**CA**    **Chris Aus**          5/23/2021, 4:49 AM
https://www.youtube.com/watch?v=Lhf_2gJJS1I

**#**    **Mr. ?**          5/23/2021, 4:49 AM
If I swap my Luna to bluna - where can I unbond it? In anchor app or where?
Also please correct me if I'm wrong. With this premium I can basically swap my Luna to bluna the just unbond it and get my "bonus" Luna in 21 days ?

**MY**    **Mike | GT | Will not DM you**          5/23/2021, 4:49 AM
Anchor app -> Bond -> Burn

**D**    **darvinder**          5/23/2021, 4:49 AM
get all your luna in 21 days

**F**    **FoomFoom**          5/23/2021, 4:49 AM
banks. heck a lot of institutions not only starting to offer ceypto, bur using blockchains as software for their intended purposes

**J**    **Jordy**          5/23/2021, 4:49 AM
Yes, it really looks like a power struggle between massive institutions. Some are for crypto and decentralisation, others want to destroy it completely

**BL**    **Buckie Llano**          5/23/2021, 4:49 AM
If they want war, they shall have it. Can't put the genie back in the bottle.

**F**    **FoomFoom**          5/23/2021, 4:49 AM
countries too even

**#**    **Mr. ?**          5/23/2021, 4:50 AM
So I should burn bluna? That means unbonding ?

**ED**    **Evan Docs**          5/23/2021, 4:50 AM
Here's a question I get a lot, but I haven't found an official answer: is borrow apy rewards based on principal amount?

I feel like it's written somewhere but can't remember

**P**    **Picay**          5/23/2021, 4:50 AM
Dont forget governments in this. They dont like currency like coins that they cant control

**MY**    **Mike | GT | Will not DM you**          5/23/2021, 4:50 AM
Yes. Under the burn tab you enter how much bluna you want to burn and it'll tell you how much luna you'll get.

**J**    **Jordy**          5/23/2021, 4:50 AM
🤝 just keep buying and holding. I don't give a fuck if it goes to 0 in fiat dollars, what do we really have to lose tbh

**Y**    **Youssef**          5/23/2021, 4:50 AM
Guys please stop talking. Last thing we want is the team wasting mental energy on stupid FUD or Conspiracy Theories.

**BL**    **Buckie Llano**          5/23/2021, 4:50 AM
Free people are not easily controlled

**D**    **Do Kwon ?**          5/23/2021, 4:50 AM
I mean some are pretty entertaining

**F**    **FoomFoom**        5/23/2021, 4:50 AM
agreed. i think most realizing its a start of a new system and getting in early will be massive later

**J**    **Jordy**        5/23/2021, 4:50 AM
Yeah exactly, I meant to include governments too in that comment

**D**    **Do Kwon ?**        5/23/2021, 4:50 AM
Just dont shame me for being rude

**D**    **Do Kwon ?**        5/23/2021, 4:50 AM
Then it stops being fun

**P**    **Picay**        5/23/2021, 4:51 AM
For me that is exactly what i like about luna 😂

**F**    **Fabian**        5/23/2021, 4:51 AM
I've entered crypto quite recently and it's just remarkable how UST and the APY are kept stable under those market conditions. Terra is doing really well 👍

**T**    **Trustrus**        5/23/2021, 4:51 AM
They are entertaining and you being rude to them is also entertaining actually

**F**    **FoomFoom**        5/23/2021, 4:51 AM
welk ya, that why we here in chat if it were boring we'd be a truly sad lot

**R**    **ryan**        5/23/2021, 4:51 AM
hahahaha clone

**R**    **ryan**        5/23/2021, 4:51 AM
love it

**D**    **darvinder**        5/23/2021, 4:51 AM
lmao

**KW**    **Kasper Wisnia**        5/23/2021, 4:52 AM
Is terra os connected to the stable value amd ust how come it follow btc

**D**    **darvinder**        5/23/2021, 4:52 AM
same

**P**    **Picay**        5/23/2021, 4:52 AM
Nacho been sniping?

**R**    **Ron**        5/23/2021, 4:52 AM
ssame

**F**    **FoomFoom**        5/23/2021, 4:52 AM
lol i bite back if shame me first

**E**    **Evo**        5/23/2021, 4:52 AM
😊

**R**    **Ron**        5/23/2021, 4:52 AM
hopefully never but if will - buying a lot

**F**   **FoomFoom**                                                          5/23/2021, 4:52 AM

thats all

**P**   **Picay**                                                             5/23/2021, 4:52 AM

No

**F**   **FoomFoom**                                                          5/23/2021, 4:53 AM

hrm ok not true i guilty shaming first at times. I gotta be a better person

**ED**  **Evan Docs**                                                         5/23/2021, 4:53 AM

@dokwon
 thought you and the team might like this. My grandfather in Bolivia used to tell me a poem: "Luna Luna, da me pan; todos
comen, no me dan." In English: "moon, moon, give me bread; for everyone eats, but they give me none."

**BL**  **Buckie Llano**                                                      5/23/2021, 4:53 AM

I guarantee Terra knows the real value of inflation.

**G**   **GMICap**                                                            5/23/2021, 4:53 AM

Station down??

**BL**  **Buckie Llano**                                                      5/23/2021, 4:53 AM

There will be crypto wars.

**F**   **FoomFoom**                                                          5/23/2021, 4:54 AM

hey thought about the moon going too high also is counter prodictive?

**P**   **Picay**                                                             5/23/2021, 4:54 AM

Works for me

**D**   **Dave**                                                              5/23/2021, 4:54 AM

Was for me

**M**   **Mehmet**                                                            5/23/2021, 4:54 AM



*Image: photo_4274@23-05-2021_04-54-21.jpg (112 KB)*

**F**  **FoomFoom**                                                5/23/2021, 4:55 AM

just take it to ultimate extreme. if luna price, oe btc or dot or anything, ends up at infinity it becomes useless to humans and thus jimans ditch it and it goes to 0. two obvious equilibrium price points are zero and everything

**GB**  **GABBAR is Back**                                        5/23/2021, 4:55 AM

$3 Soon 🙄

**R**  **ryan**                                                  5/23/2021, 4:55 AM

btc to 28.8 😏

**ZW**  **z ww**                                                 5/23/2021, 4:55 AM

why why why😭

**R**  **ryan**                                                  5/23/2021, 4:55 AM

buy time 🤪

**R**  **ryan**                                                  5/23/2021, 4:55 AM

soon

**ZW**  **z ww**                                                 5/23/2021, 4:55 AM

etherum to 1500

**FG**  **Felipe GC**                                            5/23/2021, 4:56 AM

WTB Anchor mobile app 😭

**F**  **FoomFoom**                                              5/23/2021, 4:56 AM

so luna aytracring all value at some point is detrimental, the price of the smallest possible unit wants to equal the whole, same as start when all was 0

**FG**  **Felipe GC**                                            5/23/2021, 4:56 AM

Imagine being in your car and getting liquidated

**G**  **GMICap**                                                5/23/2021, 4:56 AM

Station only shows KRT?

**BL**  **Buckie Llano**                                         5/23/2021, 4:57 AM

BTC will be dethroned eventually

**F**  **FoomFoom**                                              5/23/2021, 4:57 AM

this might change of became dominant financial system and not injected and wothdrawn from elsewhere. long way away

**C**  **corkus**                                                5/23/2021, 4:57 AM

Are there already signs that UST reaches 1$ again? A lot of Luna is being used to get it back up but for now it seems hopeless?

**RH**  **Rod H**                                                5/23/2021, 4:57 AM

it's up to bitcoin at this point

**JD**  **Johnny D**                                             5/23/2021, 4:58 AM

💰



*Image: sticker (84).webp_thumb.jpg (9 KB)*

*Attachment: sticker (84).webp (17 KB)*

**RH**  **Rod H**                                                      5/23/2021, 4:58 AM
on the plus side everydoy will be taking about this day in the next bull run lol

**MG**  **Mateusz Gliński**                                            5/23/2021, 4:58 AM
Hodl i lost -60%

**L**   **Let's Do This ????**                                         5/23/2021, 4:59 AM
Is TS down having problems

**W**   **WonderFull**                                                  5/23/2021, 5:00 AM
its congested

**M**   **Mullins**                                                     5/23/2021, 5:00 AM
Seems to be

**T**   **Themistocles**                                                5/23/2021, 5:00 AM
Gentlemen, wen moon?

**D**   **Do Kwon ?**                                                   5/23/2021, 5:00 AM
hold on

**NA**  **Nityam Agarwal**                                             5/23/2021, 5:00 AM
Again 0.96$ of ust?

**T**   **Themistocles**                                                5/23/2021, 5:01 AM
Greetings dear sir, may I bother you with a simple question? Could you please announce the official date of the moon?

**BK**  **Berk Toygar Kavak**                                          5/23/2021, 5:01 AM
🐻

**D**   **Do Kwon ?**                                                   5/23/2021, 5:01 AM
dont waste my time

**NA**  **Nityam Agarwal**                                             5/23/2021, 5:01 AM
Shouldn't it be a lil more stable.. I know we have proposals.. Would request the team to take note of the problems we've faced.. So that we grow tremendously later on!

D       **Do Kwon ?**                                                                5/23/2021, 5:01 AM
        this is not a stability issue

T       **Themistocles**                                                             5/23/2021, 5:01 AM
        Hard

NA      **Nityam Agarwal**                                                           5/23/2021, 5:01 AM
        C'mon

D       **Do Kwon ?**                                                                5/23/2021, 5:02 AM
        price fall leads to liquidation txns clogging the mempool

D       **Do Kwon ?**                                                                5/23/2021, 5:02 AM
        which outcompetes some validator txns for oracle votes

NA      **Nityam Agarwal**                                                           5/23/2021, 5:02 AM
        Don't disturb him with illogical questions

P       **Picay**                                                                    5/23/2021, 5:02 AM
        similar to what happend 2-3 days ago i guess

D       **Do Kwon ?**                                                                5/23/2021, 5:02 AM
        which tempoorarily disables swaps

D       **Do Kwon ?**                                                                5/23/2021, 5:02 AM
        now its back, i just got one in

D       **Do Kwon ?**                                                                5/23/2021, 5:02 AM
        will be spotty in this choppy market

T       **Themistocles**                                                             5/23/2021, 5:02 AM
        Why not?

W       **WOO**                                                                      5/23/2021, 5:02 AM
        let's goooooo

C       **corkus**                                                                   5/23/2021, 5:02 AM
        Do, do you expect the peg to be restored quickly?

NA      **Nityam Agarwal**                                                           5/23/2021, 5:02 AM
        Maybe we come up with some proposal for this later on?

D       **Do Kwon ?**                                                                5/23/2021, 5:03 AM
        Read the pinned thread

NA      **Nityam Agarwal**                                                           5/23/2021, 5:03 AM
        We have Aayush as the moderator here.. Don't mention the upper mgt

D       **Do Kwon ?**                                                                5/23/2021, 5:03 AM
        i mean its nothing to do with me being the recipient

Y       **Youssef**                                                                  5/23/2021, 5:03 AM
        isnt't it just the slippage limit that prevent swap on TerraStation ? With higher treshold it works fine for me guys.

D       **Do Kwon ?**                                                                5/23/2021, 5:03 AM

just in general its not a good life practice to ask illogical questions

**D**  **Do Kwon ?**                                                    5/23/2021, 5:03 AM
wdym why not

**M**  **Matthew**                                                       5/23/2021, 5:03 AM
Probably correlated, I am trying to bridge MIR from Coinbase wallet to terra station and it's not going through

**D**  **Do Kwon ?**                                                    5/23/2021, 5:03 AM
the better question is why

**FG**  **Felipe GC**                                                    5/23/2021, 5:04 AM
Wen Anchor auto repay

**V**  **Vini**                                                         5/23/2021, 5:04 AM
code your self !!!

**D**  **Do Kwon ?**                                                    5/23/2021, 5:04 AM
Shuttle retries txns until it goes through

**ED**  **Evan Docs**                                                   5/23/2021, 5:04 AM
The beauty of defi

**D**  **Do Kwon ?**                                                    5/23/2021, 5:04 AM
so if its already been queued in shuttle you should be ok

**FG**  **Felipe GC**                                                    5/23/2021, 5:04 AM
Like native to anchor dashboard

**P**  **Picay**                                                        5/23/2021, 5:04 AM
i see in harpoon alpha - -  the amount of crying we're still still going to see is unreal. quite a lot of juicy loans rekt

**M**  **Matthew**                                                       5/23/2021, 5:04 AM
Thank you 🙏

**W**  **WonderFull**                                                    5/23/2021, 5:04 AM
APR at 200% now

**C**  **CGA**                                                          5/23/2021, 5:04 AM
If it's a custodial wallet you will have to transfer it to a decentralised ETH network wallet like Metamask and then use bridge

**M**  **Matthew**                                                       5/23/2021, 5:05 AM
https://etherscan.io/tx/0xbd83ee6b8c5e082ef824213f9389c64deb923688e9040ec746955374d6d91d91

**C**  **CGA**                                                          5/23/2021, 5:05 AM
Also note you will need some UST for TX fees

**M**  **Matthew**                                                       5/23/2021, 5:05 AM
I'm
Getting a dropped tx message, think it'll still go thru?

**T**  **Themistocles**                                                 5/23/2021, 5:05 AM
Life itself is illogical, why shouldn't questions be?

**V**  **Vini**                                                         5/23/2021, 5:05 AM

please, get out

**M**   **Matthew**                                                                      5/23/2021, 5:05 AM
Thank you aayush 🙏

**GD**  **gorgeous danton**                                                              5/23/2021, 5:06 AM
sad to see so many people infected with brain worms. I'm all in, staked for the future let's go 😎

**R**   **Ron**                                                                          5/23/2021, 5:06 AM
same

**J**   **J.H**                                                                          5/23/2021, 5:06 AM
😃



Image: sticker (85).webp_thumb.jpg (2 KB)

Attachment: sticker (85).webp (16 KB)

**P**   **Picay**                                                                        5/23/2021, 5:06 AM
dont you get that this is a bit a stressful time for the man. and you come with cheap greek philosophy bs ? lol

**TC**  **The Count of Monte Crypto**                                                    5/23/2021, 5:06 AM
How do I find out how many bLuna I have unbonding? I've tried a few blockchain explorers but can't see the figure

**UC**  **U C**                                                                          5/23/2021, 5:07 AM
Time to buy the dip

**D**   **Do Kwon ?**                                                                    5/23/2021, 5:07 AM
i did, dont worry

**UC**  **U C**                                                                          5/23/2021, 5:08 AM
This crash is actually a blessing

**UC**  **U C**                                                                          5/23/2021, 5:08 AM
Time to flush out the cockroaches

**M**   **Matthew**                                                                      5/23/2021, 5:08 AM
Sorry to keep pestering, but if my tx on terra bridge has a "dropped" status... is it still in queue

**V**   **Vini**                                                                         5/23/2021, 5:08 AM
yes, a few ... coming up soon

**P**   **PMod**                                                                         5/23/2021, 5:08 AM
it is available in the
app.anchorprotocol.com
 (Go to Claim under Bond)

**TC**  **The Count of Monte Crypto**                                                    5/23/2021, 5:08 AM

Perfect! Thank you buddy

**J**  **Jun**                                                                         5/23/2021, 5:09 AM
Right..Bcs..they are not staking.

**V**  **Vini**                                                                        5/23/2021, 5:09 AM
all good 🙂

**C**  **corkus**                                                                      5/23/2021, 5:09 AM
appreciate the update!

**EG**  **Erik - Founder UniX Gaming**                                                 5/23/2021, 5:09 AM
hey guys, i sent ust from my terra station to my metamask eth wallet, didnt arrive yet (over 24hours). what happened to my cash?

**B**  **Booerj**                                                                      5/23/2021, 5:09 AM
This

**E**  **Evo**                                                                         5/23/2021, 5:10 AM
New user here. I have a question regarding spread between lending and borrowing APR. Lending APR is now 18.3%, borrow APR is 12.1%. Can anybody explain this ?

**S**  **Selltop**                                                                     5/23/2021, 5:10 AM
hey Sir, been looking for a while on this chat and online, I do not find on terrastation app on Desktop, (neither anywhere else) :

how can I burn UST en redeem it for LUNA on chain at a 1 USD ratio ? I get only the possibility to swap it with slippage on terrastation using terraswap, while I want to intervene at the protocol level by burning UST, I do not find this option (

**UC**  **U C**                                                                        5/23/2021, 5:10 AM
We need people educated. A lot of them don't know even about staking in general.

**CA**  **Chris Aus**                                                                  5/23/2021, 5:10 AM
Did you send UST or aUST?

**V**  **Vini**                                                                        5/23/2021, 5:10 AM
yeah! a recycling was needed !

**H**  **Halo23**                                                                      5/23/2021, 5:10 AM



*Image: giphy (8).mp4_thumb.jpg (2 KB)*

*Attachment: giphy (8).mp4 (674 KB)*

**J**  **Jun**                                                                         5/23/2021, 5:10 AM
Omg..

**EG**  **Erik - Founder UniX Gaming**                                                 5/23/2021, 5:10 AM
i think ust...

**D**  **Do Kwon ?**                                               5/23/2021, 5:11 AM
share your txn over dm

**EG**  **Erik - Founder UniX Gaming**                             5/23/2021, 5:11 AM
how can i see it?

**V**  **Vini**                                                    5/23/2021, 5:12 AM
open your wallet and check last tx

**Z**  **ZenVin**                                                  5/23/2021, 5:12 AM
What happening with today crash, did some whale got liquidated?

**P**  **PMod**                                                    5/23/2021, 5:12 AM
@dokwon
 : Much appreciate you taking time to come to telegram and talking to the community. Terra has proven to be super
resilient. You are an inspiration for many. Thank you.

**L**  **lv976**                                                  5/23/2021, 5:13 AM
So that didn't work too well. There's a Harpoon guy talking in that room but he's simply ignoring questions about the beta.
Harpoon is community-funded, right?

**P**  **Picay**                                                   5/23/2021, 5:13 AM
big problem with all those doge/shitcoin degens that only understand very basics, trust some anon guys on twitter and go
max risk. then they want to sue anon twitter guy lol

**EG**  **Erik - Founder UniX Gaming**                             5/23/2021, 5:14 AM
i can not see anything regarding tx or soemthing

**EG**  **Erik - Founder UniX Gaming**                             5/23/2021, 5:14 AM
i got the chrome extension

**JP**  **Jay P**                                                  5/23/2021, 5:14 AM
Hi admin, i js did burn with bluna to luna and wording seems abiguous. at the max it could take is 24 days or 21 days+
24days?

**B**  **Beck**                                                    5/23/2021, 5:14 AM
It's really disappointing to see what is happening with this product!
I was so excited to join the Terra community but reading up and sewing how the price is being manipulated by these
whales buying 30%- and reselling it at a direct profit causing other people to get liquidated earlier then doing it again and
again is kind of disgusting..... seems like there is no real care or respect for the people investing in this product and I am
extremely worried about the bad taste this will leave.....

**E**  **Evo**                                                    5/23/2021, 5:14 AM
History tab

**P**  **Picay**                                                   5/23/2021, 5:15 AM
it's a separate project - they sometimes give out beta keys to select users. so, beta is actually ongoing. just not a public
one, yet

**JW**  **James William**                                          5/23/2021, 5:15 AM
Can anyone offers some reassurance to my concerns that if luna market cap drops below ust market cap, the ust coins
become essentially uncollateralised?

**J**    **Jordy**                                                          5/23/2021, 5:15 AM

Well if we needed any more proof that the market is 100% manipulated, it's the fact that doge is still the strongest performing alt rn.

I'm sure no one actually believes that only strong retail hands exist in doge

**GD**    **gorgeous danton**                                              5/23/2021, 5:16 AM

that's completely bananas, happy to help

**V**    **Vini**                                                          5/23/2021, 5:16 AM

i disagree with you... ppl getting liquidated for many reasons ... there is always a risk specially if you take loan out.

**E**    **Evo**                                                          5/23/2021, 5:16 AM

This has nothing to do with whales. This is caused by people who were over leveraged and which are being liquidated,, that is the reason. It's logical that
$LUNA
 price drop

**EG**    **Erik - Founder UniX Gaming**                                  5/23/2021, 5:16 AM

thanks, but where lol?



*Image: photo_4275@23-05-2021_05-16-31.jpg (59 KB)*

**L**    **Let's Do This ????**                                          5/23/2021, 5:16 AM

Correct just set your slippage to 5% and all good 🌕

**RS**    **ricky spanish**                                              5/23/2021, 5:16 AM

so you're not "disappointed with this product" - you just disappointed with the price.

**J**    **Jun**                                                          5/23/2021, 5:17 AM

Guys..if u don't understand this situation and what to do..just staking..

**B**    **Beck**                                                          5/23/2021, 5:17 AM

There is always risk.... so you are saying that no one is out there buying at 30% and directly re selling at a profit?

**D**    **DEX**                                                          5/23/2021, 5:17 AM

lol +1

**L**    **lv976**                                                        5/23/2021, 5:17 AM

Right but there was a message in this channel a couple of days ago that the beta would be live this weekend. There were

also messages saying that beta testers had earned 200k+ after the first drop, so triple that by now. It seems reasonable to want an update on when they are going to release this to everyone else.

| | | |
|---|---|---|
| E | **Evo** | 5/23/2021, 5:17 AM |

That's your walllet

| | | |
|---|---|---|
| MS | **mushroom soup** | 5/23/2021, 5:17 AM |

Ppl getting liquidated

| | | |
|---|---|---|
| M | **Mk** | 5/23/2021, 5:17 AM |

https://twitter.com/karthik_mukil/status/1396334268477952007?s=19

One of the main fussing account is no more

| | | |
|---|---|---|
| RS | **ricky spanish** | 5/23/2021, 5:17 AM |

lol. have you actually tried this by yourself?

| | | |
|---|---|---|
| E | **Evo** | 5/23/2021, 5:17 AM |

Go to the history tab, the one under wallet

| | | |
|---|---|---|
| EG | **Erik - Founder UniX Gaming** | 5/23/2021, 5:17 AM |

yes... where can i see my transactions?

| | | |
|---|---|---|
| P | **Picay** | 5/23/2021, 5:18 AM |

not sure what you're referring to. some anon guys on twitter hypothesis? assume this is a leveraged bid on bybit. is it disgusting that bybit liquidates you when it's time to do so? same stuff happening on anchor. how is that disgusting on the protocol?

| | | |
|---|---|---|
| E | **Evo** | 5/23/2021, 5:18 AM |

Your transactions are in the history tab

| | | |
|---|---|---|
| EG | **Erik - Founder UniX Gaming** | 5/23/2021, 5:18 AM |

i only see this, maybe bcs its the chrome extension?

| | | |
|---|---|---|
| E | **Evo** | 5/23/2021, 5:18 AM |

Dowbload terra station

| | | |
|---|---|---|
| M | **Mk** | 5/23/2021, 5:19 AM |



Image: photo_4276@23-05-2021_05-19-02.jpg (110 KB)

**Beck**                                                                        5/23/2021, 5:19 AM

No I bought in and have kept my coins since as I heard this was an awesome product and community

**Mk**                                                                          5/23/2021, 5:19 AM

And the
#LUNAtics
 became toxic because of such FUD?

**Beck**                                                                        5/23/2021, 5:19 AM

All transactions are available online so yes it is a theory but it is something that can be checked

**Vini**                                                                        5/23/2021, 5:19 AM

you heard ? that's the problem! have a opnion for yourself or ngmi

**Mk**                                                                          5/23/2021, 5:19 AM

Bring on the FUDs let's take them head on

**Beck**                                                                        5/23/2021, 5:20 AM

Are you sayings it's not a good product or community ?

**Vini**                                                                        5/23/2021, 5:20 AM

i  wouldn't be here if i think otherwise dont you  think ?

**Jun**                                                                         5/23/2021, 5:20 AM

Ignorance > Anxiety > Crap Listening > Strange Behavior > Regret.

**ricky spanish**                                                               5/23/2021, 5:20 AM

what has this to do with my question?

**Beck**                                                                        5/23/2021, 5:21 AM

You said have I actually tried this myself

**Picay**                                                                       5/23/2021, 5:21 AM

not sure where you live but in my country weekend is not over, yet. most bids on harpoon are only small stuff.

**B** | **Beck** | 5/23/2021, 5:21 AM
What are you referring to then?

**RS** | **ricky spanish** | 5/23/2021, 5:23 AM
There is always risk.... so you are saying that no one is out there buying at 30% and directly re selling at a profit?

**RS** | **ricky spanish** | 5/23/2021, 5:23 AM
have you tried the direct reselling

**B** | **Beck** | 5/23/2021, 5:23 AM
No

**RS** | **ricky spanish** | 5/23/2021, 5:23 AM
😟



*Image: sticker (24).webp_thumb.jpg (5 KB)*

*Attachment: sticker (24).webp (32 KB)*

**U** | **Unknown** | 5/23/2021, 5:23 AM
Hello my dear

**U** | **Unknown** | 5/23/2021, 5:23 AM
👎

**E** | **Evo** | 5/23/2021, 5:23 AM
Q: How many blondes does it take to screw in a lightbulb?

A: Two, one to hold the light bulb and one to spin the ladder around!

**B** | **Booerj** | 5/23/2021, 5:24 AM
https://finder.terra.money/columbus-4/address/terra1xfyeyt5q8chn87f0ram89p4an2y9f8myz6wczu

**G** | **GMICap** | 5/23/2021, 5:24 AM
where to see liquidation details?

**B** | **Beck** | 5/23/2021, 5:24 AM
What you are saying that I should create a bot to bid at 30% then dump all the coin and make a profit??? Is that what you would recommend...

**G** | **GMICap** | 5/23/2021, 5:25 AM
why is it not in terra station histroy? liquidation details

**G** | **GMICap** | 5/23/2021, 5:25 AM
makes no sense

**EG** | **Erik - Founder UniX Gaming** | 5/23/2021, 5:25 AM
hey guys, i have a terra station account and the chrome extension, both show the same wallet name but a different wallet adress?

R     **Ratz**                                                                                  5/23/2021, 5:26 AM
      : .

B     **Beck**                                                                                  5/23/2021, 5:26 AM
      And continue to drive the price down making the coin more unstable and a terrible long term investment

E     **Evo**                                                                                   5/23/2021, 5:26 AM
      Probably two different wallets, but you assigned the same names

D     **DEX**                                                                                   5/23/2021, 5:26 AM



*Image: photo_4277@23-05-2021_05-26-34.jpg (31 KB)*

F     **FoomFoom**                                                                              5/23/2021, 5:26 AM
      oh wow, that market hit in last half hour. wonder if that the actual sma drop, or still comin... the first major hit was under
      the actual curve

L     **lv976**                                                                                 5/23/2021, 5:26 AM
      Which is why I asked if it was still on schedule for this weekend. Other people asked the same question and were ignored.

F     **FoomFoom**                                                                              5/23/2021, 5:26 AM
      😄

EG    **Erik - Founder UniX Gaming**                                                            5/23/2021, 5:27 AM
      true haha, probably. thank you

L     **lv976**                                                                                 5/23/2021, 5:27 AM
      Not sure where you live but where I come from watching developers making a fortune from a product developed with
      community funds and refusing to release the product to the community is somewhat unusual.

B     **Beck**                                                                                  5/23/2021, 5:30 AM
      I understand you can't have people borrowing money and have it afgect the coin in a negative way (people being unable
      to pay it) But could they make it that if you get the coin at 30% / bid price  it should be held for a certain amount of time
      (like when we undelegate it) may help keep more stable prices.... or even for it to be an actual bid giving people 5 mins to
      outbid the bot....

RS    **ricky spanish**                                                                         5/23/2021, 5:30 AM
      



*Image: sticker (76).webp_thumb.jpg (4 KB)*

*Attachment: sticker (76).webp (25 KB)*

**F**    **FoomFoom**                                                             5/23/2021, 5:30 AM

ya time to see if liquidated. i wasnt keeping an eye on charts 😔

**RS**   **ricky spanish**                                                        5/23/2021, 5:31 AM

yes. COMMUNITY funds shouldn't help the community, they should be burned just for the sake of burning

**GD**   **gorgeous danton**                                                      5/23/2021, 5:31 AM

community funds shouldn't be used for community project, i understand, I'm sorry for your brainworms

**F**    **FoomFoom**                                                             5/23/2021, 5:31 AM

whew.

**SM**   **S Moon**                                                               5/23/2021, 5:31 AM

1. Votes didn't change because Do said he'll use his own money.
2. Burning them does nothing.

**B**    **Beck**                                                                 5/23/2021, 5:32 AM

Thank you... I understand people are emotional and have allot of money in this coin... also note if I just wanted to pump and dump btc would have been a better option  as it went so low so quick and regained it's price... just would have been a better way of doing something like that... but I was thinking long term and all that I have read of terra is that it is great

**F**    **FoomFoom**                                                             5/23/2021, 5:32 AM

but if another major drop luna may go down to 3 or 2. it jump from there to 5 back near start of the year there is no real floors between

**GD**   **gorgeous danton**                                                      5/23/2021, 5:33 AM

actual brain worms

**SM**   **S Moon**                                                               5/23/2021, 5:33 AM

This can't work. If prices keep dropping so does the value of your collateral.

**D**    **DEX**                                                                  5/23/2021, 5:33 AM

'but I was thinking long term and all that I have read of terra is that it is great' That's all that's needed

**F**    **FoomFoom**                                                             5/23/2021, 5:34 AM

hehehe why not keep em, but as yerra stable coins rather than luna. that way luna burned for ust, kwon, yuan, etc, but community pool kept

**F**    **FoomFoom**                                                             5/23/2021, 5:34 AM

yerra = terra

**B**    **Beck**                                                                 5/23/2021, 5:34 AM

Also if you are saying that I'm dumb because I have blonde hair... or because I'm a female oor because I'm questions something that goes against you... you are just ignorant... and kinda stupid if that's all uou can think to say

**GG**   **glmr glomr**                                                           5/23/2021, 5:34 AM

guys the community pool is not going to change the overall market being in the dumpster rn

**DM**  **D Mid monster**                                                                                      5/23/2021, 5:34 AM
Ignore him.

**Z**  **Zzzzzzzzzzzzzzzzzzzzzzar**                                                                            5/23/2021, 5:35 AM
why are there so many sexists in crypto

**J**  **Jan**                                                                                                5/23/2021, 5:35 AM
Hey guys. So I've borrowed some UST on anchor. How do I repay my loan? Using UST only? Am I not able to use some of my collateral, or do I need to find UST from some other source and pay it back to access my collateral?

**NR**  **Nat rekt**                                                                                          5/23/2021, 5:35 AM
Bought more Luna and dcaing down, I'm staking Luna during the bear so need to load up...

**F**  **FoomFoom**                                                                                           5/23/2021, 5:35 AM
totally right. i was speaking during regular times

**B**  **Beck**                                                                                               5/23/2021, 5:35 AM
Mmm untill i see shit like people deliberately driving the price down to liquidate more and more people just to make more profits (which profits that are being taken from the coin and put into their pockets)

**Z**  **ZenDog**                                                                                             5/23/2021, 5:35 AM
You borrowed UST, you must repay in UST

**GG**  **glmr glomr**                                                                                        5/23/2021, 5:35 AM
you don't need to unstake to stake more luna

**D**  **DEX**                                                                                                5/23/2021, 5:36 AM
Pay no attention to the dumb comments, I'm blonde too

**E**  **Evo**                                                                                                5/23/2021, 5:36 AM
Don't be sexist. That was just a casual joke, as I noted that you were stressed out. I was trying to do you a favor, and you go straight out sexist style

**F**  **FoomFoom**                                                                                           5/23/2021, 5:36 AM
correct cannot use collateral. you can add collateral to raise
max.loan
 amount, or repay with ust. only options to prwvent liquidation

**S**  **Selltop**                                                                                            5/23/2021, 5:36 AM
how can you burn UST redeem luna ?

**B**  **Beck**                                                                                               5/23/2021, 5:36 AM
Some people are just gross tbh... 🤣

**D**  **DEX**                                                                                                5/23/2021, 5:36 AM
the same happens on mostly every coin, it's how margin trading works

**GG**  **glmr glomr**                                                                                        5/23/2021, 5:36 AM
if you want to change who you're staking with make sure you re-delegate, and don't un-delegate

**F**  **FoomFoom**                                                                                           5/23/2021, 5:37 AM
othwr way around. buy luna with ust through terra station will burn ust. but why?

**J**  **Jan**                                                                                                5/23/2021, 5:37 AM
Great thanks. Is there anyway of pegging some UST against the loan? So it doesn't liquidate me overnight? Let's say I'm

sleeping and the price of Luna drops again?

**H**  **Halo23**                                                                 5/23/2021, 5:37 AM



*Image: смвол).gif.mp4_thumb.jpg (3 KB)*

*Attachment: смвол).gif.mp4 (246 KB)*

**H**  **Halo23**                                                                 5/23/2021, 5:37 AM
she is try to pump Luna now

**F**  **FoomFoom**                                                               5/23/2021, 5:37 AM
id rather luna went up, please buy/mint ust lol

**S**  **Selltop**                                                                5/23/2021, 5:37 AM
why it has slippage then if its on chain nativ protocol interaction and not a swap

**E**  **Evo**                                                                    5/23/2021, 5:37 AM
LOL

**S**  **Selltop**                                                                5/23/2021, 5:37 AM
to redeem ust for 1 usd worth of LUNA

**PS**  **P S**                                                                   5/23/2021, 5:38 AM
Am I correct in assuming that Luna staking reward will be sky high at these Luna prices as stakers get all network fees?

**J**  **Jun**                                                                    5/23/2021, 5:38 AM
😊😅

**F**  **FoomFoom**                                                               5/23/2021, 5:38 AM
no sorry. its a critique of mine that if even your collateral valuw drops for a minute below threshold then bounces back up, yer hurt/liquidated some

**F**  **FoomFoom**                                                               5/23/2021, 5:38 AM
it's harsh

**PS**  **P S**                                                                   5/23/2021, 5:38 AM
Under Columbus-5

**E**  **Evo**                                                                    5/23/2021, 5:39 AM
Rebecca

**D**  **DEX**                                                                    5/23/2021, 5:39 AM
no need to be a tosser

**U**  **Unknown**                                                                5/23/2021, 5:39 AM
Man fuck elon musk

**B**  **Beck**                                                                   5/23/2021, 5:39 AM
Ahh jokes are meant to make people laugh and if the only jokes you have a being rude to people prolly best to keep them

to yourself and laugh about it to yourself.... I work with tech being data centres and servers everyday so have a good understanding here and I know that blockchain is the future just starting to feel like I'm backing the wrong horse here...

**F**  **FoomFoom**                                                                5/23/2021, 5:40 AM

what you can do, figure out what luna's price has to drop to for you to want to bail your loan  then use coingecko or something else to set a price alert for luna

**D**  **DEX**                                                                     5/23/2021, 5:40 AM

+1

**S**  **Selltop**                                                                 5/23/2021, 5:40 AM

How come noone knows here how to burn UST for 1 USD worth of Luna when it is the exact way how Terra money works ?

**JJ**  **Jisu Jung**                                                              5/23/2021, 5:40 AM

Y'all complaining that Luna is dropping hard
Never thought that I'd see cake at 12 $

**F**  **FoomFoom**                                                                5/23/2021, 5:40 AM

sleep, and set the volume real load to wake ya
if.it
 happens

**S**  **Selltop**                                                                 5/23/2021, 5:40 AM

is this accessible to all users or only to an elite ?

**U**  **Unknown**                                                                 5/23/2021, 5:40 AM

Cake was around 10 for a LONG time

**JJ**  **Jisu Jung**                                                              5/23/2021, 5:41 AM

It didn't have so much vol then

**B**  **Booerj**                                                                  5/23/2021, 5:41 AM

come join the elite, download terra station

**RC**  **Raj | CC**                                                               5/23/2021, 5:41 AM

Everybody else buying more Luna? 😊

**C**  **CGA**                                                                     5/23/2021, 5:41 AM

https://t.me/Luna_Terra_Lounge/161

**S**  **Selltop**                                                                 5/23/2021, 5:41 AM

I did, and it does not propose me the function ON CHAIN

**S**  **Selltop**                                                                 5/23/2021, 5:41 AM

on the swap

**JW**  **James William**                                                          5/23/2021, 5:41 AM

Ive been reading about this all weekend

**F**  **FoomFoom**                                                                5/23/2021, 5:41 AM

but yer human you gotta sleep and do othee things besides stare at price charts

**S**  **Selltop**                                                                 5/23/2021, 5:41 AM

yeah, I asked and tried to find out too, but I am not able, did you succeed ?

**B**  **Beck**                                                                           5/23/2021, 5:42 AM
And are people not turning to block chain to avoid being In a  easily manipulated market....

**S**  **Selltop**                                                                        5/23/2021, 5:42 AM
Terraswap on terrastation only let me swap with a shitty price and slippage, clearly not the on chain core protocol interaction fo burning UST

**JW**  **James William**                                                                 5/23/2021, 5:42 AM
The terra swap mma pool has access to it but it only releases a maximum amount at a time so in exteme times like this it cant keep up and terra swap refers beack to the market price i think

**RC**  **Raj | CC**                                                                      5/23/2021, 5:43 AM
All this despair and unhappiness im seeing everywhere us a buy signal. It may not be the full bottom but its a good indication that its close. Similar to how the lazer eye gimps is a good indication that the top is near. Buy more now. Never cry again. Thank me in 2025

**JW**  **James William**                                                                 5/23/2021, 5:43 AM
Hope thats a joke

**MY**  **Mike | GT | Will not DM you**                                                   5/23/2021, 5:43 AM
The terraswap price is better than the on-chain price like 99% of the time dude

**S**  **Selltop**                                                                        5/23/2021, 5:43 AM
oh okay, thats why, I would think in extreme time this arbitrage would be even more spursed thought

**D**  **DEX**                                                                            5/23/2021, 5:43 AM
if something can be shorted, there is always a way for the bigger fish to mess up the smaller ones

**S**  **Selltop**                                                                        5/23/2021, 5:43 AM
in theory the on chain price should release you 1 USD worth of LUNA against 1 UST ?...

**F**  **FoomFoom**                                                                       5/23/2021, 5:43 AM
no. wait a couple months. that 19 to 20 buy sell high point is really strong in the charts and crypto land going mainstream, itll go back up there i believe

**S**  **Selltop**                                                                        5/23/2021, 5:43 AM
And without slippage

**S**  **Selltop**                                                                        5/23/2021, 5:44 AM
so should be much better

**JS**  **Jaimin Sibal**                                                                  5/23/2021, 5:44 AM
Yes yes! Write to Elon Musk. He will oblige

**JW**  **James William**                                                                 5/23/2021, 5:44 AM
Yeah but to stop price manipulation they put limits to "reduce onchain liquidity below off chain liquidity "

**P**  **Picay**                                                                          5/23/2021, 5:44 AM
They're still improving stuff. I have a beta key and at this stage i also would not open to wide public - would generate too many questions. Not because of product but people expect 100% and zero risk - as evidenced here

**D**  **DEX**                                                                            5/23/2021, 5:44 AM
blockchain jor not

**F**  **FoomFoom**                                                                       5/23/2021, 5:44 AM
but. if you need money right away you
need.money
 right away, unno your situation

**JW**  **James William**                                                         5/23/2021, 5:44 AM

Basically they made it a slow mechanism to stop it from being gamed by whales

**E**  **Evo**                                                                    5/23/2021, 5:45 AM

You obviously don't know the inner workings of the terra network and how lending and borrowing works. What happened is that people took on too much leverage. They took loans and converted the LUNA to UST and took other loan again with the loaned UST and got LUNA again, rinse repeat. This caused upward pressure on the LUNA price. Now the opposite is happening and the whole thing is coming down. LUNA price will crater until an equilibrium has been reached. The cause of the negative price action is human greed, not whales selling their bags.

**S**  **Selltop**                                                               5/23/2021, 5:46 AM

got you, but isnt it worrying the cap of luna is now lower than terra, and they limit this arbitrage, and the peg now is depegged

**S**  **StHash**                                                                5/23/2021, 5:46 AM

Hi. I am new to Terra, and I am a bit confused about all the moving parts. Is there a video that someone can recommend that is easy access? My goal is to have it as easy as possible, not fancy stuff. N speculative stuff, and no risky liquidation. Any one can recommend a medim or better a video for that matter?

**J**  **Jun**                                                                   5/23/2021, 5:46 AM

Two luna holder types
1.stakers knowing col-5, Tefi economy.
2.  a holder that sells at a price.

**D**  **DEX**                                                                   5/23/2021, 5:46 AM

when people went long on luna at the launch of anchor, was easy move for whales to short. Whilst normal people were hyped over the news, the big boys shorted it.

**MY**  **Mike | GT | Will not DM you**                                          5/23/2021, 5:46 AM

The cap doesn't have an impact on the peg. The peg is depegged to exactly the spread rate on-chain so its also not an issue. The systems are working.

**P**  **Picay**                                                                 5/23/2021, 5:46 AM

Way exaggerated. Difficult to harpoon stuff - competition against bots and bots mostly win. So you end up with small ones and those are not high margin. Especially not when luna price drops 😂 plus each try  costs ust. Don't believe everything on Twitter

**TD**  **Taster: block scam dm/call**                                          5/23/2021, 5:46 AM

Nope. It's a hedge against the fiat monetary policy which is very few men's decision for future with much delayed view and information about the past.

**MY**  **Mike | GT | Will not DM you**                                          5/23/2021, 5:47 AM

Bots are fast 🙂

**P**  **Picay**                                                                 5/23/2021, 5:47 AM

Yep, indeed

**L**  **lv976**                                                                 5/23/2021, 5:47 AM

So you have a key. People with keys had made over $200, 000 two days ago, by now well over half a million. And you don't want other people to have a key. How do you think that sounds?

**S**  **Selltop**                                                               5/23/2021, 5:47 AM

So holding ust next months is sage ?

**S**  **Selltop**                                                               5/23/2021, 5:47 AM

safe*

**J**  **Jan**                                                      5/23/2021, 5:47 AM
Oh yes my friend oh yes

**MY**  **Mike | GT | Will not DM you**                             5/23/2021, 5:47 AM
From what we've seen so far, every protocol and stability mechanism in Terra  has been working exactly as intended.

**P**  **Picay**                                                    5/23/2021, 5:48 AM
I am break even at best. Most likely lost money. Who told you the 200k bs 😂

**SJ**  **Steve Jo**                                                5/23/2021, 5:48 AM
how come UST price 0.97? lol

**TD**  **Taster: block scam dm/call**                              5/23/2021, 5:48 AM
https://t.me/TerraLunaChat/282431

**B**  **Beck**                                                     5/23/2021, 5:48 AM
Ahh the price has dropped 50% in less then a week even for people who took on a small amount of leverage when the price was good are getting fucked... I understand some people are taking on too.much leverage but that's not everyone.... also I'm not saying that people shouldn't be able to buy the coin being liquidated and a cheaper price to pay the leverage that is over... I'm wondering if we can do something to make it more stable and harder for people to buy it at 30% and then dump it straight away causing more unnecessary liquidation... but hey if I was making millions of $$ on doing it I prolly would want to keep it that way too...

**P**  **Picay**                                                    5/23/2021, 5:49 AM
Just doing beta testing for the fun of it and actually paying myself to do it.. forget about this being super profit. Build a bot if you want that…

**RS**  **Raul Senders**                                            5/23/2021, 5:49 AM
I was thinking it now, we are going to february prices, looks normal to me.

**D**  **DEX**                                                      5/23/2021, 5:49 AM
yep

**P**  **Picay**                                                    5/23/2021, 5:50 AM
You're quite fudder

**H**  **Harshit**                                                  5/23/2021, 5:50 AM
Should I buy now. Or wait more?

**TD**  **Taster: block scam dm/call**                              5/23/2021, 5:50 AM
LOL ... now that's a new chart I have never seen. Only in LUNA...

**S**  **StHash**                                                   5/23/2021, 5:50 AM
Thank you. You are the best. I will check these.

**TD**  **Taster: block scam dm/call**                              5/23/2021, 5:51 AM
No, nachodon is the best. (nachodon is the video author.)

**B**  **Booerj**                                                   5/23/2021, 5:51 AM
Why would you want to add friction to the function ensuring protocol solvency

**S**  **StHash**                                                   5/23/2021, 5:51 AM
Yes, but you pointed me to him! Thank you again!

**E** | **Evo** | 5/23/2021, 5:51 AM

Decentralized finance is about empowering people, and giving the people the means by being their own banks. With that comes responsability. If you decide to be reckless and load up too much debt and take too much risk, that's your choice

**B** | **Beck** | 5/23/2021, 5:51 AM

How so? Educate me oh wise one....

**P** | **Picay** | 5/23/2021, 5:52 AM

If you insta burn you loose as well. If you want to sell at the -30% you need to wait 21 days. So most harpoon guys sit now on bags bought/harpooned at 8ust. Not great profit 😂 Educate yourself before fudding

**L** | **lv976** | 5/23/2021, 5:53 AM

Do asked one of the developers how much they beta testers were making and the developer told Do $200k+ . No offence, but between some who has, and is using a key, and a developer giving a report  to the CEO, who would you choose to be believe?

**E** | **Evo** | 5/23/2021, 5:53 AM

You want to be a capitalist when you are making gains, but you want to be a socialist when you are making losses

**RC** | **Raj | CC** | 5/23/2021, 5:53 AM

I DCA every day. Depending on your own wealth situation you may want to spread that out to weekly buys or monthly buys. Take what you have to spend on it and split it up is my advice. That way if it continues to fall you can average down sensibly. Luna below $10 is like ETH or BNB below $10. Its a long term hold. My average is $15 I continue to buy each day. Do your research and believe in the project before spending a penny. Buy with complete conviction.

**L** | **lv976** | 5/23/2021, 5:53 AM

@picay

**TD** | **Taster: block scam dm/call** | 5/23/2021, 5:54 AM

The BORROW on ANCHOR is 50% max, if one does a good risk management, it would be wise to do borrow just under (not exact) 25%, so even if a sudden drop of 50% which comes highly unlikely in a day, no liquidation would occur. Risk management is on oneself, no one can do it for you. And those who did not manage, get rekt under extreme circumstances.

**TD** | **Taster: block scam dm/call** | 5/23/2021, 5:54 AM

+1 LOL ...

**P** | **Picay** | 5/23/2021, 5:54 AM

The profit and loss goes against luna price. Pretty sure the question was when luna price went up to 10 again. Now that its at 6ish.. how do u think that looks like 😂

**H** | **Harshit** | 5/23/2021, 5:54 AM

Got you, thanks

**RS** | **Raul Senders** | 5/23/2021, 5:54 AM

Looks like all around the world is the same, not only in my country . 😂😂😂

**RC** | **Raj | CC** | 5/23/2021, 5:55 AM

You can't instantly take profits. It takes 21 days to burn Bluna to Luna. The price is 50%+ down because of Bitcoin lol. Everything it getting hammered like it always does during a bitcoin crash.

**TD** | **Taster: block scam dm/call** | 5/23/2021, 5:55 AM

+1, Dollar cost average is the best and a wise strategy...

**D** | **DEX** | 5/23/2021, 5:55 AM

Same ocean different volatility, doesn't matter how good the project, the smaller will feel the waves more



*Image: photo_4278@23-05-2021_05-55-25.jpg (10 KB)*

---

**B**   **Beck**                                 5/23/2021, 5:55 AM

I agree people should be responsible when borrowing money always ( as I said I'm not someone who borrowed money and this does not affect me )

**M**   **MRS**                                  5/23/2021, 5:56 AM

Wtas the luna support price?

**TD**   **Taster: block scam dm/call**                   5/23/2021, 5:56 AM

In good times, altcoins run faster than BTC, in bad times, they goes down faster as well...

**E**   **Evo**                                  5/23/2021, 5:56 AM

Good on you. But this is how the system works. LUNA is tanking because of greed. LUNA price has been skyrocketing because of massive fomo and people taking loans. Now the bubble has burst

**D**   **DEX**                                  5/23/2021, 5:57 AM

01708 765200

**P**   **Picay**                                 5/23/2021, 5:57 AM

Ppl think „i need to fomo into harpoon to recover". News flash - wont help you much.. at these market conditions. Fomo never does

**U**   **Unknown**                               5/23/2021, 5:57 AM

@admin

**TD**   **Taster: block scam dm/call**                   5/23/2021, 5:57 AM

when people stop whining... 🤣

**RP**   **Rekt pleb**                             5/23/2021, 5:58 AM

Haven't managed to poon anyone yet.

Only wasting tx fees.

**P**   **Picay**                                 5/23/2021, 5:58 AM

„You get paid for taking loan, buy coin, repeat." yeah- certainly no risk, right?

**D**   **DEX**                                  5/23/2021, 5:58 AM

+1

**P**   **Picay**                                 5/23/2021, 5:58 AM

That's exactly what i mean. But people believe every bs

**E**   **Evo**                                  5/23/2021, 5:58 AM

I also lost 75% of my LUNA investments. I won't complain because that's the idea behind investing. LUNA was just 2% of my total portfolio allocation, so whatever. But, yes, if you put all your eggs in one basket, it gets problematic

| | | |
|---|---|---|
| D | **DEX** | 5/23/2021, 5:59 AM |
| | number 1 rule, don't long at the top | |
| A | **Alex** | 5/23/2021, 5:59 AM |
| | this is crypto, everyone has to reckon with increases + 90% and decreases -90% | |
| U | **Unknown** | 5/23/2021, 5:59 AM |
| | Lol | |
| TD | **Taster: block scam dm/call** | 5/23/2021, 6:00 AM |
| | or long much longer than the top. | |
| U | **Unknown** | 5/23/2021, 6:00 AM |
| | Duher everyones rule | |
| D | **DEX** | 5/23/2021, 6:00 AM |
| | haha | |
| L | **Lysander** | 5/23/2021, 6:00 AM |
| | When Orion launch? | |
| RB | **Ruud Boymans** | 5/23/2021, 6:00 AM |
| | Will the UST be stable ! | |
| RB | **Ruud Boymans** | 5/23/2021, 6:00 AM |
| | Does anybody know? | |
| D | **DEX** | 5/23/2021, 6:00 AM |
| | if you get really good rates on anchor, I'd seriously start questioning things | |
| L | **Lysander** | 5/23/2021, 6:01 AM |
| | What? It is stable | |
| D | **DEX** | 5/23/2021, 6:01 AM |
| | Let the market run it's course, Luna will be fine, just give it some time. | |
| TD | **Taster: block scam dm/call** | 5/23/2021, 6:01 AM |
| | The borrowing reward rate is 100+% now... what would be the question? | |
| E | **Evo** | 5/23/2021, 6:01 AM |
| | Oh and<br>Rebecca<br>. Bitcoin could go to as low as 18K, so that would put LUNA price at around US$1.75, so prepare | |
| J | **jim** | 5/23/2021, 6:01 AM |
| | brilliant! | |
| L | **lv976** | 5/23/2021, 6:01 AM |
| | So you're saying that when @JR told Do that beta-testers are making a fortune he was feeding him bullshit? | |
| RB | **Ruud Boymans** | 5/23/2021, 6:02 AM |
| | I mean can this collapse as wel? | |
| D | **DEX** | 5/23/2021, 6:02 AM |
| | no idea to be honest, I was just trying to sound smart, I don't even know how it works haha | |

**L**   **Lysander**                                                       5/23/2021, 6:02 AM
No, the Luna price is collapsing

**L**   **Lysander**                                                       5/23/2021, 6:02 AM
UST is stable

**P**   **Picay**                                                          5/23/2021, 6:02 AM
btw could go below 10k - who knows

**L**   **Lysander**                                                       5/23/2021, 6:02 AM
That's the whole point of Luna and UST relationship

**RB**  **Ruud Boymans**                                                   5/23/2021, 6:03 AM
Yes but is it possible that this will go down to? I know it's a stable

**L**   **Lysander**                                                       5/23/2021, 6:03 AM
Well

**K**   **KarbenO**                                                        5/23/2021, 6:03 AM
Can Luna go to $0 and if it does, what happens to
$UST
?

**L**   **Lysander**                                                       5/23/2021, 6:03 AM
It did for like an hour the other day, at the worst of the worst

**G**   **Grover**                                                         5/23/2021, 6:03 AM
Black hole created

**L**   **Lysander**                                                       5/23/2021, 6:03 AM
And then recovered

**S**   **?? Daniel | Strategy**                                           5/23/2021, 6:03 AM
Any reason why UST is trading below its dollar peg?

**RL**  **Rodion Longa**                                                   5/23/2021, 6:03 AM
😂

**B**   **Beck**                                                           5/23/2021, 6:03 AM
Insta burn is 5% so that still leaves 25% profit.
People are not losing their borrowed amount people are losing more then there borrowed amount as it is getting paid off
and then the person buying is making a profit...
Also this is just one chat there are people on another chats bragging about of they are making money on this...

**P**   **Picay**                                                          5/23/2021, 6:03 AM
no idea what was said. just saying that all i've seen is not even close to that. might have been true that day. but i depends
a lot on value of luna that moment.

**B**   **Booerj**                                                         5/23/2021, 6:04 AM
😂

**S**   **srpkk**                                                          5/23/2021, 6:04 AM



*Image: photo_4279@23-05-2021_06-04-25.jpg (92 KB)*

**S**  **srpkk**                                                    5/23/2021, 6:04 AM

73% are still good 🙂

**L**  **Lysander**                                                 5/23/2021, 6:04 AM

Yeah cuz market is crashing still

**C**  **czglory**                                                  5/23/2021, 6:04 AM

what app is this

**Y**  **Youssef**                                                  5/23/2021, 6:04 AM

We will have infinite supply of luna. But that would be stupid as the reward coming from the Chai TX Fees alone would make it worth it to buy all the cheap luna and stake them.

**S**  **?? Daniel | Strategy**                                     5/23/2021, 6:04 AM

But it's supposed to be a stablecoin, tether, usdc etc aren't affected

**L**  **Lysander**                                                 5/23/2021, 6:05 AM

What's the rate it's at rn?

**S**  **?? Daniel | Strategy**                                     5/23/2021, 6:05 AM

$0.97

**M**  **MRS**                                                      5/23/2021, 6:05 AM

As i said earlier, to dump a coin u need sm1 to buy it from u, the key question here is:

Whos is buying?

**E**  **Evo**                                                      5/23/2021, 6:06 AM

Market is crashing. People were nice and cosy when they got there 20% APY. Now shit is hitting the fan and the peg is a bit off. Could go worse like 1.05 soon. Ready to put on your big boy pants

**F**  **Fizz**                                                     5/23/2021, 6:06 AM

Anchor is killing TErra

**L**  **Lysander**                                                 5/23/2021, 6:06 AM

It'll correct itself soon. It's an algo coin, compared to some other stable coins. Arbitrage needs to happen for it to correct itself

**F**  **Fizz**  5/23/2021, 6:06 AM

ironic

**MF**  **Mickey Finn**  5/23/2021, 6:06 AM

I wonder how much that 1b ozone fund is worth now?

**KK**  **kun kung**  5/23/2021, 6:06 AM

hey,   how much is the spread on chain

**TD**  **Taster: block scam dm/call**  5/23/2021, 6:06 AM

historically, once the bull run, it has not happened that it goes below the previous ATH (in this case ~ 20k). If that does happen, we have something new and perhaps worth contemplating.. It is 14k away from that...  the probability is low, not unlikely but low.

**P**  **Picay**  5/23/2021, 6:06 AM

the loans i see in the list average about 20 to 50 ust. do the math (and consider each bid costs 2 ust - and only a fraction goes through). on the day of the flash crash some might have gotten lucky. but thats not the case now

**VK**  **Vale Kris**  5/23/2021, 6:07 AM

when UST $1?

**M**  **MRS**  5/23/2021, 6:07 AM

This is nice

**M**  **MRS**  5/23/2021, 6:07 AM

Nobody has an answear for my question

**LK**  **Liquidity King**  5/23/2021, 6:07 AM

is the arb constrained right now?

**GD**  **gorgeous danton**  5/23/2021, 6:07 AM

when read pinned messages

**TD**  **Taster: block scam dm/call**  5/23/2021, 6:07 AM

😂🤣

**D**  **DEX**  5/23/2021, 6:07 AM

no. The only way it killed the price is because of the rally up to the Anchor launch, it went up to high, too fast, and in turn is coming down the same.

**R**  **R .**  5/23/2021, 6:07 AM

The smart money

**M**  **MRS**  5/23/2021, 6:08 AM

Lol whats smart money? Whales?

**I**  **ivan**  5/23/2021, 6:08 AM

people who bought sub $1 and sold at ath, waiting to do it all over again

**F**  **Fizz**  5/23/2021, 6:08 AM

bots

**F**  **Fizz**  5/23/2021, 6:09 AM

THe death spiral has started

**B**  **Beck**  5/23/2021, 6:09 AM

It could... as I said it doesn't affect me I have not taken any loans... but we don't need people deliberately driving down the

price... also if that does happen people won't be getting the 20% and people will stop with the airdrops because it will be not worth it...
Also from what everyone is saying is don't borrow so just wait and see what happens when people don't borrow at all...

**RS**  **ricky spanish**                                                          5/23/2021, 6:09 AM



Image: photo_4280@23-05-2021_06-09-21.jpg (100 KB)

**M**  **MRS**                                                                     5/23/2021, 6:09 AM

Are those people here? In the telegram chat?

**R**  **R .**                                                                      5/23/2021, 6:09 AM

Not just whales. People like me who have lived through the 2018 bear market. Buy when there's blood in the streets. Be greedy when others are fearful. People didn't buy BTC at $3k but piled in at $60k

**Z**  **ZenDog**                                                                  5/23/2021, 6:09 AM

Almost all loans are being liquidated at 30% premium right now

**RS**  **ricky spanish**                                                          5/23/2021, 6:09 AM

yes.

**F**  **Fizz**                                                                     5/23/2021, 6:09 AM

lol

**I**  **ivan**                                                                     5/23/2021, 6:09 AM

are there still loans to liquidate?

**L**  **lv976**                                                                    5/23/2021, 6:09 AM

Situation is. A developer told the CEO that  beta-testers are making a fortune. The company writing the software won't release  it and won't answer questions about the missed release date. The beta-testers, who are allegedly making a fortune, also say the product should not be released.

**S**  **Shreyas**                                                                  5/23/2021, 6:09 AM

wow . losing money in stablecoin now.. UST😣

**I**  **ivan**                                                                     5/23/2021, 6:09 AM

what if there's none left

**F**  **Fizz**                                                                     5/23/2021, 6:10 AM

but seriosuly, Anchor is literally killing the whole Terra ecosystem

**F**   **Fizz**     5/23/2021, 6:10 AM
there needs to be some urgent remedy

**H**   **Harry**     5/23/2021, 6:10 AM
Does anyone think we will see a blockchain betting exchange like bet fair anytime soon? I think Terra would be best for this project

**D**   **DEX**     5/23/2021, 6:10 AM
it works both ways though, you wouldn't get nice rallies without the manipulation.

**P**   **Picay**     5/23/2021, 6:10 AM
whatever - i am tying to educate you. you keep on fudding your bs.

**GD**   **gorgeous danton**     5/23/2021, 6:10 AM
if you care so much please interact with the smart contract yourself and become an instant millionaire

**MG**   **Maarten | GT**     5/23/2021, 6:11 AM
Stop spouting nonsense

**L**   **lv976**     5/23/2021, 6:11 AM
Sounds like an excellent plan.

**C**   **CGA**     5/23/2021, 6:11 AM
Can you ask again. Sorry I was away for a while

**F**   **Fizz**     5/23/2021, 6:11 AM
+1

**L**   **lv976**     5/23/2021, 6:11 AM
Care to put together a more reasoned response?

**M**   **MRS**     5/23/2021, 6:11 AM
No it was a general question regarding the trades, tnx

**F**   **Fizz**     5/23/2021, 6:11 AM
No point speculating

**F**   **Fizz**     5/23/2021, 6:12 AM
I agree with
@treeehugge

**MG**   **Maarten | GT**     5/23/2021, 6:12 AM
Not really because what you are saying is full of made up assumptions

**JS**   **John Slime**     5/23/2021, 6:12 AM
what the issue with anchor?

**F**   **Fizz**     5/23/2021, 6:12 AM
2 big problems

**KK**   **kun kung**     5/23/2021, 6:12 AM
hey,  how much is the spread on chain

**L**   **lv976**     5/23/2021, 6:12 AM
Name them.

**JS**   **John Slime**                                                      5/23/2021, 6:12 AM
why some says it ruined the whole ecosystem

**F**   **Fizz**                                                              5/23/2021, 6:12 AM
1) liquidation sells the Luna at 30% discount - market dumping

**H**   **Harry**                                                            5/23/2021, 6:12 AM
Aayush and Maarten, is there any interest in developing a blockchain sports book?

**F**   **Fizz**                                                              5/23/2021, 6:12 AM
2) ppl cant access other funds to autopay the loan eg overnight

**B**   **Beck**                                                             5/23/2021, 6:12 AM
Exactly because it's not a bid it's a sale... with a first in set up...

**P**   **Picay**                                                            5/23/2021, 6:12 AM
if you want  abeta key. ask the people in charge. if they dont give you. probably because they dont like you.
understandable. but stfu

**F**   **Fizz**                                                              5/23/2021, 6:12 AM
so
@johnslime
 you are getting a cascading set of liquidations

**MG**   **Maarten | GT**                                                    5/23/2021, 6:12 AM
Im a beta tester, and no people aren't make fortunes

**Z**   **ZenDog**                                                           5/23/2021, 6:13 AM
No, I agree, this is a major problem

**F**   **Fizz**                                                              5/23/2021, 6:13 AM
https://www.youtube.com/watch?v=geC__KBouHE

**H**   **HICH**                                                             5/23/2021, 6:13 AM
pegging 100% programmed money working right now only the moooooon left!!



*Image: image_2021-05-23_19-13-15.png_thumb.jpg (4 KB)*



*Image: image_2021-05-23_19-13-15.png (16 KB)*

**F**   **Fizz**                                                              5/23/2021, 6:13 AM
This is an exccelelnt video

**P**   **Picay**                                                                        5/23/2021, 6:13 AM

he doesnt believe me - he wont believe you 😀

**RS**   **ricky spanish**                                                               5/23/2021, 6:13 AM

all of it. you just assume things because you think liquidations are something bad.

**MG**   **Maarten | GT**                                                              5/23/2021, 6:14 AM

The blame game is easy

**JS**   **John Slime**                                                               5/23/2021, 6:14 AM

bnb doesnt have anchor but hit worse

**T**   **thelawenforcer**                                                            5/23/2021, 6:14 AM

You know who's making the fortune

**T**   **thelawenforcer**                                                            5/23/2021, 6:14 AM

The bots doing the liquidations

**T**   **thelawenforcer**                                                            5/23/2021, 6:14 AM

Not harpoon users

**JS**   **John Slime**                                                               5/23/2021, 6:14 AM

their whole ecos are hit hard rn

**L**   **lv976**                                                                     5/23/2021, 6:14 AM

So the way it works is that the people in charge give a key to make a fortune on liquidations to the people they like. The
rest of us watch our funds get liquidated.

**Z**   **ZenDog**                                                                    5/23/2021, 6:14 AM

Don't talk about that in here though.  It's a problem if it's in the general chat

**P**   **Picay**                                                                     5/23/2021, 6:15 AM

if you dont take high risk loans you will not be liquidated. thats how it works. are you paid for this fud or is this just a stupid
hobby?

**EG**   **Erik - Founder UniX Gaming**                                               5/23/2021, 6:15 AM

Hey yo,
@dokwon
 pls check dm

**F**   **Fizz**                                                                      5/23/2021, 6:15 AM

Why is the liquidation discount 30%?

**EG**   **Erik - Founder UniX Gaming**                                               5/23/2021, 6:15 AM

Where can I take some nice loans?

**F**   **Fizz**                                                                      5/23/2021, 6:16 AM

is this arbitrary?

**T**   **thelawenforcer**                                                            5/23/2021, 6:16 AM

Dude, harpoon gives you a chance to compete with the bots that are doig the liquidations right now. With or without
harpoon, people would be getting rekt

**RS**   **ricky spanish**                                                            5/23/2021, 6:16 AM

they would happen with or without them. do you realise that liquidations are essential for a lending protocol like anchor?

**N**   **n3mo**   5/23/2021, 6:16 AM

where do you see this?

**H**   **Hamed**   5/23/2021, 6:16 AM

is it normal anchor does not work right now?

**S**   **Selltop**   5/23/2021, 6:16 AM

Why the ust burn arbitrage is not possible to make now ?

**RS**   **ricky spanish**   5/23/2021, 6:16 AM

it's crazy

**H**   **Hamed**   5/23/2021, 6:16 AM

still cant pay back loan

**B**   **Beck**   5/23/2021, 6:16 AM

What data have you looked at to know this?

**RS**   **ricky spanish**   5/23/2021, 6:16 AM

worked for me

**L**   **lv976**   5/23/2021, 6:16 AM

I think liquidations are an essential part of DeFi.  I do not thinking giving the ability to perform liquidations to a "select few" is a an essential part of DeFi, especially when the software was developed with community funds.

**TD**   **Taster: block scam dm/call**   5/23/2021, 6:17 AM

Spreading fud is not good. You'd better have solid direct evidence.

**P**   **Picay**   5/23/2021, 6:17 AM

can someone ban this fudder?

**RS**   **ricky spanish**   5/23/2021, 6:17 AM

lol. please ban this idiot

**F**   **Fizz**   5/23/2021, 6:17 AM

its part of the protocol

**C**   **CGA**   5/23/2021, 6:17 AM

Anchor works as per the mechanism. Blaming Anchor for LUNA is not the right thing - it will be like blaming MakerDAO for enabling liquidations on ETH or Binance for enabling margin trading on DOt or LUNA

**T**   **thelawenforcer**   5/23/2021, 6:17 AM

You can interact with the liquidation contract,  it's fully open

**L**   **lv976**   5/23/2021, 6:17 AM

Read the message I was replying to.

**HT**   **HDOC TRA**   5/23/2021, 6:17 AM

Guys, ask for an answer: is there any place I can see if I've been liquidated? Request for feedback!

**N**   **n3mo**   5/23/2021, 6:17 AM

which segment? where can i get the liquidations

**C**   **CGA**   5/23/2021, 6:18 AM

It is not given to a select few. This statement is incorrect

**F**   **Fizz**   5/23/2021, 6:18 AM

bots

**N**  **n3mo**                                                                5/23/2021, 6:18 AM

right

**MG**  **Maarten | GT**                                                       5/23/2021, 6:18 AM

The harpoon protocol telegram for example , and first hand experience. Its Nearly impossible to liquidate any loans
manually

**GD**  **gorgeous danton**                                                   5/23/2021, 6:18 AM

get it through your head, there is no select few. anyone can interact with the liquidation contract

**N**  **n3mo**                                                                5/23/2021, 6:18 AM

thought we could target the lqiuidations

**KT**  **Kazzy | Terrascope**                                                 5/23/2021, 6:18 AM

you can check the anchor overseer contract

**H**  **Hamed**                                                               5/23/2021, 6:18 AM

It gets stuck at waiting for terra station

**C**  **CGA**                                                                 5/23/2021, 6:18 AM

It's open for everyone. Anyone who Interacts with Anchor.js can participate in liquidations

**P**  **Picay**                                                               5/23/2021, 6:18 AM

liquidations happen with our without harpoon. harpoon is just a chance to compete. an expensive one with low likelyhood

**HT**  **HDOC TRA**                                                           5/23/2021, 6:18 AM

how?

**P**  **Picay**                                                               5/23/2021, 6:18 AM

try loterra - similar...

**H**  **Hamed**                                                               5/23/2021, 6:19 AM

I keep getting operation timeout when trying to repay my loan... anyone else getting this?

**KT**  **Kazzy | Terrascope**                                                 5/23/2021, 6:19 AM

look up the smart contract address and put it into the block explorer

**L**  **lv976**                                                               5/23/2021, 6:19 AM

Agreed, and a front-end to make it easy for anyone to interactive with these contracts is being written by a company using
community funds. There was an anouncement that it would be released this weekend. The developer is point-blank
ignoring questions about the release.

**H**  **HaR**                                                                 5/23/2021, 6:19 AM

Care to elaborate on how? Its rather weird that there exist a very elaborate how to on borrowing, but almost none on
liquidating.... Just to see some balance of info here.

**TD**  **Taster: block scam dm/call**                                        5/23/2021, 6:19 AM

No. You are NOT answering question. You are using FUD as a answer.

**P**  **Picay**                                                               5/23/2021, 6:19 AM

he is not. he just ignores yours. i would too

**GD**  **gorgeous danton**                                                   5/23/2021, 6:19 AM

It's open for everyone. Anyone who Interacts with Anchor.js can participate in liquidations

**Y**    **Youssef**       5/23/2021, 6:20 AM

Anyone with the skills to built a efficient bot.

What if we had a community funded bot that we fund during uptrend, and during crash, it could protect us from cascading liquidation ? Basically it would compete with regular bots with low premiums, and diamond hands until it run out of founds, hence reducing the cascading liquidations effect.

**T**    **thelawenforcer**       5/23/2021, 6:20 AM

No they aren't, they answered why it's delayed. If they released and it didn't work flawless, you'd probably be in here complaining too

**HT**    **HDOC TRA**       5/23/2021, 6:20 AM

I'm a competely newbwie

**C**    **Connor**       5/23/2021, 6:20 AM

Hello everyone, I have question about bAssets. If I mint bLuna, can I get rewards without borrow ?

**E**    **Evan**       5/23/2021, 6:21 AM

UST is almost at $.97 when other stable-coins are going up in value. What gives?

**B**    **Beck**       5/23/2021, 6:21 AM

Funny you say that I also got my info from that telegram... strange...

**TD**    **Taster: block scam dm/call**       5/23/2021, 6:21 AM

Keith, it's an open source, you can join with your programming ability.  Otherwise, it's good to let them do the work and stop badgering them.

**J**    **Johnny**       5/23/2021, 6:21 AM

Hey guys just made this video for the community.
I explain there about mirror protocol and how at buy stocks on terra blockchain.
Feel free to share it so we can as much people and bring DEFI and blockchain to the mainstream:

https://www.youtube.com/watch?v=z0MdC9OI4g0


Peace and Love ❤️

**T**    **thelawenforcer**       5/23/2021, 6:21 AM

You need to interact with theb contract directly with terracli,  it's very obscure, what harpoon is doing is opening up a market to you that you would otherwise need huge technical skill to even try

**MG**    **Maarten | GT**       5/23/2021, 6:21 AM

You aren't even in that room....

**S**    **Selltop**       5/23/2021, 6:21 AM

when do we know when its possible to redeem UST, at white time ? is it arbitrary decided by luna team ?

**HT**    **HDOC TRA**       5/23/2021, 6:21 AM

Where can I find the contract address?

**L**    **lv976**       5/23/2021, 6:21 AM

My first question in that forum was a straightforward question about the release date. The developer simply ignored it. Somebody else asked the same question and was ignored. I asked again and was ignored.  I have made a total of 2 posts in that forum.

**TD**    **Taster: block scam dm/call**       5/23/2021, 6:21 AM

then you will get DM from scammer pretty quickly.

**S**  **Selltop**                                                           5/23/2021, 6:21 AM
only them can arbitrage ?

**B**  **Beck**                                                              5/23/2021, 6:22 AM
I know doesn't mean I have seen screen shots from it though

**P**  **Picay**                                                            5/23/2021, 6:22 AM
aha - and that gives you enough evidence to fud here. right  - iq50 move

**MG**  **Maarten | GT**                                                    5/23/2021, 6:22 AM
Oh okay so you base everything in that. Cool

**L**  **lv976**                                                            5/23/2021, 6:22 AM
I'm not badgering them. Go to the forum and see for yourself. I made 2 posts asking about the release date. They ignored
them. I left.

**TD**  **Taster: block scam dm/call**                                      5/23/2021, 6:23 AM
Well, I think you have never done a large scale programming project before. Release date is never sure until it is very
close to finishing. There will be testing, deployment, and logistics.

**L**  **lv976**                                                            5/23/2021, 6:23 AM
I'm not going to get into swapping personal insults with you.

**EG**  **Erik - Founder UniX Gaming**                                      5/23/2021, 6:24 AM
can i loan out my luna and get some loan?

**P**  **Picay**                                                            5/23/2021, 6:24 AM
no problem - blocked you anyhow. you dont want to listen.

**L**  **lv976**                                                            5/23/2021, 6:24 AM
It was a simple question "Is the public beta release still scheduled for this weekend?". Not too difficult to answer.

**B**  **Beck**                                                             5/23/2021, 6:25 AM
The programing required is basic af...
The issue is more that it's a sale rather then a bid so most people are getting it at the Max 30% rather then being bid down
to 15% etc

**PL**  **Perfect Legato**                                                  5/23/2021, 6:25 AM
More fake fudders joined to fud?

**TD**  **Taster: block scam dm/call**                                      5/23/2021, 6:25 AM
No one answer your question is normal. Developers are much smaller group compared with the LUNA holders. As I said,
large scale programming project takes time. It's about money ( and if you invested in, yours as well), and there is a need
to be meticulous and careful. Besides, the codes is best to be audited. It takes time and that time won't be determined by
developers.

**E**  **El**                                                              5/23/2021, 6:26 AM
Hey I sent some LUNA from Terra station to binance over an hour ago and it's not gone through, never usually takes this
long

**P**  **Pete.UST**                                                        5/23/2021, 6:26 AM
Loving this price action… don't know what everyone is complaining about.  THIS IS CRYPTO

**D**  **DEX**                                                             5/23/2021, 6:27 AM



*Image: photo_4277@23-05-2021_05-26-34.jpg (31 KB)*

**TD**  **Taster: block scam dm/call**                                                  5/23/2021, 6:28 AM

A possibility is they are developers and not a customer service/ HR person so they will read their development discussion. How about taking it as a "no" until they are released?  (well, i guess you would ask, when then ... 😂)

**E**  **Evo**                                                                          5/23/2021, 6:28 AM

Was the transaction confirmed ?

**D**  **DEX**                                                                          5/23/2021, 6:28 AM

why is everyone blaming anchor, crazy haha

**L**  **lv976**                                                                        5/23/2021, 6:28 AM

The group was quiet. The developer was chatting with a few people but ignoring all questions about a release date. No big deal if it weren't for the fact that the some of the people using the software are making hundreds of thousands of dollars from it. Anyway, I'm done.  It was just a simple question. No answers are forthcoming.

**M**  **Mogly ?**                                                                      5/23/2021, 6:28 AM

Is it possible for Luna market cap to drop below ust market cap

**P**  **Picay**                                                                        5/23/2021, 6:28 AM

also from twitter: You should not trade before you can answer this correctly:

A man buys a goat for 60. Then he sells it for 70. Later, he buys that goat back for 80. Then, he sells it again for 90.

How much profit did he make?

**D**  **DEX**                                                                          5/23/2021, 6:28 AM

people got fucked over by their own greed

**FG**  **Felipe GC**                                                                   5/23/2021, 6:28 AM

Cascading liquidations

**D**  **DEX**                                                                          5/23/2021, 6:29 AM

it's what happens when you long during a dump

**MF**  **Mickey Finn**                                                                 5/23/2021, 6:29 AM

Good question and what will happens if it does?

**D**  **darvinder**                                                                    5/23/2021, 6:29 AM

Buy da dip

**MG**  **Maarten | GT**                                                                5/23/2021, 6:29 AM

Yes and nothing

**El**                                                                  5/23/2021, 6:29 AM
Yeah says success on TS

**Taster: block scam dm/call**                                          5/23/2021, 6:29 AM
When every is settled and done. Then it will be floating around until gradual rise.

**darvinder**                                                           5/23/2021, 6:30 AM
Lmao

**Rory**                                                                5/23/2021, 6:30 AM
Heeyy I have a question about Terra usd. Why is the coin currently worth less than a dollar? It's supposed to be a stable
coin right

**DEX**                                                                 5/23/2021, 6:30 AM
good luck to you sir, it's going to be another long day for you

**Evo**                                                                 5/23/2021, 6:30 AM
Then the blockchain is ok, and binance has an issue

**Mogly ?**                                                             5/23/2021, 6:30 AM
Surely ust becomes unpegged

**Maarten | GT**                                                        5/23/2021, 6:30 AM
Oh? Explain please

**Picay**                                                               5/23/2021, 6:30 AM
surely you're a fudder

**Ernestas | GT | Won't DM first**                                      5/23/2021, 6:30 AM
Simply more luna would enter circulation to cover the ust losing value

**El**                                                                  5/23/2021, 6:31 AM
Alright kinda expected when the markets like this haha

**Maarten | GT**                                                        5/23/2021, 6:31 AM
Let's see if you are smart enough to form an argument around it

**Perfect Legato**                                                      5/23/2021, 6:31 AM
These fudders need to be more creative instead of copying and pasting their questions

**Picay**                                                               5/23/2021, 6:31 AM
he's begging for a ban

**Terry**                                                               5/23/2021, 6:32 AM
I got scammed by luna!

**Mogly ?**                                                             5/23/2021, 6:32 AM
I'm just asking a question, ust is backed more than just the market cap also locked coins??

**Picay**                                                               5/23/2021, 6:32 AM
sue the moon

**Jon**                                                                 5/23/2021, 6:32 AM
backed by Do's soul

**Maarten | GT**                                                        5/23/2021, 6:32 AM
Okay that's all I need to know

**MG**    **Maarten | GT**        5/23/2021, 6:32 AM
No idea what you are saying

**Z**    **Zzzzzzzzzzzzzzzzzzzzzzar**        5/23/2021, 6:32 AM
is it the first time UST mkt cap is > LUNA?

**E**    **Evo**        5/23/2021, 6:33 AM
BTW, did you fill in the memo field ??

**MF**    **Mickey Finn**        5/23/2021, 6:33 AM
When stop dipping? I've bought dip but it keeps going 😂


*Image: photo_4282@23-05-2021_06-33-37.jpg (96 KB)*

**KK**    **kun kung**        5/23/2021, 6:33 AM
on chain spread is always 1.2% ?

**KK**    **kun kung**        5/23/2021, 6:33 AM
right or fault ?

**J**    **jim**        5/23/2021, 6:34 AM
to much opinions in here for one morning, can everyone just read the facts and hodl like you where planning to in the first place, the fundamentals have not changed ok, btc is all over the place not luna

**JS**    **John Slime**        5/23/2021, 6:34 AM
is there a bridge for terra <> bsc?

**MG**    **Maarten | GT**        5/23/2021, 6:34 AM
No redeem fee is 0.5% minumum

**TD**    **Taster: block scam dm/call**        5/23/2021, 6:34 AM
+1

**JS**    **John Slime**        5/23/2021, 6:34 AM
luna price is tooo juicy, i got some bags on bsc

**E**    **El**        5/23/2021, 6:34 AM
I didn't as it said optional I was rushing trying to move funds around to buy the dip hahah

**MG**    **Maarten | GT**        5/23/2021, 6:35 AM

Yes,
bridge.terra.money

---

**U**   **Unknown**                                                            5/23/2021, 6:35 AM

I have 2 kitty cats, damn u luna!!!

---

**U**   **Unknown**                                                            5/23/2021, 6:35 AM



*Image: video_55@23-05-2021_06-35-25.mp4_thumb.jpg (30 KB)*

*Attachment: video_55@23-05-2021_06-35-25.mp4 (1 MB)*

---

**E**   **Evo**                                                                5/23/2021, 6:35 AM

It's optional from Terra's perspective, but it mandatory from Binance's perspective

---

**J**   **jim**                                                                5/23/2021, 6:36 AM

the correct answer is 2 goats, um crypto trader now

---

**E**   **Evo**                                                                5/23/2021, 6:36 AM

The memo field links the transaction with your identity on Binance, so the funds are sitting in Binance's address, but they
don't know where to send it to. You should open a ticket. Good luck with that now they are busy with 100x things

---

**JS**  **John Slime**                                                         5/23/2021, 6:36 AM

ah nice, last time i check there is only eth terra over there. thank you

---

**E**   **El**                                                                 5/23/2021, 6:36 AM

Ahh so I guess I gotta get on to binance support and supply them with the memo?

---

**AA**  **Alpha Alf**                                                          5/23/2021, 6:37 AM

What if luna having same mktcap as ust is bottom? I mean at that point, you've already swapped a shit tone of luna to ust.
Might be time to swap back

---

**SF**  **Shaun|TerraAssist| Never DM First**                                  5/23/2021, 6:37 AM

Once the storm settles, im excited for the jump up. 🤝

---

**JS**  **John Slime**                                                         5/23/2021, 6:37 AM

@treehugger
 there is still no luna on  bsc correct?

**J**   **jim**                                                                   5/23/2021, 6:37 AM
you don't have to fill the memo in on binance, just make sure you dun forget how to copy and paste eyyy

**E**   **Evo**                                                                   5/23/2021, 6:37 AM
lol it's too late for the memo. That's a Binance identification. Just open a ticket they will tell you what to do

**MG**   **Maarten | GT**                                                         5/23/2021, 6:38 AM
You can send it there, but o don't know of any liquid pools

**SF**   **Shaun|TerraAssist| Never DM First**                                    5/23/2021, 6:38 AM
You will have to pay a fee to get it back.

**E**   **El**                                                                    5/23/2021, 6:38 AM
Alright thanks for the help mate

**SF**   **Shaun|TerraAssist| Never DM First**                                    5/23/2021, 6:38 AM
Binance doesnt do it for free.

**FL**   **Fat L**                                                                5/23/2021, 6:41 AM
This is a really good idea.

**E**   **El**                                                                    5/23/2021, 6:42 AM
Yeah 0.1 LUNA is the fee and I gotta wait 5-7 days but I don't mind 5$ LUNA who would of thought it 😉😎

**SF**   **Shaun|TerraAssist| Never DM First**                                    5/23/2021, 6:42 AM
Nice, i wasnt sure what the fee was i remeber people complaining about it. Lol

**J**   **Jet**                                                                   5/23/2021, 6:43 AM
could someone please tell me how to read the commission amount on the transaction details from the terra block explorer?  It looks like a phone number!

**GD**   **gorgeous danton**                                                      5/23/2021, 6:44 AM
6 decimal places I think?

**J**   **Jet**                                                                   5/23/2021, 6:44 AM
its a bunch but how do i read it?

**GD**   **gorgeous danton**                                                      5/23/2021, 6:45 AM
as in, move the decimal. hopefully admin can confirm

**J**   **Jet**                                                                   5/23/2021, 6:46 AM
can admin confirm if this is correct please?

**SH**   **Sam Hatley**                                                           5/23/2021, 6:46 AM
Is everyone buying the dip?

**N**   **ngavol**                                                                5/23/2021, 6:46 AM
what dip?
#shib

**PO**   **Pappy Van Osmo**                                                       5/23/2021, 6:46 AM
yes

**PO**   **Pappy Van Osmo**                                                       5/23/2021, 6:46 AM



*Image: mp4 (19).mp4_thumb.jpg (9 KB)*

*Attachment: mp4 (84).mp4 (30 KB)*

**N**  **Nin**                                                                 5/23/2021, 6:47 AM
i'm buying since $9

**J**  **Jet**                                                                 5/23/2021, 6:47 AM
looks like it could be correct, thanks for responding

**GD**  **gorgeous danton**                                                    5/23/2021, 6:47 AM
@treeehuge

@treehugger
 please ban

**PO**  **Pappy Van Osmo**                                                     5/23/2021, 6:47 AM
same

**MG**  **Maarten | GT**                                                       5/23/2021, 6:48 AM
/ban

@treeehugeee

**PO**  **Pappy Van Osmo**                                                     5/23/2021, 6:48 AM
I also staked for the first time. Because why not?

**PO**  **Pappy Van Osmo**                                                     5/23/2021, 6:48 AM
At this point…it only makes sense

**MG**  **Maarten | GT**                                                       5/23/2021, 6:48 AM
Stay safe people, scammers on the loose

**Z**  **Zzzzzzzzzzzzzzzzzzzzar**                                              5/23/2021, 6:48 AM
fake rollo tomassi?

**GD**  **gorgeous danton**                                                    5/23/2021, 6:48 AM
band or book/film?

**PO**  **Pappy Van Osmo**                                                     5/23/2021, 6:49 AM
? I don't understand

**GD**  **gorgeous danton**                                                    5/23/2021, 6:49 AM
your name 😀

**PO** | **Pappy Van Osmo** | 5/23/2021, 6:49 AM
film

**PO** | **Pappy Van Osmo** | 5/23/2021, 6:49 AM
spelling is key

**MG** | **Maarten | GT** | 5/23/2021, 6:49 AM
/ban

@treeehugeee

**Z** | **Zzzzzzzzzzzzzzzzzzzzzar** | 5/23/2021, 6:49 AM
rollo tomassi is an author

**PO** | **Pappy Van Osmo** | 5/23/2021, 6:50 AM
https://www.youtube.com/watch?v=1ubs6iUMdyo

**GD** | **gorgeous danton** | 5/23/2021, 6:50 AM
such a great film! the books are some of my faves too

**M** | **Mike933** | 5/23/2021, 6:50 AM
Hi, I'm new to this and would like to get involved is there any sort of guide on how to do so?

**GD** | **gorgeous danton** | 5/23/2021, 6:51 AM
check out nachodon vids on YouTube

**PO** | **Pappy Van Osmo** | 5/23/2021, 6:51 AM
yep, one of the best. Amazing that you caught the reference

**PO** | **Pappy Van Osmo** | 5/23/2021, 6:51 AM
old movie

**B** | **Beck** | 5/23/2021, 6:51 AM
avi

  (avi s ) << just dm'd me asking to video chat... have blocked him but kinda creepy

**P** | **Pieter** | 5/23/2021, 6:53 AM
Lol

**P** | **Pieter** | 5/23/2021, 6:53 AM
Why halving?!

**P** | **Pieter** | 5/23/2021, 6:54 AM
🎩



*Image: sticker (86).webp_thumb.jpg (19 KB)*

*Attachment: sticker (86).webp (33 KB)*

**H**  **HaR**                                                    5/23/2021, 6:54 AM

Then the question would be:

How come there is an unbalanced information between "howto borrow" (extensive info) and "howto liquidate" (very limited and tedious process).

Ideally, in an unbiased system, there is balanced info between these two process. And also balanced difficulty between both process. The lack of info on one side over another can be perceived as many things but a good thing I suppose.

**T**  **trade**                                                  5/23/2021, 6:54 AM

Waiting 1 luna:  400 USD

**TD**  **Taster: block scam dm/call**                            5/23/2021, 6:55 AM

There will be DM to you from scammers prett soon.

**TD**  **Taster: block scam dm/call**                            5/23/2021, 6:55 AM

*if you want to a video instruction on Terra Ecosystem, watch  videos on youtube:

one example: by nachodon
https://www.youtube.com/watch?v=Tp75ECZUOiU

another by terra bites:
https://www.youtube.com/watch?v=AYOK2z0ZMEQ

both have other instructive videos.

*if you are worrying about the recent crash, see this recent post by Do

https://twitter.com/d0h0k1/status/1396368169091043328?s=21

*if you are asking developers questions without being answered, then they
might be busy building rather than chatting with you. Or you are just the unlucky
few.

**P**  **Picay**                                                  5/23/2021, 6:56 AM

or it might just be sunday

**PS**   **P S**                                                                                5/23/2021, 7:00 AM
Better idea is for someone to make a liquidation bot open source so that anyone can use.  Same for a UST arbitrage bot.
I also think a bLUNA-UST pair on terrawsap would be useful such that bLUNA collateral can be priced correctly (as far as
I can tell bLUNA collateral value does not take into consideration the bLUNA-Luna discount).

**T**   **trade**                                                                              5/23/2021, 7:00 AM
Waiting price Target 1 luna:  400 USD

**PS**   **P S**                                                                                5/23/2021, 7:02 AM
Also, a collateral unwind bot where it sells bLUNA collateral and pays down loan.  Kinda like the functionality you see for
Compound in instaDapp

**JS**   **John Slime**                                                                        5/23/2021, 7:04 AM
@dokwon
 boss please check dm, thank you

**GD**   **gorgeous danton**                                                                   5/23/2021, 7:04 AM
it's 8pm on a Sunday give him a break

**F**   **Fizz**                                                                               5/23/2021, 7:05 AM
dont do that

**JW**   **James William**                                                                     5/23/2021, 7:05 AM
I was wrong on this its possible to do it directly but not built in the terra swap interface. In terms of when, there is a spread
that expands with volatility to imitate a real market which acts as a natural break limiting the arbitrage opportunity and
protecting terra and luna holders from manipulation. The terra team do not control anything manually at all as far as i
know, all governance is done on chain (see your terrastation desktop app)

**B**   **Beck**                                                                               5/23/2021, 7:06 AM
If it was a bid rather then a sale this would work but it's a first come first serve set up atm which is why most are being
done at -30% (because who would buy at -15% when the can get more)

**E**   **E**                                                                                  5/23/2021, 7:08 AM
Is UST outstanding the right way to think about and assess UST demand? Can't be since the circulating supply has not
been going down whereas LUNA is weak. Why's the right way to assess UST demand?

**PS**   **P S**                                                                                5/23/2021, 7:11 AM
Maybe this needs to change to an auction held every minute or so where liquidators bid on loan liquidations via discount.
This also gives people close to liquidation a minute's chance.  Another bit of uneccesary friction is the fact that on
liquidation (whether you liquidate yourself or get liquidated by a bot) you have to go from bLUNA->Luna->UST.  A bLUNA -
> UST pool would make paying down loan quicker

**FL**   **Fat L**                                                                             5/23/2021, 7:11 AM
You all realise it's not about UST right, Luna has real world usage in Korea via Chai, stakers earn transactions revenue,
it's not going down to zero

**JW**   **Jan Wojtkowski**                                                                    5/23/2021, 7:12 AM
Where can i buy Luna for FIAT currencies? I know there was some new way to do this 😀

**MG**   **Maarten | GT**                                                                      5/23/2021, 7:13 AM
https://global.transak.com/?defaultCryptoCurrency=LUNA

**Y**   **Youssef**                                                                            5/23/2021, 7:13 AM
In either case having a community funded bot that compete on bids or time *during market crash* can reduce the
cascading liquidation.

But that would require funding during uptrend

**MG**   **Maarten | GT**                                                      5/23/2021, 7:14 AM
or
moonpay.io

**R**    **Reiss**                                                            5/23/2021, 7:15 AM
You can't @ him man, it's like the number 1 rule

**GD**   **gorgeous danton**                                                  5/23/2021, 7:15 AM
have you heard about harpoon v3? they're building a bot/contract that anyone can deposit ust in and it will bid on
liquidation and pay out bLuna proportionally

**B**    **Beck**                                                             5/23/2021, 7:16 AM
I thought that was meant to be being released this week or something?

**Y**    **Youssef**                                                          5/23/2021, 7:16 AM
Yeah, but that bot is for profit. To make the liquidation safely profitable people have to Market sell right after.

**GD**   **gorgeous danton**                                                  5/23/2021, 7:16 AM
no

**C**    **CGA**                                                              5/23/2021, 7:16 AM
People would not do it at 15 percent in current market conditions.

BLUNA- LUNA spread itself is above 10 percent and then the risk of holding the asset and liquidating it.

We just discussed this in Anchor group

**C**    **CGA**                                                              5/23/2021, 7:17 AM
But yes a design rework could be done to improve it

**D**    **Dale**                                                             5/23/2021, 7:17 AM
does anyone know the luna address of were anchor pool is stored?

**C**    **CGA**                                                              5/23/2021, 7:17 AM
You mean yield reserve?

**D**    **Dale**                                                             5/23/2021, 7:18 AM
yes

**D**    **Dale**                                                             5/23/2021, 7:18 AM
sorry for wrong terminology

**C**    **CGA**                                                              5/23/2021, 7:18 AM
https://finder.terra.money/columbus-4/address/terra1tmnqgvg567ypvsvk6rwsga3srp7e3lg6u0elp8

**B**    **Beck**                                                             5/23/2021, 7:19 AM
So you are saying if it was possible to buy luna @ 15% off people wouldn't do it? They would but would we have these
whales driving down the price just to do it maybe not so much.... when you can make 25% profit in a short amount of time
f oath people will do it... there needs to be less incentives to short the market and saying people just wouldn't buy it at only
15% sounds like an excuse

**D**    **Dale**                                                             5/23/2021, 7:19 AM
thanks Aayush. you are a real one

**C** | **CGA** | 5/23/2021, 7:19 AM

It's bLUNA not LUNA

**C** | **CGA** | 5/23/2021, 7:20 AM

In volatile markets the bLUNA-LUNA spread increases a lot

**JS** | **John Slime** | 5/23/2021, 7:20 AM

he says unless its urgent you cant. and my dm is, i think, 10% urgent.

**C** | **CGA** | 5/23/2021, 7:20 AM

Excuse for what?

**B** | **Beck** | 5/23/2021, 7:20 AM

Yes but it's about 5% to insta burn (like all they have to do is wait for a good time)

**U** | **Unknown** | 5/23/2021, 7:20 AM

How much bluna can i get for 1k lunas rn?

**U** | **Unknown** | 5/23/2021, 7:20 AM

Im not at home atm

**U** | **Unknown** | 5/23/2021, 7:20 AM

100?

**C** | **CGA** | 5/23/2021, 7:21 AM

It was hovering between 10-20 percent, so to ensure their profits, liquidating bots would use a higher value

**C** | **CGA** | 5/23/2021, 7:21 AM

Then they also have to account for fall in price by the time they carry the eventual trade and settle

**S** | **Selltop** | 5/23/2021, 7:21 AM

Thanks for the answer
Would be great if they let it on terraswap and not only for an elit of programmers or the team itself, would also bring more liquidity to bring to the peg

**MG** | **Maarten | GT** | 5/23/2021, 7:21 AM

the instant burn is more like 10-15%

**C** | **CGA** | 5/23/2021, 7:21 AM

I still think it could be reduced with a better design

**C** | **CGA** | 5/23/2021, 7:22 AM

It's available for everyone. MMs, bots, investors, TFL anyone can use on-chain mechanism

**C** | **CGA** | 5/23/2021, 7:22 AM

You just neeed to have skills to make use of arbitrage

**U** | **Unknown** | 5/23/2021, 7:23 AM

Discussed this yday no idea discussing it

**U** | **Unknown** | 5/23/2021, 7:23 AM

More need to know about it but now its to l8

**PS**   **P S**                                                                      5/23/2021, 7:24 AM

But this is partly because bLUNA-Luna spread is not accounted for in collateral values on anchor.  When LTV hits 50% currently, the true Collateral value is 10% (bLUNA-Luna spread) less, so the true LTV is actually 55.55%.  We need a liquid bLUNA-UST pool to accurately value bLUNA collateral value and to be able to pay down loans with less friction

**C**   **CGA**                                                                      5/23/2021, 7:26 AM

Yes- in these market conditions spreads would nevertheless go high.

Regardless I mentioned earlier that just by telling users to put liquidity in this pool and make money through juicy trading fees, we can improve liquidity

**C**   **CGA**                                                                      5/23/2021, 7:26 AM

BLUNA-LUNA pool is a pool with low IL

**C**   **CGA**                                                                      5/23/2021, 7:27 AM

Perhaps it can be incentivized too on Terraswap v2 or Loop AMM DEX

**L**   **lv976**                                                                    5/23/2021, 7:27 AM

The reason I used that phrase is that it was a direct quote from one of the beta-testers: "It's a separate project - they sometimes give out beta keys to select users. so, beta is actually ongoing. just not a public one, yet".

**KS**   **[KFC] Colonel Sanders**                                                   5/23/2021, 7:27 AM

Aayush, could you send me a DM?

**C**   **CGA**                                                                      5/23/2021, 7:28 AM

Hey you should DM me first and I will respond

**SH**   **Sam Hatley**                                                             5/23/2021, 7:29 AM

😂😂

**PS**   **P S**                                                                      5/23/2021, 7:31 AM

I agree that spreads would go higher, but currently liquidators who want to sell to UST have to take beta risk for the duration of 2 swaps, bLUNA-> Luna and then Luna-> UST.  If this time could be halved (by having a bLUNA-UST pool) then theoretically the spread would halve to achieve same risk-adjusted ROI.  Also, currently liquidators take additional beta risk on bLUNA-Luna spread during unwind.

**E**   **EC83**                                                                     5/23/2021, 7:31 AM

whos buying Luna?

**D**   **Dhonz**                                                                    5/23/2021, 7:33 AM

😭

**D**   **Dhonz**                                                                    5/23/2021, 7:33 AM

LUNA going to 5$

**KW**   **Kasper Wisnia**                                                           5/23/2021, 7:33 AM

I did buy a bag at 5.2

**KW**   **Kasper Wisnia**                                                           5/23/2021, 7:34 AM

I like the approach and it will have ath this year anyway

**LK**   **Liquidity King**                                                          5/23/2021, 7:34 AM

will colombus-5 make LUNA print more to defend peg?

**S**   **srpkk**                                                                    5/23/2021, 7:35 AM

*Image: photo_4283@23-05-2021_07-35-36.jpg (55 KB)*

| B | **Ben** | 5/23/2021, 7:36 AM |
| | Help us OBI-WAN-KWONOBI you're our only hope | |

| SH | **Sam Hatley** | 5/23/2021, 7:37 AM |
| | You guys reckon Luna wil hit $1? | |

| SF | **Shaun\|TerraAssist\| Never DM First** | 5/23/2021, 7:38 AM |
| | Sadly no. | |

| SF | **Shaun\|TerraAssist\| Never DM First** | 5/23/2021, 7:39 AM |
| | Id take a loan out and buy so much if it did. 😂😂 | |

| V | **Viktor** | 5/23/2021, 7:40 AM |
| | can an admin contact me | |

| V | **Viktor** | 5/23/2021, 7:40 AM |
| | i want to contact an admin | |

| SH | **Sam Hatley** | 5/23/2021, 7:40 AM |
| | 😂 totally! Is pretty worrisome though how it's currently going | |

| PS | **P S** | 5/23/2021, 7:40 AM |
| | Scam dm's in 3, 2, 1...... | |

| V | **Viktor** | 5/23/2021, 7:41 AM |
| | i want actual admin | |

| SF | **Shaun\|TerraAssist\| Never DM First** | 5/23/2021, 7:41 AM |
| | Nah not really, only for the borrowers | |

| PS | **P S** | 5/23/2021, 7:41 AM |
| | Real admin won't contact you first | |

| SF | **Shaun\|TerraAssist\| Never DM First** | 5/23/2021, 7:41 AM |
| | Once its all settled, it will shoot up massively. | |

| J | **jim** | 5/23/2021, 7:41 AM |
| | hopefully 2262 of us untill everyone else is online 😂 | |

| M | **Mikevyzn** | 5/23/2021, 7:43 AM |
| | Injecting good vibes here 💥💥 | |



*Image: photo_4284@23-05-2021_07-43-03.jpg (31 KB)*

| | | |
|---|---|---|
| **D** | **Diede** | 5/23/2021, 7:43 AM |
| | I missed last few days, whats ik with Terra apart from the btc mess? | |

| | | |
|---|---|---|
| **D** | **Diede** | 5/23/2021, 7:43 AM |
| | Whats up* | |

| | | |
|---|---|---|
| **U** | **Unknown** | 5/23/2021, 7:44 AM |
| | This thread sounds like a rant from a kid that lost money | |

| | | |
|---|---|---|
| **M** | **Mikevyzn** | 5/23/2021, 7:44 AM |
| | Prob good to have missed the last few days my friend. Much fud lol | |

| | | |
|---|---|---|
| **U** | **Unknown** | 5/23/2021, 7:44 AM |
| | Probably missed dumping at the top | |

| | | |
|---|---|---|
| **M** | **Mikevyzn** | 5/23/2021, 7:45 AM |

*Attachment: mp4 (85).mp4 (134 KB)*

| | | |
|---|---|---|
| **J** | **jim** | 5/23/2021, 7:46 AM |
| | i see alot of luna is currently one of the worst performers atm fud online, i expect everyone in this chat to understand this works 2 ways, once btc eventually finds its support luna will reclaim some ground and quickly find its place as one of the top performers !... there is no need for anyone to worry unless your currently borrowing | |

| | | |
|---|---|---|
| **D** | **Diede** | 5/23/2021, 7:48 AM |
| | Thx for update. Anything particular we're waiting for or can we DCA ? Was shocked it dropped so hard from an accumulation period tbh, zo nothing terra specific happening apart from fud? Thx | |

| | | |
|---|---|---|
| **PS** | **P S** | 5/23/2021, 7:49 AM |
| | There was the no vote to burn the community fund (prop 82) which may have irked some moonbois into selling | |

| | | |
|---|---|---|
| **D** | **Diede** | 5/23/2021, 7:52 AM |
| | Much appreciated👍 | |

| | | |
|---|---|---|
| **SF** | **Shaun\|TerraAssist\| Never DM First** | 5/23/2021, 7:54 AM |
| | Thats not it at all. Lol | |

**Shaun|TerraAssist| Never DM First**                                      5/23/2021, 7:54 AM
More liquidations then natural sellers.

**Michael**                                                                5/23/2021, 7:54 AM
i think all of the liquidations on Anchor are driving price cascading down creating a ton of selling pressure and cheap
bLuna which further hhurts Luna

**Shaun|TerraAssist| Never DM First**                                      5/23/2021, 7:55 AM
Cheap bluna doesnt hurt luna.. 😅

**Michael**                                                                5/23/2021, 7:55 AM
its selling pressure and its Luna offered at a crazy discount

**Michael**                                                                5/23/2021, 7:55 AM
i dont understand how buying bluna at 30% off is better for ecosystem than buying Luna at market

**Mikevyzn**                                                               5/23/2021, 7:56 AM
I mean. It's the whole market. There has def been some
Terra issues with the peg on Ust breaking and such. Amongst what seems to be a massive fud campaign on Twitter
leaving a bad taste in ppls mouths etc. but. More or less the whole market has its issues and the price drop on Luna is
bringing out high tensions .. ppl lookin for things to blame and such ... the sentiment of Luna has been "bear market
resistant" for some time and we are seeing this isn't necessarily the case so. U know... all good while it's good.. when it's
not the fudsters show up.. just be careful what u read and here. Make ur own judgments, dyor 🙏

**Unknown**                                                                5/23/2021, 7:56 AM
Not eaven god can help us

**vox**                                                                    5/23/2021, 7:56 AM
Alot of panic selling but I have faith in terra ecosystem

**Unknown**                                                                5/23/2021, 7:57 AM



Lets say a whale goes in to terraswap with a total of 300.000 $LUNA in wallet, and under the liqudation crisis they swap 1000 $LUNA to bLuna each swap and they do that 300 times because you cant do 300k at once = they get 30.000 free $LUNA that they then dump on the market that makes $LUNA crash more than it should, still a Lunatic just saying.. rework

Image: photo_4285@23-05-2021_07-57-15.jpg (92 KB)

**Shaun|TerraAssist| Never DM First**                                      5/23/2021, 7:57 AM
Let them sell, weak hands selling. 🤙

**Unknown**                                                                5/23/2021, 7:57 AM
U mean this pic above

**Unknown**                                                                5/23/2021, 7:58 AM
If luna mcap is less than that of all stables it is supporting, how is peg to be maintained at $1?

**Shaun|TerraAssist| Never DM First**                                      5/23/2021, 7:58 AM
They are getting it from liquidators instant burning. , liquidators are selling the most. And earning the most.

**NI**  **Nnn Icer**                                    5/23/2021, 7:58 AM
BTC is on fire 🔥



*Image: photo_4286@23-05-2021_07-58-38.jpg (63 KB)*

**U**  **Unknown**                                     5/23/2021, 7:59 AM
Watch it $29.000 today screenshot this

**M**  **Mikevyzn**                                    5/23/2021, 7:59 AM



*Image: photo_4287@23-05-2021_07-59-19.jpg (26 KB)*

**NI**  **Nnn Icer**                                    5/23/2021, 7:59 AM
NYC

**SF**  **Shaun|TerraAssist| Never DM First**          5/23/2021, 7:59 AM
Btc has been trying to liquidage someone at 30k. This wont end till they are liquidated.

**U**  **Unknown**                                     5/23/2021, 7:59 AM

Anchor is still a brilliant project maybe just a lil rework into the leveraging so whales cant get bLuna on a big premium that affects $LUNA price

*Image: photo_4288@23-05-2021_07-59-42.jpg (38 KB)*

**NI**  **Nnn Icer**                                                5/23/2021, 7:59 AM
Today btc touch 100k$ 🤣🤣🤣🤣🤣

**U**  **Unknown**                                                 5/23/2021, 8:00 AM
Remember ppl saying SPIKES SOON at $45k fuck off

**U**  **Unknown**                                                 5/23/2021, 8:01 AM
When the whales get bluna it removes the real LUNAS from market at a time until its 1:1 and what if they dump the free
LUNA they just got

**NI**  **Nnn Icer**                                                5/23/2021, 8:01 AM
BNB is son of btc😂😂



Image: photo_4289@23-05-2021_08-01-03.jpg (63 KB)

**M**  **Mikevyzn**                                                5/23/2021, 8:01 AM
Wouldn't that be some shit lol

**J**  **jim**                                                     5/23/2021, 8:01 AM
no they don't.. they have to swap the bLuna back to luna at roughly the same rate

**U**  **Unknown**                                                 5/23/2021, 8:01 AM
When they swap like today from real
$LUNA
 to bLuna that makes luna go further down

**U**  **Unknown**                                                 5/23/2021, 8:01 AM
Nope i got a friend that swapped 100k lunas

**U**  **Unknown**                                                 5/23/2021, 8:02 AM
He got 30k free

**NI**  **Nnn Icer**                                                5/23/2021, 8:02 AM
Bnb hard dump



*Image: photo_4290@23-05-2021_08-02-04.jpg (63 KB)*

| | | |
|---|---|---|
| U | **Unknown** | 5/23/2021, 8:02 AM |
| | When it will be 1:1 | |

| | | |
|---|---|---|
| U | **Unknown** | 5/23/2021, 8:02 AM |
| | When market dropped the most | |

| | | |
|---|---|---|
| J | **jim** | 5/23/2021, 8:02 AM |
| | yeah 30k bLuna free | |

| | | |
|---|---|---|
| U | **Unknown** | 5/23/2021, 8:02 AM |
| | Yea then when LUNA looks better | |

| | | |
|---|---|---|
| U | **Unknown** | 5/23/2021, 8:02 AM |
| | He swaps back to real luna | |

**Michael**                                                                      5/23/2021, 8:02 AM

yeah i mean during the cascading liquidations you could swap 100 luna for 130 bLuna.  thats awful for the ecosystem right? i think Anchor's crash causing cascading liquidations for 30+ minutes no one could repay even when they had the funds, like me, and the very low 50% LTV liduidation levels seem like theyre just jet fuel for escalating sell offs during these black swan events.  Whales can make cascading sell offs occur and scoop discounted bLuna. that really disincentivizes the average joe from having exposure on Anchor imho.

| | | |
|---|---|---|
| J | **jim** | 5/23/2021, 8:02 AM |
| | not luna that he can dump on the market right away | |

| | | |
|---|---|---|
| U | **Unknown** | 5/23/2021, 8:02 AM |
| | And profit | |

| | | |
|---|---|---|
| P | **Picay** | 5/23/2021, 8:02 AM |
| | As if they have large bags | |

| | | |
|---|---|---|
| U | **Unknown** | 5/23/2021, 8:03 AM |
| | No not right away but almost when price is 5% fixed he get a massive profit 😕 | |

| | | |
|---|---|---|
| NI | **Nnn Icer** | 5/23/2021, 8:03 AM |
| | How can I get free [ LUNA ] | |

| | | |
|---|---|---|
| NI | **Nnn Icer** | 5/23/2021, 8:03 AM |
| | 😊 | |

U       **Unknown**                                                      5/23/2021, 8:03 AM



| DEX
what point?
Whales sell Luna to let borrowers
get liquidated, so they can get
cheap bLuna, so there is a negative
feedback loop where they
incentivise shorts to get the cheap
bLuna

Image: photo_4291@23-05-2021_08-03-35.jpg (53 KB)

U       **Unknown**                                                      5/23/2021, 8:03 AM
lolll wtfff

U       **Unknown**                                                      5/23/2021, 8:03 AM
Yup see im aware of 60% not knowing of this..

NI      **Nnn Icer**                                                     5/23/2021, 8:04 AM
😂

NI      **Nnn Icer**                                                     5/23/2021, 8:04 AM
Wtff

U       **Unknown**                                                      5/23/2021, 8:04 AM
This 🔼



Image: photo_4292@23-05-2021_08-04-39.jpg (102 KB)

U       **Unknown**                                                      5/23/2021, 8:05 AM
bruh

U       **Unknown**                                                      5/23/2021, 8:05 AM
I did it myself got 1k lunas free 😎🙇

U       **Unknown**                                                      5/23/2021, 8:05 AM
If i were a whale i would dump the free LUNAS THATS what they do

**U**  **Unknown**  5/23/2021, 8:05 AM
Free money

**U**  **Unknown**  5/23/2021, 8:05 AM
Can any admin verify this lmao

**J**  **jim**  5/23/2021, 8:05 AM
im not saying you cant, im saying they're not dumping the 30k on the market straight away

**MG**  **Maarten | GT**  5/23/2021, 8:06 AM
weve had this discussion yesterday already and hes back again

**MG**  **Maarten | GT**  5/23/2021, 8:06 AM
its not as simple as he states

**U**  **Unknown**  5/23/2021, 8:06 AM
It is dude when market is up 5% he swaps back bluna to real luna and gets a nice profit

**MG**  **Maarten | GT**  5/23/2021, 8:06 AM
yes, some people were able to get greatly discounted. bLUNA (its at 10% discount to LUNA currenty)

**U**  **Unknown**  5/23/2021, 8:07 AM
Yeah and marteen honestly if u were a whale wouldnt u do this?

**MG**  **Maarten | GT**  5/23/2021, 8:07 AM
but to then swap it back and realize this profit you need the discount to shrink

**MG**  **Maarten | GT**  5/23/2021, 8:07 AM
so its not a simple arb thats works all the time

**U**  **Unknown**  5/23/2021, 8:07 AM
Yeah just wait a lil and swap back dont swap back instantly

**U**  **Unknown**  5/23/2021, 8:07 AM
No it only works under liqudation crisis

**U**  **Unknown**  5/23/2021, 8:07 AM
But still people can overuse it

**MG**  **Maarten | GT**  5/23/2021, 8:07 AM
and therefore its not sustained, and not driving the price down purely off that

**U**  **Unknown**  5/23/2021, 8:08 AM
No ik its btc

**U**  **Unknown**  5/23/2021, 8:08 AM
Definetely a big factor, interesting nonetheless

**E**  **EC83**  5/23/2021, 8:08 AM
is it true right now for BUSD/UST swap is 0.97...is this good?

**U**  **Unknown**  5/23/2021, 8:08 AM
But still luna has been one of the coins that fell harder than other coins and i see it due to this liqdation crisis

**MG**   **Maarten | GT**     5/23/2021, 8:08 AM
then stop posing as if its whales just driving the price in tothe ground

**U**   **Unknown**     5/23/2021, 8:08 AM
maarten do you have answer to this sorry if I'm being a bother

**E**   **EC83**     5/23/2021, 8:08 AM
i can get a lot more UST for my BUSD

**MG**   **Maarten | GT**     5/23/2021, 8:08 AM
mcap doesn't matter

**MG**   **Maarten | GT**     5/23/2021, 8:09 AM
if you believe that UST will bounce back it's a nice 3% profit

**U**   **Unknown**     5/23/2021, 8:09 AM
Should i wait before buying some more LUNA or is $5 the buy point

**J**   **jim**     5/23/2021, 8:09 AM
arms and legs being added to what he states, yes you are getting 10% extra bLuna for Luna during trade but you cant instantly burn them and make huge margins on it

**FG**   **Felipe GC**     5/23/2021, 8:09 AM
Looks to be bottomed out but don't even know anymore

**U**   **Unknown**     5/23/2021, 8:10 AM
U can swap no need to burn them and wait 22 days

**U**   **Unknown**     5/23/2021, 8:10 AM
When discount shrinks to 1:1 free lunas

**U**   **Unknown**     5/23/2021, 8:11 AM
And what would u do with free lunas dump them and buy you something nice for free

**U**   **Unknown**     5/23/2021, 8:11 AM
I havent sold anything i still got my blunas until discount shrinks

**J**   **jim**     5/23/2021, 8:11 AM
yeah when it shrinks to 1:1 that's not now so its irrelevant and fud

**MG**   **Maarten | GT**     5/23/2021, 8:11 AM
the whole way you worded that makes me believe you aren't very experienced

**MG**   **Maarten | GT**     5/23/2021, 8:11 AM
but that could just be me

**U**   **Unknown**     5/23/2021, 8:11 AM
Dude im from Sweden

**U**   **Unknown**     5/23/2021, 8:11 AM
Im not so good at english.

**J**   **jim**     5/23/2021, 8:12 AM
you should be telling planktons that you can trade Luna for bLuna and making 10% on them quick stonks

**MG**   **Maarten | GT**     5/23/2021, 8:12 AM
more so the fact that you are still taking a big risk if you go for the 21 day 1:1 redemption

**DG**  **dgbb gbb**                                                                      5/23/2021, 8:12 AM
the ust amount decrease so slow

**MG**  **Maarten | GT**                                                                  5/23/2021, 8:12 AM
because you don't know what the price of LUNA will be after

**U**  **Unknown**                                                                        5/23/2021, 8:12 AM
I literlly saw my friend do that to up to 100k lunas lol and he told me bout it

**U**  **Unknown**                                                                        5/23/2021, 8:12 AM
Yeah thats true but if prob it will get to 1:1

**R**  **River ?▣   to 100$**                                                             5/23/2021, 8:12 AM
When UST = 1$, Right now, it is about 0.97$ ??
I have a lot here.

**U**  **Unknown**                                                                        5/23/2021, 8:12 AM
Sooner or later

**FS**  **Firminho Shroeder**                                                            5/23/2021, 8:13 AM
Unless Terra dies

**MG**  **Maarten | GT**                                                                  5/23/2021, 8:13 AM
it only works well if you catch the discounted bLUNA, and are a long term holder

**L**  **lv976**                                                                          5/23/2021, 8:13 AM
But if it's done with a bot, you don't need huge margins.  Repeating the process thousands of times with a small margin
will work.

**MG**  **Maarten | GT**                                                                  5/23/2021, 8:13 AM
that doesn't really care what the price of LUNA is 3 weeks from now

**U**  **Unknown**                                                                        5/23/2021, 8:13 AM
Imagine doing that on every market crash and when discount shrinks and market gets green easy profit 🔁 repeat

**MG**  **Maarten | GT**                                                                  5/23/2021, 8:14 AM
you mean time the market perfectly?

**MG**  **Maarten | GT**                                                                  5/23/2021, 8:14 AM
nobody has ever done that 😊

**U**  **Unknown**                                                                        5/23/2021, 8:14 AM
Doesn't it? If you swap 200k lunas to bluna where is the actual lunas

**J**  **jim**                                                                           5/23/2021, 8:14 AM
if your waiting 21 days or for market to find the 1:1 again then fine but your saying whales are dumping 30k free luna on
market all day long

**J**  **jim**                                                                           5/23/2021, 8:14 AM
its not line that

**U**  **Unknown**                                                                        5/23/2021, 8:15 AM
Idk its really hard because i dont have the code to anchor protcol

**U**  **Unknown**                                                5/23/2021, 8:15 AM
But thats what i SEE

**MG**  **Maarten | GT**                                          5/23/2021, 8:16 AM
you know the trick is not to tell everyone right

**U**  **Unknown**                                                5/23/2021, 8:16 AM
Note it does not mean it has to be like that but
$LUNA
 was doing great before anchor it spiked up more than another coin have done before until anchor liqudation came into the
game and luna standed still for over 50 days BUT i still see $68 LUNA end of year if btc can get better

**MG**  **Maarten | GT**                                          5/23/2021, 8:16 AM
if this strategy is so profitable, its more profitable if no1 else is doing it

**U**  **Unknown**                                                5/23/2021, 8:16 AM
Ye ik

**J**  **jim**                                                    5/23/2021, 8:17 AM
personally i think all planktons should be taking advantage of this when they can, we want the luna to hold long term
anyway or at least i do

**D**  **Darren**                                                 5/23/2021, 8:18 AM
Noob complain price down, pros buy more Luna and swap for 5-10% bluna 😝

**BL**  **Bob Luna**                                              5/23/2021, 8:19 AM
Hey pros I have my life savings invested in this rocket that is crashing...

**FL**  **Fat L**                                                 5/23/2021, 8:19 AM
If you have bluna please watch your liquidations, you lose additional 20%-30% when you get liquidated

**F**  **Fizz**                                                   5/23/2021, 8:19 AM
dont sell

**M**  **Michael**                                                5/23/2021, 8:20 AM
I think we should vote on a proposal to rasie the LTV% to 60 or 65% on Anchor and lower stable returns there to
compensate.  The cascading liquidations on Anchor are too easy for whales to insta dump massive Luna piles onto the
market, liquidate everyone whos not right next to their computer (or cause Anchor to crash like Sunday) and then scoop
up bLuna for 30% off further destroying Luna's price and turning people away from the ecosystem entirely.  Terra was
squarely the #32 biggest Crypto project on Saturday.  We're currently 46th and about to be 48th.

**J**  **jim**                                                    5/23/2021, 8:20 AM
on earn yeah

**U**  **Unknown**                                                5/23/2021, 8:22 AM
Same and if its bearmarket its over

**X**  **XzombieX**                                               5/23/2021, 8:23 AM
What's over

**U**  **Unknown**                                                5/23/2021, 8:23 AM
my life

**X**  **XzombieX**                                               5/23/2021, 8:23 AM
Y

**U**  **Unknown**                                                5/23/2021, 8:24 AM

Still got my lunas but if its a bearmarket most coins will go down more

**U**  **Unknown**                                                    5/23/2021, 8:24 AM
And that would make LUNA $1-2 a piece stabled

**X**  **XzombieX**                                                   5/23/2021, 8:24 AM
Yikes

**U**  **Unknown**                                                    5/23/2021, 8:24 AM
That means when i bought in first time at 0.9$ a piece i have only 1.5x my money in a whole year👀❤️

**F**  **Fizz**                                                       5/23/2021, 8:25 AM
This isnt a bear market

**U**  **Unknown**                                                    5/23/2021, 8:25 AM
From a x20 to 1.5x

**X**  **XzombieX**                                                   5/23/2021, 8:25 AM
But a bear mkt would be a great chance to grab bags of good stuff

**U**  **Unknown**                                                    5/23/2021, 8:25 AM
Yeah also no nice market in a year MINIMUM

**A**  **AquilaS**                                                    5/23/2021, 8:25 AM
Why is Ust decreasing?

**U**  **Unknown**                                                    5/23/2021, 8:25 AM
Its like someone clicking the pausenbutton on crypto

**A**  **AquilaS**                                                    5/23/2021, 8:26 AM
You should see tezos

**U**  **Unknown**                                                    5/23/2021, 8:26 AM
NOT LUNA all crypto in 2021 over 70% joined crypto and its still as shit as 2017/2018

**X**  **XzombieX**                                                   5/23/2021, 8:26 AM
Yeah. But there's no reason it would take another 4 yrs for the next pump

**U**  **Unknown**                                                    5/23/2021, 8:27 AM
I dont get it crypto got incredible support 2021

**U**  **Unknown**                                                    5/23/2021, 8:27 AM
What the fuck

**U**  **Unknown**                                                    5/23/2021, 8:27 AM
And none can do shit rn

**G**  **GMICap**                                                     5/23/2021, 8:27 AM
i think we shoulda vote on a proposal to rasie the LTV% to 60 or 65% and lower stable returns to compensate.  The cascading liquidations on Anchor are too easy for whales to insta dump massive Luna piles onto the market, liquidate everyone whos not right next to their computer (or cause Anchor to crash like Sunday) and then scoop up bLuna for 30% off further destroying Luna's price, and ultimately Anchors because everyone who gets rekt is turned off from the protocol.

**G**  **GMICap**                                                     5/23/2021, 8:27 AM
Copied from someone in ANC price chat

**U**  **Unknown**                                                    5/23/2021, 8:27 AM

Facts

**A**  **AquilaS**                                                                          5/23/2021, 8:27 AM
You have stable coins with no gas fees, you have mirrord assets. Staking. Etc

**U**  **Unknown**                                                                         5/23/2021, 8:28 AM
No but i really thought bear would take longer to come because of hella people joined crypto 2021

**MY**  **Mike | GT | Will not DM you**                                                     5/23/2021, 8:28 AM
The cascading liquidations are an effect of inexperienced borrowers rather than an issue with the system imo. Second time round people are  going to be smarter and I don't think it'll cascade as much.

**U**  **Unknown**                                                                         5/23/2021, 8:28 AM
Mark zuckberg elon

**U**  **Unknown**                                                                         5/23/2021, 8:28 AM
Plenty of big ppl

**S**  **Shreyas**                                                                         5/23/2021, 8:31 AM
have lost so much money by moving to UST. Nobody has a clear answer as to why UST is 0.97 usd...

**S**  **Shreyas**                                                                         5/23/2021, 8:31 AM
it is annoying.. wats the use of a stablecoin if it cannot hold peg to dollar

**S**  **Seb**                                                                            5/23/2021, 8:31 AM
I have a clear answer

**S**  **Shreyas**                                                                         5/23/2021, 8:31 AM
please enlighten us

**DG**  **dgbb gbb**                                                                       5/23/2021, 8:32 AM
what is it

**S**  **Seb**                                                                            5/23/2021, 8:32 AM
There's an obstacle right now in being able to arb the peg deviation

**DG**  **dgbb gbb**                                                                       5/23/2021, 8:32 AM
yes

**DG**  **dgbb gbb**                                                                       5/23/2021, 8:32 AM


*Image: photo_4293@23-05-2021_08-32-25.jpg (49 KB)*

**A**  **AquilaS**                                                                          5/23/2021, 8:32 AM
Cardano is the most decentralize Pos coin. So many pools. Very good for staking. Keep it safe on your ledger and get interest. If you keep Bitcoin or ethereum on ledger what you get?

**S**  **Seb**                                                                            5/23/2021, 8:32 AM

Obviously more liquidity is needed on the onchain swap to be able to mint Luna against stables profitably

**DG**  **dgbb gbb**                                                    5/23/2021, 8:32 AM
only a little ust can be burnt everyday

**S**   **Seb**                                                         5/23/2021, 8:32 AM
But liquidity is going to increase soon

**S**   **Seb**                                                         5/23/2021, 8:32 AM
Knowing that

**S**   **Shreyas**                                                     5/23/2021, 8:33 AM
and what is the solution?

**S**   **Seb**                                                         5/23/2021, 8:33 AM
You can already trade non UST stables for USt at a discount

**X**   **XzombieX**                                                    5/23/2021, 8:33 AM
So few smart contracts

**RB**  **Ruud Boymans**                                                5/23/2021, 8:33 AM
Yes same , can somebody explain

**S**   **Shreyas**                                                     5/23/2021, 8:33 AM
do u expect that if v enter a deep bear market. people have lost money by moving to UST

**S**   **Seb**                                                         5/23/2021, 8:33 AM
And wait without stress for on chain liquidit to improve

**FW**  **Froome Will**                                                 5/23/2021, 8:33 AM
Hello

**S**   **Seb**                                                         5/23/2021, 8:33 AM
So you can earn a 2/3% ROI on your stables now if you're confident

**W**   **W**                                                           5/23/2021, 8:34 AM
Anyone buying more

**W**   **W**                                                           5/23/2021, 8:34 AM
Luna

**S**   **Shreyas**                                                     5/23/2021, 8:34 AM
i moved a large sum to ust.. n it has gone down

**Z**   **Zapf**                                                        5/23/2021, 8:34 AM
i just bought some 😊

**S**   **Shreyas**                                                     5/23/2021, 8:34 AM
since i bought, never saw it back at 1 usd.. from where should I get this confidence?

**W**   **W**                                                           5/23/2021, 8:34 AM
What's Luna pt

**U**   **Unknown**                                                     5/23/2021, 8:34 AM
Guys i will leave this telegram rn and if market looks better in the future ill be back thanks for great memories this is
nothing against LUNA i love Luna i have just lost to much money at this point..

| S | **Seb** | 5/23/2021, 8:34 AM |

Moving to Ust right can seem like you're losing money , but it's a clever trade if you're confident like I am that the peg will be enforced back soon

| W | **W** | 5/23/2021, 8:35 AM |

Hope Ur positions will recover mate

| S | **Shreyas** | 5/23/2021, 8:35 AM |

liquidity can only improve if we r not in bear market

| S | **spotrader** | 5/23/2021, 8:35 AM |

Yeah I moved a bunch to UST it'll recover. Strange to make profit on a stable coin

| S | **Seb** | 5/23/2021, 8:36 AM |

Here good sir

https://agora.terra.money/t/liquidity-parameters-2/1175

| U | **Unknown** | 5/23/2021, 8:36 AM |

Thanks dude see you guys❤️

| S | **Seb** | 5/23/2021, 8:36 AM |

Incorrect

| W | **W** | 5/23/2021, 8:36 AM |

Cya bro ❤️

| S | **Seb** | 5/23/2021, 8:37 AM |

That's the whole business model of protocols like curve

| K | **karenkaede** | 5/23/2021, 8:37 AM |

💎



*Image: sticker (87).webp_thumb.jpg (13 KB)*

*Attachment: sticker (87).webp (24 KB)*

| K | **karenkaede** | 5/23/2021, 8:37 AM |

Diamond hand guys.

**MS**  **mushroom soup**  5/23/2021, 8:37 AM
ready for another dive. Hang tight boys

**E**  **E**  5/23/2021, 8:37 AM
Hi why is non-circulating supply increasing?

**W**  **W**  5/23/2021, 8:38 AM
Really?

**E**  **E**  5/23/2021, 8:38 AM
I understand the circulating supply to maintain peg but what about the non-circulating increases, what's that for?

**S**  **Seb**  5/23/2021, 8:38 AM
So you can use terra station to mint 1$ worth of Luna for 1 UST  , that's how you can execute the arbitrage
Obviously there's a minimum spread so you're not going to get 100% of the arbitrage profit but enough to make it a profitable trade

**MG**  **Maarten | GT**  5/23/2021, 8:38 AM
could be people staking

**MS**  **mushroom soup**  5/23/2021, 8:39 AM
Yes ser. Btc went under 35. We are going under 5

**S**  **Seb**  5/23/2021, 8:39 AM
Luna minting is necessary to restore UST peg

**E**  **E**  5/23/2021, 8:39 AM
I thought that's in the circulating category?

**S**  **Shreyas**  5/23/2021, 8:39 AM
or loss

**MS**  **mushroom soup**  5/23/2021, 8:39 AM
Cover your Liquidations folks.

**W**  **W**  5/23/2021, 8:39 AM
🥴

**K**  **karenkaede**  5/23/2021, 8:43 AM
Welcome to Luna $1 😘

**U**  **Unknown**  5/23/2021, 8:44 AM
This is good actually

**S**  **Smokestack**  5/23/2021, 8:44 AM
Oh stop.

**U**  **Unknown**  5/23/2021, 8:45 AM
Haha

**NA**  **Nityam Agarwal**  5/23/2021, 8:46 AM
🍟



*Image: sticker (83).webp_thumb.jpg (12 KB)*

*Attachment: sticker (83).webp (23 KB)*

**NA**  **Nityam Agarwal**                                                        5/23/2021, 8:46 AM





*Image: sticker (88).webp_thumb.jpg (15 KB)*

*Attachment: sticker (88).webp (28 KB)*

**S**  **Sam**                                                                  5/23/2021, 8:46 AM

So in hindsight, Anchor Protocol has been an absolute killer for LUNA.

It is the sole reason a project as strong as this has shit the bed.

Cascading liquidations has murdered the price as bots liquidate and sell.

We're seeing massive capitulation compared to other projects and it's 100% due to that.

Amazing really. What a disaster. Hopefully on the other side, the team learns from it and fast tracks other types of collateral.

**NA**  **Nityam Agarwal**                                                        5/23/2021, 8:46 AM



**M**  **Milt**                                                    5/23/2021, 8:47 AM
Non of Luna products working?

**M**  **Milt**                                                    5/23/2021, 8:47 AM
I thought we have working products?

**RS**  **R S**                                                    5/23/2021, 8:47 AM
ANC was worst thing to ever happen to me lol my own fault

**J**  **Joe**                                                     5/23/2021, 8:49 AM

*Attachment: mp4 (59).mp4 (87 KB)*

**J**  **Joe**                                                     5/23/2021, 8:49 AM
This one never gets old

**M**  **Maury**                                                   5/23/2021, 8:49 AM
I hope BTC less than 10k and Luna at 10 cents then... The golden age of ozone and a tested system ready for life savings

**J**  **Joe**                                                     5/23/2021, 8:49 AM
Absolutely

**B**  **BJP**                                                     5/23/2021, 8:50 AM
I mean the liquidations are sort of your fault.  Can't blame the protocol.  We all "should" have known the risks

**M**  **Milt**                                                    5/23/2021, 8:50 AM
Whats ur twitter account?

**M**  **Milt**                                                    5/23/2021, 8:52 AM
What did u talk abt for Luna?

**KB**  **K B**                                                    5/23/2021, 8:54 AM
who of you didnt sell luna for weeks at 15$ and starts to dump at 4.90$? really want to know

**U**  **Unknown**                                                 5/23/2021, 8:55 AM
Boys

**M**  **Maury**                                                   5/23/2021, 8:55 AM
Nice BTC is falling! More more or rather... Less less! Lol

**U**  **Unknown**                                                 5/23/2021, 8:55 AM
*bots

**K**  **karenkaede**                                              5/23/2021, 8:56 AM
It's like buying btc at 20k in 2018 then it went 3k 😂😂

**M**  **Maury**                                                   5/23/2021, 8:57 AM
3k nice price

**BL**  **Brian Lu**                                               5/23/2021, 8:57 AM
i think i'm done with luna

**M**  **Michael**                                                 5/23/2021, 8:58 AM
lol $3 bLuna Anchor needs to be stopped, this is insane

**M**  **Maury**                                                               5/23/2021, 8:58 AM
Ok please sell!

**M**  **Milt**                                                                5/23/2021, 8:59 AM
Wait, will this ever recover?

**M**  **Milt**                                                                5/23/2021, 8:59 AM
Is don doing anything?

**M**  **Milt**                                                                5/23/2021, 8:59 AM
I thought this project has strong fundamentals

**BG**  **Brother Greenmoon**                                                  5/23/2021, 8:59 AM
"Oops!  Something went wrong." Fuck.  Can't even use fucking Terra Station whilst getting continuously fucking rekt to
fuck, omg.  Sigh.  -$200k rant over.

**M**  **Maury**                                                              5/23/2021, 9:00 AM
Right stop whining and start selling! 😂

**M**  **Milt**                                                                5/23/2021, 9:00 AM
Any saving grace for this?

**TD**  **Taster: block scam dm/call**                                        5/23/2021, 9:00 AM
Strong fundaments don't mean it will never be affected by the short term market trend. Strong fundaments mean in the
long run, it will perform well. BTC has strong fundaments.

**M**  **Milt**                                                                5/23/2021, 9:00 AM
But this coin is dumping one of the hardest

**TD**  **Taster: block scam dm/call**                                        5/23/2021, 9:01 AM
https://coingolive.com/en/coin/ath-price/?p=0&name=porc_high&order=asc&max_rank=100

**M**  **Milt**                                                                5/23/2021, 9:01 AM
Considering that it has one of the strongest fundamentals

**BL**  **Brian Lu**                                                          5/23/2021, 9:01 AM
Sell ? i'm gonna be liquidated.

**A**  **Anthony**                                                            5/23/2021, 9:01 AM
Same. I had 7 figures at $13 Luna. In stake for 21 days. So, I will go down with the ship. I've been in crypto for years and
never seen such a ruthless drop. Not just Luna. But, crypto in general.

**M**  **Maury**                                                              5/23/2021, 9:01 AM



*Image: photo_4294@23-05-2021_09-01-57.jpg (43 KB)*

| JS | **Jaimin Sibal** | 5/23/2021, 9:02 AM |
|---|---|---|
| | Farewell friends…the dark is fast approaching… | |

| JS | **Jaimin Sibal** | 5/23/2021, 9:02 AM |
|---|---|---|
| | RIP 😛 | |

| BL | **Brian Lu** | 5/23/2021, 9:02 AM |
|---|---|---|
| | I can't pay for the loan even if i could do it when it's 9$ | |

| M | **Milt** | 5/23/2021, 9:02 AM |
|---|---|---|
| | How did u even predict it? Based on what? | |

| BL | **Brian Lu** | 5/23/2021, 9:02 AM |
|---|---|---|
| | RIP | |

| FL | **Fat L** | 5/23/2021, 9:02 AM |
|---|---|---|
| | go and swap your blunas for lunas then sell it for UST to pay down your loan | |
| | https://terraswap.io | |
| | you pay extra 20% to 30% if you get liquidated, it's not worth it. | |

| TD | **Taster: block scam dm/call** | 5/23/2021, 9:02 AM |
|---|---|---|
| | Since 2013? | |

| A | **Anthony** | 5/23/2021, 9:03 AM |
|---|---|---|
| | Been in since 2016. Missed the first bull run. | |

| JS | **Jaimin Sibal** | 5/23/2021, 9:03 AM |
|---|---|---|
| | Crash crash crash…eject eject eject | |

| TD | **Taster: block scam dm/call** | 5/23/2021, 9:03 AM |
|---|---|---|
| | The first run, someone points out there were at least two 40+% drops... not news... | |

**JS**  **Jaimin Sibal**                                                    5/23/2021, 9:03 AM
Warning!! Terrain! Warning! Terrain! 🙂🖼️

**Y**  **youngster**                                                        5/23/2021, 9:04 AM
Nothing close to this

**Y**  **youngster**                                                        5/23/2021, 9:04 AM
Not even close

**JS**  **Jaimin Sibal**                                                    5/23/2021, 9:04 AM
Bloody death Sunday

**Y**  **youngster**                                                        5/23/2021, 9:04 AM
I don't remember alts being this destroyed in a bull market ever

**A**  **Anthony**                                                          5/23/2021, 9:04 AM
This is the hopeful part. 2018 bear was a slow grind down. This more resembles the big dips in the mid 2017 bull.

**TD**  **Taster: block scam dm/call**                                      5/23/2021, 9:04 AM
Well, you can predict it, but if you are so sure about it, you would short it with leverage. You did not so that doesn't count as you don't have much conviction to do it.

**RS**  **R S**                                                            5/23/2021, 9:05 AM
Save us Do

**BL**  **Brian Lu**                                                       5/23/2021, 9:05 AM
Will luna survive and make success in some days

**JD**  **Johnny D**                                                        5/23/2021, 9:05 AM
Days? This needs months to recover if not years

**J**  **jim**                                                             5/23/2021, 9:06 AM
all i can tell you is if you can hold your bag you will be rewarded

**TD**  **Taster: block scam dm/call**                                      5/23/2021, 9:06 AM
No one knows for sure how low it will go but i suspect it will be done within 2 weeks. (not that it will continue going down.) Likely float a bit on May 26, or May 27

**M**  **Maury**                                                           5/23/2021, 9:06 AM
No eons lol

**J**  **jim**                                                             5/23/2021, 9:06 AM
no leverage is good

**A**  **Anthony**                                                          5/23/2021, 9:06 AM
Months maybe. Yeahs nah. Luna went from 50 cent to $22 in three months.

**BL**  **Bob Luna**                                                       5/23/2021, 9:06 AM
0.25 anchor tx fee feels like a scam now

**TD**  **Taster: block scam dm/call**                                      5/23/2021, 9:07 AM
Hey, it's permissionless network. So ... besides,  the worst is you lost your original money on leveraging part.

**LO**  **Luc | Orne.io**                                                   5/23/2021, 9:07 AM
just never touch leverage bro

**M**  **Michael**                                                         5/23/2021, 9:08 AM



*Image: XI-XJumXEUPGL1BP.mp4_thumb.jpg (4 KB)*

*Attachment: XI-XJumXEUPGL1BP.mp4 (456 KB)*

| | | |
|---|---|---|
| TD | **Taster: block scam dm/call** | 5/23/2021, 9:08 AM |
| | +1 or use very very small amount and be ready to be cleaned out. | |
| C | **corkus** | 5/23/2021, 9:08 AM |
| | UST now 0.96 🙁 | |
| J | **jim** | 5/23/2021, 9:08 AM |
| | lil guy's hung | |
| J | **jim** | 5/23/2021, 9:08 AM |
| | you hung lil man | |
| GB | **GABBAR is Back** | 5/23/2021, 9:09 AM |
| | $22 to 50c soon | |
| A | **Anthony** | 5/23/2021, 9:10 AM |
| | I will be buying. At that point. I am happy to become a ultra whale. | |
| A | **Alex ✚ ∞** | 5/23/2021, 9:10 AM |
| | what is the place to swap UST on terra for UST on ERC20 and vice versa? | |
| MY | **Mike \| GT \| Will not DM you** | 5/23/2021, 9:10 AM |
| | bridge.terra.money | |
| BL | **Bob Luna** | 5/23/2021, 9:11 AM |
| | Damn no bids | |
| S | **Seb** | 5/23/2021, 9:12 AM |
| | You can sell Luna for USDT or any other stable | |
| S | **Seb** | 5/23/2021, 9:13 AM |
| | My take is that UST is an unrealized 2% gain that you can cash out in a few days | |
| C | **Combot** | 5/23/2021, 9:13 AM |
| | Buninet has been banned! Reason: CAS ban . | |
| BL | **Bob Luna** | 5/23/2021, 9:16 AM |

CUMMIES outperforming us...

**S**   **SJ_SHARKS**                                                              5/23/2021, 9:16 AM


*Image: photo_4295@23-05-2021_09-16-40.jpg (27 KB)*

**U**   **Unknown**                                                               5/23/2021, 9:16 AM
thats such bullshit

**B**   **BJP**                                                                   5/23/2021, 9:17 AM
Lol it always could be worse.  I quit my job last friday to do crypto full time xD

**I**   **ivan**                                                                  5/23/2021, 9:17 AM
holy shit

**BL**  **Bob Luna**                                                              5/23/2021, 9:18 AM
I am sorry for your loss.

**R**   **ryan**                                                                  5/23/2021, 9:18 AM
lol

**R**   **ryan**                                                                  5/23/2021, 9:18 AM
why

**SB**  **Shillgo Baggins**                                                       5/23/2021, 9:18 AM
Can we have a community vote to kill off Anchor?

**R**   **ryan**                                                                  5/23/2021, 9:18 AM
unless ur rich alr

**JD**  **Johnny D**                                                              5/23/2021, 9:18 AM
Best timing ever😂

**KT**  **Knicky Tee**                                                            5/23/2021, 9:18 AM
So basically scammed the UST market cap to pump price and sell off their bags.

**S**   **?? Daniel | Strategy**                                                  5/23/2021, 9:18 AM
Nah, not really.

**S**    **?? Daniel | Strategy**      5/23/2021, 9:19 AM
Every project is getting rekt, Solana and Polygon too.

**B**    **BJP**      5/23/2021, 9:19 AM
Lol such is life.  All good.  Won't go hungry.

**JD**    **Johnny D**      5/23/2021, 9:19 AM
Good!

**JD**    **Johnny D**      5/23/2021, 9:19 AM
If Novo aint selling, i aint selling

**M**    **MRS**      5/23/2021, 9:19 AM
😂 omg what a decision 🙈

**S**    **?? Daniel | Strategy**      5/23/2021, 9:19 AM
Could be the coinlist cold storage wallet?

**P**    **Purevkhuu**      5/23/2021, 9:19 AM
No leverage no problem

**S**    **Sam**      5/23/2021, 9:20 AM
Nah not the same. Cascading liquidations and market selling bLuna is very specific to this Luna. Hence the heavier drop.

**U**    **Unknown**      5/23/2021, 9:20 AM
its the terra ether bridge wallet

**U**    **Unknown**      5/23/2021, 9:20 AM
used for liquidity for swapping between chains

**U**    **Unknown**      5/23/2021, 9:20 AM
unbelievable what nonsense people spreading

**U**    **Unknown**      5/23/2021, 9:20 AM
Nothing wrong with anchor, Luna was only 50c 3 months ago.....you should have expected a bear market around the corner

**U**    **Unknown**      5/23/2021, 9:21 AM
+1

**S**    **Seb**      5/23/2021, 9:21 AM
No the peg deviation is persistent so you can do it via terra station already

**U**    **Unknown**      5/23/2021, 9:21 AM
only thing wrong is user error overlevergaing

**S**    **Smokestack**      5/23/2021, 9:21 AM
It'ts amazing how many of you are whining. Have a little god damn convicton in your life.

**U**    **Unknown**      5/23/2021, 9:21 AM
and self respect 🤣

**S**    **?? Daniel | Strategy**      5/23/2021, 9:22 AM
I presume you already knew this, before investing in Luna?

**BL**    **Bob Luna**      5/23/2021, 9:24 AM
I thought the community was crazy LUNATICS. This is just sad 😞

**S**   **Smokestack**                                                                      5/23/2021, 9:24 AM
I think we all know the answer

**P**   **Purevkhuu**                                                                       5/23/2021, 9:24 AM
How come UST at $0.97

**RH**  **Romulo Heredia**                                                                  5/23/2021, 9:25 AM
Crazy that I saw this coming due to the lending. But I didn't think this soon!

**BL**  **Bob Luna**                                                                        5/23/2021, 9:25 AM
You are a genius

**BL**  **Bob Luna**                                                                        5/23/2021, 9:26 AM
Give this guy an airdrop

**RH**  **Romulo Heredia**                                                                  5/23/2021, 9:26 AM
Not a genius, I'm also hurting like everyone here!

**S**   **Smokestack**                                                                      5/23/2021, 9:26 AM
Why didn't you capitazlize by shorting?

**LG**  **Les F. Goh**                                                                      5/23/2021, 9:27 AM
hi sorry, i'm new to this, why is anchor protocol bad? i joined terra and bought luna just for it

**RH**  **Romulo Heredia**                                                                  5/23/2021, 9:27 AM
I meant in a collapse of a market this was going to happen due to us borrowing n not having a way to pay it!

**RH**  **Romulo Heredia**                                                                  5/23/2021, 9:28 AM
So the liquidation has killed luna's price!

**J**   **jim**                                                                             5/23/2021, 9:28 AM
anchor isnt bad, just the markets down and all the wee FUDs are out in force

**J**   **jim**                                                                             5/23/2021, 9:28 AM
just another FUD

**S**   **Saad**                                                                            5/23/2021, 9:28 AM
Nothing is wrong with anchor. It is working as intended. People spreading a lot of FUD

**S**   **Sam**                                                                             5/23/2021, 9:28 AM
Like everyone including I'd suggest Do, I wouldn't have expected the severity that ANC liquidations would burn UST for LUNA.

That said. I'm pretty breezy on price. I'm delegated. Not here for a day. But I do try and understand why things happen for the future.

**S**   **Saad**                                                                            5/23/2021, 9:29 AM
Anchor js has crazy downloads on NPM

**PC**  **PPerry C.**                                                                       5/23/2021, 9:29 AM
All going to directly use the cli to manage loans

**S**   **Smokestack**                                                                                5/23/2021, 9:29 AM

Seriously, its also amazing that literally everything is horribly in the red and people just want to shit on Anchor because Luna might be down 5% more than the rest. Anchor is a huge part of the ecosystem and a large part of what brink people here.

**U**   **Unknown**                                                                                  5/23/2021, 9:29 AM

Luna as collateral , just like any altcoin, it is something that can drop 90% during a bear market. It is not Anchor's fault if you didn't factor this in . The only thing that was disappointing was the congestion. That needs fixing. This needs to be a high throughput chain...or might as well use Eth

**GB**  **GABBAR is Back**                                                                           5/23/2021, 9:31 AM

40% Down 😱

**GB**  **GABBAR is Back**                                                                           5/23/2021, 9:31 AM

Soon $2 🐵

**S**   **Seb**                                                                                      5/23/2021, 9:31 AM

Bring it on brother

**S**   **Seb**                                                                                      5/23/2021, 9:31 AM

Never in my life an opportunity has been so clear

**S**   **Selltop**                                                                                  5/23/2021, 9:32 AM

anyone wondering if it's normal Luna marketcap is below terra marketcap, isn't there a negativ spiraling effect  then people are exiting ust, minting luna -> lower luna price

**S**   **Smokestack**                                                                               5/23/2021, 9:32 AM

Exactly. You know what else is pretty cool? When you buy and deposit a ton of bLuna when it's super cheap, and your collateral skyrockets over a bull run allowing you to borrow WAY more than you could have imagined. It works both ways.

**GB**  **GABBAR is Back**                                                                           5/23/2021, 9:32 AM

My usd is ready to buy more 🧑‍🌾

**S**   **Seb**                                                                                      5/23/2021, 9:32 AM

So happy to be exposed to one of the most ambitious project ever

**JD**  **Jim Duggan**                                                                               5/23/2021, 9:32 AM

Nope. Our dear leader was saying this could never happen and calling everyone who asked about the possibility "idiots". Good stress test for the ecosystem I'll give you that

**LG**  **Les F. Goh**                                                                               5/23/2021, 9:32 AM

hey guys, i'm just curious, have you heard of deflationary spirals in economics?

**S**   **?? Daniel | Strategy**                                                                      5/23/2021, 9:32 AM

Link to evidence of him saying this

**S**   **Sam**                                                                                      5/23/2021, 9:32 AM

It's. Not. Like. Any. Altcoin.

The tokenomics of it to burn backwards and forwards make it completely different. Factor in a 30% premium on liquidations and LUNA being the ONLY collateral and you get this heavy cascading affect.

**B**   **Blobimon**                                                                                 5/23/2021, 9:35 AM

Has there been a lot of talk about ust being off peg?

**RH**  **Romulo Heredia**                                                    5/23/2021, 9:38 AM
Luna may or may not be a good project.. Time will tell!!! As of now it has a lot to prove itself.  I'm still holding positive but into proven a good project we will get big investors that won't dump on bear market.

**JD**  **Jim Duggan**                                                        5/23/2021, 9:38 AM
Read the cockroach thread today. Literally in tweet 3

**JD**  **Jim Duggan**                                                        5/23/2021, 9:38 AM
As for saying it won't happen go see any of the interviews he gave literally saying there was no chance

**JD**  **Jim Duggan**                                                        5/23/2021, 9:39 AM
In any case the only play here is to short luna as a hedge and just pray it recovers

**LO**  **Luc | Orne.io**                                                     5/23/2021, 9:39 AM
gonna be fixed with col-5

**JD**  **Jim Duggan**                                                        5/23/2021, 9:40 AM
Yup

**JD**  **Jim Duggan**                                                        5/23/2021, 9:40 AM
Likely not until end of June though so pain until then

**U**  **Unknown**                                                            5/23/2021, 9:41 AM
As long as the UST peg holds somehow the project will be successful and essential  in the space, there is no algorythmic stable coin doing better

**M**  **Mig**                                                                5/23/2021, 9:42 AM
what if luna will go down bellow the peg?

**B**  **Blobimon**                                                           5/23/2021, 9:42 AM
Lol, what about Dai?

**B**  **Blobimon**                                                           5/23/2021, 9:42 AM
Luna has no peg?

**U**  **Unknown**                                                            5/23/2021, 9:42 AM
Dai is not algorythmic, it has USDC reserves

**M**  **Mig**                                                                5/23/2021, 9:42 AM
UST have to luna

**U**  **Unknown**                                                            5/23/2021, 9:46 AM
As long as Luna's value is more than 0,  the UST peg should hold

**M**  **Marcow**                                                             5/23/2021, 9:49 AM
When UST 0.90?

**U**  **Unknown**                                                            5/23/2021, 9:49 AM
Soon

**B**  **BJP**                                                                5/23/2021, 9:49 AM
Haha can only laugh to keep from crying.  I think we'll be all right though

**M**  **Marcow**                                                             5/23/2021, 9:50 AM
It's 0.95 ser

**M**  **Marcow**                                                             5/23/2021, 9:50 AM

Luna need to rush on the pegging some how

**M**    **Mryoda**                                       5/23/2021, 9:50 AM
Should I sell my UST?

**N**    **ngavol**                                         5/23/2021, 9:50 AM
ust holders have the strongest diamond hand out there rn lol

**J**    **jim**                                             5/23/2021, 9:50 AM
doge just flipped BNB and half of yous are tryna FUD Luna in its early days during peak dip 😂

**M**    **Mryoda**                                       5/23/2021, 9:51 AM
Im loosing a lot with that 4%

**U**    **Unknown**                                     5/23/2021, 9:51 AM
Look at Kucoin, everyone panic selling UST 😂

**B**    **bthemouth**                                  5/23/2021, 9:52 AM
Why would they sell UST

**B**    **bthemouth**                                  5/23/2021, 9:52 AM
I don't understand

**N**    **ngavol**                                        5/23/2021, 9:52 AM
meanwhile usdc trading 0.99999 @ 1.0000001 lol

**B**    **bthemouth**                                  5/23/2021, 9:52 AM
I would be buying ust from any other pegged coin

**B**    **baggygram**                                  5/23/2021, 9:52 AM
Why would anyone sell ust. Stick it in anchor if you have a load

**M**    **Marcow**                                       5/23/2021, 9:53 AM
UST is getting lower every day

**M**    **Marcow**                                       5/23/2021, 9:53 AM
Ppl are afraid

**N**    **ngavol**                                          5/23/2021, 9:54 AM
i was afraid 2 weeks ago and sold it all

**M**    **Marcow**                                       5/23/2021, 9:54 AM
This is very bad for luna

**M**    **Marcow**                                       5/23/2021, 9:54 AM
Most ppl did but to ust

**N**    **ngavol**                                          5/23/2021, 9:54 AM
i meant ust

**N**    **ngavol**                                          5/23/2021, 9:54 AM
i still hold luna

**J**    **jim**                                             5/23/2021, 9:55 AM
how can they get through life with hands so weak, surprised they can push the sell

**D**   **dec3ntraliz3d**                                                    5/23/2021, 9:55 AM

I was promised up only Luna. I guess i need to keep buying until we go up ..

**N**   **ngavol**                                                          5/23/2021, 9:56 AM

there is still hundreds of millions of liquidity in mirror that could come out though. apys keep going down/ why would people hold ust if its not doing anything for them

**N**   **ngavol**                                                          5/23/2021, 9:56 AM

I agree more ppl should be putting into anchor

**J**   **jim**                                                             5/23/2021, 9:56 AM

guy was referring to quantity... obviously 😂

**FG**  **Felipe GC**                                                       5/23/2021, 9:56 AM

😂

**B**   **bthemouth**                                                       5/23/2021, 9:57 AM



*Image: photo_4296@23-05-2021_09-57-21.jpg (196 KB)*

**B**   **bthemouth**                                                       5/23/2021, 9:57 AM

Don't mind if I use this

**JD**  **Johnny D**                                                        5/23/2021, 9:57 AM

Wtf

**FG**  **Felipe GC**                                                       5/23/2021, 9:58 AM

They really be trying to get people to borrow lol

**B**   **BJP**                                                             5/23/2021, 9:58 AM

Shhhh...you'll awaken the whales

**T**   **TellYouWhat**                                                     5/23/2021, 9:58 AM

Luna pain is real..until a point of time I stop DCA ..last dip bought at $7

**S**   **Selltop**                                                         5/23/2021, 9:58 AM

terra mkcap is 2 billion while luna 1

**S**   **Selltop**                                                         5/23/2021, 9:58 AM

1.8*

**B**   **bthemouth**                                                       5/23/2021, 9:58 AM

There is no one with borrowed money anymore

**B** | **bthemouth** | 5/23/2021, 9:58 AM
Lol

**B** | **bthemouth** | 5/23/2021, 9:58 AM
Everyone liquidated

**B** | **bthemouth** | 5/23/2021, 9:59 AM
It will eventually stop

**S** | **Selltop** | 5/23/2021, 9:59 AM
way too risky to borrow

**B** | **BJP** | 5/23/2021, 9:59 AM
Lol it can go to $0.50.

**I** | **ivan** | 5/23/2021, 9:59 AM
best time to borrow is now bottom is in buy buy buy (said no one ever) 🤣

**B** | **BJP** | 5/23/2021, 9:59 AM
But hoping it doesn't.  I'm hodling either way

**J** | **jim** | 5/23/2021, 10:00 AM
i'll never repay the loan

**N** | **newbley _** | 5/23/2021, 10:00 AM
because in some countries, you cant cash out UST to fiat. In my country, only USDT is accepted so go figure. 🤷

**J** | **jim** | 5/23/2021, 10:00 AM
i'll just throw bluna at it anyway possible

**D** | **DAD ??◉** | 5/23/2021, 10:01 AM
hi guys! where you staking? at TERRA VALIDATORS or in KUCOIN?

**J** | **JBAIX** | 5/23/2021, 10:02 AM
Anchor is best idea ever on banking protocol, it just not fully ready yet, it's like some big luna holder and have enough power to shorting it and  playing with liquidation , because luna is free falling , I doubt if it just weak hand sold their luna make this price movement. Hope this wont happen again...

**J** | **jim** | 5/23/2021, 10:02 AM
just say they gave dates the price would just pump n dump anyway

**B** | **bthemouth** | 5/23/2021, 10:02 AM
Why? I'm going to repay a part of it so I don't get liquidated. Why would you want to be without your bLUNA?

**U** | **Unknown** | 5/23/2021, 10:02 AM
If UST survives this extreme dump market, would be proof that the Terra Luna system works. exchanges will take notice and might start listing it, and merchants accepting it

**J** | **jim** | 5/23/2021, 10:03 AM
i wont be without it, i'll increase my collateral size

**B** | **bthemouth** | 5/23/2021, 10:04 AM
Ah ok. I've done through this time until now. I'm paying a part back just in case

**J** | **jim** | 5/23/2021, 10:05 AM
i dun blame you fren !!

| J | **jim** | 5/23/2021, 10:05 AM |

yeah would be nice, not like it actually changes anything apart from a time window on price movement tho

| BB | **Billy Bob** | 5/23/2021, 10:05 AM |

This is not pegged to usd dollar?

| X | **X** | 5/23/2021, 10:06 AM |

Bro dont blame it on the system. Blame it in Justin Sun

| 刺 | **刺突蛋** | 5/23/2021, 10:07 AM |

wht's happening with UST peg?

| X | **X** | 5/23/2021, 10:07 AM |

https://twitter.com/justinsuntron/status/1396356341137088512?s=21

| X | **X** | 5/23/2021, 10:07 AM |

This all started the bear market

| D | **Dennis** | 5/23/2021, 10:08 AM |

it's OGRE

| RS | **R S** | 5/23/2021, 10:08 AM |

What's happening to ust lol

| RS | **R S** | 5/23/2021, 10:08 AM |

Isn't it stable coin

| Z | **Zzzzzzzzzzzzzzzzzzzzzzzar** | 5/23/2021, 10:10 AM |

UST on kucoin is getting nuked

| R | **River ?▣    to 100$** | 5/23/2021, 10:10 AM |

UST = 0.9 $ !!! now. What ??

| RS | **R S** | 5/23/2021, 10:10 AM |

Isn't it supposed to be stable in so confused

| # | **?????? ??????** | 5/23/2021, 10:10 AM |

Guys, I missed this vote but what we're the reasons given in argument against reducing unstaking time from 21 days to 7? 21 days is such a long ass time 😅😅🙇

| GS | **Gurmeet Singh** | 5/23/2021, 10:10 AM |

10% now

| D | **Dennis** | 5/23/2021, 10:10 AM |

PEG LUL

| J | **jim** | 5/23/2021, 10:11 AM |

your confused because you haven't research your investment

| X | **X** | 5/23/2021, 10:12 AM |

No. Not unless Justin Sun stop banging another man's wife

| U | **Unknown** | 5/23/2021, 10:12 AM |

Guys dont complaint, kwon will abuse us and call us fools and cockroaches

| J | **jim** | 5/23/2021, 10:12 AM |

exactly

**LK**  **Liquidity King**                                                      5/23/2021, 10:12 AM
is the arb loop broken?

**S**  **Suraj**                                                                5/23/2021, 10:12 AM
hey can i stake terra and earn some reward?

**LK**  **Liquidity King**                                                      5/23/2021, 10:12 AM
is there a daily capacity constraint like there was on the way up?

**LK**  **Liquidity King**                                                      5/23/2021, 10:12 AM
that col5 helps?

**JS**  **Jaimin Sibal**                                                        5/23/2021, 10:13 AM
I'm going into a coffin with an IV attached to my arm filled with morphine…the machine will turn off when there is a price recovery until then I'll sleep 😂😂😂

**刺**  **刺突蛋**                                                              5/23/2021, 10:13 AM
Don't understand why the arb loop is not functioning..

**JS**  **Jaimin Sibal**                                                        5/23/2021, 10:13 AM
Induced coma 😅

**U**  **Unknown**                                                             5/23/2021, 10:13 AM
because low float

**S**  **Smokestack**                                                          5/23/2021, 10:13 AM
Damn gotta say, .92 for UST is a little worrying

**PD**  **Poom | I will Never DM**                                             5/23/2021, 10:14 AM
will ust comeback to 1 usd?

**JS**  **Jaimin Sibal**                                                        5/23/2021, 10:14 AM
Yes

**S**  **Smokestack**                                                          5/23/2021, 10:14 AM
It should

**#**  **?????? ??????**                                                       5/23/2021, 10:14 AM
Nobody knows what's happening, just ignore and come back in a few weeks

**C**  **condoriano**                                                          5/23/2021, 10:14 AM
probably luna will go to 1usd

**JS**  **Jaimin Sibal**                                                        5/23/2021, 10:14 AM
Damn my morphine might run out until then 😕😂

**FL**  **Fat L**                                                              5/23/2021, 10:15 AM
It means someone is dumping UST right now, probably to cause fear, the volume is much higher than what bots can arb with probably and system congestion due to chain liquidations

**#**  **?????? ??????**                                                       5/23/2021, 10:15 AM
Simple, believe in Terra and Luna - hold and forget, you're worried - sell

| | | |
|---|---|---|
| JD | **Johnny D** | 5/23/2021, 10:15 AM |
| | We failed . | |
| S | **Smokestack** | 5/23/2021, 10:15 AM |
| | Anyone know what causes UST to drop to .82 in December? | |
| E | **Evo** | 5/23/2021, 10:15 AM |
| | UST cannot keep the peg | |
| B | **Blobimon** | 5/23/2021, 10:15 AM |
| | True | |
| # | **?????? ??????** | 5/23/2021, 10:15 AM |
| | The amount of panic is unreal | |
| U | **Unknown** | 5/23/2021, 10:16 AM |
| | Ust failed the test😊 | |
| B | **Blobimon** | 5/23/2021, 10:16 AM |
| | 96c for a single dollar | |
| JS | **Jaimin Sibal** | 5/23/2021, 10:16 AM |
| | Obviously…this drop eclipses the biggest drops during any bull run in the past | |
| J | **JT** | 5/23/2021, 10:16 AM |
| | Hopefully Luna can be a stable coin at $1 | |
| # | **?????? ??????** | 5/23/2021, 10:16 AM |
| | I'm $120,000 worse off than this time last week but I don't actually give a fuck | |
| JD | **Johnny D** | 5/23/2021, 10:16 AM |
| | Yeah selling ur powerwheels lambo wont get u anything | |
| BP | **Bitcoin Papi** | 5/23/2021, 10:16 AM |
| | Lol | |
| B | **baggygram** | 5/23/2021, 10:17 AM |
| | What he said | |
| B | **baggygram** | 5/23/2021, 10:17 AM |
| | Nobody knows what's happening, just ignore and come back in a few weeks | |
| S | **Smokestack** | 5/23/2021, 10:17 AM |
| | Same, but people are in different positions. But I do agree if you are overly worried you are probably to invested. | |
| B | **Blobimon** | 5/23/2021, 10:17 AM |
| | If you dont care about 120k you can feel free to give me a few grand | |
| U | **Unknown** | 5/23/2021, 10:17 AM |
| | Where some fear others see opportunity | |
| BP | **Bitcoin Papi** | 5/23/2021, 10:17 AM |
| | My question is can I leave my money on anchor protocol for 3-4 months and come back to $1 UST? | |

**S**   **Smokestack**                                                                         5/23/2021, 10:17 AM
Believe me I'll be buying all the way to 0

**#**   **?????? ??????**                                                                      5/23/2021, 10:17 AM
I don't care because there's nothing I can do

**JS**  **Jaimin Sibal**                                                                       5/23/2021, 10:17 AM
Wow 92 cents

**JS**  **Jaimin Sibal**                                                                       5/23/2021, 10:17 AM
That's bad

**#**   **?????? ??????**                                                                      5/23/2021, 10:18 AM
Crying on Twitter or telegram is pointless

**B**   **Blobimon**                                                                           5/23/2021, 10:18 AM
Coingecko says its at 94c

**#**   **?????? ??????**                                                                      5/23/2021, 10:18 AM
You're not gonna get the answers you want here

**JS**  **Jaimin Sibal**                                                                       5/23/2021, 10:18 AM
It's gone up to 94 cents now

**S**   **Smokestack**                                                                         5/23/2021, 10:18 AM
Yeah I feel the same. I've lost a shit ton of money and I'm relativley non-chelant. Doesn't mean speculation isn't allowed
on wether the system is failing or not. I think this will probably be the greatest test it can have.

**J**   **jim**                                                                               5/23/2021, 10:19 AM
myyy maaan

**B**   **Blobimon**                                                                           5/23/2021, 10:19 AM
I mean i dont plan to sell my stablecoins for a loss thats for sure, im almost cerrain its coming back up

**BP**  **Bitcoin Papi**                                                                       5/23/2021, 10:19 AM
Will ust go back to $1?

**JS**  **Jaimin Sibal**                                                                       5/23/2021, 10:19 AM
Maybe we will all feel better if there was a beating of the Elon

**B**   **Blobimon**                                                                           5/23/2021, 10:19 AM
THE elon

**BP**  **Bitcoin Papi**                                                                       5/23/2021, 10:19 AM
Much better

**JS**  **Jaimin Sibal**                                                                       5/23/2021, 10:19 AM
Or should I say Alon 😄

**FL**  **Fat L**                                                                             5/23/2021, 10:19 AM
Yes it will go back to $1 when the market is stable alternatively you can convert it to Luna on chain and sell it in exchange

**B**   **Blobimon**                                                                           5/23/2021, 10:20 AM
True, nothing fundementally changed, it works when the markets are stable

**JS**  **Jaimin Sibal**                                                                       5/23/2021, 10:21 AM
If we pass the stress-test you mean 😄

**S**  **Smokestack**                                                    5/23/2021, 10:21 AM
The peg wiil return, it doesn't mean Luna won't be minted and drop much much lower to get us there.

**C**  **Cephii**                                                        5/23/2021, 10:22 AM
Doesn't luna have to be burned to re-peg ust or am I missing something?

**김**  **김치찌개**                                                        5/23/2021, 10:23 AM
You guys worry too much. I am using CHAI card everyday without single problem. It has real use here in Korea.

**S**  **Smokestack**                                                    5/23/2021, 10:23 AM
Opposite way around for when UST is lower than $1

**I**  **Ivo**                                                           5/23/2021, 10:23 AM
Good to hear 👍

**김**  **김치찌개**                                                        5/23/2021, 10:23 AM
That 0.92 peg worry sounds soooo unreal to me.

**MG**  **Maarten | GT**                                                 5/23/2021, 10:24 AM
its more like 0.95

**#**  **?????? ??????**                                                 5/23/2021, 10:24 AM
Let's all relax, grab a beer and come back later in the year 🤣👍

**C**  **Cephii**                                                        5/23/2021, 10:24 AM
Why is ust dropping in value in the first place? So it is basically time to buy ust now?

**김**  **김치찌개**                                                        5/23/2021, 10:24 AM
People trade too much, act like gamblers. We are lunatics, building real shit!

**B**  **Blobimon**                                                      5/23/2021, 10:24 AM
.93$ on coingecko

**S**  **Saren**                                                         5/23/2021, 10:24 AM
really good to hear

**MG**  **Maarten | GT**                                                 5/23/2021, 10:25 AM
don't look at coingecko

**MG**  **Maarten | GT**                                                 5/23/2021, 10:25 AM
check the actual orderbooks

**S**  **Smokestack**                                                    5/23/2021, 10:25 AM
Yeah if you believe the peg will return which I do, now would be a smart time to trade a lot of USDC or USDT for UST

**MG**  **Maarten | GT**                                                 5/23/2021, 10:25 AM
coingecko etc aggregates the price from all kinds of pairs that are not efficiently arbed

**S**  **Saren**                                                         5/23/2021, 10:25 AM
i farm ust-busd pair on pantherswap so I am a bit worried

**S**  **Saren**                                                         5/23/2021, 10:25 AM
I don't suppose to have IL risk

**B**  **Blobimon**                                                      5/23/2021, 10:26 AM

If it goes to 90c im swapping all of the usdt i have for ust

**C**   **Cephii**                                                      5/23/2021, 10:26 AM

Ok good to know, I guess it depends on the ust price on the particular exchange

**B**   **Blobimon**                                                   5/23/2021, 10:26 AM

Yeah, but im on my phone so its easier to check that way, its not top far off either way

**TR**  **T R**                                                        5/23/2021, 10:26 AM

why is the peg off?

**TR**  **T R**                                                        5/23/2021, 10:27 AM

this is some FUD fueling material..

**M**   **Mryoda**                                                     5/23/2021, 10:27 AM

Because the protocol is not so good

**TR**  **T R**                                                        5/23/2021, 10:27 AM

0.93??

**김**  **김치찌개**                                                    5/23/2021, 10:27 AM

Ust here in Korea has the same value of $1. If you are worried, decrease your position, instead saying groundless FUD!

**M**   **Mryoda**                                                     5/23/2021, 10:27 AM

If you compare it with makerDAO

**S**   **Smokestack**                                                 5/23/2021, 10:28 AM

Watch your filthy mouth

**B**   **bthemouth**                                                  5/23/2021, 10:28 AM

Why is the station giving me 4.74 ust per LUNA. But when swapping only offers 4.92??

**B**   **bthemouth**                                                  5/23/2021, 10:28 AM



Image: photo_4297@23-05-2021_10-28-32.jpg (218 KB)

**B**   **bthemouth**                                                  5/23/2021, 10:28 AM



*Image: photo_4298@23-05-2021_10-28-32.jpg (144 KB)*

**B**  **Blobimon**                                                                5/23/2021, 10:28 AM
Stop talking like that, filthy lol, youre salty

**U**  **Unknown**                                                                 5/23/2021, 10:28 AM
Maker uses USDC, it is not algoryhmic

**S**  **Smokestack**                                                              5/23/2021, 10:29 AM
Was I replying to you?

**LG**  **Les F. Goh**                                                             5/23/2021, 10:29 AM
omg yall chill

**B**  **Blobimon**                                                                5/23/2021, 10:29 AM
We are all here talking to each other, and yes, it seems there is something off with the algorithm. Why are you taking jt so
personally?

**S**  **Saren**                                                                   5/23/2021, 10:30 AM
how do you check UST's price in korea?

**S**  **Smokestack**                                                              5/23/2021, 10:30 AM
I'm not, I couldn't have meant what I said any less seriously.

**M**  **Mryoda**                                                                  5/23/2021, 10:30 AM
eth*

**TR**  **T R**                                                                    5/23/2021, 10:30 AM
Ust here in Korea has the same value of $1 ???

**B**  **Blobimon**                                                                5/23/2021, 10:30 AM
A fifth grader it seems

**S**  **Smokestack**                                                              5/23/2021, 10:31 AM
Ah, good one.

**U**  **Unknown**                                                                 5/23/2021, 10:31 AM
No, they use many collaterals including USDC

**R**  **RonsenBurnsen**                                                           5/23/2021, 10:31 AM


*Attachment: mp4 (86).mp4 (160 KB)*

**S**  **Smokestack**                                                              5/23/2021, 10:31 AM
I'm actually in 6th thank you.

**김**    **김치찌개**         5/23/2021, 10:31 AM

CHAI card automatically changes my billing amount to UST. It's managed by BC card co., which is managed by several banks in Korea.

**M**    **Mryoda**         5/23/2021, 10:32 AM

The point is, I don't care if Luna's price go down 90%. But terra is somehow doing a promise, with TerraSDK. That it will remain stable relative to USD. If the token goes down 8% from it's relative peg, it means that it fail

**M**    **Mryoda**         5/23/2021, 10:32 AM

Simply as that

**김**    **김치찌개**         5/23/2021, 10:32 AM

So, as long as I can use my CHAI card without a problem, it is guaranteed by banks!

**S**    **Saren**         5/23/2021, 10:33 AM

so korea banks are behind ust?

**JS**    **Jaimin Sibal**         5/23/2021, 10:33 AM

Well exchanges are not trading 1 UST for 1 USD at the moment that's a fact

**김**    **김치찌개**         5/23/2021, 10:33 AM

Well, I bought and ate a pizza today, by CHAI card.

**S**    **Smokestack**         5/23/2021, 10:33 AM

It failed for the time being, sure. Maybe something can be implemented in the future. Don't sell UST right now and you are okay. Of course no one wants UST to drop to .92, but the ecosystem is still far away from what any other project is doing

**M**    **Mryoda**         5/23/2021, 10:34 AM

Of course im not selling, I beliave that Terra protocol is amazing. I just concern

**S**    **Smokestack**         5/23/2021, 10:34 AM

Yeah, its valid

**김**    **김치찌개**         5/23/2021, 10:35 AM

Not the central bank, several banks. BC is like CUP or UPI in China  I guess.

**S**    **Smokestack**         5/23/2021, 10:35 AM

I'll let Do know, should just take a couple minutes. Thanks for bringing it to our attention.

**B**    **Blobimon**         5/23/2021, 10:36 AM

Wait what? Its off the peg? Since when???

**S**    **Smokestack**         5/23/2021, 10:36 AM

How bout something possitive, if you are able to borrow right now 295% is pretty sick

**O**    **OIO**         5/23/2021, 10:36 AM



*Image: photo_4299@23-05-2021_10-36-56.jpg (68 KB)*

**김치찌개**                                                   5/23/2021, 10:37 AM
Exchanges can be wrong for somerimes. Real world comes first.

**Mryoda**                                                   5/23/2021, 10:37 AM
How to do arbitrage. How to swap UST to 1$ worth of LUNA? Anybody knows?

**OIO**                                                   5/23/2021, 10:37 AM
It's not something specific to UST

**Saren**                                                   5/23/2021, 10:37 AM
the peg is getting fixed at least at kucoin

**Jaimin Sibal**                                                   5/23/2021, 10:37 AM
Agree but we are all using the online platform here not chai. If we need to trade we can only do so through an exchange at the moment

**Papi**                                                   5/23/2021, 10:37 AM
um, maybe,

**Smokestack**                                                   5/23/2021, 10:38 AM
For real arbitrage I beleive a bot is needed and you need to know what you are doing to set it up.

**Papi**                                                   5/23/2021, 10:38 AM
its probably gonna take a while

**Saren**                                                   5/23/2021, 10:38 AM
yep

**Jaimin Sibal**                                                   5/23/2021, 10:38 AM
I really love terra, but I hope this is improved because in crypto big crashes are very common

**Saad**                                                   5/23/2021, 10:38 AM
I really hope so. That is what concerns me the most. Arbitrage should be made much much easier

**Smokestack**                                                   5/23/2021, 10:38 AM
https://hummingbot.io/blog/2021-01-terra-amm-arbitrage-trade/

**JS**   **Jaimin Sibal**                                                     5/23/2021, 10:38 AM

(And the crash isn't over btw)

**O**   **OIO**                                                              5/23/2021, 10:39 AM

It was back a couple hours ago , the market is wild af rn lol , solid contribution

**S**   **Saad**                                                            5/23/2021, 10:39 AM

it is getting fixed actually

**O**   **OIO**                                                              5/23/2021, 10:39 AM



*Image: photo_4300@23-05-2021_10-39-48.jpg (67 KB)*

**S**   **Saren**                                                           5/23/2021, 10:39 AM



*Image: photo_4301@23-05-2021_10-39-50.jpg (16 KB)*

**S**   **Smokestack**                                                      5/23/2021, 10:39 AM

Yeah that .95 for every $1 USD

**C**   **CGA**                                                             5/23/2021, 10:39 AM

It's 0.97 now but yes it's a real test

**김**   **김치찌개**                                                         5/23/2021, 10:40 AM

Well, then exchanges will and should follow the real use cases in the long term. We can be patient or cut our losses and leave.

**S**   **Saren**                                                           5/23/2021, 10:40 AM

anyone bought ust's dip should enjoy

**O**   **OIO**                                                             5/23/2021, 10:40 AM

Fiat back stables , and actual fiat itself fluctuates

**C**  **corkus**                                                                                5/23/2021, 10:40 AM

where can we see how much Luna is minted in real time?

**I**  **is**                                                                                    5/23/2021, 10:41 AM

luna is my biggest L.. and i couldnt even sell because of staking 🙂)

**JS**  **Jaimin Sibal**                                                                         5/23/2021, 10:41 AM

Yes it is!!!

**C**  **CGA**                                                                                   5/23/2021, 10:41 AM

Before the new proposal by Jump is implemented, let's see how we navigate through this. 🙂

**S**  **Saad**                                                                                  5/23/2021, 10:41 AM

UST -> LUNA -> bLUNA dip ser

**FL**  **Fat L**                                                                                5/23/2021, 10:41 AM

UST is 0.95 cause of high selling volume, someone selling UST instead of Lunas which depresses the price. Seems to be an intentional attack to cause FUD, Luna is also heavily shorted on binance futures.

The arbitrage bots are not able to cope with the increased sell volume but the peg will always be 1:1 unless Luna has zero value.

In fact you can make profit by buying UST, sending it to terra station, mint it into Luna then sell it back for UST

**S**  **Shreyas**                                                                              5/23/2021, 10:41 AM

new user of terra ecosystem. moved a large sum few days ago and now in huge loss coz of peg. very disappointed. no fud but this needs to be fixed. It won't happen on its own. Stablecoin is supposed to hold peg.. below 0.95 is absolutely not acceptable

**O**  **OIO**                                                                                  5/23/2021, 10:42 AM

You can make a profit many ways off this scenario

**O**  **OIO**                                                                                  5/23/2021, 10:43 AM

That's the point

**B**  **Blobimon**                                                                             5/23/2021, 10:45 AM

The price is much better ok KuCoin, Usdt/Ust pair

**S**  **Saad**                                                                                  5/23/2021, 10:45 AM

bLUNA-LUNA liquidity pool should have good returns right now. Any way to check?

**LG**  **Les F. Goh**                                                                          5/23/2021, 10:45 AM

correct me if i'm wrong, but luna works like this, right?  demand for ust goes up -> ust price increase -> need for counterbalance -> luna is burned to mint ust

**X**  **X**                                                                                    5/23/2021, 10:45 AM

How do i supply liquidity and earn? I check terraswap, it does not have stake feature. Only provide

**U**  **Unknown**                                                                              5/23/2021, 10:46 AM

The problem is not being listed on big exchanges with big liquidity. So when someone wants to exit UST on kucoin he crashes the price

**S**  **Saad**                                                                                  5/23/2021, 10:46 AM

You still earn fees. I think they should be very high right now and the pool is small.

**S**  **Shreyas**                                                                              5/23/2021, 10:48 AM

den dont call usta a stablecoin

**VK**   **Vale Kris**                                                                    5/23/2021, 10:48 AM
pls re-peg sir my familia

**U**   **Unknown**                                                                    5/23/2021, 10:49 AM
on Terra Luna network the peg is always pretty stable, the devs can't do anything about whales dumps on kucoin apart
from adding liquidity bots there.

**NA**   **Nityam Agarwal**                                                            5/23/2021, 10:49 AM
U banned me😄😄

**O**   **OIO**                                                                        5/23/2021, 10:50 AM
Bounce to 12$ incoming

**M**   **Mryoda**                                                                    5/23/2021, 10:50 AM
You know in which doc I can find this info?

**X**   **X**                                                                        5/23/2021, 10:50 AM
Yea i thought u scammer lol why dm me. Hmu here

**NA**   **Nityam Agarwal**                                                            5/23/2021, 10:50 AM
It's something not related to luna that's why

**BD**   **BigB - Smart Stake Validator - Dont Trust DMs**                              5/23/2021, 10:51 AM
First address on
lunarichlist.com

**S**   **Saren**                                                                      5/23/2021, 10:51 AM
hi

**NA**   **Nityam Agarwal**                                                            5/23/2021, 10:51 AM
Ik it sounds kinda awkward.. But I've something important to point out

**S**   **Saren**                                                                      5/23/2021, 10:51 AM
what stops me from buying ust using usdt on pancakeswap, transfer to kucoin, sell ust for usdt, and repeat?

**S**    **Saren**    5/23/2021, 10:52 AM
at least 2% is earned each arbitage



*Image: photo_4302@23-05-2021_10-52-36.jpg (28 KB)*

**S**    **Saren**    5/23/2021, 10:52 AM



*Image: photo_4303@23-05-2021_10-52-36.jpg (14 KB)*

**S**    **Saren**    5/23/2021, 10:52 AM
loooool

**MG**    **Maarten | GT**    5/23/2021, 10:52 AM
nice

**S**    **Saren**    5/23/2021, 10:53 AM
plus you get ust's peg to normal in process

**X**    **X**    5/23/2021, 10:53 AM
What app is this?

**S**    **Saren**    5/23/2021, 10:53 AM
pancakeswap

**S**    **Saren**    5/23/2021, 10:53 AM

it's on bsc chain tho

**Edge**                                                          5/23/2021, 10:54 AM
No fud plz

**ivan**                                                          5/23/2021, 10:55 AM
gogogo save UST peg

**Edge**                                                          5/23/2021, 10:56 AM
So was that twitter fud article just baseless fud

**K B**                                                           5/23/2021, 10:57 AM
how can you transfer bsc ust to kucoin ? they support bsc ?

**Saren**                                                         5/23/2021, 10:57 AM
oh no, kucoin ust deposit is available only in terra and erc20

**Saren**                                                         5/23/2021, 10:58 AM
no bsc support

**K B**                                                           5/23/2021, 10:58 AM
maybe ust on more exchanges , and also binance is the last puzzle needed for more arbs

**Ivo**                                                           5/23/2021, 11:01 AM
Just got this message from a massive whale friend of mine thought id share to keep everyone rational at this crazy tome

**Ivo**                                                           5/23/2021, 11:01 AM
Time

**Ivo**                                                           5/23/2021, 11:02 AM
"Yes, UST/LUNA are used as collateral for one another. In theory yes it is not good for luna to be lower mcap.

However, this is insanely unique market crisis, down 70% in a week that is fucking insane plus mass liquidations on anchor.

We have to remember nobody can avoid such a feat, even the dxy dollar index ripped higher in the March crash of equities.

This is kind of a hyperinflationary dangerous timee were in due to the forced selling of luna and forced minting to burn and get back to $1 so these selloffs go hand in hand to fuck eachother.

But when the dust settles everything will be fine.

And in future when terra grows  much larger in mcap these situations can be handled better and they can add things to allow bigger measures to be taken to solve issues like this like being able to burn more luna or more incentives for stability reserve arbs to keep peg $1.

Long term I am still bullish but man this shit sucks.

Let's just be rational and remember why we invested"

**Maarten | GT**                                                 5/23/2021, 11:03 AM
I like your whale friend

**E**                                                             5/23/2021, 11:10 AM
If ust demand is so weak as implied by the Luna price, how come the outstanding ust supply has barely moved? Does that imply most of this Luna move is non-fundamental?

**CS**  **Crypto Surfer**                                    5/23/2021, 11:10 AM

What happens to ust  if Luna dips below dollar

**MG**  **Maarten | GT**                                     5/23/2021, 11:11 AM

ust is getting burned



*Image: photo_4304@23-05-2021_11-11-33.jpg (56 KB)*

**F**  **Fizz**                                              5/23/2021, 11:13 AM

nothing

**F**  **Fizz**                                              5/23/2021, 11:13 AM

it was below a dollar before

**F**  **Fizz**                                              5/23/2021, 11:13 AM

peg mechanjisms stay in plac

**F**  **Fizz**                                              5/23/2021, 11:13 AM

show carries on

**S**  **Shreyas**                                           5/23/2021, 11:13 AM

try nerve finance.. even better.. pancakeswap has high LP fee

**PS**  **P S**                                              5/23/2021, 11:13 AM

Where can I find the jump proposal pls?  I can't see how the  arbitrage works when KuCoin has Luna/UST, Luna/USDT, and USDT/UST listed.  There is an arbitrage if any of these three pairs is out of whack, but USDT/UST can trade at 1.1, and there's no arbitrage if Luna/UST and Luna/USDT prices are 10% different

**C**  **corkus**                                            5/23/2021, 11:13 AM

12 mill and 113k is burned?

**S**  **Shreyas**                                           5/23/2021, 11:14 AM

but u wud pay 1% in bridge.. kucoin doesn't support bsc network

**F**  **Fizz**                                              5/23/2021, 11:14 AM

*Image: photo_4305@23-05-2021_11-14-55.jpg (66 KB)*

**U**   **Unknown**                                                                                          5/23/2021, 11:14 AM

Hello is there a guide somewhere on how to redeem my UST 1 for 1?

**E**   **E**                                                                                               5/23/2021, 11:15 AM

Moves are UST tiny compared to the collapsed in Luna though right?

**F**   **Fizz**                                                                                            5/23/2021, 11:15 AM

looks like sypply up

**MY**   **Mike | GT | Will not DM you**                                                                    5/23/2021, 11:15 AM

People are using UST as a safe haven still. Probably even lots of people moving from LUNA into UST. It makes sense.

**TP**   **The Pipe**                                                                                       5/23/2021, 11:16 AM

any consolation Aave peeled off 2 billion in 24 hours

**E**   **E**                                                                                               5/23/2021, 11:16 AM

Thank you, I'm sure it makes sense. I'm just trying to discern that the LUNA selloff is not a result of the mechanical burning of UST, looks to me like the magnitude of the LUNA selloff is way more than what the fall in ust demand implies?

**C**   **CGA**                                                                                            5/23/2021, 11:17 AM

https://agora.terra.money/t/liquidity-parameters-2/1175

**C**   **CGA**                                                                                            5/23/2021, 11:18 AM

For arbitrage you need to use LUNA-UST pair on Terraswap or Station

**C**   **corkus**                                                                                         5/23/2021, 11:18 AM

because on station there is this protocol discount?

**U**   **Unknown**                                                                                         5/23/2021, 11:19 AM

is there a bridge from BSC to ETH/Terra?

**CF**   **Cryptonian | finnt**                                                                             5/23/2021, 11:20 AM

What's going on with this "algo"

**C**   **CGA**                                                                                            5/23/2021, 11:20 AM

bridge.terra.money

**CF**   **Cryptonian | finnt**                                                                             5/23/2021, 11:20 AM

My stables are worth less

**U**   **Unknown**                                                                                         5/23/2021, 11:20 AM

thanks mate

**PS**   **P S**                                                                                           5/23/2021, 11:20 AM

I know, but the Luna/UST on-chain off-chain arbitrage is now a direct arbitrage (buy Luna/UST on chain and simultaneously sell Luna/UST off chain).

PS    **P S**        5/23/2021, 11:21 AM

Arbitrageurs just shuttle Luna and UST back and forth

C    **CGA**        5/23/2021, 11:21 AM

The turmoil in the markets has led to UST deviating from 1:1
But it's coming back slowly

Also Jump has submitted a proposal for more effective peg management using on-chain parameters

PS    **P S**        5/23/2021, 11:22 AM

I don't see where the incentive for UST to trade at 1USD comes from

C    **CGA**        5/23/2021, 11:22 AM

https://agora.terra.money/t/liquidity-parameters-2/1175

C    **CGA**        5/23/2021, 11:22 AM

It's convert UST to LUNA on-chain and sell LUNA in LUNA-USDT off chain

AB    **Ali B**        5/23/2021, 11:23 AM

| | | |
|---|---|---|
| 🌎 **TerraUSD** 44 UST | | **$1.99B** |
| ⚫ **Terra** 45 LUNA | | **$1.82B** |

*Image: photo_4306@23-05-2021_11-23-20.jpg (11 KB)*

C    **CGA**        5/23/2021, 11:23 AM

Irrespective of market price of UST- you can exchange it for 1 USD worth of LUNA on-chain and then sell it on exchanges

AB    **Ali B**        5/23/2021, 11:24 AM

How bad is UST market cap is above LUNA market cap?

PS    **P S**        5/23/2021, 11:24 AM

So on chain, 1 UST = 1 USD?

C    **CGA**        5/23/2021, 11:24 AM

https://t.me/mirror_protocol/173206

M    **Malvin**        5/23/2021, 11:24 AM

Aayush

C    **CGA**        5/23/2021, 11:25 AM

Yes- effectively

M    **Malvin**        5/23/2021, 11:25 AM

Long run prediction kya h?

**C**  **CGA**                                                                5/23/2021, 11:25 AM
Prediction for?

**M**  **Malvin**                                                             5/23/2021, 11:25 AM
Price

**M**  **Malvin**                                                             5/23/2021, 11:25 AM
Sale ongoing atm

**U**  **Unknown**                                                            5/23/2021, 11:25 AM
Hey just came back here to say i was absolutely correct and what an absolute joke this protocol is. Congratulations on being the epitome of hype cycle trash

**P**  **PMod**                                                               5/23/2021, 11:25 AM
That doesn't make sense. People should load up on Luna.

**PS**  **P S**                                                              5/23/2021, 11:25 AM
Doesn't appear to be the case because the on chain price for Luna seems to be the same as Luna/UST on KuCoin

**C**  **CGA**                                                                5/23/2021, 11:26 AM
Can't comment on price 🙂
You can refer to third party reports if you want to value LUNA

**M**  **Malvin**                                                             5/23/2021, 11:26 AM
Lol

**MY**  **Mike | GT | Will not DM you**                                      5/23/2021, 11:26 AM
Who are you? lol

**M**  **Malvin**                                                             5/23/2021, 11:26 AM
Yeah I already have via coingecko

**C**  **corkus**                                                             5/23/2021, 11:26 AM
Luna/UST is more expensive then LUNA-USDT off chain

**C**  **CGA**                                                                5/23/2021, 11:26 AM
To those who don't understand it will appear that way

**M**  **Malvin**                                                             5/23/2021, 11:26 AM
But there's a lot of mixed opinions

**LO**  **Luc | Orne.io**                                                    5/23/2021, 11:26 AM
🥴



*Image: sticker (89).webp_thumb.jpg (12 KB)*

*Attachment: sticker (89).webp (24 KB)*

C    **CGA**            5/23/2021, 11:27 AM
That's why you have to use your brains 🙂

C    **CGA**            5/23/2021, 11:27 AM
That's the market opportunity

C    **CGA**            5/23/2021, 11:27 AM
There are always people on both sides for a trade to occur

PS    **P S**            5/23/2021, 11:28 AM
Which is represented in the USDT/UST exchange rate by triangular arbitrage

C    **CGA**            5/23/2021, 11:28 AM
If you think our algorithmic design is not correct and we don't deserve the valuation, you definitely should not be in LUNA

C    **CGA**            5/23/2021, 11:28 AM
Converse is also true

C    **CGA**            5/23/2021, 11:28 AM
I don't follow your query

N    **ngavol**            5/23/2021, 11:29 AM
i dont see how to complete the arb. costs more to buy luna on terrastation than on exchange.

PS    **P S**            5/23/2021, 11:29 AM
On KuCoin Luna/UST, Luna/USDT, and USDT/UST are listed.

N    **ngavol**            5/23/2021, 11:30 AM
does it have to be done through API

N    **ngavol**            5/23/2021, 11:30 AM
I thought you can mint luna with ust

PS    **P S**            5/23/2021, 11:30 AM
There is a triangular arbitrage that keeps these three pairs' prices in line with each other

MY    **Mike | GT | Will not DM you**            5/23/2021, 11:30 AM
I believe this was removed from Station

MY    **Mike | GT | Will not DM you**            5/23/2021, 11:31 AM
UST -> LUNA uses Terraswap and LUNA -> UST uses on chain burn/mint

AB    **Ali B**            5/23/2021, 11:31 AM
So why dumping in current prices ? This is becoming scary! It looks bottom is open .. no support whatsoever ... where are we going ? $1 or even below in case Btc decided to visit 20k !!

C    **CGA**            5/23/2021, 11:31 AM
When premium on UST > swap costs, the arb is profitable.

It is best done by bots via API else you may miss the opportunity. Unless the spread is large enough, you will run the risk of not been able to complete arb loop in time

**C**   **CGA**                                                                        5/23/2021, 11:32 AM

That's why Terra USD arb loops kick in after a certain spread between USDT and UST

**C**   **CGA**                                                                        5/23/2021, 11:32 AM

With Jump's proposal this spread on-chain should reduce

**C**   **Crispy ?**                                                                   5/23/2021, 11:32 AM

Is Terra stables still holding there PEG?

**N**   **ngavol**                                                                     5/23/2021, 11:32 AM

right but now it is the other way around. how is it completed when ust at discount

**N**   **ngavol**                                                                     5/23/2021, 11:33 AM

im confused lol

**C**   **Crispy ?**                                                                   5/23/2021, 11:33 AM

what is the stable for LUNA again?

**PA**  **paul a.**                                                                    5/23/2021, 11:33 AM

Lol

**C**   **CGA**                                                                        5/23/2021, 11:33 AM

It's not a price channel and of course, I cannot comment on prices.
You may want to read pinned message though. It has some perspective 🙂

**PS**  **P S**                                                                       5/23/2021, 11:33 AM

Can this arb work both ways if mint/burn Luna-> UST is only in one direction?  The arb can't be closed the other way

**PS**  **P S**                                                                       5/23/2021, 11:34 AM

As terraswap Luna/UST prices are themselves directly arbed against KuCoin s Luna/UST prices

**P**   **PMod**                                                                      5/23/2021, 11:34 AM

If people are selling you cannot do any anything. You cannot justify the market technicals. Foundations are pretty solid with LUNA. as Aayush said, the liquidation ripple effects needs some addressing which will be solved.

**P**   **Picay**                                                                     5/23/2021, 11:35 AM

so much fud. how is this not a campaign.. arbitrage doing its thing. could be faster, but its working. but half chat "meh - 1c difference. so?

**B**   **BJP**                                                                       5/23/2021, 11:35 AM

Quintessential definition of FUD.  if you're scared, then sell and be done with it lol!

**C**   **CGA**                                                                        5/23/2021, 11:35 AM

Let me explain again. You can change UST for LUNA on-chain based on parity plus spread.

Now sell this LUNA on exchange for USDT and then buy UST with this USDT

If the UST discount to USDT is higher than swap spread on LUNA-UST on-chain, you will make an arb profit

**P**   **Picay**                                                                     5/23/2021, 11:35 AM

someone must have bought a fud campaign...

**M**   **Midas**                                                                     5/23/2021, 11:36 AM

It's human nature bro, we love to find a scapegoat

**P**   **Picay**                                                                     5/23/2021, 11:36 AM

also all flash selling of UST at same time very suspiscious

**P**   **Picay**                                                                5/23/2021, 11:36 AM

and shorting in binance

**P**   **Picay**                                                                5/23/2021, 11:37 AM

as if every doge owner in the world suddenly is a luna holder lol

**N**   **ngavol**                                                               5/23/2021, 11:37 AM

but the spread rn on chain is like 4%...at least what Im seeing

**C**   **Crispy ?**                                                             5/23/2021, 11:37 AM

that shit at .95c no? or is it when you do a swap it still swaps at $1 for you?

**N**   **ngavol**                                                               5/23/2021, 11:37 AM

luna around $5

**P**   **Picay**                                                                5/23/2021, 11:37 AM

and it will arb back

**P**   **Picay**                                                                5/23/2021, 11:38 AM

as long as youre not doing fx trading - what your panic about. pure fud

**PS**  **P S**                                                                  5/23/2021, 11:38 AM

So you're saying that currently, the swap spread is what makes the arb profitable or unprofitable?  How is the swap
spread calculated?

**M**   **Midas**                                                                5/23/2021, 11:38 AM

People talk all kind of conspiracies.

The fact is that BTC dropped the bomb:

Everyone's hurting like crazy.

But Terra will keep building.

If you go to
http://lunawhale.com
 and scroll 21 days from today, you will find that
most $LUNA is still stoke
.

You can see how good projects such as
$SOL
,
$MATIC
,
$CAKE
,
$RUNE
 with good communities, with marketing, with whatever...

...they are all hurting as well.

Keep your diamond hands my frens, if you wanted a steady ship, stonks might be your option (which you can do using
Mirror, btw)

https://twitter.com/ConstanteMx/status/1396487988910202883?s=20

**P**   **Picay**                                                                5/23/2021, 11:39 AM

fudders at work. probably bought at fiverr as its pretty low quality bs

**C**  **CGA**                                                                  5/23/2021, 11:39 AM
Maybe- as more and more LUNA is minted for UST, the swap spread increases. But there is a recovery period built in, so it will revert

If discount on UST increases such that
Discount > Swap spread

Arb bots will start completing the arb loops- that's what is happening right now

That's why you have Jump proposal to increase on-chain liquidity. That proposal will reduce swap spread further and reduce volatility in UST as arbs will kick in at lower spreads

**B**  **btcdentist**                                                           5/23/2021, 11:40 AM
ETH is on sale right now

**C**  **CGA**                                                                  5/23/2021, 11:40 AM
Last Jump Proposal for some perspective:


https://t.me/Luna_Terra_Lounge/193

**B**  **btcdentist**                                                           5/23/2021, 11:40 AM
Luna will be fine guys. this is once crazy dip that for sure.  entire market get flushed of weak hands

**P**  **Picay**                                                                5/23/2021, 11:40 AM
i think i recommended integration of
woo.network
 and their deep liquidity pool at some point. but not easy

**B**  **btcdentist**                                                           5/23/2021, 11:40 AM
or as DO refers to "cockaroaches"

**P**  **Picay**                                                                5/23/2021, 11:41 AM
the cockroaches are the cheap bought fiverr fudders

**N**  **ngavol**                                                               5/23/2021, 11:41 AM
ah ok thx

**S**  **Saad**                                                                 5/23/2021, 11:41 AM
Any plans for staking rewards for LPs? That should also increase liquidity

**P**  **Picay**                                                                5/23/2021, 11:41 AM
never seen on chat before and posting on twitter and deleting profile right after...

**B**  **btcdentist**                                                           5/23/2021, 11:41 AM
I bury those cockraoches" - Tony montana

**C**  **CGA**                                                                  5/23/2021, 11:41 AM
LPs for?

**PS**  **P S**                                                                5/23/2021, 11:42 AM
Mate, if that's directed at me, I've been chucked off every spread betting site for triangularly arbing fx convexity due to them not pricing quanto features.  Why don't you explain with figures how the arb works?

**AB**  **Ali B**                                                              5/23/2021, 11:42 AM
Of course if you don't have a logic answer the easiest will be FUD. This is not FUD, this is serious fundamental concern.

And yes sold most at $15;)

**S**   **Saad**                                                                5/23/2021, 11:42 AM
Terra swap. Also there is no way to see earning for LPs

**U**   **Unknown**                                                             5/23/2021, 11:42 AM
Oh I See, so there is no way to just "burn" UST for LUNA?

**B**   **btcdentist**                                                          5/23/2021, 11:42 AM
why you sell for bro? gonna buy back in?

**P**   **Mr Plumtree**                                                         5/23/2021, 11:43 AM
@AG_1000
I am honestly so impressed with how you've kept cool and calm through all this, and barely seem to mind repeating yourself again and again ad infinitum. You have some serious skills and are an asset to all of us.

**P**   **Picay**                                                               5/23/2021, 11:43 AM
not directed at you - there were suddenly about a dozen different profiles i seen today suddently extremely interested in the spread. before never in 4 months.

**P**   **Picay**                                                               5/23/2021, 11:43 AM
definition of a campaign

**PS**  **P S**                                                                 5/23/2021, 11:43 AM
Apologies then

**R**   **Roderick**                                                            5/23/2021, 11:43 AM
Agreed

**S**   **Saad**                                                                5/23/2021, 11:43 AM
+1 🙏

**A**   **Agent 8**                                                             5/23/2021, 11:43 AM
Every single coin is down massive.  Clearly, this is not a Luna specific issue.  All defi protocols that employ leverage to incentive adoption (anchor is one) is getting smashed.    This is because users doesn't understand how to price volatility. It is NOT a structural problem

**AB**  **Ali B**                                                               5/23/2021, 11:44 AM
🙏🙏

**C**   **CGA**                                                                 5/23/2021, 11:44 AM
You just said that there is said no bottom to price and that's a concern.

TFL is not supposed to print price charts so that you can find a bottom and if you don't find one, it can't be a matter of concern

Happy to answer any protocol and product based questions

**AB**  **Ali B**                                                               5/23/2021, 11:45 AM
Thanks Aayush

**A**   **Agent 8**                                                             5/23/2021, 11:45 AM
Please keep selling - it just means I can buy more of the fastest growing real world payments platform with most advanced tech in the fast growing industry for peanuts

**C**   **CGA**   5/23/2021, 11:46 AM

Thank you for your support. I am positive we will navigate through this.🙂
Like they say no pain no gain. (We will emerge even stronger )

**#**   **Mr. ?**   5/23/2021, 11:46 AM

When col 5 goes live?

**A**   **Agent 8**   5/23/2021, 11:46 AM

What is Luna - bLuna ratio now?

**P**   **Picay**   5/23/2021, 11:47 AM

when audit done?

**S**   **Sunil**   5/23/2021, 11:48 AM

Agreed, one of the reasons im here too.

**A**   **Agent 8**   5/23/2021, 11:49 AM

Man - too many people are not familiar with how financial markets work.  All of you are just etf buyers.  This is free money.
Everyone should be arb-ing this.  This is the time when you make money.

**JD**   **Johnny D**   5/23/2021, 11:49 AM

Care to explain?

**A**   **Aiden**   5/23/2021, 11:50 AM

+1

**K**   **karenkaede**   5/23/2021, 11:51 AM



Image: photo_4307@23-05-2021_11-51-01.jpg (14 KB)

**B**   **Bobo**   5/23/2021, 11:51 AM

Looks like Terra is done lol

**A**   **Agent 8**   5/23/2021, 11:51 AM

Buy 1 Luna and sell 1 Luna future against it.   Then take Luna  and mint 1 bLuna.  Unstake - 17 days later collect the
difference .  All day long

**A**   **Agent 8**   5/23/2021, 11:51 AM

And collect some futures interest along the way

**U**   **Unknown**   5/23/2021, 11:51 AM

Hello, is there a details tutorial on how to MINT and BURN : UST/LUNA ?

Thanks.

**P**   **Picay**                                                                                5/23/2021, 11:52 AM
looks like you're a fiverr fudder

**A**   **Agent 8**                                                                              5/23/2021, 11:52 AM
Money right in front of your face. Stop crying about Twitter and diamonds and make some money 💪💪💪💪

**FS**  **Firminho Shroeder**                                                                    5/23/2021, 11:52 AM
Except that it is doing -30% everyday 😭

**A**   **Agent 8**                                                                              5/23/2021, 11:52 AM
You are fully hedge with the future

**A**   **Agent 8**                                                                              5/23/2021, 11:52 AM
Stay calm and think

**E**   **Evo**                                                                                  5/23/2021, 11:53 AM
Peg got destroyed

**P**   **Picay**                                                                                5/23/2021, 11:53 AM
you could also just buy luna, swap to bluna nad insta burn. less profit. but decent

**E**   **Evo**                                                                                  5/23/2021, 11:53 AM
Bye stablecoin

**PS**  **P S**                                                                                  5/23/2021, 11:53 AM
There are so many arbs here, but the only one I can't see is the one that maintains UST peg.

**P**   **Picay**                                                                                5/23/2021, 11:53 AM
and the next fiverr fudder

**U**   **Unknown**                                                                              5/23/2021, 11:53 AM
What do you mean by Luna future? Noob q yes

**A**   **Agent 8**                                                                              5/23/2021, 11:54 AM
Futures

**P**   **Picay**                                                                                5/23/2021, 11:54 AM
where is nacho and his ban hammer lol

**U**   **Unknown**                                                                              5/23/2021, 11:54 AM
Binance futures? 😅

**K**   **Ky**                                                                                   5/23/2021, 11:55 AM
still holding

**U**   **Unknown**                                                                              5/23/2021, 11:55 AM
UST at 1 dollar looks good mate

**F**   **Flyte**                                                                                5/23/2021, 11:55 AM
Also need to consider cost of perp for 21 days

**C**  **CGA**                                                                      5/23/2021, 11:55 AM

I have been explaining this all this while that :
The arb loops work when
UST Discount > Swap spread

Jump proposal will help reduce swap spread further by improving on-chain liquidity

**PS**  **P S**                                                                     5/23/2021, 11:56 AM

Yes, just buy Luna, sell futures, convert to bLUNA, burn back to Luna and the bLUNA Luna spread more than covers your 21 days of funding

**E**  **Evo**                                                                      5/23/2021, 11:56 AM

1.05. Terrible

**A**  **Agent 8**                                                                  5/23/2021, 11:56 AM

Funding rates rarely stay negative for extended periods.  You will mostly likely get paid to hold your futures

**U**  **Unknown**                                                                  5/23/2021, 11:56 AM

Yeah I stopped binance futures long time ago

**C**  **CGA**                                                                      5/23/2021, 11:57 AM

https://docs.terra.money/dev/spec-market.html#swap-fees

**PS**  **P S**                                                                     5/23/2021, 11:57 AM

Hi Ayush, is there a document that explains the peg arbitrage in mathematical detail? Probably easier for me to have it written in front of me

**F**  **Flyte**                                                                    5/23/2021, 11:57 AM

Sure, but noobs need to be aware

**K**  **Ky**                                                                       5/23/2021, 11:57 AM

yea because no stablecoin has ever gone above/under the $1.00

**A**  **Agent 8**                                                                  5/23/2021, 11:58 AM

True

**PS**  **P S**                                                                     5/23/2021, 11:58 AM

Ah, I remember the krwusd front running dude.

**MW**  **michael w**                                                               5/23/2021, 11:59 AM

slightly disappointing response after your "done deal" tweet !

**C**   **CGA**                                                                                 5/23/2021, 12:00 PM

LUNA UST arb is generally done via bots by MMs, TFL, savvy investors, third parties etc. You can use Hummingbot AMM bots too

You can look at the following to gain more insight:

1)
https://t.me/Luna_Terra_Lounge/161

2)
https://docs.terra.money/dev/spec-market.html#swap-fees

3)
https://agora.terra.money/t/terra-on-chain-liquidity-parameters/305

**LR**   **LONE Ranger**                                                                        5/23/2021, 12:00 PM

MIR is getting on par with LUNA's Value... hmmm what to do.. what to do...

**HT**   **HDOC TRA**                                                                           5/23/2021, 12:02 PM

Folks, I ask for your feedback: if I burn my bLuna in the normal way in Luna today, Anchor says that so-called slashing events can influence the final amount. What are these slashing events and how likely are they to occur?

**C**   **CGA**                                                                                 5/23/2021, 12:03 PM

Slashing events refer to validators missing blocks - slash probability is generally low for whitelisted validators since most of them are high performing and also any slashing penalty is shared across all bLUNA holders

**F**   **Fynn?**                                                                               5/23/2021, 12:04 PM

I just published my Terra Weekly Report addressing 17 May - 23 May. It also includes some Harpoon Protocol ALPHA! Make sure to go check it out!

https://twitter.com/FynnToTheMoon/status/1396496188761952258?s=20



Image: photo_4308@23-05-2021_12-04-21.jpg (191 KB)

**HT**   **HDOC TRA**                                                                           5/23/2021, 12:05 PM

So unlikely?

**C**   **CGA**                                                                                 5/23/2021, 12:05 PM

Yes

**M**   **Magnatum**                                                                            5/23/2021, 12:05 PM

what wrong with UST why it below $1 ?

**FS**  **Firminho Shroeder**                                                          5/23/2021, 12:05 PM
I think liquidity mining would be more appropriate than airdrop

**HT**  **HDOC TRA**                                                                   5/23/2021, 12:05 PM
Okay thanks

**U**  **Unknown**                                                                     5/23/2021, 12:09 PM
Why is Do so combative on Twitter

**SB**  **Shwetank Bhansali**                                                          5/23/2021, 12:09 PM
How do you feel guys

**A**  **Ariel**                                                                       5/23/2021, 12:09 PM
Awesome

**M**  **Michael**                                                                     5/23/2021, 12:10 PM
Great, opportunity to buy coins for cheap in a couple of days/weeks, then sit back for 2 years.

**SB**  **Shwetank Bhansali**                                                          5/23/2021, 12:10 PM
Just should have listened today would have already saved your 15 percent capital!!

**MS**  **mushroom soup**                                                             5/23/2021, 12:11 PM
4.5 broken

**SZ**  **S Z**                                                                        5/23/2021, 12:11 PM
Developers: what's the best practice to send a payment from one wallet to another but from the backend? It's easy to connect a wallet from DApp, but how will this work with backend?

**JO**  **Jurek Ogorek**                                                              5/23/2021, 12:11 PM
Are they any problems with Luna project or just whole market is going down ?

**C**  **condoriano**                                                                  5/23/2021, 12:11 PM
whole market

**LR**  **LONE Ranger**                                                               5/23/2021, 12:12 PM
Currently 16% Luna-bLUNA premium atm

**T**  **trade**                                                                       5/23/2021, 12:12 PM
Luna go -10 USD

**C**  **condoriano**                                                                  5/23/2021, 12:12 PM
-10?

**FG**  **Felipe GC**                                                                  5/23/2021, 12:12 PM
Where will we find support 🥲

**T**  **trade**                                                                       5/23/2021, 12:12 PM
Yes market  price -10

**LK**  **Liquidity King**                                                            5/23/2021, 12:13 PM
Support at zero sir

**FG**  **Felipe GC**                                                                  5/23/2021, 12:13 PM
I'd buy free LUNA 😂

**DS**  **Dan Stark**                                                                  5/23/2021, 12:13 PM
How to burn UST to get LUNA? any tutorial?

**LK**  **Liquidity King**                                                5/23/2021, 12:14 PM
Still losing a fuckton but the cuck bots help

**JO**  **Jurek Ogorek**                                                  5/23/2021, 12:14 PM
I'm just wondering if everybody believes in Luna project why most of us are angry instead of buying it and wait for some time ?

**JK**  **J K**                                                          5/23/2021, 12:14 PM
At 31k btc will be support. Almost there

**B**   **btcdentist**                                                    5/23/2021, 12:14 PM
wow guys... i think this summer is going to be rough on defi

**G**   **GRF _**                                                         5/23/2021, 12:14 PM
I'm buying and not angry! Who believes, just believes!!!

**K**   **Ky**                                                           5/23/2021, 12:15 PM
people is scared

**#**   **?????? ??????**                                                5/23/2021, 12:15 PM
Because most people here are clueless retards

**B**   **btcdentist**                                                    5/23/2021, 12:15 PM
i'm going to buy a bunch of Luna once it touches sub $1

**B**   **btcdentist**                                                    5/23/2021, 12:15 PM
good entry point to really go in big

**RS**  **ricky spanish**                                                 5/23/2021, 12:15 PM
😏



Image: sticker (1).webp_thumb.jpg (3 KB)

Attachment: sticker (1).webp (22 KB)

**M**   **Magnatum**                                                      5/23/2021, 12:15 PM
so UST scamming or what? isnt it should be stable?

**G**   **GRF _**                                                         5/23/2021, 12:16 PM
This question again???

**U**   **Unknown**                                                       5/23/2021, 12:16 PM
Please leave

**M**   **Magnatum**                                                      5/23/2021, 12:16 PM
I didnt see answer

**U**   **Unknown**                                                       5/23/2021, 12:16 PM

Its at 1 dollar on tdv

**ricky spanish**                                                          5/23/2021, 12:16 PM
lol

**tony**                                                                    5/23/2021, 12:16 PM
😂

**paul a.**                                                                 5/23/2021, 12:16 PM
Please go vote for PROP 90
V important!

**GRF _**                                                                   5/23/2021, 12:16 PM
Cause you can't read

**btcdentist**                                                             5/23/2021, 12:17 PM
no scam just fluctuating due to over all market changes. could be also due to luna price changes. perhaps some panick retail are dumping luna so UST having hard time keeping peg. it'll b okay once this all passes

**GRF _**                                                                   5/23/2021, 12:17 PM
Hope he understand and don't ask again

**Unknown**                                                                 5/23/2021, 12:18 PM
Smart stake showing 2.3 MILLION NEW LUNA SUPPLY? Wtf? Are we getting RUGGED?

**ricky spanish**                                                          5/23/2021, 12:18 PM
😊



*Image: sticker (90).webp_thumb.jpg (3 KB)*

*Attachment: sticker (90).webp (16 KB)*

**GRF _**                                                                   5/23/2021, 12:18 PM


*Attachment: mp4 (87).mp4 (108 KB)*

**btcdentist**                                                             5/23/2021, 12:18 PM
no most likely new luna being minting to support UST peg. guys this is just normal for a algorithmic stable coin.

**Unknown**                                                                 5/23/2021, 12:19 PM



*Image: animation (14).gif.mp4_thumb.jpg (9 KB)*

*Attachment: animation (14).gif.mp4 (40 KB)*

**B**   **btcdentist**                                                    5/23/2021, 12:19 PM
algo stable coins will fluctuate and there will be movements in LUNA due to it being the collateral to secure the peg.

**U**   **Unknown**                                                      5/23/2021, 12:20 PM
Why record amounts of new supply being dumped on us at the worst time

**#**   **?????? ??????**                                                5/23/2021, 12:20 PM
Can we set up a bot that tests a persons IQ before they are allowed to post here? Would help a lot

**G**   **GRF _**                                                        5/23/2021, 12:20 PM


*Attachment: mp4 (87).mp4 (108 KB)*

**U**   **Unknown**                                                      5/23/2021, 12:20 PM
Lower please! Let's the bears accumulate

**JD**  **Jim Duggan**                                                   5/23/2021, 12:20 PM
https://twitter.com/iflycrypto/status/1396263891534073857?s=20

This is the hopium we all deserve lads

**B**   **btcdentist**                                                    5/23/2021, 12:21 PM
interesting though on coinmarketcap LUNA is the week's biggest drawback,... 74% wow... definitely one for the history book. Guys this all started last Wednesday. It hasn't even been a week since this crash.....

**T**   **tony**                                                         5/23/2021, 12:23 PM
It has been a good week. 👍

**G**   **GRF _**                                                        5/23/2021, 12:23 PM
And in 90 days?

**B**   **btcdentist**                                                    5/23/2021, 12:24 PM
dunno. but this week's epic dump definitely LUNA got hit the hardest.

**B**   **btcdentist**                                                    5/23/2021, 12:24 PM
growing pains

**H**  H                                                          5/23/2021, 12:24 PM
Dumbass don't even know what your invested in

**G**  GRF _                                                      5/23/2021, 12:25 PM
Yes. Luna will up hard too, 3000% again on bull market 😘

**T**  tony                                                       5/23/2021, 12:25 PM
As long as dogecoin remains above €0.1, crypto is doomed

**U**  Unknown                                                    5/23/2021, 12:25 PM
Its not over set your buy orders at 1

**H**  H                                                          5/23/2021, 12:25 PM
Ust deman is going to skyrocket with gravity dex

**A**  Aiden                                                      5/23/2021, 12:25 PM
Been trying to catch to 60% arbitrage for swaping bLuna, only getting 20% so far. Anyone get higher than 20%?

**U**  Unknown                                                    5/23/2021, 12:26 PM
The good news is that there ain't that much liquidations left

**D**  Dandy ?                                                    5/23/2021, 12:26 PM
Melted some other alt pots n bought more Luna. Seriously I'm in for the tech

**B**  btcdentist                                                 5/23/2021, 12:26 PM
yes i think LUNA has a great future and much more upside. question is how long will it take. the competitiion in the defi fintech space is fierce. Terra needs to carve out its niche. I think now is where we see the real dev , invvetors, and believers

**A**  Aiden                                                      5/23/2021, 12:26 PM
Have another 5k Luna left to arb

**D**  Dandy ?                                                    5/23/2021, 12:27 PM
👍🏻

**TP**  The Pipe                                                  5/23/2021, 12:27 PM
stop using the the word "I think" that can get very expensive.

**U**  Unknown                                                    5/23/2021, 12:27 PM
It feels like Weimar Germany in here given the unprecedented inflation

**RS**  ricky spanish                                             5/23/2021, 12:27 PM
😞



*Image: sticker (4).webp_thumb.jpg (11 KB)*

*Attachment: sticker (4).webp (20 KB)*

**B** | **btcdentist** | 5/23/2021, 12:27 PM

lollll US will be next.

**G** | **GRF _** | 5/23/2021, 12:27 PM

This is a good point. I believe Luna, at this point I lost -45% but I don't care, I'll buy more Luna today, the luna future is beautiful

**B** | **btcdentist** | 5/23/2021, 12:28 PM

i really hope this dip stays for awhile. I already deployed alot of my capital but want to buy some LUNA once my salary comes in....

**B** | **btcdentist** | 5/23/2021, 12:29 PM

had to to keep peg. its all just followin the algo

**G** | **GRF _** | 5/23/2021, 12:29 PM

Yep x2

**U** | **Unknown** | 5/23/2021, 12:29 PM

FEELING LIKE A DEATH SPIRAL IN THIS HO

**B** | **btcdentist** | 5/23/2021, 12:30 PM

would love to see LUNA drop way further. man I'm getting greedy. if it can get to 1 or 2 dollars in June,. Gonna pile some cash in

**F** | **Fizz** | 5/23/2021, 12:30 PM



*Image: photo_4309@23-05-2021_12-30-02.jpg (46 KB)*

| F | **Fizz** | 5/23/2021, 12:30 PM |
|---|---|---|
| | Now the Collateral is being liquidated | |

| F | **Fizz** | 5/23/2021, 12:30 PM |
|---|---|---|
| | 50M already in 1 day | |

| LF | **Lead Farmer** | 5/23/2021, 12:30 PM |
|---|---|---|
| | 81% the absolute Bellends | |

| TP | **The Pipe** | 5/23/2021, 12:30 PM |
|---|---|---|
| | markets are shedding Aave protocol lost 600m in 2 hours | |

| U | **Unknown** | 5/23/2021, 12:30 PM |
|---|---|---|
| | DeFi still earning me daily 🧑‍🌾 UST and TeFI working as intended. Yes LUNA value dropped by TeFi still on | |

| B | **btcdentist** | 5/23/2021, 12:31 PM |
|---|---|---|
| | can you explain???/ really cuious. | |

| F | **Fizz** | 5/23/2021, 12:31 PM |
|---|---|---|
| | just a day ago | |



*Image: photo_4310@23-05-2021_12-31-10.jpg (41 KB)*

| U | **Unknown** | 5/23/2021, 12:31 PM |
|---|---|---|
| | 👀 | |

**U**   **Unknown**                                                5/23/2021, 12:31 PM
They're stating an opinion lmao

**U**   **Unknown**                                                5/23/2021, 12:31 PM
Even Tether is at 0.96

**M**   **Micha**                                                  5/23/2021, 12:31 PM
How long will it likely take before we can swap luna for ust again?

**B**   **btcdentist**                                             5/23/2021, 12:31 PM
what's happening why is the borrowed amount getting liquadtred?

**U**   **Unknown**                                                5/23/2021, 12:32 PM
UST can't maintain Peg, TFL needs to print and sell LUNA to maintain peg, LUNA price goes down. People get liquidated.
LUNA price go down, peg dips, TFL mint even more LUNA. We are in the middle of a total ecosystem collapse.

**JV**  **Just Virous**                                            5/23/2021, 12:32 PM
Woow luna Cheers team to playing with the emotion of people.

**E**   **Ed**                                                     5/23/2021, 12:32 PM
We need TFL to backstop the death spiral

**B**   **btcdentist**                                             5/23/2021, 12:32 PM
i predicted this type of George Soros bank of england attack

**LR**  **LONE Ranger**                                            5/23/2021, 12:32 PM
And Now TS goes down?  wtf??

**B**   **btcdentist**                                             5/23/2021, 12:32 PM
this is why a central bank exists. to backstop stuff like this

**U**   **Unknown**                                                5/23/2021, 12:33 PM
As long as UST is below peg, TFL has to continually print and sell more LUNA. It is a total spiral and we can't escape

**K**   **karenkaede**                                             5/23/2021, 12:33 PM
good night guys!


Image: photo_4311@23-05-2021_12-33-13.jpg (17 KB)

**D**   **DEX**                                                    5/23/2021, 12:33 PM
then lets hope we have a George Soros Japan move next then

**JV**  **Just Virous**                                            5/23/2021, 12:33 PM
Told you earlier this whole ecosystem has mathematical flaws.

**D**   **DEX**                                                    5/23/2021, 12:33 PM
btc?

**D**   **Donald**                                                 5/23/2021, 12:33 PM
Trying to swap Luna to UST. It isn't working at all

**B**  **btcdentist**                                                          5/23/2021, 12:33 PM

yes appears that's the scary nature of an algo stable

**T**  **tony**                                                                5/23/2021, 12:33 PM

Nothing matters except that everything will go to 0

**LR**  **LONE Ranger**                                                        5/23/2021, 12:34 PM

Is terrastation down???

**U**  **Unknown**                                                             5/23/2021, 12:34 PM

Everybody in here is hyper focused on the price of
$LUNA
 without realizing what is happening to the entire global economy. Nothing has changed about the project that would
cause the price to spiral downwards. The entire market is tanking because institutions (the biggest players in this game)
are liquidating their positions

**D**  **DEX**                                                                 5/23/2021, 12:34 PM

the whole thing is falling because of the btc

**GL**  **Guy Polio - Will not DM | LunaBulls**                                5/23/2021, 12:34 PM

Nope its up for me.

**DK**  **Dawid Kmieć**                                                        5/23/2021, 12:34 PM

Because of whales lol

**D**  **Donald**                                                              5/23/2021, 12:34 PM

Are people being liquidated?

**D**  **DEX**                                                                 5/23/2021, 12:34 PM

or that haha

**C**  **CGA**                                                                 5/23/2021, 12:34 PM

Lets wait and watch - I am positive that we will navigate through. Tough times are the ones when you are truly tested

**FL**  **Fat L**                                                             5/23/2021, 12:34 PM

Luna will never go to zero, it earns real world money from Chai transactions

**U**  **Unknown**                                                             5/23/2021, 12:34 PM

If you haven't seen this yet give it a read

**FL**  **Fat L**                                                             5/23/2021, 12:35 PM

The off peg is because of people dumping 10x the volume of UST on the market

**F**  **Fizz**                                                                5/23/2021, 12:35 PM

this!

**F**  **Fizz**                                                                5/23/2021, 12:35 PM

is why I am sure whatever low we reach (and it will be <1) we will rebound

**F**  **Fizz**                                                                5/23/2021, 12:35 PM

LUNA has VALUE

**U**  **Unknown**                                                             5/23/2021, 12:35 PM

How if more LUNA needs to be minted to maintain peg? Only for that Luna to overall lower price and make whole situation
worse?

**B**  **btcdentist**                                                     5/23/2021, 12:35 PM
doens't chai run on UST or KRT? if that stablecoin loses its peg why would users keep Chai?

**F**  **Fizz**                                                           5/23/2021, 12:35 PM
Even Aatush and I can agree

**F**  **Fizz**                                                           5/23/2021, 12:35 PM
well if that happens CHAI si fuked

**F**  **Fizz**                                                           5/23/2021, 12:36 PM
and we all ar

**S**  **SunKing**                                                        5/23/2021, 12:36 PM
Will Luna survive the bear market

**D**  **DEX**                                                            5/23/2021, 12:36 PM
Luna MACD has almost broken through my monitor

**S**  **SunKing**                                                        5/23/2021, 12:36 PM
If devs get paid in Luna how survive?

**U**  **Unknown**                                                        5/23/2021, 12:36 PM
UST is doing really well for an algorythmic stablecoin. Even Tether is struggling at 0.96

**U**  **Unknown**                                                        5/23/2021, 12:36 PM
terra wallet down for anyone?

**S**  **SunKing**                                                        5/23/2021, 12:36 PM
I am scared it is 2018 all over again omg

**A**  **Aiden**                                                          5/23/2021, 12:36 PM
+1, am I the only 1 that just chill ?

**U**  **Unknown**                                                        5/23/2021, 12:36 PM
My terra station wallet isn't even working

**D**  **DEX**                                                            5/23/2021, 12:36 PM
they probably get more

**K**  **karenkaede**                                                     5/23/2021, 12:37 PM
scored negative 80%. bought from top. It's an A grade. thanks. 🙂

**FL**  **Fat L**                                                         5/23/2021, 12:37 PM
there's no issue with KRT peg, some korean user mentioned it earlier

**A**  **Aiden**                                                          5/23/2021, 12:37 PM
Den don't repeat that again.. are u leveraged?

**S**  **SunKing**                                                        5/23/2021, 12:38 PM
No I am down 80% from my avg cost lol

**D**  **DEX**                                                            5/23/2021, 12:38 PM
it's almost over now anyways guys

**K**  **karenkaede**                                                  5/23/2021, 12:38 PM
stop dreaming about moon. Live your lifee! 😀

**U**  **Unknown**                                                     5/23/2021, 12:38 PM
How can LUNA increase in price if more and more Luna need to be dumped on us for UST to maintain peg? Already
enough sellers as it is

**A**  **Aiden**                                                       5/23/2021, 12:38 PM
Paper loss, is just on paper

**LR**  **LONE Ranger**                                                5/23/2021, 12:38 PM
TS tx are not processing thru...

**U**  **Unknown**                                                     5/23/2021, 12:38 PM
Stop fudding. Unless Luna goes to 0 then UST will keep the peg

**A**  **Aiden**                                                       5/23/2021, 12:39 PM
My swap is working. 20% free Luna weeeee

**TP**  **The Pipe**                                                   5/23/2021, 12:39 PM
Aave protocol shedded another 200m in 20 minutes

**S**  **SunKing**                                                     5/23/2021, 12:39 PM
A lot of coins in 2018 didn't not reach their ATH which are top 50 namely eos tron nano XLm etc... you think Luna can go
back ATH long term? Why didn't they?

**U**  **Unknown**                                                     5/23/2021, 12:40 PM
Reading this chat is generating anxiety lol

**A**  **Aiden**                                                       5/23/2021, 12:40 PM
Fundamentals. Have any of the coins you mention has a real world utility? Like, paying for Starbucks?

**S**  **SunKing**                                                     5/23/2021, 12:40 PM
Eos is backed by novo also

**S**  **SunKing**                                                     5/23/2021, 12:40 PM
Why no back at ATH?

**A**  **Aiden**                                                       5/23/2021, 12:40 PM
It's a lot better than Netflix

**I**  **Ivo**                                                         5/23/2021, 12:40 PM
Yes go ahead

**LF**  **Lead Farmer**                                                5/23/2021, 12:40 PM
The eco system very young can't be expected to handle this. Doing ok imo

**U**  **Unknown**                                                     5/23/2021, 12:40 PM
Someone explain how we are supposed to pull out of inflationary dearth spiral

**A**  **Aiden**                                                       5/23/2021, 12:40 PM
Don't care backed by who, fundamentals need mass adoption

**TU**  **The UNC**                                                    5/23/2021, 12:41 PM
How do you swap ust for luna or vice versa tutorial anywhere???

**S**  **SunKing**                                                     5/23/2021, 12:41 PM

Fundamentals don't matter anymore you see ada no product top 5 lol

**TU**  **The UNC**                                                                                   5/23/2021, 12:41 PM
Mint**

**FG**  **Felipe GC**                                                                                 5/23/2021, 12:41 PM
The borrowers all get liquidated I guess

**S**  **SunKing**                                                                                    5/23/2021, 12:41 PM
And polka dot

**A**  **Aiden**                                                                                      5/23/2021, 12:41 PM
Btw eos smells scam inside out

**S**  **SunKing**                                                                                    5/23/2021, 12:41 PM
Why does novo back it then

**A**  **Aiden**                                                                                      5/23/2021, 12:41 PM
Same, no real functions to me

**A**  **Aiden**                                                                                      5/23/2021, 12:42 PM
You should ask him ser lol

**A**  **Aiden**                                                                                      5/23/2021, 12:43 PM
I don't invest in a coin just because Novo did. He's a trader at heart, he will sell you out in no time whenever he wants to

**N**  **nachodon**                                                                                   5/23/2021, 12:43 PM
wrong!  Ada is saving Ethiopia

**U**  **Unknown**                                                                                    5/23/2021, 12:43 PM
You're all freaking out about luna when the price dropping has absolutely nothing to do with the project itself. Stop staring at charts and go outside none of you have any impact on anything

**D**  **DEX**                                                                                        5/23/2021, 12:44 PM
+1

**U**  **Unknown**                                                                                    5/23/2021, 12:44 PM
UST doing even better than Tether right now which just touched 0.94, and DAI 0.95

**U**  **Unknown**                                                                                    5/23/2021, 12:45 PM
UST is only "doing better" because thy are dumping millions of new Luna in supply on us

**M**  **Maury**                                                                                      5/23/2021, 12:45 PM
Wrong one must stay on terras wap and buy blunas!

**M**  **Maury**                                                                                      5/23/2021, 12:45 PM
🙄

**D**  **Dawid**                                                                                      5/23/2021, 12:45 PM
+1

**A**  **Aiden**                                                                                      5/23/2021, 12:45 PM
Go ahead and buy lol and don't cry 2018 happen again

**A**  **Aiden**                                                                                      5/23/2021, 12:45 PM
+1, closest to free money

**D**    **DEX**                        5/23/2021, 12:46 PM

prices go up, 'yay best tech on the planet, prices drop 'scam, awful tech'

**M**    **Maury**                     5/23/2021, 12:47 PM

That and I don't have to stay always on alert for liquidation

**U**    **Unknown**                 5/23/2021, 12:47 PM

Wen lambo

**A**    **Aiden**                      5/23/2021, 12:47 PM

No one is denying that.  be happy hold or buy ADA just don't be last bag holder

**RM**    **Roger Mainfield**          5/23/2021, 12:47 PM

That's not really true for this. The price of Luna and marketcap of UST are very connected. Really bad stuff happen as they get close to each other. For most coins you are right, the price doesn't matter, it does with Luna.

**PA**    **paul a.**                   5/23/2021, 12:47 PM

lol

**A**    **Aiden**                      5/23/2021, 12:48 PM

fortunately i don't have a liquidation issue, I just happy get thousand more (close to) luna for free

**D**    **DEX**                        5/23/2021, 12:48 PM



Image: photo_4277@23-05-2021_05-26-34.jpg (31 KB)

**T**    **tony**                        5/23/2021, 12:48 PM

Everything going down to 0. Soon.

**DK**    **Dawid Kmieć**             5/23/2021, 12:49 PM

Wtf

**U**    **Unknown**                 5/23/2021, 12:49 PM

Ust too

**DK**    **Dawid Kmieć**             5/23/2021, 12:49 PM

Youre talking about shibainu or dogecoin lol

**M**    **Maury**                     5/23/2021, 12:49 PM

I had some days ago but I avoided liquidation now i just want more blunasss

**M**    **Maury**                     5/23/2021, 12:49 PM

😂

**H**    **HICH**                      5/23/2021, 12:50 PM

good time to enjoy the price

**FK**  **Fredi Krupich**                                                      5/23/2021, 12:50 PM
$LUNA
💪

https://twitter.com/Crypto_Dep/status/1396508358526517251?s=20

**H**  **HICH**                                                              5/23/2021, 12:50 PM
see you last of the year soon

**G**  **Guillaume**                                                         5/23/2021, 12:50 PM
So that theory that arb loops would kick in when the peg is beyond 2% off is still going ? Thank lord I was brave enough to
click sell when it was only 1,3% off 🙏

**D**  **DEX**                                                              5/23/2021, 12:51 PM
yes u will

**M**  **Maury**                                                            5/23/2021, 12:52 PM
If u have Luna sell them too!

**U**  **Unknown**                                                          5/23/2021, 12:53 PM



*Image: animation (15).gif.mp4_thumb.jpg (11 KB)*

*Attachment: animation (15).gif.mp4 (23 KB)*

**U**  **Unknown**                                                          5/23/2021, 12:53 PM
Pig

**A**  **Aiden**                                                            5/23/2021, 12:53 PM
+1

**G**  **GRF _**                                                            5/23/2021, 12:53 PM
😂

**B**  **Booerj**                                                           5/23/2021, 12:53 PM
/report

**RG**  **Rodrigo Gaona**                                                   5/23/2021, 12:54 PM
Someone ban this guy pls

**P**  **Papi**                                                             5/23/2021, 12:54 PM
/ban

**U**  **Unknown**                                                    5/23/2021, 12:54 PM
This telegram chat is way too entertaining

**U**  **Unknown**                                                    5/23/2021, 12:54 PM
WE ARE GETTING RUGGED BY THE PEG

**P**  **Papi**                                                       5/23/2021, 12:54 PM
Sorry i tried

**G**  **GRF _**                                                      5/23/2021, 12:54 PM
One airdrop -> back to ATH

**D**  **DEX**                                                        5/23/2021, 12:54 PM
a bit fucked up

**JD**  **Johnny D**                                                  5/23/2021, 12:55 PM
This is like ample in reverse

**B**  **Booerj**                                                     5/23/2021, 12:55 PM
Lemme

**B**  **Booerj**                                                     5/23/2021, 12:55 PM
/ban

**U**  **Unknown**                                                    5/23/2021, 12:55 PM



*Image: photo_4313@23-05-2021_12-55-28.jpg (14 KB)*

**B**  **Booerj**                                                     5/23/2021, 12:55 PM
Damn

**U**  **Unknown**                                                    5/23/2021, 12:55 PM
You watched too many films sir

**D**   **DEX**                                                                5/23/2021, 12:56 PM
goes to show how much power btc has over the markets

**U**   **Unknown**                                                            5/23/2021, 12:57 PM
We are RUGGED

**TU**  **The UNC**                                                           5/23/2021, 12:57 PM
Is there a guide on how to participate in the luna/ust arbitrage??

**U**   **Unknown**                                                            5/23/2021, 12:57 PM
UST 0.96 still performing better than Tether 0.95 and DAI 0.95. For a 100% algorythmic stablecoin on a day like this it is
remarkable

**D**   **DEX**                                                                5/23/2021, 12:57 PM
no

**A**   **Agent167**                                                           5/23/2021, 12:57 PM
👌



*Image: sticker (91).webp_thumb.jpg (11 KB)*

*Attachment: sticker (91).webp (20 KB)*

**V**   **Vlad**                                                               5/23/2021, 12:57 PM
yo momma rugged

**J**   **jim**                                                                5/23/2021, 12:58 PM



*Image: photo_4314@23-05-2021_12-58-25.jpg (23 KB)*

**B**  **Booerj**                                                      5/23/2021, 12:58 PM

Ser you fomo in at 10x

**A**  **Aiden**                                                       5/23/2021, 12:59 PM

Are you expecting a comment?

**U**  **Unknown**                                                     5/23/2021, 12:59 PM

Millions of New supply being created and dumped on us in the name of the peg. How is this not a rug

**TU**  **The UNC**                                                   5/23/2021, 12:59 PM

I don't think your right set. 1 ust only gets you .95 DAI

**G**  **GRF _**                                                       5/23/2021, 12:59 PM

I prefer to lose everything in TeFi than to leave my money in the hands of the Brazilian government. So I don't care how much Luna falls, I love this project.

**J**  **jim**                                                        5/23/2021, 1:00 PM

😂

**B**  **Booerj**                                                      5/23/2021, 1:00 PM

How about you read the docs instead of watch 1000x gain pinkypromise youtubers

**B**  **btcdentist**                                                  5/23/2021, 1:00 PM

get some bitcoin. protect yourself

**E**  **Ed**                                                          5/23/2021, 1:00 PM

In theory, what can TFL do to backstop the death spiral? Buy up a ton of LUNA?

**J**  **jim**                                                        5/23/2021, 1:01 PM

no no just the pictures funny, thought it might cheers a few faces up, was supposed to send the 😂 sooner but had to leave pc lol

**A**  **Aiden**                                                       5/23/2021, 1:01 PM

That's nice of you. This is the vibe we need

**J**  **jim**                                                        5/23/2021, 1:01 PM

pinky promise youtubers 🤣.. was needing that, thanks ser

**G**  **GRF _**                                                                     5/23/2021, 1:01 PM
I'll buy more Luna sir, btc for?

**M**  **Maury**                                                                    5/23/2021, 1:02 PM
How much will BTC drop in your opinion? I hope less than 10k it will be like having Christmas for the rest of one's life! 😂

**TU**  **The UNC**                                                                 5/23/2021, 1:02 PM
I need an arbitrage tutorial fam help me out

**A**  **Aiden**                                                                    5/23/2021, 1:02 PM
But i still don't find the picture funny lol

**B**  **btcdentist**                                                               5/23/2021, 1:02 PM
inflation against brazilian governement printing too much

**G**  **GRF _**                                                                     5/23/2021, 1:02 PM
Nah, anchor save me 😉

**M**  **Maxime**                                                                   5/23/2021, 1:02 PM
hi All - Is there a Terra swap bug in which the transaction returns only 1% of what it is supposed to?!

**B**  **btcdentist**                                                               5/23/2021, 1:03 PM
lol. only 20% though brazilian currency can get inflated by 50%??

**A**  **Aiden**                                                                    5/23/2021, 1:03 PM
Break 30k its going to 20k fast... that said, will only buy Luna, better RR

**B**  **Booerj**                                                                   5/23/2021, 1:03 PM
It's been a pleasure ser.

**A**  **Aiden**                                                                    5/23/2021, 1:03 PM
Moon

**B**  **BadBeard ?**                                                               5/23/2021, 1:03 PM
I might need a juicy airdrop for being a 💎staker after this BTC shitshow ends..

**G**  **GRF _**                                                                     5/23/2021, 1:04 PM
20% anchor and 30% cause I bought dollar early

**M**  **Maury**                                                                    5/23/2021, 1:04 PM
Yes but it's reacting, the 30k barrier is alive and kicking damn it lol

**J**  **jim**                                                                      5/23/2021, 1:05 PM
buy btc and protec... whaaaa kind of bro science is that, its btc dropping thats wrecking us all 💩

**D**  **DEX**                                                                      5/23/2021, 1:05 PM
btc 25k on cards

**B**  **btcdentist**                                                               5/23/2021, 1:05 PM
no bro. lunA IS FALLING because its an algo stable coin market

**D**  **DEX**                                                                      5/23/2021, 1:05 PM
but the drop is close to finishing

**TP**  **The Pipe**                                                      5/23/2021, 1:05 PM

protect capital

**D**   **DEX**                                                           5/23/2021, 1:05 PM

no

**TP**  **The Pipe**                                                      5/23/2021, 1:06 PM

*Attachment: mp4 (88).mp4 (124 KB)*

**A**   **Aiden**                                                         5/23/2021, 1:06 PM

Luna is my capital

**B**   **btcdentist**                                                    5/23/2021, 1:06 PM

luna is being minted like crazy right now to hold the peg

**D**   **DEX**                                                           5/23/2021, 1:06 PM

no crystal ball needed,

**B**   **btcdentist**                                                    5/23/2021, 1:06 PM

that's why its falling. has nothing to do with bitcoin

**TP**  **The Pipe**                                                      5/23/2021, 1:06 PM

I hope your right

**M**   **Maury**                                                         5/23/2021, 1:06 PM

If Luna goes under one dollar I'll buy much more so come on dear bearr

**M**   **Maury**                                                         5/23/2021, 1:06 PM

😂

**B**   **btcdentist**                                                    5/23/2021, 1:06 PM

same here

**R**   **R I**                                                           5/23/2021, 1:06 PM

Guys wtf where is the anc airdrop

**B**   **Booerj**                                                        5/23/2021, 1:06 PM

My fiat truck can't handle these discounts. Absolute spring cleaner sale

**R**   **R I**                                                           5/23/2021, 1:06 PM

I didn't receive it

**FG**  **Felipe GC**                                                     5/23/2021, 1:06 PM

I'll stack LUNA at any price

**B**   **btcdentist**                                                    5/23/2021, 1:06 PM

i want it to go under $1 so i can i buy

**DW**  **D W**                                                           5/23/2021, 1:06 PM

I bought BTC in 2013. If I sold it every time it crashed I would've made a dumb mistake like a hundred times. The value of LUNA, should it succeed, was never going to be realized in 2021. It's a long, long term hold that pays dividends. There are no guarantees, but making decisions about the future of Terra based on a total crypto collapse would be a mistake. People who want to sell should sell, but a message for those who are riding this out and need some confidence: it should be fine (in time)

**D**   **DEX**     5/23/2021, 1:06 PM

just buy it in a months time, when volume has dropped off

**D**   **darvinder**     5/23/2021, 1:07 PM

Calling it 1 cent luna

**B**   **btcdentist**     5/23/2021, 1:07 PM

me too can't wait to buy once this all bottoms out

**A**   **Aiden**     5/23/2021, 1:07 PM

Shhh, People hate you when you say that , keep it down

**J**   **jim**     5/23/2021, 1:07 PM

i can't be bothered debating this, you win 😂

**G**   **GRF _**     5/23/2021, 1:07 PM

Brazilian fiat down -40% this year, so I don't care BTC down the same, or Luna ...

**TP**   **The Pipe**     5/23/2021, 1:07 PM

so now we know where to find tops and bottoms

**B**   **btcdentist**     5/23/2021, 1:08 PM

explain? isn't luna fallin gbecause of minting to hold the ist peg?

**F**   **Fizz**     5/23/2021, 1:09 PM

coz of BTC

**M**   **Maury**     5/23/2021, 1:09 PM

They can end their frustration just by clicking on sell button!

**M**   **Maury**     5/23/2021, 1:09 PM

🙄

**D**   **DEX**     5/23/2021, 1:09 PM

The btc drop cause Luna to slip, which in turn caused the peg not to hold because it's trying to keep up.

**TL**   **Travels A Lot**     5/23/2021, 1:09 PM

Nothing about this drop is on Luna itself.  This is total market driven, so the only thing here is a stress test of the system. Nothing to do with fundamentals of the project. HODL.

**B**   **btcdentist**     5/23/2021, 1:10 PM

yea but what does bitcoin have to do with LUNA?? people are scared bec BItcoin anchors the entire market so selling off UST and luna. but its a begative feedback loop

**G**   **GRF _**     5/23/2021, 1:10 PM

reading the messages it seems that only luna is falling and everything is positive today, what world do you live in? everything is negative and will be fine in the future.

**D**   **DEX**     5/23/2021, 1:10 PM

the biggest luna market is pairing with btc. Btc controls luna

**G**   **GRF _**     5/23/2021, 1:11 PM

Instead of looking at price, study the basics and go live life.

**KH**  **Kyle Ho**  5/23/2021, 1:11 PM

Hey gang. Long story short I'm a moron and I need ust for tx fee. Couple bucks should be overkill. I have 1 Mir I can send to whoever can help me out. I'll send first just message me please if you want to help me out

**MY**  **Mike | GT | Will not DM you**  5/23/2021, 1:11 PM

ill send you UST for tx fee. Nothing required in return. DM me address.

**M**  **Maury**  5/23/2021, 1:11 PM

Elon help us pls with some dog fud!

**J**  **jim**  5/23/2021, 1:12 PM

*Attachment: mp4 (89).mp4 (78 KB)*

**G**  **Guillaume**  5/23/2021, 1:13 PM

Death spiral

**G**  **GRF _**  5/23/2021, 1:13 PM

Do and the team has been working tirelessly and at the most difficult moment some idiots appear to bother. It is easy to believe in a project when it is on the rise. Before asking stupid questions around here, think about the consequences of the question.

**TL**  **Travels A Lot**  5/23/2021, 1:13 PM

The pattern of the daily charts look similar with BTC and most all other crypto.  The difference is often the degree of price correlation, not the pattern itself.  All of these are tied.  Leverage begats Liquidation for all assets, and cascades selling pressure across all of them.

**D**  **DEX**  5/23/2021, 1:13 PM

+1

**M**  **Maury**  5/23/2021, 1:14 PM

Oh but it's not because I love doggy coin... It's because I want the market more bearish 😈

**D**  **DEX**  5/23/2021, 1:14 PM

their just a bunch of idiots who bought too high and are complaining about tech because the market dumped on them

**J**  **jim**  5/23/2021, 1:15 PM

ofcourse.. gifs funny

**G**  **GRF _**  5/23/2021, 1:16 PM

I also bought luna when it was $ 18. I bought in 2, 4 and 8 too. Price does not mean value. People need to deal with anxiety and wait for a while.

**D**  **DEX**  5/23/2021, 1:16 PM

yep

**U**  **Unknown**  5/23/2021, 1:16 PM

Ok
Thanks

**J**  **jim**  5/23/2021, 1:16 PM

ygmi with that attitude fren

**O**  **Olle**  5/23/2021, 1:16 PM

anyone else buying rn?

**D** | **DEX** | 5/23/2021, 1:17 PM

it's like standing on lego, then yelling at your dog haha

**H** | **HogerLaagst ?** | 5/23/2021, 1:17 PM

I  don't' know if it's fair to call people who believe in the project like me and bought at ATH and then continued to cost-average down idiots

**M** | **Maury** | 5/23/2021, 1:17 PM

Luna will moon with it's nice ecosystem sooner or later. Fiat will die of inflation soon: buy it under 1 dollar would be a dream

**G** | **GRF _** | 5/23/2021, 1:17 PM

I'm sorry, I'm not a native English speaker, I didn't understand your message.

**H** | **HogerLaagst ?** | 5/23/2021, 1:17 PM

I do believe in the project, yet I am still down 1K in total

**D** | **DEX** | 5/23/2021, 1:18 PM

are you bad mouthing the project because of the dump?

**M** | **Maury** | 5/23/2021, 1:18 PM

Who cares. Luna will recover some time in the future anyway

**H** | **HogerLaagst ?** | 5/23/2021, 1:18 PM

A little, I do think ANC has it's flaws that are now coming to light

**M** | **Mig** | 5/23/2021, 1:18 PM

what do you think UST will survive this ?

**J** | **jim** | 5/23/2021, 1:18 PM

your gonna make it

**J** | **jim** | 5/23/2021, 1:19 PM

correct

**D** | **DEX** | 5/23/2021, 1:19 PM

because people went long during a drop?

**G** | **GRF _** | 5/23/2021, 1:19 PM

Thanks. We will. Storms are good for warding off the weak.

**M** | **Maury** | 5/23/2021, 1:20 PM

BTC is still fighting on 33k barrier

**J** | **jim** | 5/23/2021, 1:20 PM

were all down just now, bought 80% of my luna around $16 but its all good ser

**M** | **Maury** | 5/23/2021, 1:20 PM

Just fall dam thingie

**D** | **DEX** | 5/23/2021, 1:20 PM

Luna price will recover, there's loads of stuff on the horizon

**J** | **J.H** | 5/23/2021, 1:20 PM

$100

**J** | **J.H** | 5/23/2021, 1:20 PM

Still intact

**P**  **Mr Plumtree**                                                     5/23/2021, 1:20 PM
Yes

**C**  **condoriano**                                                      5/23/2021, 1:20 PM
before it recovers probably we will see 1

**M**  **Mig**                                                            5/23/2021, 1:20 PM
But if marketcap of luna < UST  it will work as expected?

**B**  **Buzion**                                                         5/23/2021, 1:20 PM
IS THERE ANYTHING THAT worries you ? any sign that terra ecosystem could collapse ?
FYI, i ve been hodling luna since $0.5, staked all of it and dont intend on selling anything before $100

**D**  **DEX**                                                           5/23/2021, 1:20 PM
at some point it will, no idea when, couple of years maybe sooner

**J**  **J.H**                                                           5/23/2021, 1:21 PM
Nothing changed

**O**  **Olle**                                                          5/23/2021, 1:21 PM
👍

**J**  **J.H**                                                           5/23/2021, 1:21 PM
Eoy

**P**  **Mr Plumtree**                                                    5/23/2021, 1:21 PM
Ygmi : you're gonna make it

**D**  **DEX**                                                           5/23/2021, 1:21 PM
ust just needs to catch up, it fell of peg because erratic market conditions and people panicking like fuck into it.

**G**  **GRF _**                                                         5/23/2021, 1:21 PM
Note that almost all cryptocurrencies in the Cosmos ecosystem have fallen by almost the same percentage. We will reach new highs in the next highs. Relax. Trust me. Buy with a discount.

**J**  **J.H**                                                           5/23/2021, 1:21 PM
Expect consolidation till September October
Then altseason 2.0

**M**  **Maury**                                                         5/23/2021, 1:21 PM
And one can keep increasing Lina with Luna-bluna swap too

**J**  **J.H**                                                           5/23/2021, 1:21 PM
Luna will 50x

**G**  **GRF _**                                                         5/23/2021, 1:21 PM
Thank you!

**H**  **HogerLaagst ?**                                                 5/23/2021, 1:21 PM
Maybe it was to easy to take on high leverage, there are not enough disclaimers and/or education stuff for the average joe to not get rekt.

**H**  **HogerLaagst ?**                                                 5/23/2021, 1:22 PM
Anchor onboarding

**D**   **DEX**          5/23/2021, 1:22 PM
learn something b4 throwing money into it

**H**   **HogerLaagst ?**          5/23/2021, 1:22 PM
Yeah, but wouldn't it be nice to also give that learning opportunity

**H**   **HogerLaagst ?**          5/23/2021, 1:23 PM
As a normal bank or CEX would

**SF**   **Shaun|TerraAssist| Never DM First**          5/23/2021, 1:23 PM
Pretty easy.. dont sell.

**SF**   **Shaun|TerraAssist| Never DM First**          5/23/2021, 1:23 PM
Would you sell ur car for 100$ if its worth 1000$?

**P**   **Papi**          5/23/2021, 1:23 PM
if thats what the dealer is offering on my lambo swap, then yes

**M**   **Mig**          5/23/2021, 1:24 PM
But hm... is UST can work properly if marketcap of luna will be lower ?

**M**   **Mig**          5/23/2021, 1:24 PM
it will stabilise somehow I believe

**H**   **HogerLaagst ?**          5/23/2021, 1:24 PM
Sure

**P**   **Papi**          5/23/2021, 1:24 PM
once the panic selling slows down.

**M**   **Mig**          5/23/2021, 1:24 PM
you can say something smart and technical for me to believe that

**M**   **Mig**          5/23/2021, 1:25 PM
it will work just fine... ?

**M**   **Mig**          5/23/2021, 1:25 PM
lol

**D**   **DEX**          5/23/2021, 1:25 PM
you can always google the whitepaper

**M**   **Mig**          5/23/2021, 1:25 PM
I was reading white paper and seeing that they were doing simulations - but they werent that clear

**M**   **Maxime**          5/23/2021, 1:25 PM
Is there an alternative to TerraFinder? I don't find the former very clear.

**H**   **HogerLaagst ?**          5/23/2021, 1:26 PM
Just a simple, hey, maybe don't fucking do a 75% borrow in this correction right now, or big possibility bots tear you a new one would suffice

**D**   **DEX**          5/23/2021, 1:26 PM
and you see that disclaimer on CEX'S?

**M**   **Mig**          5/23/2021, 1:26 PM
however in WP they were stating that even with the longest bear market system was doing fine

**H**    **HogerLaagst ?**      5/23/2021, 1:27 PM
You need to go through 10 answers before you can even use leverage of futures on a lot or CEX's

**C**    **condoriano**      5/23/2021, 1:27 PM
15k roughly but it's ok.

**D**    **DEX**      5/23/2021, 1:27 PM
not on any of the ones I've used

**D**    **DEX**      5/23/2021, 1:28 PM
not allowed to now anyways what with uk

**C**    **condoriano**      5/23/2021, 1:28 PM
Once you stake you do not have the luxury to question the price fluctuations.

**H**    **HogerLaagst ?**      5/23/2021, 1:28 PM
To be fair, only seen it on Binance

**D**    **DEX**      5/23/2021, 1:28 PM
I've never had to on binance

**C**    **condoriano**      5/23/2021, 1:29 PM
btw he is talking of .com .us does not allow such stuff

**R**    **Rwizard**      5/23/2021, 1:29 PM
is there a way to track burned bLUNA to LUNA, and how much longer it will take?

**MY**    **Mike | GT | Will not DM you**      5/23/2021, 1:30 PM
Your own bluna you mean? Or the entire markets?

**P**    **Purevkhuu**      5/23/2021, 1:31 PM
Bought enough luna, now how to stake, i mean where to stake is better?

**MY**    **Mike | GT | Will not DM you**      5/23/2021, 1:31 PM
You can stake from Terra station

**P**    **Purevkhuu**      5/23/2021, 1:31 PM
Any other places?

**MY**    **Mike | GT | Will not DM you**      5/23/2021, 1:31 PM
None that I know of currently.

**C**    **condoriano**      5/23/2021, 1:31 PM
I think kucoin allows

**MY**    **Mike | GT | Will not DM you**      5/23/2021, 1:31 PM
Oh, except exchanges of course.

**C**    **condoriano**      5/23/2021, 1:32 PM
not in poolx?

**MY**    **Mike | GT | Will not DM you**      5/23/2021, 1:32 PM
I'm not sure which exchanges offer it if any.

**SF**    **Shaun|TerraAssist| Never DM First**      5/23/2021, 1:32 PM

Anyone else gives less rewards, same 21days

**C**  **condoriano**                                                    5/23/2021, 1:32 PM
but nothing better than terra station

**C**  **condoriano**                                                    5/23/2021, 1:32 PM
lol no

**SF**  **Shaun|TerraAssist| Never DM First**                           5/23/2021, 1:32 PM
Show me an exchange. I havent seen one yet. Lol

**C**  **condoriano**                                                    5/23/2021, 1:32 PM
check kucoin though

**SF**  **Shaun|TerraAssist| Never DM First**                           5/23/2021, 1:32 PM
Its 21days , less rewards

**C**  **condoriano**                                                    5/23/2021, 1:33 PM
I read on the exchange you can stake luna using poolx

**LK**  **Liquidity King**                                              5/23/2021, 1:33 PM
is there a limit on how much LUNA can get printed in a day to defend peg? i remember when we were burning there was a cap

**LK**  **Liquidity King**                                              5/23/2021, 1:33 PM
is that right?

**C**  **condoriano**                                                    5/23/2021, 1:33 PM
ok got your point. yes. It is stupid to stake on exchanges. I have never used them

**RP**  **Rekt pleb**                                                   5/23/2021, 1:34 PM
Shouldn't think so.

**D**  **DEX**                                                          5/23/2021, 1:34 PM
Never stake on exchanges, u get shit rates and run the risk of a breach

**DS**  **Daryl Slein**                                                 5/23/2021, 1:35 PM
/p
 luna

**SF**  **Shaun|TerraAssist| Never DM First**                           5/23/2021, 1:35 PM
Basically the exchange is making money off you, its for the people who cant find where to really stake it. Lol

**D**  **DEX**                                                          5/23/2021, 1:35 PM
yep lol

**BL**  **Bob Luna**                                                    5/23/2021, 1:35 PM
Peg below 5%

**RT**  **Rakat Tui**                                                   5/23/2021, 1:36 PM
On Anchor he essentially holds USD which has no relation to Brazilian currency and its inflation. If he converts to USD he is safe from Brazilian inflation

**BL**  **Bob Luna**                                                    5/23/2021, 1:36 PM
6% not good

**C**  **condoriano**                                               5/23/2021, 1:36 PM
your point?

**RP**  **Rekt pleb**                                              5/23/2021, 1:37 PM
Waiting for under a dollar.

Even my ust isn't worth a usd atm.

**R**  **Rwizard**                                                5/23/2021, 1:38 PM
my own, to get an ETA on when my luna will show up

**U**  **Unknown**                                                5/23/2021, 1:38 PM
What is the plan to bring back the peg exactly? 😅

**MY**  **Mike | GT | Will not DM you**                           5/23/2021, 1:39 PM
You can see it here:
https://app.anchorprotocol.com/bond/claim

**IM**  **If you DM me, I will BLOCK you**                        5/23/2021, 1:39 PM
my plan is to get pegged tonight by my gf

**MY**  **Mike | GT | Will not DM you**                           5/23/2021, 1:39 PM
Doesn't need a plan. It'll be arb'd back to peg.

**U**  **Unknown**                                                5/23/2021, 1:39 PM
this is literally everyone in crypto lol

**G**  **Guillaume**                                              5/23/2021, 1:40 PM
?????

**IM**  **If you DM me, I will BLOCK you**                        5/23/2021, 1:40 PM
the 2018 crash was a slow sell off over a few months, this was like 5 day non-stop sell off

**U**  **Unknown**                                                5/23/2021, 1:40 PM
and how does no perform the arb? (I still can't find how to actually burn UST for LUNA)

**G**  **Guillaume**                                              5/23/2021, 1:40 PM
Cockroaches time 😂😂😂?

**MY**  **Mike | GT | Will not DM you**                           5/23/2021, 1:41 PM
Code is the only way. I think maybe terraCLI has options to perform it but generally best left to the bots.

**MY**  **Mike | GT | Will not DM you**                           5/23/2021, 1:41 PM
It's not generally profitable to perform it manually. Too slow.

**G**  **Guillaume**                                              5/23/2021, 1:41 PM
?

**RT**  **Rakat Tui**                                             5/23/2021, 1:42 PM
Is it possible to get $1 worth of Luna for 1 UST? If yes, how do I do this? I want to arb

**DG**  **dgbb gbb**                                              5/23/2021, 1:42 PM
the arbitrage mechanism has problems with liquidity

**U**  **Unknown**                                                                        5/23/2021, 1:42 PM
gotcha 😔😔 thanks

**N**  **nachodon**                                                                       5/23/2021, 1:42 PM
Charles hoskinson will save africa and then Antarctica !  and ada will be used by pygmy tribes EVERYWHERE!

**DG**  **dgbb gbb**                                                                      5/23/2021, 1:42 PM
now only 20m ust be burnt everyday

**DG**  **dgbb gbb**                                                                      5/23/2021, 1:43 PM
which is not enough

**G**  **Guillaume**                                                                      5/23/2021, 1:44 PM
So people selling UST are still idiots ? Will they still be idiots at 0.9 ? ?😂

**E**  **Ed**                                                                             5/23/2021, 1:45 PM
You buy a large amount of LUNA with the UST on Kucoin, swap UST to LUNA in TerraStation

**U**  **Unknown**                                                                        5/23/2021, 1:50 PM
I always thought 1 UST was redeemable for 1 USD worth of LUNA. But that is just not the case.

**DG**  **dgbb gbb**                                                                      5/23/2021, 1:52 PM
u are right

**E**  **Ed**                                                                             5/23/2021, 1:52 PM
Why is this not the case?

**W**  **w1nsama**                                                                        5/23/2021, 1:54 PM
Sir how can i arbitrage ust

**C**  **czglory**                                                                        5/23/2021, 1:56 PM
whats goin on with UST

**W**  **w1nsama**                                                                        5/23/2021, 1:57 PM
Yeah seems like nobody got an idea on this

**YN**  **YASSINE nymyde**                                                                5/23/2021, 1:57 PM
😡



Image: AnimatedSticker (33).tgs_thumb.jpg (4 KB)

Attachment: AnimatedSticker (33).tgs (23 KB)

**B**  **btcdentist**                                                                     5/23/2021, 1:59 PM
shit... support was broken.... we could go back to january prices this summer. i'm buying !!!!!yesssss

**B**  **btcdentist**                                                                     5/23/2021, 2:01 PM
it means he's going down with the ship

QT    **Question That**                                    5/23/2021, 2:02 PM
      why isn't the UST peg coming back?

W     **w1nsama**                                          5/23/2021, 2:02 PM



*Image: photo_4315@23-05-2021_14-02-44.jpg (80 KB)*

W     **w1nsama**                                          5/23/2021, 2:03 PM
      This gotta be the worst customer support xD

B     **btcdentist**                                       5/23/2021, 2:03 PM
      i think there is a time delay between LUNA minting and UST supply.

W     **w1nsama**                                          5/23/2021, 2:04 PM
      Yes captain goes down with the ship

W     **w1nsama**                                          5/23/2021, 2:04 PM
      But how to arbitrage

W     **w1nsama**                                          5/23/2021, 2:04 PM
      That 5% is sexy af

B     **btcdentist**                                       5/23/2021, 2:04 PM
      you gotta respect DO man... Vitalik and the Ethereum foundation dumped a bunch of ETH like 30k at market high. who
      does that??? Do is for real. going down with the ship. not selling any luna

W     **w1nsama**                                          5/23/2021, 2:05 PM
      Exactly

B     **btcdentist**                                       5/23/2021, 2:07 PM
      don't simp on Irene Zhao. she's my wife

W     **w1nsama**                                          5/23/2021, 2:07 PM
      Sir

U     **Unknown**                                          5/23/2021, 2:07 PM
      because it isn't

#     /                                                    5/23/2021, 2:07 PM

Anyone know why this was rejected if majority voted is yes and no veto !?



*Image: photo_4316@23-05-2021_14-07-51.jpg (133 KB)*

| W | **W** | 5/23/2021, 2:08 PM |
|---|---|---|
| | Hi | |

| W | **w1nsama** | 5/23/2021, 2:08 PM |
|---|---|---|
| | Because they don't want you to abandon the ship | |

| U | **Unknown** | 5/23/2021, 2:08 PM |
|---|---|---|
| | Probably it didn't reach quorum | |

| G | **GRF _** | 5/23/2021, 2:09 PM |
|---|---|---|
| | Yep | |

| # | **/** | 5/23/2021, 2:10 PM |
|---|---|---|
| | At least make veto it, but rejected like this seem strange.. | |

| # | **/** | 5/23/2021, 2:11 PM |
|---|---|---|
| | What do you mean by quorum? I'm new to the community | |

| M | **Mike** | 5/23/2021, 2:12 PM |
|---|---|---|
| | lol LUNA my favorit, crash | |

| SN | **Sudesha NFT** | 5/23/2021, 2:12 PM |
|---|---|---|
| | Number of total votes | |

| JF | **jeff feng** | 5/23/2021, 2:12 PM |
|---|---|---|
| | hello | |

| JF | **jeff feng** | 5/23/2021, 2:13 PM |
|---|---|---|
| | where i can see cir supply | |

| JF | **jeff feng** | 5/23/2021, 2:13 PM |
|---|---|---|
| | luna supply | |

**MY**  **Mike | GT | Will not DM you**                                      5/23/2021, 2:13 PM
https://terra.smartstake.io/history

**W**  **w1nsama**                                                          5/23/2021, 2:13 PM
Smartstake website

**F**  **FoomFoom**                                                         5/23/2021, 2:14 PM
ouch. Anchor you finally got a nice punch in. there went a big chunk of my bluna.

**U**  **Unknown**                                                          5/23/2021, 2:14 PM
Try google

**U**  **Unknown**                                                          5/23/2021, 2:14 PM
In this case voters


Image: photo_4317@23-05-2021_14-14-32.jpg (53 KB)

**M**  **Mig**                                                              5/23/2021, 2:14 PM
To be honest ... UST is keeping STRONG

**W**  **w1nsama**                                                          5/23/2021, 2:14 PM
So nobody actually knows how to arbitrage this ust thing?

**M**  **Mig**                                                              5/23/2021, 2:14 PM
buy UST

**W**  **w1nsama**                                                          5/23/2021, 2:14 PM
Already

**W**  **w1nsama**                                                          5/23/2021, 2:15 PM
What's next

**M**  **Mig**                                                              5/23/2021, 2:15 PM
then when UST will come back sell it...

**M**  **Mig**                                                              5/23/2021, 2:15 PM
lol

**M**  **Mig**                                                              5/23/2021, 2:15 PM
😂 haha

**W**    **w1nsama**            5/23/2021, 2:15 PM
Lull

**#**    **/**            5/23/2021, 2:15 PM
74M votes aren't enough! You're probably right other passed proposals got +100M

**M**    **Mig**            5/23/2021, 2:15 PM
I really need to explain this to you ? haha

**W**    **w1nsama**            5/23/2021, 2:15 PM
This is not arbitraging lul

**#**    **++**            5/23/2021, 2:16 PM
You need to download terra station.

**#**    **++**            5/23/2021, 2:16 PM
https://station.terra.money/

**IK**    **Iiiiik Kkkkippp**            5/23/2021, 2:17 PM
🇰🇵



*Image: sticker (92).webp_thumb.jpg (3 KB)*

*Attachment: sticker (92).webp (15 KB)*

**S**    **Selltop**            5/23/2021, 2:18 PM
appearently they dont let us do it throught terra station...

**J**    **Jamin**            5/23/2021, 2:18 PM
Can someone explain to me how we turn things around and get Luna market cap back above UST market cap?   I'm not fudding.  I bought 10k Luna at $18 and haven't sold a single one, even if you say it's doomed I still won't sell.  I just want to understand how we can flip back when we are now in this cycle of minting new Luna and flooding market with it???

**S**    **Selltop**            5/23/2021, 2:18 PM
I asked how but cannot find it

**U**    **Unknown**            5/23/2021, 2:21 PM
There is no turning things around right now. Just gotta wait for market sentiment to change.

**U**    **Unknown**            5/23/2021, 2:21 PM
Too much fear.

**W**    **w1nsama**            5/23/2021, 2:21 PM
So who is doing the arbitrage then

**W**    **w1nsama**            5/23/2021, 2:21 PM
Yeah this is weird

**S**   **Selltop**                                                                 5/23/2021, 2:21 PM
not sure, I think they release a limited amount of luna for this purpose and dont wanna let you know exactly how

**O**   **OIO**                                                                      5/23/2021, 2:22 PM
interesting to see some aUST in the binance wallet. Impossible to tell why it was sent though, looks like a test

**DG**   **dgbb gbb**                                                                5/23/2021, 2:22 PM
true

**DG**   **dgbb gbb**                                                                5/23/2021, 2:22 PM
only so few be burnt

**W**   **WonderFull**                                                               5/23/2021, 2:22 PM
thats gotta be a scammer

**S**   **Selltop**                                                                 5/23/2021, 2:22 PM
I don't get why terra station dont let us do this core action in the protocol

**W**   **w1nsama**                                                                  5/23/2021, 2:22 PM
I know xD

**S**   **Selltop**                                                                 5/23/2021, 2:23 PM
this is like the main action for the existance of ust and luna

**J**   **Jamin**                                                                    5/23/2021, 2:23 PM
So if the market stays down for a few days we print so many Luna trying to revive UST that we can never flip back?

**C**   **czglory**                                                                  5/23/2021, 2:23 PM
thats a scammer

**LY**   **Lai Yuen**                                                                5/23/2021, 2:23 PM
Stay safe everyone.

**W**   **WonderFull**                                                               5/23/2021, 2:23 PM
ANC is going to run out of money in 80 days

**W**   **WonderFull**                                                               5/23/2021, 2:24 PM
if the total borrow keeps going down

**W**   **WonderFull**                                                               5/23/2021, 2:24 PM
then the deposit yields are gone too

**U**   **Unknown**                                                                  5/23/2021, 2:24 PM
No shit Sherlock

**W**   **WonderFull**                                                               5/23/2021, 2:24 PM
FUCKKKK

**LY**   **Lai Yuen**                                                                5/23/2021, 2:24 PM
How do you see this?

**U**   **Unknown**                                                                  5/23/2021, 2:24 PM
when should we expect arbitrageur to bring back peg?

**W**   **WonderFull**                                                               5/23/2021, 2:24 PM

*Image: photo_4318@23-05-2021_14-24-45.jpg (14 KB)*

**w1nsama**                                                                          5/23/2021, 2:24 PM
It would go back to $1 already off they let us

**WonderFull**                                                                       5/23/2021, 2:24 PM
the $ paid to deposits is more than they make from borrow

**w1nsama**                                                                          5/23/2021, 2:24 PM
I can do this all day

**Selltop**                                                                          5/23/2021, 2:25 PM
no cause they limit the amount of luna to be released

**Selltop**                                                                          5/23/2021, 2:25 PM
however anyone would have his chance

**Selltop**                                                                          5/23/2021, 2:25 PM
not just a small elit

**OIO**                                                                              5/23/2021, 2:25 PM
lol pretty simple

**Selltop**                                                                          5/23/2021, 2:25 PM
who are interacting at the protocl level

**Lai Yuen**                                                                         5/23/2021, 2:25 PM
Ah

**OIO**                                                                              5/23/2021, 2:25 PM
easy percentages over and over

**WonderFull**                                                                       5/23/2021, 2:26 PM
the shitty thing is for UST to come back to $1 they have to mint millions and millions of new luna now

**Selltop**                                                                          5/23/2021, 2:26 PM
ust = 0.95 usdt on kucoin

**WonderFull**                                                                       5/23/2021, 2:26 PM
double fuckage for us

**OIO**                                                                              5/23/2021, 2:26 PM
eh, its not really the end of the world man

**WonderFull**                                                                       5/23/2021, 2:26 PM
I know I love cheap luna

**WonderFull**                                                                       5/23/2021, 2:26 PM
just looking out for people that bought at 20 and 18

**OIO**                                                                              5/23/2021, 2:26 PM
its not often the entire crypto market corrects 70% in 2 weeks

**W**   **w1nsama**                                                                      5/23/2021, 2:27 PM
Domino effect sir

**W**   **WonderFull**                                                                   5/23/2021, 2:27 PM
I love dominos ser

**W**   **w1nsama**                                                                      5/23/2021, 2:27 PM
It will find support at some point where demand meet supply

**W**   **w1nsama**                                                                      5/23/2021, 2:27 PM
But

**W**   **w1nsama**                                                                      5/23/2021, 2:27 PM
How to arbitrage

**W**   **w1nsama**                                                                      5/23/2021, 2:27 PM
Lul

**J**   **Josef**                                                                        5/23/2021, 2:28 PM
I doubled my Luna, MIR and ANC.  Following Warren Buffet's advice:

https://www.investopedia.com/articles/investing/012116/warren-buffett-be-fearful-when-others-are-greedy.asp


**X**   **X**                                                                            5/23/2021, 2:29 PM
Im buying USdt now to buy UST then deposit in Anchor for 18% yield. Is this okay? Or im also fuckked

**LG**  **Lenin Govea**                                                                  5/23/2021, 2:30 PM
Don't you want to wait until BTC drop another 20-40 percent?

**U**   **Unknown**                                                                      5/23/2021, 2:30 PM
That's actually a  really smart move, I wish I thought that yesterday

**W**   **w1nsama**                                                                      5/23/2021, 2:30 PM
You could be if the whole system collapse because ust losing the peg

**X**   **X**                                                                            5/23/2021, 2:30 PM
Im just asking if im fucked or not

**X**   **X**                                                                            5/23/2021, 2:30 PM
Oh shitttt

**X**   **X**                                                                            5/23/2021, 2:31 PM
But ust wont lose peg if luna gets printed brrrt brrrr

**LG**  **Lenin Govea**                                                                  5/23/2021, 2:31 PM
That will make Luna go under $1

**X**   **X**                                                                            5/23/2021, 2:31 PM



Image: mp4 (20).mp4_thumb.jpg (11 KB)

Attachment: mp4 (90).mp4 (36 KB)

| | | |
|---|---|---|
| **W** | **w1nsama** | 5/23/2021, 2:32 PM |
| | Yes but luna price will keep going down and looping to eternity | |

| | | |
|---|---|---|
| **X** | **X** | 5/23/2021, 2:32 PM |
| | Yeap but im not fucked in what i am doing? Or im missing something. USDT tthen UST then anchor 18%. | |

| | | |
|---|---|---|
| **LG** | **Lenin Govea** | 5/23/2021, 2:32 PM |
| | Crypto is so weird... you may be right and wrong at the same time | |

| | | |
|---|---|---|
| **LG** | **Lenin Govea** | 5/23/2021, 2:32 PM |
| | I'd wait | |

| | | |
|---|---|---|
| **W** | **w1nsama** | 5/23/2021, 2:33 PM |
| | Exactly nobody knows what gonna happen | |

| | | |
|---|---|---|
| **LG** | **Lenin Govea** | 5/23/2021, 2:33 PM |
| | Move to usdc or usdt and wait | |

| | | |
|---|---|---|
| **W** | **w1nsama** | 5/23/2021, 2:33 PM |
| | We just deal with possibilities | |

| | | |
|---|---|---|
| **X** | **X** | 5/23/2021, 2:33 PM |
| | Lol. Idk how hard it is to answer if im doing will get me fucked or not. | |

| | | |
|---|---|---|
| **LG** | **Lenin Govea** | 5/23/2021, 2:33 PM |
| | So, you're trying to get financial advice from total strangers? | |

| | | |
|---|---|---|
| **LG** | **Lenin Govea** | 5/23/2021, 2:33 PM |
| | Lol | |

| | | |
|---|---|---|
| **X** | **X** | 5/23/2021, 2:33 PM |
| | Buy usdt, sell usdt to ust, put in anchor 18% yield. Is me fucked or not? Lol | |

| | | |
|---|---|---|
| **SC** | **Satria \| GT Capital** | 5/23/2021, 2:34 PM |
| | no u wont | |

| | | |
|---|---|---|
| **X** | **X** | 5/23/2021, 2:34 PM |
| | Why are u answering lol | |

| | | |
|---|---|---|
| **SC** | **Satria \| GT Capital** | 5/23/2021, 2:34 PM |
| | you wont get fucked | |

| | | |
|---|---|---|
| **X** | **X** | 5/23/2021, 2:34 PM |

At last

**Lenin Govea**                                                    5/23/2021, 2:34 PM
You will

**X**                                                             5/23/2021, 2:34 PM
Someone has balls to answer the right thing

**Lenin Govea**                                                    5/23/2021, 2:34 PM
Lol

**Lenin Govea**                                                    5/23/2021, 2:34 PM
Good luck with that, Gem

**w1nsama**                                                        5/23/2021, 2:34 PM
Yes if ust lose peg, no if not

**X**                                                             5/23/2021, 2:34 PM
U just mad u dont do it. So why am i fucked?

**Booerj**                                                         5/23/2021, 2:34 PM
You must be new. This is what we do

**w1nsama**                                                        5/23/2021, 2:34 PM
Ez as that

**X**                                                             5/23/2021, 2:35 PM
And ust wont lose peg if Luna gets brrt brrt brrt right

**Lenin Govea**                                                    5/23/2021, 2:35 PM
Right...

**w1nsama**                                                        5/23/2021, 2:35 PM
Yes but as you can see

**w1nsama**                                                        5/23/2021, 2:35 PM
It's on 5% discount

**doo Ho**                                                         5/23/2021, 2:35 PM
go up luna!!

**Unknown**                                                        5/23/2021, 2:36 PM
Lower! Let us accumulate

**doo Ho**                                                         5/23/2021, 2:36 PM
🐸



*Image: sticker (93).webp_thumb.jpg (4 KB)*

*Attachment: sticker (93).webp (22 KB)*

| B | **Booerj** | 5/23/2021, 2:37 PM |
|---|---|---|

2 year bear pls have to catch up with the 💸

| LY | **Lai Yuen** | 5/23/2021, 2:38 PM |
|---|---|---|

If you are Afraid, you can just park UST in anchor to earn some yield first. If it dips even further congratulations.

| J | **Joh** | 5/23/2021, 2:38 PM |
|---|---|---|

Can some one explain or give me a formula to work out LTV and the price relation? If I go in at 35% how much can the price drop before I get liquidated? Ta.

| MM | **Mark McDermott** | 5/23/2021, 2:38 PM |
|---|---|---|

Flip ADA is cheap! Buying like a mad man here!

| LY | **Lai Yuen** | 5/23/2021, 2:38 PM |
|---|---|---|

Your liquidation price is on the dashboard.

| KB | **Kaleen Bhaiya** | 5/23/2021, 2:39 PM |
|---|---|---|

Tbh my UST and Luna performed worst in my portfolio this weekend. Hope soon we will come back

| MM | **Mark McDermott** | 5/23/2021, 2:39 PM |
|---|---|---|

We have hit the lows!! 🚀

| W | **w1nsama** | 5/23/2021, 2:39 PM |
|---|---|---|

So it's not possible for normies like me to do arbitrage?

| W | **w1nsama** | 5/23/2021, 2:39 PM |
|---|---|---|

I thought I'm gonna be rich

| W | **w1nsama** | 5/23/2021, 2:39 PM |
|---|---|---|

Someone is even bidding 152k at 4% discount

| KB | **Kaleen Bhaiya** | 5/23/2021, 2:39 PM |
|---|---|---|

Luna is not like
$ASS

| LY | **Lai Yuen** | 5/23/2021, 2:39 PM |
|---|---|---|

If you are truly patient and believe in Terra, then you can use UST to buy LUNA, and then buy bLUNA

| RT | **Rakat Tui** | 5/23/2021, 2:40 PM |
|---|---|---|

I am buying LUNA

| D | **Dennis** | 5/23/2021, 2:40 PM |
|---|---|---|

it is possible, you buy UST with USDT, then you use on chain swap to buy LUNA, then you sell LUNA for USDT and you repeat

| O | **OIO** | 5/23/2021, 2:40 PM |
|---|---|---|

Wonder if this aUST in the nance wallet is an accident or a test tx



*Image: photo_4319@23-05-2021_14-40-23.jpg (35 KB)*

| | | |
|---|---|---|
| **D** | **Dennis** | 5/23/2021, 2:40 PM |
| | in fact that is why LUNA is inflating so hard right now because of people doing that arbitrage | |
| **J** | **Joh** | 5/23/2021, 2:40 PM |
| | ? If price of Luna drops by 2 dollars it will change my LTV from 35% up but how much? | |
| **RT** | **Rakat Tui** | 5/23/2021, 2:40 PM |
| | That's what I am doing lol, liking that premium on Luna -> bLuna | |
| **LY** | **Lai Yuen** | 5/23/2021, 2:40 PM |
| | Depends on entry price. | |
| **LY** | **Lai Yuen** | 5/23/2021, 2:41 PM |
| | What's this arb? | |
| **AP** | **Adrián P** | 5/23/2021, 2:41 PM |
| | I don't understand!!! Someone still selling at this point!? How is that possible!!!? | |
| **LY** | **Lai Yuen** | 5/23/2021, 2:41 PM |
| | Conducted on ETH ? | |
| **KB** | **Kaleen Bhaiya** | 5/23/2021, 2:41 PM |
| | Good choice | |
| **W** | **w1nsama** | 5/23/2021, 2:41 PM |
| | Of course not $ass is the next gen currency | |
| **BB** | **Bitcoin Bundy** | 5/23/2021, 2:42 PM |
| | I'm buying a shit ton of luna with my ust | |
| **W** | **w1nsama** | 5/23/2021, 2:42 PM |
| | Sir people are scared of being liquidated | |
| **LY** | **Lai Yuen** | 5/23/2021, 2:42 PM |
| | Terra is a good project.<br>Focus less on price. Look at the team. Look at the applications | |
| **U** | **Unknown** | 5/23/2021, 2:42 PM |

We are literally getting rugged because TFL is printing millions of new LUNA to sell in order to maintain peg

**U**  **Unknown**                                                        5/23/2021, 2:42 PM
👌

**PS**  **P S**                                                          5/23/2021, 2:42 PM
Apparently it's the most important thing in keeping UST peg, yet no one seems to know how exactly it works

**LY**  **Lai Yuen**                                                     5/23/2021, 2:42 PM
Then don't borrow?

**RT**  **Rakat Tui**                                                   5/23/2021, 2:42 PM
Nothing fishy, LUNA is being minted to keep UST peg

**LY**  **Lai Yuen**                                                     5/23/2021, 2:42 PM
It's just burning and minting LUNA

**KB**  **Kaleen Bhaiya**                                                5/23/2021, 2:42 PM
What is ass exactly. I want to know more

**PS**  **P S**                                                          5/23/2021, 2:42 PM
So you never read the white paper?

**LY**  **Lai Yuen**                                                     5/23/2021, 2:42 PM
Yea it's how it works.

**O**  **OIO**                                                           5/23/2021, 2:42 PM
Colombus 5 routes this logic away from minting towards buying

**JN**  **Josh Nebula**                                                  5/23/2021, 2:43 PM
Whales are dumping the liquidated bluna bro

**W**  **w1nsama**                                                       5/23/2021, 2:43 PM
Yes but nobody knows how

**PS**  **P S**                                                          5/23/2021, 2:43 PM
So everyone says, yet no one can explain process and give price examples

**KW**  **Kasper Wisnia**                                                5/23/2021, 2:43 PM
Borrowing is always dangerous

**LY**  **Lai Yuen**                                                     5/23/2021, 2:43 PM
Re read whitepaper.

**KW**  **Kasper Wisnia**                                                5/23/2021, 2:43 PM
It is not a garbage lol

**RT**  **Rakat Tui**                                                   5/23/2021, 2:43 PM
Lol if you don't understand the fundamentals...

**BB**  **Bitcoin Bundy**                                                5/23/2021, 2:44 PM
It's working as designed, just hodl both luna and ust and go between them, buy the dips and sell the pumps, simple

**JN**  **Josh Nebula**                                                  5/23/2021, 2:44 PM
It's not garbage. Too many people borrowed too much

**O**    **OIO**      5/23/2021, 2:44 PM
It's not garbage lol you didn't even understand how the arb mechanism worked until 30 seconds ago

**W**    **w1nsama**      5/23/2021, 2:44 PM
Just like safemoon but $ass

**KB**    **Kaleen Bhaiya**      5/23/2021, 2:44 PM
Maybe most dumped this week

**J**    **Joh**      5/23/2021, 2:44 PM
Yes but currently it is at 4.08 so if it drops by 15% does that raise LTV buy same amount From 35% to 50%

**J**    **Joh**      5/23/2021, 2:44 PM
Depends on entry price.

**JN**    **Josh Nebula**      5/23/2021, 2:44 PM
And this is the result when btc dumps

**KB**    **Kaleen Bhaiya**      5/23/2021, 2:44 PM
Wow

**U**    **Unknown**      5/23/2021, 2:44 PM
It's over. Hyper inflationary death spiral is engaged.

**J**    **jim**      5/23/2021, 2:44 PM
correct

**W**    **w1nsama**      5/23/2021, 2:44 PM
Exactly

**FM**    **Fud MacKenzie**      5/23/2021, 2:44 PM
This dumped more than anything I own and it's my fav project

**S**    **Selltop**      5/23/2021, 2:45 PM
yeah they should add this function on terra station...

**W**    **w1nsama**      5/23/2021, 2:45 PM
That's my first reaction hearing about it

**RT**    **Rakat Tui**      5/23/2021, 2:45 PM
Buy cheap LUNA, when market recovers and there are more apps in Terra ecosystem driving UST or other  Terra stable demand, LUNA will be burning like mad and price will jump high

**PS**    **P S**      5/23/2021, 2:45 PM
White paper only gives general explanation like you did.  I want exact detail.  I'd happily read someone's code to understand it thoroughly

**U**    **Unknown**      5/23/2021, 2:45 PM
When Luna was pumping this telegram was so full of euphoria...you know what happens after?

**MM**    **Mark McDermott**      5/23/2021, 2:45 PM
We are about to head to the "I feel good" phase for BTC next. Don't miss this last chance to buy the dip!


*Image: photo_4320@23-05-2021_14-45-22.jpg (56 KB)*

**SC**    **Satria | GT Capital**            5/23/2021, 2:45 PM
jesus christ bloody shillers

**RT**    **Rakat Tui**            5/23/2021, 2:45 PM
You can then read the contracts deployed

**U**    **Unknown**            5/23/2021, 2:45 PM
Not to be a fuder, but if someone approaches me with that argument, I'll immediately think that's a Ponzi lol

**LY**    **Lai Yuen**            5/23/2021, 2:45 PM
There's a mint and burn function.

**W**    **w1nsama**            5/23/2021, 2:45 PM
Lull I'm not even shilling the guy asked

**O**    **OIO**            5/23/2021, 2:45 PM
You just reacted with "wow"

**O**    **OIO**            5/23/2021, 2:45 PM
Lol

**KB**    **Kaleen Bhaiya**            5/23/2021, 2:46 PM
In 2017 cycle I was fan of ADA but now LUNA. Rugged by ADA last time........

**S**    **Selltop**            5/23/2021, 2:46 PM
cant access it, asked to ayoub he said its not

**AP**    **Adrián P**            5/23/2021, 2:46 PM
Incredible

**U**    **Unknown**            5/23/2021, 2:46 PM
The whole ecosystem is falling apart. Mirror yields have collapsed, Anchor doesn't have anywhere close to enough borrowers to pay depositors and has to withdraw from a reserve, UST lost peg and is printing millions upon millions of Luna to dump on us in a desperate attempt to regain peg

**W**    **w1nsama**            5/23/2021, 2:46 PM
Ok sir i think I'm worried

**MY**    **Mike | GT | Will not DM you**            5/23/2021, 2:46 PM
If you want to arbitrage it's as follows:

1) Right now 1 UST = $0.95
2) You can burn 1 UST for $1 worth of LUNA.
3) Buy 1 UST for $0.95, burn the UST for $1 worth of LUNA, sell the LUNA for $1.

4) Congrats you have made $0.05

**B**    **Booerj**                                                             5/23/2021, 2:46 PM

Mm bacon

**S**    **Selltop**                                        5/23/2021, 2:47 PM

yes but how ?

**RT**    **Rakat Tui**                                    5/23/2021, 2:47 PM

It's not desperate, it's doing it per design

**KB**    **Kaleen Bhaiya**                            5/23/2021, 2:47 PM

No

**S**    **Selltop**                                        5/23/2021, 2:47 PM

this function to burn UST for redeeming is where ?

**PS**    **P S**                                             5/23/2021, 2:47 PM

Where does step two occur?

**JN**    **Josh Nebula**                                  5/23/2021, 2:47 PM



*Image: photo_4321@23-05-2021_14-47-37.jpg (58 KB)*

**DG**    **dgbb gbb**                                       5/23/2021, 2:47 PM

how to choose on chain swap

**W**    **w1nsama**                                      5/23/2021, 2:47 PM

How to burn then

**S**    **STT**                                           5/23/2021, 2:47 PM

Guys any idea when the peg will be restored? And what if Luna drops even deeper?

**O**    **OIO**                                           5/23/2021, 2:47 PM

You went from uncovering something new that you may not understand and being a believer in the project , to 1 second later "wow the project is garbage"

**S**   **Selltop**                                                              5/23/2021, 2:47 PM
this

**MY**   **Mike | GT | Will not DM you**                                         5/23/2021, 2:47 PM
So previously it was in Terra Station. I believe it was removed but it may now be visible again..

**DG**   **dgbb gbb**                                                            5/23/2021, 2:47 PM
the system always choose terra swap

**W**   **w1nsama**                                                              5/23/2021, 2:47 PM
This

**O**   **OIO**                                                                  5/23/2021, 2:48 PM
Seems like really well considered commentary

**KB**   **Kaleen Bhaiya**                                                       5/23/2021, 2:48 PM
Top two Cosmos projects

**S**   **Selltop**                                                             5/23/2021, 2:48 PM
i tried to download last version of app, tried on browser, its not

**DG**   **dgbb gbb**                                                           5/23/2021, 2:48 PM


Image: photo_4322@23-05-2021_14-48-25.jpg (55 KB)

**DG**   **dgbb gbb**                                                           5/23/2021, 2:48 PM
it is always terraswap

**JN**   **Josh Nebula**                                                        5/23/2021, 2:48 PM
Both over leveraged

**DG**   **dgbb gbb**                                                           5/23/2021, 2:48 PM
not on chain swap

**S**   **Selltop**                                                             5/23/2021, 2:48 PM
yes, you get the shitty price not the burning process

**S**  **Selltop**                                                   5/23/2021, 2:48 PM
how to get the burning ?

**A**  **Arbs**                                                      5/23/2021, 2:48 PM
I saw somewhere mentioned how this crash is due to tether and how they've been inflating it since October

**DG**  **dgbb gbb**                                                 5/23/2021, 2:49 PM
which make arbitrage impossible

**DG**  **dgbb gbb**                                                 5/23/2021, 2:49 PM
is anybody know

**O**  **OIO**                                                       5/23/2021, 2:49 PM
Right , which is part of the mechanism. The routing for the mechanism is changing with Colombus 5. Instead of minting Luna the system will push those swaps to terraswap and it will create buy pressure instead

**S**  **Selltop**                                                   5/23/2021, 2:49 PM
I saw it was 1)limited amount of luna
2)not accessible to the pleb on direct interface

**DG**  **dgbb gbb**                                                 5/23/2021, 2:50 PM
that is very terrible

**MY**  **Mike | GT | Will not DM you**                              5/23/2021, 2:50 PM
This should be burn UST for LUNA


*Image: photo_4323@23-05-2021_14-50-16.jpg (26 KB)*

**S**  **Selltop**                                                   5/23/2021, 2:50 PM
yeah some arbers are keeping their secret

**W**  **w1nsama**                                                   5/23/2021, 2:50 PM
You're buying with 4.3 rate

**S**  **Selltop**                                                   5/23/2021, 2:50 PM
the team should display it on the app

**MY**  **Mike | GT | Will not DM you**                              5/23/2021, 2:50 PM
See my screenshot above

**O**  **OIO**                                                       5/23/2021, 2:50 PM
Columbus 5 is done

**B**  **Booerj**                                                    5/23/2021, 2:50 PM
Is that the jump trading prop?

**W**  **w1nsama**                                                   5/23/2021, 2:50 PM
4.35

**O**  **OIO**                                                       5/23/2021, 2:50 PM
And being audited

**W** | **w1nsama** | 5/23/2021, 2:51 PM
Now it's $4

**W** | **w1nsama** | 5/23/2021, 2:51 PM
You basically make a loss

**O** | **OIO** | 5/23/2021, 2:51 PM
Lol okay bro

**U** | **Unknown** | 5/23/2021, 2:51 PM
Col 5 being audited just like trump tax return being audited. Both released at same time in future

**O** | **OIO** | 5/23/2021, 2:51 PM

*Attachment: mp4 (91).mp4 (70 KB)*

**MY** | **Mike | GT | Will not DM you** | 5/23/2021, 2:51 PM
It was removed and I only just found it's been added back in. Odd that it doesn't appear for you though as I believe Terra station auto updated.

**S** | **Sven** | 5/23/2021, 2:51 PM
what is Luna backed by?

**S** | **Sven** | 5/23/2021, 2:52 PM
👀👀👀

**MY** | **Mike | GT | Will not DM you** | 5/23/2021, 2:52 PM
Are you looking at UST -> LUNA? It won't appear on some pairs.

**O** | **OIO** | 5/23/2021, 2:52 PM
Arbitrage maintains the peg

**B** | **Booerj** | 5/23/2021, 2:52 PM
Bacon right now

**N** | **Nidschi** | 5/23/2021, 2:52 PM
Wow.. how hard is luna getting hit? Unbelievable... worst performance today of all coins?

**RP** | **Rekt pleb** | 5/23/2021, 2:52 PM
Feedback loop

**M** | **MH** | 5/23/2021, 2:52 PM
What happens if peg keeps dropping to say 80c?

**RS** | **ricky spanish** | 5/23/2021, 2:52 PM
lol

**RS** | **ricky spanish** | 5/23/2021, 2:53 PM
please

**W** | **w1nsama** | 5/23/2021, 2:53 PM
I would be poor

**MY**  **Mike | GT | Will not DM you**                                    5/23/2021, 2:53 PM
People would arb it back before that happens.

**S**  **Selltop**                                                         5/23/2021, 2:53 PM
oh its back now, lol mine is buggy and price is moving back and forth super fast between the two

**MY**  **Mike | GT | Will not DM you**                                    5/23/2021, 2:53 PM
Yeah. Generally this is something that's done by bots so it's quite hard to be fast enough manually to profit from it.

**M**  **Maxime**                                                         5/23/2021, 2:53 PM
UST peg failing on Kucoin now, so Luna about to get another hit... wow

**O**  **OIO**                                                            5/23/2021, 2:54 PM
All future seignorage will be burned when Columbus 5 launches. That has already been decided

**S**  **STT**                                                            5/23/2021, 2:54 PM
Honest serious question, Do you have any concern about peg being heavily destabilised if Luna drops further?

**D**  **DEX**                                                            5/23/2021, 2:54 PM
then people won't be gaining rewards on anchor earn

**M**  **MH**                                                             5/23/2021, 2:54 PM
But arbing back means printing more luna which inflates supply is that true?

**S**  **Selltop**                                                        5/23/2021, 2:54 PM
I mean the UI is litteraly bugging ^^

**MY**  **Mike | GT | Will not DM you**                                    5/23/2021, 2:54 PM
Correct.

**MY**  **Mike | GT | Will not DM you**                                    5/23/2021, 2:54 PM
Oh. That's odd.

**RT**  **Rakat Tui**                                                      5/23/2021, 2:54 PM
It settles after few seconds

**RP**  **Rekt pleb**                                                      5/23/2021, 2:55 PM
You aren't poor yet?

**MY**  **Mike | GT | Will not DM you**                                    5/23/2021, 2:55 PM
Nobody is being screwed by the community pool.

**W**  **w1nsama**                                                        5/23/2021, 2:55 PM
Not yet

**KW**  **Kasper Wisnia**                                                  5/23/2021, 2:55 PM
U guys FUD because of the price or why?

**KW**  **Kasper Wisnia**                                                  5/23/2021, 2:55 PM
All crypto fall simple

**RL**  **RAY LIU**                                                        5/23/2021, 2:55 PM
are you sure it's done? I saw tweets on testnet only

**D**  **DEX**                                                                    5/23/2021, 2:55 PM
it's being audited

**O**  **OIO**                                                                    5/23/2021, 2:55 PM
Not necessarily , the arb doesn't have to happen on chain. As a matter of fact it is better it it happens off chain. Which is one of the things Colombus 5 is addressing

**MY**  **Mike | GT | Will not DM you**                                           5/23/2021, 2:55 PM
Correct. I don't see how that's screwing you though.

**RP**  **Rekt pleb**                                                             5/23/2021, 2:56 PM
Can you buy me some noodles sir?

We don't have universal basic income in my country yet.

**MY**  **Mike | GT | Will not DM you**                                           5/23/2021, 2:56 PM
No. The minting of Luna only happens during economic contractions when UST is below peg.

**F**  **Fizz**                                                                   5/23/2021, 2:56 PM
No the cOmm pool is not part of circ supply

**W**  **w1nsama**                                                                5/23/2021, 2:56 PM
How much is noodle sir

**O**  **OIO**                                                                    5/23/2021, 2:56 PM
Lol you are missing a part of the equation. The ust will not enter circulation unless insurance payout is required

**RT**  **Rakat Tui**                                                             5/23/2021, 2:56 PM
More UST means more Luna burning in order to mint that UST

**F**  **Fizz**                                                                   5/23/2021, 2:56 PM
Is the Luna minting really significant enough to change the price of LUNA though

**RP**  **Rekt pleb**                                                             5/23/2021, 2:56 PM
272733661 ust
A pack... Soon 🙂

**W**  **w1nsama**                                                               5/23/2021, 2:57 PM
Wow so cheap

**F**  **Fizz**                                                                   5/23/2021, 2:57 PM
I only see 1 mill max per day, not huge in the grand scheme of things ?
@miker808

**RP**  **Rekt pleb**                                                             5/23/2021, 2:57 PM
Yes ser.

**MY**  **Mike | GT | Will not DM you**                                          5/23/2021, 2:57 PM
UST above peg = LUNA burns. UST below peg = LUNA mints.

Therefore when we have an ecosystem that is growing and UST in demand, LUNA is constnatly being burned to meet that demand.

When the counter is true (now), LUNA is being minted to burn the UST and keep the peg.

**AP**   **Adrián P**                                                    5/23/2021, 2:57 PM
I'm out, I was all in but this is to much. Good luck to all!

**F**   **Fynn?**                                                        5/23/2021, 2:57 PM
In case you didn't see earlier, I published my Terra Weekly Report addressing 17 May - 23 May. It also includes some Harpoon Protocol ALPHA! Make sure to go check it out!

https://twitter.com/FynnToTheMoon/status/1396496188761952258?s=20


Image: photo_4324@23-05-2021_14-57-29.jpg (191 KB)

**W**   **w1nsama**                                                      5/23/2021, 2:57 PM
But yeah i agree sooon

**O**   **OIO**                                                          5/23/2021, 2:57 PM
You have wax in your ears ? It's not entering the circulating supply. It's existence as insurance actually encourages people to use the protocol

**O**   **OIO**                                                          5/23/2021, 2:57 PM
Lol

**MY**   **Mike | GT | Will not DM you**                                 5/23/2021, 2:57 PM
On its current scale I don't think it is particularly. I'm sure it will have some effect as everything does but right now something like 5m LUNA has been minted during an 80% market drop. Not exactly a huge amount.

**F**   **Fizz**                                                         5/23/2021, 2:58 PM
Thanks, it seemed like too much credence was being given to this concern.

**RP**   **Rekt pleb**                                                   5/23/2021, 2:58 PM
But regrettably as luna drops in value, bots are liquidating anchor borrowers.

**MY**   **Mike | GT | Will not DM you**                                 5/23/2021, 2:58 PM
You can see how much is being minted here:
https://terra.smartstake.io/history

**B**   **Booerj**                                                       5/23/2021, 2:58 PM
There it is. The sweet smell fresh bacon.

**O**   **OIO**                                                          5/23/2021, 2:58 PM
It's an insurance fund bro, in a wallet, unused unless needed.

**W**   **w1nsama**                                                      5/23/2021, 2:59 PM
Which would decrese ust demand,  and the loop goes forever

**RP**    **Rekt pleb**                                                       5/23/2021, 2:59 PM

Having access to early harpoon I can't even get a bid on anything over 3 bluna.

Bots are there, and it's done before I can click fast enough.

**B**    **Booerj**                                                      5/23/2021, 2:59 PM

The cycle continues

**MY**    **Mike | GT | Will not DM you**                                 5/23/2021, 2:59 PM

Well the assumption would be that a new community project uses UST and creates demand for UST as a result...I don't see your point?

**A**    **Andrea** ◯                                              5/23/2021, 2:59 PM

What's happening on UST?

**MY**    **Mike | GT | Will not DM you**                                 5/23/2021, 2:59 PM

Bots will unfortunately dominate large liquidations I would think.

**O**    **OIO**                                                      5/23/2021, 2:59 PM

Every day the insurance protocol runs , those funds become less necessary. We can even propose they are burned after a certain amount of additional funds are accrued to cover

**O**    **OIO**                                                      5/23/2021, 3:00 PM

Wtf are you talking about

**RP**    **Rekt pleb**                                                      5/23/2021, 3:00 PM

Apparently it's safe to borrow on anchor, if your capital is smaller than the cost of the transaction to liquidate you.

There's piles of unliquidated 0.001 to 2.5 bluna options.

**W**    **w1nsama**                                                  5/23/2021, 3:00 PM

Ded

**O**    **OIO**                                                      5/23/2021, 3:01 PM

Now you are worried about them running away with the money 😂😂

**RP**    **Rekt pleb**                                                  5/23/2021, 3:01 PM

The beatings will continue until morale improves.

**A**    **Andrea** ◯                                              5/23/2021, 3:02 PM

someone serious?

**AM**    **Alex M**                                                  5/23/2021, 3:02 PM

I don't care about Luna price (even though I hold), what's wrong with UST peg?

**B**    **Booerj**                                                     5/23/2021, 3:03 PM

Healthy bacon in the morning is good for morale. It's also salty

**DG**    **dgbb gbb**                                                 5/23/2021, 3:03 PM

the ampunt of ust be burnt is really little

**DG**    **dgbb gbb**                                                 5/23/2021, 3:03 PM

only 20m yesterday

**DG**    **dgbb gbb**                                                 5/23/2021, 3:04 PM

and everybody is selling

**JD**  **Johnny D**                                                                5/23/2021, 3:04 PM
Loool we below $4

**JD**  **Johnny D**                                                                5/23/2021, 3:04 PM
We rekt

**JD**  **Johnny D**                                                                5/23/2021, 3:04 PM
Or there is an exploitable loophole

**AF**  **alphaDefi fund**                                                          5/23/2021, 3:04 PM
I wanna see LUNA lower than MIR. that be NUTS

**JP**  **Jesse P**                                                                 5/23/2021, 3:04 PM
How come UST is out of sync with the dollar?

**JD**  **Johnny D**                                                                5/23/2021, 3:05 PM
Who is the F is selling now? After being down like 80%

**S**  **Selltop**                                                                  5/23/2021, 3:05 PM
thanks I could try it, but "market" do not gives me a 1-1 price at all, it show me a price of luna at 4.25 ust so still a 5% under the peg for ust

**O**  **OIO**                                                                      5/23/2021, 3:05 PM
Do you guys only look at Luna ? Lol the whole market is fucked up

**BN**  **Bruno Nogueira**                                                          5/23/2021, 3:05 PM
Just bougth cheap UST LOL

**RP**  **Rekt pleb**                                                               5/23/2021, 3:05 PM
Weeeee

**AF**  **alphaDefi fund**                                                          5/23/2021, 3:05 PM
mechanisms cant keep up, ecosystem is breaking

**DG**  **dgbb gbb**                                                                5/23/2021, 3:05 PM
no way for redeem

**DG**  **dgbb gbb**                                                                5/23/2021, 3:05 PM
why

**M**  **Maury**                                                                    5/23/2021, 3:05 PM
yeah 4$ barrier breached!

**AF**  **alphaDefi fund**                                                          5/23/2021, 3:05 PM
it will re peg eventually

**J**  **Jari**                                                                     5/23/2021, 3:06 PM
What the hell, why man why...

**W**  **W**                                                                        5/23/2021, 3:06 PM
Wow

**BB**  **Bitcoin Bundy**                                                           5/23/2021, 3:06 PM
I agree, so much FUD, system working as designed

**RT**  **Rakat Tui**                                                               5/23/2021, 3:06 PM
Yes

**AM**   **Alex M**       5/23/2021, 3:06 PM
I can see DAI pegged at 1.00, all the other stables are close. Even FEI which was a joke is at 0.97

**DW**   **Dennis Wilm**       5/23/2021, 3:06 PM
if we are at 94 cents it means the system does not work as desgined

**MY**   **Mike | GT | Will not DM you**       5/23/2021, 3:06 PM
If it drops enough, you can probably manually arb it lol

**B**   **Booerj**       5/23/2021, 3:06 PM
How are the Luna god's this good to me. Whale dream will come true

**DG**   **dgbb gbb**       5/23/2021, 3:07 PM
5% is not enough ?

**AF**   **alphaDefi fund**       5/23/2021, 3:07 PM
im not sure I agree as designed haha but its hanging in. I didnt think it could un peg THIS MUCH. but its holding

**DG**   **dgbb gbb**       5/23/2021, 3:07 PM
why cant people redeem ust

**DG**   **dgbb gbb**       5/23/2021, 3:07 PM
and get 0.99usd luna

**M**   **Maury**       5/23/2021, 3:07 PM
i'm not a whale but if i can buy some cheap luna under 1$ isn't that bad

**M**   **MRS**       5/23/2021, 3:08 PM
This is insane, free fall? No correction???

**M**   **Maury**       5/23/2021, 3:08 PM
and then use the luna <-> bluna swap in loop

**RP**   **Rekt pleb**       5/23/2021, 3:08 PM
I was thinking the same.
But what good buying luna at 4 if its gonna be 1 usd in a couple days 🙂

**M**   **Maury**       5/23/2021, 3:08 PM
universal free income!!!

**KC**   **Klaus Claws**       5/23/2021, 3:08 PM
mah cannot swap currently... need to pay some of my loan back to avoid liquidation.

**M**   **Maury**       5/23/2021, 3:08 PM
a couple of days? nah too slow, now!!! 😀

**B**   **Booerj**       5/23/2021, 3:09 PM
sub 10 is a steal imo lol

**U**   **Unknown**       5/23/2021, 3:09 PM
why ust lost peg

**M**   **Maury**       5/23/2021, 3:09 PM
I agree but 1$ is better than 10$

**B**

**Booerj**                                                                                                 5/23/2021, 3:09 PM

Never know when our shrimp luck ends. DCA into it is the way

**RP**

**Rekt pleb**                                                                                              5/23/2021, 3:10 PM

Looks Good buying now.

**RP**

**Rekt pleb**                                                                                              5/23/2021, 3:10 PM

But better lower.

**CF**

**Cryptonian | finnt**                                                                                     5/23/2021, 3:10 PM

Can admins please pin important information of recent ust fud. What's causing it, what's being done to fix it, how long it would take for ust to remain its peg?

This would leave unnecessary repeat information which can be confusing

**Č**

**Čøññëłł**                                                                                                5/23/2021, 3:10 PM

2.9 untested level

**I**

**ivan**                                                                                                   5/23/2021, 3:10 PM

Literally bought 2 days ago down 60%

**U**

**Unknown**                                                                                                5/23/2021, 3:11 PM

ouff this is real bad

**D**

**DEX**                                                                                                    5/23/2021, 3:11 PM

there's been a chart on tradingview pretty much pinpointing exactly whats happening for ages

**W**

**Www**                                                                                                    5/23/2021, 3:11 PM

Luna 1k eoy is programmed kek

**W**

**w1nsama**                                                                                                5/23/2021, 3:11 PM

Very nice bullrun sir


Image: photo_4325@23-05-2021_15-11-16.jpg (65 KB)

**B**

**Booerj**                                                                                                 5/23/2021, 3:11 PM

If sub 1 I'll sell my kidney to load up

IM   **in the makeing**                                                                        5/23/2021, 3:13 PM
     luna has to be the worst performing token in this crash get ready to put the house up sub 1

JM   **Jun Misugi**                                                                            5/23/2021, 3:13 PM
     guys whats happenign

M    **Maury**                                                                                 5/23/2021, 3:13 PM
     no need, anyway with the luna-bluna swap loop one can have universal free income anyway

KW   **Kasper Wisnia**                                                                         5/23/2021, 3:13 PM
     Nothing ppl panic sell

KW   **Kasper Wisnia**                                                                         5/23/2021, 3:14 PM
     Most of ppl jumped in on q1 2021 and they panic now

JM   **Jun Misugi**                                                                            5/23/2021, 3:14 PM
     but all alts got rugged I mean even top 50 alts

KW   **Kasper Wisnia**                                                                         5/23/2021, 3:14 PM
     If u sell u lose simple

SC   **Satria | GT Capital**                                                                   5/23/2021, 3:14 PM
     are u guys even watching the rest of the markets lmao

F    **Fizz**                                                                                  5/23/2021, 3:14 PM
     unless you seell and buy back

F    **Fizz**                                                                                  5/23/2021, 3:14 PM
     durr

KW   **Kasper Wisnia**                                                                         5/23/2021, 3:14 PM
     But ppl do FUD in general

KW   **Kasper Wisnia**                                                                         5/23/2021, 3:14 PM
     I just bought more lol

D    **DEX**                                                                                   5/23/2021, 3:14 PM
     +1

KW   **Kasper Wisnia**                                                                         5/23/2021, 3:14 PM
     I sold at 15 and bought back at 5

KW   **Kasper Wisnia**                                                                         5/23/2021, 3:15 PM
     Got x2

SC   **Satria | GT Capital**                                                                   5/23/2021, 3:15 PM
     it's literally the perfect time to buy more luna, swap some for bluna and provide bluna/luna lp in terra swap

IK   **Iiiiik Kkkkippp**                                                                       5/23/2021, 3:15 PM
     Nice

KW   **Kasper Wisnia**                                                                         5/23/2021, 3:15 PM
     And other half of money in pocket

**KW**  **Kasper Wisnia**                                                                5/23/2021, 3:15 PM
So no fud

**KW**  **Kasper Wisnia**                                                                5/23/2021, 3:15 PM
Btc from 64k to 30k and u call it garbage Lol.. Nope

**F**  **Fizz**                                                                         5/23/2021, 3:15 PM
x3

**BB**  **Bitcoin Bundy**                                                                5/23/2021, 3:15 PM
Luna is pumping 😛

**RS**  **R S**                                                                         5/23/2021, 3:15 PM

*Attachment: mp4 (92).mp4 (104 KB)*

**F**  **Fizz**                                                                         5/23/2021, 3:15 PM
LOLLL

**KW**  **Kasper Wisnia**                                                                5/23/2021, 3:16 PM
I bought x2 times what i had and rest is i. Usdt

**RS**  **R S**                                                                         5/23/2021, 3:16 PM
Wow Luna went back over 4 honestly surprised lol

**RS**  **R S**                                                                         5/23/2021, 3:16 PM
Probably just another fake out

**MY**  **Mike | GT | Will not DM you**                                                  5/23/2021, 3:17 PM
Better to take the price chat to the price channel guys 🙂

**BB**  **Bitcoin Bundy**                                                                5/23/2021, 3:18 PM
Luna back to 15 bucks and then ust will be back to 1 dollar

**MY**  **Mike | GT | Will not DM you**                                                  5/23/2021, 3:18 PM
You can always start another one

**W**  **w1nsama**                                                                      5/23/2021, 3:19 PM

| Luna Circulating Supply Changes | | | |
|------------|----------------------------|------------------|--------------------|
| Date | Liquid Circ Supply | Supply Change | Supply Reduction |
| 2021-05-23 | 128.2m | 3.4m | 96.3m |
| 2021-05-22 | 126.2m | 1.4m | 99.7m |
| 2021-05-21 | 121.7m | 470.2k | 101.1m |
| 2021-05-20 | 121.4m | 372.2k | 101.6m |
| 2021-05-19 | 124.2m | -411.4k | 101.9m |

*Image: photo_4326@23-05-2021_15-19-03.jpg (78 KB)*

**MY**  **Mike | GT | Will not DM you**                                      5/23/2021, 3:19 PM
Well you getting banned from the price channel doesn't really mean turning this one into one.

**AF**  **alphaDefi fund**                                                   5/23/2021, 3:19 PM
I am not seeing enough fear on this channel to justify loading up on MIR, LUNA and ANC

**W**  **w1nsama**                                                           5/23/2021, 3:19 PM
3.4m mint peg still off

**W**  **w1nsama**                                                           5/23/2021, 3:19 PM
Big oof

**M**  **MB**                                                                5/23/2021, 3:19 PM
Can someone clarify the peg topic?

**MY**  **Mike | GT | Will not DM you**                                      5/23/2021, 3:19 PM
How much LUNA have we burned in total?

**MY**  **Mike | GT | Will not DM you**                                      5/23/2021, 3:20 PM
The problem is constantly talking about price ends up turning this into a price channel.

**W**  **w1nsama**                                                           5/23/2021, 3:20 PM



*Image: photo_4327@23-05-2021_15-20-32.jpg (67 KB)*

**MY**  **Mike | GT | Will not DM you**                                      5/23/2021, 3:20 PM

So the 3 million mint is bothering you in a 75% contraction? 🙂

**W**  **w1nsama**                                                          5/23/2021, 3:20 PM

Nope

**C**  **Combot**                                                           5/23/2021, 3:21 PM

Baritas
 has been banned! Reason:
CAS ban
.

**W**  **w1nsama**                                                          5/23/2021, 3:21 PM

But it's not keeping the peg

**MY**  **Mike | GT | Will not DM you**                                      5/23/2021, 3:21 PM

You're right. But it will recover

**F**  **Freeverse**                                                        5/23/2021, 3:21 PM

Ya know, I've been trying to figure out what this "Moon of Luna" countdown legitimately means, but I've not been able to
locate any info on the subject..

**GD**  **gorgeous danton**                                                  5/23/2021, 3:21 PM

Keith

Beck
 guess what, harpoon is out on schedule 😱

**W**  **w1nsama**                                                          5/23/2021, 3:22 PM

And I'm finding a way to arbitrage not really any info about it

**U**  **Unknown**                                                          5/23/2021, 3:22 PM

Luna marketcap doesn't even support the UST supply right now though, that's bad

**MY**  **Mike | GT | Will not DM you**                                      5/23/2021, 3:22 PM

Except UST isn't backed by the LUNA marketcap

MY | **Mike | GT | Will not DM you** | 5/23/2021, 3:22 PM
So it's not bad at all

CF | **Cryptonian | finnt** | 5/23/2021, 3:23 PM
Can someone explain why no one is arbing Luna - ust?

L | **lv976** | 5/23/2021, 3:23 PM
Yes. That's good news. I was just watching the video.

W | **w1nsama** | 5/23/2021, 3:23 PM
Because nobody knows how

C | **corkus** | 5/23/2021, 3:24 PM
which page is this?

CF | **Cryptonian | finnt** | 5/23/2021, 3:24 PM
How was it being done before then?

AF | **alphaDefi fund** | 5/23/2021, 3:24 PM
because poeple scared the peg will go lower, and because most people dont know how

RS | **R S** | 5/23/2021, 3:24 PM
What if price reflects on more then just the price itself, feel like we might bigger problem at hand that might have to do with price

W | **w1nsama** | 5/23/2021, 3:24 PM
It's by somebody who knows and keeping the secret

AM | **Alex M** | 5/23/2021, 3:24 PM
Cause it's always a risk, UST might go lower

W | **w1nsama** | 5/23/2021, 3:24 PM
Smartstake website

B | **Beck** | 5/23/2021, 3:24 PM
Yep seen that

C | **corkus** | 5/23/2021, 3:25 PM
link?

C | **corkus** | 5/23/2021, 3:25 PM
ah:
https://terra.smartstake.io/

MY | **Mike | GT | Will not DM you** | 5/23/2021, 3:25 PM
It's literally written in all the docs. I'm not sure what secret you are referring to.

F | **Freeverse** | 5/23/2021, 3:25 PM
UST is essentially infinitely capped, scalable and such

J | **Joh** | 5/23/2021, 3:25 PM
Borrow calculate:
At price of $4.04 borrowing at 35% LTV the LTV will go to 50% if the price drops down to 2.83.
Anyone can confirm this?

W | **Www** | 5/23/2021, 3:26 PM

UST is not begged

**Www**                                                              5/23/2021, 3:26 PM
Why would I use anchor now when in times like this I get less real dollars

**Www**                                                              5/23/2021, 3:26 PM
Not fudding but this is not good at all

**Cryptonian | finnt**                                               5/23/2021, 3:26 PM
What's the link to the docs?

**Adrián P**                                                         5/23/2021, 3:26 PM
/

**J JUN**                                                            5/23/2021, 3:26 PM
I dont think this is how the protocol works.
UST was never really backed by LUNA. In the sense like USDC backed by USD, or DAI backed by other crypto.

UST minted by burning LUNA.
And LUNA minted by burning UST.

What keep the peg, is arbitrageurs activity, the bot.

Please correct me if I am wrong.

**MB**                                                               5/23/2021, 3:26 PM
Can you please explain this?

**gorgeous danton**                                                  5/23/2021, 3:27 PM
because it will go back to peg..

**mi**                                                               5/23/2021, 3:27 PM
This is correct

**Www**                                                              5/23/2021, 3:27 PM
Whales can't keep there money safe in anchor when u deposit 1mil USD and get 900k back

**Mike | GT | Will not DM you**                                      5/23/2021, 3:27 PM
You can read  the whitepaper and any of the SDKs to find the market swap functionality.

**SunKing**                                                          5/23/2021, 3:27 PM
Why is UST 95cents?

**SunKing**                                                          5/23/2021, 3:27 PM
will columbus 5 fix it?

**Www**                                                              5/23/2021, 3:27 PM
Wil go back ok but let's say I want to withdrawal now ?

**Mike | GT | Will not DM you**                                      5/23/2021, 3:27 PM
You are the first person to ask this today.

**SunKing**                                                          5/23/2021, 3:28 PM
Will col-5 fix it or in the future make it more stable?

**w1nsama**                                                          5/23/2021, 3:28 PM
Sauce? The method you said would make a loss on arbitrage because price on station is higher than price on exchange

**DG** **dgbb gbb**                                                   5/23/2021, 3:28 PM
why I cant swap on chain

**W** **w1nsama**                                                     5/23/2021, 3:28 PM
Station 4.4 binance 4.3 for example

**DG** **dgbb gbb**                                                   5/23/2021, 3:28 PM
only terra swap

**W** **Www**                                                        5/23/2021, 3:28 PM
The whole Luna eco is build around UST now UST is not even stable , I won't touch it again sorry

**O** **OIO**                                                        5/23/2021, 3:28 PM
Columbus 5 will actually rout the on chain UST swaps to terra swap

**O** **OIO**                                                        5/23/2021, 3:28 PM
causing buy pressure

**M** **MB**                                                         5/23/2021, 3:28 PM
So if all Luna are burned for UST, there are not enough Luna left
 Therefore market cap seems relevant?

**O** **OIO**                                                        5/23/2021, 3:28 PM
instead of minting

**S** **SunKing**                                                    5/23/2021, 3:29 PM
but

**S** **SunKing**                                                    5/23/2021, 3:29 PM
will it make ust more stable

**MY** **Mike | GT | Will not DM you**                               5/23/2021, 3:29 PM
0.221962 uluna for a 1 UST burn.

0.221962 * 4.62 on Kucoin = 1.02 UST

Now tell me how it's wrong please.

Response body
```
{
    "height": "3080926",
    "result": {
        "denom": "uluna",
        "amount": "221962"
    }
}
```
Response headers

*Image: photo_4328@23-05-2021_15-29-09.jpg (6 KB)*

**S** **SunKing**                                                    5/23/2021, 3:29 PM
answer my question thakns man

**Z** **Zzzzzzzzzzzzzzzzzzzzzzzar**                                   5/23/2021, 3:29 PM
bro what is going on, we are pure rekd

**O** **OIO**                                                        5/23/2021, 3:29 PM

yes, it will also allow faster burns

**OIO**                                            5/23/2021, 3:29 PM
nah

**OIO**                                            5/23/2021, 3:29 PM
wee good still

**Www**                                            5/23/2021, 3:30 PM
Trust is gone for me tbh

**SunKing**                                        5/23/2021, 3:30 PM
will it be stable as USDT,USDC

**SunKing**                                        5/23/2021, 3:30 PM
why cannot we steal their algorthim to make more stable

**Www**                                            5/23/2021, 3:30 PM
Imagine staking your UST and actually lossing on it

**OIO**                                            5/23/2021, 3:30 PM
USDT has been volatile as shit also lol

**OIO**                                            5/23/2021, 3:30 PM
and its the king of the castle

**Freeverse**                                      5/23/2021, 3:30 PM
It has

**SunKing**                                        5/23/2021, 3:30 PM
not really

**Mike | GT | Will not DM you**                    5/23/2021, 3:30 PM
You want to steal the algorithm of coins that don't use an algorithm?

**SunKing**                                        5/23/2021, 3:30 PM
it went back to its 1$ peg couple hours later

**James William**                                  5/23/2021, 3:30 PM
Not algorithmically backed

**Rakat Tui**                                       5/23/2021, 3:30 PM
You can buy cheap UST now and profit when it regains peg while earning 18% on it

**w1nsama**                                         5/23/2021, 3:31 PM
Why would you * it with ust pair

**gorgeous danton**                                 5/23/2021, 3:31 PM
buy 100$ worth of luna and sell the luna

**Kasper Wisnia**                                   5/23/2021, 3:31 PM
Buy the dip or cry later lol

**James William**                                   5/23/2021, 3:31 PM
Dai is the only other similar stable coins thats popular

**W**  **w1nsama**                                                                          5/23/2021, 3:31 PM

You need to make profit on usdt pair not ust

**MY**  **Mike | GT | Will not DM you**                                                      5/23/2021, 3:31 PM

Because you could sell it to USDT and then swap that USDT to UST for the same amount. I was making it simple

**A**  **Andrew**                                                                           5/23/2021, 3:31 PM

Hi,
In this page it is shown the commission for providing liquidity in terrasawp:

https://alpac4.com/TerraSwapDashboard

But, when prioviding liquidity in Terrasawp... were can I see those rewards? as an example, if I provide liquidity for
bLuna/Luna pair.... were I receive the Commision APR? I cannot see any "claim"

**AF**  **alphaDefi fund**                                                                  5/23/2021, 3:31 PM

is this when I am meant to type "wen moon"?

**I**  **Incorrect**                                                                        5/23/2021, 3:31 PM



*Image: photo_4329@23-05-2021_15-31-46.jpg (44 KB)*

**MY**  **Mike | GT | Will not DM you**                                                      5/23/2021, 3:31 PM

No you don't. You could do it to UST. You're burning UST is the point.

**G**  **Gianmaria**                                                                        5/23/2021, 3:31 PM

what happens to ust?  shouldn't it be stable?  here you lose a lot of money by keeping them well in the ust?

**W**  **w1nsama**                                                                          5/23/2021, 3:31 PM



*Image: photo_4330@23-05-2021_15-31-53.jpg (51 KB)*

| | | |
|---|---|---|
| **I** | **Incorrect** | 5/23/2021, 3:31 PM |
| | Is this a sign before tge fall | |
| **T** | **TYS** | 5/23/2021, 3:31 PM |
| | 😂 | |
| **W** | **w1nsama** | 5/23/2021, 3:32 PM |
| | Would make a loss | |
| **MY** | **Mike \| GT \| Will not DM you** | 5/23/2021, 3:32 PM |
| | Because the price has changed already....this is why I'm saying bots are what eprform the arb | |
| **W** | **w1nsama** | 5/23/2021, 3:32 PM |
| | You start with usdt | |
| **RT** | **Rakat Tui** | 5/23/2021, 3:32 PM |
| | You're not losing anything if you are not selling | |
| **MY** | **Mike \| GT \| Will not DM you** | 5/23/2021, 3:32 PM |
| | The price on an exchange doesn't stay static for more than a few seconds. | |
| **W** | **w1nsama** | 5/23/2021, 3:32 PM |
| | Arbitrager wants usdt | |
| **RT** | **Rakat Tui** | 5/23/2021, 3:32 PM |
| | Have patience, UST will regain its peg | |
| **S** | **SunKing** | 5/23/2021, 3:32 PM |
| | for how long? | |
| **AF** | **alphaDefi fund** | 5/23/2021, 3:33 PM |
| | it shall | |
| **G** | **Gianmaria** | 5/23/2021, 3:33 PM |
| | Ok same story of all cripto.... but 1 ust = 1 usd right ? | |

**S**   **SunKing**                                                                5/23/2021, 3:33 PM
1 luna = 1 luna

**RT**   **Rakat Tui**                                                             5/23/2021, 3:33 PM
Not at the moment but soon

**G**   **Gianmaria**                                                              5/23/2021, 3:34 PM
this synthetic dollar system has some big problems.

**CF**   **Cryptonian | finnt**                                                    5/23/2021, 3:34 PM
TerraUSD - $UST

Date of ATL: 2021-05-19
Current Price: $0.964
ATL Price: $0.858
% from ATL: 11.78%


Next Bitcoin Move Revealed Here!

**CF**   **Cryptonian | finnt**                                                    5/23/2021, 3:34 PM
What happened when ust was 85c?

**CF**   **Cryptonian | finnt**                                                    5/23/2021, 3:35 PM
Same arb issue?

**JW**   **James William**                                                         5/23/2021, 3:35 PM
That was 4 days ago

**CF**   **Cryptonian | finnt**                                                    5/23/2021, 3:35 PM
If it was fixed last time, im sure it will be fixed this time

**O**   **OIO**                                                                    5/23/2021, 3:35 PM
Harpoon just launched for the public

**O**   **OIO**                                                                    5/23/2021, 3:35 PM
boom

**W**   **w1nsama**                                                                5/23/2021, 3:35 PM
Exchange liquidity wasn't enough

**RT**   **Rakat Tui**                                                             5/23/2021, 3:35 PM
You think so? Whole crypto market went to hell however you are still earning 18% on UST and only thing you need to do
is wait for it to regain peg and you can withdraw your profits without loss

**G**   **Gianmaria**                                                             5/23/2021, 3:36 PM
What is harpoon?

**LJ**   **Lawrence James**                                                        5/23/2021, 3:36 PM
Really?

**CF**   **Cryptonian | finnt**                                                    5/23/2021, 3:36 PM
Fuck off

**JW**   **James William**                                                         5/23/2021, 3:36 PM
Its not an issue its deliberate to stop manipulation from draining the reserves it burns limited ust.

JW **James William**                                                5/23/2021, 3:36 PM
Which as mike says is all taken by the bots

S **SunKing**                                                       5/23/2021, 3:36 PM
can ust go to 50cent is possible?

MF **Mickey Finn**                                                  5/23/2021, 3:36 PM
Great, so more people can get in on liquidating driving ya into the ground.

F **Fatih**                                                         5/23/2021, 3:36 PM
Doesn't it looks so stable?



*Image: photo_4331@23-05-2021_15-36-33.jpg (72 KB)*

CF **Cryptonian | finnt**                                           5/23/2021, 3:36 PM
No arbs will keep it from carrying too much

O **OIO**                                                           5/23/2021, 3:36 PM
nope, it will actually tighten the spread on the discount and requires UST to use

S **SunKing**                                                       5/23/2021, 3:36 PM
wahts the lowest it can go

W **w1nsama**                                                       5/23/2021, 3:36 PM



*Image: photo_4332@23-05-2021_15-36-50.jpg (74 KB)*

**W**   **w1nsama**                                                    5/23/2021, 3:36 PM
Bullrunnn

**CF**   **Cryptonian | finnt**                                       5/23/2021, 3:36 PM



*Image: photo_4333@23-05-2021_15-36-57.jpg (52 KB)*

**U**   **Unknown**                                                   5/23/2021, 3:37 PM
gaia effect incoming

**MF**   **Mickey Finn**                                             5/23/2021, 3:37 PM
Ok, sorry. I'm not the brightest spark.

**CF**   **Cryptonian | finnt**                                       5/23/2021, 3:37 PM
Elaborate

**O**   **OIO**                                                       5/23/2021, 3:37 PM



*Image: photo_4334@23-05-2021_15-37-28.jpg (71 KB)*

**JW**  **James William**                                          5/23/2021, 3:37 PM
😃😂

**RT**  **Rakat Tui**                                              5/23/2021, 3:37 PM
That's what I'm doing, also bought some Luna and swapped it to bLuna to gain some premium

**S**   **SunKing**                                                5/23/2021, 3:37 PM
UST 93 cents

**O**   **OIO**                                                    5/23/2021, 3:37 PM
i guess nobodies immune, even with a money printer

**CF**  **Cryptonian | finnt**                                     5/23/2021, 3:37 PM



*Image: photo_4335@23-05-2021_15-37-54.jpg (48 KB)*

**F**   **Fatih**                                                  5/23/2021, 3:37 PM
When is that

**S**   **SunKing**                                                5/23/2021, 3:37 PM

dont use coingecko use conimarketcap

**JW**  **James William**                                                    5/23/2021, 3:38 PM
Thought it was done on first come rather than bids?

**CF**  **Cryptonian | finnt**                                               5/23/2021, 3:38 PM
Cmc is for noobs

**MY**  **Mike | GT | Will not DM you**                                      5/23/2021, 3:38 PM
Here's a tl;dr for you:

1) 1 UST entitles you to mint $1 worth of LUNA minus the spread
2) If UST is under $1, that means you can buy UST and then convert it to $1 worth of LUNA and sell it for the difference
between $1 and the value of UST
3) As more LUNA is minted, the spread will slightly increase but will decrease based on a recovery period
4) What this means is that arbs will always bring the value of UST back to peg and you can stop worrying.

**JW**  **James William**                                                    5/23/2021, 3:38 PM
Why?

**O**   **OIO**                                                              5/23/2021, 3:38 PM
https://twitter.com/harpoonprotocol/status/1396542938591551489?s=21

**M**   **mi**                                                               5/23/2021, 3:38 PM
Stop comparing algo stablecoins to centralized scam stables

**O**   **OIO**                                                              5/23/2021, 3:38 PM
boom

**G**   **Gianmaria**                                                        5/23/2021, 3:38 PM
i may need to get out of ist now.  it must remain pegged to the dollar.  if it works as promised

**U**   **Unknown**                                                          5/23/2021, 3:38 PM
marketcap of luna is smaller than UST circulating supply (or at least very close to it now)

**CF**  **Cryptonian | finnt**                                               5/23/2021, 3:38 PM
Pin this

**M**   **mi**                                                               5/23/2021, 3:38 PM
People still don't understand that UST pegs via arbitrage

**S**   **SunKing**                                                          5/23/2021, 3:38 PM
why cant we just manually sell UST

**S**   **SunKing**                                                          5/23/2021, 3:38 PM
and manintain peg

**O**   **OIO**                                                              5/23/2021, 3:38 PM
Cant wait for that $Poon airdrop !

**CF**  **Cryptonian | finnt**                                               5/23/2021, 3:38 PM
The difference should be less once people start arbing

**W**   **w1nsama**                                                          5/23/2021, 3:39 PM
Look at those buy orders



*Image: photo_4336@23-05-2021_15-39-10.jpg (96 KB)*

**U**  **Unknown**                                                       5/23/2021, 3:39 PM

no thats the thing.

there isn't enough value in Luna to redeem all UST that's the issue

**D**  **DEX**                                                           5/23/2021, 3:39 PM

i would be comparing usdc rather than tether after they showed the pichart showing how much reserves they actually
have. That thing is based on hope alone

**O**  **OIO**                                                           5/23/2021, 3:39 PM

capturing value from all those liquidations babyyyy!

**RT**  **Rakat Tui**                                                    5/23/2021, 3:39 PM

Okay, sell at loss and bye bye

**M**  **mi**                                                            5/23/2021, 3:39 PM

Novogratz, activate the botz

**L**  **Legomakers**                                                    5/23/2021, 3:39 PM

You're only looking at circulating, not fully diluted, that's the whole point of the elastic supply

**CF**  **Cryptonian | finnt**                                           5/23/2021, 3:39 PM

How do I do step 2)

**M**  **MB**                                                            5/23/2021, 3:39 PM

And how is it possible that Luna market cap lower than UST market cap?

**P**  **Papi**                                                          5/23/2021, 3:40 PM

This man has a vision . See ya on the moon
https://www.youtube.com/watch?v=yGGaIxADnbc

**JW**  **James William**                                                5/23/2021, 3:40 PM

As a noob i can translate for other newcomers: the mechanism only releases so much luna/ust which is all gobled up by
the bots. And it only releases this much to stop manipulation its a parameter that can be adjust through governance

**P**  **Mr Plumtree**                                                   5/23/2021, 3:40 PM

+ 

**D**  **DEX**                                                              5/23/2021, 3:40 PM
USDT backed by 3% fiat, 97% hope

**CF**  **Cryptonian | finnt**                                              5/23/2021, 3:41 PM
So ust is undercollateralized atm?

**CF**  **Cryptonian | finnt**                                              5/23/2021, 3:41 PM
No. They did a full audit on it

**DG**  **dgbb gbb**                                                        5/23/2021, 3:41 PM
oh

**DG**  **dgbb gbb**                                                        5/23/2021, 3:41 PM
sigh

**RT**  **Rakat Tui**                                                       5/23/2021, 3:41 PM
Exactly

**D**  **DEX**                                                              5/23/2021, 3:41 PM
https://protos.com/tether-pie-chart-usdt-dollar-pegged-crypto-stablecoin-dollar-value/

**JJ**  **J JUN**                                                           5/23/2021, 3:41 PM
Did you bought LUNA already?

**CF**  **Cryptonian | finnt**                                              5/23/2021, 3:41 PM
Ty, so arbs is broken atm?

**CF**  **Cryptonian | finnt**                                              5/23/2021, 3:41 PM
No I only have ust

**D**  **DEX**                                                              5/23/2021, 3:42 PM
'We don't know who Tether loaned assets to or what collateral was used.'  Sounds like a good audit to me

**L**  **Legomakers**                                                       5/23/2021, 3:43 PM
$UST
 isn't collateralized by LUNA, idk when people will understand this

**JW**  **James William**                                                  5/23/2021, 3:43 PM
Not broken, but its limited to stop whales crashing the ust price and then making fat profit on the arb. Arb is limited
deliberately

**CF**  **Cryptonian | finnt**                                              5/23/2021, 3:43 PM
What if…. The mcap of Luna is different than mcap of ust due to perp shorts?

**M**  **MB**                                                               5/23/2021, 3:44 PM
Can you clarify elastic supply?

**JW**  **James William**                                                  5/23/2021, 3:44 PM
Are there any actual newcomers?

**CF**  **Cryptonian | finnt**                                              5/23/2021, 3:44 PM
If I short Luna 100x, I'm temporarily manipulating the price by selling more Luna than I have

**RT**  **Rakat Tui**                                                       5/23/2021, 3:44 PM



*Image: photo_4337@23-05-2021_15-44-29.jpg (43 KB)*

**RT**   **Rakat Tui**                                                                5/23/2021, 3:44 PM



*Image: photo_4338@23-05-2021_15-44-29.jpg (60 KB)*

**D**   **DEX**                                                                        5/23/2021, 3:44 PM

+1

**JW**   **James William**                                                            5/23/2021, 3:44 PM

There is a pool of 360m luna not in circulating. Basically need to double the market cap

**#**   **/**                                                                         5/23/2021, 3:45 PM

Can we get reassurance on how this gonna be corrected? I mean even the community pool burn was denied... what do we do with all this Luna in market and no one to buy it?

**M**   **MB**                                                                        5/23/2021, 3:45 PM

Ok so they are not circulating but who can mint them if needed? Purely theoretical: if luna price is 0.01 usd, then this still wouldn't be enough?

**T**   **Triumph**                                                                   5/23/2021, 3:46 PM

hi guys whats yje apy on staking

**JW**   **James William**                                                                5/23/2021, 3:47 PM

The total ecosystem value is ultimately tied to the fees gained through trading and transactions etc. So as long as ecosystem is in use luna has a fundamental value. This is likely to be more stable than the elasticity of ust even if in the shortterm is doesnt feel like it

**M**   **MB**                                                                            5/23/2021, 3:47 PM

Not collateralized but one is burned for the other. So there should be an equal balance of the two?

**E**   **EC83**                                                                          5/23/2021, 3:47 PM

who bought Luna at $22?

**P**   **Pjoter**                                                                        5/23/2021, 3:48 PM

Any reason for such a dump today? Kinda a bug or system flaw ?

**P**   **Pjoter**                                                                        5/23/2021, 3:48 PM

Or just a promotion ?

**M**   **mi**                                                                            5/23/2021, 3:48 PM

FUD

**JW**   **James William**                                                                5/23/2021, 3:48 PM

You need a bot to interact with the cil to mint them. But the arb is small as the algo prices them close to market (in effect) but enough to drag the price

**JW**   **James William**                                                                5/23/2021, 3:49 PM

Yes there should be an equal value but the value should be seen as summed to get ecosystem value. Ust is just pess elastic than luna and will adjust over time

**CF**   **Cryptonian | finnt**                                                           5/23/2021, 3:49 PM

Just a promotion 😂

**JW**   **James William**                                                                5/23/2021, 3:49 PM

*less elastic

**JW**   **James William**                                                                5/23/2021, 3:49 PM

(At least an equal)

**PS**   **P S**                                                                          5/23/2021, 3:50 PM

But why aren't the bots arbing for 2% per round trip?

**CF**   **Cryptonian | finnt**                                                           5/23/2021, 3:50 PM

Luna should be spot only. Perp shorts allow traders to short more Luna than they have. This is my theory why Luna Mcap < ust mcap

**JW**   **James William**                                                                5/23/2021, 3:50 PM

If luna price was 0.01 you would be getting massive gains from staking (denominated in ust)

**MY**   **Mike | GT | Will not DM you**                                                  5/23/2021, 3:51 PM

They are in most cases but either the spread is going too high or the traffic is too high to keep up.

**P**   **Mr Plumtree**                                                                   5/23/2021, 3:51 PM

I think it might be bitcoin related.

**JM**   **Jun Misugi**                                                                   5/23/2021, 3:51 PM

we got rugged ?

**JW**   **James William**                                                                5/23/2021, 3:51 PM

Ust is trying to fall but supply elasticity<price elasticity

**RT**  **Rakat Tui**                                              5/23/2021, 3:51 PM
Lol no

**S**  ~~SAINT~~                                                   5/23/2021, 3:51 PM
Fair to say whoever have invested in Luna have no clue how it works

**JW**  **James William**                                         5/23/2021, 3:51 PM
It was satoshi i think

**P**  **Pjoter**                                                  5/23/2021, 3:52 PM
Sure i is but it dumped harder than most Coins so thats why I asked

**W**  **w1nsama**                                                 5/23/2021, 3:52 PM


Image: photo_4339@23-05-2021_15-52-17.jpg (61 KB)

**S**  ~~SAINT~~                                                   5/23/2021, 3:52 PM
Many people here seem to have no clue whats going on

**DG**  **dgbb gbb**                                               5/23/2021, 3:52 PM
we got rugged ?

**DG**  **dgbb gbb**                                               5/23/2021, 3:52 PM
suffering

**T**  **TYS**                                                     5/23/2021, 3:52 PM
I bought a dip

**SF**  **Shaun|TerraAssist| Never DM First**                      5/23/2021, 3:53 PM
Its due to liquidatons. Ontop of the market being down everywhere.

**TB**  **Tnk Bearllish**                                          5/23/2021, 3:53 PM
why people talking about rug ? do you understand how this works ?

**W**  **w1nsama**                                                 5/23/2021, 3:53 PM
Imagine making a loss on stable coin

**JW**  **James William**  5/23/2021, 3:53 PM
Isnt it a flexible spread that expands with use or did they stick with the replenish rate model?

**N**  **nachodon**  5/23/2021, 3:53 PM
anyone with deep pockets can now pick up UST at a big discount and put to work immediately on Anchor for 20% or get 300% on loan—- such incentives everywhere but the market is spooked atm.

**D**  **DEX**  5/23/2021, 3:53 PM
what flavour ?

**B**  **BJP**  5/23/2021, 3:53 PM
What happened to the stability reserve fund?  I guess that should be put to work for times like this?

**T**  **TYS**  5/23/2021, 3:53 PM
$4

First time in Luna

**P**  **Papi**  5/23/2021, 3:53 PM
As soon as UST recovers Luna will recover.

**SF**  **Shaun|TerraAssist| Never DM First**  5/23/2021, 3:53 PM
First time ive ever seen this on binance.

**D**  **DEX**  5/23/2021, 3:53 PM
i thought we were talking food

**SF**  **Shaun|TerraAssist| Never DM First**  5/23/2021, 3:53 PM


Image: photo_4340@23-05-2021_15-53-54.jpg (59 KB)

**KN**  **Kash Nuts**  5/23/2021, 3:54 PM
Biught at 2...sold at 22..looks like imma got that chance again

**SF**  **Shaun|TerraAssist| Never DM First**  5/23/2021, 3:54 PM
So now tell me. Is luna doing bad? 😄 hold tight dont feed the whales.

T   **TYS**                                                                          5/23/2021, 3:54 PM
I bought the dip and find out people are panicking because of UST is not pegged 😊

E   **EC83**                                                                         5/23/2021, 3:54 PM
wahat do you mean UST is not pegged?

J   **Jason**                                                                        5/23/2021, 3:54 PM
then can i ask if the only thing holding the peg is the demand for earnings by arbitrage traders? sorry im new to this

E   **Evo**                                                                          5/23/2021, 3:55 PM
How does the temporary unpegging of UST influence the prices of the mAssets ? I see that all mAssets are losing value against UST

W   **w1nsama**                                                                      5/23/2021, 3:55 PM
I bought some sir wanted to arbitrage but it turned into speculation at this point

BB  **Bdon Bert**                                                                    5/23/2021, 3:55 PM
How far will this dip go to?

S   **Selltop**                                                                      5/23/2021, 3:55 PM
I was told ust peg was guaranteed by short term arbs ^^

D   **DEX**                                                                          5/23/2021, 3:55 PM
it will get back once everyone stops running like headless chickens

P   **Pjoter**                                                                       5/23/2021, 3:55 PM
What kind of loquidations?

BS  **Brian (space randy savage)**                                                   5/23/2021, 3:55 PM
This

CP  **Crypto Truffle Pig**                                                           5/23/2021, 3:55 PM
It's because it has limitations for minting ust, similar to how we couldn't burn all the luna we needed

CP  **Crypto Truffle Pig**                                                           5/23/2021, 3:55 PM
Columbus 5 fixes this

T   **TYS**                                                                          5/23/2021, 3:55 PM
Its $0.96 at the moment.
It looks something with arbitraging

T   **TYS**                                                                          5/23/2021, 3:55 PM
Well it will be fixed

S   **Sandachrew**                                                                   5/23/2021, 3:55 PM
Market at bottom, but actually stabilizing. Buy ust now, and understand to buy vai 3 weeks earlier and not now.

N   **nachodon**                                                                     5/23/2021, 3:56 PM
no where in crypto offers such a useful stable as UST to put immediately to work in yield bearing opportunities....

BS  **Brian (space randy savage)**                                                   5/23/2021, 3:56 PM
Market is generally less stressed than this - stability will come

CP  **Crypto Truffle Pig**                                                           5/23/2021, 3:56 PM
10% of market cap will be able to be minted
/burned
 at a time

**N**  **nachodon**                                                            5/23/2021, 3:56 PM

if you have other stables you better grab that you UST while it's on sale

**Z**  *Zzzzzzzzzzzzzzzzzzzzzzzar*                                            5/23/2021, 3:56 PM

sir mi familia

**M**  **mi**                                                                 5/23/2021, 3:56 PM

It's guaranteed in the same way if you leave a $1 bill on the ground a stranger will eventually pick it up. Terra is in its infancy still - just needs more passerbys

**DG**  **dgbb gbb**                                                          5/23/2021, 3:56 PM

when

**JW**  **James William**                                                     5/23/2021, 3:56 PM

Its a slow mechanism. It would have recovered if not for this daily waterfall

**W**  **w1nsama**                                                            5/23/2021, 3:56 PM

Yeah in like 2 months maybe

**DG**  **dgbb gbb**                                                          5/23/2021, 3:56 PM

sir,  when

**AM**  **Alex M**                                                            5/23/2021, 3:56 PM



Image: photo_4341@23-05-2021_15-56-56.jpg (67 KB)

**JW**  **James William**                                                     5/23/2021, 3:57 PM

And also a complex mechanism so not every seems to believe in it

**DG**  **dgbb gbb**                                                          5/23/2021, 3:57 PM

shit

**ES**  **ELIZABETH SWANEY**                                                  5/23/2021, 3:57 PM

Hello

**G**  **Guillaume**                                          5/23/2021, 3:57 PM

It's 0.92 lol

**B**  **BJP**                                                5/23/2021, 3:57 PM

Great time to buy UST tbh

**E**  **Evo**                                                5/23/2021, 3:57 PM

How does the temporary unpegging of UST influence the prices of the mAssets ? I see that all mAssets are losing value against UST

**N**  **nachodon**                                           5/23/2021, 3:57 PM

+1

**W**  **w1nsama**                                            5/23/2021, 3:57 PM

Don't believe anything people say on internet next time sir

**M**  **mi**                                                 5/23/2021, 3:57 PM

They don't believe in it because they don't understand it. They aped in with no research

**T**  **TYS**                                                5/23/2021, 3:57 PM

Lol, people panicking, good opportunity

**MY**  **Mike | GT | Will not DM you**                       5/23/2021, 3:57 PM

Wouldn't stop people asking 100 times a day tbh

**JW**  **James William**                                     5/23/2021, 3:58 PM

I did too lol and spent all saturday reading

**W**  **w1nsama**                                            5/23/2021, 3:58 PM

People panic selling and moving out

**O**  **onetwoitsthewu**                                     5/23/2021, 3:58 PM

I think the question of UST losing its peg while other algo stables are at peg is valid one

**H**  **Hao Farêche Zaasbie?**                               5/23/2021, 3:58 PM

Man, I used to think the Terra community was a bunch of smart money diamond hands but y'all are disappointing me...

**S**  **Sandachrew**                                         5/23/2021, 3:58 PM

Fud yourself

**M**  **MB**                                                 5/23/2021, 3:58 PM

Appreciate the answers.

**E**  **Evo**                                                5/23/2021, 3:58 PM

OK. I can imagine. My mSLV has lost 6%, plus the 6% of the UST that would mean I would lose 12% if I sold everything now.

**MY**  **Mike | GT | Will not DM you**                       5/23/2021, 3:58 PM

It is a valid question but it's also one that you could literally do a single TG search for and find 100 of the same answers

**D**  **DEX**                                                5/23/2021, 3:59 PM

are they



Image: photo_4342@23-05-2021_15-59-08.jpg (17 KB)

**MY** | **Mike | GT | Will not DM you** | 5/23/2021, 3:59 PM
It doesn't take gigantic brains to figure out that someone might have already asked it today.

**M** | **mi** | 5/23/2021, 3:59 PM
https://agora.terra.money/t/liquidity-parameters-2/1175

**JW** | **James William** | 5/23/2021, 3:59 PM
I think it needs to be explained more explicitly on the terra docs tbh. Having spent hours reading them its not obvious how the exact mechanism works and the little videos and short explanations on there are miss-leading on the technical precise mechanism tbh

**O** | **onetwoitsthewu** | 5/23/2021, 3:59 PM
LOL

**M** | **mi** | 5/23/2021, 3:59 PM
Read this if you're concerned about peg

**MY** | **Mike | GT | Will not DM you** | 5/23/2021, 3:59 PM
The same as "have we been rugged?" "why is luna dropping??"" etc etc.

**N** | **nachodon** | 5/23/2021, 3:59 PM
nothing in Terra has changed it's working great but if someone wants to unload UST at steep discounts then they can do that!   the only reason i can think for this is that the market is extremely fearful atm and people fleeing into stables with more history— to feel "safe" — it's like tether drops in past a lot when tether is fudded same thing

**JW** | **James William** | 5/23/2021, 3:59 PM
Need to at Do or someone at terra labs on that

**DG** | **dgbb gbb** | 5/23/2021, 3:59 PM
so few ust are allowed to be burnt

**RS** | **R S** | 5/23/2021, 4:00 PM
Pegg being off is scary

**MY** | **Mike | GT | Will not DM you** | 5/23/2021, 4:00 PM
Correct. Possibly some better documentation around the details. But even then I am relatively sure the vast majority of people won't read them.

**B** | **BJP** | 5/23/2021, 4:00 PM
you have the TL;DR?

**M** | **mi** | 5/23/2021, 4:00 PM
Was off this badly during the last flash crash and recovered

**M** | **mi** | 5/23/2021, 4:00 PM
Nope - read it.

**N** | **nachodon** | 5/23/2021, 4:00 PM
it's not scary it's an opportunity which someone(s) is going to capitalize on in a big way soon

**JW** | **James William** | 5/23/2021, 4:00 PM
Yeah, but then its at least their fault. I read loads of them and was still a bit loat

**OIO**                                                               5/23/2021, 4:00 PM
you guys see harpoon just launched ?

**w1nsama**                                                           5/23/2021, 4:01 PM
Well it would take at least a month to notice the exchanges to upgrade

**R O**                                                               5/23/2021, 4:01 PM
I've spent a couple of hours studying everything and as far as I can tell the protocol is working beautifully just as it was designed, I agree it is an opportunity!

**onetwoitsthewu**                                                    5/23/2021, 4:01 PM
Empty set dollar! Really...

**w1nsama**                                                           5/23/2021, 4:01 PM
Panik

**Unknown**                                                           5/23/2021, 4:01 PM
Hello.  Just opened  a new wallet.  To send UST do you need a memo number ?  Kucoin prompts me for a memo number but no memo number available with my wallet address

**nachodon**                                                          5/23/2021, 4:01 PM
no api key needed?

**ngavol**                                                            5/23/2021, 4:01 PM
massets starting to really lose peg

**gorgeous danton**                                                   5/23/2021, 4:01 PM


Image: photo_4232@22-05-2021_13-03-00.jpg (105 KB)

**onetwoitsthewu**                                                    5/23/2021, 4:01 PM
USDT, DAI, even our nemesis Rsv

**OIO**                                                               5/23/2021, 4:02 PM
i believe its public now

**R O**                                                               5/23/2021, 4:02 PM
Panic is what causes ppl to get hurt

**Evo**                                                                5/23/2021, 4:02 PM

Naaa, eventually it will be OK

**nachodon**                                                           5/23/2021, 4:02 PM

another opportunity to pick up mAssets on cheap too— market so fearful

**Sandachrew**                                                         5/23/2021, 4:02 PM

Fear just stabilzing. But we need a general training for those who dont understand basic trading strategies.

**OIO**                                                                5/23/2021, 4:02 PM

https://twitter.com/harpoonprotocol/status/1396542938591551489?s=21

**nachodon**                                                           5/23/2021, 4:02 PM

hard to educate people - many just aren't interested they only want dream of lambos

**CrazyyyAlex**                                                        5/23/2021, 4:02 PM

where LUNA price chat?

**nachodon**                                                           5/23/2021, 4:02 PM

cheers

**R**                                                                  5/23/2021, 4:02 PM

Does burned bluna just show up back in your wallet as Luna after 21 days?

**Unknown**                                                            5/23/2021, 4:03 PM

So...I can't have my lambo in a week? (Sarcasm)

**R**                                                                  5/23/2021, 4:03 PM

I can't see this anywhere now

**OIO**                                                                5/23/2021, 4:03 PM

yep, great for anyone holding USDT because they can swap for cheap UST rn lol

**Unknown**                                                            5/23/2021, 4:03 PM

Hello.  Just opened  a new wallet.  To send UST do you need a memo number ?  Kucoin prompts me for a memo number but no memo number available with my wallet address

**OIO**                                                                5/23/2021, 4:03 PM

Need UST for the protocol

**Ed**                                                                 5/23/2021, 4:04 PM

No memo to send to a Terra wallet

**Ed**                                                                 5/23/2021, 4:04 PM

You need a memo to send from Terra back to Kucoin

**Ed**                                                                 5/23/2021, 4:04 PM

(or to another Kucoin account)

**Unknown**                                                            5/23/2021, 4:04 PM

thanks !!

N **nachodon**                                                            5/23/2021, 4:04 PM

Guys think you can get UST with 8% bonus now!  then buy LUNA on sale — then switch into bLUNA at like 22% bonus vs Luna — then put into Anchor Loan at FULL VALUE (anchor uses full luna value in collateral)  with 300% apr— !!  HUGE oppotunities atm

J **JJ**                                                                  5/23/2021, 4:05 PM

yes 8% discount on ust, or 8% premium on usdt

# **/**                                                                   5/23/2021, 4:05 PM

I don't care about Luna price right now all I want is proper peg that is reliable!! This is crucial

J **JJ**                                                                  5/23/2021, 4:05 PM

however you want to look at it for your persona portfolio/risk lol

N **nachodon**                                                            5/23/2021, 4:05 PM

this is just sick!   but everyone fearful atm. lol

A **AnonMaker**                                                           5/23/2021, 4:05 PM

Lol UST will maintain its peg

O **OIO**                                                                 5/23/2021, 4:06 PM

You can also now take USDT, swap for UST at a discount (giving you more) Then open up harpoon protocol , and liquidate someone for the discount

O **OIO**                                                                 5/23/2021, 4:06 PM

more buy pressure on UST

J **JJ**                                                                  5/23/2021, 4:06 PM

discount already gone as high as 16%

J **JJ**                                                                  5/23/2021, 4:06 PM


*Image: photo_4344@23-05-2021_16-06-16.jpg (18 KB)*

CG **Crypto Goblinz**                                                     5/23/2021, 4:06 PM





*Image: sticker (86).webp_thumb.jpg (19 KB)*

*Attachment: sticker (86).webp (33 KB)*

| | | |
|---|---|---|
| RT | **Rakat Tui** | 5/23/2021, 4:06 PM |
| | USDT, USDC, DAI are collateralized, UST is not | |

| | | |
|---|---|---|
| N | **nEkT@r** | 5/23/2021, 4:06 PM |
| | It's not the way forward to deposit UST on your Earn savings and today have 7% less. | |

| | | |
|---|---|---|
| RT | **Rakat Tui** | 5/23/2021, 4:06 PM |
| | It is ALGO stable!! | |

| | | |
|---|---|---|
| J | **JJ** | 5/23/2021, 4:06 PM |
| | I agree, but I think it may take until a ton of bluna is unbonded and then arbed back | |

| | | |
|---|---|---|
| N | **nachodon** | 5/23/2021, 4:07 PM |
| | There's so many ways on Terra to make money it's crazy—  all this ASIDE from BTFD —  i'm talking arb / incentives within the protocols | |

| | | |
|---|---|---|
| BN | **Bruno Nogueira** | 5/23/2021, 4:07 PM |



*Image: photo_4345@23-05-2021_16-07-05.jpg (25 KB)*

| | | |
|---|---|---|
| W | **w1nsama** | 5/23/2021, 4:07 PM |
| | This hurts more than -90% on your shitcoins | |

**DG**  **dgbb gbb**                                                5/23/2021, 4:07 PM
insane

**O**  **OIO**                                                      5/23/2021, 4:07 PM
https://twitter.com/harpoonprotocol/status/1396542938591551489?s=21

**S**  **Sandachrew**                                               5/23/2021, 4:07 PM
Proper peg? Please be aware that the world dont have proper pegs. Usd, eur, gbp, jpy, ... Its a reaction on the current
market.

**O**  **OIO**                                                      5/23/2021, 4:07 PM
These guys are awesome

**J**  **JJ**                                                       5/23/2021, 4:08 PM
go get em buddy

**RT**  **Rakat Tui**                                               5/23/2021, 4:08 PM
Not an issue if you are not using Anchor everyday to buy chewing gum or groceries because peg will be regained

**#**  **/**                                                        5/23/2021, 4:09 PM
Who's ALL IN on this ?? I know I am

**A**  **AM**                                                       5/23/2021, 4:09 PM
5.89 was a good sell

**T**  **TYS**                                                      5/23/2021, 4:09 PM
Its time to be greedy guys


Image: photo_4346@23-05-2021_16-09-39.jpg (70 KB)

**S**  **Selltop**                                                  5/23/2021, 4:09 PM
1 ust will always be 1 ust I don't care

**N**  **nachodon**                                                 5/23/2021, 4:10 PM
but if you put into anchor it's 1099.75 earning interest as 20%

**LF**  **Luuk (Won't PM First)**                                   5/23/2021, 4:10 PM
Ive seen you in other groups. Get banned please

**JD**  **Johnny D**                                                5/23/2021, 4:10 PM
Dumped right trough support, something fishy going on

**S**  **Sandachrew**                                               5/23/2021, 4:10 PM
+

**A**  **AM**                                                       5/23/2021, 4:10 PM
when was the 5% penalty decided?

Who decided it ?

N   **nachodon**                                                                 5/23/2021, 4:10 PM
    you don't come into chat rooms and taunt in a bloodbath

RS  **R S**                                                                      5/23/2021, 4:11 PM
    It's odd we had no support at all

A   **AM**                                                                       5/23/2021, 4:11 PM
    when was the 5% penalty decided?
    Who decided it ?

M   **MRS**                                                                      5/23/2021, 4:11 PM
    Monday is our only hope now, i thought there would have been a better support and the price would stay on 6-7...

RS  **R S**                                                                      5/23/2021, 4:11 PM
    Same

N   **nachodon**                                                                 5/23/2021, 4:12 PM
    korea wakes in a few hours — should be interesting

P   **Papi**                                                                     5/23/2021, 4:12 PM
    I think we all just come back in a month.

RS  **R S**                                                                      5/23/2021, 4:12 PM
    Bad or good

T   **TYS**                                                                      5/23/2021, 4:12 PM
    Im happy it went down, i purchase at $4 👌

CP  **Crypto Truffle Pig**                                                       5/23/2021, 4:12 PM
    Everything has dumped

E   **Evo**                                                                      5/23/2021, 4:12 PM
    Thinking about buying a shitload of UST and then converting it to mSLV. That would be a trade

U   **Unknown**                                                                  5/23/2021, 4:12 PM
    Lol have you seen the chart? Their is no support because it just had a huge run up.

CP  **Crypto Truffle Pig**                                                       5/23/2021, 4:12 PM
    Not just luna

RS  **R S**                                                                      5/23/2021, 4:12 PM
    Ust going down in bear market is kinda embarrassing lol

S   **Sandachrew**                                                               5/23/2021, 4:12 PM
    Please stop 5 minute ticker thinking

CP  **Crypto Truffle Pig**                                                       5/23/2021, 4:12 PM
    Rune down 60% over 7 days aswell

RS  **R S**                                                                      5/23/2021, 4:12 PM
    That's when u need it to be stable

**T**  **TYS**                                                                    5/23/2021, 4:12 PM
Exactly.
Every alt coin when down 70-80%

**RS**  **R S**                                                                   5/23/2021, 4:13 PM
But why ust down 10% lol

**N**  **nachodon**                                                               5/23/2021, 4:13 PM

*Attachment: mp4 (67).mp4 (99 KB)*

**A**  **AM**                                                                     5/23/2021, 4:13 PM
no

**MY**  **Mike | GT | Will not DM you**                                           5/23/2021, 4:13 PM
You are the first person to ask

**N**  **nachodon**                                                               5/23/2021, 4:13 PM
Guys as Do said - nothing has changed here—– Terra is working great—– if you are a power user of the protocols you
know what i'm talking about! 🚀 -not hopium just
#facts

**N**  **nachodon**                                                               5/23/2021, 4:13 PM
ask the people selling it not us

**E**  **Evo**                                                                    5/23/2021, 4:13 PM
Why not ?

**RF**  **Rico ? WONT DM FIRST!**                                                 5/23/2021, 4:13 PM

*Attachment: mp4 (93).mp4 (146 KB)*

**#**  *l*                                                                        5/23/2021, 4:13 PM
Guys let's get the dark mode for terra station app

**D**  **DEX**                                                                    5/23/2021, 4:13 PM



*Image: photo_4277@23-05-2021_05-26-34.jpg (31 KB)*

**N** **Nick | GT ?**                                                    5/23/2021, 4:13 PM
+1

**AJ** **A J**                                                           5/23/2021, 4:14 PM
guys

**N** **nachodon**                                                       5/23/2021, 4:14 PM
lol

**#** **/**                                                              5/23/2021, 4:14 PM
I think it's up for voting

**RF** **Rico ? WONT DM FIRST!**                                         5/23/2021, 4:14 PM
😂😂

**CP** **Crypto Truffle Pig**                                           5/23/2021, 4:14 PM
Minting parameters have limitations atm for minting ust, this will change with c5 to beable to mint 10% of luna market cap a day.

**AJ** **A J**                                                           5/23/2021, 4:14 PM
guys i have around 1000$ , where do i invest?

**O** **OIO**                                                            5/23/2021, 4:14 PM
we getting the highest UST volumes we've ever seen

**T** **TYS**                                                            5/23/2021, 4:14 PM
UST is young

**A** **AM**                                                            5/23/2021, 4:14 PM
because its better to take a -10% than a -80%

**LF** **Luuk (Won't PM First)**                                         5/23/2021, 4:14 PM
How is this a beautiful day

**O** **OIO**                                                            5/23/2021, 4:14 PM
Loving it

**BB** **Banaj Banaj**                                                  5/23/2021, 4:14 PM
.

**M** **MRS**                                                           5/23/2021, 4:14 PM
Not every, sm had better support, down 10-20% not 70%

**TP** **The Pipe**                                                      5/23/2021, 4:14 PM
nobody to blame just no historical information to depend on - very new

**A** **AM**                                                            5/23/2021, 4:14 PM
people hurrying to cash out before losses it peg totally

**O** **OIO**                                                            5/23/2021, 4:14 PM
Swap away, pay me tx fees

**RF** **Rico ? WONT DM FIRST!**                                         5/23/2021, 4:14 PM
Haha

**E** **Ed**                                                            5/23/2021, 4:15 PM
A slip this far off the peg seems bad though, no?

**W**   **w1nsama**                                                                 5/23/2021, 4:15 PM
Imagine making a loss on stable coin

**AJ**   **A J**                                                                    5/23/2021, 4:15 PM
Guys, shall i wait now for something .. or shall i invest in every dropped coin?

**A**   **AM**                                                                      5/23/2021, 4:15 PM
LUNA marketcapp is lower than UST marketcap, go read the tech part where it explains why this will implode

**N**   **nachodon**                                                                5/23/2021, 4:15 PM
it's not great but it's also a great opportunity if you have the $$$ to get free money!

**AJ**   **A J**                                                                    5/23/2021, 4:15 PM
i have my last 1k$ in my life, where to invest ?

**O**   **OIO**                                                                     5/23/2021, 4:15 PM
nothing has changed. You'll watch the peg correct itself. Then columbus 5 routing makes some very interesting changes

**X**   **X**                                                                       5/23/2021, 4:16 PM
Bro how long u been staying in chat and giving FUD lol

**E**   **Evo**                                                                     5/23/2021, 4:16 PM
Absolutely

**A**   **AM**                                                                      5/23/2021, 4:16 PM
awful financial advice

**AJ**   **A J**                                                                    5/23/2021, 4:16 PM
when

**S**   **Sandachrew**                                                              5/23/2021, 4:16 PM
In your life?

**W**   **w1nsama**                                                                 5/23/2021, 4:16 PM
Few hours and it's fact not fud

**강민**   **강 민재**                                                               5/23/2021, 4:16 PM
luna 10$ ㄱㄱ

**AJ**   **A J**                                                                    5/23/2021, 4:16 PM
yes .. i want to invest now and take the risk

**W**   **w1nsama**                                                                 5/23/2021, 4:16 PM
Wanted to get info about arbitraging but it seems impossible

**BN**   **Bruno Nogueira**                                                         5/23/2021, 4:17 PM
Just that with USDT

**AJ**   **A J**                                                                    5/23/2021, 4:17 PM
why

**N**   **nachodon**                                                                5/23/2021, 4:17 PM
if you would't swap USDT for UST with 4-8% bonus on top then what are you doing here?

**DG**   **dgbb gbb**                                                               5/23/2021, 4:17 PM

hey

**DG**    **dgbb gbb**       5/23/2021, 4:17 PM
when it

**DG**    **dgbb gbb**       5/23/2021, 4:17 PM
when c5

**A**    **arsmoriend1**       5/23/2021, 4:18 PM
Hello there. Is there any way of seeing how many LUNAs are being undelegated?

**E**    **Evo**       5/23/2021, 4:18 PM
Yes, buy UST with USDT and then convert UST to an mAsset. These are also cratering because people are panic selling them as well. I mean eventually the algorithm will take care of equilibrium in prices

**Z**    *Zzzzzzzzzzzzzzzzzzzzzar*       5/23/2021, 4:18 PM
actually to be fair, luna is the third bigger loser in last 30 days from teh top 100 market cap coins

**Z**    *Zzzzzzzzzzzzzzzzzzzzzar*       5/23/2021, 4:18 PM
im not lying

**A**    **AM**       5/23/2021, 4:18 PM
https://twitter.com/nnn_triplenet/status/1396545000738107393?s=20

**A**    **AM**       5/23/2021, 4:19 PM
https://twitter.com/dcfgod/status/1396540470805753856?s=20

**N**    **nEkT@r**       5/23/2021, 4:19 PM
Buying USDT to enter the market, you realize the loss. Less USDT or USDC or BUSD to use at your exchange.

**T**    **TYS**       5/23/2021, 4:19 PM
I know, but also Luna went from like $0.2 to the moon

**M**    **@MOONEYBAGZ**       5/23/2021, 4:19 PM
any way to check history to see if you've been liq'd on
$ANC
?

**N**    **nachodon**       5/23/2021, 4:19 PM
i've looked at these numbers and upcoming undelegations are relatively small compared to normal.  also staking at ath i believe 34% of ALL coins — well over 70% of circulating supply

**RT**    **Rakat Tui**       5/23/2021, 4:20 PM
Yeah that's why I am not selling UST

**N**    **nachodon**       5/23/2021, 4:21 PM
coins institutional whale money wants the most make sense to be smashed the most to get them in cheaper and get retail to capitulate.  we should take it as a compliment.  the cascading liquidations on anchor didn't help either tho

**A**    **arsmoriend1**       5/23/2021, 4:21 PM
thanks nacho!

**Z**    *Zzzzzzzzzzzzzzzzzzzzzar*       5/23/2021, 4:21 PM
hope we rebound man

A   **alex C ??**                                                                   5/23/2021, 4:21 PM
    UST at 0.92.

S   **Sandachrew**                                                                  5/23/2021, 4:22 PM
    Totally crazy to sell luna or ust. Its like selling microsoft because of troubles with vw.

N   **nachodon**                                                                    5/23/2021, 4:22 PM
    no doubt dude— this huge stress test only proves Terra works!   we can't help it if some dumb scarred putzes are sellling
    off UST at a 5%+ loss!

A   **arsmoriend1**                                                                 5/23/2021, 4:22 PM
    UST above peg in Kucoin

N   **nachodon**                                                                    5/23/2021, 4:22 PM
    but one man's scarred is another man's gain

TP  **The Pipe**                                                                    5/23/2021, 4:23 PM



*Image: giphy (9).mp4_thumb.jpg (16 KB)*

*Attachment: giphy (9).mp4 (341 KB)*

#   **ϕbRawlaphant?**                                                               5/23/2021, 4:23 PM
    Bought some Luna today. Ready to compound my terra constellation.

N   **nachodon**                                                                    5/23/2021, 4:23 PM
    who's taking pics of me

TP  **The Pipe**                                                                    5/23/2021, 4:23 PM
    lol nice

#   **ϕbRawlaphant?**                                                               5/23/2021, 4:24 PM
    What's the most lucrative LP in the constellation?

N   **ngavol**                                                                      5/23/2021, 4:24 PM
    lol, u looking backwards i think. usdt/ust

E   **EC83**                                                                        5/23/2021, 4:24 PM
    how will UST be repeg to $1?

B   **btcdentist**                                                                  5/23/2021, 4:24 PM
    just needs some time. system will check itself

E   **EC83**                                                                        5/23/2021, 4:24 PM
    ok

A   **arsmoriend1**                                                 5/23/2021, 4:24 PM
    omg, you're right. sorry for the confusion x_x

E   **EC83**                                                        5/23/2021, 4:25 PM
    so if u have BUSD....now is a good time to swap to UST since u get more?  and then when it repegs..u can swap UST to
    BUSD and profit?

M   **mi**                                                          5/23/2021, 4:25 PM
    Peg will restore, FUD will fade, and Luna is now getting to a price where sell pressure comes off and people aren't
    panicking to exit anymore. Hang in there frens

N   **nachodon**                                                    5/23/2021, 4:25 PM
    arbitragers will bring back to peg....  it's free money

I   **Incorrect**                                                   5/23/2021, 4:26 PM



*Image: photo_4348@23-05-2021_16-26-02.jpg (45 KB)*

I   **Incorrect**                                                   5/23/2021, 4:26 PM
    Is this fine?

E   **EC83**                                                        5/23/2021, 4:26 PM
    yeah i did a little bit yesterday but kicking myself since i could have gotten a little more today

N   **nachodon**                                                    5/23/2021, 4:26 PM
    again it's opportunity if you have the $$$

U   **Unknown**                                                     5/23/2021, 4:26 PM
    No, it isn't

K   **Kordi**                                                       5/23/2021, 4:26 PM
    How is it going to repeg itself if luna marketcap is lower than that of UST?

X   **X**                                                           5/23/2021, 4:27 PM
    Print luna brrt

LK  **Liquidity King**                                              5/23/2021, 4:27 PM
    it doesnt need to absorb total market cap

LK      **Liquidity King**                                              5/23/2021, 4:27 PM
        just the market dumps

LK      **Liquidity King**                                              5/23/2021, 4:27 PM
        of UST

R       **Robot**                                                       5/23/2021, 4:27 PM

        *Attachment: mp4 (94).mp4 (301 KB)*

K       **Kordi**                                                       5/23/2021, 4:27 PM
        Well yeah, but at the same time

K       **Kordi**                                                       5/23/2021, 4:28 PM
        More luna=lower price=lower mcap?

MT      **Major Tom**                                                   5/23/2021, 4:28 PM
        Whats the play here, buy UST at 0.91 or buy Luna at $4.50 ?

JW      **James William**                                               5/23/2021, 4:28 PM
        Its not lower, you need to include total market cap (not circulating) and add in AnC and MIR market caps

J       **Joe**                                                         5/23/2021, 4:28 PM
        I thought ust was a stable?

SM      **steven mackie**                                               5/23/2021, 4:28 PM
        buy some ust

TP      **The Pipe**                                                    5/23/2021, 4:28 PM


*Image: giphy (10).mp4_thumb.jpg (9 KB)*

        *Attachment: giphy (10).mp4 (147 KB)*

MT      **Major Tom**                                                   5/23/2021, 4:28 PM
        Thanks Rose!

JW      **James William**                                               5/23/2021, 4:29 PM
        Also factor in ust market cap will fall everyday

U       **Unknown**                                                     5/23/2021, 4:29 PM
        4 million new Luna dumped on us today and the day isn't done LOL

N       **nachodon**                                                    5/23/2021, 4:29 PM

Pretty great stress test here.... great to see the system work as designed - as Do said proves out the economics of Terra 🍻🍻

**TP**   **The Pipe**                                                                 5/23/2021, 4:29 PM
A very expensive test

**E**    **Ed**                                                                       5/23/2021, 4:29 PM
I'm still perplexed by the 7% move off the peg

**U**    **Unknown**                                                                  5/23/2021, 4:29 PM
Buy the dippp !!!

**A**    **Andy**                                                                     5/23/2021, 4:29 PM
hmm. What is happening with UST?

**E**    **Ed**                                                                       5/23/2021, 4:29 PM
That doesn't seem like it's working well

**K**    **Kordi**                                                                    5/23/2021, 4:29 PM
I thought MIR and ANC dont play a role in this? I mean, they have nothing to do with the price of UST as they cant be burned/minted for it.

**U**    **Unknown**                                                                  5/23/2021, 4:30 PM
Terra ecosystem completely collapsing, UST losing peg, everyone liquidated, millions new LUNA being printed.

"Great stress test everything working fine!!!"

**N**    **nachodon**                                                                 5/23/2021, 4:30 PM
expensive for who?  i'm making money today— and i didn't sell today so i have no realized losses either... just APR stacking up

**A**    **Andy**                                                                     5/23/2021, 4:30 PM
Can any admin comment on UST price?

**MT**   **Major Tom**                                                                5/23/2021, 4:30 PM
Liquidations somewhere in the system.

**E**    **Ed**                                                                       5/23/2021, 4:30 PM
I know, but I just figured that the arb would work... It's not working. People have no demand for UST

**MT**   **Major Tom**                                                                5/23/2021, 4:30 PM
Whats the strategy you're doing?

**CW**   **Crypto World**                                                             5/23/2021, 4:30 PM
90% of my Luna liquidated….absolutely gutted

**U**    **Unknown**                                                                  5/23/2021, 4:30 PM
Hell yeah...lol 😂

**I**    **@impactframes**                                                            5/23/2021, 4:31 PM
Hey just here to say my terrans lunatics hodl and don't let the whales take your lunas

**N**    **nachodon**                                                                 5/23/2021, 4:31 PM
haha a few my friend..... get to know this ecosystem WELL is all i can tell u now

**U**   **Unknown**                                                      5/23/2021, 4:31 PM
Same for me...I have interest and LP staking up day to day ....what's to worry

**MT**  **Major Tom**                                                    5/23/2021, 4:31 PM
I didn't get in and then Luna went up so much, i'll get in now lol.

**TP**  **The Pipe**                                                     5/23/2021, 4:31 PM
I'm sure your net worth on Terra hasn't change at all the last week right?

**E**   **Ed**                                                           5/23/2021, 4:31 PM
When LUNA is printed to absorb UST demand, is that because people are swapping UST to LUNA in Terrastation?

**N**   **nachodon**                                                     5/23/2021, 4:32 PM
there u go—- lots of opportunities here

**S**   **Selltop**                                                      5/23/2021, 4:32 PM
why is luna cost 4.46 on terraswap when oracle exchange price should be at 4.2, ?

**S**   **Selltop**                                                      5/23/2021, 4:32 PM
then no arbitrage possibel

**I**   **Ivo**                                                          5/23/2021, 4:32 PM



Image: photo_4349@23-05-2021_16-32-22.jpg (20 KB)

**I**   **Ivo**                                                          5/23/2021, 4:32 PM
Ust lost its peg

**I**   **Ivo**                                                          5/23/2021, 4:32 PM
.92 ....

**U**   **Unknown**                                                      5/23/2021, 4:33 PM
Lol do you base your net worth in USD? Then sure. But I play with money I can lose. I bet you 95% of people that just went into crypto is not playing with money they can lose.

**N**   **nachodon**                                                     5/23/2021, 4:33 PM
net worth?   am i applying for a yarmulke loan?   i lend to myself - currently at +300% apr. lmao

**U**   **Unknown**                                                      5/23/2021, 4:33 PM

Because you're obviously an idiot

**O**  **OIO**                                                              5/23/2021, 4:34 PM
https://twitter.com/iii_oio_iii/status/1396552035319877635?s=21

**U**  **Unknown**                                                          5/23/2021, 4:34 PM
Let us remember the state of this chat when the candles are green yeah?

**DG**  **Daniel Gok**                                                      5/23/2021, 4:34 PM
Am I missing something? WHY is LUNA crashing so much harder than everything else?

**M**  **mike**                                                            5/23/2021, 4:34 PM
Yes, where's its peg?

**U**  **Unknown**                                                         5/23/2021, 4:34 PM
When it's euphoria in here remember that's a great time to take some profits. When it's like this what do you think I'm doing?

**TP**  **The Pipe**                                                       5/23/2021, 4:34 PM
I'm sorry what should we base it in marbles or bubble gum

**N**  **nachodon**                                                        5/23/2021, 4:34 PM
imagine just holdling a coin like bitcoin where you have to just hodl and pray it goes up - pray that some greater fool than you comes in and buys more of it and pushes the price up—— ?  now that would be terrible!

**MY**  **Mike | GT | Will not DM you**                                    5/23/2021, 4:35 PM
Literally been answered 150 times today.  Tg has search functionality

**U**  **Unknown**                                                         5/23/2021, 4:35 PM
Lol then get out of crypto if you think that way

**MT**  **Major Tom**                                                      5/23/2021, 4:35 PM
USt liquidations i would think.

**JW**  **James William**                                                  5/23/2021, 4:35 PM
They can be traded for it. You need to look at the value of the ecosystem as a whole. If the total value of the ecosystem get below the outstanding ust then were in trouble. The ust is not backed by collaterall but by its utility in the ecosystem (best measured by market cap)

This is a bit complex but basically luna governs the entire ecosystem so technically it has access to the value locked in all of the terra system protocols not just its own market cap

**U**  **Unknown**                                                         5/23/2021, 4:35 PM



*Image: 1.m4v_thumb.jpg (10 KB)*

*Attachment: 1.m4v (408 KB)*

**U**  **Unknown**                                                                    5/23/2021, 4:35 PM

Get into the traditional stock market yeah?

**N**  **nachodon**                                                                   5/23/2021, 4:35 PM

it's on sale — temp off peg is an opportunity for those with deep pockets to make serious $$

**TP**  **The Pipe**                                                                  5/23/2021, 4:36 PM

I'm in not complaining - I don't like being squashed

**H**  **Humble Builder ?**                                                           5/23/2021, 4:36 PM

lmaooo never heard it put quite that way.  makes sense.

**B**  **btcdentist**                                                                 5/23/2021, 4:36 PM

I think its because LUNA is collateral for a algo stablecoin. UST is looking like it's peg is off. so LUNA needs to be minted to store UST.

**E**  **Evan**                                                                       5/23/2021, 4:36 PM

Where are the admins here and anchor?!?!

**JW**  **James William**                                                            5/23/2021, 4:36 PM

Yeah liquidations from anc. Thats something the devs should tidy up a bit. Make liquidations harder to occur (eg. Autoreplish features etc)

**U**  **Unknown**                                                                    5/23/2021, 4:36 PM

Lol squashed? If you have been here for the other dumps and dip then what is this to you?....last bear market all alts lost 95% of their value

**H**  **Humble Builder ?**                                                           5/23/2021, 4:36 PM

Probably all in mandatory all-hands meetings

**N**  **nachodon**                                                                   5/23/2021, 4:36 PM

sounds like you don't have the stomach for crypto.  you want big gainz with no risk - that's not part of this game

**M**  **MRS**                                                                        5/23/2021, 4:37 PM

I will see what monday is going to happen, it could easily bounce back with a tweet

**MY**   **Mike | GT | Will not DM you**                                           5/23/2021, 4:37 PM
Probably sleeping after answering the same questions over and over

**PP**   **Prof Pampnomics**                                                       5/23/2021, 4:37 PM



*Image: photo_4350@23-05-2021_16-37-34.jpg (45 KB)*

**CW**   **Crypto World**                                                          5/23/2021, 4:37 PM
Has Luna hit its bottom??

**PP**   **Prof Pampnomics**                                                       5/23/2021, 4:37 PM
Can someone explain this^

**B**   **btcdentist**                                                             5/23/2021, 4:37 PM
Yea I agree spot on. We are entering bit of a short term bear market for alts. Bitcoin is now consolidating the crypto
market. I expect BTC dominance to go back over 65%. Next couple months would be good time to reenter alts. but no
immediately

**N**   **nachodon**                                                               5/23/2021, 4:37 PM
it's 5:30am in Korea guys——

**TP**   **The Pipe**                                                              5/23/2021, 4:37 PM
I'm a commodity futures trader in crude oil and natural gas I have the stomach and the money

**PP**   **Prof Pampnomics**                                                       5/23/2021, 4:37 PM
UST seems to be failing to maintain its peg

**H**   **Humble Builder ?**                                                       5/23/2021, 4:38 PM
Ah, true. good point

**MY**   **Mike | GT | Will not DM you**                                           5/23/2021, 4:38 PM
Did you try searching the chat to see if someone had asked within the past 5 minutes already

**U**   **Unknown**                                                               5/23/2021, 4:38 PM
Then you know you make money when the markets are down...not freaking up 1000%

**N**   **nachodon**                                                               5/23/2021, 4:38 PM
so why are you being a bitch?  and moaning in a chat room?  will it change anything?

**U**  **Unknown**                                                                    5/23/2021, 4:38 PM
Wtf is everyone bitching about then?

**PP**  **Prof Pampnomics**                                                           5/23/2021, 4:38 PM
I did not

**H**  **Humble Builder ?**                                                           5/23/2021, 4:38 PM
Probably 2am for Aayush, right?

**O**  **OIO**                                                                        5/23/2021, 4:38 PM
so you're saying use effort ?

**O**  **OIO**                                                                        5/23/2021, 4:38 PM
sir

**U**  **Unknown**                                                                    5/23/2021, 4:38 PM
You can't stomach shit like this leave...

**PP**  **Prof Pampnomics**                                                           5/23/2021, 4:39 PM
There's a lot of messages in here lmfao

**P**  **P2mun**                                                                      5/23/2021, 4:39 PM
imagine if TFL developed an opposite to harpoon protocol. application that would help you prevent the liquidation with
stored ust for this purpose. It would have saved many and nobody would have got liquidated

**N**  **nachodon**                                                                   5/23/2021, 4:39 PM
hmm not sure about that.... i know usually in my evening he's up— so prob.. it's mid afternoon for me

**MY**  **Mike | GT | Will not DM you**                                               5/23/2021, 4:39 PM
Im saying that brain has to be extremely smooth to think they are the first person to have noticed its off peg.

**J**  **JJ**                                                                         5/23/2021, 4:39 PM
this is being considered outside of TFL

**H**  **Humble Builder ?**                                                           5/23/2021, 4:39 PM
ah, not even trying to be racist, thought he lived in india.

**P**  **P2mun**                                                                      5/23/2021, 4:39 PM
well too late

**Y**  **Youssef**                                                                    5/23/2021, 4:39 PM
this is the auto-repay we all asking for

**J**  **JJ**                                                                         5/23/2021, 4:39 PM
maybe 😕

**K**  **Kordi**                                                                      5/23/2021, 4:39 PM
I hope youre right. Making a loss on a stablecoin would just be rubbing salt into a wound after the last couple of days.

**A**  **Andy**                                                                       5/23/2021, 4:39 PM
Could you please pin correct answer in the chat group. It is exactly how you said. It is been asked and answered more
than 100 times and I am unable to find the correct answer in this noise.
Also feel disturbed and there is no official easy accessible comment from the team about it.
Some people are tweeting something. Some people are saying something on telegram. I am asking to release some
information or to PIN some answer.



Image: photo_4351@23-05-2021_16-39-55.jpg (52 KB)

**N**  **nachodon**                                                          5/23/2021, 4:40 PM

"Hi i'm a huge trader with balls of steel - i trade natural gas - and have lots of money— now let me cry in a telegram chat about Luna being down and see if any of you can console me?"

**TP**  **The Pipe**                                                          5/23/2021, 4:40 PM

actually didnt know I was bitching and moaning I jumped out from staking to Anchor Earn when I saw it starting to crumble. I"m bitching becasue I want it to stop so I can get back in

**N**  **nachodon**                                                          5/23/2021, 4:40 PM

what's crumbling? lol

**U**  **Unknown**                                                          5/23/2021, 4:40 PM

The panic selling on Kucoin is calming down a bit, peg should restore within some hours. Unless the markets keep dumping...

**TP**  **The Pipe**                                                          5/23/2021, 4:41 PM

price - the value of the asset

**N**  **nachodon**                                                          5/23/2021, 4:41 PM

easy fuggin money right there!  in usdt - ust

**A**  **Andy**                                                          5/23/2021, 4:41 PM

It can only hurt Anchor TVL if no info is released. Please don't ask me to use search function in this sea of messages

**N**  **nachodon**                                                          5/23/2021, 4:41 PM

luna?  yah have you looked at the last 7 days of ALL of crypto including ETh and BTC — welcome to crypto— maybe you should go back to gas

**H**  **Humble Builder ?**                                                          5/23/2021, 4:41 PM

We're not going to be able to sell the sky is falling narrative to people whose investment is still +600% ytd

**TP**  **The Pipe**                                                          5/23/2021, 4:42 PM

right I understand not bias to one market

**RM**  **Retardo Mongolen**                                                          5/23/2021, 4:42 PM

how do we mint LUNA with UST?
If newbies can't do that and can't arb, how do you guys think UST can maintain its peg? Of course it can't

**RM**  **Retardo Mongolen**                                                         5/23/2021, 4:42 PM
there's arbitrage thing behing UST peg, yet no one can actually do this arb lmao

**MY**  **Mike | GT | Will not DM you**                                              5/23/2021, 4:42 PM
Yes. People definitely wont build arb bots using code.

**N**  **nachodon**                                                                  5/23/2021, 4:42 PM
lol -hey no one feels GOOD today— no one — but suffice to say that's NO ONE in crypto period

**E**  **Evan**                                                                      5/23/2021, 4:42 PM
Yeah I personally hedged half my port in UST and if it doesn't stabilize that's  pretty big issue!

**AH**  **Ali Husain**                                                               5/23/2021, 4:42 PM
My understanding after reading the stability paper they did 1 million simulations regarding stability of peg  only scenario
that peg breaks is that they print Luna and decrease staking rewards. I'm going to trust their math and just buy Bluna at
distressed prices and see how things unfold.

**RM**  **Retardo Mongolen**                                                         5/23/2021, 4:43 PM
well at least give me the contract call

**N**  **nachodon**                                                                  5/23/2021, 4:43 PM
right but of course it will

**TP**  **The Pipe**                                                                 5/23/2021, 4:43 PM
talking about the whole shabang. I'm grateful to be sidelined in Earn

**RM**  **Retardo Mongolen**                                                         5/23/2021, 4:43 PM
but it's not documented at all, anywhere

**RM**  **Retardo Mongolen**                                                         5/23/2021, 4:43 PM
it's stupid to think that UST will maintain its peg if people can't arb

**M**  **MRS**                                                                       5/23/2021, 4:43 PM
I wan to beilieve monday buying has started btc 33 from 31

**N**  **nachodon**                                                                  5/23/2021, 4:43 PM
see Terra stables actually have built in use cases that HELP them get back to peg... no other stables have this afaik....

**#**  **ɸbRawlaphant?**                                                             5/23/2021, 4:43 PM
What's the most lucrative LP in the constellation?

**MG**  **Maarten | GT**                                                             5/23/2021, 4:44 PM
BLUNA-Luna right now

**U**  **Unknown**                                                                   5/23/2021, 4:44 PM
Anc is stable for me

**RM**  **Retardo Mongolen**                                                         5/23/2021, 4:44 PM
lol and how do we get back to peg if no one even knows how to arb?
I would love to arb but no one knows how to do it and it's not documented at all

**R**  **Robert**                                                                    5/23/2021, 4:44 PM
i sold almost 300k usdt/usdc to ust with 8-9% profil LOL 😂 now i will wait a few days to price stabilize

**U**  **Unknown**                                                                   5/23/2021, 4:44 PM
Bluna-luna is great for with huge market swings

**F**    **Foo**                          5/23/2021, 4:44 PM

I saw Aayush answer is 1.5% depeg is tolerable before arb kicks in to bring it back to peg. So it is more than 1.5 now

**H**    **Humble Builder ?**                          5/23/2021, 4:44 PM

That's exactly my point though.  You can zoom out enough to see it's the entire landscape.  The pain you are feeling is tempered by being still +500% i'd imagine.  I know you're not dunking on people.  Just saying it's good perspective.

**E**    **Evan**                          5/23/2021, 4:44 PM

I appreciate your insight but would love to hear it from an admin or someone on the tea right about now

**E**    **Evan**                          5/23/2021, 4:44 PM

team

**N**    **nachodon**                          5/23/2021, 4:44 PM

Anchor and mAssets / and the opportunity to LP actually lend to help stabilize the peg... however we are in an extreme FEAR condition now.... please folks just settle down— i been through this a bunch of times.  it WILL pass

**MY**    **Mike | GT | Will not DM you**                      5/23/2021, 4:44 PM

Spread rate increases as more LUNA is minted. It will come back down.

**N**    **nachodon**                          5/23/2021, 4:44 PM

big money knows how to arb and they will

**U**    **Unknown**                          5/23/2021, 4:45 PM

is ust getting depegged?

**RS**    **R S**                          5/23/2021, 4:45 PM

Luna - bluna should I do this?

**N**    **nachodon**                          5/23/2021, 4:45 PM

smart man!  exactly well done

**U**    **Unknown**                          5/23/2021, 4:45 PM

Right now if you have it I would

**W**    **Woj**                          5/23/2021, 4:45 PM

Can you share a link to this stability paper?

**P**    **penyhuny**                          5/23/2021, 4:45 PM

To get airdrops I have to stack luna or only get luna on my wallets?

**RM**    **Retardo Mongolen**                      5/23/2021, 4:45 PM

yes because nobody knows how to mint 1 USD worth of LUNA with 1 UST

**MY**    **Mike | GT | Will not DM you**                      5/23/2021, 4:45 PM

https://docs.terra.money/dev/spec-market.html#concepts
 build a bot using this that interfaces with exchanges.

**U**    **Unknown**                          5/23/2021, 4:45 PM

You can do it on terraswap

**U**    **Unknown**                          5/23/2021, 4:45 PM

How to mint LUNA with UST (not using terra swap)

**H**   **Humble Builder ?**                                              5/23/2021, 4:45 PM
That's exactly what Do has been telling us will restore the peg.  The arb opportunity.  I hope there are more like you.

**U**   **Unknown**                                                       5/23/2021, 4:46 PM
Terra station?

**N**   **nachodon**                                                      5/23/2021, 4:46 PM
i don't look at it that way — "i'm still up blah blah"  i look at — has anything changed here in my investment thesis into Terra — and the answer is NO— so i stay the course.  make sense?

**RM**  **Retardo Mongolen**                                             5/23/2021, 4:46 PM
nobody knows, that's why UST is not maintaining its peg

**N**   **nachodon**                                                      5/23/2021, 4:46 PM
not going to let extreme fear eat me up

**H**   **Humble Builder ?**                                             5/23/2021, 4:46 PM
yep

**CP**  **Crypto Truffle Pig**                                           5/23/2021, 4:46 PM



Image: photo_4352@23-05-2021_16-46-29.jpg (125 KB)

**N**   **nachodon**                                                      5/23/2021, 4:47 PM
going for a swim then back to spread more positivity!  👍🚀🚀🚀

**I**   **Ivo**                                                          5/23/2021, 4:47 PM
Searching for an answer for ust peg concern is impossible in tbis group

**I**   **Ivo**                                                          5/23/2021, 4:47 PM
So many mentions of ust peg

**U**   **Unknown**                                                      5/23/2021, 4:47 PM
🤓



*Image: sticker (94).webp_thumb.jpg (13 KB)*

*Attachment: sticker (94).webp (24 KB)*

**U**  **Unknown**                                                                      5/23/2021, 4:47 PM

Seem like answer is yes? Instead of deflationary environment new LUNA being printed like German Weimar Republic

**Y**  **Youssef**                                                                       5/23/2021, 4:47 PM

Stop the panic guys.

Shit is hitting the fan because of Anchor liquidation cascading like hell because we aped like retards. We suffer more than others because we were more over-leveraged through Anchor.

Let's focus on how we could prevent this in the futur:

1) More bAsset to diversify collateral
2) auto repay and encourage people to make safe use of their borrowed money
3) My Personal Stupid Idea : A community driven liquidator bot named "Guardian Shield". During crashes, it compete with liquidator, but with diamonds hands. That means that the bot doesn't market sell for profit the cheap bLuna it just acquired. It wait for the dust to settle, then it fucking burn them. During uptrend, we find a way to fund the Guardian Shield (maybe a share of the $anc buybacks).

**MY**  **Mike | GT | Will not DM you**                                                  5/23/2021, 4:47 PM

Stop spreading FUD. This is not the reason. Dont comment on things you dont know the answer to. Its not pegged because spread rate increased as more LUNA is minted. There is a recovery period and it will reduce with time and restore peg

**JW**  **James William**                                                               5/23/2021, 4:47 PM

Lol i was worried the same. But had a good read and think. Its about the value of the ecosystem. Holding ust is like the debt part and the rest of the ecosystem is the equity. Debt part only shrinks at certain rate, but as long as equity doesnt fall to zero then peg will restore. Currently equity is something like 4 billion. That also explains why it is so volatile as luna is essentially leveraged by ust. I repeat luna +mir + anc + massets market cap would need to be zero. Which will never happen as long as some stablecoin fees are being paid

**IK**  **Iiiiik Kkkkippp**                                                              5/23/2021, 4:47 PM

How is the KRT peg going for Chai users?

**AH**  **Ali Husain**                                                                  5/23/2021, 4:47 PM



*Image: stability-stress-test.pdf_thumb.jpg (6 KB)*

*Attachment: stability-stress-test.pdf (975 KB)*

| | | |
|---|---|---|
| A | **alex C ??** | 5/23/2021, 4:47 PM |
| | this is a MUCH MUCH bigger dump | |

| | | |
|---|---|---|
| R | **rqdw** | 5/23/2021, 4:47 PM |
| | someone call justin sun to market buy 30m of luna | |

| | | |
|---|---|---|
| U | **Unknown** | 5/23/2021, 4:48 PM |
| | If Luna being minted instead of burn can we burn the community pool a similar amount? | |

| | | |
|---|---|---|
| RM | **Retardo Mongolen** | 5/23/2021, 4:48 PM |
| | if you know the answer, tell me how to mint LUNA with UST - that's all I need to know. | |

| | | |
|---|---|---|
| MY | **Mike | GT | Will not DM you** | 5/23/2021, 4:48 PM |
| | Pointless | |

| | | |
|---|---|---|
| MY | **Mike | GT | Will not DM you** | 5/23/2021, 4:49 PM |
| | Create a MsgSwap transaction using the SDKs | |

| | | |
|---|---|---|
| M | **mustardmania** | 5/23/2021, 4:49 PM |
| | 2013 (double bubble) is probably historical to look at.  The amount of leverage available this time around makes it much harder to predict what is going to happen, though. | |

| | | |
|---|---|---|
| JW | **James William** | 5/23/2021, 4:49 PM |
| | Doesnt need funding, liquidations are profitable | |

| | | |
|---|---|---|
| DG | **dgbb gbb** | 5/23/2021, 4:49 PM |
| | but tomorrow more luna will be minted | |

| | | |
|---|---|---|
| RM | **Retardo Mongolen** | 5/23/2021, 4:49 PM |
| | isn't it the same thing that happens on station? | |

| | | |
|---|---|---|
| DG | **dgbb gbb** | 5/23/2021, 4:50 PM |
| | the spread will be bigger | |

| | | |
|---|---|---|
| MY | **Mike | GT | Will not DM you** | 5/23/2021, 4:50 PM |
| | LUNA will be minted until peg is restored | |

**A**   **alex C ??**                                                  5/23/2021, 4:50 PM
thast the beauty / ugly of elastic supply.

**JW**   **James William**                                            5/23/2021, 4:50 PM
Bot in the backen using cli interface

**RM**   **Retardo Mongolen**                                         5/23/2021, 4:50 PM
it doesn't give me 1 USD worth of LUNA

**G**   **Guillaume**                                                 5/23/2021, 4:50 PM
Going to email this guy to see what he things of the current peg situation. He co wrote the stress test



*Image: photo_4353@23-05-2021_16-50-26.jpg (74 KB)*

**MY**   **Mike | GT | Will not DM you**                              5/23/2021, 4:50 PM
If you select Market then yes. But if you are doing it manually you arent going to be able to arb. Unless you can do the entire process faster than a coded bot can

**U**   **Unknown**                                                   5/23/2021, 4:51 PM
https://twitter.com/jp_koning/status/1396447132744364033?s=21

**RM**   **Retardo Mongolen**                                         5/23/2021, 4:52 PM
Yes, I was talking exactly about "Market" option. Thing is, it doesn't give me 1 USD worth of LUNA, it gives me 1 UST worth of LUNA (~ 0.92-93 USD), which is pointless

**RM**   **Retardo Mongolen**                                         5/23/2021, 4:52 PM
it's not really an arb at all

**ED**   **Evan Docs**                                                5/23/2021, 4:52 PM
This is done at the protocol level.

**U**   **Unknown**                                                   5/23/2021, 4:52 PM
Yeah how come we don't have the ability to on chain swap UST to Luna? Why this feature restricted to the institutions like jump trading?

**RM**   **Retardo Mongolen**                                         5/23/2021, 4:53 PM
why doesn't anyone have opportunity to do that? Wouldn't it help to restore the peg quicker?

**RM**   **Retardo Mongolen**                                                5/23/2021, 4:53 PM
exactly my question

**M**   **mustardmania**                                                     5/23/2021, 4:53 PM
https://twitter.com/mcuban/status/1396496065092734981?s=20

**Y**   **Youssef**                                                          5/23/2021, 4:53 PM
You didn't get my point. I don't want the bot to be profitable. In order to be profitable, the liquidators market sell the cheap bLuna they buy. This keep Anchor solvent, but it also create liquidation spiral that the liquidator profit from.

I want a bot with diamond hands that doesn't insta sell the cheap bLuna to secure profit from the liquidation.

In order to do that, we need the bot to be community funded because it will not be for instant profit. Just a mecanism to reduce cascading liquidation effect.

**AH**   **Ali Husain**                                                      5/23/2021, 4:53 PM
https://agora.terra.money/t/stability-stress-test/55

**MY**   **Mike | GT | Will not DM you**                                     5/23/2021, 4:54 PM
Which is the increased spread rate that we already mentioned. Its there to prevent arb manipulation attacks.

**MY**   **Mike | GT | Will not DM you**                                     5/23/2021, 4:54 PM
It will recover with time.

**ED**   **Evan Docs**                                                       5/23/2021, 4:54 PM
No, the peg will be restored when more people buy ust. Low peg disincentivizes selling. Buying more ust will drive price back to peg. Protocol is working as it should. There is a huge opportunity to arbitrage buy buying ust right now.

**RM**   **Retardo Mongolen**                                                5/23/2021, 4:55 PM
thing is, people aren't even sure peg will be restored, hence no buying pressure

**R**   **rqdw**                                                             5/23/2021, 4:55 PM
time to market buy luna

**M**   **MRS**                                                              5/23/2021, 4:55 PM
Has monday buying started?

**DG**   **dgbb gbb**                                                        5/23/2021, 4:55 PM
it is not this way

**S**   **Sow**                                                              5/23/2021, 4:55 PM
I invested heavily in Luna, now I lost it all. All my life savings. It hurts man 😞

**DG**   **dgbb gbb**                                                        5/23/2021, 4:55 PM
nobody will buy unstable stable coin

**JW**   **James William**                                                   5/23/2021, 4:56 PM
Yeah youre i guess thats 50% of it. There is also the problem of cashing out into usdt though. If it cashed out to ust that would solve the general ecosystem degredation. And then it could set aside some of that operating ust pool to hold in luna. Say everything over its operating pool of 5mil ust

**DG**   **dgbb gbb**                                                        5/23/2021, 4:56 PM
it destroy people confidence

**F**    **Fizz**                                          5/23/2021, 4:56 PM

Sorry to hear man

**S**    **Sow**                                           5/23/2021, 4:56 PM

I have no idea what to do now

**MM**    **Mark McDermott**                            5/23/2021, 4:56 PM

No one can deny how extremely similar our chart looks to 2017. At basically the same day since previous halving 👀



*Image: photo_4354@23-05-2021_16-56-44.jpg (74 KB)*

**ED**    **Evan Docs**                                    5/23/2021, 4:56 PM

The market forces are pretty clear. Peg is kept by arbitrage. It's in the market's hands, and eventually people will stop believing fud and buy.

**M**    **MRS**                                        5/23/2021, 4:56 PM

Have u sold?

**MY**    **Mike | GT | Will not DM you**                 5/23/2021, 4:56 PM

It went to 0.80 a couple months ago. Didnt stop people buying it?

**SH**    **Spartacus Hibernatus**                    5/23/2021, 4:56 PM

Sorry what do you mean by this?

**S**    **Sow**                                           5/23/2021, 4:56 PM

Thankyou

**RM**    **Retardo Mongolen**                        5/23/2021, 4:57 PM

"peg is kept by arbitrage" yet there's no arbitrage

**RM**    **Retardo Mongolen**                        5/23/2021, 4:57 PM

minting LUNA gives you 0.92 USD now

**RM**    **Retardo Mongolen**                        5/23/2021, 4:57 PM

lol

**SS**    **Sir David Shillington**                    5/23/2021, 4:57 PM

Did you sell or get liquidated?

**AC**    **Andrew Campbell-Boross**                5/23/2021, 4:57 PM

I don't see how to arb when minting Luna with UST on Terra Station is so much more expensive than buying it on an exchange

**MY**    **Mike | GT | Will not DM you**                 5/23/2021, 4:57 PM

There is constant arbitrage. Stop talking about systems you dont understand.

**J**    **Jangho_unchained**                      5/23/2021, 4:57 PM

hold

$LUNA

...be patient...it will go up again. You will make it.

**MY**    **Mike | GT | Will not DM you**        5/23/2021, 4:57 PM

And do you think this might be because of spread and the recovery period?

**T**    **TYS**        5/23/2021, 4:58 PM

You did not lost anything if you did not sell it

**S**    **Sow**        5/23/2021, 4:58 PM

Nothing. I still hold all the Luna I have. Didn't sell it. It's just there in my wallet.

**RM**    **Retardo Mongolen**        5/23/2021, 4:58 PM

Can you explain a little bit more in details?

**DG**    **dgbb gbb**        5/23/2021, 4:58 PM

the problem is only 20m ust burn a day

**U**    **Unknown**        5/23/2021, 4:58 PM

It doesn't matter, he's got a point

**DG**    **dgbb gbb**        5/23/2021, 4:58 PM

which is not enough

**E**    **Evo**        5/23/2021, 4:58 PM

don't sell

**M**    **mustardmania**        5/23/2021, 4:58 PM

LUNA is also going through a "great unwind" as well (similar to ETH).  we are getting extra-rekt b/c our ecosystem is more nascent but allows for similar high leverage as ETH.  In the ETH ecosystem, you can take flight to both algorithmic and reserve backed stables.  we only have algorithmic.  would be fine if we had more bear market options that are in dev, but not done.  If this nuke had managed to not happen until late summer or fall, we would have fared much better with more ecosystem diversity.  sucks, but maturity will come.

**RM**    **Retardo Mongolen**        5/23/2021, 4:58 PM

for noobs (99% of this channel)

**S**    **Sow**        5/23/2021, 4:58 PM

I didn't sell

**MY**    **Mike | GT | Will not DM you**        5/23/2021, 4:58 PM

I would recommend you start with the docs and whitepaper

**DG**    **dgbb gbb**        5/23/2021, 4:58 PM

burn so little ust cant bring it to peg

**T**    **TYS**        5/23/2021, 4:58 PM

Then you did not loose it

**T**    **TYS**        5/23/2021, 4:59 PM

This is crypto, in a year, Luna will have new ATH

**E**    **Evo**        5/23/2021, 4:59 PM

Good. Imagine if you would sell and the next day it would shoot up 80%, how would you feel. I mean, if you already lost 75%, well, then you might as well just assume it as lost and just hope for the better

**S**    **Sow**        5/23/2021, 4:59 PM

Ok but what's happening? Do you know why there is a huge drop in the price? Will it recover?

**ED**  **Evan Docs**                                         5/23/2021, 4:59 PM
Yes, ust is less than usd. That is a market advantage. 1usd yields 1+ usd. When supply of ust in pools becomes smaller, ust wil go back to 1 usd or higher. Then market forces take it back down. And then it repeats. That's the point of pegged stablecoins.

**T**  **TYS**                                               5/23/2021, 5:00 PM
Everything is dropping

**T**  **TYS**                                               5/23/2021, 5:00 PM
Not just luna

**JW**  **James William**                                    5/23/2021, 5:00 PM
As a noob i can translate for other newcomers: the mechanism only releases so much luna/ust which is all gobled up by the bots. And it only releases this much to stop manipulation its a parameter that can be adjust through governance

**MY**  **Mike | GT | Will not DM you**                       5/23/2021, 5:00 PM
Here's a tl;dr for you:

1) 1 UST entitles you to mint $1 worth of LUNA minus the spread
2) If UST is under $1, that means you can buy UST and then convert it to $1 worth of LUNA and sell it for the difference between $1 and the value of UST
3) As more LUNA is minted, the spread will slightly increase but will decrease based on a recovery period
4) What this means is that arbs will always bring the value of UST back to peg and you can stop worrying.

**S**  **Sow**                                               5/23/2021, 5:00 PM
Ok ☝️

**JW**  **James William**                                    5/23/2021, 5:00 PM
Repost

**F**  **Fizz**                                              5/23/2021, 5:00 PM
just have the let the arbs do their thing !

**RM**  **Retardo Mongolen**                                 5/23/2021, 5:00 PM
it doesn't work because when you swap back, you lose the equal amount.
The only reason UST shall keep its peg it's because you shall be able to mint 1 USD (not UST) worth of LUNA with 1 UST. Thats it

**U**  **Unknown**                                           5/23/2021, 5:00 PM
except technically ust can never be pegged again

**AC**  **Andrew Campbell-Boross**                           5/23/2021, 5:01 PM
2) is not true, because of the huge spread

**W**  **Woj**                                               5/23/2021, 5:01 PM
It's not arbitrage - it's a view that peg will be restored.

**U**  **Unknown**                                           5/23/2021, 5:01 PM
not saying that's what will happen but it technically can, that's why the price flacutations exist in the first place

**MY**  **Mike | GT | Will not DM you**                       5/23/2021, 5:01 PM
Because of the spread...

**U**  **Unknown**                                           5/23/2021, 5:01 PM
exactly

**RM**  **Retardo Mongolen**                                                5/23/2021, 5:01 PM
how long will the large spread continue? Because arb doesnt work

**L**  **Larry**                                                           5/23/2021, 5:01 PM
Can non technical users not arb this. The white paper explains it but no examples of where todo it

**RM**  **Retardo Mongolen**                                                5/23/2021, 5:01 PM
right now

**RO**  **R O**                                                            5/23/2021, 5:01 PM
Looks like bottom is in, $4 is the floor

**T**  **TYS**                                                             5/23/2021, 5:01 PM
The worst thing you can do is to panic sell now lol
Smart people buying now.

I actually enter Luna first time today

**RM**  **Retardo Mongolen**                                                5/23/2021, 5:01 PM
even if you could, spread is so large it's not profitable at all

**MY**  **Mike | GT | Will not DM you**                                      5/23/2021, 5:01 PM
Theres a recovery period. Currently minting is outpacing the recovery period which is why it is slowly dropping.  Once that
stops, it will return to peg

**JO**  **Jurek Ogorek**                                                    5/23/2021, 5:02 PM
Do you think is good time to get some Luna or wait for dip to 3?

**U**  **Unknown**                                                         5/23/2021, 5:02 PM
idk how to tell you mike but I wanna arbitrage but will literally make nothing in the process with how big the spread is

**MY**  **Mike | GT | Will not DM you**                                      5/23/2021, 5:02 PM
Exactly! Thats why its not at peg.

**RM**  **Retardo Mongolen**                                                5/23/2021, 5:02 PM
how long approx will the recovery period last?

**GG**  **glmr glomr**                                                      5/23/2021, 5:02 PM
arb is not viable with low capital base

**RM**  **Retardo Mongolen**                                                5/23/2021, 5:02 PM
based on current minting figures

**RS**  **Raul Senders**                                                    5/23/2021, 5:02 PM
People is accepting this deal, probably they need the liquidity.

**MY**  **Mike | GT | Will not DM you**                                      5/23/2021, 5:03 PM
I dont know the exact time its going to take

**T**  **TYS**                                                             5/23/2021, 5:03 PM
Because people are stupid and panicking

**F**  **Fynn?**                                                           5/23/2021, 5:03 PM
In case you didn't see earlier, I published my Terra Weekly Report addressing 17 May - 23 May. It also includes some
Harpoon Protocol ALPHA! Make sure to go check it out!

https://twitter.com/FynnToTheMoon/status/1396496188761952258?s=20



*Image: photo_4324@23-05-2021_14-57-29.jpg (191 KB)*

**MY**  **Mike | GT | Will not DM you**                                    5/23/2021, 5:03 PM
But here you can see the previous drop and recovery



*Image: photo_4356@23-05-2021_17-03-53.jpg (51 KB)*

**F**  **Fizz**                                                           5/23/2021, 5:03 PM
ye might need to update ur report flynn

**ED**  **Evan Docs**                                                      5/23/2021, 5:03 PM
Please understand. Buy ust at .97. Wait until everyone else buys low too. Pools will have less ust (incentive to buy low.) Hold until ust goes to 1 Usd. Profit 3%. There was a huge crash. It effects everything, the point is we are incentivized to buy ust right now and bluna because it drives price back up.

**RS**  **Raul Senders**                                                  5/23/2021, 5:04 PM
You never now where the bottom is, you just hope.

**F**  **Fynn?**                                                          5/23/2021, 5:04 PM
with what?

**MY**  **Mike | GT | Will not DM you**                                   5/23/2021, 5:04 PM
So basically chill out. Dont panic. The peg will restore.

**U**  **Unknown**                                                        5/23/2021, 5:04 PM
Again, if Luna doesn't get back on track it can be a very long while till the spread is small enough

**U**  **Unknown**                                                        5/23/2021, 5:04 PM

I think it is concerning tbh.

| | | |
|---|---|---|
| MY | **Mike \| GT \| Will not DM you** | 5/23/2021, 5:04 PM |
| | Parameters can always be adjusted to make it quicker. | |

| | | |
|---|---|---|
| A | **alex C ??** | 5/23/2021, 5:04 PM |
| | https://etherscan.io/address/0x5dd09afc9ca51b46d6cda2189478b505ace7f37b | |

| | | |
|---|---|---|
| RM | **Retardo Mongolen** | 5/23/2021, 5:04 PM |
| | "hold until UST goes to 1 usd" - this is the part 99% noobs aren't sure of | |

| | | |
|---|---|---|
| U | **Unknown** | 5/23/2021, 5:04 PM |
| | Well they def need to be | |

| | | |
|---|---|---|
| RM | **Retardo Mongolen** | 5/23/2021, 5:04 PM |
| | hence no buying pressure | |

| | | |
|---|---|---|
| ED | **Evan Docs** | 5/23/2021, 5:04 PM |
| | Yes. The protocol is doing what it was intended to do. That's why things are like they are. | |

| | | |
|---|---|---|
| S | **Selltop** | 5/23/2021, 5:05 PM |
| | Isnt MNT and ust used by asians directly to buy their bread ? | |

| | | |
|---|---|---|
| U | **Unknown** | 5/23/2021, 5:05 PM |
| | it's not even noobs, you need to put faith in that it will | |

| | | |
|---|---|---|
| S | **Selltop** | 5/23/2021, 5:05 PM |
| | On the app | |

| | | |
|---|---|---|
| F | **Fizz** | 5/23/2021, 5:05 PM |
| | Mike I guess we're used to dealing with currecy pegs etc. Are there any circumstances/conditions where the peg might be pushed too far? or the system enter any kind of spiral? or is it 100% foolproof? | |

| | | |
|---|---|---|
| U | **Unknown** | 5/23/2021, 5:05 PM |
| | it's not a guaranteed arb | |

| | | |
|---|---|---|
| MY | **Mike \| GT \| Will not DM you** | 5/23/2021, 5:05 PM |
| | Exactly. Every single protocol in Terra is working as it should during this crazy stress test. | |

| | | |
|---|---|---|
| RM | **Retardo Mongolen** | 5/23/2021, 5:05 PM |
| | lol you know it's not how it works. It shall be guaranteed. | |

| | | |
|---|---|---|
| RM | **Retardo Mongolen** | 5/23/2021, 5:05 PM |
| | if it's algorithmic | |

| | | |
|---|---|---|
| F | **Fynn?** | 5/23/2021, 5:05 PM |
| | @Fizz65 how do i need to update my report? | |

| | | |
|---|---|---|
| KW | **Kasper Wisnia** | 5/23/2021, 5:05 PM |
| | How did u lose it? U didnt lose it till u sold | |

**S**   **Selltop**                                                                       5/23/2021, 5:05 PM

I was told i could burn ust for 1 usd of Luna, thats clearly impossibld

**GG**   **glmr glomr**                                                                   5/23/2021, 5:05 PM

yeah the idea that the ecosystem for UST use case would be spread enough to cover  the risk exposure from this —— did not materialize. launching ANC ahead of having anything else in place was a mistake

**S**   **Selltop**                                                                       5/23/2021, 5:05 PM

Terra station price is 0.95 per ust

**F**   **Fizz**                                                                          5/23/2021, 5:05 PM

this peg discussion simplified for us masses

**U**   **Unknown**                                                                       5/23/2021, 5:06 PM

No because with the current spread you can mint 0.92$ value of luna per 1 ust

**RM**   **Retardo Mongolen**                                                             5/23/2021, 5:06 PM

yes it's not possible apparently due to some "large spread" during "recovery period". That's all that I was able to understand in the conversation

**S**   **Selltop**                                                                       5/23/2021, 5:06 PM

What do they mean by "spread"

**M**   **Malik**                                                                         5/23/2021, 5:06 PM

Wasnt the ankr air drop today?

**MY**   **Mike | GT | Will not DM you**                                                  5/23/2021, 5:06 PM

https://agora.terra.money/t/stability-stress-test/55

Basically no.

**M**   **Malik**                                                                         5/23/2021, 5:06 PM

I tHink i missed it, i cant claim it anymore?

**A**   **alex C ??**                                                                     5/23/2021, 5:07 PM

No deadline

**S**   **Sow**                                                                           5/23/2021, 5:07 PM

I didn't sell. Everything is still in wallet. It's value is gone lower than my capital. I'm new to crypto and I recently got LUNA when it was doing well

**F**   **Fynn?**                                                                         5/23/2021, 5:07 PM

hmmm... what would you like me to do?

**JD**   **Jim Duggan**                                                                   5/23/2021, 5:07 PM

Where can you see this data?

**M**   **Malik**                                                                         5/23/2021, 5:07 PM

How do i claim it?

**M**   **Malik**                                                                         5/23/2021, 5:07 PM

Please can someone tell me

**M**   **Malik**                                                                         5/23/2021, 5:08 PM

How to claim the airdrop

**F**    **Fizz**        5/23/2021, 5:08 PM

The key takeaway is that the Terra peg is highly resilient to both cyclicality and volatility, and its survival rate drops below 90% only in scenarios of extreme stress of both types combined. In other words, it is only in cases where demand for Terra drops at astonishing rates, and at the same time its volatility is very high, that we would observe Terra's price stability being compromised.  END wuote

**MM**    **Mark McDermott**        5/23/2021, 5:08 PM

+1

**S**    **Selltop**        5/23/2021, 5:08 PM

So, there is a full report of dozen page of stress test saying in 100 year prolly wont be any issue with ust peg

However every week are new proposal and feature on ust minting and so on

How can this report actually take into account feature that did not exist when it was published

**RM**    **Retardo Mongolen**        5/23/2021, 5:08 PM

38million and done

**D**    **Dennis**        5/23/2021, 5:08 PM

The real takeaway here is that TFL is hoarding the entirety of the gains that could be made from arbitrage to themselves by not providing a method by which regular users like you and I can initiate on on chain swap from UST to LUNA

**F**    **Fizz**        5/23/2021, 5:08 PM

see my quote

**KW**    **Kasper Wisnia**        5/23/2021, 5:08 PM

So u have 2 options. Wait and hodl as market will bounce back or sell now and lose what u lost.

**RM**    **Retardo Mongolen**        5/23/2021, 5:09 PM

100% agree.

**U**    **Unknown**        5/23/2021, 5:09 PM

it's currently being compromised ser

**T**    **Tin**        5/23/2021, 5:09 PM

True

**M**    **Marc ?**        5/23/2021, 5:09 PM

sell in 21 days you mean? 🙂

**MY**    **Mike | GT | Will not DM you**        5/23/2021, 5:09 PM

You can do it but you would make a loss because you arent faster than the 100 bots already doing it

**D**    **Dennis**        5/23/2021, 5:09 PM

TFL and the people who have the ability to initiate on on chain swap are doing so and dumping the minted LUNA back into the market in order to maintain the peg, and are getting rich while doing so. The peg wouldve closed much faster if the public were allowed to initiate an on chain swap. This should be a scandal

**T**    **Tin**        5/23/2021, 5:09 PM

So only luna team and insiders can make money off terra ecosystem

**S**    **Sow**        5/23/2021, 5:09 PM

Why what's happening in 21 days?

**KW**    **Kasper Wisnia**        5/23/2021, 5:10 PM

I dont stake So i am on an exchange.. Staking also protects u. I 21 days btc can be at 45..

**L**  **Larry**                                                5/23/2021, 5:10 PM
Agree

**U**  **Unknown**                                             5/23/2021, 5:10 PM
on what basis do you make such accusations

**M**  **Marc ?**                                              5/23/2021, 5:10 PM
right works both ways

**KW**  **Kasper Wisnia**                                      5/23/2021, 5:10 PM
Yes..

**RM**  **Retardo Mongolen**                                  5/23/2021, 5:10 PM
on the fact that there's not a single place in the ecosystem now where a noob can actually swap 1 UST to 1 USD worth of LUNA.

**MY**  **Mike | GT | Will not DM you**                       5/23/2021, 5:10 PM
You can do an on chain swap in Terra station wallet. Feel free to do it?

**D**  **Dennis**                                             5/23/2021, 5:10 PM
On the simple basis of the fact that we cannot perform on on chain swap from UST to LUNA in order to complete the arbitrage loop but TFL can

**MY**  **Mike | GT | Will not DM you**                       5/23/2021, 5:10 PM
Why cant you?

**U**  **Unknown**                                             5/23/2021, 5:10 PM
that's true, doesn't mean tfl abuses it

**T**  **Tin**                                                5/23/2021, 5:10 PM
Their terra explanation video literally says you can swap ust for luna and profit off it if the ust is below $1

**O**  **OIO**                                                5/23/2021, 5:11 PM
Lol by the time people get their undelegations in the new jump trading prop will have passed and this won't be a conversation anymore

**MY**  **Mike | GT | Will not DM you**                       5/23/2021, 5:11 PM
Go to terra Station and do it

**D**  **Dennis**                                             5/23/2021, 5:11 PM
We cannot, we can only go in the direction of LUNA->UST. The arbitrage opportunity is UST->LUNA. The wallet redirects this action to terraswap

**T**  **Tin**                                                5/23/2021, 5:11 PM
Does it matter if they abuse it?

**U**  **Unknown**                                             5/23/2021, 5:11 PM
ser once again, you only get 0.92$ value of luna per 1 ust

**MY**  **Mike | GT | Will not DM you**                       5/23/2021, 5:11 PM
Select market instead of terraswap. Works fine

**M**  **mustardmania**                                       5/23/2021, 5:11 PM
you can do it in Terra Station in swap

**U**    **Unknown**         5/23/2021, 5:11 PM

well yeah because that's what he fuckin claimed lol

**O**    **OIO**         5/23/2021, 5:11 PM

Just a heads up

**D**    **Dennis**         5/23/2021, 5:11 PM

The ability to use an on chain swap UST->LUNA was taken away in favor of using TerraSwap. Terraswap uses the unfavorable UST/LUNA rate which defeats the purpose of arbitrage.

**RM**    **Retardo Mongolen**         5/23/2021, 5:11 PM

no you can not, you get 0.92 USD worth of LUNA, not 1 USD. Hence no arb

**A**    **alex C ??**         5/23/2021, 5:11 PM

https://anchorprotocol.com/airdrop

**D**    **Dennis**         5/23/2021, 5:12 PM

Exactly

**MY**    **Mike | GT | Will not DM you**         5/23/2021, 5:12 PM

Yes. But thats not something TFL is doing to restrict you from manually doing it. Thats just how the system works. The swap spread is high because its minting too fast.

**DS**    **Daryl Slein**         5/23/2021, 5:12 PM

So, I buy 10,000 usdt and swap to UST there is an 8% profit.. when it pegs back..correct?

**RF**    **Robert Frank**         5/23/2021, 5:12 PM

Thanks for updates Mike. Any chance Saturn can post something super simple for normal folks on Twitter so we can retweet it to educate people who are spreading FUD while the whole market is crushed

**U**    **Unknown**         5/23/2021, 5:12 PM

I don't think that's the issue, I mean let's be real, 99.999% the peg will be restored. But the fact we have to doubt it is concerning to me personally

**W**    **Woj**         5/23/2021, 5:12 PM

Does anyone know what's been happening to unit minting rewards of lately?

**MY**    **Mike | GT | Will not DM you**         5/23/2021, 5:12 PM

Thats exactly why the peg is off. The swap spread will come down.

**D**    **Dennis**         5/23/2021, 5:12 PM

The swap "spread" is high because UST is off of the peg. We should have a way to mint LUNA at USDT value like there was before.

**MY**    **Mike | GT | Will not DM you**         5/23/2021, 5:12 PM

Will leave it to TFL to do so. Im just trying to help stop panic

**T**    **Tin**         5/23/2021, 5:12 PM

If they just allowed the public to arbitrage peg would be back to $1 instantly

**U**    **Unknown**         5/23/2021, 5:12 PM

Yes...just leave in anchor earn for the mean time

**T**    **Tin**         5/23/2021, 5:12 PM

This just created fud

**RM**  **Retardo Mongolen**                                                       5/23/2021, 5:12 PM
it looks like a vicious circle really

**U**  **Unknown**                                                                 5/23/2021, 5:13 PM
which is the fuckin goal LMAO

**U**  **Unknown**                                                                 5/23/2021, 5:13 PM
do you not know why arb was created ?

**R**  **Robert**                                                                  5/23/2021, 5:13 PM
yes

**RF**  **Robert Frank**                                                           5/23/2021, 5:13 PM
Gotcha ty

**U**  **Unknown**                                                                 5/23/2021, 5:13 PM
so that the peg is maintained

**A**  **alex C ??**                                                               5/23/2021, 5:13 PM
IF it pegs back

**T**  **Tin**                                                                     5/23/2021, 5:13 PM
But you cannot do it only insiders and team can

**BL**  **Buckie Llano**                                                           5/23/2021, 5:13 PM
Your Daily reminder that no one wants Fiat, fiat is inflating, the market is being manipulated outside of any individual's
control, and LUNA is a blue chip crypto.

**U**  **Unknown**                                                                 5/23/2021, 5:13 PM
tru

**C**  **Combot**                                                                  5/23/2021, 5:13 PM
George M. Atwater
 has been banned! Reason:
CAS ban
.

**MY**  **Mike | GT | Will not DM you**                                            5/23/2021, 5:14 PM
Yes exactly. Unless you can perform a swap an exchange deposit and exchange trade and a withdrawal in a few seconds
you arent going to be able to arb..

**E**  **Evo**                                                                     5/23/2021, 5:14 PM
Why do you say that. Just use Terra station, it allows for swapping UST to LUNA. Don't spread misinformation

**S**  **Selltop**                                                                 5/23/2021, 5:14 PM
Yes, how is it possible to make these on chain swaps ?

**RM**  **Retardo Mongolen**                                                       5/23/2021, 5:14 PM
I have coding background, I know how to do bots and I can participate in restoring the peg.
But restoring the peg is impossible because 1 UST currently gives you 0.92 USD worth of LUNA.

**D**  **Dennis**                                                                  5/23/2021, 5:14 PM
You can swap but its not on chain - meaning you dont get the oracle value, but rather the inferior UST/LUNA value
(because UST is off peg, this is unfavorable)

**MY**  **Mike | GT | Will not DM you**                                5/23/2021, 5:14 PM
Yes it does. Select market.

**S**  **Selltop**                                                     5/23/2021, 5:15 PM
Exactly, I get the terrible rate for swaping there, not 1 to 1

**O**  **OIO**                                                         5/23/2021, 5:15 PM
Back up

**O**  **OIO**                                                         5/23/2021, 5:15 PM
We go

**SV**  **Strong Viking**                                             5/23/2021, 5:15 PM
im trying to read up to speed on this UST thing. Is there a good chance it will recover to 1-1 against usdt?

**MY**  **Mike | GT | Will not DM you**                                5/23/2021, 5:15 PM
Yes it will recover.

**S**  **Selltop**                                                     5/23/2021, 5:15 PM
Even when selecting market the rate is really bad, like 0.95 usd for 1 ust

**M**  **Mig**                                                         5/23/2021, 5:15 PM
bitcoin go, luna stays lol

**M**  **Mig**                                                         5/23/2021, 5:15 PM
😀

**H**  **Haki**                                                        5/23/2021, 5:15 PM
Where can i staking luna?

**D**  **Dennis**                                                      5/23/2021, 5:15 PM
This is not an on chain swap.



Image: photo_4357@23-05-2021_17-15-54.jpg (65 KB)

**O**  **OIO**                                                         5/23/2021, 5:15 PM
Jump trading prop will make it 100x stronger

**S**  **Selltop**                                                     5/23/2021, 5:15 PM
How come its not close to 1 to 1

**MY**  **Mike | GT | Will not DM you**                                5/23/2021, 5:15 PM
Yep. Thats exactly why the peg is off. That rate will go up with time

**T**  **Tin**                                                         5/23/2021, 5:16 PM
It will recover once certain select people profit off it

**E**  **Evo**                                                                5/23/2021, 5:16 PM
Terra station -> Staking

**DG**  **dgbb gbb**                                                          5/23/2021, 5:16 PM
there are 2billion ust,   burn 20m is not fast

**M**  **Michael**                                                            5/23/2021, 5:16 PM
How is it that when I want to go UST-Luna the exchange rate is 4.64 atm whereas Luna-UST is 4.4. (both in Terra Station)

**MY**  **Mike | GT | Will not DM you**                                       5/23/2021, 5:16 PM
Yes it is.

**SV**  **Strong Viking**                                                     5/23/2021, 5:16 PM
i hope it will. but how does it work now that its depegging with Luna?

**M**  **MRS**                                                                5/23/2021, 5:16 PM
Give it time, now people buy bitcoin then they move to alts

**S**  **Selltop**                                                            5/23/2021, 5:16 PM
I also thought its not, why is it called "market" then

**MY**  **Mike | GT | Will not DM you**                                       5/23/2021, 5:16 PM
Will take a little bit of time.

**O**  **OIO**                                                                5/23/2021, 5:16 PM
All this back and forth is legit a waste of energy. It's already been addressed

**U**  **Unknown**                                                            5/23/2021, 5:17 PM



Image: photo_4358@23-05-2021_17-17-14.jpg (48 KB)

**SV**  **Strong Viking**                                                     5/23/2021, 5:17 PM
Luna also moving up. 4.48 now

**F**  **Fizz**                                                               5/23/2021, 5:17 PM
Martin we have kind of met the volatility conditions in the paper you referenced

**MY**    **Mike | GT | Will not DM you**                                    5/23/2021, 5:17 PM
https://docs.terra.money/dev/spec-market.html

**F**    **Fizz**                                                              5/23/2021, 5:17 PM
And we are meeting (or going to meet) the supply increase riskss

**T**    **Tin**                                                              5/23/2021, 5:17 PM
So nobody can give a clear answer why its stated in the introductory video that ust holders can burn ust for luna when its
off peg and profit off it, but in reality you cant do it

**G**    **GMICap**                                                           5/23/2021, 5:17 PM
We need peg

**D**    **Dennis**                                                           5/23/2021, 5:18 PM
Idk why Mike is carrying water for keeping on chain swaps "secret". Democratizing the ability to initiate on on chain swap
would close the peg faster and allow users like you and I to profit from arbitrage. He appears to want to keep that
arbitrage opportunity to a select few

**MY**    **Mike | GT | Will not DM you**                                    5/23/2021, 5:18 PM
What secret. Ive literally told you how to do them.

**O**    **OIO**                                                              5/23/2021, 5:18 PM
The reason nobody is acknowledging this right now is because it changes the narrative back to where we want it lol

**DS**    **Daryl Slein**                                                     5/23/2021, 5:18 PM
Exactly 👍

**F**    **Fizz**                                                              5/23/2021, 5:18 PM
"+30% for quarterly change in Luna supply" = thats about to happen

**T**    **Tin**                                                              5/23/2021, 5:18 PM
When

**F**    **Fizz**                                                              5/23/2021, 5:18 PM
well its happened

**F**    **Fizz**                                                              5/23/2021, 5:18 PM
but for a few days only

**T**    **Tin**                                                              5/23/2021, 5:18 PM
Oh when they released those coins lol

**D**    **Dennis**                                                           5/23/2021, 5:19 PM
The market button is clearly not an on chain swap because the rate at which LUNA is received differs greatly from the
oracle price, precisely by the amount UST is off its peg?

**X**    **X**                                                                5/23/2021, 5:19 PM
How sir

**F**    **Fizz**                                                              5/23/2021, 5:19 PM
no by reverse minting UST to Luna

**O**    **OIO**                                                              5/23/2021, 5:19 PM
Soooo did you read the new jump trading proposal that will be passed ?

**T**    **Tin**                                                              5/23/2021, 5:19 PM

Exactly and nobody wants to acknowlegde it

**OIO**                                                                     5/23/2021, 5:19 PM
Just curious

**Julian**                                                                  5/23/2021, 5:19 PM
Is anyone worried

**Dennis**                                                                  5/23/2021, 5:19 PM
An on chain swap should produce a rate which is equal to the oracle price. Why is mike spreading disinformation

**Julian**                                                                  5/23/2021, 5:19 PM
If the market and Luna dump more. The peg will be ruined and everything unravels....

**Daryl Slein**                                                             5/23/2021, 5:19 PM
Thank you

**Tin**                                                                     5/23/2021, 5:20 PM
This is correct

**Jack Sparrow**                                                            5/23/2021, 5:20 PM
🤣🤣 gotta love the ada lot

**John**                                                                    5/23/2021, 5:20 PM
You don lose till you realize your trade..

**Tin**                                                                     5/23/2021, 5:20 PM
This feels like a cult lol. Everyone defending the team and project with 0 arguments

**X**                                                                       5/23/2021, 5:20 PM
I mean how does ada save ethiopia LOOOL

**Julian**                                                                  5/23/2021, 5:20 PM
China fud isn't over btw

**Retardo Mongolen**                                                        5/23/2021, 5:20 PM
if market button is an onchain swap button, then it doesn't work the way it should.

**Tin**                                                                     5/23/2021, 5:20 PM
Im not here to fud I wanna know why things stated in terra explanatory video are different from reality

**Julian**                                                                  5/23/2021, 5:20 PM
It's going to get worse this week

**John**                                                                    5/23/2021, 5:20 PM
Agreed

**Mike | GT | Will not DM you**                                             5/23/2021, 5:20 PM
Read the documents.
https://docs.terra.money/dev/spec-market.html#k-computeswap

**John**                                                                    5/23/2021, 5:20 PM
More blood coming p

**JS**    **Jack Sparrow**        5/23/2021, 5:21 PM
Ada coming soon fan club

**O**    **OIO**        5/23/2021, 5:21 PM
https://station.terra.money/proposal/90

**DS**    **Daryl Slein**        5/23/2021, 5:21 PM
This chat is insane

**O**    **OIO**        5/23/2021, 5:21 PM
It's already been addressed

**X**    **X**        5/23/2021, 5:21 PM
Ada dont do anything. It's a cult. How the fk does it save Ethiopia it doesnt have utility right now.

**F**    **Fizz**        5/23/2021, 5:21 PM
not yet

**O**    **OIO**        5/23/2021, 5:21 PM
https://agora.terra.money/t/liquidity-parameters-2/1175

**U**    **Unknown**        5/23/2021, 5:21 PM
What happens come tomorrow if everything starts pumping? 😂

**T**    **Tin**        5/23/2021, 5:22 PM
So after this proposal passes we will be able to swap 1 ust to $1 luna?

**QM**    **Qntrabina M4**        5/23/2021, 5:22 PM
DoDo something

**J**    **Julian**        5/23/2021, 5:22 PM
If it pumps were fine.

**O**    **OIO**        5/23/2021, 5:22 PM
It will make the peg way stronger

**DS**    **Daryl Slein**        5/23/2021, 5:22 PM
Thats exaclty it like jekle and hyde some people..myself included..

**J**    **Julian**        5/23/2021, 5:22 PM
If it doesn't and we dump another 50% idk what will happen here...

**O**    **OIO**        5/23/2021, 5:22 PM
So yeah

**T**    **Tin**        5/23/2021, 5:22 PM
I dont care about the peg being stronger I care about who profits from arbitrage

**U**    **Unknown**        5/23/2021, 5:22 PM
If it does I'll buy in some more? 😂

**T**    **Tin**        5/23/2021, 5:22 PM
So its still not solved

**O**    **OIO**        5/23/2021, 5:23 PM

Read ....the .....proposal

**J**    **Julian**        5/23/2021, 5:23 PM
You have infinite money too buy?

**J**    **Julian**        5/23/2021, 5:23 PM
Do you ever sell?

**MY**    **Mike | GT | Will not DM you**        5/23/2021, 5:23 PM
Bots profit because bots are fast

**F**    **Fizz**        5/23/2021, 5:23 PM
So this will take until 6 June

**O**    **OIO**        5/23/2021, 5:23 PM
Lol you are so transparent dude

**MY**    **Mike | GT | Will not DM you**        5/23/2021, 5:23 PM
But you are free to build an arb bot

**U**    **Unknown**        5/23/2021, 5:23 PM
How to buy

**T**    **Tin**        5/23/2021, 5:23 PM
What bots, where

**U**    **Unknown**        5/23/2021, 5:23 PM
⁇

**T**    **Tin**        5/23/2021, 5:24 PM
If I made a bot I still dont have access to swap 1ust to $1 luna

**K**    **Kachel**        5/23/2021, 5:24 PM
Why can't we arbitrage like we should?

**MY**    **Mike | GT | Will not DM you**        5/23/2021, 5:24 PM
Wherever they may be. Anyone can run one. Even you.

**T**    **Tin**        5/23/2021, 5:24 PM
See my msg above

**O**    **OIO**        5/23/2021, 5:24 PM
It'll hit before all the panic undelegations do lol

**F**    **Fizz**        5/23/2021, 5:24 PM
haha true

**S**    **Sow**        5/23/2021, 5:24 PM
I bought this at 18 dollars

**MY**    **Mike | GT | Will not DM you**        5/23/2021, 5:24 PM
If you want to arb with a bot

**MY**    **Mike | GT | Will not DM you**        5/23/2021, 5:24 PM
🧍Remember to arbitrage with Hummingbot, frens!

✅We detail our partnership with Hummingbot, how you can use their AMM Arb, and provide a brief recap of our AMA this week in our latest Medium. If you like money, then you like Hummingbot.

▶️

https://medium.com/terra-money/hummingbot-terra-bringing-amm-arb-to-the-terra-community-389f40969690

📺Video AMA recap available here

🟨Passcode: e6ep?23^

---

**D** | **Dennis** | 5/23/2021, 5:24 PM

In what world is (picture) a correct implementation of Mint $1LUNA for $1UST burned?



*Image: photo_4359@23-05-2021_17-24-44.jpg (77 KB)*

---

**M** | **Marcin** | 5/23/2021, 5:24 PM

As far as I read some guys here, You really don't know what you invested it. You don't know the system and now argue about Luna price, WTF xD

---

**K** | **Kachel** | 5/23/2021, 5:24 PM

Where can we swap 1 ust for $1 luna?

---

**MG** | **Maarten | GT** | 5/23/2021, 5:24 PM

you didn't even read the docs

---

**T** | **Tin** | 5/23/2021, 5:25 PM

No ypu cant lol, even if I made a bot I still dont have access to swap 1ust to $1 luna

---

**MG** | **Maarten | GT** | 5/23/2021, 5:25 PM

it literally says there is a minimum Terra <>LUNA  Fee of 2%

---

**MY** | **Mike | GT | Will not DM you** | 5/23/2021, 5:25 PM

Neither do the bots. Whats your point

---

**JC** | **Juul Cesar** | 5/23/2021, 5:25 PM

With money on kucoin binance? 🤷‍♂️

---

**MY** | **Mike | GT | Will not DM you** | 5/23/2021, 5:25 PM

Read the damn docs.

---

**D** | **Dennis** | 5/23/2021, 5:25 PM

ok? the difference is 5.7%

---

**M** | **mustardmania** | 5/23/2021, 5:25 PM

"In the opposite scenario, a fall in demand for Terra results in decreased transactional activity and a drop in the price. In this case, the supply needs to be cut to keep the peg within the acceptable stability bounds. This is called contraction, and is similarly enabled by the protocol market-maker, offering 1 SDR worth of newly minted Luna for 1 TerraSDR (which is worth less than 1 SDR). The drop in value from the decrease in demand is absorbed by Luna holders, and as the Luna supply is diluted, the value is transferred from the Luna collateral to raise the price of Terra."

**S** **Sow**                                                                            5/23/2021, 5:25 PM
18 dollars 😠. Now it's 4

**U** **Unknown**                                                                         5/23/2021, 5:25 PM
What

**M** **mustardmania**                                                                     5/23/2021, 5:25 PM
https://docs.terra.money/stablecoin.html

**MG** **Maarten | GT**                                                                    5/23/2021, 5:25 PM
> MINIMUM <

**O** **OIO**                                                                             5/23/2021, 5:25 PM
https://station.terra.money/proposal/90

**D** **Dennis**                                                                          5/23/2021, 5:25 PM
Yep?

**S** **Sow**                                                                            5/23/2021, 5:26 PM
I probably suck at investing

**T** **Tin**                                                                            5/23/2021, 5:26 PM
Why do we even need governance vote to fix an obvious flaw in the ecosystem?

**MY** **Mike | GT | Will not DM you**                                                     5/23/2021, 5:26 PM
Read the docs link. Seriously.

**S** **smartass111**                                                                     5/23/2021, 5:26 PM
guys is there any ui to overview anchor liquidations ?

**O** **OIO**                                                                             5/23/2021, 5:26 PM
The thing that fixes what everyone is upset about lol

**F** **Fizz**                                                                           5/23/2021, 5:26 PM
The docs quote a max 60% GDP volatility scenario - we've seen more than that

**F** **Fizz**                                                                           5/23/2021, 5:26 PM
a 1.2 -0.6 boom/bust change

**N** **nachodon**                                                                        5/23/2021, 5:26 PM
uhh that was a joke

**MG** **Maarten | GT**                                                                    5/23/2021, 5:26 PM
what fixes this the quickest is if all the paperhands stop selling their LUNA and subsequently their UST

**MG** **Maarten | GT**                                                                    5/23/2021, 5:27 PM
but that is a lot to ask

**S** **Selltop**                                                                        5/23/2021, 5:27 PM
Something is strange in fact

**T**   **Tin**                                                                      5/23/2021, 5:27 PM
Why not fix a flaw right away, why do we need a vote lol

**F**   **Fizz**                                                                     5/23/2021, 5:27 PM
DeFi

**MY**   **Mike | GT | Will not DM you**                                             5/23/2021, 5:27 PM
Not the stability test im talking about the market docs.

**MG**   **Maarten | GT**                                                           5/23/2021, 5:27 PM
also it's not a flaw, its protection against whale price manipulation

**MY**   **Mike | GT | Will not DM you**                                             5/23/2021, 5:28 PM
You want to know why we cant change blockchain parameters without governance? Lol

**O**   **OIO**                                                                      5/23/2021, 5:28 PM
Lol what a dumb statement

**S**   **Selltop**                                                                  5/23/2021, 5:28 PM
Who are the arbers now and how are they arbing ?

**U**   **Unknown**                                                                  5/23/2021, 5:29 PM
How does UST Return to its peg?

**K**   **Kachel**                                                                   5/23/2021, 5:29 PM
Where can we swap 1 ust for 1$ luna? How can we do it if ust is offpeg

**S**   **Selltop**                                                                  5/23/2021, 5:29 PM
If terra station produce same price as kucoin and not as oracle

**O**   **OIO**                                                                      5/23/2021, 5:29 PM
My favorite part is that even though someone is giving a clear answer in this proposal , we will still do this dance lol

**T**   **Tin**                                                                      5/23/2021, 5:29 PM
You cant do it

**MY**   **Mike | GT | Will not DM you**                                             5/23/2021, 5:29 PM
I doubt they keep a central registry lol

**M**   **mustardmania**                                                             5/23/2021, 5:29 PM
https://docs.terra.money/stablecoin.html

this link explains exactly how Luna/Stable expansion and contraction are handled... In the case of expansion, it is pretty clear and we saw how it worked on the way up... with contraction, it is a little less clear.  The key line in the docs is "The drop in value from the decrease in demand is absorbed by Luna holders, and as the Luna supply is diluted, the value is transferred from the Luna collateral to raise the price of Terra."

**MG**   **Maarten | GT**                                                           5/23/2021, 5:29 PM
most of the time it's firms that deploy delta neutral trading strategies

**K**   **Kachel**                                                                   5/23/2021, 5:29 PM
Why cant we do it?

**MG**  **Maarten | GT**                                                          5/23/2021, 5:29 PM

and if the pool sizes are depleted, they arb at a loss

**T**   **Tin**                                                                   5/23/2021, 5:29 PM

Because of flaw in the chain that will get fixed in like 20 days

**MY**  **Mike | GT | Will not DM you**                                           5/23/2021, 5:30 PM

Do what?

**D**   **Dennis**                                                                5/23/2021, 5:30 PM

How is the UST/USDT peg gap supposed to ever be filled by arbitrage if the 5.7% difference in oracle price and actual swap rate is intentional, LOL

**M**   **mustardmania**                                                          5/23/2021, 5:30 PM

@treehugger
 is right... we need to just not sell.  we will take it on the nose, for a bit, in terms of LUNA price, but then UST will return to its peg.

**K**   **Kachel**                                                                5/23/2021, 5:30 PM

Hahaha

**MY**  **Mike | GT | Will not DM you**                                           5/23/2021, 5:30 PM

Because there is a recovery period. Are you purposefully this dense and misleading?

**X**   **X**                                                                     5/23/2021, 5:31 PM

Oh im sorry. I get triggered by ada.

**D**   **Dennis**                                                                5/23/2021, 5:31 PM

? What are you talking about? I am trying to improve the rate at which the peg closes

**MG**  **Maarten | GT**                                                          5/23/2021, 5:31 PM

Dennis if you don't understand how the mechanisms works, thats fine. but please read up on it before bashing on about it?

**J**   **Johnny**                                                                5/23/2021, 5:31 PM



*Image: photo_4360@23-05-2021_17-31-19.jpg (36 KB)*

**W**    **Woj**                                                                5/23/2021, 5:31 PM

Is it fair to say that the spread is high and thus the peg remains, is due to the market not willing to buy the minted Luna?

**N**    **nachodon**                                                           5/23/2021, 5:31 PM

me too that's why i clown them

**MG**   **Maarten | GT**                                                       5/23/2021, 5:31 PM

otherwise I will mute you

**MY**   **Mike | GT | Will not DM you**                                        5/23/2021, 5:31 PM

And there is already a proposal to reduce the recovery period as stated

**N**    **nachodon**                                                           5/23/2021, 5:31 PM

then go buy ust — it's on sale

**T**    **Tin**                                                                5/23/2021, 5:32 PM

So it was an oversight by team in the first place. Shouldve been done before this crash

**D**    **Dennis**                                                             5/23/2021, 5:32 PM

Buying UST is only one leg of the arbitrage cycle, the other leg involves swapping the UST for LUNA and then selling the LUNA back into USDT

**MY**   **Mike | GT | Will not DM you**                                        5/23/2021, 5:32 PM

The spread is high because the spread increases as more luna is minted to prevent whale attacks. Basically the rate of luna minting cant keep up with the peg deviation.

**T**    **Tin**                                                                5/23/2021, 5:32 PM

Well glad it will be solved in the end

**C**    **Combot**                                                             5/23/2021, 5:32 PM

Jos
 has been banned! Reason:
CAS ban
.

**T**    **Tin**                                                                5/23/2021, 5:32 PM

But still caused a lot of justified fud

**MY**   **Mike | GT | Will not DM you**                                        5/23/2021, 5:33 PM

Yes because everyone knew a 75% crash in 2 days was imminent

**D**    **Dennis**                                                             5/23/2021, 5:33 PM

How quickly can proposal 90 be enacted? If it completes voting wont the devs still have to code it up

**D**    **DEX**                                                                5/23/2021, 5:34 PM

at least the crash gave us all something to talk about, am I right guys......

**MG**   **Maarten | GT**                                                       5/23/2021, 5:34 PM

ok so this tells me you have no idea how anything even works and yet you feel the need to critisize everything

**RM**   **Retardo Mongolen**                                                   5/23/2021, 5:34 PM

The only reason for FUD is:

- Terra explanation video which everyone watched says "you can always, always mint
1 USD worth of LUNA
 from 1 UST"
Yet in reality there's no way to do it.

How you guys don't understand this simple fact?

**MY**   **Mike | GT | Will not DM you**                                           5/23/2021, 5:34 PM
🤣

**F**   **Fizz**                                                                  5/23/2021, 5:34 PM
But will require ongoing UST demand not falling UST demand

**F**   **Fizz**                                                                  5/23/2021, 5:34 PM
no China problems probably during the wk as usual

**MG**   **Maarten | GT**                                                         5/23/2021, 5:35 PM
its a proposal for parameter changes, and the parameter changes are stated in the proposal. no dev work needed

**D**   **Dennis**                                                                5/23/2021, 5:35 PM
ok cool, couldve said that but for some reason you have a lingering hostility against me even though I have never been hostile to you

**M**   **mustardmania**                                                          5/23/2021, 5:35 PM
i really highly recommend everyone read this section:
https://docs.terra.money/stablecoin.html#price-stabilization

it clearly lays out the mechanics for handling expansion and contraction.  The mechanism for contraction is somewhat painful, but contractions are painful.  I understand the 21 day lock up better now.  The airdrops and getting paid to borrow are to encourage us to lock up, so if there is a contraction, we can't paperhand and create this exact situation.  But... overleverage in Anchor, Kucoin, and Binance really screwed us... and there weren't enough people locked to absorb this mess.  So... we just kinda have to find bottom and then we will be back on track-ish.

**MG**   **Maarten | GT**                                                         5/23/2021, 5:35 PM
dude you have been on it for days

**D**   **Dennis**                                                                5/23/2021, 5:35 PM
probably because we had a simple disagreement over the earlier proposal to burn the community pool

**E**   **Evo**                                                                   5/23/2021, 5:36 PM
You can sell UST directly to USDT on Kucoin

**D**   **DEX**                                                                   5/23/2021, 5:36 PM
china want to be the Norway of crypto, to have dominant power, so they create fud to scare the market

**N**   **nachodon**                                                              5/23/2021, 5:36 PM
these kind of events are designed to scare you—-  where do you think the mantra HODL came from in Bitcoin community?   —it's about not letting rats get your coins

**MY**   **Mike | GT | Will not DM you**                                          5/23/2021, 5:36 PM
Its weird how you pop your head out to FUD after being away for so long after the prop 82 vote. I do wonder whether you only come to troll.

**MG**   **Maarten | GT**                                                         5/23/2021, 5:36 PM
no im fine with disagreeing about the community fund

**MG**   **Maarten | GT**                                                         5/23/2021, 5:37 PM
wow cool story

**RM**  **Retardo Mongolen**                                                    5/23/2021, 5:37 PM
this is the way democracy works

**RM**  **Retardo Mongolen**                                                    5/23/2021, 5:37 PM
like it or not

**RM**  **Retardo Mongolen**                                                    5/23/2021, 5:37 PM
majority decides

**MY**  **Mike | GT | Will not DM you**                                         5/23/2021, 5:37 PM
Disagreeing is fine but claiming that people are spreading disinformation like this is disingenuous when you dont actually
know how anything works.

**N**  **nachodon**                                                             5/23/2021, 5:37 PM
you want more influence then buy more luna..

**F**  **Fizz**                                                                 5/23/2021, 5:38 PM
might be easier to do by the endof the week

**N**  **nachodon**                                                             5/23/2021, 5:38 PM
concern troll

**G**  **GMICap**                                                               5/23/2021, 5:39 PM
how are we gonna keep the peg…………… sers..?

**T**  **Thadeus**                                                              5/23/2021, 5:39 PM
Nacho, where do you think Luna will be in 6 months?

**G**  **GMICap**                                                               5/23/2021, 5:39 PM
apologies im sure this has been asked a lot

**N**  **nachodon**                                                             5/23/2021, 5:39 PM
a lot closer to the moon

**N**  **nachodon**                                                             5/23/2021, 5:39 PM
scroll up don't be lazy

**T**  **Thadeus**                                                              5/23/2021, 5:40 PM
🙄

**F**  **Fizz**                                                                 5/23/2021, 5:40 PM



*Image: photo_4361@23-05-2021_17-40-14.jpg (23 KB)*

**P**                                                                                   5/23/2021, 5:40 PM

why doesn't Luna bounce?

**Fizz**                                                                                 5/23/2021, 5:40 PM

is my intepretation correct

**P**                                                                                   5/23/2021, 5:40 PM

while having such a big drop

**Fizz**                                                                                 5/23/2021, 5:40 PM

that a wave of unstaking is now occurring due for 12 June?

**Maarten | GT**                                                                         5/23/2021, 5:40 PM

because lots of sellers

**alphaDefi fund**                                                                       5/23/2021, 5:40 PM

its broken for the time being, loss of faith, pressure from UST lost peg

**alphaDefi fund**                                                                       5/23/2021, 5:40 PM

give it time

**Thadeus**                                                                              5/23/2021, 5:40 PM

6/12/21 will be a bad day?

**nachodon**                                                                             5/23/2021, 5:41 PM

as Do said - nothing has changed.  I'm a power user of these protocols and they work near flawlessly - the incentives in the system now are incredible — but the extreme fear has many just sitting on sidelines biting their nails

**Maarten | GT**                                                                         5/23/2021, 5:41 PM

maybe it will be a good day

**Johnny**                                                                               5/23/2021, 5:41 PM

It's funny when all go up you look the telegram you see happy people and admins professional. I come back on bear and we see angry people and admin answer like shit to people ask question . Well done

**D**    **Dennis**                                                                 5/23/2021, 5:41 PM

The biggest problem rn is probably because all this new LUNA in the supply has to be sold to the market right away in order for the peg to come back. UST needs to stop contracting before LUNA can go back up

**MG**    **Maarten | GT**                                                                5/23/2021, 5:41 PM

maybe the sun shines on 6/21

**F**    **Fizz**                                                                     5/23/2021, 5:41 PM

is the intepretation corect tho?

**MG**    **Maarten | GT**                                                                5/23/2021, 5:41 PM

what interpretation

**F**    **Fizz**                                                                       5/23/2021, 5:41 PM

2 mmillion Luna will be unstaked on that day?

**F**    **Fizz**                                                                        5/23/2021, 5:42 PM

and free to enter the market?

**D**    **Dennis**                                                                 5/23/2021, 5:42 PM

Pray that the unstakers just intended to bond to anchor in order to borrow

**MG**    **Maarten | GT**                                                                5/23/2021, 5:42 PM

you post a screenshot of
lunawhale.com

**F**    **Fizz**                                                                       5/23/2021, 5:42 PM

yes

**MG**    **Maarten | GT**                                                                5/23/2021, 5:42 PM

yes, thats how that works

**AF**    **alphaDefi fund**                                                             5/23/2021, 5:42 PM

agreed, we need UST peg with 2% before LUNA has a shot at areal bounce

**F**    **Fizz**                                                                        5/23/2021, 5:42 PM

hang , hadnt realise it had clipped

**N**    **nachodon**                                                                5/23/2021, 5:42 PM

thanks for your feedback will bring up at next board meeting

**J**    **John**                                                                     5/23/2021, 5:42 PM

i bought at 19 20 then 6 then 4 imi still buying and ill buy tmr too

**F**    **Fizz**                                                                        5/23/2021, 5:42 PM



*Image: photo_4362@23-05-2021_17-42-35.jpg (46 KB)*

F    **Fizz**                                                                     5/23/2021, 5:42 PM
     Full version

T    **Thadeus**                                                                  5/23/2021, 5:42 PM
     What does UST/LUNA need to do in order to get back at the $1 peg?

F    **Fizz**                                                                     5/23/2021, 5:43 PM
     might be as ppl unstake

MG   **Maarten | GT**                                                             5/23/2021, 5:43 PM
     seems like they are going up a bit



*Image: photo_4363@23-05-2021_17-43-15.jpg (44 KB)*

D    **Dennis**                                                                   5/23/2021, 5:43 PM
     Honestly the UST Money supply should not be contracting when crypto crashes because the use cases for UST (Earn
     20% on anchor, invest in synthetic stocks) are not correlated with a crypto crash. I imagine the people exiting the UST
     economy are doing so to buy dips elsewhere in crypto

N    **nachodon**                                                                 5/23/2021, 5:43 PM
     more activity / fees collected most likely

F    **Fizz**                                                                     5/23/2021, 5:43 PM
     liquidated

S    **Sow**                                                                      5/23/2021, 5:44 PM
     Good on you man. I don't have capital anymore to buy. I will just hold

AF   **alphaDefi fund**                                                           5/23/2021, 5:44 PM
     i dont disagree. makes sense

O    **OIO**                                                                      5/23/2021, 5:44 PM
     The web portal isn't the protocol

N    **nachodon**                                                                 5/23/2021, 5:45 PM
     which is their choice if this is what's happening.  everyone can have their favorite horses in the race

V    **Vik1234**                                                                  5/23/2021, 5:45 PM
     Incentives are useless when your actual asset value is dropping like rock

F    **Fizz**                                                                     5/23/2021, 5:45 PM
     Well thats the problem, another BTC lead crash

F    **Fizz**                                                                     5/23/2021, 5:45 PM

fking BTC

**O**  **OIO**                                                                    5/23/2021, 5:45 PM

I've never had an issue , never been liquidated , must be magic or something.

**D**  **Dennis**                                                                 5/23/2021, 5:46 PM

Yeah for sure. I think if there were more normies depositing in Anchor this would be less of an issue, but because right now everone depositing in Anchor knows their way around crypto it is more likely for them to withdraw their stablecoin to buy dips when crypto crashes

**N**  **nachodon**                                                               5/23/2021, 5:46 PM

yah even blockfi crashed and people got liquidated - coinbase and binance were down that day too—— systematic failures were everywhere——— Anchor was down for 30 mins.  not so bad it'd say considering

**J**  **John**                                                                   5/23/2021, 5:46 PM

yeah def hold man i had a metting today with as 56 year old dr teaching how to use luna shoulda seen the mans face when i sent him 1 ust fast and cheap

**D**  **Dennis**                                                                 5/23/2021, 5:46 PM

Really what terra needs is for the fiat->anchor onramp to come online

**J**  **John**                                                                   5/23/2021, 5:46 PM

youll be aite try to get more if you can price is soooo cheap

**JD**  **Johnny D**                                                              5/23/2021, 5:46 PM

Fix peg ty

**N**  **nachodon**                                                               5/23/2021, 5:47 PM

sure — that's what i'm doing!  my money my choice....

**D**  **Dennis**                                                                 5/23/2021, 5:47 PM

yeah all crypto bulls would do the exact same thing lol

**M**  **Makio**                                                                  5/23/2021, 5:48 PM

where can I see Luna team profile?

**JD**  **Johnny D**                                                              5/23/2021, 5:48 PM

Mcdonalds.com

**M**  **Makio**                                                                  5/23/2021, 5:49 PM

there isn't any team section on official website

**R**  **Reiss**                                                                  5/23/2021, 5:49 PM

I hope the UST peg is sorted when I need to withdraw from Anchor earn in a few months. I'll be taking advantage of this accumulation period in the meantime.

**T**  **Tino.**                                                                  5/23/2021, 5:49 PM

More Lunas in my wallet, sounds amazing!

**M**  **Makio**                                                                  5/23/2021, 5:49 PM

also there isn't link to linkedin

**D**  **Dennis**                                                                 5/23/2021, 5:49 PM

I tihnk there are some 50ish employees on linkedin with "terraform labs" as the listed employer

**JD**  **Johnny D**                                                              5/23/2021, 5:49 PM

*Attachment: mp4 (95).mp4 (91 KB)*

**OIO**                                                                       5/23/2021, 5:50 PM

What is the point of you being here

**Makio**                                                                     5/23/2021, 5:51 PM

I found it in a third party site:
https://messari.io/asset/terra/profile

**OIO**                                                                       5/23/2021, 5:51 PM

https://agora.terra.money/t/liquidity-parameters-2/1175

**Nick**                                                                      5/23/2021, 5:52 PM

is there a guide on setting up a node and becoming a validator?

**OIO**                                                                       5/23/2021, 5:52 PM

Someone should pin this , so people can read it because it resolves all the questions people keep bringing up

**Ma?Vlx?**                                                                   5/23/2021, 5:52 PM

What do you say rn about burning down the comm pool now and save whats left?

**Jurek Ogorek**                                                             5/23/2021, 5:53 PM

Before joining Luna team I thought this will be nice place to share thoughts about the project but what I can see it's fight 😄

**nachodon**                                                                  5/23/2021, 5:54 PM

everything here is done by governance not whims by telegram users

**Picay**                                                                     5/23/2021, 5:54 PM

what you see is extreme fear and some campaign

**gorgeous danton**                                                           5/23/2021, 5:54 PM

the iq of this chat has dropped 60 points in last week

**Ma?Vlx?**                                                                   5/23/2021, 5:54 PM

So lets vote again

**Dennis**                                                                    5/23/2021, 5:54 PM

Is the Jump Trading on the forum the real life trading company "Jump Trading" or do they just have the same name?

**Dawse**                                                                     5/23/2021, 5:54 PM

Serious dumping going on

**Ma?Vlx?**                                                                   5/23/2021, 5:54 PM

Things are quite different

**Picay**                                                                     5/23/2021, 5:54 PM

and KSI bringing doge idios

**Maarten | GT**                                                              5/23/2021, 5:54 PM

the same one

**nachodon**                                                                  5/23/2021, 5:54 PM

you're seeing panic — lots of fear in the marketS now

**M**   **Ma?Vlx?**                                                        5/23/2021, 5:54 PM
I bet everybody will vote yes rn

**GD**   **gorgeous danton**                                               5/23/2021, 5:54 PM
too soon 😭

**M**   **Ma?Vlx?**                                                        5/23/2021, 5:54 PM
For burning it down

**P**   **Picay**                                                          5/23/2021, 5:54 PM



Image: photo_4364@23-05-2021_17-54-51.jpg (22 KB)

**D**   **DEX**                                                            5/23/2021, 5:54 PM
+1

**G**   **Grover**                                                         5/23/2021, 5:54 PM
> when one remembers they don't understand any of the details of how Terra works

**N**   **nachodon**                                                       5/23/2021, 5:54 PM
go make a poll... then let us know

**D**   **Dennis**                                                         5/23/2021, 5:54 PM
Wait what the fuck really? Jump Trading is involved in terra? thats pretty big

**MG**   **Maarten | GT**                                                  5/23/2021, 5:55 PM
involved heavy yes

**O**   **OIO**                                                            5/23/2021, 5:55 PM
One and the same

**N**   **nachodon**                                                       5/23/2021, 5:55 PM
they do a lot of the arbs

**M**   **Ma?Vlx?**                                                        5/23/2021, 5:55 PM
Pf

**S**   **Sam**                                                            5/23/2021, 5:55 PM
Yep. In hindsight (wonderful thing) it couldn't handle a heavy dump this soon.

Hopefully they fix it so there's more confidence.

Really feel for those who got heavily liquidated at these prices.

I copped a small one at around $10. In hindsight too, it wasn't too bad.

**GD** **gorgeous danton**                                                                        5/23/2021, 5:56 PM
obviously not seeing as the poll is still open and it's still at 95% no

**JO** **Jurek Ogorek**                                                                           5/23/2021, 5:56 PM
Ohh that's why, so I'm still getting more lunas and hopefully we can have a nice chat in near future

**P** **Picay**                                                                                   5/23/2021, 5:56 PM
oldest trick in the fudding book. get a new one. boring

**GG** **glmr glomr**                                                                             5/23/2021, 5:57 PM
what would burning supply 71 mil supply do in this situation lol

**P** **Picay**                                                                                   5/23/2021, 5:57 PM
so the arbitrage doesnt get bored

**CV** **CA VIJAYKUMAR**                                                                          5/23/2021, 5:57 PM
Why it's not pumping?

**KW** **Kasper Wisnia**                                                                          5/23/2021, 5:58 PM
While market is low

**D** **DEX**                                                                                    5/23/2021, 5:58 PM
if you got body slammed would you instant get back up again, or would u lie there and go 'ow'

**D** **Dennis**                                                                                  5/23/2021, 5:58 PM
Is the scope of Jump Trading's activities within the terra ecosystem limited to maintaining the peg or are they also involved in mirror finance, which would seem to be in their wheelhouse?

**GG** **glmr glomr**                                                                             5/23/2021, 5:58 PM
because luna is a punching bag for UST peg stability by design

**MG** **Maarten | GT**                                                                          5/23/2021, 5:58 PM
more than just peg maintenance

**CV** **CA VIJAYKUMAR**                                                                          5/23/2021, 5:59 PM
All other coins are moving up except luna

**MG** **Maarten | GT**                                                                          5/23/2021, 5:59 PM
patience young grasshopper

**M** **Mig**                                                                                    5/23/2021, 6:00 PM
1$...

**JO** **Jurek Ogorek**                                                                           5/23/2021, 6:00 PM
👍👍

**M** **Mig**                                                                                    5/23/2021, 6:00 PM
lol

**M** **Mig**                                                                                    5/23/2021, 6:00 PM
at this peace 2 more days

**M**  **Mig**  5/23/2021, 6:00 PM
lol

**M**  **Mig**  5/23/2021, 6:00 PM
😂lol

**D**  **Dennis**  5/23/2021, 6:00 PM
The shitty exchange rate for UST is probably saving terra from having more UST evacuated out of the ecosystem probably

**M**  **Mig**  5/23/2021, 6:01 PM
haha! true

**S**  **Sven**  5/23/2021, 6:01 PM
hey heey heeey


Image: photo_4365@23-05-2021_18-01-21.jpg (16 KB)

**M**  **Mig**  5/23/2021, 6:01 PM
bitconneeeeect

**M**  **Mig**  5/23/2021, 6:01 PM
🙂

**N**  **nachodon**  5/23/2021, 6:02 PM
these kind of markets are where fortunes are made... but usually the public gets scarred and the rich dudes just buy all the undervalued assets.  if you're smart you follow  their lead

**N**  **nachodon**  5/23/2021, 6:02 PM
say this again and i'll ban you.

**U**  **Unknown**  5/23/2021, 6:02 PM
Anyone know how much more LUNA need to be printed before peg is re established?

**MG**  **Maarten | GT**  5/23/2021, 6:03 PM
all depends on the sell pressure sir, if people finally stop running for the exits we can be out of the woods way sooner

**#**  **????? ??????**  5/23/2021, 6:03 PM
😂😂😂😂Bitconnect can't handle what defi is and they can't understand terra ecosystem for centuries!

It's best for moon boys to stuck with their $ass coins!! 😉

**P**  **Picay**  5/23/2021, 6:03 PM
stupid question, stupid answer as the germans say

**M**  **Mig**  5/23/2021, 6:03 PM
nachodon relax, this is the answer to @sven "hey heey heey" post

**PL**  **Perfect Legato**  5/23/2021, 6:04 PM

Sorry ser. China has only banned institutions from mining and taking crypto as a means of payment. They stated retails are welcome to trade crypto at own risk

**KM**   **Konner Moshier**                                                    5/23/2021, 6:04 PM
There a list of official Supported exchanges for luna?

**P**   **Picay**                                                              5/23/2021, 6:04 PM
lol, what?

**MG**   **Maarten | GT**                                                      5/23/2021, 6:04 PM
seriously what is your contribuioin to this chat and why shouldn't I just ban you

**N**   **nachodon**                                                           5/23/2021, 6:04 PM
+1

**N**   **nachodon**                                                           5/23/2021, 6:05 PM
concern troll

**N**   **nachodon**                                                           5/23/2021, 6:05 PM
concern troll

**F**   **Fizz**                                                               5/23/2021, 6:05 PM
Some of this is due to Anchor liquidations tho

**P**   **Picay**                                                              5/23/2021, 6:05 PM
idiot

**N**   **nachodon**                                                           5/23/2021, 6:05 PM
last warning

**U**   **Unknown**                                                            5/23/2021, 6:06 PM
I see there is a difference of about 150 million dollars in UST market cap from peak on Tuesday to today. Is that the amount of equivalent LUNA that needs to be created in order to equalize?

**L**   **lunadealer ?**                                                       5/23/2021, 6:06 PM
👍

**JO**   **Jurek Ogorek**                                                      5/23/2021, 6:06 PM
All my life I've tried to beast the best players in all aspects of life so I'm still broke, now when I'm over 30 I just wanna fallow the best and get some % for my self

**MG**   **Maarten | GT**                                                      5/23/2021, 6:06 PM
hmm hard to say exactly what the money flows are, UST could also have been swapped for other stablecoins

**N**   **nachodon**                                                           5/23/2021, 6:06 PM
can't beat whale money— you can only follow it

**MG**   **Maarten | GT**                                                      5/23/2021, 6:06 PM
but a large part of it yes

**S**   **Signum**                                                             5/23/2021, 6:07 PM
Jesus man what happened? 40%! So much for defy summer.

**ED**   **Evan Docs**                                                         5/23/2021, 6:07 PM
@nachodon
 can you clear up a question I get asked all the time: is the borrow apr applied to the principal? I know I read it but can't remember where.

**U**   **Unknown**                                                                        5/23/2021, 6:07 PM
Yes I imagine none of the action was people swapping UST for Korean stablecoin lol

**N**   **nachodon**                                                                       5/23/2021, 6:07 PM
ok go make another telegram

**P**   **Picay**                                                                          5/23/2021, 6:07 PM
saw some messages about china mining rigs for sale already .. lol funny how quick that goes. they'll be shipped to eastern
europe etc and show goes on like nothing happened

**P**   **Picay**                                                                          5/23/2021, 6:08 PM
nacho i missed you earlier today lmfao

**N**   **nachodon**                                                                       5/23/2021, 6:09 PM
yes i think so?  i don't use earn atm - cause too many other yield opportunities in Terra but maybe
@treehugger
 can weigh in

**N**   **nachodon**                                                                       5/23/2021, 6:09 PM
you didn't misss much

**PL**  **Perfect Legato**                                                                 5/23/2021, 6:09 PM
this is why information asymmetry is the best weapon.
A lot of times FUDS are generated between both the US and China due to information not being conveyed from english to
chinese, or chinese to english properly

**M**   **M€sCry**                                                                         5/23/2021, 6:09 PM
Hi guys I am a new investor

**M**   **M€sCry**                                                                         5/23/2021, 6:09 PM
Why the big crash

**MG**  **Maarten | GT**                                                                   5/23/2021, 6:09 PM
the borrow APR is on your loan amount

**M**   **M€sCry**                                                                         5/23/2021, 6:09 PM
?

**M**   **M€sCry**                                                                         5/23/2021, 6:09 PM
What happened? Why did luna correct much more than others?

**ED**  **Evan Docs**                                                                      5/23/2021, 6:09 PM
Thanks, I thought so.

**D**   **Dennis**                                                                         5/23/2021, 6:10 PM
China only banned mining that has energy sourced from coal powered plants, mining from other sources of energy is still
legal

**JO**  **Jurek Ogorek**                                                                   5/23/2021, 6:10 PM
What about you sir, do you enjoy situations like this when everyone else is panicking ? You look like cool happy man 👍

**L**   **LOUDZY**                                                                         5/23/2021, 6:10 PM
when $1

**N**   **nachodon**                                                                       5/23/2021, 6:10 PM
likely liquidations of anchor loans caused more sell off than other cryptos— cascading effect

**B**  **Blobimon**                                                                  5/23/2021, 6:10 PM
I cant believe im losing so much money on a stablecoin

**A**  **Apoorva**                                                                  5/23/2021, 6:11 PM
Price discussion link plssss

**B**  **Blobimon**                                                                  5/23/2021, 6:11 PM
Imnot trying to spread FUD but bro

**N**  **nachodon**                                                                  5/23/2021, 6:11 PM
i don't enjoy - but i've been through it before so i have developed a stomach for it... and also bitcoin is 12 years old — it's not going to zero and neither are the very best assets in crypto of which, LUNA is one of Top Dogs!

**P**  **Picay**                                                                    5/23/2021, 6:11 PM
congrats on your research
/s

**MG**  **Maarten | GT**                                                            5/23/2021, 6:11 PM
enter at your own risk 😂
https://t.me/LUNAtics100x

**J**  **Jack**                                                                     5/23/2021, 6:12 PM
I HAVE BEEN IN CRYPTO SINCE MT GOX TIMES. DO NOT BE PUSSIES.

TERRA IS STRONK. DIPS ARE TIME TO BUY NOT TIME TO PANIC.

TIME TO REJOICE AND DOUBLE DOWN ON GOOD FUNDAMENTALS.

IT IS A DISCOUNT, SEASONAL SALE. HAPPENS IN CRYPTO PERIODICALLY.

DO NOT WORRY. DOUBLE DOWN & STAY STRONK.

**PL**  **Perfect Legato**                                                          5/23/2021, 6:12 PM
nacho Don, you should have stayed yesterday. It was a complete chaos, roaches show until Do showed up

**A**  **Apoorva**                                                                  5/23/2021, 6:12 PM
Thanks

**P**  **Picay**                                                                    5/23/2021, 6:12 PM
Do hat a quick banhammer ready / all this peg nonsense and pls refund bs

**L**  **L**                                                                        5/23/2021, 6:12 PM
Peg stabilty has been abysmal with luna

**D**  **DEX**                                                                      5/23/2021, 6:12 PM
Gox was a shit exchange anyways

**P**  **Picay**                                                                    5/23/2021, 6:13 PM
aaaand another one

**DG**  **dgbb gbb**                                                                5/23/2021, 6:13 PM
when the spread gets lower

**J** | **Jack** | 5/23/2021, 6:13 PM

it was the only major one back then

**D** | **DEX** | 5/23/2021, 6:13 PM

no I was trading on CEX, trading ghash

**U** | **Unknown** | 5/23/2021, 6:13 PM



*Image: photo_4358@23-05-2021_17-17-14.jpg (48 KB)*

**A** | **Alpha Seeker ?** | 5/23/2021, 6:16 PM

This is the biggest discount in crypto!!! Fundamentals have not changed!!!

**G** | **Gooooooood** | 5/23/2021, 6:16 PM

Why terra swap price is going insane

**A** | **Alpha Seeker ?** | 5/23/2021, 6:16 PM

I'm with you!!

**JO** | **Jurek Ogorek** | 5/23/2021, 6:16 PM

You right, because I have invested in Luna I can sleep bit better then shitcoins holders

**G** | **Gooooooood** | 5/23/2021, 6:16 PM

it's now at like



*Image: photo_4367@23-05-2021_18-16-16.jpg (11 KB)*

**A** | **Alpha Seeker ?** | 5/23/2021, 6:16 PM

So many bullish catalysts coming up!

**N** | **nachodon** | 5/23/2021, 6:16 PM

oh i bet — best to just ban them.  i'm for curation so conversation can remain productive.  ghouls  thrive on people 's pain - likely these own little luna - and just love stirring bees nest - pretty obvious to me

**F** | **Fizz** | 5/23/2021, 6:16 PM

You're better off selling all unstaked positions and waiting in the sidelines

**R**    **River ?▣**   **to 100$**          5/23/2021, 6:16 PM
Right now UST is 0.93-0.94, what can i do??

**F**    **Fizz**          5/23/2021, 6:16 PM
its going to down further

**G**    **GainSeeker**          5/23/2021, 6:16 PM
Money is flowing out of Mirror, proven by strong negative premiums on mAssets. And that money in turn flows out of UST, proven by strong negative premium om UST.

The LUNA market cap is now far lower than that of UST (which is backed by LUNA)

I am seriously worried. Can this drive the price of LUNA close to zero? And if so, will UST lose all its value?

**ED**    **Evan Docs**          5/23/2021, 6:17 PM
Buy or hold.

**G**    **Goooooood**          5/23/2021, 6:17 PM
true

**B**    **Blobimon**          5/23/2021, 6:17 PM
Is there anyone that knows when we will get closer to the peg?

**A**    **Alpha Seeker ?**          5/23/2021, 6:17 PM
Hmmm I think we closer to bottom than you think

**N**    **nachodon**          5/23/2021, 6:17 PM


*Attachment: mp4 (96).mp4 (127 KB)*

**F**    **Fizz**          5/23/2021, 6:17 PM
I hope so, but more because of ongoing issues re; BTC in CHina

**F**    **Fizz**          5/23/2021, 6:17 PM
and Anchor pulling things down further

**ED**    **Evan Docs**          5/23/2021, 6:18 PM
No. The protocol is working as it should. Market forces just need time to balance.

**B**    **Blobimon**          5/23/2021, 6:18 PM
People are gonna forget about it in a few days, weeks at most

**G**    **GainSeeker**          5/23/2021, 6:18 PM
What is the flaw in my logic?

**F**    **Fizz**          5/23/2021, 6:18 PM
sure but thats not my point - if you have unstaked Luna you can sell now, and buy more back at a lowe rprice

**F**    **Fizz**          5/23/2021, 6:18 PM
If youre staked then might as well ride it out

**N**   **nachodon**                                                      5/23/2021, 6:19 PM

yes even i took money out there to cover loan and buy more LUNA!  i use Mirror as my cash position.  in these big dips i had to utilize this....

**F**   **Fizz**                                                          5/23/2021, 6:19 PM

You're buying at 4?

**J**   **Jack**                                                          5/23/2021, 6:19 PM

the perfect price to buy

**N**   **nachodon**                                                      5/23/2021, 6:19 PM

yes i've been buying as it slides down... DCA

**RO**   **R O**                                                          5/23/2021, 6:20 PM

Nah ... LUNA is a risk asset and the cheaper it gets the more people buy it, which creates a reflexive floor ... and also the lower UST gets the fewer people sell it, another reflexive floor... everyone just needs to stop panicking and give the protocol a few days to do it's job and restore the equilibrium!

**N**   **nachodon**                                                      5/23/2021, 6:20 PM

more dry powder too—-

**BJ**   **Boby J**                                                       5/23/2021, 6:20 PM

Luna is a joke

**G**   **GainSeeker**                                                    5/23/2021, 6:20 PM

You are braver than me. I think the price of LUNA will keep tanking as long as the premium on UST is negative.

**N**   **nachodon**                                                      5/23/2021, 6:20 PM


*Attachment: mp4 (97).mp4 (81 KB)*

**JD**   **Jim Duggan**                                                   5/23/2021, 6:20 PM

Turns out this also was your problem.

**S**   **Serc**                                                          5/23/2021, 6:20 PM

Can someone explain why Terra and UST are both crashing

**ED**   **Evan Docs**                                                    5/23/2021, 6:21 PM

Luna expands and contracts to absorb volatility, which is why Luna price is down. People are incentivized to buy ust right now. You can make a good profit when it goes back to peg. Market forces and arbitrage stabilize peg. As ust pools get scarcer as people buy, price of ust goes up.

**F**   **Fizz**                                                          5/23/2021, 6:21 PM

Yeah I think buy at $4 or wait until $1, one thing for sure there is no way luna is going to be this low EoY

**GD**   **gorgeous danton**                                              5/23/2021, 6:21 PM

haha you sure showed him 😎

**B**   **Blobimon**                                                      5/23/2021, 6:21 PM

I think we will be seing a lower price of all alts, the dip is going to last a bit longer than people would like it to be, imo

**F**   **Fizz**                                                          5/23/2021, 6:21 PM

I just dont see it, too much project potential

**N**   **nachodon**                                                          5/23/2021, 6:21 PM
place your bets — happy to DCA in to amzing asset like LUNA

**H**   **H**                                                                 5/23/2021, 6:21 PM
I'm not buying any Luna till pegs restore

**G**   **GainSeeker**                                                        5/23/2021, 6:21 PM
Only if they think it will survive this. If a panic occurs, people will sell their UST, even at a loss.

**B**   **Blobimon**                                                         5/23/2021, 6:21 PM
Yeah, im also doing dca

**A**   **Apoorva**                                                          5/23/2021, 6:22 PM
Is luna finite or infinite?

**G**   **GainSeeker**                                                        5/23/2021, 6:22 PM
infinite

**A**   **Apoorva**                                                          5/23/2021, 6:22 PM
The number of coins

**JD**  **Jim Duggan**                                                       5/23/2021, 6:22 PM
🤖 the arrogance remains stupendous to the bitter end

**Z**   **Zzzzzzzzzzzzzzzzzzzzzzzar**                                         5/23/2021, 6:22 PM
Idk

**MG**  **Maarten | GT**                                                     5/23/2021, 6:22 PM
elastic

**GG**  **glmr glomr**                                                       5/23/2021, 6:22 PM
both minted and burned depending

**RO**  **R O**                                                              5/23/2021, 6:22 PM
Someone is buying we're back up to $4.50!

**GD**  **gorgeous danton**                                                  5/23/2021, 6:22 PM
I guess you've sold as this is the end then?

**JO**  **Jurek Ogorek**                                                     5/23/2021, 6:22 PM
Can anyone tell me how I can earn extra lunas from my portfolio (new player but I'll not open dm)

**S**   **Serc**                                                             5/23/2021, 6:22 PM
Why is ust trading at 93 cents

**MG**  **Maarten | GT**                                                     5/23/2021, 6:23 PM
because people wanna sell it to you cheap

**J**   **Jack**                                                             5/23/2021, 6:23 PM
I do not think so. IMHO funds & banks are aiming for BUY BTC@29k. We've been at ~31k today. So not many days of
bear market left.

**BP**  **Bitcoin Papi**                                                     5/23/2021, 6:23 PM
yeah

**ED**  **Evan Docs**                                                        5/23/2021, 6:23 PM
Even if most people sell, Luna will absorb ust volatility. Ust will stay close to peg. Most people realize this is a natural dip.

If you don't like it, crypto is probably not for you. Put money in anchor.

**N**  **nachodon**                                                    5/23/2021, 6:23 PM
extreme fear and flight in the markets right now

**JD**  **Jim Duggan**                                                  5/23/2021, 6:23 PM
Couldn't even if I wanted to 🤣 in taking the L like a champ though. Fundamentally it's on me

**BP**  **Bitcoin Papi**                                                5/23/2021, 6:23 PM
will UST go back to $1 when there is less volatility???

**MG**  **Maarten | GT**                                                5/23/2021, 6:23 PM
thats what it's programmed to do yes

**GD**  **gorgeous danton**                                             5/23/2021, 6:24 PM
don't see how having a pop at Do is gonna help anything

**GG**  **glmr glomr**                                                  5/23/2021, 6:24 PM
people could be cashing UST for tether to buy dips on coins not available in UST pair

**GG**  **glmr glomr**                                                  5/23/2021, 6:24 PM
as long as someone takes that trade the bots will fill the order book

**ED**  **Evan Docs**                                                   5/23/2021, 6:24 PM
People are incentivized to buy ust right now. It's on sale. As people buy, supply in pools get scarcer, ust goes up.

**J**  **Jack**                                                         5/23/2021, 6:24 PM
At BTC@29k funds and banks will resume buy pressure. No large funds have liquidated their BTC positions yet. And they will not do this. After consolidation around 29k, buy pressure will resume. Which is likely gonna happen in the next 2-10 days.

**N**  **nachodon**                                                    5/23/2021, 6:25 PM
people are scared and angry—– you see what they are made of.  most people = not much

**S**  **Serc**                                                         5/23/2021, 6:25 PM
Can Terra go to 0

**B**  **Blobimon**                                                     5/23/2021, 6:25 PM
Could be the case, but a lot of people are scard and are selling, and again for every dollar BTC bleeds, alts bleed by five. If the price of BTC stays between 30-40k and has no breakouts, i think it will still be bearish for alts

**GG**  **glmr glomr**                                                  5/23/2021, 6:25 PM
yes this is still possible but we're close to and edge

**GG**  **glmr glomr**                                                  5/23/2021, 6:25 PM
^

**A**  **Apoorva**                                                      5/23/2021, 6:25 PM
Bro even btc can go to 0 if the founder decides lmao

**D**  **Dennis**                                                       5/23/2021, 6:25 PM
Waiting for the day alts trade mainly in correlation to ethereum and not bitcoin

**G**  **GainSeeker**                                                   5/23/2021, 6:25 PM
Terraform Labs should use their reserves to mass buy UST. If it pushes LUNA to zero and breaks the peg, the whole system is screwed.

At least they need to calm their users somehow, because people are panicing right now.

**A**   **Apoorva**                                                                          5/23/2021, 6:26 PM
Ban

**PA**   **paul a.**                                                                          5/23/2021, 6:26 PM
/spam

**D**   **DEX**                                                                               5/23/2021, 6:26 PM
why, eth is inflationary lol

**RO**   **R O**                                                                              5/23/2021, 6:26 PM
It's Monday morning in Asia now & fresh money will enter to buy these cheap prices.

**GG**   **glmr glomr**                                                                       5/23/2021, 6:26 PM
btc is decentralized, please research crypto for your own sake

**B**   **Blobimon**                                                                          5/23/2021, 6:26 PM
Also, does anyone think the flippening could happen this market cycle?

**D**   **Dennis**                                                                            5/23/2021, 6:26 PM
not once july comes

**G**   **GainSeeker**                                                                        5/23/2021, 6:26 PM
If UST survives, they can always sell it back later.

**ED**   **Evan Docs**                                                                        5/23/2021, 6:26 PM
No, the system started above zero.

**GG**   **glmr glomr**                                                                       5/23/2021, 6:26 PM
will effectively be deflationary against btc with 2.0

**J**   **Jack**                                                                              5/23/2021, 6:26 PM
The people and their fear don't matter much. As soon as institutional whales resume buy pressure, we'll be on the green
road again.

**B**   **Blobimon**                                                                          5/23/2021, 6:26 PM
Bro😂😂😂😂

**D**   **DEX**                                                                               5/23/2021, 6:27 PM
is that what their doing now. So where do the staking rewards come from, just transaction fees?

**B**   **Blobimon**                                                                          5/23/2021, 6:27 PM
That would be true for btc, maybe not so much for alts. Who knows

**B**   **btcdentist**                                                                        5/23/2021, 6:27 PM
thanks for the Tip Nacho! yea I just liquidated my mAsset holdings, and poured all UST and mASSETS into LUNA. Guys if
you don't buy at times like this... I have no idea why you complain you're not rich. This is pure free money right now,.
blood in rushing down the streets.

**N**   **nachodon**                                                                          5/23/2021, 6:27 PM
lots of panic everywhere but Terra works perfectly fine in all this...  we can't stop some bed wetters from selling their UST
for -6 or -8% that's on them!

**A**   **Apoorva**                                                                           5/23/2021, 6:27 PM
I was taking the piss man😭

**ED**  **Evan Docs**                                                             5/23/2021, 6:27 PM

Luna won't go to zero, the system started above zero. The system self regulates.

**N**  **nachodon**                                                               5/23/2021, 6:27 PM

but it's also an opportunity for others

**G**  **Grover**                                                                 5/23/2021, 6:27 PM

* Daily reminder to buy low and sell high *

**GG**  **glmr glomr**                                                            5/23/2021, 6:27 PM

too much to explain in a tg

**B**  **Blobimon**                                                               5/23/2021, 6:27 PM

Come on man, this is not PERFECTLY fine

**S**  **Serc**                                                                   5/23/2021, 6:27 PM

Will someone sell me Terra for $1 each

**RO**  **R O**                                                                   5/23/2021, 6:27 PM

Good reminder, are we low yet?

**DH**  **doo Ho**                                                                5/23/2021, 6:28 PM

that's normal??

**RO**  **R O**                                                                   5/23/2021, 6:28 PM

Sure feels low to me! 😂

**DH**  **doo Ho**                                                                5/23/2021, 6:28 PM

ust's premier

**N**  **nachodon**                                                               5/23/2021, 6:28 PM

it actually is.  if you knew anything about the incentives and used the systems the way i do you'd have more confidence today - not less

**G**  **Grover**                                                                 5/23/2021, 6:28 PM

Low enough to deploy some stables I would say. Dca as always

**D**  **DEX**                                                                    5/23/2021, 6:28 PM

I gave up with eth ages ago, pos was meant to be in 2016, that was the last I researched into it

**L**  **LOUDZY**                                                                 5/23/2021, 6:28 PM

my plan was to put my profits in anhcor for 20% in these times but i never thought ust would be .93c lol

**N**  **nachodon**                                                               5/23/2021, 6:28 PM

normal human emotion / pychology i guess. to be a great investor you have to overcome these

**C**  **Chris**                                                                  5/23/2021, 6:28 PM

Looking at staking some more LUNA with a different validator, any recommendations?

Currently with SmartStake but looking at Orion. (I'm sure I read something about them having an additional airdrop?)

**L**  **LOUDZY**                                                                 5/23/2021, 6:28 PM

ah well

**G**  **Grover**                                                                 5/23/2021, 6:29 PM

Trading the zone 😬

**GG**   **glmr glomr**                                                                5/23/2021, 6:29 PM

you should look into current dev on it

**RO**   **R O**                                                                        5/23/2021, 6:29 PM

Yes Orion has an additional bonus

**RO**   **R O**                                                                        5/23/2021, 6:29 PM

(Or they did a week ago)

**G**   **GainSeeker**                                                                  5/23/2021, 6:29 PM

Don't you see why people are selling? UST is supposed to be a stable coin. And its trading 6% below its peg. Not very stable, is it?

**D**   **Dennis**                                                                      5/23/2021, 6:29 PM

Yeah but Orion will also jack up the commission to 5% after they take their screenshot for their airdrop

**F**   **Fizz**                                                                        5/23/2021, 6:29 PM

maybe its a marketing thing then?

**T**   **Thorium**                                                                     5/23/2021, 6:29 PM

Hopefully a lot of panicked people unstaked and those of us left get bigger genesis airdrops

**ED**   **Evan Docs**                                                                  5/23/2021, 6:29 PM

Exactly, ust price being low also incentivizes buying and holding. It's a sign the protocol is regulating during volatility, we just have to wait until the arbitrage catches up. This is what the system was designed for. Basic very simplified game theory: people will buy low and sell high. If they want to profit.

**F**   **Fizz**                                                                        5/23/2021, 6:29 PM

If nobody is aware of the opportunities then demand will be poor

**D**   **DEX**                                                                         5/23/2021, 6:29 PM

I don't delve into all that stuff now, I am but a simple trader now.

**GG**   **glmr glomr**                                                                5/23/2021, 6:29 PM

if someone will sell something at a low price, there will be a buyer

**N**   **nachodon**                                                                    5/23/2021, 6:30 PM

Terra fundamentals are bullish af.   If i had one criticism of Do it's that he didn't role out Anchor with a How Not To be a Retard Ape - personal responsibility handbook

**RO**   **R O**                                                                        5/23/2021, 6:30 PM

If you understand the protocol, you realize that it is a deterministally guaranteed outcome for the protocol to bring the price back to $1.

**DH**   **doo Ho**                                                                     5/23/2021, 6:30 PM

When can ust peg for a dollar?

**J**   **Jack**                                                                        5/23/2021, 6:30 PM

this is not the reason for the price drop

**F**   **Fizz**                                                                        5/23/2021, 6:30 PM

back to Marketing isnt it?

**GG**   **glmr glomr**                                                                5/23/2021, 6:30 PM

berlin fork on the roadmap to 2.0 went live on apr 15th, look at eth vs btc chart around that date

**L**   **LOUDZY**                                                                      5/23/2021, 6:30 PM

its just a matter of time

**N**  **nachodon**                                                               5/23/2021, 6:30 PM
bingo

**ED**  **Evan Docs**                                                             5/23/2021, 6:30 PM
Hahahah, don't worry, I'm working on such a book.

**G**  **GainSeeker**                                                             5/23/2021, 6:30 PM
Its a combination of factors. Triggered by the price drop in BTC. But that is besides the point

**T**  **ThoR**                                                                   5/23/2021, 6:30 PM
What flippening?

**B**  **Blobimon**                                                               5/23/2021, 6:31 PM
ETH flipping BTC

**GG**  **glmr glomr**                                                            5/23/2021, 6:31 PM
got nearly halfway there before the market crash

**N**  **nachodon**                                                               5/23/2021, 6:31 PM
can't control if people currently want to sell in short term - likely they read your messages and panic. lol   -it will all be ok

**ED**  **Evan Docs**                                                             5/23/2021, 6:31 PM
Love your vids nacho. You for me into this market. Thank you

**T**  **Tony**                                                                   5/23/2021, 6:31 PM
What is the apy for Luna staking?

**T**  **ThoR**                                                                   5/23/2021, 6:31 PM
Nothing will ever flip btc imo

**GG**  **glmr glomr**                                                            5/23/2021, 6:31 PM
variable

**T**  **Tony**                                                                   5/23/2021, 6:32 PM
Average?

**LX**  **Ludvig XIV**                                                            5/23/2021, 6:32 PM
What do we think of the price now? Will it do down due to minting?

**GG**  **glmr glomr**                                                            5/23/2021, 6:32 PM
energy fud could come along and kill btc long-term imo

**N**  **nachodon**                                                               5/23/2021, 6:32 PM
cool glad u liked them-  smart people seem to enjoy my vids— i take pride in that

**BN**  **Bruno Nogueira**                                                        5/23/2021, 6:32 PM
what is IMO?

**G**  **GainSeeker**                                                            5/23/2021, 6:32 PM
I hope you are right. But I have been in crypto for 8 years, and I have seen to many projects fail over the years not to be worried.

**GG**  **glmr glomr**                                                           5/23/2021, 6:32 PM
in my opinion/view

**H**  **HeyJoliet**  5/23/2021, 6:32 PM
10.50-11

**L**  **LOUDZY**  5/23/2021, 6:32 PM
i want to buy luna but my ust is .93c

**D**  **DEX**  5/23/2021, 6:32 PM
+1

**MF**  **Mickey Finn**  5/23/2021, 6:32 PM
Jesus Christ that chart is tragic!

**B**  **btcdentist**  5/23/2021, 6:32 PM
yea but luna is so cheap it evens out

**ED**  **Evan Docs**  5/23/2021, 6:32 PM
The minting on mirror one is what made it all click. Blew my mind.

**B**  **Blobimon**  5/23/2021, 6:32 PM
Hmmm ever is a very long time man

**N**  **nachodon**  5/23/2021, 6:32 PM
and we can still do this once market turns around - for now it's buy dip af luna  do _____ (not telling) lol  and retire

**N**  **nachodon**  5/23/2021, 6:33 PM
oh wow ok haven't gotten a comment on that one in a while.

**PH**  **Paul Hawks**  5/23/2021, 6:33 PM
In terms of UST at $0.94, am I right that new LUNA have to be minted to bring UST price back to $1?

**D**  **Dennis**  5/23/2021, 6:33 PM
As soon as my coinbase money clears the holding period i am aping into luna, collateralizing it, and borrowing money to buy more anchor again. I have learned nothing and IDC LUL

**T**  **ThoR**  5/23/2021, 6:33 PM
I think btc showed now who is the boss

**RO**  **R O**  5/23/2021, 6:33 PM
Agree we all need to settle down and give the protocol 3-4 days to restore the equilibrium!

Panick is how ppl hurt themselves and others!

**GG**  **glmr glomr**  5/23/2021, 6:33 PM
exactly my point on btc never getting flipped, it's only been around for 10 years. its whole use case is holding value, that's not a unique or agile advantage.

**N**  **nachodon**  5/23/2021, 6:34 PM
us log it's not half as bad. lol

**R**  **River ?⚙ to 100$**  5/23/2021, 6:34 PM
How the process, and when it will be ???

**N**  **Nidschi**  5/23/2021, 6:34 PM
If you're staking Luna you will get airdops from mir and anc... my question: do you need to claim then always right on time or can you go on vacation for example three months and check back on return and claim?

**GD**  **gorgeous danton**  5/23/2021, 6:34 PM

can wait as long as you want

**B**  **Blobimon**                                                                5/23/2021, 6:34 PM
Yeah, i think it could be like yahoo, it was big and popular and the future, but other stuff just casted a shadow over it

**GG**  **glmr glomr**                                                             5/23/2021, 6:34 PM
https://terra.smartstake.io/
 connect your web wallet and this will tell you when you have some waiting

**N**  **nachodon**                                                               5/23/2021, 6:34 PM
everyone gonna look back on these days and laugh soon enough... will take a bit of time to recover... but we are fine.

**ED**  **Evan Docs**                                                             5/23/2021, 6:34 PM
Yeah, it's what made me understand oracle and pegs being stabilized through arbitrage. Again, thanks. It's hard to find a
compendium of info on this network.

**D**  **Dennis**                                                                 5/23/2021, 6:34 PM
but if you wait you are exposing yourself to MIR and ANC which are like extremely shitty tokens

**R**  **River ?▣   to 100$**                                                     5/23/2021, 6:34 PM
When the system will balance ust to 1 ??

**N**  **Nidschi**                                                                5/23/2021, 6:35 PM
Thanks! So there is no date of expiry 😄

**G**  **GainSeeker**                                                             5/23/2021, 6:35 PM
I bought my LUNA at below 1 dollar. I just hope it's still above $1 when I my unstaking completes 😂

**B**  **Blobimon**                                                               5/23/2021, 6:35 PM
It came relativley close in the last bull run

**D**  **DEX**                                                                    5/23/2021, 6:35 PM
Thats all it needs to do. It's the middle ground between competing currencies.

**PH**  **Paul Hawks**                                                            5/23/2021, 6:35 PM
That's my question. How is
$UST
 price brought back to $1? Does it mean that UST MC has to be lowered to lower to single UST price? So UST has to be
burn to mind LUNA?

**N**  **nachodon**                                                               5/23/2021, 6:35 PM
fellow Lunatic - just made
learn-terra.com
 check it out

**T**  **Thadeus**                                                                5/23/2021, 6:35 PM
Anyone know if the current market situation effects/delays the future airdrops coming for stakers?

**N**  **nachodon**                                                               5/23/2021, 6:35 PM
it's like a hub of information and will be constantly updated

**GG**  **glmr glomr**                                                            5/23/2021, 6:36 PM
and if something comes along and shows it can also hold value, and also provide additional use case and not have an
intractable energy problem, what does btc have left apart from inertia

N     **nachodon**     5/23/2021, 6:36 PM

lol why would it effect airdrops?  out of money? lol

B     **Blobimon**     5/23/2021, 6:36 PM

Exactly

GG     **glmr glomr**     5/23/2021, 6:36 PM

btc's mining/halving is essentially a built in ponzi cycle in the first place

ED     **Evan Docs**     5/23/2021, 6:36 PM

I've been checking for the last week. Awesome site.

B     **BO**     5/23/2021, 6:36 PM

/p
 luna

D     **DEX**     5/23/2021, 6:36 PM

if something flips btc, then we run into a lot of trouble, because the next coin can be flipped, then the next. There is no constant.

B     **btcdentist**     5/23/2021, 6:37 PM

yea it's clear, Bitcoin is Crypto. basically serving as the reserve asset currency for the entire space. even Ethereum really can't stand with its "ultrasound money" joke

MF     **Mickey Finn**     5/23/2021, 6:37 PM

Ha! Soz. I just saw the end of the chart going down!  This had been my first time in crypto I've been in 4 months. It's been intense! What do you reckon nacho bull market still on? Or is it anybody's guess right now.

N     **nachodon**     5/23/2021, 6:37 PM

i guess all new protocols infos will be up there / linked too

GG     **glmr glomr**     5/23/2021, 6:37 PM

is there just one big dominant stock — it's unhealthy for bitcoin to have its hyper-dominant position

B     **Blobimon**     5/23/2021, 6:37 PM

I think in the end we wont care if its first or second or third, most will be interconnectable and just have utillity

J     **Jack**     5/23/2021, 6:37 PM

markets would become more stable in the long run when everythings gets decorrelated from BTC

D     **DEX**     5/23/2021, 6:37 PM

usd is the measurement for stocks

N     **nachodon**     5/23/2021, 6:38 PM

yes bull market this is a big hiccup (maybe a loud burp) that's all

B     **btcdentist**     5/23/2021, 6:38 PM

lots of coins have utility. but none are base money. bitcoin is clearly base money for the crypto space. days like that only reaffirm that thesis.

N     **nachodon**     5/23/2021, 6:38 PM

https://www.learn-terra.com/

GG     **glmr glomr**     5/23/2021, 6:38 PM

cryptos are more commodity/asset than currency

**D**  **DEX**  5/23/2021, 6:38 PM
they will anyways when the logarhytmic regression band stabilises, when enough capital is in the crypto market.

**D**  **DEX**  5/23/2021, 6:38 PM
they are their own thing

**MF**  **Mickey Finn**  5/23/2021, 6:39 PM
Lucky you getting in so early. I've learnt some valuable lessons after this I've staked most of my Luna. I'm at the mercy of the crypto gods now.

**U**  **Unknown**  5/23/2021, 6:39 PM
What on earth happens today. Terra for pummelled

**MF**  **Mickey Finn**  5/23/2021, 6:39 PM
👍



*Image: sticker (95).webp_thumb.jpg (3 KB)*

*Attachment: sticker (95).webp (24 KB)*

**B**  **btcdentist**  5/23/2021, 6:39 PM
going to be selling ETH for LuNA

**B**  **btcdentist**  5/23/2021, 6:39 PM
this is one sweet dip guys.

**J**  **Jack**  5/23/2021, 6:40 PM
yes, but everything being strongly correlated with BTC is problematic, especially for algo trading strategies and market makers - hedging possibilities are limited, exposure of every position to BTC swings is just ridiculous

**U**  **Unknown**  5/23/2021, 6:40 PM
I lucked out. Finished unstaking right before the crash . Mercy on those remaining at ATH 🙁

**N**  **nachodon**  5/23/2021, 6:40 PM
you guys also have to realize not only are terra's protocols working near  flawlessly AS DESIGNED - but the community has also come a long way—- and that's something you can't design really—- this project has attracted a LOT of high quality community members and contributors - so kudos to you all for that—

**MF**  **Mickey Finn**  5/23/2021, 6:40 PM
I haven't got much Fiat but I'm scared to buy more right now I'm not gonna lie.

**D**  **Dennis**  5/23/2021, 6:40 PM
The actual most worrying thing in crypto rn is that proposal by treasury department to require users to notify IRS if they make a crypto transaction above $10,000. Like what the fuck how much of a pain in the ass is that going to be

**B**  **btcdentist**  5/23/2021, 6:40 PM
when your scared you buy

**N**  **nachodon**  5/23/2021, 6:40 PM
buy when they cry - sell when they yell

**D** | **DEX** | 5/23/2021, 6:41 PM

when btc hits the 16tril market it will become more stable. The only reason now is because fiiat ships are bigger

**B** | **btcdentist** | 5/23/2021, 6:41 PM

yep exactly

**刺** | **刺突蛋** | 5/23/2021, 6:41 PM

it seems UST peg is not working now?

**N** | **nachodon** | 5/23/2021, 6:41 PM

learn to use dex's only and other cex with vpn

**L** | **LOUDZY** | 5/23/2021, 6:41 PM

kinda concerned having all my profits sitting in UST

**GG** | **glmr glomr** | 5/23/2021, 6:41 PM

eth has been crushing btc since april

**RO** | **R O** | 5/23/2021, 6:41 PM

💯

**ED** | **Evan Docs** | 5/23/2021, 6:41 PM

@nachodon
 everyone asks me the best way to turn usd  from a bank to ust. What is your preferred route? I don't have much $ right now, but I still want to buy at this dip.

**D** | **DEX** | 5/23/2021, 6:42 PM

when enough wealth is in btc, it becomes a cruise liner, meaning it won't be prone to wave wobbles



*Image: photo_4278@23-05-2021_05-55-25.jpg (10 KB)*

**MF** | **Mickey Finn** | 5/23/2021, 6:42 PM

Wgmi that's all I can tell myself now. Trust terra. 😅

**N** | **nachodon** | 5/23/2021, 6:42 PM

since 2019 actually up 400% vs btc (before this correction)

**D** | **DEX** | 5/23/2021, 6:42 PM

Thats because alt coins were rallying against btc dominance

**D** | **Dennis** | 5/23/2021, 6:42 PM

When eth goes deflationary after EIP1599 flippening actually possible

**GG** | **glmr glomr** | 5/23/2021, 6:42 PM

btc maximalism is a look, it isn't hard coded into reality

**B** | **btcdentist** | 5/23/2021, 6:43 PM

zoom out bro

**N**    **nachodon**                                                               5/23/2021, 6:43 PM

ehhh i would market buy BTC on coinbase and send to kucoin using a vpn and buy there——   OR — you can market buy
MIR on Coinbase then send to your terra station and do a swap of MIR to UST there.

**T**    **TheKidd**                                                                5/23/2021, 6:43 PM

Any reason why Luna has been hit so hard today compared to other alts? Any news?

**U**    **Unknown**                                                                5/23/2021, 6:43 PM



Image: photo_4369@23-05-2021_18-43-30.jpg (84 KB)

**D**    **Dennis**                                                                 5/23/2021, 6:43 PM

Have yall noticed bitcoin maximalists have a bias towards older people? ODD

**GG**   **glmr glomr**                                                             5/23/2021, 6:43 PM

?



Image: photo_4370@23-05-2021_18-43-37.jpg (77 KB)

**B**    **btcdentist**                                                             5/23/2021, 6:44 PM

zoom out more

**D**    **DEX**                                                                    5/23/2021, 6:44 PM

btc dominance 80% alt coins rally. Low btc dominance, btc rallies or crashes to reclaim, like it just did

N   **nachodon**                                                    5/23/2021, 6:44 PM
yah you didnt' buy enough.

T   **TheKidd**                                                     5/23/2021, 6:44 PM
Lol

T   **TheKidd**                                                     5/23/2021, 6:44 PM
I'm a minnow, wouldn't of made a diff

D   **DEX**                                                         5/23/2021, 6:44 PM
its just a seesaw

T   **TheKidd**                                                     5/23/2021, 6:44 PM
Whales eat me for breakfast lunch and supper

J   **Jack**                                                        5/23/2021, 6:44 PM
the problem is that you cannot build a market-neutral portfolio in crypto which would eliminate your exposure to BTC price
swings. You can do a market-neutral portfolio in stocks, which would eliminate your exposure to TSLA very easily. But
BTC dramatically affects *all* cryptos.

B   **btcdentist**                                                  5/23/2021, 6:45 PM
compare the eth/btc ratios after lets say 3 cycles. this is only Eth's 2nd cycle. you'll find that value accrues to bitcoin. not
eth

ED  **Evan Docs**                                                   5/23/2021, 6:45 PM
Thanks, that's what I do. Do I need a vpn? Is this to avoid kyc? I trade on kiloton already. Someone told me Binance to
bridge would work, but I never tried.

N   **nachodon**                                                    5/23/2021, 6:45 PM
buy more luna - on sale. stake be happy

BD  **BigB - Smart Stake Validator - Dont Trust DMs**               5/23/2021, 6:45 PM
https://twitter.com/SmartStake/status/1396597807641944069

N   **nachodon**                                                    5/23/2021, 6:45 PM
should always use a vpn imo— dm me if u want link to best one

G   **GRF _**                                                       5/23/2021, 6:45 PM



*Image: photo_4371@23-05-2021_18-45-46.jpg (70 KB)*

**G**   **GRF _**                                                          5/23/2021, 6:45 PM

Who can take it, will live the last frame of the cartoon

**U**   **Unknown**                                                        5/23/2021, 6:45 PM



*Image: photo_4358@23-05-2021_17-17-14.jpg (48 KB)*

**T**   **TheKidd**                                                        5/23/2021, 6:45 PM

That's the plan. Was just curious if there was a reason other than panic and fear overall.

**GG**  **glmr glomr**                                              5/23/2021, 6:46 PM


Image: photo_4373@23-05-2021_18-46-26.jpg (37 KB)

**GG**  **glmr glomr**                                              5/23/2021, 6:46 PM
btc mining/halving builds crashes into the market

**GG**  **glmr glomr**                                              5/23/2021, 6:46 PM
it can go

**B**   **btcdentist**                                             5/23/2021, 6:47 PM
exactly. notice how ETH/btc is not matching the last cycle and falls short. This recent crash for ETH's blow out for the 2021 cycle.

**N**   **nachodon**                                               5/23/2021, 6:47 PM
overall panic and fear and fud and not enough mescal

**N**   **nachodon**                                               5/23/2021, 6:47 PM
or should i say bombay sapphire?

**ED**  **Evan Docs**                                              5/23/2021, 6:48 PM
Sent.

**B**   **btcdentist**                                             5/23/2021, 6:48 PM
watcht he ratio in 2024/2025. Eth/btc ratio. Eth will looks even smaller.

**GG**  **glmr glomr**                                              5/23/2021, 6:48 PM
i see a consistently rising floor on eth total market capitalization

**B**   **btcdentist**                                             5/23/2021, 6:48 PM
if you're betting on ETH over BTC. you're betting on the wrong horse. Bitcoin will always be the king

**GG**  **glmr glomr**                                              5/23/2021, 6:48 PM
and no fundamentals changing for btc, while fundamentals for eth will change significantly

**GG**  **glmr glomr**                                              5/23/2021, 6:48 PM
okay btcdentist

**B**   **btcdentist**                                             5/23/2021, 6:49 PM
market cap maybe, but ETH as a unit of value itself. does not hold. Bitcoin does hold its value over time

**GG**  **glmr glomr**                                              5/23/2021, 6:49 PM
until it doesnt

**N**   **Nidschi**                                                5/23/2021, 6:49 PM
Do i get this right? I need some ust in my wallet paying for my transactions? How much ust do you recommend? 10?

**T**   **TheKidd**                                                5/23/2021, 6:49 PM
Bought more. Going to go drink myself into a stupper for the next 90 days, hopefully wake up and see profit. Godspeed.

**B**     **btcdentist**                                                    5/23/2021, 6:49 PM

well you're more than welcome to park your wealth in ETH and wait for that to happen. Or you can chill and get rich Hodling Bitcoin

**GG**    **glmr glomr**                                                   5/23/2021, 6:49 PM

my point isn't for eth to become the new 'king' coin, it's that btc can be flipped

**PH**    **Paul Hawks**                                                   5/23/2021, 6:49 PM

Is
$UST
 price set back to $1 by burning
$UST
 and minting new
$LUNA
?

**D**     **Dennis**                                                       5/23/2021, 6:49 PM

yo forget the UST peg, the mAMZN mirrored asset is 5.7% under its oracle price. free money lads

**GG**    **glmr glomr**                                                   5/23/2021, 6:50 PM

eth can be overtaken in market cap as well

**FM**    **Fud MacKenzie**                                                5/23/2021, 6:50 PM

z.dkfjbnzd;kjfbz;kdg

**J**     **Jack**                                                         5/23/2021, 6:50 PM

there is no intrinsic property to bitcoin that would guarantee its supremacy. You may as well get DOGE or LUNA overtake bitcoin if enough people believe that it's going to happen.

**J**     **JJ**                                                           5/23/2021, 6:50 PM

depends on pre market performance too though

**D**     **DEX**                                                          5/23/2021, 6:50 PM

price swing become less with more wealth into crypto

**GG**    **glmr glomr**                                                   5/23/2021, 6:51 PM

it rides inertia and the mining/halving ponzi, that's all btc has

**B**     **btcdentist**                                                   5/23/2021, 6:51 PM

I mine ETH and alot of Ethereum miners like me prefer to get paid in Bitcoin. Hell, Even Vitalik just rug pulled you guys. and sold off a bunch of ETH. the core devs of Ethereum sell their ETH, that's how much they don't really value ETH as a unit of value.

**N**     **nachodon**                                                     5/23/2021, 6:51 PM

guys really the btc vs eth debate here?  lol

**D**     **DEX**                                                          5/23/2021, 6:51 PM

lol

**N**     **nachodon**                                                     5/23/2021, 6:51 PM

it's so 2018 or something

**D**     **DEX**                                                          5/23/2021, 6:51 PM

+1

**B**    **btcdentist**      5/23/2021, 6:51 PM

Mark my words. LUNA will do better than ETH in the long run. I'm selling my mined ETH to buy more LUNA

**GG**    **glmr glomr**      5/23/2021, 6:52 PM

people sold an asset that was on a parabolic peak ahead of a market crash - wow

**RO**    **R O**      5/23/2021, 6:52 PM

https://twitter.com/traderwisdom/status/1396549248741564416?s=21

**D**    **DEX**      5/23/2021, 6:52 PM

it's just dominance seesaw, learn how it works and you will make money

**D**    **Dennis**      5/23/2021, 6:52 PM

Yo that guy from Ark Invest who supposedly interviewed Do Kwon weeks ago posted a screenshot of him clearly using anchor. I wonder if that interview still has a chance of release or what
https://twitter.com/draecomino/status/1396471320905494530?s=21

**FM**    **Fud MacKenzie**      5/23/2021, 6:53 PM

mark my words....no

**B**    **btcdentist**      5/23/2021, 6:53 PM

its true bro. Terra is doing defi correctly. Ethereum should really take notes...

**D**    **DEX**      5/23/2021, 6:54 PM

+1

**J**    **Jack**      5/23/2021, 6:54 PM

well, ETH will not pull a x10 any time soon, and starting from $4 LUNA can easily do it next month

**L**    **LOUDZY**      5/23/2021, 6:54 PM

ust still dumping wtf

**GG**    **glmr glomr**      5/23/2021, 6:55 PM

eth has use case in the broader market

**D**    **DEX**      5/23/2021, 6:55 PM

ethereum was built so people could quickly mock up dapps to later port over to btc when it was ready. Now we find that other chains are doing the same thing for ethereum.

**U**    **Unknown**      5/23/2021, 6:55 PM

Can someone explain why the fuck I should hold my Luna if millions of Luna need to be dumped on me every single day until the peg returns? Should I just sell and wait a few days and rebuy?

**GD**    **gorgeous danton**      5/23/2021, 6:55 PM

maybe if you keep complaining about it on telegram it will get better 👌

**GG**    **glmr glomr**      5/23/2021, 6:55 PM

dapps on btc watemoji

**BN**    **Bruno Nogueira**      5/23/2021, 6:55 PM

This peg doesnnt look good for the ecosystem

**D**    **DEX**      5/23/2021, 6:56 PM

look at eths 1st dapps augur prime example, was meant to be ported to btc once sidechains were ready

**MF**  **Mickey Finn**                                                    5/23/2021, 6:56 PM

When I'm scared I think i buy the dip



*Image: photo_4374@23-05-2021_18-56-25.jpg (96 KB)*

**GG**  **glmr glomr**                                                    5/23/2021, 6:56 PM

btc literally does not do smart contracts

**D**  **DEX**                                                            5/23/2021, 6:56 PM

i remember it happening because i used to watch all the interviews and was in the ico

**D**  **DEX**                                                            5/23/2021, 6:56 PM

thats why they were waiting for sidechains

**GG**  **glmr glomr**                                                    5/23/2021, 6:57 PM

well, things have changed btwn now and then

**D**  **Dennis**                                                         5/23/2021, 6:57 PM

I would love to use a dApp that operates on top of a blockchain with 10 minute blocks

**D**  **DEX**                                                            5/23/2021, 6:57 PM

exactly, now the same thing is happening with eth

**D**  **DEX**                                                            5/23/2021, 6:57 PM

lightning

**L**  **LOUDZY**                                                         5/23/2021, 6:57 PM

nothing better than watching a stable coin dump

**GG**  **glmr glomr**                                                    5/23/2021, 6:58 PM

didn't you say you don't keep up on research

**B**  **btcdentist**                                                     5/23/2021, 6:58 PM

doesn't have to and shouldn't. its sole purpose is to be base money. because everything else is getting debased by central bank policies at a rate of 20% a year... its ironic that anchor offer 20% because that's exactly the rate of return you need to stay neural from central abnking moentary debasement

**D**  **Dennis**                                                         5/23/2021, 6:58 PM

How long has "lightning" been a thing to look forward to? Seems like since 2013 and it never comes

**GD**  **gorgeous danton**                                               5/23/2021, 6:58 PM

except for whining on tg I guess?

**D**  **DEX**                                                      5/23/2021, 6:58 PM
not anymore this is going back to 14/15

**L**  **LOUDZY**                                                    5/23/2021, 6:58 PM
nah watching  stable coin dump is better

**D**  **DEX**                                                      5/23/2021, 6:58 PM
ico was in 14, launched in 15

**N**  **nachodon**                                                 5/23/2021, 6:58 PM
hold on let me call the ust commissioner and let him know!

**GG**  **glmr glomr**                                              5/23/2021, 6:58 PM
it has an energy problem with PoW that isn't going to be solved

**J**  **Jack**                                                     5/23/2021, 6:58 PM
These are the laws of scale. It's why innovation happens in startups and they later get bought by large corporations. Too large projects get too much responsibility, too much governance and are too slow to innovate.

**GD**  **gorgeous danton**                                         5/23/2021, 6:58 PM
so do that and stop crying on TG 🙏

**L**  **LOUDZY**                                                    5/23/2021, 6:59 PM
man how about this stable coin dumping... crazy aye

**GG**  **glmr glomr**                                              5/23/2021, 6:59 PM
also sorry for the eth vs btc debate but it's probably better than the fud right?

**D**  **DEX**                                                      5/23/2021, 6:59 PM
going back to the eth coins from ico, wanna know what people were complaining about?

**N**  **nachodon**                                                 5/23/2021, 6:59 PM
lol

**Y**  **Yung Astronaut ?**                                         5/23/2021, 6:59 PM
Can I dm you for VPN situation ? Idk which on to get.

**B**  **btcdentist**                                               5/23/2021, 6:59 PM
its getting solved. don't worry. check out Adam Back's recent twitter post on how they are harnessing hydroelectric dam power in Canada. eventually all bitcoin mining rigs will be off solar, hydroelectric, natural gas flarings.. all renewable

**U**  **Unknown**                                                  5/23/2021, 7:00 PM
Selamünaleyküm varmı Türk aranizda

**GG**  **glmr glomr**                                              5/23/2021, 7:00 PM
seems like there are some very new people to the market in here in general and if this is going to be a bear/sideways cycle for a while, the best thing to do is research and go down these rabbit holes if none of this stuff sounds familiar at all

**N**  **nachodon**                                                 5/23/2021, 7:00 PM
sure

**GG**  **glmr glomr**                                              5/23/2021, 7:01 PM
this cycle bsc cloned eth and took advantage of defi summer pushing too much congestion onto the network allowing miners to exploit gas fees- so we got the token frenzy instead of eth icos

**GG** | **glmr glomr** | 5/23/2021, 7:01 PM
and bc its centralized low-fee garbage it gets flooded with rugs and exploits

**D** | **DEX** | 5/23/2021, 7:01 PM
I was going to say, price, people were complaining about the dump from 1 dollar down to 40 cents

**B** | **btcdentist** | 5/23/2021, 7:01 PM
holy shit.... DOGECOIN just flipped BNB

**B** | **btcdentist** | 5/23/2021, 7:02 PM
I predicted this... hahaha

**D** | **Dennis** | 5/23/2021, 7:02 PM
Speaking of eth ICOs I wonder if the brave browser still uses the BAT token or if that was just another 2017 pump and dump

**H** | **HJ** | 5/23/2021, 7:02 PM
Bro were you around Defi summer on ETH ?

**H** | **HJ** | 5/23/2021, 7:02 PM
It was also rug central

**GG** | **glmr glomr** | 5/23/2021, 7:02 PM
i'm aware, the rug moved to the lower cost option on bsc, which is now dumping predictably

**MF** | **Mickey Finn** | 5/23/2021, 7:03 PM
😂



Image: AnimatedSticker (36).tgs_thumb.jpg (5 KB)

Attachment: AnimatedSticker (36).tgs (5 KB)

**H** | **HJ** | 5/23/2021, 7:03 PM
Yes rugs follow where hot new money goes

**GG** | **glmr glomr** | 5/23/2021, 7:03 PM
cz took advantage of the timing offered by gas fee blowup- an honest hustle

**O** | **Ori** | 5/23/2021, 7:03 PM
hi everybody - does anyone know why UST is so low and would it ever be back to 1$?

**D** | **DEX** | 5/23/2021, 7:04 PM
yues and yes

**L** | **LOUDZY** | 5/23/2021, 7:04 PM
buy the dip bro

**L**   **LOUDZY**                                                            5/23/2021, 7:04 PM
lol

**H**   **HJ**                                                               5/23/2021, 7:04 PM
Buy now, guaranteed profit

**N**   **nachodon**                                                         5/23/2021, 7:05 PM
still uses but literally no one cares

**GG**  **glmr glomr**                                                       5/23/2021, 7:05 PM
its low because the market is crash-y and people are trying to move their money around very quickly which is being taken advantage of

**D**   **Dennis**                                                           5/23/2021, 7:05 PM
Shame, I remember using ETHERDELTA to buy BAT before it got listed on exchanges and managed a nice flip

**N**   **nachodon**                                                         5/23/2021, 7:05 PM
someone in my group just traded 20k for 21.5 k  easy free money

**GG**  **glmr glomr**                                                       5/23/2021, 7:07 PM
UST has a decent amount of coin pairs on kucoin which gives it a lot of use regardless of terra's ecosystem downturn at the moment

**D**   **DEX**                                                              5/23/2021, 7:07 PM
CMF, MAC, RSI on the 4hr off the charts

**J**   **Jack**                                                             5/23/2021, 7:07 PM
arbitrage takes some time, people are panicking, it's just stupidity in action - takes some time to correct itself, but it will. If you want some easy profit you can trade the difference now.

**D**   **DEX**                                                              5/23/2021, 7:07 PM
well over sold

**N**   **nachodon**                                                         5/23/2021, 7:07 PM
If any of you are selling any crypto — sell to usdt - then swap the usdt to ust on kucoin for the big arb / boost

**N**   **nachodon**                                                         5/23/2021, 7:07 PM
free money

**DR**  **Dr Avi R**                                                         5/23/2021, 7:07 PM
Guys arbitrageur here interested to learn about UST backing, mechanisms to bring back peg, and reasons for current deviation from peg. Thank you

**N**   **nachodon**                                                         5/23/2021, 7:07 PM
go read the docs!

**N**   **nachodon**                                                         5/23/2021, 7:08 PM
terra.money

**H**   **HJ**                                                               5/23/2021, 7:08 PM
Translation: plz buy my stable coin bags LOL

**L**   **LOUDZY**                                                           5/23/2021, 7:08 PM
i did that yesterday for some profit but i should of dca because its  lower lol

**N**   **nachodon**                                                         5/23/2021, 7:08 PM

also
learn-terra.com

| N | **nachodon** | 5/23/2021, 7:08 PM |

plenty info there

| DR | **Dr Avi R** | 5/23/2021, 7:08 PM |

thank you sir

| DR | **Dr Avi R** | 5/23/2021, 7:09 PM |

Am hoping for a little preview would appreciate your take here

| DG | **dgbb gbb** | 5/23/2021, 7:09 PM |

what is the spread now

| GG | **glmr glomr** | 5/23/2021, 7:09 PM |

its not even necessarily stupidity, people may want a different stable for another coin they want to buy on a dip that they can't with UST - UST hasn't collapsed its having the arbitrage angle on it exploited heavily which are the market forces built into the whole idea of the peg

| N | **nachodon** | 5/23/2021, 7:09 PM |

nah— go read the docs and watch the vids on link i gave u

| DG | **dgbb gbb** | 5/23/2021, 7:09 PM |

how long will it adjust

| J | **Jack** | 5/23/2021, 7:09 PM |

true

| S | **SYATI** | 5/23/2021, 7:09 PM |

Can I exchange 1UST for $ 1 of LUNA?

| MG | **Maarten | GT** | 5/23/2021, 7:09 PM |

https://www.youtube.com/watch?v=KqpGMoYZMhY&

| GG | **glmr glomr** | 5/23/2021, 7:10 PM |

the biggest problem for luna is the timing of this market moment along with the ANC liquidation frenzy — the ecosystem needed more of its platform built out to be able support UST's peg a bit more on the way down, but it's essentially working as intended regardless like nacho is saying

| GG | **glmr glomr** | 5/23/2021, 7:10 PM |

every alt is bleeding, not every alt is trying to keep a stablecoin pegged-

| GG | **glmr glomr** | 5/23/2021, 7:11 PM |

luna is supposed to absorb the pressure by design

| ED | **Evan Docs** | 5/23/2021, 7:11 PM |

Ust is regulated at the protocol level through expansion and contraction. When ust demand low, ust is burned. When high, Luna is burned to make more ust. Arbitrage keeps the peg near $1 just by market forces.

| MG | **Maarten | GT** | 5/23/2021, 7:11 PM |

https://docs.terra.money/dev/spec-market.html#swap-fees

**B**  **@boycent**                                                  5/23/2021, 7:11 PM
Time to buy this deep

**D**  **DEX**                                                       5/23/2021, 7:12 PM
Prices don't stop development

**N**  **nachodon**                                                  5/23/2021, 7:12 PM
this was also on the
learn-terra.com
 site  ; )  and lots more info @a r

**O**  **Ori**                                                       5/23/2021, 7:12 PM
Thanks!

**FM**  **Fud MacKenzie**                                            5/23/2021, 7:13 PM
damn i fell in love with this project and forget about my investment strat. Good project but horrrible investment. See you
guys later when you figure shit out

**O**  **Ori**                                                       5/23/2021, 7:13 PM
That makes sense, too. Thanks!

**ED**  **Evan Docs**                                                5/23/2021, 7:13 PM
The liquidation occurred because of the dip. It's an intended feature when collateral is too low. Otherwise the loan would
not be backed. They are not necessarily separate. This is the intended function. Protocol is working just as it was
designed.

**ED**  **Evan Docs**                                                5/23/2021, 7:13 PM
Always.

**RO**  **R O**                                                      5/23/2021, 7:14 PM
💯 after this whole episode is over I think we'll look back and see that the protocol performed beautifully!

**S**  **SYATI**                                                     5/23/2021, 7:14 PM
Tell me how

**TZ**  **Thuần Z**                                                  5/23/2021, 7:15 PM
Why price down so much anyone can explain

**M**  **Makio**                                                     5/23/2021, 7:15 PM
I am withdraw from Binance to Terra Luna wallet, is there a Memo phrase for that?



*Image: photo_4375@23-05-2021_19-15-15.jpg (8 KB)*

**ED**  **Evan Docs**                                                5/23/2021, 7:15 PM
Swap on station.

**GG**  **glmr glomr**                                               5/23/2021, 7:15 PM
https://www.youtube.com/watch?v=8wW0csbse88&t=2295s

**G**  **GRF _**                                                     5/23/2021, 7:15 PM
No

**GG**    **glmr glomr**        5/23/2021, 7:15 PM

^ do explaining what i'm talking about back in march basically

**MM**    **Manny Moe**        5/23/2021, 7:15 PM

How so?

**ED**    **Evan Docs**        5/23/2021, 7:15 PM

Demand down= price down.

**DR**    **Dr Avi R**        5/23/2021, 7:15 PM

How do I arb UST? I want to purchase UST on Curve etc then redeem it for par - how do I do this?

**D**    **DEX**        5/23/2021, 7:16 PM

anyone keeping tabs on undeligations?

**GG**    **glmr glomr**        5/23/2021, 7:16 PM

the ecosystem lacked the necessary diversity and spread to avoid overexposure to ANC liquidation amplifying the negative momentum in the price- it comes down to dev timing and deployment ahead of the crash

**GG**    **glmr glomr**        5/23/2021, 7:16 PM

unfortunate

**D**    **Dreamartist**        5/23/2021, 7:16 PM

hi

**D**    **Dreamartist**        5/23/2021, 7:16 PM

question what do you get if u hold luna

**GG**    **glmr glomr**        5/23/2021, 7:17 PM

i highly recommend this clip if you want some assurance that this was at least a considered outcome and didn't come out of nowhere from do

**RO**    **R O**        5/23/2021, 7:17 PM

agree if we had all of the other collateral options underneath ANC (eg USDC, BTC, DOT) that would have prevented the downward spiral we've seen

**G**    **Grover**        5/23/2021, 7:17 PM

Phew finally the dump is over

**S**    **SYATI**        5/23/2021, 7:17 PM

UST is below the dollar.  I can't get a $ 1 worth of LUNA with this

**LF**    **Lead Farmer**        5/23/2021, 7:17 PM

Agree with this, far to early to handle crazy 80% sell offs

**ED**    **Evan Docs**        5/23/2021, 7:18 PM

This is already happening though. Looks at all the apps coming out.

**J**    **Jack**        5/23/2021, 7:18 PM

borrowing is causing an effective leveraging of Luna price, am I right? and cascade of ANC liquidations is similar to liquidations on margin trading, thus making Luna an asset with hidden built-in leverage. This would explain the crazy swings in 2021.

**GG**    **glmr glomr**        5/23/2021, 7:18 PM

i have to imagine some of the frustration that seems to be coming from do could be coming from that situation - with mirv2, col-5 going through their later stages of dev and due diligence ahead of deployment, seeing the memetoken frenzy and nonstop FUD assault over the last week has to be a bit infuriating

**MG**   **Maarten | GT**                                                          5/23/2021, 7:19 PM

early days

**GG**   **glmr glomr**                                                             5/23/2021, 7:19 PM

i'm staying staked in and am considering rebuying

**F**    **Fan_crypto**                                                             5/23/2021, 7:19 PM

You cannot. Not at the moment. UST < USD

**D**    **DEX**                                                                    5/23/2021, 7:20 PM

the speed luna went up is a brilliant sign that many eyes are on it.

**GG**   **glmr glomr**                                                             5/23/2021, 7:20 PM

sounds about right, the intention was to diversify the platform and try to de-correlate it from these vulnerabilities as much as possible

**ED**   **Evan Docs**                                                              5/23/2021, 7:20 PM

$1 ust always $1 Luna. Ust being down means you get MORE than $1 Luna for $1 usd.

**RO**   **R O**                                                                    5/23/2021, 7:20 PM

The collateral for ANC loans is LuNa, so when LUNa falls the borrowers have their collateral liquidated.  On the Terra roadmap we are planing to add other collateral types under the ANC loans, but we didn't quite get that feature released and this market-wide exogenous shock hit !!

**S**    **SYATI**                                                                  5/23/2021, 7:20 PM

If arbitrage is not possible, UST will not be equal to $ 1

**N**    **nachodon**                                                               5/23/2021, 7:21 PM

https://twitter.com/jdorman81/status/1396557302249914370

**N**    **nachodon**                                                               5/23/2021, 7:21 PM

good tweet guys

**J**    **Jack**                                                                   5/23/2021, 7:22 PM

but this isn't a problem, we're just trading an asset that moves 2x the market movement or so.. we're much below the market today, will be much above the market in a week

**J**    **Jack**                                                                   5/23/2021, 7:22 PM

the price deltas may seem scary, but leverage works both ways

**DG**   **DD Game**                                                                5/23/2021, 7:22 PM

guys why are we dipping so horribly 😣

**D**    **DEX**                                                                    5/23/2021, 7:22 PM

+1

**S**    **SYATI**                                                                  5/23/2021, 7:22 PM

So if you sell that LUNA on the market, you get more than $ 1?

**GG**   **glmr glomr**                                                             5/23/2021, 7:23 PM

yeah i in particular like the buying advice — too many new entrants into the market are always trying to time the very bottom of red or jump straight on a mooning chart- consistency, endurance and patience will win out much more often than trying to catch any given moment

**D**    **DEX**                                                                    5/23/2021, 7:24 PM

one of the reasons why I wait for low volume, when everyone is bored of the coin

**U**   **Unknown**                                                          5/23/2021, 7:24 PM
        Is it only me that believes is a great opportunity to buy UST at a discount price?

**D**   **Dreamartist**                                                      5/23/2021, 7:24 PM
        how to swap ust to luna

**N**   **nachodon**                                                         5/23/2021, 7:25 PM
        of course it is!

**RL**  **RAY LIU**                                                          5/23/2021, 7:26 PM
        no clue at all

**M**   **Mig**                                                              5/23/2021, 7:26 PM
        to be honest Luna is working great during so strong price movememnts

**GG**  **glmr glomr**                                                       5/23/2021, 7:26 PM
        its been explained a few times over in the chat

**F**   **Fynn?**                                                            5/23/2021, 7:26 PM
        In case you all didn't see earlier, I published my Terra Weekly Report addressing 17 May - 23 May. It also includes some
        Harpoon Protocol ALPHA! Make sure to go check it out!

        https://twitter.com/FynnToTheMoon/status/1396496188761952258?s=20



*Image: photo_4324@23-05-2021_14-57-29.jpg (191 KB)*

**GG**  **glmr glomr**                                                       5/23/2021, 7:27 PM
        ^ start here

**RL**  **RAY LIU**                                                          5/23/2021, 7:27 PM
        sorry I was sleeping. mind explaining again?

**N**   **nachodon**                                                         5/23/2021, 7:27 PM
        is there any question that we are all gonna make it here?  we are in one of the best assets on earth right now!  fuck the
        dip!  buy the dip!  Terra aint going away——

**N**   **nachodon**                                                         5/23/2021, 7:28 PM
        forwarded to the nacho news room ; )

**F**   **Fynn?**                                                            5/23/2021, 7:28 PM
        thank you ser!

**M**   **Mig**                                                              5/23/2021, 7:28 PM
        i think luna here will pump

**M**   **Mig**                                                                 5/23/2021, 7:28 PM

from here

**JD**   **Jim Duggan**                                                         5/23/2021, 7:28 PM

Maybe not a week but we were the best performing asset in Q1 and likely to be the worst in Q2 of the top 100 so we have
to accept the extra volatility as part of this

**GG**   **glmr glomr**                                                        5/23/2021, 7:28 PM

luna is a collateral for the UST stablecoin, it is meant to absorb volatility to keep the UST stablecoin viable - both luna and
UST are having their price attacked by market forces right now because the market is falling rapidly - the fact that luna's
price is falling faster than other coins is actually indicative of the platform doing what it's meant to

**MM**   **Manny Moe**                                                        5/23/2021, 7:29 PM

It sure is. I just made an easy $200 or so. Wish my other tether wasn't tied up in lending or I'd take even more advantage

**RL**   **RAY LIU**                                                          5/23/2021, 7:29 PM

thank you

**DG**   **DD Game**                                                          5/23/2021, 7:29 PM

is there any staking or passive income for LUNA?

**D**   **DEX**                                                               5/23/2021, 7:29 PM

yes

**N**   **nachodon**                                                          5/23/2021, 7:30 PM

lots

**DG**   **DD Game**                                                          5/23/2021, 7:30 PM

can i have links to those please?

**M**   **Mig**                                                               5/23/2021, 7:30 PM

luna is changing hands 😕

**N**   **nachodon**                                                          5/23/2021, 7:31 PM

go here to see all types of llinks and info and official docs etc etc for the protocols:
learn-terra.com
    find my video #1 there and watch it

**G**   **GRF _**                                                             5/23/2021, 7:31 PM

Strong hands now!

**D**   **DEX**                                                               5/23/2021, 7:31 PM

Sorry for posting again, but it did make me laugh posting this chart



*Image: photo_4277@23-05-2021_05-26-34.jpg (31 KB)*

**D**  **DEX**                                                                    5/23/2021, 7:32 PM
the speed in which people started throwing blame

**J**  **jim**                                                                    5/23/2021, 7:32 PM
😂

**F**  **Fynn?**                                                                  5/23/2021, 7:32 PM
can you share the link to the news room? would love to check it out!

**N**  **nachodon**                                                              5/23/2021, 7:32 PM
get the yearly apr from lending a stable in one arb!

**U**  **Unknown**                                                               5/23/2021, 7:33 PM
Nice

**D**  **DEX**                                                                    5/23/2021, 7:33 PM
It's the same on ever coin, every dump, people blame others and don't take responsibility

**N**  **nachodon**                                                              5/23/2021, 7:33 PM
oh sorry bud it's just for my NRL members... you can shoot me an email if interested in joining lots of lunatics there:
bitcoin.nacho@gmail.com

**GG**  **glmr glomr**                                                           5/23/2021, 7:34 PM
https://t.me/TerraLunaChat/288513

**D**  **DEX**                                                                    5/23/2021, 7:34 PM
it went up high very fast, so further to fall

**N**  **nachodon**                                                              5/23/2021, 7:34 PM
here's one theory—–  it was the #1 coin in the first quarter — now it's correcting.

**F**  **Fynn?**                                                                  5/23/2021, 7:35 PM
nice! is it a telegram group or something else?

**P**  **P2mun**                                                                  5/23/2021, 7:35 PM
People need to gain their trust in anchor borrow again and one 100%save way is to have protocol opposite to harpoon
protocol. One option: borrow 100UST, put 100UST to earn(get aUST), bond 100aUST to new protocol that repays your
loan in case of liquidation. this way you get 20% earn+borrow reward+safe for liquidation

**GG**  **glmr glomr**                                                           5/23/2021, 7:35 PM
https://www.youtube.com/watch?v=8wW0csbse88&t=2295s

can also hear Do describing this scenario in March when asked about potential downsides
do research and control your risk exposure with investments

**N**  **nachodon**                                                              5/23/2021, 7:35 PM
another theory is that the anchor liquidations in a fallling market driven by so much fud and fear — didn't help!

**N**  **nachodon**                                                              5/23/2021, 7:35 PM
we share some expensive publications

**F**  **Fynn?**                                                                  5/23/2021, 7:36 PM
ahhh nice, i'll send you an email soon

**D**  **DEX**                                                                    5/23/2021, 7:36 PM

there was also a lack of luna on exchanges, so a drop wasn't being absorbed

**GG**  **glmr glomr**                                                          5/23/2021, 7:36 PM

if you actually listen to full length interviews, etc with do, he is not shy about talking about the risks involved- please do some research if you are feeling burned on the current market

**A**  **ACO**                                                                 5/23/2021, 7:37 PM

Luna is relatively cheap to buy now for long term. It's a good protocol but just like any crypto, it also follows the general trend of the market.

**D**  **DEX**                                                                 5/23/2021, 7:38 PM

o/

**GG**  **glmr glomr**                                                          5/23/2021, 7:39 PM

no it's not a proof of work blockchain

**D**  **DEX**                                                                 5/23/2021, 7:39 PM

o/

**GG**  **glmr glomr**                                                          5/23/2021, 7:39 PM

you earn passive luna by staking

**KW**  **Kasper Wisnia**                                                       5/23/2021, 7:39 PM

Maybe go binance?

**C**  **C - ?**                                                               5/23/2021, 7:40 PM

We need some hopium, or should I say Dopium

**GG**  **glmr glomr**                                                          5/23/2021, 7:40 PM

https://coinmarketcap.com/currencies/terra-luna/markets/

**D**  **DEX**                                                                 5/23/2021, 7:40 PM

at least the scammers are still with us

**DG**  **dgbb gbb**                                                           5/23/2021, 7:41 PM

is there terra chinese group

**QM**  **Qntrabina M4**                                                       5/23/2021, 7:41 PM

No hombre no

**V**  **VAULT**                                                               5/23/2021, 7:41 PM

lol

**MG**  **Maarten | GT**                                                       5/23/2021, 7:42 PM

you guys having fun?

**MG**  **Maarten | GT**                                                       5/23/2021, 7:42 PM

coming in here to troll 🙂

**NE**  **Norm E**                                                             5/23/2021, 7:42 PM

Not worried about the ecosystem but UST needs to be maintaining its peg, its a little concerning

**DG**  **dgbb gbb**                                                           5/23/2021, 7:43 PM

I wouldn't touch algo stable coin again

**DG**  **dgbb gbb**                                                           5/23/2021, 7:43 PM

scary thing

V    **VAULT**                                                          5/23/2021, 7:43 PM
amen

C    **Crodders ??**                                                    5/23/2021, 7:44 PM
Hi group.
Re the Luna wallet - transfer function.
If I was to transfer to a currency how can you get said currency off wallet and onto an exchange or bank, or are there no off ramping options?
If there is a link to this type of info I'd gladly receive so I dont have to bog down the channel with these type Qs.
Thanks guys.

V    **VAULT**                                                          5/23/2021, 7:44 PM
it will come bak but damn taking ages

V    **VAULT**                                                          5/23/2021, 7:44 PM
cant use it for intended purpose rn

MG   **Maarten | GT**                                                   5/23/2021, 7:44 PM
what do you want to use it for?

V    **VAULT**                                                          5/23/2021, 7:45 PM
buy dips

V    **VAULT**                                                          5/23/2021, 7:45 PM
😎😎😎😎😎

MG   **Maarten | GT**                                                   5/23/2021, 7:45 PM
right

D    **DEX**                                                            5/23/2021, 7:45 PM
what flavour?

V    **VAULT**                                                          5/23/2021, 7:45 PM
$.94 for ages

V    **VAULT**                                                          5/23/2021, 7:46 PM
when does it rebase

MG   **Maarten | GT**                                                   5/23/2021, 7:46 PM
you could just buy BTC with UST, and then swap BTC for USDT

NE   **Norm E**                                                         5/23/2021, 7:46 PM
Idk what to make of it, I think it prob just needs more aggressive stabilizing parameters but im an idiot so maybe thats not the solution

V    **VAULT**                                                          5/23/2021, 7:46 PM
my buying rate is alot lower for btc

MG   **Maarten | GT**                                                   5/23/2021, 7:46 PM
no in terms of USD it should be the same

V    **VAULT**                                                          5/23/2021, 7:47 PM
on what exchange?

MG   **Maarten | GT**                                                   5/23/2021, 7:47 PM
since all pairs have adjusted to the peg deviation

**NE**  **Norm E**                                                                  5/23/2021, 7:47 PM

Still there are so many high profile investors in terra, I cannot shake the feeling that they would not invest if they weren't confident in them to deliver

**MG**  **Maarten | GT**                                                           5/23/2021, 7:47 PM

kucoin for example

**U**  **Unknown**                                                                 5/23/2021, 7:47 PM

100%

**V**  **VAULT**                                                                   5/23/2021, 7:47 PM

kucoin ust/usdt 1.05

**V**  **VAULT**                                                                   5/23/2021, 7:47 PM

-1.06?

**MG**  **Maarten | GT**                                                           5/23/2021, 7:48 PM

now check the btc/UST pair and the BTC/USDT pair

**RO**  **R O**                                                                    5/23/2021, 7:48 PM

yes there's a Jump Trading proposal to make the stabilizing parameters more aggressive so that the stabilizing happens faster ... I think there was a few that small deltas would be eaten up by arb bots, and thus to let the protocol stabilizing run a little slower, but as we can all see in a 50% market-wide correction this isn't fast enough to instill confidence

**RO**  **R O**                                                                    5/23/2021, 7:49 PM

those of us who know how it works aren't worried, but it's not a good look to new comers to see us off peg

**V**  **VAULT**                                                                   5/23/2021, 7:49 PM

peg takes ages man thats the thing

**RO**  **R O**                                                                    5/23/2021, 7:50 PM

yes there's a Jump Trading proposal to make the stabilizing parameters more aggressive so that the stabilizing happens faster ...  there was a view that small deltas from $1 would be eaten up by arb bots, and thus that it would be sufficient to let the protocol stabilizing run a little slower, but as we can all see in a 50% market-wide correction it isn't fast enough to instill confidence

**V**  **VAULT**                                                                   5/23/2021, 7:50 PM

the btc ust pair btc costs more than btc usdt

**V**  **VAULT**                                                                   5/23/2021, 7:50 PM

idk what im missing

**RO**  **R O**                                                                    5/23/2021, 7:51 PM

yes, we've had 7 days in a row of market crash, once we have a calm in the storm then within 3-4 days we'll be right back at peg !

**M**  **Mig**                                                                     5/23/2021, 7:51 PM

luna UP

**U**  **Unknown**                                                                 5/23/2021, 7:51 PM

why doesn't anyone burn ust in luna and sell luna on binance?  and will not put these usdc in the crv pool?

**V**  **VAULT**                                                                   5/23/2021, 7:51 PM

if i cant use this stable during crashes

**V**  **VAULT**                                                                   5/23/2021, 7:51 PM

whats the point

**J**  **Jack**                                                                     5/23/2021, 7:52 PM
you're not missing anything, the peg is running on too slow settings to catch up with sudden market crash. I guess it will be adjusted accordingly, but it has parameters that need some tuning. It takes some learning, will be sorted out.

**GT**  **General Tso**                                                              5/23/2021, 7:52 PM
Harpoon is good because users who use it are more likely to buy Luna at a discount and hold it(more ust made to buy the bluna, and bluna not sold)...The bots are the problem, they buy at 30% discount, swap at 10% rate to Luna then sell the Luna

**B**  **BK**                                                                       5/23/2021, 7:53 PM
is there reason why ust is only .94 cents rn?

**V**  **VAULT**                                                                     5/23/2021, 7:53 PM
thanks for the answers

**V**  **VAULT**                                                                     5/23/2021, 7:53 PM
good to know but a lil scary still

**T**  **Trolleman**                                                                 5/23/2021, 7:53 PM
g2

**RO**  **R O**                                                                      5/23/2021, 7:53 PM
this is the first big crash like this since the project launch, the team is very smart, they will do an analysis and tighten parameters!

**V**  **VAULT**                                                                     5/23/2021, 7:53 PM
the whole point i hold stables is to use them like so

**T**  **Trolleman**                                                                 5/23/2021, 7:53 PM
do sell csgo skins for ust?

**V**  **VAULT**                                                                     5/23/2021, 7:53 PM
could be more crashes

**P**  **P2mun**                                                                     5/23/2021, 7:53 PM
I am talking from the perspective of never being liquidated

**V**  **VAULT**                                                                     5/23/2021, 7:53 PM
then what

**V**  **VAULT**                                                                     5/23/2021, 7:53 PM
lol

**T**  **Trolleman**                                                                 5/23/2021, 7:54 PM
i couldnt resist

**T**  **Trolleman**                                                                 5/23/2021, 7:54 PM
sorry

**J**  **Jack**                                                                     5/23/2021, 7:54 PM
with every crash we get more data, learn and improve the dynamic settings to handle the next crash better

**RO**  **R O**                                                                      5/23/2021, 7:54 PM
yes I think it's a cycle of "build-test-launch-gain experience-improve"

**V**  **VAULT**                                                                     5/23/2021, 7:54 PM

ok

| | | |
|---|---|---|
| V | **VAULT** | 5/23/2021, 7:54 PM |
| | i will trust | |

| | | |
|---|---|---|
| J | **Jack** | 5/23/2021, 7:54 PM |
| | precisely | |

| | | |
|---|---|---|
| RO | **R O** | 5/23/2021, 7:54 PM |
| | 💯 | |

| | | |
|---|---|---|
| V | **VAULT** | 5/23/2021, 7:55 PM |
| | i have alot of money in terra ust lol | |

| | | |
|---|---|---|
| V | **VAULT** | 5/23/2021, 7:55 PM |
| | so its quite scary | |

| | | |
|---|---|---|
| V | **VAULT** | 5/23/2021, 7:55 PM |
| | tbh | |

| | | |
|---|---|---|
| J | **Jack** | 5/23/2021, 7:55 PM |
| | I've set my buy orders just below $4, hoping they'll trigger this night | |

| | | |
|---|---|---|
| V | **VAULT** | 5/23/2021, 7:55 PM |
| | not luna | |

| | | |
|---|---|---|
| V | **VAULT** | 5/23/2021, 7:55 PM |
| | just ust | |

| | | |
|---|---|---|
| RO | **R O** | 5/23/2021, 7:55 PM |
| | just wait a few days man, don't join the panicked herd, it is when u panic that u can get hurt | |

| | | |
|---|---|---|
| V | **VAULT** | 5/23/2021, 7:55 PM |
| | my fiat | |

| | | |
|---|---|---|
| V | **VAULT** | 5/23/2021, 7:56 PM |
| | p much | |

| | | |
|---|---|---|
| P | **P2mun** | 5/23/2021, 7:56 PM |
| | btw is this the reason for ust loosing its peg? | |

| | | |
|---|---|---|
| V | **VAULT** | 5/23/2021, 7:56 PM |
| | i want to buy | |

| | | |
|---|---|---|
| J | **Jack** | 5/23/2021, 7:56 PM |
| | ust will settle back to the peg, no worries | |

| | | |
|---|---|---|
| T | **Trolleman** | 5/23/2021, 7:56 PM |
| | how much is pretty much | |

| | | |
|---|---|---|
| AK | **Anil Kumar** | 5/23/2021, 7:56 PM |
| | What would be the reason 🤔 for not recovering ? | |

| | | |
|---|---|---|
| V | **VAULT** | 5/23/2021, 7:56 PM |
| | and its killing my opp to make money | |

| | | |
|---|---|---|
| V | **VAULT** | 5/23/2021, 7:56 PM |
| | thats all lol | |

| | | |
|---|---|---|
| RO | **R O** | 5/23/2021, 7:56 PM |
| | Yes I'm 100% staked in Luna, I feel the same pain man | |

| | | |
|---|---|---|
| T | **Trolleman** | 5/23/2021, 7:56 PM |
| | cheap or expensive? | |

| | | |
|---|---|---|
| V | **VAULT** | 5/23/2021, 7:56 PM |
| | if the peg is alot better | |

| | | |
|---|---|---|
| V | **VAULT** | 5/23/2021, 7:57 PM |
| | way more will use | |

| | | |
|---|---|---|
| J | **Jack** | 5/23/2021, 7:57 PM |
| | too sluggish settings for the peg algorithm | |

| | | |
|---|---|---|
| M | **Makio** | 5/23/2021, 7:57 PM |
| | I am holding MIR and Luna, what is better to do? Stake MIR and stake Luna?a | |

| | | |
|---|---|---|
| DG | **DD Game** | 5/23/2021, 7:57 PM |
| | LUNA is hit so hard in this crash, the most hit, any measures the team is making to recover the LUNA price? | |

| | | |
|---|---|---|
| V | **VAULT** | 5/23/2021, 7:57 PM |
| | 20% apy is op for stables | |

| | | |
|---|---|---|
| T | **Trolleman** | 5/23/2021, 7:57 PM |
| | I have fresh money, i just traded USDT for UST | |

| | | |
|---|---|---|
| T | **Trolleman** | 5/23/2021, 7:57 PM |
| | Free money | |

| | | |
|---|---|---|
| T | **Trolleman** | 5/23/2021, 7:57 PM |
| | 6% | |

| | | |
|---|---|---|
| M | **M.I.T** | 5/23/2021, 7:57 PM |
| | All up to you. Just waiting for you to pump it with buys. | |

| | | |
|---|---|---|
| J | **Jack** | 5/23/2021, 7:58 PM |
| | Luna is effectively leveraged via borrowing and ANC liquidations, gets hit harder by crashes, rises more during bull runs | |

| | | |
|---|---|---|
| RO | **R O** | 5/23/2021, 7:58 PM |
| | Pls pump my Luna bags ser! 😂 | |

| | | |
|---|---|---|
| SH | **Sam Hatley** | 5/23/2021, 7:58 PM |
| | Any of you guys try sending your Luna from your terra station wallet back to kucoin? I Did it 7hrs ago and still haven't received my Luna in my kucoin account | |

| | | |
|---|---|---|
| RO | **R O** | 5/23/2021, 7:58 PM |
| | 💯 | |

| | | |
|---|---|---|
| J | **Jack** | 5/23/2021, 7:58 PM |
| | the roller coaster is just more emotional with Luna, but the directions are the same | |

| | | |
|---|---|---|
| GB | **gary beh** | 5/23/2021, 7:58 PM |
| | Terra terra what happen 😂 | |

**MG**  **Maarten | GT**                                                    5/23/2021, 7:58 PM
did you include a memo?

**SH**  **Sam Hatley**                                                      5/23/2021, 7:58 PM
Yes

**U**  **Unknown**                                                          5/23/2021, 7:58 PM
Remember : never sell your crypto during a bear market.

**GT**  **General Tso**                                                     5/23/2021, 7:59 PM
Yes so let's say bot buys bluna at 30% discount from someone being liquidated....They do bluna Luna swap at 10% and
sell to ust...They made 20%, now they send this to kucoin and sell it to usdt...So it creates sell pressure on luna and
ust...We need some hold like 3 day or so on these bot bought bluna

**MG**  **Maarten | GT**                                                    5/23/2021, 7:59 PM
does it show up as processing in your deposit history tab on kucoin?

**J**  **Jack**                                                            5/23/2021, 7:59 PM
well, you can sell and buy more 😉

**SH**  **Sam Hatley**                                                      5/23/2021, 8:00 PM
If I sent it from my terra station wallet to kucoin it wouldn't show up in kucoin as processing would it?

**DG**  **DD Game**                                                        5/23/2021, 8:00 PM
damn luna is bleeding like crazy, absolute massacre, not good for project....

**T**  **Trolleman**                                                       5/23/2021, 8:01 PM
User bags are bleeding, not luna

**U**  **Unknown**                                                          5/23/2021, 8:01 PM
No one wants to buy 😂

**DG**  **DD Game**                                                        5/23/2021, 8:01 PM
why

**J**  **Jack**                                                            5/23/2021, 8:01 PM
moon like crazy, bleed like crazy, that's the way we roll

**P**  **P2mun**                                                           5/23/2021, 8:01 PM
thanks

**TK**  **Taek Kwon**                                                      5/23/2021, 8:01 PM
Tbh I have never seen a chart like luna its the weirdest and ugliest one ever

**U**  **Unknown**                                                          5/23/2021, 8:01 PM
Who wants to buy a bleeding asset

**T**  **Trolleman**                                                       5/23/2021, 8:01 PM
Its the cycle

**J**  **Jack**                                                            5/23/2021, 8:01 PM
the smart ones

**U**  **Unknown**                                                          5/23/2021, 8:01 PM
Cope

**U**   **Unknown**                                                      5/23/2021, 8:02 PM
Then go buy

**N**   **Netherlol**                                                    5/23/2021, 8:02 PM
understandable 😂 from 22 to 4 if i didnt knew about the proj i'd say it was a scam 😂

**GG**  **glmr glomr**                                                   5/23/2021, 8:02 PM
it's part of the arbitrage loop between UST/LUNA

**SH**  **Sam Hatley**                                                   5/23/2021, 8:02 PM
Doesn't show up as processing though

**J**   **Jack**                                                         5/23/2021, 8:02 PM
just did 😂

**U**   **Unknown**                                                      5/23/2021, 8:02 PM
The higher it goes, bigger the fall, so don't worry, we'll be back to be on the top

**GG**  **glmr glomr**                                                   5/23/2021, 8:02 PM
it's not just 'it go up high it go down far' luna absorbs price volatility for the sake of the stablecoin peg

**U**   **Unknown**                                                      5/23/2021, 8:02 PM
Agreed literally one of the weakest alts

**MG**  **Maarten | GT**                                                 5/23/2021, 8:02 PM
of course it would, kucoin needs to credit it to your account.

**MG**  **Maarten | GT**                                                 5/23/2021, 8:03 PM
thats weird, have you checked your wallets transaction history and checked all the info on it?

**GG**  **glmr glomr**                                                   5/23/2021, 8:03 PM
lol it had one of the strongest rises in this cycle

**DG**  **DD Game**                                                      5/23/2021, 8:03 PM
team must consider about it....

**CM**  **Christopher M**                                                5/23/2021, 8:04 PM
The 3 month chart of Luna looks like it did steroids like no other and then just died.

**DG**  **DD Game**                                                      5/23/2021, 8:04 PM
strongest rise but its a huge turn off for new investors, definitely not good for project in long term if there are such enormous rice swings.

**U**   **Unknown**                                                      5/23/2021, 8:04 PM
there's no doubt about that—but since then?

**S**   **Sunil**                                                        5/23/2021, 8:04 PM
Genuinely wanna know, how sustainable is the system when everything is linked with btc. Cant possibly be ready for mass adoption in the way it is currently designed? Putting aside the value of Luna, is anchor actually working as its supposed to

**SH**  **Sam Hatley**                                                   5/23/2021, 8:05 PM
Yea I have checked all info and everything was put in correctly

**J**   **Jack**                                                         5/23/2021, 8:05 PM
this is called leverage

**J**  **JD**                                                                5/23/2021, 8:05 PM
Winners with vision that understand market dynamics.  Morons buy high sell low.  Go against your primal instincts and buy when blood is on the street.  BTC @ $3K and ETH at $80 just 18 months ago.  "Bleeding assets".

**MG**  **Maarten | GT**                                                     5/23/2021, 8:05 PM
then the issue is with Kucoin

**GG**  **glmr glomr**                                                       5/23/2021, 8:05 PM
have you ever looked at crypto charts

**SH**  **Sam Hatley**                                                       5/23/2021, 8:05 PM
Would I just contact them and let them know?

**MG**  **Maarten | GT**                                                     5/23/2021, 8:06 PM
yes

**U**  **Unknown**                                                           5/23/2021, 8:06 PM
lol please look at the charts before making your comment, LUNA is clearly bleeding compared to big caps you're mentioning

**DG**  **DD Game**                                                          5/23/2021, 8:06 PM
yes, but terra luna carts out of this world

**GG**  **glmr glomr**                                                       5/23/2021, 8:06 PM
because LUNA is meant to absorb the volatility for the sake of the stablecoin, it's literally programmed into the platform

**SH**  **Sam Hatley**                                                       5/23/2021, 8:06 PM
I did the support about 10 min ago says it's going to transfer me to a human so I'm waiting

**GG**  **glmr glomr**                                                       5/23/2021, 8:07 PM
there's absolutely nothing surprising about its price if you understand the fundamentals of the market forces driving it down

**J**  **Jack**                                                             5/23/2021, 8:07 PM
dude Luna is clearly affected by borrowing on the way up and cascades of anc liquidations on the way down, which cause the price to move 2x as strong as other assets, regardless of direction

**J**  **Jack**                                                             5/23/2021, 8:07 PM
and this is a good thing for active traders

**U**  **Unknown**                                                           5/23/2021, 8:07 PM
I can understand this logic for more sell pressure—but why are the bounces so weak then?

**U**  **Unknown**                                                           5/23/2021, 8:07 PM
there can't be consistent liquidations 24/7 right?

**GG**  **glmr glomr**                                                       5/23/2021, 8:08 PM
go read the docs if you actually want a full explanation of the minting/arb/stablecoin loop

**J**  **Jack**                                                             5/23/2021, 8:08 PM
bounces happen primarily during news, introduction to new exchanges etc

**RO**  **R O**                                                             5/23/2021, 8:08 PM
maybe everyone is licking wounds and there are few buyers right now and, also, it's been a weekend so ppl haven't been able to bring new money in

**GG**  **glmr glomr**                                                       5/23/2021, 8:08 PM

you seem to just be looking at a chart and wanting to say something is doing poorly for bounce recovery without bothering to understand why that might be
you'll get more out of your time getting your head around what's happening in the market to cause that price action

**J**  **Jack**                                                                     5/23/2021, 8:08 PM
there are liquidations happening 24/7 when the market drops

**U**  **Unknown**                                                                  5/23/2021, 8:09 PM
I'm being rhetorical

**J**  **JD**                                                                       5/23/2021, 8:09 PM
Luna was at 40 cents for months while other shit was moving. Then it shot up in a vacuum.  Anchor is stressing the system for the first time.  It will balance out and team will figure it out.  Or just capitulate if you dont believe in the project.  Better now than when we are down another 50%.

**GT**  **General Tso**                                                             5/23/2021, 8:09 PM
Easy to sell Luna...Hard to buy new Luna for most people, takes 5 days for Americans

**M**  **Makio**                                                                    5/23/2021, 8:09 PM
what is the native token of Terra Network? Luna or Ust?

**MG**  **Maarten | GT**                                                            5/23/2021, 8:09 PM
LUNA is the governance token/capital asset and UST is one of the stablecoins

**SH**  **Sam Hatley**                                                              5/23/2021, 8:10 PM
Is it possible to reach some one from the terra station wallet app?

**M**  **Makio**                                                                    5/23/2021, 8:10 PM
I tried to stake some Mir, but it request to have Ust to pay fees, I didn't know it was necessary, I expected to pay fees with Luna, how can I buy Ust so? I've some Mir and Luna, is there any Dex for that?

**RO**  **R O**                                                                     5/23/2021, 8:11 PM
new liquidations have stopped over past six hours, but what I don't know is how quickly all of the bLUNA that has foreclosed on gets leaked out / sold off

**D**  **DEX**                                                                      5/23/2021, 8:11 PM
use the swap on station

**U**  **Unknown**                                                                  5/23/2021, 8:11 PM
good point

**SH**  **Sam Hatley**                                                              5/23/2021, 8:12 PM
Anyone know if there is a contact support for terra station wallet?

**IM**  **If you DM me, I will BLOCK you**                                           5/23/2021, 8:12 PM
Simple Jack you are about to get DM'd by every scammer on telegram

**D**  **DEX**                                                                      5/23/2021, 8:13 PM
funny if it was the scammers were the ones complaining about the ust peg

**SH**  **Sam Hatley**                                                              5/23/2021, 8:14 PM
If I forgot to add memo am I screwed?

**MG**  **Maarten | GT**                                                            5/23/2021, 8:14 PM
no, they can fix that

**M**  **Makio**                                                                    5/23/2021, 8:15 PM
oh ok, I am trying, it hasn't connection to Luna wallet extension? It is requesting if I have a ledger to connect

**SH**   **Sam Hatley**                                                                                     5/23/2021, 8:15 PM
Is that a kucoin thing or who?
Trying to reach kucoin is taking ages

**D**   **DEX**                                                                                            5/23/2021, 8:15 PM
not sure how it works with ledger sorry

**MG**   **Maarten | GT**                                                                                  5/23/2021, 8:15 PM
yes, kucoin. basically if you forgot your memo, your tokens are sitting in the kucoin wallet, but they don't know who it
belongs to.

**AM**   **Abhiyender Singh Mahal**                                                                        5/23/2021, 8:16 PM
🙏💙🌿

**M**   **Makio**                                                                                          5/23/2021, 8:16 PM
I don't have a ledger

**SH**   **Sam Hatley**                                                                                    5/23/2021, 8:16 PM
Jesus so this might take me ages to get

**D**   **DEX**                                                                                            5/23/2021, 8:16 PM
u just use chrome extension?

**M**   **Makio**                                                                                          5/23/2021, 8:16 PM
yes

**D**   **DEX**                                                                                            5/23/2021, 8:17 PM
do u have the desktop app

**M**   **Makio**                                                                                          5/23/2021, 8:17 PM
I downloaded now, is it safe to import my seed phrase there?

**D**   **DEX**                                                                                            5/23/2021, 8:17 PM
i did

**D**   **DEX**                                                                                            5/23/2021, 8:17 PM
then the swap will be on there

**M**   **Makio**                                                                                          5/23/2021, 8:17 PM
Ok!

**MG**   **Maarten | GT**                                                                                  5/23/2021, 8:17 PM
if you don't have keyloggers or malware on your computer you should be fine

**M**   **Makio**                                                                                          5/23/2021, 8:18 PM
thanks

**M**   **Makio**                                                                                          5/23/2021, 8:18 PM
I am just concern about Terra Station security, is it from Terra company?

**IM**   **If you DM me, I will BLOCK you**                                                                5/23/2021, 8:18 PM
yes

**MG**   **Maarten | GT**                                                                                  5/23/2021, 8:18 PM
yes

**C**  **CGA**                                                                   5/23/2021, 8:19 PM

If there a LUNA flash crash scenario where the amount of LUNA can't absorb all the UST that's being sold into it? Basically, if UST's market cap > LUNA's market cap and LUNA crashes hard and rapidly, could UST end up being worthless?

We are asked this a lot, but terra isn't collateralized in LUNA. The system prints more LUNA to absorb demand falls in Terra stablecoin. So the arber just needs to swap Terra for LUNA and sell it in the open market to capture arb for the stability mechanism to work. Given he only takes a few seconds of beta risk, he doesn't care how valuable LUNA is as long as it's nonzero.

Resources:

1)
https://medium.com/terra-money/introducing-the-new-terra-protocol-ed4a8fbefe4c

2)
https://agora.terra.money/t/stability-stress-test/55

3) Video explainer:
https://www.youtube.com/watch?v=KqpGMoYZMhY

Role of LUNA

Alongside being a key beneficiary of Terra economic growth and velocity of money on Terra, LUNA is also the asset that ensures the peg of all stablecoins.
So if there is ever a sharp depeg, the downward pressure is born by LUNA which can be exercised using the arbs mechanisms. So the risk essentially is not to price of UST but it is to price of LUNA if there is ever a sell pressure on UST (since it's absorbed by LUNA)

https://t.me/TerraLunaChat/234394

**D**  **DEX**                                                                   5/23/2021, 8:19 PM

it's a legit software

**M**  **Makio**                                                                 5/23/2021, 8:19 PM

right, thank you!

**RO**  **R O**                                                                  5/23/2021, 8:20 PM

Luna $4.55 !

**J**  **Jun**                                                                   5/23/2021, 8:22 PM

Last chance?

**KW**  **Kasper Wisnia**                                                        5/23/2021, 8:23 PM

This is a real project and i just filled my bags. C u in 5 weeks lol

**G**  **GMICap**                                                               5/23/2021, 8:24 PM

as long as UST is pegged.. i will lift all your weak hands!!

**RO**  **R O**                                                                  5/23/2021, 8:24 PM

It took me about 10 days to get my Luna back from KuCoin when I sent it without the memo... they made me pay one service fee and didn't send me the money, and then they asked me for a 2nd service fee!

**T**  **Techguy79**                                                            5/23/2021, 8:24 PM

/p

ust

**C** **CGA**                                                                 5/23/2021, 8:25 PM
Hey the peg will restore. Basically as more and more UST is being burnt on-chain, the on-chain swap spread between LUNA-UST  increases.

As said earlier, the arb loop comes in picture when
UST discount > Swap spread

Given swap spread has increased, so have the deviations. The on-chain spreads restore as time progresses.

As swap spreads will decrease, so will the deviations around the peg

**J** **Jun**                                                                 5/23/2021, 8:25 PM
https://twitter.com/Iluvterraluna/status/1396399463028072449?s=09

**B** **boot**                                                                 5/23/2021, 8:25 PM
Sir do you think its wise to call your network users cockroaches?

**B** **boot**                                                                 5/23/2021, 8:25 PM
Even if ppp leave they have every right to leave

**G** **GMICap**                                                               5/23/2021, 8:25 PM
to be fair, he's calling the fudders roaches which i kinda agree w/

**B** **boot**                                                                 5/23/2021, 8:26 PM
I see

**NE** **Norm E**                                                             5/23/2021, 8:26 PM
Yes

**C** **CGA**                                                                 5/23/2021, 8:26 PM
It's an extreme stress test for UST. We are actively watching and I am positive the peg will be restored.

**SF** **Shaun|TerraAssist| Never DM First**                                   5/23/2021, 8:26 PM
Agreed, once liquidations stop all back to normal.

**NE** **Norm E**                                                             5/23/2021, 8:27 PM
Idk how we can know that when we're not in a bear market it's been like 5 days of shit

**M** **Mig**                                                                 5/23/2021, 8:28 PM
i think this is only a correction 😉

**M** **Mig**                                                                 5/23/2021, 8:28 PM
lol 😉

**T** **Techguy79**                                                           5/23/2021, 8:28 PM
UST still not recovered

**T** **Techguy79**                                                           5/23/2021, 8:28 PM
Meaning more luna emission

**M** **Mig**                                                                 5/23/2021, 8:28 PM
so what ?

**C** **CGA**                                                                 5/23/2021, 8:28 PM

It is working as intended. Which aspect makes you think it isn't working that way?

**U**      **Unknown**      5/23/2021, 8:28 PM

How about you wait for more than 5 seconds for it to correct....

**RO**      **R O**      5/23/2021, 8:28 PM

With 3 days of calm it will be recovered as per the deterministic protocol

**NE**      **Norm E**      5/23/2021, 8:29 PM

I think he's just uneasy about UST taking as long as it is to return to $1

**C**      **CGA**      5/23/2021, 8:29 PM

1)
https://medium.com/terra-money/introducing-the-new-terra-protocol-ed4a8fbefe4c

2)
https://agora.terra.money/t/stability-stress-test/55

3) Video explainer:
https://www.youtube.com/watch?v=KqpGMoYZMhY

Role of LUNA

Alongside being a key beneficiary of Terra economic growth and velocity of money on Terra, LUNA is also the asset that ensures the peg of all stablecoins.
So if there is ever a sharp depeg, the downward pressure is born by LUNA which can be exercised using the arbs mechanisms. So the risk essentially is not to price of UST but it is to price of LUNA if there is ever a sell pressure on UST (since it's absorbed by LUNA)

https://t.me/TerraLunaChat/234394

**M**      **Mig**      5/23/2021, 8:29 PM

in the past UST went down to 0.8$ !

**M**      **Mig**      5/23/2021, 8:29 PM

and what?

**M**      **Mig**      5/23/2021, 8:30 PM

doom and gloom ?

**FL**      **Fat L**      5/23/2021, 8:30 PM

When the demand of Luna goes up, Lunas will be burnt, Luna started within 1 bil supply, the minting is a non-issue and additional burns are meant to ensure it reaches equilibrium of 1b, this is not hyper inflationary

**MG**      **Maarten | GT**      5/23/2021, 8:30 PM

Member Action: pin_message

**RO**      **R O**      5/23/2021, 8:30 PM

Yes it's annoying for all of us but it is how it is programmed to work today, after this episode we can tighten the recovery speed parameters.

**NE**      **Norm E**      5/23/2021, 8:31 PM

Agreed, I think parameters should be tighter to force the peg even it it means less are opportunity

**C**    **CGA**                                                                       5/23/2021, 8:31 PM

He said that it's not just the peg of UST. That's why I wanted to ask.

The deviation will reduce. As more and more UST is being burnt on-chain, the on-chain swap spread between LUNA-UST increases.

As said earlier, the arb loop comes in picture when
UST discount > Swap spread

Given swap spread has increased, so have the deviations. The on-chain spreads restore as time progresses.

As swap spreads will decrease with time, so will the deviations around the peg

**SH**    **Sam Hatley**                  5/23/2021, 8:32 PM

Shit really? This is awful

**NE**    **Norm E**                  5/23/2021, 8:32 PM

Right, I am not worried,  I am looking at proposal 90 though to see if it can provide faster peg normalization

**C**    **CGA**                  5/23/2021, 8:32 PM

Jump has already proposed new liquidity parameters

**U**    **Unknown**                  5/23/2021, 8:32 PM

Why does the swap spread take so long to go down? What would be the downside of having the spread go down faster for example

**SF**    **Shaun|TerraAssist| Never DM First**                  5/23/2021, 8:32 PM

Only thing that gets me out of everything. Is one simple thing. So everyone is being liquidated at 30% (check txs you will see) and any mention of it the reply is ( no profit) but the simple fact is. Avve etc. Is at about 7.5% no instant burn, and people have liquidated 600mil+, but any mention of it here and its aparently not worth it to liquidators currently earning an estimated 15% in a couple of clicks. 😄 oh and 99% of liquidations is going to the one wallet. ( once again check txs) but yeah, if people where actually repaid a fairer amount there would be less liquidations all at once, less luna hitting the market all at once etc. I highly doubt we would be sitting at 4.xx $ right now. If it was differnt.

**C**    **CGA**                  5/23/2021, 8:32 PM

https://agora.terra.money/t/liquidity-parameters-2/1175

**RO**    **R O**                  5/23/2021, 8:33 PM

Well explained

**U**    **Unknown**                  5/23/2021, 8:34 PM

Is that hopium because that doesn't really brim with confidence. We're hoping!

**FL**    **Fat L**                  5/23/2021, 8:34 PM

Has that wallet been shorting Luna too? could explain the sell pressure.

**G**    **Guillaume**                  5/23/2021, 8:35 PM

Why has the swap spread increased ? Why does time help ?

**R**    **revilO{§ = §}$ane ¦ CryptoCrew?**                  5/23/2021, 8:35 PM

Anyone knows how i convert wrapped UST back to ust?

**SF**    **Shaun|TerraAssist| Never DM First**                  5/23/2021, 8:36 PM

Its made millions and millions in profit from getting 15-20% each time. As stated the whole borrowed amount total isnt actually whats being taken from people, its 30% ontop of it ( out of their collateral.)

B | **Brian** | 5/23/2021, 8:36 PM
Mass on-chain redemptions in one way (e.g. UST --> LUNA) inflate the spread as it becomes untenable for mm's to profit from the spread, lowering liquidity, and accelerating moves in a reflexive manner

R | **revilO{§ = §}$ane ¦ CryptoCrew?** | 5/23/2021, 8:38 PM
No o have the erc20 version of ust and want to transform it back to the terra version of ust..
There has to be a bridge somewhere

SF | **Shaun|TerraAssist| Never DM First** | 5/23/2021, 8:38 PM
Being liquidated at say 7.5-20% is a massive differnce to 30%. Less being dumped on the market. (But since liquidators arnt earning 15%+ in seconds) its not feesable to change anything

B | **Brian** | 5/23/2021, 8:38 PM
https://bridge.terra.money/

S | **SunKing** | 5/23/2021, 8:39 PM
Who's jump

V | **VAULT** | 5/23/2021, 8:39 PM
thats really grim

B | **Brian** | 5/23/2021, 8:40 PM
Large market making firm

C | **CGA** | 5/23/2021, 8:40 PM
What you are referring to is the Anchor design

Anchor incentives assume that if real yield < target yield, then incentives will increase algorithmically and will bring more borrowing and if these incentives are not sufficient to get real yield < target yield, then the reserves will be tapped into to make up for the yield.

So the design is working as intended

UST deposits are a different affair. What we have seen is 4-5 days of extreme market bleed- seen over a broader time frame in declining market, I believe that UST deposits in Anchor will increase in a bear market and that will provide a countercyclical support to demand of UST.

RO | **R O** | 5/23/2021, 8:41 PM
Someone explained it to me as follows: The LUNa-UST trading pair via the AMM is like a teeter totter, and it needs to be in balance.  If the relative supply of either LUNA or UST rises relative to the other within the LP (ie the teeter totter is tipped one way or the other b/c of a large amount of buying or selling of one of the two coins in the pair) then the swap spread rises, as per the protocol. The swap-spread is used by the protocol/AMM to protect itself from big orders.

S | **SunKing** | 5/23/2021, 8:41 PM
Oh wait the jump trading firm ? I know that one

C | **CGA** | 5/23/2021, 8:42 PM
The liquidation premium is also a function of the asset in question. The asset in this case is bLUNA that has lower liquidity compared to LUNA. Same with stETH vs ETH

I believe liquidity in staking derivative assets will improve with time and that will be able to bring liquidation premiums down too.

C | **CGA** | 5/23/2021, 8:43 PM
I just explained it above

It's an AMM

https://t.me/TerraLunaChat/288838

**V**       **Vitor**                                                           5/23/2021, 8:43 PM

if anyone could make this exchange of 1 ust for 1usd Luna the ust holders would have more confidence and would not be afraid of the price of the UST being 0.95

**SF**      **Shaun|TerraAssist| Never DM First**                              5/23/2021, 8:43 PM

How will it bring premiums down when its first in best dressed? What person is gonna rush to liquidate someone at 20% when they can automatticaly do it at 30%?

**RD**      **Rico Dc**                                                        5/23/2021, 8:44 PM

@AG_1000
 do we need a memo if we're sending to terra station?

**SF**      **Shaun|TerraAssist| Never DM First**                              5/23/2021, 8:44 PM

No

**C**       **CGA**                                                            5/23/2021, 8:44 PM

That's why the bots arbitrages are now happening at higher deviations now since the swap spread has increased

Once it comes back (as time progresses), deviations in UST peg will reduce too

**RD**      **Rico Dc**                                                        5/23/2021, 8:44 PM

Thanks!

**A**       **Anthony**                                                        5/23/2021, 8:44 PM

Only to exchanges

**F**       **FoomFoom**                                                       5/23/2021, 8:44 PM

it would be pleasant to be able to redelgate Luna to bLuna. of weren't locked into the system one way supporting it coulda been locked in a different way and less pain lol

**RO**      **R O**                                                            5/23/2021, 8:44 PM

This problem would be fixed if we got rid of LUNA as collateral under ANC and replaced it with USDC or BTC as collateral under ANC.

**RO**      **R O**                                                            5/23/2021, 8:45 PM

Once fear of liquidation is gone, ppl won't be afraid to take loans, right?

**F**       **FoomFoom**                                                       5/23/2021, 8:45 PM

such things are the plan I believe  to have many diff tokens as collateral. started with luna is all within own system

**C**       **CGA**                                                            5/23/2021, 8:46 PM

Obviously when I made that comment, I meant everything else constant.

I am saying that the reason the liquidation premium is high in the first place is because of the liquidity in the underlying asset

(We discussed the design yesterday- that's a different thing and I told you that we will change this)
You won't still see a lot of improvement in spread unless liquidity in bAsset is improved

**RO**      **R O**                                                            5/23/2021, 8:46 PM

Yes, it is on the roadmap.  But now that we've had this episode of "loss of trust" we need to make a stronger and more aggressive "fix" I think — just roadmap isn't enough — and then we need to message it to the community actively.

**B**  **baikeri**                                                                   5/23/2021, 8:47 PM
why ust is dump? is anything happen?

**F**  **FoomFoom**                                                                5/23/2021, 8:48 PM
oh I lost money am hurt, but i way plan to go into luna on the next climb up, it has a great return %.... feom this price to 20 almost 4x and expect next ath above 20

**R**  **revilO{§ = §}$ane ¦ CryptoCrew?**                                        5/23/2021, 8:48 PM
Thx.. This was i was looking for

**C**  **CGA**                                                                    5/23/2021, 8:48 PM
That's why we have the reserve.

First of all, any lending borrowing based Defi protocol be it Anchor, Aave or Compound needs borrowing demand.

If borrowing demand remains low, Anchor taps into reserves and increases ANC incentives algorithmically

It is expected that as markets stabilzide, the incentive mechanism will pull in some borrowing demand while the depositors interest will be paid using reserves.

If things don't improve for long, Anchor can move to a floating rate (or even a lower fixed rate range)

Even if we give 8-10 percent yield, we will be ahead of Aave with its 2-3 percent yield on stables. (Anchor will still be the highest interest rate provider)

Question is how is Anchor able to give higher yield on stables compared to Aave or Compound? Where is the Competitive advantage?

That's in bAsset design. We extract yield from collateral which is a staking derivative asset (bETH and not ETH)

Once you understand this, you will understand why Anchor will always be ahead of other Defi protocols

We will have a lot of staking derivative assets like bSOL, bDOT, bETH, bATOM and maybe more which will sprout borrowing demand

**J**  **Jun**                                                                    5/23/2021, 8:48 PM
https://twitter.com/Iluvterraluna/status/1396629132084084736?s=09

**C**  **CGA**                                                                    5/23/2021, 8:49 PM
This has to do with the market price action and Anchor has enough flexibility to deal with this

**RO**  **R O**                                                                   5/23/2021, 8:50 PM
We will have a lot of staking derivative assets like bSOL, bDOT, bETH, bATOM and maybe more which will sprout borrowing demand

❤️🏆🙏✅

**RO**  **R O**                                                                   5/23/2021, 8:51 PM
This is a very smart community, like the best of our generation! 🙂

**U**  **Unknown**                                                               5/23/2021, 8:51 PM
What next. How ust going to be pegged back to a dollar. And why can't you just burn Luna minted

**V**  **Vitor**                                                                  5/23/2021, 8:52 PM
because people think the UST will not go back to 1 and are afraid, so they accept to lose a little bit than to lose more later

**RO**  **R O**                                                                   5/23/2021, 8:52 PM
The protocol will restore the peg within a few days, nothing needs to be done, just a bit of calm weather!

**U**  **Unknown**                                                               5/23/2021, 8:52 PM

What about the minting. How regular is it

**SH**  **Sam Hatley**                                                    5/23/2021, 8:53 PM
Anyone had to deal with kucoin support before? They're hopeless for the live chat

**RO**  **R O**                                                          5/23/2021, 8:53 PM
The protocol mints LUNA to buy back UST and burn it, until price is restored.

**RO**  **R O**                                                          5/23/2021, 8:54 PM
I did email, every 3-4 days they get back to you, you have to keep reminding them, I think they actually want to keep your coins, and intentionally ignore u for a week or 2, that was my experience anyway

**B**   **BJP**                                                          5/23/2021, 8:54 PM
I don't think it's luna tokenomics.  I think it's just people were just leveraged to the tits.

**SH**  **Sam Hatley**                                                    5/23/2021, 8:55 PM
That's so awful. I'll keep emailing them daily then

**C**   **CGA**                                                          5/23/2021, 8:55 PM
There is a recovery period that restores the liquidity and swap spread.

As long as the UST burn rate on-chain are within the limits, the swap spreads are expected to normalise after every recovery period.

The UST burn rates were high initially to protect the peg but as the UST drawdowns subside so the burn rate will subside, so will the spread and so the deviations will go down too

**O**   **OIO**                                                          5/23/2021, 8:55 PM
This supply of "cheap Luna" isn't infinite.

**O**   **OIO**                                                          5/23/2021, 8:56 PM
People don't get that

**SH**  **Sam Hatley**                                                    5/23/2021, 8:57 PM
Did you ever try the live chat?
When tut sent your Luna did you put it as erc-20 from your terra station app or leave it as Luna for the network?

**RO**  **R O**                                                          5/23/2021, 8:57 PM
That's a smart strategy.

**B**   **BadBeard ?**                                                    5/23/2021, 8:59 PM
And again I would prefer juicy airdrop when next protocol is released...for being a strong 💎 staker 😊

**RO**  **R O**                                                          5/23/2021, 8:59 PM
This!  That wormhole can't come soon enough.

**RO**  **R O**                                                          5/23/2021, 8:59 PM
I sent on Terra protocol but simply forgot the memo field.

Also, FYI, they won't deposit the coin to your KuCoin account, all they will do is send back to whatever address it came from.

**M**   **Mig**                                                          5/23/2021, 8:59 PM
hm i cant change ust to luna using swap constant errors

**M**   **Mig**                                                          5/23/2021, 8:59 PM
about spread

**F**  **FoomFoom**                                                        5/23/2021, 9:00 PM
👍

**SH**  **Sam Hatley**                                                     5/23/2021, 9:01 PM
Ahh so they'll send it back to my terra station wallet

**RO**  **R O**                                                            5/23/2021, 9:01 PM
Yep.

**M**  **Mig**                                                             5/23/2021, 9:03 PM
guys here are thinkknig that luna will go to 1k

**O**  **OIO**                                                             5/23/2021, 9:03 PM
Things like harpoon also allow that "cheap Luna" to be closer to the actual market value. The reason the whales were so incentivized was the 30% discount from liquidations.

Harpoon actually allows this to go to the highest bidder , so you can get tighter spread. Instead of 30% discount you will see 10%5% on liquidations . Much better for everyone

**F**  **FoomFoom**                                                       5/23/2021, 9:04 PM
harsh lesson this crash   itll be the first of many this season if it is even a season, crypto entering mainstream. losing now, and teying to get lowest prices yeah sure multiplies big time in long run  but no matter what getting in on new economy/system going world.... i think I for one will be very happy financially in it this year or coming years forever onwarf

**SH**  **Sam Hatley**                                                    5/23/2021, 9:05 PM
I just realized I might have sent it to the wrong address?
When I click on the to address,
It shows someone else's account with 22,000 Luna in it

**SH**  **Sam Hatley**                                                    5/23/2021, 9:05 PM
The from address is mine though

**F**  **FoomFoom**                                                       5/23/2021, 9:05 PM
too many banks, credit like visa and mastercard, etc getting into crypto and even ooerating on various chains. just started. we're here. itll be great later

**F**  **FoomFoom**                                                       5/23/2021, 9:06 PM
inalready got my crying put a couple days ago though. lol. my losses hurt :p

**F**  **FoomFoom**                                                       5/23/2021, 9:06 PM
put = out

**M**  **Mig**                                                            5/23/2021, 9:06 PM
they are entering only because they want to rob you

**M**  **Mig**                                                            5/23/2021, 9:07 PM
🙂

**SH**  **Sam Hatley**                                                    5/23/2021, 9:07 PM
Anyone ever sent Luna to the wrong address before?

**F**  **FoomFoom**                                                       5/23/2021, 9:08 PM
what's new? that's their usual biz. but they are utilizing blockchain tech for it's purpose. visa with xlm for example. ada tapped african governments. luna got a great plan starting mostly east asia

**SH**    **Sam Hatley**                                                                      5/23/2021, 9:09 PM
Hey guys, if I sent Luna to the wrong address ( which is some ones random wallet ) is there any chance I could get it back or message that person? I have there wallet Address and help would be epic

**M**    **Mig**                                                                             5/23/2021, 9:10 PM



*Image: photo_4378@23-05-2021_21-10-42.jpg (43 KB)*

**F**    **FoomFoom**                                                                         5/23/2021, 9:10 PM
i dun think so. but huh, a wallet chat app be cool. add contacts via wallet address

**M**    **Mig**                                                                             5/23/2021, 9:10 PM
i constantly have this error

**SH**    **Sam Hatley**                                                                      5/23/2021, 9:11 PM
Ya would be nice. Well that's a bummer then, just lost loads of Luna to some random dude

**F**    **FoomFoom**                                                                         5/23/2021, 9:11 PM
i dont trust folks not to be greedy, but its help some woth sending to wrong address.may run into a kind individual who return tokens

**EG**    **Erik - Founder UniX Gaming**                                                       5/23/2021, 9:11 PM
@dokwon
pls check dm

**N**    **N**                                                                               5/23/2021, 9:12 PM
You have to adjust your spread limit higher. Default is 0.5% I think

**SH**    **Sam Hatley**                                                                      5/23/2021, 9:12 PM
Would be nice surely they wouldn't be like oh look at this present

**M**    **Mig**                                                                             5/23/2021, 9:12 PM
oon the phone is not possible

**B**    **brix**                                                                            5/23/2021, 9:13 PM
hello guys

**B**    **brix**                                                                            5/23/2021, 9:13 PM
price predicton end of year

**F**   **FoomFoom**                                                           5/23/2021, 9:13 PM

oh you must bebunder 30 yeats old lol. yeah sure they would take and never reply. but. i dont trust people lol

**TD**   **Taster: block scam dm/call**                                        5/23/2021, 9:13 PM

+1

**N**   **N**                                                                  5/23/2021, 9:13 PM

Unfortunately yes. You have to adjust on the desktop app

**M**   **Mig**                                                               5/23/2021, 9:14 PM

thanks

**TD**   **Taster: block scam dm/call**                                        5/23/2021, 9:14 PM

There is another group for trading and price on LUNA. Ask the adm.

**F**   **FoomFoom**                                                           5/23/2021, 9:14 PM

and situationally, most the people in world financially screwed, too tempting to take a freebie for survival

**TD**   **Taster: block scam dm/call**                                        5/23/2021, 9:15 PM

Please do not DM him.... he is not customer service. Post on telegram or discord about the questions or suggestions.

**EG**   **Erik - Founder UniX Gaming**                                        5/23/2021, 9:15 PM

He said dm to me himself

**M**   **Martin ???**                                                        5/23/2021, 9:16 PM

hey guys, where can i go to burn UST for LUNA?

**TD**   **Taster: block scam dm/call**                                        5/23/2021, 9:16 PM

Well... make sure it's the real do .... and if you DM him , then he would be able to see it.... just wait ..

**EG**   **Erik - Founder UniX Gaming**                                        5/23/2021, 9:16 PM

Thanks champ

**TD**   **Taster: block scam dm/call**                                        5/23/2021, 9:17 PM

there are many scammers....

**O**   **OIO**                                                               5/23/2021, 9:18 PM

Right in terra station

**SF**   **Shaun|TerraAssist| Never DM First**                                 5/23/2021, 9:18 PM

Just curious, as for the bidding on liquidations has there been any talk about actually making it bids? Cause all the talk about read Docs. Its in the docs its bidded on, then we find out now its a set price fastest hand wins? Has there been a discussion on that at all?

**AU**   **A B / ki0x - Will not DM u**                                        5/23/2021, 9:19 PM

The other day some 1 msged me. He  even had the coin name spelled wrong i was like. Are you serious 🤣🤣 at least put in the extra effort. Love trolling them
Tho ^^ but yes they are like cockroaches

**B**   **Bbusy**                                                             5/23/2021, 9:19 PM

Is Mirror indirectly connected and effected by Luna?

**AU**   **A B / ki0x - Will not DM u**                                        5/23/2021, 9:20 PM

Or mosquito/ fruit flies, dno what is worse tbh 🤣

**J**   **Jun**                                                               5/23/2021, 9:21 PM

https://twitter.com/Iluvterraluna/status/1396637256912302083?s=09

---

**R**   **River ?** 🌐   **to 100$**                                                 5/23/2021, 9:22 PM

I have a question, you said, Luna was printed by system to absorb UST. When will it printed ? Is in the manual ?
And Luna is max supply at 1,000 M, how the system print ?

I try to understand. Thank you.

---

**F**   **FoomFoom**                                                                 5/23/2021, 9:22 PM

i'd imagine so. ust peg and luna relationship for one. also luna stakers get mir drops

---

**A**   **Andrew**                                                                   5/23/2021, 9:22 PM

Curious as to where my undelegated luna are right now?

---

**A**   **Andrew**                                                                   5/23/2021, 9:22 PM



*Image: photo_4379@23-05-2021_21-22-56.jpg (41 KB)*

| | | |
|---|---|---|
| A | **Andrew** | 5/23/2021, 9:23 PM |



*Image: photo_4380@23-05-2021_21-23-00.jpg (50 KB)*

| | | |
|---|---|---|
| A | **Andrew** | 5/23/2021, 9:23 PM |

As you see they aren't showing up but the transaction is

| | | |
|---|---|---|
| F | **FoomFoom** | 5/23/2021, 9:23 PM |

21 day hols

| | | |
|---|---|---|
| F | **FoomFoom** | 5/23/2021, 9:23 PM |

hold even, when unstake

| | | |
|---|---|---|
| A | **Andrew** | 5/23/2021, 9:23 PM |

They usually say undelegated

| | | |
|---|---|---|
| A | **Andrew** | 5/23/2021, 9:23 PM |

They don't now

| | | |
|---|---|---|
| F | **FoomFoom** | 5/23/2021, 9:24 PM |

no i am not a dm

| | | |
|---|---|---|
| B | **BadBeard ?** | 5/23/2021, 9:24 PM |

It will show when 21 days has passed

| | | |
|---|---|---|
| F | **FoomFoom** | 5/23/2021, 9:24 PM |

it should show undelegated luna with wait time i  the staking screen

| | | |
|---|---|---|
| F | **FoomFoom** | 5/23/2021, 9:25 PM |

it will not show in wallet itself

| | | |
|---|---|---|
| F | **FoomFoom** | 5/23/2021, 9:25 PM |

not aure about mobile version but terra station desktop should show all delegated/undelegated

| | | |
|---|---|---|
| F | **FoomFoom** | 5/23/2021, 9:27 PM |

the ui for seeing undelegated as I recall can be improved. been a while since ubdelegatwd so forget exactly where see it cept someqhere on delegatuon/staking screen at top, oe used to be

| | | |
|---|---|---|
| C | **CGA** | 5/23/2021, 9:27 PM |

It will show you time stamp of undelegation and then you need to wait for 21 days to receive those LUNA in your wallet

It shows undelegated LUNA number

M   **Milzy**                                                    5/23/2021, 9:28 PM



*Image: photo_4381@23-05-2021_21-28-02.jpg (46 KB)*

M   **Milzy**                                                    5/23/2021, 9:28 PM

Should be like this

F   **FoomFoom**                                                 5/23/2021, 9:28 PM

i drink and smoke pot too much and sometimes flip out 😉 also, are they hiring?

D   **darvinder**                                               5/23/2021, 9:28 PM

Yes

B   **Bbusy**                                                    5/23/2021, 9:29 PM

What are you talking about. I want to ask you a question about Luna that might not be appropriate here

D   **darvinder**                                               5/23/2021, 9:29 PM

Dudes he's asking to dm lmao

F   **FoomFoom**                                                 5/23/2021, 9:30 PM

im not part of luna team thpugh so if is technical i will not have best answer, and id is financial advice i'm not a pro my backgrpubd is programming

M   **Mig**                                                     5/23/2021, 9:31 PM

0.95$ for ust

M   **Mig**                                                     5/23/2021, 9:31 PM

not bad

SH  **Sam Hatley**                                               5/23/2021, 9:32 PM

Just figured out I sent my Luna to a  random terra  wallet.. any chance elf getting it back you guys think? Is there a way to contact someone via there wallet address?

D   **darvinder**                                               5/23/2021, 9:32 PM

Look for aayush man he helps a lot

**M**  **Mig**                                                         5/23/2021, 9:32 PM
that's the end my friend. I'm really sorry for you...

**M**  **Mig**                                                         5/23/2021, 9:33 PM
worst possible scenerio 🙁

**SH**  **Sam Hatley**                                                 5/23/2021, 9:33 PM
I figured but was hopeful. Oh well I guess. Whoever received my Luna i hope you enjoy

**SH**  **Sam Hatley**                                                 5/23/2021, 9:34 PM
What if I posted his wallet address in here?

**SS**  **Sam Sepiol**                                                 5/23/2021, 9:34 PM
Any polish 🇵🇱 Lunatics here ?- join our group

https://t.me/Lunatycy

**M**  **Mig**                                                         5/23/2021, 9:34 PM
how much did you sent?

**MG**  **Maarten | GT**                                               5/23/2021, 9:34 PM
that would be doxxing your own wallet, and the chance of it belonging to a real person is very very very small

**M**  **Mig**                                                         5/23/2021, 9:35 PM
you can post it but it will not help probably

**IK**  **Iiiiik Kkkkippp**                                            5/23/2021, 9:35 PM
You can send them another Luna with a message to send all your Luna back.

**MG**  **Maarten | GT**                                               5/23/2021, 9:35 PM
did you copy the address from somewhere or did you type it wrong

**D**  **darvinder**                                                   5/23/2021, 9:35 PM
please dont do that

**SH**  **Sam Hatley**                                                 5/23/2021, 9:35 PM
150 Luna

**M**  **Mig**                                                         5/23/2021, 9:36 PM
It's better to have it than lose it

**M**  **Mig**                                                         5/23/2021, 9:36 PM
maybe this guy actually need it,

**M**  **Mig**                                                         5/23/2021, 9:36 PM
you never know, treat this like charity gift

**M**  **Mig**                                                         5/23/2021, 9:36 PM
🙂

**CF**  **CJ ? | GT (will not dm first)**                              5/23/2021, 9:37 PM
can the price of
$LUNA
 reach 0 in extreme scenarios?

SH    **Sam Hatley**                                                       5/23/2021, 9:37 PM
I copied the address from kucoin but put terra instead of erc20 for the wallet address

SH    **Sam Hatley**                                                       5/23/2021, 9:38 PM
This is a good idea

MG    **Maarten | GT**                                          5/23/2021, 9:38 PM
hmm

C    **CGA**                                                          5/23/2021, 9:38 PM
No

M    **Mig**                                                          5/23/2021, 9:38 PM
thanks

MG    **Maarten | GT**                                          5/23/2021, 9:38 PM
can you DM me the transaction. all might not be lost

G    **Guillaume**                                           5/23/2021, 9:39 PM
« As the UST drawdowns subside so the burn rate will subside so the burn rate will subside, so will the spread and so the deviations will go down » this sounds like « it needs to get better for it to get better » but maybe I'm missing something. Why is it a necessity that UST drawdowns would « subside » ?

SH    **Sam Hatley**                                                       5/23/2021, 9:40 PM
Just wrote you

S    **SunKing**                                              5/23/2021, 9:40 PM
can anyone addresss this concern?
https://twitter.com/aklamun/status/1396615719228424196?s=21

IK    **Iiiiik Kkkkippp**                                        5/23/2021, 9:40 PM
Doesn't never need to be a Luna. Just some KRT or something. But they would have to read it.

CM    **Crypto Machine**                                      5/23/2021, 9:41 PM
just bought the dip $4.26 damm this coin is way oversold

LA    **lysium Alpha**                                        5/23/2021, 9:44 PM
Market takeoff now

D    **darvinder**                                            5/23/2021, 9:44 PM
huh really feel like buying

BP    **Bitcoin Papi**                                           5/23/2021, 9:45 PM
Has the team reassured anyone about UST peg?

SH    **Sam Hatley**                                                      5/23/2021, 9:46 PM
Just did hope it works

IK    **Iiiiik Kkkkippp**                                        5/23/2021, 9:47 PM
Did you look at their wallet? Do they have some funds in there? Like it's an active wallet?

SH    **Sam Hatley**                                                      5/23/2021, 9:47 PM
Super active wallet

**SH**   **Sam Hatley**                               5/23/2021, 9:47 PM

Dude has already used up 10k today

**IK**   **Iiiiik Kkkkippp**                  5/23/2021, 9:48 PM

Cool hopefully it works. I would personally send them back and there are a lot of good people in the Luna community

**M**   **Mig**                              5/23/2021, 9:48 PM


*Image: photo_4382@23-05-2021_21-48-20.jpg (120 KB)*

**MG**   **Maarten | GT**                5/23/2021, 9:48 PM

its kucoin, I responded to your DM

**F**   **FoomFoom**                     5/23/2021, 9:48 PM

yes of courae. all crypto and anyth8ng can if aociety says ef that and doesnr use it

**MG**   **Maarten | GT**                5/23/2021, 9:49 PM

LUNA isn't lost

**M**   **Mig**                              5/23/2021, 9:49 PM

this chart... is like wow...

**M**   **Mig**                              5/23/2021, 9:49 PM

nice play...

**G**   **Ghostrock**                     5/23/2021, 9:49 PM

Hope it recover atleast half of that in short term

**F**   **FoomFoom**                     5/23/2021, 9:50 PM

so long as anyone has any energy (in this case money) in luna then no wont be 0

**M**   **Mig**                              5/23/2021, 9:50 PM

I don't think so

**IK**   **Iiiiik Kkkkippp**                  5/23/2021, 9:50 PM

Not at all. Luna in a couple years, imagine. Lots of project lots of drops. I love pleasing with the couple apps now. Can't wait to have much more to play with. Only thing that concerns me is the UST price. Gonna watch and see how it plays out

**M**   **Mig**                              5/23/2021, 9:51 PM

UST is alright

**MG**   **Maarten | GT**                5/23/2021, 9:51 PM

Oh I was responding to the guy that presumably lost his LUNA haha. he just send them to kucoin without the memo

M   **Mig**                                                              5/23/2021, 9:51 PM
    i think

IK  **Iiiiik Kkkkippp**                                                  5/23/2021, 9:51 PM
    Oh lol

F   **FoomFoom**                                                         5/23/2021, 9:54 PM
    actually the other way too. imagine luna's price is infinity. itll bw zero because impractical and unuseable to humans. if
    infinite then even its smallest unit is infinite, cant trade infinity. or even plain too higj a valuez same with btc or a us dollar if
    ita woeth too high its useless

F   **FoomFoom**                                                         5/23/2021, 9:54 PM
    sorey typoes. if its worth is too high its becomes worthless/pointless

F   **FoomFoom**                                                         5/23/2021, 9:55 PM
    so ya the two extremes of 0 and infinity are there

F   **FoomFoom**                                                         5/23/2021, 9:56 PM
    probably other sweet spots and anti sweet spots between

S   **SunKing**                                                          5/23/2021, 9:56 PM
    yea the tokenomics make that if we rise we rise faster but if we dump it goes the same way

F   **FoomFoom**                                                         5/23/2021, 9:56 PM
    ya may change if
    crypto.is
     larger cut of world finance

F   **FoomFoom**                                                         5/23/2021, 9:57 PM
    as is the draw to 0 in all crypto really strong. if make money in crypto.people cash out. insta energy/value withdrawn from
    the system

F   **FoomFoom**                                                         5/23/2021, 9:58 PM
    that btc price black hole at 60k to cashed out, well, we experiencing it now

R   **revilO{§ = §}$ane ¦ CryptoCrew?**                                  5/23/2021, 9:59 PM
    So I used the bridge and the tx on the eth side went through but I didn't receive any istin my terra wallet by now..
    Did I do something wrong?

R   **revilO{§ = §}$ane ¦ CryptoCrew?**                                  5/23/2021, 9:59 PM



Image: photo_4383@23-05-2021_21-59-08.jpg (176 KB)

**F**  **FoomFoom**                                                      5/23/2021, 9:59 PM

imagine one satoshi is 60k. who gonna use btc for any day to day trading? itll defeat its own puporse as a unit of exchange

**J**  **JJ**                                                           5/23/2021, 9:59 PM

🐳 whale alert

**R**  **revilO{§ = §}$ane ¦ CryptoCrew?**                               5/23/2021, 10:00 PM

OK.. I saw the wrapped ust went to a 00000 burning adress

**F**  **FoomFoom**                                                     5/23/2021, 10:00 PM

but designed to take in all capital as possible. really wants an equilibrium where all parts equal all other parts which is 0 and everything

**U**  **Unknown**                                                      5/23/2021, 10:00 PM

G'day! All right?

**F**  **FoomFoom**                                                     5/23/2021, 10:01 PM

which. as a math person. ok by me since all numbers are relarive anyway, equilibriums can be found

**F**  **FoomFoom**                                                     5/23/2021, 10:02 PM

1 apple is not equal in all respecrs to all other 1 apples. diff size, shape, qhatwver. a number is a description and 0s and infinitismals are prolific

**R**  **revilO{§ = §}$ane ¦ CryptoCrew?**                               5/23/2021, 10:02 PM

OK.. I'm used to terra being very fast 😊
But the screen shot looking good?
Not like I sent the wrapped erc20 ust  to my terra wallet into the void 🙁

**O**  **OIO**                                                          5/23/2021, 10:03 PM

Anybody else love the idea of dangling liquidations to all those bsc degens through harpoon

**R**  **revilO{§ = §}$ane ¦ CryptoCrew?**                               5/23/2021, 10:03 PM

Lol.. I'm was a shrimp a few weeks ago

**R**  **revilO{§ = §}$ane ¦ CryptoCrew?**                               5/23/2021, 10:03 PM

I was pretty much all in luna

D  **desimulator01**                                                    5/23/2021, 10:04 PM
   wen airdrop

R  **revilO{§ = §}$ane ¦ CryptoCrew?**                                  5/23/2021, 10:04 PM
   Now I'm only a big mean plankton

R  **revilO{§ = §}$ane ¦ CryptoCrew?**                                  5/23/2021, 10:05 PM
   Nice went through 😊

RO  **R O**                                                             5/23/2021, 10:06 PM
    Yes as soon as the peg is restored we will be back at $10 LuNa

HG  **Henry Hill (The Gambler)**                                        5/23/2021, 10:06 PM
    Hello, what's the utility of the Luna token?

HG  **Henry Hill (The Gambler)**                                        5/23/2021, 10:07 PM
    And why is it so much dumping? Any fud?

F  **FoomFoom**                                                         5/23/2021, 10:07 PM
   hell luna can go negative if gotta owe more in debt to founders and projects agrred upon

SK  **Santosh Kathiravan**                                              5/23/2021, 10:08 PM



*Image: photo_4384@23-05-2021_22-08-05.jpg (87 KB)*

SK  **Santosh Kathiravan**                                              5/23/2021, 10:08 PM



*Image: photo_4385@23-05-2021_22-08-11.jpg (126 KB)*

**S**   **Sunil**                                                                          5/23/2021, 10:08 PM
Dang, the downspiral probably was not accounted for?

**A**   **Anthony**                                                                       5/23/2021, 10:09 PM



*Image: animation (16).gif.mp4_thumb.jpg (5 KB)*

*Attachment: animation (16).gif.mp4 (26 KB)*

**S**   **Sunil**                                                                          5/23/2021, 10:09 PM
Still ill hodl lol

**SC**  **Satria | GT Capital**                                                           5/23/2021, 10:09 PM
man y'all just gotta relax

**D**   **Dhonz**                                                                         5/23/2021, 10:09 PM
When other coin rebound, LUNA still down

**SC**  **Satria | GT Capital**                                                           5/23/2021, 10:09 PM
terra isn't going anywhere

**F**   **FoomFoom**                                                                      5/23/2021, 10:09 PM
not a rwal negative, the vakue/money goes somewhere, but a negative as far as ecosystem concerned. again though that
teuw od.many things not exclusive to luna. i think luna ecosystem wilk be net positive, so am i  it

**F**   **FoomFoom**                                                                      5/23/2021, 10:10 PM
omg even i cant read what i typed

**P**   **Pierre**                                                                        5/23/2021, 10:10 PM
Yes

**S**   **SunKing**                                                                       5/23/2021, 10:10 PM
In my opinion if enough people suddenly lose confidence in UST it could cause hyperinflation. I have no idea how likely
this is but I would not feel comfortable holding UST right now for 18% apy when there is a legitimate risk it goes to 0., is
this possible?

**F**   **FoomFoom**                                                                      5/23/2021, 10:10 PM
gist is if ask for extremes the extremes are real, yes

**F**   **FoomFoom**                                                                      5/23/2021, 10:10 PM
unlikely, but real

**F**   **ftv**                                                                           5/23/2021, 10:11 PM
love the thorchain people. good people

**FA**    **Felix A**                                           5/23/2021, 10:11 PM

Because UST is still off peg. Sell pressure for LUNA

**F**    **FoomFoom**                 5/23/2021, 10:11 PM

me too! so sad i was in a position to sell my rune to save anc loan

**F**    **FoomFoom**                 5/23/2021, 10:12 PM

i pickwd luna over rune. hurtful

**V**    **Vini**                 5/23/2021, 10:12 PM

when UST is off its peg, if you hold any other stable coin like USDT,BUSD etc, just swap for UST. meaning you get more UST !

**F**    **ftv**                 5/23/2021, 10:12 PM

oh man. that's tough. i'm sorry.

**S**    **SunKing**                 5/23/2021, 10:13 PM

some1 respond is bank run possible in UST system?

**F**    **FoomFoom**                 5/23/2021, 10:13 PM

what i had available i wallets i have. sigh. ill buy back i  rune qhen can love the projecr and the team

**P**    **Papi**                 5/23/2021, 10:14 PM

https://agora.terra.money/t/stability-stress-test/55

**HG**    **Henry Hill (The Gambler)**                 5/23/2021, 10:14 PM

Can someone explain to me what is happening with Luna? Please

**F**    **FoomFoom**                 5/23/2021, 10:15 PM

opportunity 😕

**GD**    **gorgeous danton**                 5/23/2021, 10:15 PM

the price went down buddy

**M**    **mustardmania**                 5/23/2021, 10:15 PM

That is a great point.  If you believe peg will be restored, just swapping USDT for UST on Kucoin is a super arb rn.

**HG**    **Henry Hill (The Gambler)**                 5/23/2021, 10:16 PM

I know I just bought 3k luna but any additional reason for this dump ( fud, hack Idk ?)

**LG**    **Lenin Govea**                 5/23/2021, 10:16 PM

To restore peg more Luna will be minted, hence price will keep going down

**SH**    **Sam Hatley**                 5/23/2021, 10:16 PM

See DM

**M**    **Martin ???**                 5/23/2021, 10:17 PM

guys, sorry dumb question but where is the burn function in TErra Station to burn UST for LUNA?

**LG**    **Lenin Govea**                 5/23/2021, 10:17 PM

Right?

**LG**    **Lenin Govea**                 5/23/2021, 10:17 PM

You can swap it there

**F**    **FoomFoom**                 5/23/2021, 10:17 PM

well look at btc chart and overall arc/hump..., notice the double dip crashe down coi xide with arcs/circles,and btc used as the basic for all crypro as is

**F**  **FoomFoom**                                                                                  5/23/2021, 10:18 PM

luna gettung hit harder as it jump fast and never made as many stable gravitational buy points above 1 dollar as other currencies did

**HG**  **Henry Hill (The Gambler)**                                                                 5/23/2021, 10:18 PM

What's this story with peg? 😄

**LG**  **Lenin Govea**                                                                              5/23/2021, 10:19 PM

I'm no expert but I remember watching a video explaining the mecahnics

**F**  **FoomFoom**                                                                                  5/23/2021, 10:19 PM

so when btc pulled market down far enough, luna with it, luna floor prices are strong far and few between

**F**  **FoomFoom**                                                                                  5/23/2021, 10:20 PM

but, they are strong, meaning recovery should be in nice huge spurts

**B**  **BJP**                                                                                       5/23/2021, 10:20 PM

This is a super interesting situation.  I don't think UST will lose its peg this time around tbh.  This is a great stress test, however.  There was massive price decline in LUNA (caused by cascading liquidations) without a corresponding increase in demand for UST.  Hope the team is working on a solution here.  I think they will!  Team has been solid thus far.

**MS**  **mushroom soup**                                                                            5/23/2021, 10:20 PM

The solution is mcap. Nth can guarantee value without mcap.

**F**  **FoomFoom**                                                                                  5/23/2021, 10:21 PM

so long as there are enough holders at higher prices acting as gravitas... im not a whale but i got luna all through 6 usd and 18 usd and staked / held

**M**  **Martin ❓❓❓**                                                                              5/23/2021, 10:21 PM
i want to burn UST and mint LUNA, not buy at market price

**F**  **FoomFoom**                                                                                  5/23/2021, 10:21 PM

that acts a groove for the peice to travel along

**F**  **FoomFoom**                                                                                  5/23/2021, 10:22 PM

price to travel even

**F**  **FoomFoom**                                                                                  5/23/2021, 10:23 PM

or like warps on a 2d or 3d surface sinking into them if prefer.

**C**  **CryptoJoker**                                                                               5/23/2021, 10:24 PM

https://twitter.com/THORChain/status/1396643480311451648?s=19

**F**  **FoomFoom**                                                                                  5/23/2021, 10:24 PM

er depressions, warp may give isea of telepoet. which is possible too if aomeone sell that money straight to 0 outaa da system

**C**  **CryptoJoker**                                                                               5/23/2021, 10:24 PM

Thorchain supports LUNA

**K**  **KnifeOfPi**                                                                                 5/23/2021, 10:24 PM

by swapping in station you are minting LUNA and burning UST. Do confirmed this to me here before when i had the same question

**L**

**Lunahold**    5/23/2021, 10:24 PM

So anchor became the system's worst enemy

**L**

**Lunahold**    5/23/2021, 10:25 PM

Borrow

**B**

**BJP**    5/23/2021, 10:28 PM

If LUNA and UST make it through this shithole, they'll be the stronger than ever in the next bull run (or in the continuation of the current bull run).  We need problems like this.

**K**

**KnifeOfPi**    5/23/2021, 10:30 PM

95 cents? wow

**SM**

**Sergei Max**    5/23/2021, 10:30 PM

Damn Luna doing a lot worse

**SM**

**Sergei Max**    5/23/2021, 10:31 PM

Than most alts

**SC**

**Satria | GT Capital**    5/23/2021, 10:31 PM

yea problems like these brings theory into action and allows the team to readjust as necessary

**SM**

**Sergei Max**    5/23/2021, 10:31 PM

What problems

**SM**

**Sergei Max**    5/23/2021, 10:31 PM

Any reason why Luna dumping harder

**SC**

**Satria | GT Capital**    5/23/2021, 10:31 PM

the market going down

**K**

**KnifeOfPi**    5/23/2021, 10:31 PM

really?



Image: photo_4386@23-05-2021_22-31-25.jpg (33 KB)

**SM**

**Sergei Max**    5/23/2021, 10:31 PM

Than other alts?

**B**

**BJP**    5/23/2021, 10:31 PM

A lotta FUD about stablecoin peg

**SM**  **Sergei Max**                                                                      5/23/2021, 10:32 PM
Thought that ust peg did well

**SM**  **Sergei Max**                                                                      5/23/2021, 10:32 PM
And was pretty stable

**SC**  **Satria | GT Capital**                                                            5/23/2021, 10:32 PM
which i don't get lol it will get it's peg back and for an algo stablecoin the peg was quite stable

**SM**  **Sergei Max**                                                                      5/23/2021, 10:32 PM
So it lost it's peg?

**K**  **KnifeOfPi**                                                                        5/23/2021, 10:32 PM
i mean its underperforming FEI right now...


*Image: photo_4387@23-05-2021_22-32-34.jpg (52 KB)*

**哈哈**  **哈 哈**                                                                          5/23/2021, 10:32 PM
we  lost  70%

**SM**  **Sergei Max**                                                                      5/23/2021, 10:34 PM
Damn

**SM**  **Sergei Max**                                                                      5/23/2021, 10:34 PM
Ust is doing worse

**SM**  **Sergei Max**                                                                      5/23/2021, 10:34 PM
Than all sgablecoins

**M**  **Mo**                                                                              5/23/2021, 10:34 PM
If you do, make sure you not use any space between the words, i couldnt transfer my luna from binance to terrastation
using a memo with space between

**F**  **Florent**                                                                         5/23/2021, 10:34 PM
I buy the DIP after -50%, then -70% in more 😭😭😭😭

**F**  **Florent**                                                                         5/23/2021, 10:35 PM
The worst move of my all life

**QT**  **Question That**                                                                   5/23/2021, 10:35 PM
/p
 ust

**M**  **Mig**                                                                             5/23/2021, 10:35 PM
you was buying luna dip? Lol 😀

**F**  **Florent**                                                                         5/23/2021, 10:35 PM
Yes 😊

**M**  **Mig**                                                    5/23/2021, 10:36 PM
dip that is dipping oh my god 🙂

**HQ**  **Hello ? ศิษย์จาน qiU_Uip**                                5/23/2021, 10:37 PM
You are braveman

**U**  **Unknown**                                                5/23/2021, 10:37 PM
Hello guys, I see the price so down, some bad news for Luna or just because Bitcoin crash ?

**L**  **Legomakers**                                             5/23/2021, 10:37 PM
Luna absorbs market volatility, it makes sense for it to go down harder because it's being minted to support the peg, while also having sell pressure from the market/liquidations

**S**  **SunKing**                                                5/23/2021, 10:37 PM
lol why we the only one doing bad

**N**  **Nash-node**                                              5/23/2021, 10:38 PM
Only if UST loses its peg. If not even if you bought at 22 you'll profit in few years. Because of cascading effect

**S**  **ScrtLuna**                                               5/23/2021, 10:38 PM
Buy the UST dip, let's get this peg back

**S**  **SunKing**                                                5/23/2021, 10:38 PM
what cascading effect?

**S**  **SunKing**                                                5/23/2021, 10:38 PM
guys buy UST!! Pump it it to 1$

**M**  **Mig**                                                    5/23/2021, 10:38 PM
why profit in few years if you can profit in few months

**N**  **Nash-node**                                              5/23/2021, 10:39 PM
Yeah in wors case it can be years

**F**  **FoomFoom**                                               5/23/2021, 10:39 PM
but it rise fast every "clear" zone. gonna do my main dump in low luna. yum

**F**  **Florent**                                                5/23/2021, 10:39 PM
It's what I understand now, but when the market make -50%, is it sustainable to do worst ?

**M**  **Mig**                                                    5/23/2021, 10:39 PM
you need to buy luna "dip" for that lol 🙂

**F**  **FoomFoom**                                               5/23/2021, 10:39 PM
gets up to 16 again that may be around x4

**PL**  **Perfect Legato**                                        5/23/2021, 10:40 PM
easy 4x yeah. Didn't a lot of people wish for a dirt cheap luna back in March?

**SG**  **Some Guy**                                              5/23/2021, 10:40 PM
Hey guys if you're worried about why the market is dumping this video explains it.
shorturl.at/cBGIP

**PL**   **Perfect Legato**                                                    5/23/2021, 10:40 PM
now is your second chance 😉

**S**   **ScrtLuna**                                                           5/23/2021, 10:40 PM
Buy the UST dip first and the Luna will rise

**N**   **Nash-node**                                                          5/23/2021, 10:41 PM
Yeah could be. Price is bound to go up in bill market the same way it's going down now

**M**   **Mig**                                                               5/23/2021, 10:41 PM
I think about it like that especialy that i sold at 16

**M**   **Mig**                                                               5/23/2021, 10:41 PM
what I  bought at 3 4 and 6

**M**   **Mig**                                                               5/23/2021, 10:41 PM
😀

**F**   **FoomFoom**                                                          5/23/2021, 10:41 PM
ya like me wished lol. startwd buying crypro only in feb. i studied. chose luna as main. watch it go from 2 to 8 dollars while
waiting to get verified.on wxchanges. so frustrating then

**F**   **FoomFoom**                                                          5/23/2021, 10:42 PM
much fomo. i coulda make 4x then when wanted in!

**LE**   **Làm lại Từ đầu với EOS**                                           5/23/2021, 10:42 PM
Why dump

**LE**   **Làm lại Từ đầu với EOS**                                           5/23/2021, 10:42 PM
I buy 16

**LE**   **Làm lại Từ đầu với EOS**                                           5/23/2021, 10:42 PM
Huhu

**N**   **Nash-node**                                                          5/23/2021, 10:42 PM
Check the Do's tweet

**PL**   **Perfect Legato**                                                    5/23/2021, 10:42 PM
high volatility. If you can endure it, it'll go up fast too. I'm getting more ust first 🙂

S   **SunKing**                                                               5/23/2021, 10:42 PM
so do we go to 100$ this year

**M**   **Mig**                                                               5/23/2021, 10:43 PM
1k

**M**   **Mig**                                                               5/23/2021, 10:43 PM
lol

SC   **Satria | GT Capital**                                                  5/23/2021, 10:44 PM
100 is programmed

**N**   **Nash-node**                                                          5/23/2021, 10:44 PM
Depends on Mcap we meet at the end of year and market conditiond

S   **SunKing**                                                               5/23/2021, 10:44 PM
100 cent or 100$

**S**  **Sunil**                                                5/23/2021, 10:44 PM
Hahahaha

**M**  **Mig**                                                  5/23/2021, 10:44 PM
1$ in current  situation

**M**  **Mig**                                                  5/23/2021, 10:44 PM
🙂

**N**  **Nash-node**                                            5/23/2021, 10:45 PM
Yes. Just learned it yesterday.

**GL**  **G.O.T.I LUCAS**                                       5/23/2021, 10:45 PM
How come suddenly drop so much ? What happen ?

**TL**  **Travels A Lot**                                       5/23/2021, 10:46 PM


*Image: photo_4388@23-05-2021_22-46-25.jpg (55 KB)*

**TL**  **Travels A Lot**                                       5/23/2021, 10:46 PM



*Image: photo_4389@23-05-2021_22-46-26.jpg (48 KB)*

**Travels A Lot**                                                                    5/23/2021, 10:46 PM



*Image: photo_4390@23-05-2021_22-46-26.jpg (48 KB)*

**Travels A Lot**                                                                    5/23/2021, 10:46 PM



*Image: photo_4391@23-05-2021_22-46-27.jpg (48 KB)*

**TL**  **Travels A Lot**                                                       5/23/2021, 10:46 PM
Gonna be ok

**N**  **Nash-node**                                                            5/23/2021, 10:46 PM
No longer looking at the Luna price. As long as it's not 0 and UST peg is stable our money won't be lost.

**S**  **SunKing**                                                              5/23/2021, 10:46 PM
https://twitter.com/smartcontracter/status/1396658516824264706?s=21

**SC**  **Satria | GT Capital**                                                 5/23/2021, 10:47 PM
@all the people complaining about UST

**M**  **Mig**                                                                  5/23/2021, 10:47 PM
guys were talking that it will go to 1k $ so market showed everybody what he is thinking about that 🙂

**GL**  **G.O.T.I LUCAS**                                                       5/23/2021, 10:48 PM
It drop so drastically

**GL**  **G.O.T.I LUCAS**                                                       5/23/2021, 10:48 PM
😔

**M**  **Mig**                                                                  5/23/2021, 10:48 PM
actually nice to see some big EGO's guys here smashed like that. For the rest normal people i'm sorry

**SC**  **Satria | GT Capital**                                                 5/23/2021, 10:48 PM
yes bro like the whole market too

**TM**  **terra mir**                                                           5/23/2021, 10:48 PM
11

**GL**  **G.O.T.I LUCAS**                                                       5/23/2021, 10:48 PM
Yeah damn it

**DH**  **doo Ho**                                                              5/23/2021, 10:49 PM



**Simon Seojoon Kim**
@seojoonkim

Crypto's advantage is that it collects huge financial energy from global liquidity, but the price it incurs is not always proportional to its fundamentals.

@hashed_official didn't sell a single $Luna during this bear market and still support @terra_money's long-term vision.

Crypto의 장점은 글로벌 유동성에서 막대한 재정적 에너지를 수집하지만 발생하는 가격이 항상 기본에 비례하지는 않는다는 것입니다.
@hashed_official 단 하나도 팔지 않았다$Luna 이 약세 시장 동안 여전히 지원@terra_money 의 장기 비전.

오전 11:16 · 2021. 5. 24. · Twitter Web App

Image: photo_4392@23-05-2021_22-49-06.jpg (116 KB)

| | | |
|---|---|---|
| **M** | **Mig** | 5/23/2021, 10:49 PM |
| | I think it was really good actually, because for some guys here, the bigger the price the bigger Ego | |
| **SC** | **Satria | GT Capital** | 5/23/2021, 10:49 PM |
| | everyone's been wanting a dip, here is the dip | |
| **M** | **Mig** | 5/23/2021, 10:49 PM |
| | oh nice post | |
| **BN** | **Bruno Nogueira** | 5/23/2021, 10:50 PM |
| | So far 😅 | |
| **DH** | **doo Ho** | 5/23/2021, 10:50 PM |
| | 😒 | |



Image: sticker (96).webp_thumb.jpg (5 KB)

Attachment: sticker (96).webp (34 KB)

| | | |
|---|---|---|
| **N** | **Nash-node** | 5/23/2021, 10:51 PM |
| | Does anyone know how long a market dip like this last generaly. I mean the ovaral crypto market? | |
| **U** | **Unknown** | 5/23/2021, 10:51 PM |
| | No one can know | |
| **TK** | **Taek Kwon** | 5/23/2021, 10:53 PM |
| | Anchor def need better design and structure | |

**O**  **OIO**                                                                  5/23/2021, 10:53 PM
Big time . Many chains do

**N**  **Nash-node**                                                            5/23/2021, 10:53 PM
That's Bad

**TK**  **Taek Kwon**                                                           5/23/2021, 10:54 PM
It's all about liquidation game now 😔

**TK**  **Taek Kwon**                                                           5/23/2021, 10:54 PM
Not reliable enough

**C**  **CryptoJoker**                                                          5/23/2021, 10:54 PM
We got your back

Looking forward to the UST peg recovery soon

**TK**  **Taek Kwon**                                                           5/23/2021, 10:55 PM
Although I wonder if auto-repay and ozone adds more value or more complication

**PD**  **Poom | I will Never DM**                                              5/23/2021, 10:55 PM
Any plan?

**C**  **CryptoJoker**                                                          5/23/2021, 10:56 PM
Thorchain will manufacture thorsynths

At a collateral ratio of 80 pc

And use that to buy up as many Luna as possible

Then we will put that Luna into liquidity pools on thorchain to repay back that borrow

**TK**  **Taek Kwon**                                                           5/23/2021, 10:56 PM
Shouldn't borrowing be as easy and simple/reliable as saving? Too many steps can get in the way

**L**  **LOUDZY**                                                               5/23/2021, 10:56 PM
the mechanisms are there to keep ust at peg so why dose it take so long to get there?

**J**  **Jason**                                                                5/23/2021, 10:56 PM
sorry, where can i read more about ust pegging?

**C**  **CryptoJoker**                                                          5/23/2021, 10:57 PM
Cus luna dumping

**L**  **LOUDZY**                                                               5/23/2021, 10:57 PM
really? thats it

**O**  **OIO**                                                                  5/23/2021, 10:58 PM
And there's no magic centralized money printer. The protocol is doing its thing. These market conditions were unique is all

**C**  **CryptoJoker**                                                          5/23/2021, 10:58 PM
Let me think

Luna is being sold on open markets

Not being burnt for UST

Right
@AG_1000
?

| C | **CGA** | 5/23/2021, 10:58 PM |

The deviation will reduce. As more and more UST is being burnt on-chain, the on-chain swap spread between LUNA-UST increases.

The arb loop comes in picture when
UST discount > Swap spread

Given swap spread has increased, so have the deviations.

As swap spreads will decrease with time, so will the deviations around the peg

| U | **Unknown** | 5/23/2021, 10:59 PM |

Wtf china didn't cause this crash stop with that crap

| U | **Unknown** | 5/23/2021, 10:59 PM |

China this Elon that it's freaking weak hands

| W | **w1nsama** | 5/23/2021, 10:59 PM |

Ust now returned to its pegged value at 1.05 ust per usdt

| A | **Ariel** | 5/23/2021, 10:59 PM |

https://agora.terra.money/uploads/short-url/8DMZXToEroGpkk3YNXbTscGGfwL.pdf

| C | **CGA** | 5/23/2021, 10:59 PM |

Right now, UST is being burnt and LUNA is being minted to help the peg

| GG | **glmr glomr** | 5/23/2021, 10:59 PM |

huobi fud today definitely caused the re-dip

| L | **LOUDZY** | 5/23/2021, 11:00 PM |

Thanks

| U | **Unknown** | 5/23/2021, 11:00 PM |

I don't even listen to news anymore....I just buy some in when price dips and accumulate.

| U | **Unknown** | 5/23/2021, 11:00 PM |

the minted Luna will be sold right away on the market ?

| U | **Unknown** | 5/23/2021, 11:01 PM |

Good

| C | **CGA** | 5/23/2021, 11:01 PM |

Yes- the minted LUNA are sold on the market and this results in downward pressure on the LUNA

| S | **Shreyas** | 5/23/2021, 11:01 PM |

do u agree there was a miss in assuming this kind of situation. I have been reading it will improve but it keeps going down every day... now 0.95... this is causing a lot of fud in twitter do u realise??

| C | **CryptoJoker** | 5/23/2021, 11:01 PM |

Ok one thing I never really understood was

When 1 UST worth 0.9 USD as an example  is burnt for Luna

Does 1 usd or only 0.9 USD worth of Luna get generated?

**U**   **Unknown**                                                                  5/23/2021, 11:01 PM
Also doesn't help the weak hands or degens that over borrowed on ANC

**DH**  **doo Ho**                                                                   5/23/2021, 11:02 PM
but proposal 90 is voting

**S**   **SunKing**                                                                  5/23/2021, 11:02 PM
whaat huobi fud what happeend?

**DH**  **doo Ho**                                                                   5/23/2021, 11:02 PM
so ust will stable peg

**U**   **Unknown**                                                                  5/23/2021, 11:02 PM
So now there is still lot more pressure downward? Since ust is not pegged yet

**DH**  **doo Ho**                                                                   5/23/2021, 11:02 PM
and col5 will help to peg

**U**   **Unknown**                                                                  5/23/2021, 11:03 PM
We need to move fast

**C**   **CGA**                                                                      5/23/2021, 11:03 PM
On-chain -1 UST is always interchangeable with 1 USD worth of LUNA

So if price of UST is different off-chain (exchanges etc.), then it creates an arbitrage opportunity that should restore UST
price back to 1 USD

**C**   **CGA**                                                                      5/23/2021, 11:03 PM
But there is a swap spread involved

**TE**  **Token Economist**                                                          5/23/2021, 11:03 PM
5%

**TE**  **Token Economist**                                                          5/23/2021, 11:03 PM
?

**C**   **CGA**                                                                      5/23/2021, 11:03 PM
So the deviation till swap spread is still possible

**S**   **Shreyas**                                                                  5/23/2021, 11:04 PM
where can this swap be done?

**C**   **CGA**                                                                      5/23/2021, 11:05 PM
The downward pressure on LUNA price is indeed atleast partially attributed to the UST discount

**S**   **Shreyas**                                                                  5/23/2021, 11:05 PM
so i can sell ust for luna at 1 usd peg and send luna to exchange?

**C**   **CryptoJoker**                                                             5/23/2021, 11:05 PM
I don't understand what you mean by swap spread sir

**C**   **CGA**                                                                      5/23/2021, 11:05 PM
The role of LUNA is to ensure the peg is restored

**S**   **Shreyas**                                                                  5/23/2021, 11:05 PM

not a design flaw u believe? It is supposed to be a stablecoin

**C**  **CGA**                                                                5/23/2021, 11:06 PM

Swap spread means that if an arb wants to interchange UST for LUNA or vice-versa, there is a cost to do this on-chain

**TK**  **Taek Kwon**                                                         5/23/2021, 11:06 PM

Then isn't it possible to mint gazillions of luna to instantly restore the peg?

**C**  **CGA**                                                                5/23/2021, 11:06 PM

The arb will only do this if swap spread is less than the mispricing in UST

**O**  **OIO**                                                                5/23/2021, 11:06 PM

Which begins to get more costly after a certain threshold

**C**  **CGA**                                                                5/23/2021, 11:07 PM

No. The on-chain mechanics determine the liquidity and swap spread.

If you need a faster rate, you need to change on-chain parameters via governance

**C**  **Cliff**                                                             5/23/2021, 11:07 PM

Hi Gupta what is the current incentive for people to burn UST ... the price to buy/burn UST to Luna is higher (close to 10%) than exchange prices and UST is 5% over its peg

**FL**  **Fat L**                                                            5/23/2021, 11:07 PM

Luna is not a stable coin, Luna is an ecosystem, and earns real world value from chai transactions. It will never go down to zero, the only reason why we are experiencing this is because of FUD and panic.

**C**  **CryptoJoker**                                                       5/23/2021, 11:07 PM

due to onchain swaps being an amm ?

**C**  **CGA**                                                                5/23/2021, 11:07 PM

Jump proposal will do this

**C**  **CGA**                                                                5/23/2021, 11:07 PM

Yes it's an AMM

**P**  **PMod**                                                               5/23/2021, 11:07 PM

When people who don't have faith sell all their holdings and only believers stay, the downward spiral stops

**O**  **OIO**                                                                5/23/2021, 11:07 PM

Jump proposal will increase buy pressure on Luna swaps if I am understanding correctly

**C**  **CryptoJoker**                                                       5/23/2021, 11:08 PM

i meant the swap spread is due to slippage on an amm?

**S**  **Sara**                                                               5/23/2021, 11:08 PM

Did Terra issue its token?

**FL**  **Fat L**                                                            5/23/2021, 11:08 PM

It's the same thing as any other coin, if you think Luna is useless then yes it will go to zero.

**U**  **Unknown**                                                           5/23/2021, 11:08 PM

System needs to update.

**C**  **CryptoJoker**                                                       5/23/2021, 11:08 PM

OK so here is my question

man what the fuck ?

**O**   **OIO**                                                     5/23/2021, 11:09 PM
Lol

**U**   **Unknown**                                                 5/23/2021, 11:09 PM
On chain swaps is AMM? Wtf?

**S**   **Seb**                                                     5/23/2021, 11:09 PM
No , read
https://docs.terra.money/dev/spec-market.html

**U**   **Unknown**                                                 5/23/2021, 11:10 PM



Image: photo_4393@23-05-2021_23-10-24.jpg (31 KB)

**O**   **OIO**                                                     5/23/2021, 11:10 PM
I like how you keep parroting the same question you read somewhere else without really understanding that it can't be
answered in isolation

**FL**  **Fat L**                                                   5/23/2021, 11:10 PM
There will come a point of time where there's no UST but Luna will always have value. Luna is a blockchain backing UST,
as long as Luna has value, UST will have value. The depeg is only because there is some stress

**U**   **Unknown**                                                 5/23/2021, 11:10 PM
Lol

**C**   **CryptoJoker**                                             5/23/2021, 11:10 PM
so here is my question, assume 1 UST = 0.90 USD
LUNA price is 4.50
On a CEX,  I will need 5 UST

If I use TerraSwap / swap onchain, I will only need 4.50 UST

Rught
@AG_1000
 ?

**U**   **Unknown**                                                 5/23/2021, 11:11 PM
Ok sell

**S**   **Seb**                                                     5/23/2021, 11:11 PM
No , look up the mechanics here

https://docs.terra.money/dev/spec-market.html

**TE**  **Token Economist**                                         5/23/2021, 11:11 PM
why will luna always have value ser?

**PL**  **Perfect Legato**                                          5/23/2021, 11:11 PM
were you born without a brain?

**FL**   **Fat L**                                                               5/23/2021, 11:11 PM

Luna earns from real world transactions, it's literally real world adoption, why will it go down to zero, even Hashed said it's not selling Luna

**U**   **Unknown**                                                             5/23/2021, 11:11 PM

How come Seb say it's not amm but aayush say it's amm

**S**   **Seb**                                                                 5/23/2021, 11:12 PM

Read the docs for a detailed answer , it's a simulated AMM but it doesn't work like your typical DeFi constant product formula AMM

**C**   **CryptoJoker**                                                         5/23/2021, 11:12 PM

got it thanks

**O**   **OIO**                                                                 5/23/2021, 11:12 PM

Does you question assume there is no demand for UST?

**C**   **CryptoJoker**                                                         5/23/2021, 11:12 PM

right now
luna on

Terraswap 4.90
Binane : 4.70

is that due to swap spread or UST below 1 USD ?

**S**   **Sara**                                                                5/23/2021, 11:13 PM

Where can I buy LUNA MIR or ANC

**C**   **Cliff**                                                               5/23/2021, 11:13 PM

I currently don't see any incentive for people to burn people UST to Luna .. price on terra station is a lot higher than exchanges ...

**RG**   **Rodrigo Gaona**                                                      5/23/2021, 11:13 PM

ZenGo is a great way to buy Luna

**S**   **Seb**                                                                 5/23/2021, 11:13 PM

Luna is not being sold to burn UST to begin with
Luna is minted to burn UST or the other way around (Luna is burnt to mint UST)

You need to know the basics of how the ecosystem works before you can formulate an opinion please

**S**   **Sara**                                                                5/23/2021, 11:13 PM

I am a layman for this area

**C**   **CryptoJoker**                                                         5/23/2021, 11:13 PM

u need to fuck off, we in the middle of an important discussion here

**RG**   **Rodrigo Gaona**                                                      5/23/2021, 11:13 PM

If not you can use several exchanges like Binance, Kucoin, etc..

**W**   **w1nsama**                                                             5/23/2021, 11:13 PM

Yeah with this i have no idea how we could do arbitrage

**R**   **River ?⊡   to 100$**                                                  5/23/2021, 11:14 PM

no, u need 5 as same as dex

**U**  **Unknown**                                                                5/23/2021, 11:14 PM
Scam fuck off

**C**  **Cliff**                                                                  5/23/2021, 11:14 PM
There is no arbitrage possibility

**C**  **CryptoJoker**                                                            5/23/2021, 11:14 PM
if no difference between terraswap and cex

then ust wont return to peg

**C**  **Cliff**                                                                  5/23/2021, 11:14 PM
Only speculation

**NR**  **Nat rekt**                                                              5/23/2021, 11:14 PM
Luna and bLuna are not 1:1? Or is it meant to be that way?

**C**  **Cliff**                                                                  5/23/2021, 11:14 PM
Yh agree

**O**  **OIO**                                                                    5/23/2021, 11:15 PM
Ust can return to peg from secondary market

**FL**  **Fat L**                                                                 5/23/2021, 11:15 PM
Your assumption is that LUNA has no innate value, i already explained LUNA derives it's value from real world
transactions from Chai, there's even a Chai card issued. Can you read?

**O**  **OIO**                                                                    5/23/2021, 11:15 PM
This is encouraged

**DH**  **doo Ho**                                                                5/23/2021, 11:15 PM
hashed with our!! HODL

**RG**  **Rodrigo Gaona**                                                         5/23/2021, 11:15 PM
That's because Terraswap doesn't use the mechanism

**C**  **CryptoJoker**                                                            5/23/2021, 11:15 PM
im trying to understand the mechanism properly

**RG**  **Rodrigo Gaona**                                                         5/23/2021, 11:15 PM
You have to use code

**X**  **X**                                                                      5/23/2021, 11:15 PM
Have you read this tweet spreading FUD?
https://twitter.com/aklamun/status/1396615719228424196?s=21

**C**  **CryptoJoker**                                                            5/23/2021, 11:15 PM
and explain it in plain simple fucking english

**R**  **River ?👾   to 100$**                                                    5/23/2021, 11:15 PM
i think so. So I have a question with this UST-LUNA

**U**  **Unknown**                                                                5/23/2021, 11:15 PM
Like 99% of Luna value comes from UST, chai is irrelevant

**A**  **Andy**                                                                   5/23/2021, 11:15 PM

Probably knows Busan is coming 👀

**C**  **CGA**                                                              5/23/2021, 11:15 PM

If on-chain parameters are managed appropriately, it is possible to manage UST peg with a low deviation with LUNA minting

What happened in this case was that on-chain minting of LUNA wasn't enough to provide enough LUNA to maintain UST peg in a black swan event.

I believe Columbus-5 will enable more dynamic changes in on-chain parameters

But there are ways this can still be stabilised:

-On-chain Swap spreads normalise

- TFL can also intervene in providing the necessary liquidity and restore the peg

**S**  **Seb**                                                              5/23/2021, 11:16 PM

It's probably due to the min spread  on the on-chain swap function , and I would say a portion of the difference is also due to the slippage caused by the size of your order vs the basepool liquidity

You can read Jump trading proposal about how to improve several parameters here

https://t.me/Luna_Terra_Lounge/193

**S**  **Seb**                                                              5/23/2021, 11:16 PM

Terraswap.io

**U**  **Unknown**                                                          5/23/2021, 11:16 PM

All chai does is give you those KRW pennies from staking. All the appreciation to Luna comes from UST. Anyone who seriously mentions chai as luna's main use case is deluded

**DH**  **doo Ho**                                                          5/23/2021, 11:16 PM

agree with u  lol 🙂

**W**  **w1nsama**                                                          5/23/2021, 11:16 PM

It should be the same to do arbitrage but for time being it's even more expensive then cex lul

**C**  **CryptoJoker**                                                      5/23/2021, 11:16 PM

i understand this

i just wanna know that the swap spread is a real thing and not due to the ust value dropping below 1 ...

**S**  **Seb**                                                              5/23/2021, 11:17 PM

Your sequence does not make sense .

Luna is not "sold" in order to burn UST

**FL**  **Fat L**                                                           5/23/2021, 11:17 PM

Then why will Luna spiral out of control? white paper says 1b is max dynamic supply, so if supply goes above that there are additional burns to ensure it goes down to 1b.

If Luna has value then UST will have value. It's powering the chai payments ecosystem, why will it go down to zero? The feedback loop will never go to zero because people will still want to buy Luna at low prices, the lower the price the more the demand.

**U**  **Unknown**                                                          5/23/2021, 11:17 PM

He's talking about other way around? Luna is sold when you go from UST to Luna because you need to sell Luna to do

arb

**C**   **Cliff**                                                          5/23/2021, 11:18 PM
How else do people burn it to get UST for arbitrage purposes

**C**   **CryptoJoker**                                                    5/23/2021, 11:18 PM
bro can u pls dm me?

ive been banned from dming

**C**   **Cliff**                                                          5/23/2021, 11:18 PM
Isn't thst the whole aspect of the peg

**DH**  **doo Ho**                                                         5/23/2021, 11:18 PM
kwon do is  master of coin of busan

**U**   **Unknown**                                                        5/23/2021, 11:18 PM
Seb confused himself and started talking about minting UST and not minting LUNa

**C**   **CryptoJoker**                                                    5/23/2021, 11:19 PM
lets hav a chat<

ill try to udnerstand the situation and then ill write a summary to expalaint it to everyone in laymen terms

**U**   **Unknown**                                                        5/23/2021, 11:19 PM
When yo mint LUNA the Luna is sold on open market, Seb has it wrong

**C**   **CGA**                                                           5/23/2021, 11:19 PM
https://twitter.com/BetterCio/status/1396651735758741504?s=20

**S**   **Seb**                                                           5/23/2021, 11:19 PM
Luna/bLuna rate is decided by the market via the Terraswap pair.
But you can always bound and unbound Luna<>bLuna for 1:1 via anchor .

There are some great opportunities these days

**C**   **CryptoJoker**                                                    5/23/2021, 11:19 PM
then we cans use that summary here instead of havign the same discussions over andover again

**MS**  **mushroom soup**                                                  5/23/2021, 11:19 PM
As long Do keep shipping. Real world use goes up, demand up, Mcap goes up, liquidity up, the problems will be alleviated.

**FL**  **Fat L**                                                         5/23/2021, 11:19 PM
Peg is off because people are selling UST, do you think there is infinite UST that people can sell? It'll die down and normalise.

**S**   **Sunil**                                                         5/23/2021, 11:19 PM
+1

**O**   **OIO**                                                           5/23/2021, 11:20 PM
Yeah I read the tweet , the premise is a good question but IMO would ultimately be self sabotaging for those involved in fostering the ecosystems development.

The biggest reason for the recent events include a market wide -60+% tank (which smashed EVERY centralized stable coins)

This also occurred while anchor was dangling low hanging fruit from over leveraged and discounted liquidation's. These reduce as the market Matures (including people properly preparing, and things like harpoon closing the spread)

Jump trading prop is mega bullish on top of that

**S**    **Seb**                                                     5/23/2021, 11:20 PM
What do YOU think about it rather than asking others what they think about it ?

**NR**    **Nat rekt**                                         5/23/2021, 11:20 PM
Yess the rates look pretty awesome haha

**C**    **CGA**                                               5/23/2021, 11:20 PM
This post will help you understand why Terra design is the right play long term..

The response by BetterFutureCIO is correct tho. Same assumptions for central banks don't necessarily translate to the same for the Terra protocol even tho the seigniorage shares design is similar

**C**    **CGA**                                               5/23/2021, 11:20 PM
The protocol can adjust much more rapidly + Terra is not nearly at the same scale as banking

**S**    **Seb**                                                  5/23/2021, 11:20 PM
Incorrect and misleading

**O**    **OIO**                                               5/23/2021, 11:20 PM
Just and FYI , we can move up just as fast and actually higher than the previous Ath if accumulation was happening

**C**    **CGA**                                               5/23/2021, 11:20 PM
One of the primary reasons that central banks want CBDCs is the ability to fine-tune economic parameters much more effectively

**U**    **Unknown**                                      5/23/2021, 11:21 PM
Bro over half your responses here lately make no sense, you completely got the minting Luna question wrong

**X**    **X**                                                      5/23/2021, 11:21 PM
Chill man. Dont cry. Just askin lol

**P**    **Peter**                                              5/23/2021, 11:21 PM
Like retail therapy

**S**    **Seb**                                                  5/23/2021, 11:21 PM
All people who are long term investors in Luna got into it because they understand the potential and the growth history of CHAI

**O**    **OIO**                                               5/23/2021, 11:21 PM
Lol no contribution , no surprising

**D**    **Dennis**                                        5/23/2021, 11:22 PM
Tbh the KRW supply hasn't increased at all, so the value accrual to LUNa does appear to be coming almost entirely from UST

**O**    **OIO**                                              5/23/2021, 11:22 PM
https://twitter.com/iii_oio_iii/status/1396657246424154120?s=21

**D**    **Dennis**                                        5/23/2021, 11:22 PM
The KRW supply peaked a long time ago

**C**    **CryptoJoker**                                   5/23/2021, 11:22 PM
bro can u pls dm me ser

**S**    **Seb**            5/23/2021, 11:23 PM
Ah got you.  i don't think the depeg influences the spread.
1 UST ideally gets redeemed for 1$ worth of Luna minus min spread and slippage

**C**    **Cliff**            5/23/2021, 11:23 PM
Technically speaking if no one believed in the project the peg should still be intact at some point from arbitrage reasons ... it shouldn't be a peg because people believe in the uses of the system

**C**    **CryptoJoker**            5/23/2021, 11:23 PM
ideall?

**U**    **Unknown**            5/23/2021, 11:23 PM
Ok? What does that have to do with where the value comes from. You are confused again.

**C**    **CryptoJoker**            5/23/2021, 11:23 PM
+1

**TK**    **Taek Kwon**            5/23/2021, 11:24 PM
Can mobile terra wallet have a voting function as well plz?

**C**    **CryptoJoker**            5/23/2021, 11:24 PM
adoption and peg are separate issues

peg should work irrespective of external conditions

**W**    **wang0805**            5/23/2021, 11:24 PM
can i ask - if we can burn ust and mint luna to repeg the price. Why is it that i see UST > LUNA via terraswap on terrastation at 5.23

**W**    **wang0805**            5/23/2021, 11:24 PM
which is a premium to 5

**W**    **w1nsama**            5/23/2021, 11:24 PM
Do you know how to mint luna with ust?

**S**    **Seb**            5/23/2021, 11:24 PM
Luna burn > UST minted
UST burn > Luna minted

These swaps are not market buys or sells

**W**    **w1nsama**            5/23/2021, 11:25 PM
Terraswap is obviously not minting

**W**    **wang0805**            5/23/2021, 11:25 PM
oh

**W**    **wang0805**            5/23/2021, 11:25 PM
where do i mint then

**O**    **OIO**            5/23/2021, 11:25 PM
They will actually be routed to favor what we want

**W**    **wang0805**            5/23/2021, 11:25 PM
and whats the difference btwn market and terraswap

**BN**  **Bruno Nogueira**                                                                5/23/2021, 11:26 PM

Elon maybe our hero in the longer time frame. Decentralized mining from China is a great long run deal.

**W**  **w1nsama**                                                                          5/23/2021, 11:26 PM

That's the question i have been asking since yesterday

**DG**  **dgbb gbb**                                                                        5/23/2021, 11:26 PM

why spread so high

**DG**  **dgbb gbb**                                                                        5/23/2021, 11:26 PM

when will it be kower

**S**  **Seb**                                                                              5/23/2021, 11:27 PM

After they are being minted anyone can do what they want with it , but the process of burning UST does not lead to a Luna sales .

You should rephrase your sequence then .

Take myself as an example , I burn UST even at an unfavorable rate because I'm cost averaging on Luna to build a bigger position

I have burnt UST and minted Luna
Did I sell Luna ? Hell no

**U**  **Unknown**                                                                         5/23/2021, 11:27 PM

That's why I don't understand why everyone is blaming Elon...the market was already set to go on a down trend.

**U**  **Unknown**                                                                         5/23/2021, 11:27 PM

TFW the guy """explaining things""" in chat is this Seb guy who gets half the things wrong instead of aayush who appears to know what he's talking about

**SG**  **Some Guy**                                                                       5/23/2021, 11:27 PM

Can you mint luna from terra station?  I can't find it

**S**  **Seb**                                                                              5/23/2021, 11:28 PM

Bro this is a gross misunderstanding and harmful for the community to spread around . Please read and stop

**W**  **w1nsama**                                                                          5/23/2021, 11:28 PM

How do you burn it?

**O**  **OIO**                                                                              5/23/2021, 11:28 PM

I like how the people who are short really kick it up a notch when the price starts moving up lollll

**S**  **Seb**                                                                              5/23/2021, 11:28 PM

Last warning for you

**U**  **Unknown**                                                                         5/23/2021, 11:28 PM

You are literally so wrong - the only reason to do on chain swap UST- Luna is to perform arbitrage which requires the selling of the Luna

**O**  **OIO**                                                                              5/23/2021, 11:28 PM

"Anything I can say even if my questions are repeatedly answered"

**U**  **Unknown**                                                                         5/23/2021, 11:28 PM

Aayush already explained it

**S**  **Seb**                                                                    5/23/2021, 11:29 PM
Terra station allows you to interact with the on-chain swap function to mint/burn

**U**  **Unknown**                                                                5/23/2021, 11:29 PM
Why are you trying to counter explain aayush

**S**  **Seb**                                                                    5/23/2021, 11:29 PM
No you're incorrect and I just gave you an example of what I did myself which was not an arbitrage

**W**  **w1nsama**                                                                5/23/2021, 11:29 PM
The price when i swap is higher than cex price how could you arbitrage on this?

**W**  **w1nsama**                                                                5/23/2021, 11:30 PM
It should at least be the same price to make some profit

**S**  **Seb**                                                                    5/23/2021, 11:30 PM
My explanation does not conflict with Aayush statements , but the shortcuts you take in your understanding need to be clarified

**O**  **OIO**                                                                    5/23/2021, 11:30 PM
Minting or burning at for an individual basis doesn't imply a sell after

**U**  **Unknown**                                                                5/23/2021, 11:30 PM
Your anecdote is completely irrelevant in the grand scheme of things. All of the minted Luna today, the 5 million or so, is done by people doing arbitrage

**O**  **OIO**                                                                    5/23/2021, 11:30 PM
Exactly

**U**  **Unknown**                                                                5/23/2021, 11:31 PM
The fact that you can do it is so irrelevant to the fact that 99.9% of the people doing it are in fact selling

**S**  **Seb**                                                                    5/23/2021, 11:31 PM
I'm the living proof that no 🙂

**U**  **Unknown**                                                                5/23/2021, 11:31 PM
Nope

**S**  **Seb**                                                                    5/23/2021, 11:31 PM
Start here:

https://t.me/TerraLunaChat/289355

And here:

https://t.me/TerraLunaChat/289408

**W**  **wang0805**                                                               5/23/2021, 11:31 PM
it doesnt matter if a said person wants to sell or not. But ust is in fact on a discount and i can get more luna by burning ust and minting luna than buying luna/ust on market

**S**

**Seb**                                                                          5/23/2021, 11:31 PM

Ape
  see ?

**O**

**OIO**                                                                          5/23/2021, 11:32 PM

Lol now you are just making assumptions

**U**

**Unknown**                                                                      5/23/2021, 11:32 PM

The minting of LUNA is being done specifically for the purpose of closing the UST peg issue, which requires selling the
Luna

**S**

**Seb**                                                                          5/23/2021, 11:32 PM

Assumption

**S**

**Styx**                                                                         5/23/2021, 11:32 PM

So the reason Luna dipped a lot harder than other coins is because it has to peg UST?

**U**

**Unknown**                                                                      5/23/2021, 11:33 PM

What's not an assumption is that arbitrage requires the selling of minted Luna

**N**

**Nash-node**                                                                    5/23/2021, 11:34 PM

Yes it is designed to absorb the price volatility of UST. That's why Luna skyrocketed in the good times as well.

**S**

**Seb**                                                                          5/23/2021, 11:34 PM

The minting of Luna may be done for restoring the peg , but the peg restoration is not achieved by selling Luna - it is
achieved by contracting the supply of UST

Selling Luna would allow people to take the arbitrage again, by purchasing UST and repeating the process

**C**

**CGA**                                                                          5/23/2021, 11:34 PM

https://twitter.com/THORChain/status/1396643480311451648

**U**

**Unknown**                                                                      5/23/2021, 11:35 PM

Contracting the supply of UST requires the minting of LUNA. That minted Luna is then sold for tether. Tether is then sold
for UST. Luna has been sold

**W**

**wang0805**                                                                     5/23/2021, 11:35 PM

so in order to 'mint' back - do ppl use terraswap on terra station?

**N**

**Nash-node**                                                                    5/23/2021, 11:36 PM

I guess that's why they have made arb institutional. So whales can't manipulate it

**O**

**OIO**                                                                          5/23/2021, 11:36 PM

Lol I smell the short sell sweat

**S**

**Styx**                                                                         5/23/2021, 11:36 PM

Thank you for the response. So in the worst case scenario where LUNA isn't able to absorb the price volitility, what will
happen?

**S**

**Seb**                                                                          5/23/2021, 11:37 PM

The repeating of the arbitrage requires a Luna sell-off

The burning of UST is the mechanism that allows UST supply contraction

You don't need to keep pushing circles into triangles

**S**

**Seb**                                                                          5/23/2021, 11:37 PM

Mint back what ?

**W**   **wang0805**                                                      5/23/2021, 11:37 PM
mint back luna

**SG**  **Some Guy**                                                     5/23/2021, 11:37 PM
Let's pretend I'm a UST and I want to be burned alive to mint Luna.  Where would i do that exactly?

**U**   **Unknown**                                                      5/23/2021, 11:38 PM
I'm describing the ENTIRE arbitrage process which requires the selling of Luna. You are the one trying to take only a PORTION of the process and misrepresenting it….

**F**   **FoomFoom**                                                     5/23/2021, 11:38 PM
holy heck another dead cat bounce gonna hit btc?

**N**   **Nash-node**                                                    5/23/2021, 11:38 PM
As Ive learned so far if that happens, monetary and fiscal changes need on the system. They are already working on some finetunings

**S**   **Seb**                                                         5/23/2021, 11:38 PM
Read here, especially the stress test.

https://t.me/TerraLunaChat/288829

**TK**  **Taek Kwon**                                                    5/23/2021, 11:38 PM
Many Ppl finally realizing luna is not perma deflationary coin 🙂

**L**   **l0vemen0t ศิษย์ปลาวาฬ?**                                       5/23/2021, 11:38 PM
infographic would be great for an explanation here on how the protocol works, lol.

**M**   **mustardmania**                                                 5/23/2021, 11:38 PM
The contracts are exposed in the contracts section of Terra Station

**OM**  **Other Mike**                                                   5/23/2021, 11:38 PM
Sweet hopium i've been asking for.
https://twitter.com/d0h0k1/status/1396670741089714177?s=20

**C**   **CryptoJoker**                                                  5/23/2021, 11:38 PM
now the problem is there is no arb gain

the arb gains are too small

i did a calculation

also the cex markets arent efficient

most of off chain swaps for ust are only on kucoin

**D**   **Dennis**                                                       5/23/2021, 11:39 PM
Why would anyone use the terraswap method of going from UST to Luna when the market option always gives better rates? Seems a bit odd to include both?

**S**   **Seb**                                                                                     5/23/2021, 11:39 PM

You are misrepresenting the economics of Terra by insinuating that stablecoins peg can only be achieved by Luna market selling .

Misconceptions of this sorts are not helping anyone at the moment

**W**   **w1nsama**                                                                                 5/23/2021, 11:40 PM

And liquidity is for ants

**SG**   **Some Guy**                                                                               5/23/2021, 11:40 PM

So on the Mir side f the house there's a nice tab called Mint.  No such thing for minting Luna?

**U**   **Unknown**                                                                                 5/23/2021, 11:40 PM

No I'm not. When UST is losing its peg downward it requires market selling of Luna. That is the truth. I never said it requires market selling to maintain the peg if UST supply is increasing

**F**   **FoomFoom**                                                                               5/23/2021, 11:40 PM

depends what markets and where at. im in usa. i can buy luna on voyager but cant send it off. so to get into terea eco system is through etherium bridge

**U**   **Unknown**                                                                                 5/23/2021, 11:40 PM

If supply of UST increasing then obviously it works the other way

**F**   **FoomFoom**                                                                               5/23/2021, 11:40 PM

which means high gas fee, gotta do big chunks of luna thinking it is worth it

**MS**   **mushroom soup**                                                                          5/23/2021, 11:41 PM

Has Do been dumping us and buying cheap. 😂



*Image: photo_4394@23-05-2021_23-41-10.jpg (9 KB)*

**D**   **Dennis**                                                                                  5/23/2021, 11:41 PM

Wtf are you talking about bro that has nothing to do with my question about swaps

**F**   **FoomFoom**                                                                               5/23/2021, 11:41 PM

ah ya soery i didnt read up mannonly saw last post

**S**   **Seb**                                                                                     5/23/2021, 11:41 PM

It is not the truth . For the exact same reason that UST supply expansion does not trigger Luna buys lol

**S**   **Seb**                                                                                     5/23/2021, 11:42 PM

Lol no

**U**   **Unknown**                                                                                 5/23/2021, 11:42 PM

UST expansion requires burn of LUNA. That Luna needs to come from somewhere

**B**   **bLuna ??**                                                                                5/23/2021, 11:42 PM

It requires market to minting Luna by burning UST. No?

**C**    **CryptoJoker**                                                      5/23/2021, 11:42 PM
arb mechanism doenst work now
ON swap:
 LUNA costs 5.18 UST

**C**    **CryptoJoker**                                                      5/23/2021, 11:42 PM
ON CEX Luna is 5.16 UST

**S**    **Seb**                                                              5/23/2021, 11:42 PM
Yeah from the existing Luna supply

**MG**   **Maarten | GT**                                                     5/23/2021, 11:42 PM
because its already maxed out

**S**    **Seb**                                                              5/23/2021, 11:42 PM
Damn

**B**    **bLuna ??**                                                         5/23/2021, 11:42 PM
People that got Luna burn Luna for Ust, No?

**JA**   **Joey Allbritton**                                                  5/23/2021, 11:43 PM
https://twitter.com/d0h0k1/status/1396670741089714177?s=21

**S**    **Seb**                                                              5/23/2021, 11:43 PM
Correct

**B**    **bLuna ??**                                                         5/23/2021, 11:43 PM
there are no sell in the sentences

**C**    **CryptoJoker**                                                      5/23/2021, 11:43 PM
waht do you mean?

**U**    **Unknown**                                                          5/23/2021, 11:43 PM
That's only when TFL is handling it. In the future when arbitrage is needed then it requires market buying.

**M**    **Michael**                                                          5/23/2021, 11:43 PM
you get a better rte on TerraStation than terra Swap you're saying?

**W**    **wang0805**                                                         5/23/2021, 11:43 PM
how is it maxed out if ust is still on 5% discount

**S**    **Seb**                                                              5/23/2021, 11:43 PM
Lol no

**U**    **Unknown**                                                          5/23/2021, 11:43 PM
As aayush has said, TFL is using their stability reserve right now only because it's not profitable for arbitragers to do it

**U**    **Unknown**                                                          5/23/2021, 11:43 PM
Lol yes

**MG**   **Maarten | GT**                                                     5/23/2021, 11:44 PM
because people still sell their UST cheap

**U**    **Unknown**                                                          5/23/2021, 11:44 PM
There's not going to be existing supply of Luna in TFL wallets forever

**J**  **Jun**                                                                      5/23/2021, 11:44 PM

Any one  who know big difference about col-5?..APR...etc

**S**  **Styx**                                                                     5/23/2021, 11:44 PM

I wasn't invested in LUNA back in December 30th when UST dipped to .82, but is that scenario similar to what's happening now? Or will the current "crash" be LUNA's first real stress test?

**BN**  **Bruno Nogueira**                                                          5/23/2021, 11:45 PM

You have to do it by code to be worth it

**U**  **Unknown**                                                                  5/23/2021, 11:45 PM

Minting UST will require market buying of LUNA in the future when TFL is no longer handling it with their stability reserve. Any other statement is pure FUD.

**S**  **SunKing**                                                                  5/23/2021, 11:45 PM

what happened in december? why did it dip that low

**O**  **OIO**                                                                      5/23/2021, 11:45 PM

This statement is pure idiocy

**S**  **Seb**                                                                      5/23/2021, 11:45 PM

But you're conflating the reality , by assuming one event automatically and inevitably leads to another when actually it is only one possible outcome out of multiple possibilities

I'm not saying the route you describe is impossible, I'm just saying that you stating it as a certainty is false

**S**  **Styx**                                                                     5/23/2021, 11:45 PM

I am not sure haha that's why Im asking here

**MG**  **Maarten | GT**                                                            5/23/2021, 11:46 PM

looks like 1 is talking about orderbook peg, and the other AMM peg/ratio

**U**  **Unknown**                                                                  5/23/2021, 11:46 PM

It's going to be the truth once TFL stops handling it with their reserve. In order to mint UST you need LUNA. If TFL is not using their reserve this Luna must be acquired. This means it must be bought. Any other statement is FUD

**S**  **Seb**                                                                      5/23/2021, 11:46 PM

Incorrect

**O**  **OIO**                                                                      5/23/2021, 11:46 PM

You're getting desperate lol

**S**  **SunKing**                                                                  5/23/2021, 11:46 PM

hello

**S**  **SunKing**                                                                  5/23/2021, 11:47 PM

luna is going to 100

**I**  **Iepuras**                                                                  5/23/2021, 11:47 PM

Wtf are you saying even if you borrow under 35%tvl you will still be liquidated în a matter of 48 hours. Simply put ANC is about to implode because nobody want to be liquidate even if is playing safe.

**S**  **SunKing**                                                                  5/23/2021, 11:47 PM

why u FUD bro?

**U**  **Unknown**                                                                  5/23/2021, 11:47 PM

Correct

S | **SunKing** | 5/23/2021, 11:47 PM
wats correct

S | **SunKing** | 5/23/2021, 11:47 PM
u wrong

NR | **Nat rekt** | 5/23/2021, 11:47 PM
Any easy way to send ust in bsc to terrastation wallet?

U | **Unknown** | 5/23/2021, 11:47 PM
Seb is the one fudding

S | **SunKing** | 5/23/2021, 11:47 PM
oh

U | **Unknown** | 5/23/2021, 11:47 PM
I'm saying you need to buy Luna in order to mint UST

S | **Seb** | 5/23/2021, 11:47 PM
Ok obviously we won't change your mind , at least please stop spreading your understanding of Terra around here for a while , it's not helping anyone

S | **SunKing** | 5/23/2021, 11:47 PM
what

S | **SunKing** | 5/23/2021, 11:47 PM
how is seb fuding

S | **SunKing** | 5/23/2021, 11:47 PM
@seb

S | **SunKing** | 5/23/2021, 11:47 PM
luna go to 100

S | **SunKing** | 5/23/2021, 11:48 PM
diamond hands only

O | **OIO** | 5/23/2021, 11:48 PM
You are creating imaginary future scenarios that don't make sense

U | **Unknown** | 5/23/2021, 11:48 PM
How is UST going to be minted then? It obviously requires someone to buy Luna to then burn it

MG | **Maarten | GT** | 5/23/2021, 11:48 PM
👏



*Image: sticker (97).webp_thumb.jpg (17 KB)*

*Attachment: sticker (97).webp (29 KB)*

**S**    **Seb**            5/23/2021, 11:48 PM

You posit it as a logical step.
It's not

**U**    **Unknown**            5/23/2021, 11:48 PM

TFL only has a certain amount of Luna. When they burn it all they can no longer burn what they don't have.  Future burns come from market buys

**S**    **Seb**            5/23/2021, 11:48 PM

It requires anyone holding Luna from the circulating supply to burn it in return for UsT

**C**    **CryptoJoker**            5/23/2021, 11:49 PM

so right now , the heart of the issue is that

what is needed is that LUNA on terraswap needs to be cheaper than luna on CEXes for peg to recover,

am i right??

**U**    **Unknown**            5/23/2021, 11:49 PM

Yep and how do they get that Luna? They have to buy it

**U**    **Unknown**            5/23/2021, 11:49 PM

Why are you guys fudding your own coin

**M**    **Martin ???**            5/23/2021, 11:49 PM

or people already hodling and wanting to get out at a premium versus a sale to USDT directly? or from inflation?

**O**    **OIO**            5/23/2021, 11:49 PM

What if a nuclear bomb hits all the validators at the same time , exploding them into space and I can't log into pay my 97 dollar anchor loan ?

**S**    **Seb**            5/23/2021, 11:49 PM

It can't be cheaper , else you open up the system to possible oracle manipulation and front running

**PA**    **Paul Andawg**            5/23/2021, 11:49 PM

Why can't I burn my Luna holdings? Why must I acquire a new Luna?

**S**    **Seb**                                                                5/23/2021, 11:49 PM
This is one of the possibility , not the only one

**S**    **Seb**                                                                5/23/2021, 11:50 PM
This is not FUD , it's logic

**C**    **CryptoJoker**                                                        5/23/2021, 11:50 PM
so why hasnt it recovered the peg?

the arb only works if luna is cheaper on TS than CEXes

**U**    **Unknown**                                                            5/23/2021, 11:50 PM
You can burn your holdings all you want. But you bought your Luna so the effect is the same

**BN**   **Bruno Nogueira**                                                     5/23/2021, 11:50 PM
Only by code it will be cheaper

**U**    **Unknown**                                                            5/23/2021, 11:50 PM
Eventually when all the Luna that was "handed out" gets burned, the only Luna that can be burned are those that are
bought

**U**    **Unknown**                                                            5/23/2021, 11:50 PM
Aka a market bought Luna needs to be burned

**S**    **Seb**                                                                5/23/2021, 11:51 PM
Not enough liquidity on the basepool to ensure sufficient daily UST burns id say

**B**    **bLuna ??**                                                           5/23/2021, 11:51 PM
what if no one sell?
and the one who's holding decided to burn cause there's a premium?

**C**    **CryptoJoker**                                                        5/23/2021, 11:52 PM
whats basepool ? the pool in the ust/luna amm ?

**B**    **bLuna ??**                                                           5/23/2021, 11:52 PM
i'm just assuming like you did

**S**    **Seb**                                                                5/23/2021, 11:52 PM
Read here about front running

https://docs.terra.money/dev/spec-market.html

**B**    **bLuna ??**                                                           5/23/2021, 11:53 PM
i'm speaking of the retail who hold luna not TFL

**S**    **Seb**                                                                5/23/2021, 11:53 PM
https://docs.terra.money/dev/spec-market.html

**S**    **Seb**                                                                5/23/2021, 11:53 PM
Thanks for helping

**C**    **CGA**                                                                5/23/2021, 11:53 PM
https://twitter.com/THORChain/status/1396643480311451648

B    **bLuna ??**            5/23/2021, 11:54 PM
thank you guys for clarifying!
it's such a pain lol

D    **Dennis**            5/23/2021, 11:55 PM
Why is there such a large overlap between rune holders and Luna holders? I frequently see people that hold one hold the other lol

MG    **Maarten | GT**            5/23/2021, 11:56 PM
because both projects are awesome

MG    **Maarten | GT**            5/23/2021, 11:56 PM
and both are cosmos projects and will connect in the not too distant future

C    **CryptoJoker**            5/23/2021, 11:56 PM
bro, onchain swaps are not the same as terraswaps?

B    **BadBeard ?**            5/23/2021, 11:56 PM
Ok I need to buy some $Rune for this awesomeness

O    **OIO**            5/23/2021, 11:57 PM
Terraswap is like uniswap

D    **Dennis**            5/23/2021, 11:59 PM
Is UST the only stablecoin in the cosmos sphere of coins?

D    **Dennis**            5/23/2021, 11:59 PM
Would be cool if true

MG    **Maarten | GT**            5/23/2021, 11:59 PM
no I don't think so

D    **Dennis**            5/23/2021, 11:59 PM
Although I guess they could just wrap any eth stable