# EXHIBIT 46

Matthew Cantieri
8/30/2023



Page 113:
```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25                              Market makers
                         113
```

Page 115:
```
1
2
3
4
5      MR. CALIFANO:  Objection to form.
6
7
8      Q.  I'm just re- -- sorry.
9
10
11
12      Q.  No.  I'm just referring more generally.
13   Are you aware -- let me back up a second.
14
15
16
17
18
19
20
21
22
23
24
25
                         115
```

Page 114:
```
1   provide liquidity for the Terra tokens.
2
3
4
5
6
7
8
9
10
11
12
13
14
15      Q.  Were you aware of -- we looked a little
16   while ago at your digital asset purchase agreement.
17
18
19
20      MR. CALIFANO:  Objection to form.
21      A.  Can you repeat the question?  Sorry.
22      Q.  Sure.
23
24
25
                         114
```

Page 116:
```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17      Q.  On this e-mail that we're looking at,
18   Exhibit 9, you mention that you and Mr. Kariya met
19   up in person in Miami.  Do you recall when that
20   would have been?
21      A.  That would have been March or May of 2021
22   at the Bitcoin Miami conference.
23      Q.  March or May you said?
24      A.  I can't recall if it was March or May.  It
25   was spring of 2021.
                         116
```