# **EXHIBIT 47**

# THIS EXHIBIT HAS BEEN FILED UNDER SEAL