# EXHIBIT 48

# THIS EXHIBIT HAS

# BEEN FILED UNDER SEAL