# EXHIBIT 53

# THIS EXHIBIT HAS BEEN FILED UNDER SEAL