# EXHIBIT 55

# THIS EXHIBIT HAS BEEN FILED UNDER SEAL