# EXHIBIT 56

# THIS EXHIBIT HAS BEEN FILED UNDER SEAL