# EXHIBIT 64

# THIS EXHIBIT HAS

# BEEN FILED UNDER SEAL