# EXHIBIT 66

# THIS EXHIBIT HAS BEEN FILED UNDER SEAL