# EXHIBIT 67

# THIS EXHIBIT HAS

# BEEN FILED UNDER SEAL