# EXHIBIT 68

# THIS EXHIBIT HAS BEEN FILED UNDER SEAL