# EXHIBIT 70

# THIS EXHIBIT HAS

# BEEN FILED UNDER SEAL