# EXHIBIT 71

# THIS EXHIBIT HAS BEEN FILED UNDER SEAL