# EXHIBIT 73

# THIS EXHIBIT HAS BEEN FILED UNDER SEAL