# EXHIBIT 74A

Open in app ↗                                     Sign up   Sign In

        Search         Write 

# Terra partners with mobile payment app CHAI to service the growing eCommerce market

 Terra · **Follow**
Published in Terra · 3 min read · Jun 11, 2019

 436                          


Terra partners with mobile payment app CHAI

Today, we are excited to announce a breakthrough partnership with CHAI, a newly launched Korean mobile payment service. CHAI is currently available on <u>TMON</u> — one of the largest eCommerce platforms in the country with 10 million users and $3.5 billion in GMV — and is to become available to all of Terra's eCommerce partners.

CHAI enables consumers to easily pay for items online by simply adding their bank account. Similar to the user experience of PayPal, CHAI has already partnered up with 15 major local banks to facilitate convenient fiat on- and off-ramp. The app is available in the <u>iOS Apple store</u> and <u>Google Play Store</u>.

To date, there has been a large gap between the blockchain industry and mainstream economy. Digital assets are still mainly used for speculation rather than utility, and to the general public, blockchain technology is often reduced to a buzzword.

As a first step of this partnership, Terra and CHAI will work together to find ways to utilize Terra's blockchain technology. CHAI provides the infrastructure of a payment gateway, offering both secure, reliable, and fraud-resistant transactions and convenient settlement with merchants in fiat. And by offering Terra's blockchain technology through CHAI, we will rebuild the payments stack on the blockchain to simplify the legacy payment system and provide transaction fees at a discounted rate to merchants.

The last note about reduced transaction fees is an important part of Terra's mission. The rate can vary by region, but on average, merchants are subject to a 2~3% fee on every transaction. This cost exists mostly to maintain an overly-complicated financial system, cluttered by institutions who no longer serve a key role. In fact, blockchain technology can provide faster and more

secure transactions at a fraction of the cost. By partnering with CHAI, who already has industry expertise and solutions set in place, we are able to speed up our development process and offer dramatic savings to our eCommerce partners. Partners can reinvest these savings, which leads to higher transaction volumes for Terra and CHAI, kickstarting a virtuous cycle of growth.

Online payments is just the beginning. We have our eyes set on offline payments as well, actively in talks with some of the largest convenience stores and hypermarts in Korea. Our partnership with Mongolia to implement Terra's payment system and reshape the country's financial landscape is also expected to launch in 2H 2019. Moreover, with support from new investors with a strong base and portfolio in countries like Singapore, we are looking to expand to other Southeast Asian countries in the near future.

CHAI's launch is a first step towards achieving our shared mission of creating a world where people can "Transact Freely". That means the elimination of unnecessary middlemen and fees to build an open and more transparent financial system. We are excited to work with CHAI and can't wait to start pushing millions — if not billions — in transaction volume.

Learn more about Terra and its e-commerce alliance on our website (https://terra.money/) and by following us on social media (Discord, Telegram, Twitter, YouTube). Stay tuned for Terra coming to a store near you.

Payments    Terrapartnership    Bitcoin    Blockchain    Terrahighlight



# Written by Terra

424 Followers · Editor for Terra


Follow

Terra is a price-stable cryptocurrency that will power the next-generation payment network and grow the real GDP of the blockchain economy.

---

## More from Terra and Terra



 Terra in Terra

### In numbers: Four Months of CHAI

Growth, growth, and more growth from Terra's payment dApp CHAI!

4 min read · Oct 24, 2019



 Stephen Gee in Terra

### Community Update — September 2023

From feature additions and new partnerships to product announcements and a plethora of...

4 min read · Oct 12

 654     2                         12                        





 MC in Terra

**Project Spotlight — Sayve**

In this edition of Terra's Project Spotlight, we are pleased to present Sayve — a platform...

5 min read · Sep 20

 Terra in Terra

**Countdown to Terra Mainnet Launch**

Pre-launch plan & what to expect

3 min read · Apr 16, 2019

 2                             1.3K    

See all from Terra       See all from Terra

# Recommended from Medium

 

 LUKSO in LUKSO

🌐 Dan Park in Over Protocol

### The Universal Profile Browser Extension BETA is here!

### Announcing the Release of OverProtocol Whitepaper v1.0

We are excited to announce the BETA release of the Universal Profile Browser Extension o…

We're excited to introduce our very first whitepaper to the world.

6 min read · Sep 12

3 min read · Sep 15

👏 205    💬 1                      🔖+

👏 458    💬 9                      🔖+

## Lists

 **Modern Marketing**
36 stories · 204 saves

 **My Kind Of Medium (All-Time Faves)**
44 stories · 101 saves

 

 Boidushya in WalletConnect

 testnet airdrop guide

### Ethereum Provider vs. Universal Provider—Uncovering the...

Introduction

10 min read · Aug 24

 13   

### 22 Projects | Top Coming Airdrop Waitlist For Early Access

Meso gives users one-click access to their banks from any integrated dapp or wallet,...

9 min read · Aug 16

 523    3





 Unbecoming

### 10 Seconds That Ended My 20 Year Marriage

It's August in Northern Virginia, hot and humid. I still haven't showered from my...

⭐ · 4 min read · Feb 16, 2022

 68K    980



 GoodDollarHQ in GoodDollar

### The Next Era: GoodDollar's Roadmap to Ecosystem Expansion

Introduced three years ago, the GoodDollar protocol's vision has always strived to close...

9 min read · Oct 13

 4   



See more recommendations