# EXHIBIT 77

The Sam Bankman-Fried Trial  Full Coverage Here                    ✕



Bitcoin ▼ **$34,115.71 -1.90%**   Ethereum ▼ **$1,790.6**  ▶  |  Crypto Prices →  |  CoinDesk Market Index →

## Finance

# Stablecoin Startup Terra Expands to Mongolia With Taxi Payment Service

**Terra is partnering with a Mongolian taxi company to let residents pay for rides using a stablecoin.**

**By Danny Nelson**  🕐  Dec 13, 2019 at 4:00 a.m. EST   Updated May 8, 2023 at 11:04 p.m. EDT

*Credit: Shutterstock*



### 10 Years of Decentralizing the Future

May 29-31, 2024 - Austin, Texas

The biggest and most established global hub for everything crypto, blockchain and Web3.

### Register Now

Mongolian taxi riders can now pay their drivers in stablecoins routed through the Terra blockchain.

In a press release Thursday, Terra announced its stablecoin issuance protocol would act as Mongolian messaging app memeChat's new financial backbone. That app, which has attracted 50,000 users since its March launch, now features the Terra-backed memePay payment service as well.

The partnership will let users transact with local merchants, drivers and other users' digital wallets in Terra MNT stablecoins, tied 1:1 with the Mongolian currency (known as the tugrik). Some merchants have already agreed to use the service, including a taxi company and and a department store.

Terra and memeChat designed the system to need no additional infrastructure, according to the company. Instead, merchants can settle payments in fiat or stablecoin within the memeChat app.

But the growing network of merchants accepting memePay means some businesses will never need to convert to fiat. Uuganbayar B, a driver for the Ulaanbaatar Taxi Company, said that gas stations accept the stablecoins his riders pay him in.

"I find it very useful that I don't need to worry about having enough cash since I can pay for gas with payments I've received," he said in a statement.

The launch is Terra's first foray into Central Asia. Co-founder Daniel Shin runs Terra from his home country, Korea, where he has turned its $32 million fund raise into a fast-growing network of online retailers, brick-and-mortar stores and entertainment services accepting the stablecoin protocol.

Now, with a foothold in Mongolia's capital city Ulaanbaatar, he hopes to find ever more use-cases, and partners, for Terra.

*STORY CONTINUES BELOW*

---

**Recommended for you:**

- Staked ETH Passes 16M

- Catching Up on a Lot of Stuff

- Memeland, a Web3 Project Built by 9GAG's Team, Secures $10M Minutes After Going Live

---

"Our local collaborations will enable stablecoins to reach thousands," he said in a statement.

**Newsletter →**          Every Weekday

# The SBF Trial

Sign up for The SBF Trial, a daily newsletter bringing you insights from inside the courthouse.

Enter your Email                                        Sign Up

*By clicking 'Sign Up', you agree to receive newsletter from CoinDesk as well as other partner offers and accept our terms of services and privacy policy.*

## DISCLOSURE

*Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.*

*The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.*

 **Danny Nelson**

---

Learn more about **Consensus 2024**, CoinDesk's longest-running and most influential event that brings together all sides of crypto, blockchain and Web3. Head to **consensus.coindesk.com** to register and buy your pass now.

---

**Read more about**

Stablecoins   Terra   Mongolia

## For You

Recommended by Outbrain|



**Arthritis Treatment...**

SearchTopics | Sear...



**Beckham Marries The...**

Investing Magazine



**Your 2023 Horoscope Is...**

My Astrology

**Learn MS Signs, Symptoms, &...**

BestSearches | Sea...



## About

About

Masthead

## Stay Updated

Events

CoinDesk Studios

Contributors

Newsletters

Careers

Follow

Company News

## Get In Touch

## The Fine Print

Contact Us

Ethics Policy

Advertise

Privacy

Accessibility Help

Terms Of Use

Sitemap

Update My Cookie Consent

Do Not Sell My Personal Information

Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.

The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.

©2023 CoinDesk

English