# EXHIBIT 80

# THIS EXHIBIT HAS BEEN FILED UNDER SEAL