# EXHIBIT 81

# THIS EXHIBIT HAS

# BEEN FILED UNDER SEAL