# EXHIBIT 84

Page 17
1      M. EDMAN - 9.20.23
2  my expert report because I believe I
3  have a example in there.
4   Q.   And by example, you mean an
5  example of an electronic payment system
6  that you studied when you were studying
7  for your Ph.D.?
8   A.   Correct. Again, it would be
9  helpful if I saw my expert report. I
10 believe I have a citation in there.
11  Q.   Sure.
12      MR. CALIFANO:  This will be
13  Exhibit 3.
14      (Exhibit 3, Corrected Expert
15  Report of Dr. Matthew J. Edman was
16  marked for identification.)
17  Q.   This is a copy of your corrected
18 expert report.
19      Do you want the question
20 repeated?
21  A.   Yes, please.
22      (The requested portion of the
23  record was read.)
24  A.   Yes.
25  Q.   And is there a reference to

Page 18
1      M. EDMAN - 9.20.23
2  electronic payment system you studied
3  while you were studying for your Ph.D.
4  in your report?
5   A.   Yes.
6   Q.   Where is it?
7   A.   Footnote 2.
8   Q.   Footnote 2. What page is that?
9   A.   Six.
10  Q.   And could you tell me what
11 payment system that refers to?
12  A.   So this refers to very early
13 system proposed by cryptographer known
14 as David Chaum which is a system for
15 untraceable payments based on
16 cryptography.
17  Q.   Did you study credit card systems
18 while you were getting your Ph.D.?
19  A.   As I sit here today, I don't
20 recall any of the literature that I
21 reviewed or studied directly relating to
22 credit card systems.
23      However, many of the basic
24 crypto -- cryptographic building blocks
25 are relevant.

Page 19
1      M. EDMAN - 9.20.23
2   Q.   Did you study banking payment
3  systems?
4   A.   Again, I think some of the
5  examples that I may have studied or that
6  I cited in my survey referenced in my CV
7  relate to, or could relate to proposed
8  electronic banking systems. But off the
9  top of my head, I'm not sure I could
10 point to specific examples.
11  Q.   And you don't list any in your
12 CV, do you?
13  A.   I'm sorry, could you be more
14 specific?
15  Q.   I can be as specific as saying
16 you do not list any examples of studying
17 a bank payment system in your CV?
18      MR. CARNEY:  Objection, vague,
19  during the time of the Ph.D.?
20      MR. CALIFANO:  I said the CV.
21  I'll go there next.
22  A.   Unless it is, you know,
23 referenced in one of my papers that I
24 published a long time ago, nothing
25 specifically comes to mind as I sit here

Page 20
1      M. EDMAN - 9.20.23
2  today.
3   Q.   And you don't mention anywhere in
4  your CV studying payment systems like
5  PayPal, do you?
6   A.   Again, I would say that, you
7  know, payment systems like PayPal often
8  use some of the same cryptographic
9  primitives like encryption and
10 authentication.
11      But as I sit here today, I don't
12 recall any specific examples related to
13 PayPal.
14  Q.   And none are mentioned in your
15 CV, are they?
16      MR. CARNEY:  Objection, vague.
17  A.   Again, unless they're referenced
18 in one of the papers I published, you
19 know, as I sit here today I don't know
20 of any examples off the top of my head.
21  Q.   Okay. In your CV, and perhaps we
22 can look at the page that lists some of
23 your work experience, I believe that's
24 the third page of your CV which is
25 Exhibit 2, you see the third page of

Page 21

1           M. EDMAN - 9.20.23
2   your CV that lists your private
3   experience -- prior experience?  Excuse
4   me.  That was as question, I guess
5   you --
6   A.   I'm sorry, I missed the question.
7   Q.   That's okay.  Are you looking at
8   the third page of your CV which lists
9   your work at I believe it's Berkeley
10  Research Group, FTI Consulting,
11  Bloomberg and Mitre?
12  A.   Yes.
13  Q.   In any of those descriptions do
14  you mention studying payment systems?
15  A.   I don't see the words payment
16  systems in here, on this page
17  specifically.  However, some of the work
18  that I reference generally on this page
19  has related to payment systems.
20  Q.   Which work that you reference on
21  this page?
22  A.   Just to give you one example off
23  the top of my head that I can recall is
24  the first bullet under Berkeley Research
25  Group, I reference responding to

