# EXHIBIT 86

EXAMINATION BY MR. CALIFANO:
Q.   Good afternoon.  Mr. Unny, I am Mark Califano.  I represent the defendants in this matter.  I'm going to ask you a few questions, okay?
A.   Okay.
Q.   All right.  You recall that Mr. Carney was asking you about your report, particularly paragraph 53 of your report.
Would you please turn to that page.
You note in this report, in the second sentence, that the -- well, the first sentence, that, Dr. Edman provides no definition of processing or settlement.
The next sentence says, This is a significant omission because understandings of these terms may vary, especially in the blockchain payment application space.
A.   Correct.
Q.   So, when you say that the understanding of these terms can vary, how can they vary?  Based on what can they vary?
A.   Based on the context of the application, based on the application, based on how these terms are designed, or defined, within a payment application or a blockchain application.

221

And these definitions and -- are part of the business requirements that developers code to -- to code to it.
Q.   In your experience, do all payment systems define these terms?
A.   No.  It very much depends on the maturity of the team, and -- and what documentation is available, and how much documentation is created. It's very contextual.
Q.   I'm just going to refer you to -- now to just financial payments systems --
A.   Yeah.
Q.   -- traditional systems.
A.   Traditional systems, okay.
Q.   What factors in traditional systems can affect the meaning of those terms?
MR. CARNEY:  Objection.  Vague.
A.   It very much depends on the context and from what perspective processing and settlement is being defined within a system, and within the subsystems in a traditional system.
Q.   With respect to a system -- a payment system, including payment systems that use blockchain transactions as part of the system, why would someone trying to determine the meaning of the blockchain

222

transactions need to examine, in this case, the full CHAI Terra code?
MR. CARNEY:  Objection.  Leading.
A.   Because the processing and settlement is an all-encompassing term and very contextual, and it really depends on, you know, the end-to-end processing and settlement, and the -- you know, what components are included in that chain of processing and settlement, and how they define it.
So in this case, my experience suggests that CHAI would have had significant amounts -- significant number of other subsystems, as I mentioned earlier in my report.
And it depends on how all of those systems work together in tandem, and where processing and settlement is being done in -- operationally, for example, within those systems.
Q.   Is it possible to determine the meaning of these terms based only on a review of the LP server and the materials that Dr. Edman used?
MR. CARNEY:  Objection, vague.
A.   As suggested in my -- as stated in my report, that's not -- it's not possible in my experience.  And in my opinion.
Q.   So, Mr. Carney questioned you about the

223

examples that are listed at the end of paragraph 53. Correct?  You recall when he was questioning you about those examples?
A.   Yes.
Q.   Okay.  In your experience, are they the only examples of how a settlement arrangement could be made using the blockchain?
A.   No, they are very, very much based on the context and based on the application and based on the customer and based on the kind of systems involved.
These are just examples and possibilities of how they could be as defined in the -- in the -- the framework that the BIS paper points to.
Q.   Mr. Carney also asked you questions about the BIS paper that you cited in your report.  Do you remember those questions?
A.   Yes.
Q.   All right.  I'd like you to take a look at -- I think we'll make this TFL Exhibit 1.
MR. CARNEY:  I think it's easier to just continue with Unny, Unny Exhibit --
MR. CALIFANO:  Whatever -- whatever you've done in the past.  What has the court reporter done in the past with numbering exhibits?
THE COURT REPORTER:  I don't think I -- I

224

**229**

1  BIS website that identifies the owners of BIS.
2      MR. CARNEY:  Is there a URL for this
3  printout?
4      MR. CALIFANO:  I think we can provide the
5  URL.  You might want to --
6      MR. WOOD:  Do you want me to read it into
7  the record?
8      MR. CALIFANO:  I think that's a good idea.
9      MR. WOOD:  URL is
10 WWW.BIS.org/about/member_CB.HTM.
11     **Q.**  Now, according to this web page, Mr. Unny,
12 the capital of the Bank of International Settlements
13 is held by Central Banks only, and 63 Central Banks
14 and monetary authorities are currently members of
15 BS-- IS and have rights of voting and representation
16 at general meetings.
17         Does that list include the Federal Reserve?
18     **A.**  Yes, in the very last page it lists that --
19 the Board of Governors of the Federal Reserve System
20 of the United States.
21     **Q.**  Mr. Unny, please put that aside.
22         You rever -- you reviewed the LP server
23 code; is that correct?
24     **A.**  That's correct.
25     **Q.**  And based on your review of that code, and

**231**

20     **Q.**  If an expert is looking at the LP server
21 code --
22     **A.**  Okay.
23     **Q.**  -- what could they say about the place the
24 LP server code fills or performs in the larger CHAI
25 payment system if they don't have the ability to

**230**

1  your experience, you described it as having a
2  [redacted]
3      **A.**  Uh-huh.  I did.

**232**

1  review the larger CHAI payment system code and data
2  and logs?
3      **A.**  So based on my experience, they would be
4  looking at the very end of the chain of transactions,
19     **Q.**  I want you to turn to page 59 of your
20 report.
21         In that --
22     **A.**  Page 59 or paragraph?
23     **Q.**  Paragraph.  Apologies.
24         Paragraph 59 of the report, you discuss
25 five specific transfers that send KRT to LP --