# EXHIBIT 88

# THIS EXHIBIT INTENTIONALLY LEFT BLANK