# EXHIBIT 94

# THIS EXHIBIT HAS BEEN FILED UNDER SEAL