# EXHIBIT 95

# THIS EXHIBIT HAS

# BEEN FILED UNDER SEAL