# EXHIBIT 97

**Do Kwon** ✅ ✔
@stablekwon

7/ We are taking a meaningful step in @terra_money's journey towards creating the first scalable & decentralized algorithmic stablecoin.

Looking forward to next week.

12:38 PM · Feb 4, 2021 · Twitter Web App

11 **Retweets**   1 **Quote Tweet**   119 **Likes**

