# EXHIBIT 98

# THIS EXHIBIT HAS BEEN FILED UNDER SEAL