# EXHIBIT 99

# THIS EXHIBIT HAS BEEN FILED UNDER SEAL