# EXHIBIT B
## (Redacted)

## Page 1

```
 1      UNITED STATES DISTRICT COURT
 2      SOUTHERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE     )
     COMMISSION,                 )
 5                               )
            Plaintiff,           )
 6                               )
         v.                      ) Case No.
 7                               ) 1:23-CV-1346 (JSR)
     TERRAFORM LABS PTE LTD. and )
 8   DO HYEONG KWON,             )
                                 )
 9          Defendants.          )
     _____)
10
11
12
13
14         VIDEOTAPED DEPOSITION OF
15       PROFESSOR CHRISTINE A. PARLOUR
16          FRIDAY, OCTOBER 13, 2023
17              10:11 A.M.
18             Washington, DC
19
20
21
22
23
     REPORTED BY:
24   SHERRY L. BROOKS,
     CERTIFIED LIVENOTE REPORTER
25   JOB NO. 231013SLB
```

## Page 2

```
 1           A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFF:
 4     U.S. SECURITIES AND EXCHANGE COMMISSION
 5     BY:  James P. Connor, Esq.
 6        Enforcement Division
 7        100 F Street, NE
 8        Washington, DC  20549-4010
 9        (202) 551-8394
10        Connorja@sec.gov
11
12   FOR DEFENDANTS TERRAFORM LABS PTE LTD. and DO HYEONG
13   KWON:
14     DENTONS US LLP
15     BY:  Douglas W. Henkin, Esq.
16     BY:  Cody Wood, Esq.
17        1221 Avenue of the Americas
18        New York, NY  10020
19        (212) 768-6832
20        Douglas.Henkin@Dentons.com
21        Cody.N.Wood@Dentons.com
```

## Page 3

```
 1   APPEARANCES CONTINUED:
 2
 3   ALSO PRESENT:
 4
 5     Cenadra Gopala-Foster, Intern - SEC
 6
 7   Videographer:
 8     JASON LEVIN
 9     GRADILLAS COURT REPORTERS
10     400 N. Brand Boulevard
11     Suite 950
12     Glendale, CA  91203
13     (424) 239-2800
```

## Page 4

```
            I N D E X
PROFESSOR CHRISTINE A. PARLOUR          PAGE
  Examination by Mr. Connor            8, 271
  Examination by Mr. Henkin            261


            E X H I B I T S
EXHIBIT NO.   DESCRIPTION               PAGE
Exhibit 1   Securities and Exchange Commission  43
            versus Terraform Labs PTE LTD and
            Do Hyeong Kwon
            (Confidential)
Exhibit 2   [redacted]                          88
Exhibit 3   [redacted]                          98
            [redacted] r - 5/3/18
Exhibit 4   [redacted]                         123
            [redacted] r
Exhibit 5   [redacted]                         150
```

```
 1   EXHIBITS CONTINUED:
 2
 3              E X H I B I T S
 4   EXHIBIT NO.    DESCRIPTION              PAGE
 5   Exhibit 6     Amended Complaint and Summary   161
 6   Exhibit 7     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓     176
 7   Exhibit 8     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓     180
 8   Exhibit 9     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓     185
 9   Exhibit 10    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓     189
10
11   Exhibit 11    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓     201
12
13
14   Exhibit 12    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  -  205
15
16   Exhibit 13    Twitter Posts            207
17   Exhibit 14    Twitter Posts            211
18   Exhibit 15    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓     213
19
20                                         ▓▓▓
21   Exhibit 16    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  -  220
22                 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
23   Exhibit 17    Twitter Posts            230
24   Exhibit 18    Twitter Posts            233
25   Exhibit 19    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓     237
```

Page 5

```
 1   EXHIBITS CONTINUED:
 2
 3              E X H I B I T S
 4   EXHIBIT NO.    DESCRIPTION              PAGE
 5   Exhibit 20    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓     247
 6            ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 7            ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 8   Exhibit 21    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓     257
 9            ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
10
11
12
13
14         *** EXHIBITS BOUND SEPARATELY ***
15
```

Page 6

```
 1                Washington, DC, Friday, October 13, 2023
 2                10:11 a.m. - 7:59 p.m.
 3                P R O C E E D I N G S
 4                         - - -
 5        THE VIDEOGRAPHER:  This is the video
 6   deposition of Christine Parlour in the matter of SEC
 7   versus Terraform Labs.
 8        This deposition is being held at Dentons
 9   offices in Washington, DC.  Today's date is October
10   13th, 2023.  The time on the video monitor is 10:11
11   a.m.
12        My name is Jason Levin, certified legal
13   video specialist, with Gradillas Court Reporters
14   located at 400 North Brand Boulevard, Suite 950,
15   Glendale, California 91203.
16        Would counsel please identify themselves
17   for the record, and then the court reporter, Sherry
18   Brooks, will swear in the witness.
19        MR. CONNOR:  James Connor for the
20   Securities and Exchange Commission.
21        MR. HENKIN:  Douglas Henkin Dentons US LLP
22   for the defendants.
23        MR. WOOD:  Cody Wood, Dentons US LLP, also
24   appearing for the defendants.
25              *   *   *   *   *
```

Page 7

```
 1        PROFESSOR CHRISTINE A. PARLOUR
 2   having been previously first duly sworn, was examined
 3   and testified as follows:
 4              EXAMINATION
 5   BY MR. CONNOR:
 6        Q.  Good morning.  Please state and spell your
 7   full name for the record.
 8        A.  My name is Christine Ann Parlour,
 9   C-H-R-I-S-T-I-N-E, A-N-N, P-A-R-L-O-U-R.
10        Q.  And we briefly met off the record.  My
11   name is James Connor.  I represent the Securities and
12   Exchange Commission in our case against Terraform
13   Labs PTE Limited and Do Kwon.
14        Have you ever had your deposition taken
15   before?
16        A.  Yes, I have.
17        Q.  So you're familiar with the rules?
18        A.  Yes, I am.
19        Q.  You understand you're under oath and are
20   required to tell the truth?
21        A.  Yes, I do.
22        Q.  What opinions are you offering in this
23   case?
24        A.  The opinions that I'm offering are
25   contained in my report, which was filed on the 28th,
```

