# EXHIBIT B

# THIS EXHIBIT HAS BEEN FILED UNDER SEAL