# EXHIBIT D

# THIS EXHIBIT HAS BEEN FILED UNDER SEAL