# EXHIBIT E

# THIS EXHIBIT HAS BEEN FILED UNDER SEAL