# EXHIBIT F

# THIS EXHIBIT HAS BEEN FILED UNDER SEAL