# EXHIBIT H(a)

# THIS EXHIBIT HAS BEEN FILED UNDER SEAL