# EXHIBIT H(b)

# THIS EXHIBIT HAS BEEN FILED UNDER SEAL