# EXHIBIT I(a)

# THIS EXHIBIT HAS BEEN FILED UNDER SEAL