# EXHIBIT I(b)

# THIS EXHIBIT HAS BEEN FILED UNDER SEAL