# EXHIBIT J

# THIS EXHIBIT HAS

# BEEN FILED UNDER SEAL