# EXHIBIT L

# THIS EXHIBIT HAS BEEN FILED UNDER SEAL