UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION    :
                                                   :  Case No.: 1:23-CV-1346 (JSR)
        Plaintiff,                                :
                                                   :
        v.                                           :

TERRAFORM LABS PTE LTD. and DO HYEONG    :
KWON,                                                :

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of non-party Jump Crypto Holdings LLC in the above captioned action.


Dated: November 27, 2023        Katten Muchin Rosenman LLP
                                        By: */s/ Peter G. Wilson*
                                            Peter G. Wilson
                                            525 W. Monroe Street
                                            Chicago, IL 60661-3693
                                            Phone:    +1.312.902.5200
                                            Fax:      +1.312.902.1061

                                            *Attorney for Jump Crypto Holdings LLC*