UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION

        Plaintiff,

        v.

TERRAFORM LABS PTE LTD. and DO HYEONG KWON,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No.: 1:23-CV-1346 (JSR)

## JUMP CRYPTO HOLDINGS LLC'S CORPORATE DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1

Non-party Jump Crypto Holdings LLC, through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 hereby states that Jump Crypto Holdings LLC has no parent company and no publicly held company owns 10% or more of Jump Crypto Holdings LLC's stock.

Dated: November 27, 2023

Katten Muchin Rosenman LLP
By: /s/ *Peter G. Wilson*
    Christian T. Kemnitz*
    Peter G. Wilson
    Elliott M. Bacon*
    525 W. Monroe Street
    Chicago, IL 60661-3693
    Phone:   +1.312.902.5200
    Fax:     +1.312.902.1061

*Attorneys for Jump Crypto Holdings LLC*

_____

* *Pro hac vice* forthcoming