Page 22

1           M. EDMAN - 9.20.23
2   cybersecurity incidents for clients
3   including financial institutions.
4        An example that I can give you is
5   we provided incident response and
6   investigation support for a payment
7   processor.
8   Q.   Was that a credit card payment
9   processor, a bank payment processor or
10  another kind of money transmitter?
11  A.   They processed credit card
12  payments.  I'm sure that they also
13  processed bank payments.  Beyond that,
14  I'm not sure I could tell you sitting
15  here off the top of my head.
16  Q.   Was it a public matter?
17  A.   It was not a public matter.
18  Q.   Was it a regulated bank that was
19  your client in that matter?
20  A.   The client in that matter was not
21  a bank.  I do believe there are certain
22  regulations that they had to follow.
23  However, they were not a bank.
24  Q.   I'm going to direct your
25  attention to FTI Consulting, Bloomberg

Page 23

1           M. EDMAN - 9.20.23
2   LP and the Mitre Corporation.  As I look
3   at these three positions that you held
4   up to 2016, do you mention blockchain-
5   or crypto-related issues in any of those
6   descriptions?
7   A.   To be clear, just a small
8   correction of what you said.  FTI
9   Consulting ended in 2015.  I believe you
10  said 2016.
11  Q.   My apologies.  You are right.
12  A.   To answer what I understood your
13  earlier question to be, these
14  descriptions do not specifically include
15  the words blockchain.  However, the
16  general descriptions of the work that I
17  performed did involve blockchain-related
18  investigations and analysis.
19  Q.   Did you do any work on blockchain
20  issues when you were at the Mitre
21  Corporation?
22  A.   I did.
23  Q.   What kind of blockchain issues?
24  A.   Given the nature of my graduate
25  research, many of the investigations

Page 24

1           M. EDMAN - 9.20.23
2   that I supported as part of the Mitre
3   Corporation involved investigations into
4   darknet markets, child exploitation
5   sites, other matters where around that
6   time we were starting to see an increase
7   in the use of blockchain and
8   cryptocurrency, crypto assets in
9   connection with those markets.
10  Q.   Which specific blockchains did
11  you work on when you were at the Mitre
12  Corporation?
13  A.   As I sit here today, off the top
14  of my head, the one that I recall is
15  Bitcoin.  I don't recall any other
16  blockchains at that time.
17  Q.   Did you work on any payment
18  applications while you were at the Mitre
19  Corporation?
20  A.   You could say so since, as I
21  mentioned, you know, we were
22  investigating darknet marketplaces,
23  child exploitation sites where they had
24  payment systems which relied on crypto
25  assets to, you know, purchase drugs or



Page 25

1        M. EDMAN - 9.20.23
2   child exploitation material.
3   Q.   Did you work on any traditional
4   payment applications?
5        MR. CARNEY:  Objection, vague.
6   A.   Could you be more specific on
7   what you mean by "traditional payments"?
8   Q.   Traditional applications would
9   include noncrypto payment applications
10  that you would operate from your phone
11  or from your computer, a credit card or
12  a bank.
13  A.   As I sit here today, I don't
14  recall any examples of that.  I can
15  imagine, you know, some of these sites
16  may have used other traditional payment
17  systems as well.  But I, off the top of
18  my head, I can't recall any examples.
19  Q.   While you were at Bloomberg, did
20  you work on any payment applications,
21  traditional payment applications?
22  A.   As I sit here today, I don't
23  recall specifically.  We reviewed a
24  number of applications that Bloomberg
25  developed internally.  Some of them may

Page 26

1        M. EDMAN - 9.20.23
2   have related to payment, but I don't --
3   you know, for example, purchases of
4   Bloomberg, you know, services, articles,
5   things like that.  But I don't recall
6   any specific examples.
7   Q.   Did you work on any blockchain
8   applications when you were at Bloomberg?
9   A.   I don't recall working on any
10  blockchain-related applications as a
11  Bloomberg employee during that time.
12  Q.   When you were at FTI Consulting,
13  did you work on any traditional payment
14  applications?
15  A.   As I sit here today, I don't
16  recall any specific examples during that
17  time.  If there were, it would likely
18  have been in a security assessment or a
19  incident response capacity.
20  Q.   Did you work on any blockchain
21  applications in that job?
22  A.   You're still referring to FTI
23  Consulting?
24  Q.   That's correct.
25  A.   I did.

Page 27

1        M. EDMAN - 9.20.23
2   Q.   Which ones?
3   A.   At that time, I reference this
4   and provide some additional information
5   both in my CV as well as in my expert
6   report, but to give you an example, I
7   conducted blockchain analysis related to
8   Bitcoin in connection with the
9   prosecution of the founder of Silk Road
10  by the Southern District of New York.
11  Q.   What blockchain applications did
12  you analyze the code for in that case?
13  A.   The blockchain applications that
14  I reviewed code for in that case
15  involved Bitcoin, as well as source code
16  that the defendant in that case, Ross
17  Ulbricht, had developed to operate the
18  website to facilitate payments, to
19  manage wallets, things like that.
20  Q.   Did you work on any other
21  blockchain applications in that case?
22  A.   As I sit here today, I don't
23  recall any other than Bitcoin in that
24  case.
25  Q.   Did you work on any other