Page 8

Christine Parlour
10/13/2023

```
 1  I believe.
 2      Q.   What opinions are you offering?
 3      A.   So if I had a copy of my report in front
 4  of me, I could be much more accurate.


 8      Q.

10           MR. HENKIN:  Objection to the form.
11      A.   In my report I clearly lay out



15           BY MR. CONNOR:
16      Q.   Are you offering

18           MR. HENKIN:  Objection to the form.  Her
19  report speaks for itself.
20      A.   My report



24           BY MR. CONNOR:
25      Q.   Other than
                                9
```

```
 1  question.)
 2      A.   I describe the contents of my report.
 3           BY MR. CONNOR:
 4      Q.   Other than

 7           MR. HENKIN:  Objection to the form.
 8  Misstates her testimony.  Asked and answered.
 9      A.   I describe in


12           BY MR. CONNOR:
13      Q.   Are you

15           MR. HENKIN:  Objection to the form.  Asked
16  and answered.
17      A.

19           BY MR. CONNOR:
20      Q.   Are you offering any opinions about

22           MR. HENKIN:  Objection to the form.  Asked
23  and answered.
24      A.
                               11
```

```
 1                                                  ?
 3           MR. HENKIN:  Objection to the form.  Her
 4  report speaks for itself, and I would note that
 5  depositions are not memory tests.
 6      A.   I'd appreciate it if you rephrase the
 7  question in the sense that --

 9           BY MR. CONNOR:
10      Q.   What is your understanding of what an
11  opinion is?
12      A.   My understanding of an opinion is that it
13  is a word that is used in different contexts in very,
14  very different ways.
15      Q.   And you t


18           Do you recall testifying about that?
19           MR. HENKIN:  Objection to the form.
20  Misstates her testimony.
21      A.   Could you repeat to me exactly what you
22  feel that I said?
23           MR. CONNOR:  Could I have the question
24  read back, please?
25           (Whereupon, Madam Reporter read back the
                               10
```

```
 1           BY MR. CONNOR:
 2      Q.   Let me try that again.

 5           MR. HENKIN:  I believe that's the fifth
 6  time in a row you've asked that question.  You may or
 7  may not like the answer, but objection.  Asked and
 8  answered.
 9      A.

11           BY MR. CONNOR:
12      Q.

14           MR. HENKIN:  Same objections.
15      A.

17           BY MR. CONNOR:
18      Q.   And just stepping back for a moment, what
19  is

21           MR. HENKIN:  Objection.
22           BY MR. CONNOR:
23      Q.   Can you describe to me what your opinion
24  is?
25           MR. HENKIN:  Objection to the form.
                               12
```

```
 1      A.  ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■.
 3          BY MR. CONNOR:
 4      Q.  ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
        ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■? Are
 7  you offering one or not?
 8          MR. HENKIN:  Objection to the form.  Asked
 9  and answered.
10      A.  ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
        ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■.
12          BY MR. CONNOR:
13      Q.  What methodology did you employ to reach
14  that opinion?
15          MR. HENKIN:  Objection to the form.
16      A.  ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
        ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■.
19          BY MR. CONNOR:
20      Q.  Other than ■■■■■■■■■■■■■■■■■■■■
        ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■?
23          MR. HENKIN:  Objection to the form.
24  Misstates both the report and her testimony.
25      A.  Could you repeat the question, please?

                         13

 1          BY MR. CONNOR:
 2      Q.  Other than ■■■■■■■■■■■■■■■■■■■■
        ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■?
 6      A.  ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
        ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■.
 9      Q.  Did you ■■■■■■■■■■■■■■■■■■■■■■
        ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■?
13          MR. HENKIN:  Objection to the form.  Asked
14  and answered.
15      A.  ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
        ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■.
19          BY MR. CONNOR:
20      Q.  So ■■■■■■■■■■■■■■■■■■■■■■■■■■
        ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■.
23          Is that fair?
24      A.  It's fair to say ■■■■■■■■■■■■■
        ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

                         14

 1                                           .
 2      Q.  Other than ■■■■■■■■■■■■■■■■■■■■
        ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■?
 6          MR. HENKIN:  Objection to the form.  Asked
 7  and answered.
 8      A.  ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
        ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■.
11          BY MR. CONNOR:
12      Q.  Other than ■■■■■■■■■■■■■■■■■■■■
        ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■?
15          MR. HENKIN:  Objection to the form.
16      A.  ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
        ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■.
21          BY MR. CONNOR:
22      Q.  In your report, ■■■■■■■■■■■■■■
        ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■.
24          Do you recall that?
25          MR. HENKIN:  Objection to the form.  Her

                         15

 1  report speaks for itself.
 2      A.  ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■.
 4          BY MR. CONNOR:
 5      Q.  Are you offering any opinions as to
 6  whether Luna is categorized in any of those
 7  classifications of tokens?
 8          MR. HENKIN:  Objection to the form.  The
 9  report speaks for itself.
10      A.  I don't have a copy of my report in front
11  of me ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
        ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■.
14          BY MR. CONNOR:
15      Q.  You've previously published articles about
16  securities tokens.
17          Do you recall that?
18      A.  No, I don't recall that.
19      Q.  You don't recall publishing an article in
20  2018 where you describe what's known as the
21  securities token?
22      A.  No, I don't recall that.
23      Q.  What is your understanding of what a
24  securities token is?
25          MR. HENKIN:  Objection to the form.

                         16
```

Christine Parlour
10/13/2023

**Page 17**

```
 1      A.   I don't have an understanding of what a
 2   securities token is.
 3           BY MR. CONNOR:
 4      Q.   You've never -- you don't recall ever
 5   using that term in publications before --
 6      A.   No --
 7      Q.   -- that you wrote?
 8      A.   -- I don't.
 9           MR. HENKIN:  Try not to speak over each
10   other.
11           THE WITNESS:  Oh, sorry.  Sorry.
12           BY MR. CONNOR:
13      Q.   ███████████████████████████████
14   ███████████████████████████████
15      A.   ███████████████████████████████
16   ███████████████████████████████.
17      Q.   ███████████████████████████████
18   ███████████████████████████████?
19           MR. HENKIN:  Objection to the form.  The
20   witness has quite repeatedly requested a copy of her
21   report.
22           If you can answer, go ahead.
23      A.   ███████████████████████████████
24   ███████████████████████████████
25   ███████████████████████████████
```