Page 28

1        M. EDMAN - 9.20.23
2   blockchain applications when you were in
3   that position?
4   A.   As I sit here today, I don't
5   recall any others, any specific
6   examples.
7   Q.   Okay.  When you were at Berkeley
8   Research Group, did you do any analysis
9   of any traditional payment applications?
10  A.   I referenced an example earlier
11  of the payment processor who we provided
12  incident response security consulting
13  for.
14  Q.   Were there any other payment
15  applications that you analyzed when you
16  were at Berkeley Research Group?
17  A.   Sorry, so you're asking payment
18  applications in general.  To answer
19  that --
20  Q.   I'll make it clear, I'm sorry.
21  Traditional payment applications.
22  A.   As I sit here today, I don't
23  recall any other examples.
24  Q.   Did you analyze any blockchain
25  applications while you were at Berkeley



Page 29

1        M. EDMAN - 9.20.23
2    Research Group?
3    A.   Yes.
4    Q.   Please name them.
5    A.   Well, I believe I provide some
6    examples in my CV.  As I sit here today
7    off the top of my head, provided
8    consulting for Southern District of New
9    York on a system -- let me double-check
10   if this is -- it was a system that they
11   were investigating called, called
12   Coin.mx.
13   Q.   Could you just spell that?
14   A.   Coin.mx.
15   Q.   M as in Mary, X as in Xavier, I
16   guess?
17   A.   Or xylophone.
18   Q.   What is that?
19   A.   It was a cryptocurrency exchange.
20   Q.   Any others?
21   A.   I recall conducting a number of
22   other investigations for private
23   individuals and companies related to
24   cryptocurrency.
25   Q.   Did those investigations involve

Page 30

1        M. EDMAN - 9.20.23
2    the analysis of code of a blockchain
3    application?
4    A.   Certainly the investigation for
5    Southern District of New York that I
6    referenced involved reviewing several
7    databases and source code that had been
8    implemented by the Exchange to
9    understand its operation and interaction
10   with the blockchain.
11       Some of the other examples that I
12   referenced related to investigations on
13   behalf of clients and individuals.
14       Off the top of my head, I don't
15   recall any specific examples of having
16   to review source code in addition to
17   conducting the blockchain analysis.
18   Q.   Okay.  Have you ever done any
19   code analysis of the back end of any
20   traditional payment systems or
21   applications?
22   A.   Yes.
23   Q.   Which ones?
24   A.   The example that I referenced
25   earlier whereas, when I was at Berkeley

Page 31

1        M. EDMAN - 9.20.23
2    Research Group we provided incident
3    response, cybersecurity consulting to a
4    payment processor.  That engagement
5    involved reviewing source code that the
6    payment processor had implemented and
7    was hosting to determine how threat
8    actors had gained access to their
9    system.
10   Q.   What was that source code
11   designed to do?
12   A.   So that source code, again, was
13   very large and our investigation was
14   limited to identifying the source of the
15   threat actors' access to their systems.
16       But, in general, as I sit here
17   today, to the best of my recollection,
18   that particular piece of the source code
19   was related to receiving payment
20   information from terminals managed by
21   this particular payment processor that
22   may be at a merchant, for example.
23   Q.   What type of merchant payment
24   machine are we talking about?
25       MR. CARNEY:  Objection, vague.

Page 32

1        M. EDMAN - 9.20.23
2    Q.   What was the machine that was at
3    the merchant that you were examining the
4    code of?
5    A.   To be clear, I didn't say that I
6    was examining the code of like the kiosk
7    or the machine at the merchant.
8        I believe that I stated that I
9    was reviewing code that received payment
10   information from the kiosk.
11   Q.   I see.  Was this a credit card
12   payment system that you were analyzing?
13   A.   Yes, I believe so.
14   Q.   Any other payment systems that
15   you analyzed?
16   A.   Could you be more specific?
17   Q.   Have you analyzed the code for
18   any other traditional payment systems?
19   A.   As I sit here today, I don't
20   recall any examples of reviewing source
21   code of other payment systems other than
22   the examples that I've given.
23       I do note on my CV there's
24   reference to an engagement where I was
25   retained as an expert to review security