**Page 18**

```
 1   ███████████████████████████████.
 2      Q.   Did you employ a methodology to reach
 3   those opinions?
 4      A.   Could you define a methodology, please?
 5      Q.   What is your understanding of what that
 6   means?
 7      A.   My understanding of a methodology is to
 8   use the tools and expertise that you get in an
 9   economics or finance Ph.D. to understand phenomena.
10      Q.   ███████████████████████████████
11   ███████████████████████████████?
12      A.   ███████████████████████████████.
13      Q.   ███████████████████████████████?
14      A.   ███████████████████████████████
15   ███████████████████████████████
16   ███████████████████████████████.
17      Q.   ███████████████████████████████
18   ███████████████████████████████?
19           MR. HENKIN:  Objection to the form.  The
20   report speaks for itself.
21      A.   ███████████████████████████████
22   ███████████████████████████████
23   ███████████████████████████████.
24           BY MR. CONNOR:
25      Q.   ███████████████████████████████
```

**Page 19**

```
 1   ███████████████████████████████?
 2           MR. HENKIN:  Same objections.
 3      A.   ███████████████████████████████
 4   ███████████████████████████████.
 5           BY MR. CONNOR:
 6      Q.   ███████████████████████████████
 7   ███████████████████████████████?
 8      A.   ███████████████████████████████
 9      Q.   Other than ██████████████████
10   ███████████ did you review any documents in
11   preparing to write your expert report?
12      A.   I'm an active researcher and -- in this
13   area.  ████████████████████████████
14   ███████████████████████████████
15   ███████████████████████████████.
16      Q.   Are you aware that Terraform Labs PTE
17   Limited and Do Kwon produced documents to the SEC in
18   this case?
19      A.   ███████████████████████████████
20   ███████████████████████████████.
21      Q.   ███████████████████████████████
```

**Page 20**

```
 1   ███?
 2      A.   ███████████████████████████████
 3   ███████████████████████████████.
 4      Q.   And what was that?
 5      A.   ███████████████████████████████
 6   ███████████████████████████████
 7   ███████████████████████████████
 8      Q.   ███████████████████████████████
 9   ███████████████████████████████
10      A.   ███████████████████████████████
11   ███████████████████████████████.
12      Q.   ███████████████████████████████?
13      A.   ███████████████████████████████.
14      Q.   ███████████████████████████████
15   ███████████████████████████████
16   ███████████████████████████████?
17      A.   ███████████████████████████████
18   ███████████████████████████████.
19      Q.   You do cite ████████████████
20   ██████?
21      A.   Absolutely.  Those are -████████
22   ███████████████████████████████.
23      Q.   How did you locate ██████████
```

Christine Parlour
10/13/2023

```
 1   ▌▌▌▌▌?
 2   A.  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
         ▌▌▌▌▌▌.
 4   Q.  And is that how you found ▌▌▌▌▌▌▌
         ▌▌▌▌▌▌▌▌▌▌▌▌▌▌?
 6   A.  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
         ▌▌▌▌▌▌.
 8   Q.  So you personally found ▌▌▌▌▌
         ▌▌▌▌▌▌▌▌▌▌▌▌▌▌; is that right?
10   A.  ▌▌▌▌▌▌▌▌▌.
11   Q.  Who found them?
12   A.  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
         ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌.
14   Q.  So they found ▌▌▌▌▌▌▌▌▌▌▌▌▌▌
         ▌▌?
16   A.  I directed them to ▌▌▌▌▌▌▌▌▌▌▌
         ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
         ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌.
20   Q.  So -- just so I understand, ▌▌▌▌▌
         ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
         ▌▌▌▌▌▌▌▌▌▌?
23       MR. HENKIN:  Objection.  Misstates her
24   testimony.
25   A.  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌.
```
21

```
 1   ▌▌▌▌▌.
 2   Q.  You understand ▌▌▌▌▌▌▌▌▌▌▌▌▌▌
         ▌▌▌▌, right?
 4   A.  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌.
 6   Q.  And you understand ▌▌▌▌▌▌▌▌▌▌▌
         ▌▌▌▌?
 8   A.  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
         ▌▌▌▌▌▌.
10   Q.  And you're ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
         ▌▌▌▌▌▌▌▌▌▌▌?
13       MR. HENKIN:  Objection to the form.
14   Misstates her report.
15   A.  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
         ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌.
18       BY MR. CONNOR:
19   Q.  Why didn't ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
         ▌▌▌▌▌?
21   A.  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
         ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
         ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌.
25   Q.  You're also offering ▌▌▌▌▌▌▌▌▌▌▌
```
23

```
 1   ▌▌▌▌▌?
 3   A.  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌.
 4       BY MR. CONNOR:
 5   Q.  And what were those locations?
 6   A.  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
         ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
         ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌.
11   Q.  Did you make any effort ▌▌▌▌▌▌▌▌
         ▌▌▌▌▌▌▌▌?
14       MR. HENKIN:  Objection to the form.
15   A.  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
         ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌.
18       BY MR. CONNOR:
19   Q.  Did you ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
         ▌▌▌▌▌?
21   A.  To the best of my knowledge, ▌▌▌▌▌
         ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌.
23   Q.  Did you ask ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
         ▌▌▌?
25   A.  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌.
```
22

```
 1   ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌?
 3   A.  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌.
 5   Q.  And you didn't ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
         ▌▌▌▌▌?
 8   A.  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌.
10   Q.  You could ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌?
12   A.  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
         ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌.
18   Q.  Do you consider the sources that you cite
19   to be reliable?
20       MR. HENKIN:  Objection to the form.
21   A.  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
         ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌.
23       BY MR. CONNOR:
24   Q.  Did you read the sources that you cited?
25   A.  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌.
```
24

Christine Parlour
10/13/2023

**Page 25**

1  Q. You're offering ▮▮▮▮▮▮▮▮▮▮?
3       MR. HENKIN: Objection to the form. Her
4  report speaks for itself and asked and answered.
5       A. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
8       BY MR. CONNOR:
9  Q. Did Terraform ▮▮▮▮▮▮▮▮▮▮?
11      MR. HENKIN: Objection to the form.
12      A. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
15      BY MR. CONNOR:
16  Q. Do you think it would be ▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
20      MR. HENKIN: Objection to the form.
21  Assumes facts not in evidence.
22      A. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
24      BY MR. CONNOR:
25  Q. Who wrote your expert report?