Page 33

1        M. EDMAN - 9.20.23
2  of, or cybersecurity practices, policies
3  and procedures around a national fast
4  food chain's payment systems.
5  Q.   And which item is that in your
6  CV, if you could just point me to it?
7  A.   This would be page, this is the
8  second to last page, second to last
9  bullet just before Digital Forensic
10 Investigations is the paragraph that
11 starts "Retained as an expert in a
12 putative class action alleging a breach
13 of a nationally recognized fast casual
14 restaurant's payment systems was a
15 result of negligent IT security
16 practices."
17 Q.   It continues, does it not,
18 "Reviewed documentation regarding the
19 internal IT security architecture,
20 policies, and procedures, identified
21 deficiencies and drafted demands for
22 remediation."  Correct?
23 A.   Correct.
24 Q.   As part of that matter, did you
25 analyze the software code of that

Page 34

1        M. EDMAN - 9.20.23
2  system?
3  A.   I don't recall reviewing any
4  software code as part of the analysis.
5  Certainly part of the analysis involved
6  developing an understanding of what
7  software was running on these payment
8  processing terminals and identifying how
9  the threat actors gained access to these
10 terminals through the software, and then
11 providing recommendations for how to
12 mitigate those risks in the future.
13 Q.   Other than that example, are
14 there any other examples?
15 A.   As I sit here today, none that I
16 recall.
17 Q.   Have you done any work on a
18 payment application's use of a
19 blockchain, other than this case?
20 A.   I believe I gave examples earlier
21 of when I was at Mitre I was
22 investigating, or supporting
23 investigations of a number of illicit
24 marketplaces that used blockchain crypto
25 assets to facilitate payments for

Page 35

1        M. EDMAN - 9.20.23
2  illicit goods.
3  Q.   And in that case, you analyzed a
4  payment application's use of the
5  blockchain?
6  A.   Yes.
7  Q.   That was the software that you
8  earlier described as having been written
9  by a defendant to operate his website or
10 his websites; is that my understanding?
11 A.   Well, I believe I gave a couple
12 of examples.  One of them was the
13 payment system that the defendant Ross
14 Ulbricht implemented to facilitate
15 payments on Silk Road Drug Marketplace.
16     Another example that I gave was
17 in the Coin.mx unlicensed exchange.
18 Q.   Any others besides those two?
19 A.   I also provide an example in my
20 expert report of a, a website that was
21 accused of money laundering by the
22 Southern District of New York.  It was a
23 website called Liberty Reserve, which
24 was a payment platform.
25 Q.   What kind of a payment platform

Page 36

1        M. EDMAN - 9.20.23
2  was it?
3  A.   This was a electronic payment
4  platform that allowed users to send
5  basically Liberty Reserve dollars
6  between each other.
7  Q.   Have you ever analyzed a credit
8  card payment system?
9      MR. CARNEY:  Objection, asked and
10 answered.
11 A.   Again, I believe I provided an
12 example earlier of the cybersecurity
13 incident response and consulting that I
14 provided to a payment processor while I
15 was at Berkeley Research Group.
16 Q.   Okay.  Other than that, have you
17 examined the code of a credit card
18 payment processing system?
19 A.   Well, again, an example, another
20 example that I gave was the Coin.mx site
21 which one of the allegations made by
22 Southern District of New York was that
23 they were accepting credit card payments
24 and miscategorizing them for the purpose
25 of, you know, converting fiat currency

Page 37

1         M. EDMAN - 9.20.23
2   to crypto assets.
3   Q.   So did you examine the code of
4   that credit card payment system?
5   A.   Yes, I examined code associated
6   with that website as well as databases
7   and blockchain transactions.
8   Q.   So other than the code for the
9   website and the databases, did you
10  examine the code of the credit card
11  payment system that was used in that
12  case?
13        MR. CARNEY:  Objection, vague.
14  A.   I examined code that related to
15  the website interacting with credit card
16  payment systems.
17  Q.   Have you examined the code for
18  the Visa or MasterCard networks?
19  A.   I believe that question is vague.
20  I don't know what you mean by the "code
21  for Visa and MasterCard," but.
22  Q.   So the Visa and MasterCard credit
23  card payment systems operate on code,
24  that's how the networks operate.  Have
25  you examined that network code?

Page 38

1         M. EDMAN - 9.20.23
2   A.   I have no internal knowledge as
3   to how Visa and MasterCard operate.
4   Q.   Have you ever examined the code
5   for a credit card issuer, like a bank,
6   JPMorgan, Citibank, any bank credit card
7   payment system code, have you ever
8   examined that?
9   A.   I've examined code developed by a
10  bank related to their financial systems.
11  As I sit here today, I don't recall that
12  that specifically related to credit card
13  payments.
14  Q.   Did you ever examine the code
15  that operates the PayPal payment system?
16  A.   I've not examined any code
17  developed by PayPal, to my knowledge.
18  Q.   So you've not examined any
19  front-end user interface code that
20  PayPal may use or offer, and you haven't
21  examined any back-end code that PayPal
22  may use to operate its system?
23        MR. CARNEY:  Objection, compound.
24  A.   To my knowledge, I've not
25  reviewed any back-end code from PayPal.