**Page 26**

1   A. ▮▮▮▮▮▮▮▮▮▮.
3   Q. So you typed the entire expert report?
4   A. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
8   Q. How much of the words of your expert
9   report did you personally write?
10      MR. HENKIN: Objection to the form.
11      A. ▮▮▮▮▮▮▮▮▮▮.
13      BY MR. CONNOR:
14  Q. More or less than 50 percent?
15      MR. HENKIN: Objection to the form.
16      A. ▮▮▮▮▮▮▮▮▮▮.
18      BY MR. CONNOR:
19  Q. Getting back to the question I asked, more
20  or less than 50 percent did you write?
21      MR. HENKIN: Objection to the form. Asked
22  and answered.
23      A. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
25      BY MR. CONNOR:

**Page 27**

1   Q. Do you know whether it was more or less
2   than 25 percent?
3       MR. HENKIN: Same objections.
4       A. ▮▮▮▮▮▮▮▮▮▮▮▮.
6       BY MR. CONNOR:
7   Q. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
10      MR. HENKIN: Objection to the form. Asked
11  and answered and misstates her testimony.
12      A. ▮▮▮▮▮▮▮▮▮▮▮▮.
14      BY MR. CONNOR:
15  Q. This will be the last time I ask. I
16  promise.
17  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
20      MR. HENKIN: Same objections.
21      A. ▮▮▮▮▮▮▮▮▮▮▮▮.
23      BY MR. CONNOR:
24  Q. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Page 28**

1  ▮▮▮▮▮▮▮▮?
2       MR. HENKIN: Same objections.
3       A. ▮▮▮▮▮▮▮▮▮▮.
5       BY MR. CONNOR:
6   Q. You mentioned that ▮▮▮▮▮▮▮▮▮▮.
8   Do you recall saying that?
9       A. I believe I mentioned ▮▮▮▮▮▮▮▮▮▮.
11  Q. Who inputted the ▮▮▮▮▮▮▮▮▮▮?
13      A. ▮▮▮▮▮▮.
15  Q. ▮▮▮▮▮▮▮▮▮▮▮▮?
17      A. ▮▮▮▮▮▮▮▮▮▮.
19  Q. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
22      A. As previously noted, ▮▮▮▮▮▮▮▮▮▮.
25  Q. What does "formatted them" mean? I'm

**Page 57**

1  A.  That comes -- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
3  Q.  Anything other than that?
4  A.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
6  Q.  Anything other than that?
7  A.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
9      MR. CONNOR:  Off the record.
10     THE VIDEOGRAPHER:  Going off the record at
11 11:27 a.m.
12     (A break was taken.)
13     THE VIDEOGRAPHER:  We are going back on
14 the record at 11:48 a.m.
15     MR. HENKIN:  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
23     BY MR. CONNOR:
24  Q.  Welcome back, Professor Parlour.  Before
25 the break we were talking about ▓▓▓▓▓▓▓▓▓▓

**Page 58**

1 And I had asked you ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
3  Q.  Do you recall that?
4  A.  Yes, I do.
5  Q.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?
8  A.  Yes. ▓▓▓▓▓▓▓▓▓▓.
9  Q.  Are you relying on anything else other
10 than ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?
12  A.  I'm relying on ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
16  Q.  Do you know ▓▓▓▓▓▓?
18     MR. HENKIN:  Objection to the form.
19  A.  I believe that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
22     BY MR. CONNOR:
23  Q.  And when you say ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?
25  A.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Page 59**

1  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
2  Q.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?
3     MR. HENKIN:  Objection to the form.
4  A.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
6     BY MR. CONNOR:
7  Q.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?
9  A.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
10  Q.  How much of the ▓▓▓▓▓▓▓▓▓ -- or
11 I'm sorry.  Let me rephrase.
12 How much of the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
15     MR. HENKIN:  Objection to the form.
16  A.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
19     BY MR. CONNOR:
20  Q.  Is that important to determine whether
21 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?
22     MR. HENKIN:  Objection to the form.
23  A.  ▓▓▓▓▓▓▓▓▓▓.
24     BY MR. CONNOR:
25  Q.  So you don't think ▓▓▓▓▓▓▓▓▓▓

**Page 60**

1 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?
3     MR. HENKIN:  Objection to the form.
4  A.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
11     BY MR. CONNOR:
12  Q.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?
15  A.  As noted, I ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
20  Q.  Isn't it true that documents that you
21 cited in your report ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?
23     MR. HENKIN:  Objection to the form.
24  A.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
25     BY MR. CONNOR:

Christine Parlour
10/13/2023

**Page 61**

1  Q. If that was true, would that change any of
2  your opinions in this case?
3  A. [redacted]
11  Q. When you say counterfactual I posited,
12  what do you mean by that?
13  A. [redacted]
17  Q. And when you say it's counterfactual, do
18  you mean that that's -- that it's [redacted]?
21  A. T[redacted].
25  Q. You're not offering any opinions about

**Page 62**

1  [redacted]?
3  MR. HENKIN: Objection to the form.
4  A. [redacted]
6  BY MR. CONNOR:
7  Q. [redacted]?
8  A. [redacted]
16  BY MR. CONNOR:
17  Q. And was there a [redacted]?
20  A. [redacted]
23  Q. And what is that statement based on?
24  A. [redacted]

**Page 63**

1  Q. Who were [redacted]?
2  A. [redacted]
6  Q. Did you look at any [redacted]?
8  A. As noted, my analysis [redacted]
11  Q. Did you look at any [redacted]?
14  A. As noted, my report [redacted]
17  Q. You talk about on page 4 of your report:
18  [redacted]
21  A. Oh, yes. Okay. Thank you.
22  Q. When you say "[redacted]" what does
23  that mean?
24  A. The -- [redacted]

**Page 64**

1  [redacted].
2  Q. [redacted]?
3  A. [redacted].
5  Q. Can you identify [redacted]?
7  A. As noted, [redacted]. I do note, however, that [redacted].
11  Q. Are you aware of [redacted]?
13  A. The U.S. has a relatively
14  consumer-friendly set of payment rails. And so
15  something that's denominated in U.S. dollars would
16  not necessarily be -- there would not necessarily be
17  uptake in the U.S.
18      I note that many of the countries that
19  have moved towards dollarization like Nigeria and
20  Vietnam are much more crypto embedded than the U.S.
21  is.
22      BY MR. CONNOR:
23  Q. Did [redacted]?
24  A. The Central Bank of Nigeria is worried
25  about the uptake of cryptocurrencies. I don't know