Page 39

1         M. EDMAN - 9.20.23
2   I've certainly used PayPal.  I've seen
3   the front end.  But in terms of code
4   that they may have implemented
5   internally to develop the front end, I
6   don't believe that I've reviewed any of
7   that code.
8   Q.   Have you reviewed any front-end
9   code for PayPal?
10  A.   Aside from what is displayed in a
11  web browser, no.
12  Q.   Have you ever examined any code,
13  front end or back end, for the Venmo
14  payment system?
15  A.   To my knowledge, I've not
16  reviewed any code in the back end of
17  Venmo.  And again, I haven't reviewed
18  any code for the front end of Venmo,
19  other than what's displayed either on
20  the website or in a mobile app.
21  Q.   Have you ever used Venmo?
22  A.   I have.
23  Q.   Have you examined any similar
24  type of commercially available payment
25  system like Venmo, the code for that

Page 40

1         M. EDMAN - 9.20.23
2   commercial system?
3   A.   As I sit here today, I don't
4   recall any examples.
5   Q.   You are presently at Naxo Labs,
6   is that correct?
7   A.   It is.
8   Q.   And can you please tell me what
9   that firm does?
10  A.   So Naxo Labs, I describe what my
11  firm does in my expert report.  But in
12  general, we provide cybersecurity,
13  digital forensics and crypto asset
14  investigation expertise.
15  Q.   And your, what is your role at
16  Naxo Labs?
17  A.   I'm a partner and co-founder of
18  the firm.
19  Q.   And with respect to the work you
20  do, as you mentioned blockchain
21  analysis, security investigations, or
22  any other work you do at Naxo, have you
23  ever analyzed a commercial payment
24  system?
25  A.   I don't recall any specific



Page 41

1        M. EDMAN - 9.20.23
2  examples from my time as Naxo.
3   Q.   Now I just want to make a
4  reference to your career in general.
5  Have you ever built any blockchain
6  application?
7   A.   I've certainly built a number of
8  applications that interact with a
9  blockchain.  Yes.
10  Q.   Could you please provide me some
11  examples of what you have built?
12  A.   So, most of the applications that
13  I would have built in connection with a
14  blockchain or interacting with a
15  blockchain would or were related to,
16  were related to investigations, for
17  example, collecting or extracting data
18  from a blockchain, analyzing a
19  blockchain.
20  Q.   So the applications you built
21  were for use in your practice?
22  A.   Yes, in connection with my work.
23  Q.   They weren't for use with the
24  broad public?
25       MR. CARNEY:  Objection, vague.

Page 42

1        M. EDMAN - 9.20.23
2   Q.   You did not, did you, build
3  blockchain applications for use by the
4  general public, did you?
5   A.   No.
6   Q.   Have you ever built any high
7  availability blockchain applications,
8  that is blockchain applications that
9  were available to the public?
10  A.   As I said, I haven't built any
11  blockchain applications that are
12  available to the public.
13  Q.   Have you ever built any mobile
14  payment applications?
15  A.   No.
16  Q.   Have you ever built any payment
17  applications?
18  A.   No.
19  Q.   You list a broad range of
20  technical and other professional
21  experience in your CV.  Are there any
22  other areas of expertise that are not
23  mentioned in this CV that were relevant
24  to you forming opinions in this case?
25  A.   No.  I believe my CV and my

Page 43

1        M. EDMAN - 9.20.23
2  expert report sufficiently describe my
3  background and expertise that was
4  necessary for forming the opinions
5  expressed in my report.
6   Q.   Before this case, have you ever
7  provided expert witness testimony about
8  a blockchain-based payment system or
9  application?
10  A.   My most recent testimony in the
11  case of the United States of America
12  versus Nathaniel Chastain, I provided
13  testimony related to the OpenSea
14  platform, which is a platform that
15  allows users to provide crypto assets
16  for payment in exchange for NFTs.
17  Q.   And did you analyze the source
18  code for that application?
19  A.   I analyzed certain smart
20  contracts related to OpenSea, but I
21  don't recall any back-end source code
22  that -- there wasn't any needed to form
23  the opinions that I -- in that case.
24  Q.   And did you provide expert
25  testimony in that case?