## Page 97

```
1   think the value is going down.  So this is going to
2   be true in any market.
3         BY MR. CONNOR:
4      Q.  Are cryptocurrencies an investable
5   instrument?
6         MR. HENKIN:  Objection to the form.
7      A.  [redacted]
8   [redacted]
9   [redacted]
10  [redacted].
11        BY MR. CONNOR:
12     Q.  And you've described them as an investable
13  instrument, right?
14     A.  [redacted].
15     Q.  And that's because [redacted]
16  [redacted]?
17     A.  So [redacted]
18  [redacted]
19  [redacted]
20  [redacted].
21  [redacted]
22  [redacted]
23  [redacted]
24  [redacted]
25  [redacted].
```

## Page 98

```
1         So the discussion about whether or not [redacted]
2   [redacted]
3   [redacted]
4   [redacted].
5         MR. CONNOR:  Exhibit No. 3.
6         (Exhibit Number 3 was marked for
7   identification and was attached to the deposition.)
8         BY MR. CONNOR:
9      Q.  I'm showing you what's been marked as
10  Exhibit 3.
11        Do you recognize this document?
12     A.  Yes, I do.
13     Q.  And what is it?
14     A.  It's a survey article or -- well, it's an
15  article that came out in financial management that
16  presents stylized facts on, as it says in the
17  abstract, asset pricing properties of
18  cryptocurrencies.
19     Q.  And you [redacted]
20  [redacted]?
21     A.  [redacted]
22  [redacted].
23     Q.  And in this document you include a
24  discussion about what's known as securities tokens,
25  right?
```

## Page 99

```
1      A.  I -- in this document, there is a
2   discussion about some of the -- more discussion about
3   the discussion that some people have made about
4   cryptocurrencies, which I think is very useful for
5   people to know.
6      Q.  And you discuss what you call securities
7   tokens, right?
8         MR. HENKIN:  Objection to the form.
9      A.  You're going to have to point me to what
10  exactly you're --
11        BY MR. CONNOR:
12     Q.  Sure.  Page 4 --
13     A.  Okay.
14     Q.  -- the last sentence of the first full
15  paragraph.
16     A.  Yes.  That's right.
17     Q.  And in [redacted]
18  [redacted]?
19     A.  [redacted].
20     Q.  [redacted]
21  [redacted]?
22     A.  U[redacted]
23  [redacted]
24  [redacted]
25  [redacted].
```

## Page 100

```
1   [redacted]
2   [redacted]
3   [redacted]
4   [redacted]
5      Q.  On the first page you say in the
6   introduction:  "Cryptocurrencies are a new class of
7   investable instruments and can even be included in
8   individual retirement accounts."
9      A.  That's right.
10     Q.  Do you see that?
11     A.  Yes.
12     Q.  Do you agree with that?
13     A.  In Canada, yes.
14     Q.  Okay.
15     A.  In Germany, yes.  In Switzerland, yes.  In
16  Australia, yes.  In Luxembourg, yes.
17     Q.  Are you finished?
18     A.  No.  That was a list.
19     Q.  Do you agree, though, on the first portion
20  of it, "cryptocurrencies are a new class of
21  investable instruments."
22        Do you agree with that?
23        MR. HENKIN:  Objection to the form.
24     A.  Yes.
25        BY MR. CONNOR:
```

Christine Parlour
10/13/2023

**Page 101**

1   Q.   Let's turn to page 5. You say -- I want
2   to give you an opportunity to put it in context, but
3   I want to ask about the first full paragraph on page
4   5.
5   A.   Yes.
6   Q.   You say: "The contrast to equity trading
7   in the U.S. is striking."
8       What do you mean by that?
9   A.   [redacted]
21  Q.   Is your report [redacted]?
23  A.   I'm sorry. I can't see what you're
24  holding up.
25  Q.   I'm holding up the same thing that you

**Page 102**

1   have in your hand.
2   A.   Oh, I see. Thank you. Okay. My eyes are
3   -- yeah. Thank you.
4   Q.   No worries. So you [redacted]?
6       MR. HENKIN: I'm sorry. You said --
7       MR. CONNOR: [redacted]
8       MR. HENKIN: No, no. You said [redacted]?
10      MR. CONNOR: [redacted], yeah, in
11  [redacted].
12  A.   [redacted]
13      BY MR. CONNOR:
14  Q.   Do you talk [redacted]?
16  A.   [redacted].
18  Q.   Is -- [redacted]?
21      MR. HENKIN: Objection to the form. Calls
22  for speculation.
23  A.   So as I note i[redacted]

**Page 103**

1   [redacted].
4       BY MR. CONNOR:
5   Q.   And just focusing on [redacted]?
8       MR. HENKIN: Objection to the form. Calls
9   for speculation.
10  A.   [redacted].
13      BY MR. CONNOR:
14  Q.   So you're not offering any opinions
    [redacted]?
17  A.   [redacted].
23  Q.   So are you offering an opinion [redacted]?

**Page 104**

1   A.   [redacted].
3   Q.   I'm just trying to figure out, are you
4   offering [redacted]?
7   A.   [redacted].
8   Q.   But you're not offering an opinion
10  [redacted]?
11      MR. HENKIN: Objection to the form.
12  A.   [redacted].
22      BY MR. CONNOR:
23  Q.   Do you [redacted]?