Page 44

1        M. EDMAN - 9.20.23
2   A.   I did.
3   Q.   What was the general nature of
4  that expert testimony?
5   A.   The general nature of the expert
6  testimony, I provide a summary in my CV,
7  but it related to providing a background
8  on crypto assets, providing a background
9  on NFTs, analyzing records related to
10  certain transactions that were purchases
11  and sales that the defendants made in
12  that case and providing my opinion about
13  those, those transactions.
14  Q.   I did not hear you mention the
15  analysis of any software code in that
16  expert opinion.
17  A.   As I mentioned, as part of that
18  case, I did review certain smart
19  contracts related to OpenSea which are a
20  form of code.  And that would have been
21  part of, in my testimony, about, in
22  general, how the OpenSea platform
23  operates.
24  Q.   But you did not examine, apart
25  from those smart contracts, the OpenSea



Page 45

1  M. EDMAN - 9.20.23
2  code itself?
3  A.  OpenSea is a decentralized
4  exchange that exists as the smart
5  contracts.
6  Q.  Aside from the smart contract
7  code, did you examine any other code of
8  OpenSea?
9  A.  No.
10  Q.  You list on page 5 your
11  Representative Matters.  And so when I
12  look at page 5 and your Representative
13  Matters, in which one of these have you
14  served as an expert?
15  A.  Are you asking me specific to
16  page 5?
17  Q.  I think to page 5 and to page 6.
18  And if I'm wrong you can go to page -- I
19  realize there are four pages here.  I'm
20  more interested in which one of these
21  involved expert testimony.
22  A.  So under Cryptocurrency, the
23  first bullet, I provided expert
24  testimony in an arbitration.
25  Q.  Did that involve the analysis of

Page 46

1  M. EDMAN - 9.20.23
2  software code?
3  A.  No, it did not.
4  Q.  Okay.
5      MR. CARNEY:  If I could just help
6  things along, if you look at the
7  previous page, there's an entire page
8  labeled Expert Testimony.
9      MR. CALIFANO:  Let me just ask
10  this question to try to make it
11  faster.
12  Q.  Apart from what you've listed in
13  Expert Testimony that may be mentioned
14  in your Representative Matters, are
15  there any other cases in these
16  representative matters where you
17  presented expert testimony?
18  A.  I believe that my summary of
19  expert testimony listed in my CV is an
20  accurate representation of my history of
21  expert testimony I've offered.
22  Q.  Is the first item in your
23  Representative Matters in Cryptocurrency
24  listed in that Expert Testimony section?
25  A.  It is not.  However, the Expert

Page 47

1  M. EDMAN - 9.20.23
2  Testimony section references public
3  matters.  As I note in the first bullet
4  under Cryptocurrency, that was an
5  arbitration, not a public matter.
6  Q.  Understood.  Are there any other
7  representative matters where you
8  presented expert testimony?
9  A.  The Representative Matters
10  reference a couple of engagements where
11  I had been retained as an expert and
12  some of those instances may have drafted
13  an expert report.  However, the case had
14  settled prior to any testimony in, in
15  court or in deposition.
16  Q.  So, for example, I look at the
17  second bullet in Cryptocurrency and the
18  second to the last in the Cryptocurrency
19  section which seem to refer to the Silk
20  Road case, one of which I guess is US v.
21  Ulbricht.
22      Did you present any expert
23  testimony in that case?
24  A.  I did not testify in that case.
25  Q.  And I notice the very first

Page 48

1  M. EDMAN - 9.20.23
2  bullet in Cryptocurrency Representative
3  Matters indicates retention as an
4  expert.  Did you present testimony in
5  that case?
6  A.  Are you referring to the bullet
7  starting "Provided expert testimony in
8  an arbitration"?
9  Q.  No, pardon me, you did answer
10  that question.  I apologize.  I think
11  we've already discussed this one, so.
12      Let me go to the second to the
13  last page at the very top.  There's a
14  bullet that begins "Retained as an
15  expert by a global marketing agency."
16      Did you present expert testimony
17  in that matter?
18  A.  In that case I had reviewed,
19  reviewed a number of documents, source
20  code, logs, formed expert opinions, but
21  the parties had settled before any
22  expert disclosures were made.
23  Q.  On the last page, the second
24  bullet from the top, "Retained as an
25  expert by plaintiffs in a defamation



Page 49

1       M. EDMAN - 9.20.23
2  lawsuit."
3       Did you testify in that case?
4   A.   Yes, and that one is reflected in
5  my Expert Testimony page.
6   Q.   Which one is that in the Expert
7  Testimony page?
8   A.   That is Rosebank Road Medical
9  Services Ltd. d/b/a Rosebank Road
10  Medical Center and Geeta Murali Ganesh
11  v. Ramji Govindaragan and John Does
12  2-20.
13   Q.   And then the last item on that
14  last page of your CV indicates that you
15  were "Retained as an expert by
16  well-known website which provides
17  community-based classified ads."
18       Did you testify in that case?
19   A.   I developed an expert report for
20  that case after analyzing the source
21  code and logs associated with the, the
22  website.  However, the parties settled
23  prior to any expert disclosures.
24   Q.   Are there any other times when
25  you have testified as an expert, other