Christine Parlour
10/13/2023

```
 1    A.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
 4    Q.  Did you consider that at all in forming
 5   your expert opinions?
 6           MR. HENKIN:  Objection to the form.
 7    A.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
12           BY MR. CONNOR:
13    Q.  And is that ▓▓▓▓▓▓▓▓▓▓?
14    A.  As I believe I made clear ▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
16    Q.  So you believe that ▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?
19           MR. HENKIN:  Objection to the form.  Calls
20   for speculation.
21    A.  As I've indicated ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
24   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                        105
```

```
 1    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
 2    Q.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?
 4           MR. HENKIN:  Objection to the form.
 5    A.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
 9           BY MR. CONNOR:
10    Q.  Do any publications t▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?
13    A.  Off the top of my head, ▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
16    Q.  Are there an▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓?
19           MR. HENKIN:  Objection to the form.
20    A.  So ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
24           BY MR. CONNOR:
25    Q.  Have you published ▓▓▓▓▓▓▓▓▓
                        107
```

```
 1    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
 2           BY MR. CONNOR:
 3    Q.  Did you ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?
 4           MR. HENKIN:  Objection to the form.
 5    A.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
 8           BY MR. CONNOR:
 9    Q.  Did you ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?
11           MR. HENKIN:  Objection to the form.
12    A.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
14           BY MR. CONNOR:
15    Q.  Let's turn to paragraph 27 to 30 on page 9
16   of your report.  You discuss ▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?
19    A.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
20    Q.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓?
22    A.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                        106
```

```
 1    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?
 3    A.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
 4    Q.  Are you offering ▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?
 6           MR. HENKIN:  Objection to the form.
 7    A.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
10           BY MR. CONNOR:
11    Q.  Are you offering ▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?
14    A.  As is evident ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
17    Q.  So with respect to all of ▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
20   ▓▓▓▓▓▓▓▓▓▓▓▓?
21    A.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓r.
22    Q.  Okay.  Well, can you -- you previously
23   said:  "▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓."
                        108
```

Christine Parlour
10/13/2023

**Page 109**

```
 1             ?
 2   A.  
 4   Q.  Is it true that
                                    ?
 6       MR. HENKIN: Objection to the form.
 7   Misstates the report.
 8   A.  So in
                                            .
13       BY MR. CONNOR:
14   Q.  Are you offering
                   ?
16   A.
                                            .
22   Q.  Are you offering
                ?
25       MR. HENKIN: Objection to the form.
```

**Page 110**

```
 1   Misstates her prior testimony.
 2   A.  So as I
                          .
 5       BY MR. CONNOR:
 6   Q.  Do people sometimes
                        ?
 8       MR. HENKIN: Objection.
 9   A.  Can you repeat that loudly?
10       BY MR. CONNOR:
11   Q.  Do people usually
              ?
13       MR. HENKIN: Objection to the form. Calls
14   for speculation.
15   A.  I can -- typically,
                       -- it's a difficult question to
19   answer.
20       BY MR. CONNOR:
21   Q.  You also talk about          in
22                 .
23   Do you see that?
24   A.  Yes, I do.
25   Q.  And you talk about
```

**Page 111**

```
 1   of
                                            .
 3   Do you see                   ?
 4   A.  Yes, I see that.
 5   Q.  Which of
                         ?
 7       MR. HENKIN: Objection to the form. Calls
 8   for speculation.
 9   A.  I think in order to answer that question
10   precisely
                                            .
12       BY MR. CONNOR:
13   Q.  How do you
14   A.  I mean, in finance there are many
15   different ways of             .
16   Q.  Using your            which of
17   do you believe is              ?
18   A.  So if you wanted me to do an ex-ante, E-X
19   - A-N-T-E,         I'd have to go w
                                 .
21       This is a very complex question where
22   there are
                                            .
```

**Page 112**

```
 1   Q.  So you're not offering
                                      ?
 4   A.  As noted,
                                            .
 9   Q.  Are you -- my question was: Are you
10   offering any
                                         ?
12   A.  As noted,                    And
13   without a specific        of how you're talking
14   about        it's very, very difficult to
                 .
16   Q.  My question is: Are you offering an
17   opinion about
                                 ? Are you
19   offering that opinion or are you not offering that
20   opinion?
21   A.                                 .
22   Q.                                         ?
23   A.
                         .
25   Q.  Let's turn to paragraph 33. It says:
```

**Page 181**

```
 1        Do you see that?
 2    A.  No.  I'm sorry.
 3    Q.  So it's all time stamped and it goes --
 4    A.  You said 6:20?
 5    Q.  6:28, 6, 2, 8?
 6    A.  Oh, 6, 2, 8.  All right.  Okay.  Oh, yeah.
 7  Okay.  Got it.
 8    Q.  It says -- ▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
12  And then ▮▮▮▮ says: "▮▮▮▮  Then
13  ▮▮▮▮ says: "▮▮▮▮▮▮▮▮▮▮▮."
14  ▮▮▮▮ says: "▮▮▮▮."  ▮▮▮ says:
15  "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16  ▮▮▮ says: "▮▮▮▮."  ▮▮▮
    ▮▮▮ says: "▮▮▮  Then ▮▮▮ says: "▮▮▮
    ▮▮▮▮▮▮▮▮▮▮"
19  And then ▮▮▮ says: "▮▮▮▮
20  ▮▮▮ says: "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    " -- and then there's ▮▮▮▮▮▮▮▮▮▮.
25
```

**Page 182**

```
 1  "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮"
 2  Then ▮▮▮ says: "▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮."
 5  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
 6  ▮▮▮ says: "▮▮▮▮▮▮▮▮▮▮▮▮▮▮"
 7  And then ▮▮▮ says: "▮▮▮
 8  ▮▮▮ says: "▮▮▮▮▮."  :
 9  "▮▮
10    A.  What does ▮▮ mean?
11    Q.  I think it means ▮▮▮▮▮▮▮▮
    ▮▮▮.
13    A.  Oh, okay.  Thank you.
14    Q.  And then ▮▮▮ says: "▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮."
17  "▮▮▮
18      Do you see that?
19    A.  Yes, I do.
20    Q.  What is your understanding of that
21  conversation?
22      MR. HENKIN:  Objection to the form.  Calls
23  for speculation.
24    A.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```

**Page 183**

```
 1  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
 3    Q.  Does that affect any view of you as to
 4  whether --
 5      (Whereupon, Madam Reporter asked for
 6  clarification from Counsel.)
 7      BY MR. CONNOR:
 8    Q.  Does that affect any view you ▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮?
10    A.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16    Q.  So the only way to d▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
19      MR. HENKIN:  Objection to the form.
20    A.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
25      BY MR. CONNOR:
```

**Page 184**

```
 1    Q.  And how do you determine -- what methods
 2  do you use to d▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮?
 4    A.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
 7    Q.  So if it ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮.  That's your opinion?
 9    A.  So ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
16    Q.  And you ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
18    A.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
22    Q.  So your opinion regarding whether t▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
25    A.  So I ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```