Page 50

1       M. EDMAN - 9.20.23
2  than what you've identified in your CV?
3   A.   No.  I believe my CV accurately
4  reflects my history of expert testimony.
5   Q.   Have you ever had any opinion or
6  portion of your opinion subject to a
7  motion to exclude by a court?
8       MR. CARNEY:  Objection, vague.
9   A.   There may have been a motion to
10  exclude, but to my knowledge my opinion
11  was not excluded.
12   Q.   You offered an opinion in the
13  United States versus Chastain, did you
14  not?
15   A.   I did.
16   Q.   Okay.  And that was on behalf of
17  the defendant?
18   A.   It was.
19   Q.   In that case the government
20  sought to exclude a portion of your
21  opinion.  Do you recall that?
22   A.   I recall there was a motion.
23  Again, I don't recall my opinion being
24  excluded, though.
25   Q.   Okay. Well, in that case the

Page 51

1       M. EDMAN - 9.20.23
2  court did end up excluding a portion of
3  your opinion.  Do you recall that?
4   A.   I don't recall the specifics.
5   Q.   Okay.  Do you recall perhaps --
6  well, let me, let me see if I can -- do
7  you recall that in your opinion the
8  government claimed that you had offered
9  an opinion as to the intent and the
10  motive of the defendant in that case?
11   A.   I'm sorry, could you say that
12  again?
13   Q.   In other words, do you recall, in
14  your expert opinion offered in the
15  United States versus Chastain case, that
16  you had testified with respect to the
17  motive and intent of the defendant in
18  that case?
19   A.   I don't believe I had, in that
20  case, that I testified to the motive or
21  intent in that case.
22       MR. CALIFANO:  If we could
23   please, what's our next exhibit
24   number?
25       MR. WOOD:  Exhibit 4.

Page 52

1       M. EDMAN - 9.20.23
2       MR. CALIFANO:  Okay, Exhibit 4.
3       (Exhibit 4, opinion and order in
4   USA v. Chastain was marked for
5   identification.)
6   Q.   Mr. Edman, I'm going to direct
7  you to page 18 and 19 of this opinion,
8  and specifically to Section C, the
9  government's motion to preclude
10  Dr. Edman.  If you could please take the
11  time to read that section, it's about
12  two and a half pages.
13       I just want to direct your
14  attention to the top of page 19.  Where
15  the opinion, the court's opinion reads,
16  "According to his expert disclosure,
17  Edman intends to opine that 'defendant
18  did not attempt to obfuscate his
19  identity or conceal his OpenSea activity
20  by using a VPN or other anonymizing
21  technology,'" and then another quote,
22  "'Defendant did not attempt to obfuscate
23  his OpenSea activity by laundering
24  cryptocurrency funds through the use of
25  mixers, non-KYC exchanges, or other



Page 125
M. EDMAN - 9.20.23

[lines 1-25 redacted]

Page 126
M. EDMAN - 9.20.23

[lines 1-5 redacted]
6     What time do we plan to take
7 lunch?
8   Q.   It's about 12:05 and I think we
9 can, if you give me a few more minutes,
10 we can probably find a break point.
11 Would that work?
12   A.   That works for me.
[lines 13-25 redacted]

Page 127
M. EDMAN - 9.20.23

[lines 1-21 redacted]
22     MR. CALIFANO:  Why don't we take
23 a break.  It's a good time to take a
24 break --
25     THE VIDEOGRAPHER:  The time is --

Page 128
M. EDMAN - 9.20.23
1
2     MR. CALIFANO:  -- do lunch.
3     THE VIDEOGRAPHER:  -- 12:07 p.m.,
4 we're going off the record.
5     (Luncheon recess.)


ESQUIRE
DEPOSITION SOLUTIONS

Page 129

1  M. EDMAN - 9.20.23
2  A F T E R N O O N   S E S S I O N
3  (1:16 p.m.)
4  THE VIDEOGRAPHER: The time is
5  1:16 p.m., we're back on the record.
6  MATTHEW JOHN EDMAN, resumed,
7  having been previously duly sworn,
8  was examined and testified further,
9  as follows:
10  EXAMINATION BY
11  MR. CALIFANO: (CONT'D)
12  Q.  Dr. Edman, during the break did
13  you have any conversations about this
14  case or your testimony with counsel?
15  A.  I did not.

Page 130

M. EDMAN - 9.20.23

8  Do you want me to close the door,
9  by the way?
10  Q.  Go ahead. I just, I wanted you
11  guys to get some air before we started
12  up again. We have a lot of people in
13  this room.
14  So let me ask this another way.