**Page 185**

```
 4    Q.  So you're not ████████████████
      ████████████████████?
 7        MR. HENKIN:  Objection to the form.  Asked
 8    and answered.
 9    A.  ████████████████?
10        BY MR. CONNOR:
11    Q.  Yeah, sorry.  ████████████████.
12    A.  So my report ████████████████
      ████████████████████████████████.
14    Q.  Okay.
15        MR. CONNOR:  Exhibit No. 9.
16        (Exhibit Number 9 was marked for
17    identification and was attached to the deposition.)
18        BY MR. CONNOR:
19    Q.  I've shown you what's been marked as
20    Exhibit 9.
21    A.  22.
22    Q.  It is previously marked as 22.  This will
23    be 9 now.
24    A.  Oh, I see.  Okay.
25    Q.  Do you recognize this document?
```

**Page 186**

```
 1    A.  No, I don't recognize this document.
 2    Q.  This is a Slack message ████████████████
      ████████████████████████████████████.  Just take a
 5    moment to review it.
 6    A.  Okay.
 7    Q.  You describe ████████████████
      ████████?
 9    A.  So, yes.  ████████████████
      ████████████████.
11    Q.  And ████ says:  "████████████████
      ████████████" --
13        MR. HENKIN: ████████████████.
14        BY MR. CONNOR:
15    Q.  -- "████████████" -- sorry --
16    "████████████████████████████
      ████████████████."
18        Do you see that?
19    A.  Yes, I do.
20    Q.  What is ████████████?
21    A.  ████████████████████████
      ████████████████████████
      ████████████████████.
```

**Page 187**

```
 5    Q.  So this is in relation to -- I understand
 6    you not seeing it before.  But based on the context
 7    do you believe this is ████████████████?
 8        MR. HENKIN:  Objection to the form.  Calls
 9    for speculation.
10    A.  ████ I mean, I haven't seen it before,
11    but --
12        BY MR. CONNOR:
13    Q.  And did you know ████████████████
      ████████?
15        MR. HENKIN:  Objection to the form.
16    Assumes facts not in evidence.
17    A.  So this document doesn't say they -- I
18    mean, I don't have any -- any sense of whether that's
19    true or false.
20        BY MR. CONNOR:
21    Q.  It says, "████████████████
      ████."
23        Do you see that?
24    A.  Yes, I see that.
25    Q.  And what is your understanding as to how
```

**Page 188**

```
 1    ████████████████?
 3    A.  ████████████████
      ████.
 5    Q.  And is that typical for ████████
      ████████████████████
      ████████?
 8        MR. HENKIN:  Objection to the form.
 9    A.  This is outside the scope of my report,
10    but ████████████████.
12        BY MR. CONNOR:
13    Q.  And who -- ████████████████
      ████████?
15        MR. HENKIN:  Objection to the form.
16    A.  ████████████████████
      ████.
18        BY MR. CONNOR:
19    Q.  So you ████████████████
      ████████?
21    A.  ████████.
22    Q.  A couple of chats down, ████ says:
23    "████████████████████████████
      ████████████████████████████."
```

**Page 221**

1  ▮?
3  MR. HENKIN: Objection to the form.
4  Outside the scope of her report.
5  A.  ▮.
9  BY MR. CONNOR:
10  Q.  So you don't think the ▮ --
13  MR. HENKIN: Objection to the form.
14  Outside the scope of the report.
15  BY MR. CONNOR:
16  Q.  -- ▮?
17  MR. HENKIN: Same objections.
18  A.  Sorry. Can you ask the question again?
19  BY MR. CONNOR:
20  Q.  Is the fact that ▮?
25  MR. HENKIN: Objection to the form.

**Page 222**

1  Outside the scope of her report.
2  A.  So as noted, ▮.
6  BY MR. CONNOR:
7  Q.  ▮?
9  MR. HENKIN: Same objections.
10  A.  I wouldn't ▮.
13  BY MR. CONNOR:
14  Q.  But you don't ▮?
16  A.  ▮.
18  Q.  So you ▮?
19  A.  I am not ▮.
21  Q.  And you ▮?
23  A.  ▮.
25  Q.  I want to turn to the conclusion of this

**Page 223**

1  document, which is on page 7.
2  A.  Yes.
3  Q.  And the last sentence states: "▮."
9  Do you see that?
10  A.  Yes, I do.
11  Q.  Do you agree or disagree with that
12  statement?
13  MR. HENKIN: Objection to the form.
14  Outside the scope of her report.
15  A.  ▮.
19  MR. CONNOR: Off the record.
20  THE VIDEOGRAPHER: Off the record at 5:42
21  p.m.
22  (Discussion held off the record.)
23  THE VIDEOGRAPHER: We're going back on the
24  record at 5:42 p.m.
25  BY MR. CONNOR:

**Page 224**

1  Q.  Professor Parlour, I want to turn now back
2  to your expert report with ▮, which is ▮
3  ▮.
4  A.  Okay.
5  Q.  And ▮.
8  A.  Um-hum.
9  Q.  ▮?
10  A.  ▮.
11  Q.  And what ▮?
13  A.  I'm ▮.
15  Q.  Anything -- ▮?
17  A.  ▮.
19  Q.  But ▮?
21  A.  ▮?
25  A.  ▮.

```
 1   Q.  And why does that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
 4       MR. HENKIN:  Objection to the form.
 5   A.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
10       BY MR. CONNOR:
11   Q.  But you don't ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13       MR. HENKIN:  Objection to the form.
14   A.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
15       BY MR. CONNOR:
16   Q.  How so?
17   A.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
20   Q.  And could you ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
22   A.  Sure.  I mean, i▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮.
24   Q.  Where do you offer ▮▮▮▮▮▮▮▮▮▮
                          225

 1   ▮▮▮▮?
 2   A.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
 7   Q.  Anything else?
 8   A.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
 9   Q.  In ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮."
13       Do you see that?
14       MR. HENKIN:  For "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15   ▮▮▮▮▮▮▮▮▮
16       MR. CONNOR:  I'm sorry -- ▮▮▮▮▮
17   ▮▮▮▮
18   A.  Yes.  I see that.
19       BY MR. CONNOR:
20   Q.  Were there ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮?
22       MR. HENKIN:  Objection to the form.
23       MR. CONNOR:  I'm sorry.  Let me rephrase
24   that.
25       BY MR. CONNOR:
                          226

 1   Q.  Were there ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮?
 3       MR. HENKIN:  Objection to the form.
 4   Outside the scope of the report.
 5   A.  So as noted, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
 7       BY MR. CONNOR:
 8   Q.  Right.  But my question was: ▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
10   A.  So to answer ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
15   Q.  Others have ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮?
17       MR. HENKIN:  Objection to the form.
18   A.  So it is fair to say ▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
21       BY MR. CONNOR:
22   Q.  Do you have any opinions o▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮?
24   A.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                          227

 1   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
 3   Q.  So ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
 5   A.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
 8   Q.  Are you offering ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
11       MR. HENKIN:  Objection to the form.
12   A.  So ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
16       BY MR. CONNOR:
17   Q.  And on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮"
20       Do you see that?
21   A.  Yes.
22   Q.  And you cite -- you cite ▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮?
24   A.  I think you showed ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮.
                          228
```