Page 131

M. EDMAN - 9.20.23

Page 132

M. EDMAN - 9.20.23



Page 133
M. EDMAN - 9.20.23

3  Q.  Let me go back to your report and
4  I'll direct you to Paragraph 11 a.  And
5  Paragraph 11 outlines the opinions of
6  your report; is that correct?
7  A.  Paragraph 11 provides a high
8  level summary of the opinions in my
9  report.
10  Q.  In 11 a you state that
16      Did I read that correctly?
17  A.  I believe so, yes.

Page 134
M. EDMAN - 9.20.23

Page 135
M. EDMAN - 9.20.23

Page 136
M. EDMAN - 9.20.23



Page 145

M. EDMAN - 9.20.23

2 matters?
3 A. Yes.
4 Q. Are you familiar with some of the
5 other companies that use custodial
6 wallets in their operations?
7       MR. CARNEY: Objection, vague.
8 A. Some companies other than?
9 [REDACTED]
10 [REDACTED]
11 [REDACTED]
12 [REDACTED]
13 [REDACTED]
14 Q. Well, let me ask you something.
15 Are you aware that Binance provides
16 custodial wallets to customers?
17 A. I'm aware.
18 Q. That they provide custodial
19 wallets for use by customers?
20 A. Yes.
21 Q. Are you aware whether BitMEX
22 provides custodial wallets to its
23 customers?
24       MR. CARNEY: BitMEX?
25       MR. CALIFANO: BitMEX,

Page 146

M. EDMAN - 9.20.23

2 B-i-t-M-E-X.
3 A. I'm generally aware of that. I
4 don't have specific knowledge of BitMEX.
5 Q. Have you ever heard of the
6 company BitGo, B-i-t-G-o?
7 A. I have.
8 Q. Blockchain.com?
9 A. I've heard of Blockchain.Com.
10 Q. Freewallet?
11 A. The name Freewallet sounds
12 vaguely familiar.
13 Q. PayPal?
14 A. I've heard of PayPal.
15 Q. Are you aware that all these
16 companies provide custodial wallets for
17 use by their customers?
18 A. I don't necessarily know that
19 PayPal provides a custodial wallet,
20 perhaps, but I'm aware that there are
21 cryptocurrency exchanges that be
22 considered to provide custodial wallets.
23 Q. So there are other applications
24 that use custodial wallets and other
25 companies that use them to process

Page 147

M. EDMAN - 9.20.23

2 transactions on a blockchain?
3       MR. CARNEY: Objection, vague as
4 to "other."
5 A. Again, I'm aware that there are,
6 for example, cryptocurrency exchanges
7 that provide custodial wallets.
8 Q. So in Paragraph 11 b you also
9 state that [REDACTED]
10 [REDACTED]
11 [REDACTED]
12 [REDACTED]
13 [REDACTED]
14 [REDACTED]
15 [REDACTED]
16 [REDACTED]
17 [REDACTED]
18 [REDACTED]
19 [REDACTED]
20 [REDACTED]
21 [REDACTED]
22 [REDACTED]
23 [REDACTED]
24 [REDACTED]
25 [REDACTED]

Page 148

M. EDMAN - 9.20.23

[REDACTED]


ESQUIRE
DEPOSITION SOLUTIONS

Page 149
M. EDMAN - 9.20.23

Page 150
M. EDMAN - 9.20.23
MR. CARNEY: Objection, vague.

Q. I want to direct your attention to Paragraph 51 to 55 of your report. And in that set of paragraphs you identify

Page 151
M. EDMAN - 9.20.23

Page 152
M. EDMAN - 9.20.23



Page 181
M. EDMAN - 9.20.23

Page 182
M. EDMAN - 9.20.23

Page 183
M. EDMAN - 9.20.23

5  Q.   Going back to the summary of your
6  opinion that we were reading, you
7  conclude that based on your closed
8  system, quote,

22  Q.   But isn't it true, though, that
23  some distributed ledger technology
24  settlement arrangements are based on
25  transferring digital representations of

Page 184
M. EDMAN - 9.20.23
2  a physical asset that would be held in
3  custody or fiat that's held in custody?
4  Isn't that one way distributed ledger
5  technology does settlement?
6       MR. CARNEY:  Objection, vague,
7   compound.
8  A.   I'm sorry, could you please
9  restate or rephrase the question?
10 Q.   Isn't it true that distributed
11 ledger technology settlement
12 arrangements can be based on
13 transferring digital representations of
14 an asset that is held in custody?  In
15 other words, that the blockchain is
16 recording the transfer of assets held
17 elsewhere?
18 A.   I suppose that's possible.