Christine Parlour
10/13/2023

### Page 273

4  Q. So it's ▮?
6  A. ▮.
8  Q. What does that mean, "▮"?
9  I'm not familiar with that term.
10 A. I refer to ▮.
15 Q. Are any ▮?
16 A. I would not use the word "▮"
17 for ▮.
18 Q. Do you have an understanding of what that
19 term means, "▮ ▮"?
20 A. I'm familiar with the term "
21 ▮" as we usually apply it ▮.
23 Q. And did ▮?
25 A. I -- as I mentioned, I haven't gone

### Page 274

1  through ▮.
4  Q. Do you recall a ▮?
6  A. You've shown me many ▮.
8  Q. Do you recall the one where ▮?
11 Do you recall that?
12 MR. HENKIN: Objection to the form. And I
13 think it misstates -- you know, if you'd like to have
14 Professor Parlour look ▮, but I
15 think -- what time are we at?
16 THE VIDEOGRAPHER: Seven hours and nine
17 minutes.
18 MR. HENKIN: Well, we're done. The
19 deposition is closed subject ▮
▮.
23 BY MR. CONNOR:
24 Q. Professor Parlour, can you answer the
25 question pending?

### Page 275

1  A. Sorry. I've forgotten what the question
2  is. It's been a long day.
3  MR. CONNOR: Could you read it back?
4  (Whereupon Madam Reporter read back the
5  question.)
6  A. I have a vague recollection of ▮
▮.
8  BY MR. CONNOR:
9  Q. And do you believe that ▮
▮?
11 A. It's consistent with ▮
▮.
15 Q. Are you offering ▮
▮?
17 A. As noted, this was ▮
▮.
19 MR. CONNOR: We have no further questions.
20 Thank you for your time.
21 THE VIDEOGRAPHER: Going off the record at
22 7:58 p.m.
23 MADAM REPORTER: Mr. Henkin, would you
24 like the witness to read and sign?
25 MR. HENKIN: Yes.

### Page 276

1  MADAM REPORTER: And would you like a
2  copy, Mr. Henkin?
3  MR. HENKIN: Yeah, our usual, whatever the
4  hell --
5  MR. WOOD: We'll take the one-day rough
6  and then we will also take the final copy for next
7  Friday.
8  (Signature having not been waived, the
9  videotaped deposition of Professor Christine Ann
10 Parlour was concluded at 7:59 p.m.)

```
 1          CERTIFICATE OF WITNESS
 2
 3
 4      I, CHRISTINE A. PARLOUR, do hereby declare under
 5   penalty of perjury that I have read the entire
 6   foregoing transcript of my deposition testimony,
 7   or the same has been read to me, and certify that
 8   it is a true, correct and complete transcript of
 9   my testimony given on October 13, 2023, save and
10   except for changes and/or corrections, if any, as
11   indicated by me on the attached Errata Sheet, with
12   the understanding that I offer these changes and/or
13   corrections as if still under oath.
14      _____ I have made corrections to my deposition.
15      _____ I have NOT made any changes to my deposition.
16
17   Signed: _____
            CHRISTINE A. PARLOUR
18
19   Dated this _____ day of _____ of 20____.
20
21
22
23
24
25
                         277
```

```
 1          REPORTER CERTIFICATE
 2   WASHINGTON, DC
 3
 4      I, Sherry L. Brooks, a Notary Public within and
 5   for the Jurisdiction aforesaid, do hereby certify
 6   that the foregoing deposition of PROFESSOR CHRISTINE
 7   A. PARLOUR appeared before me on Friday, October 13,
 8   2023, pursuant to notice, at the time and place
 9   indicated; that said deponent was by me duly sworn to
10   tell the truth, the whole truth, and nothing but the
11   truth; that the testimony of said deponent was
12   correctly recorded by machine shorthand by me and
13   thereafter transcribed under my supervision with
14   computer-aided transcription; that the deposition is
15   a true record of the testimony given by the witness;
16   and that I am neither of counsel nor kin to any party
17   in said action, nor interested in the outcome
18   thereof.
19      IN WITNESS WHEREOF, I have hereunto set my hand
20   and official seal this 19th day of October 2023.
21
22   _____
23      SHERRY L. BROOKS, CLR and Notary Public
24
25   Commission Expires: November 30, 2025
                         279
```

```
 1             ERRATA SHEET
 2   Deposition of: CHRISTINE A. PARLOUR
     Date taken: OCTOBER 13, 2023
 3   Case: SEC v. TERRAFORM LABS PTE LTD, et al.
 4   PAGE  LINE
     _____ _____ CHANGE: _____
 5           REASON: _____
     _____ _____ CHANGE: _____
 6           REASON: _____
 7   _____ _____ CHANGE: _____
             REASON: _____
 8   _____ _____ CHANGE: _____
 9           REASON: _____
     _____ _____ CHANGE: _____
10           REASON: _____
     _____ _____ CHANGE: _____
11           REASON: _____
12   _____ _____ CHANGE: _____
             REASON: _____
13   _____ _____ CHANGE: _____
14           REASON: _____
     _____ _____ CHANGE: _____
15           REASON: _____
16   _____ _____ CHANGE: _____
             REASON: _____
17   _____ _____ CHANGE: _____
18           REASON: _____
19   _____ _____ CHANGE: _____
             REASON: _____
20   _____ _____ CHANGE: _____
             REASON: _____
21   _____ _____ CHANGE: _____
             REASON: _____
22   _____ _____ CHANGE: _____
23           REASON: _____
24   Signed_____
25   Dated_____
                         278
```