UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     -v-<br><br>TERRAFORM LABS PTE LTD. and DO HYEONG KWON,<br><br>          Defendants. | 23-cv-1346 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On November 27, 2023, the Court received a letter from counsel for Jump Crypto Holdings LLC, a third party to this action that produced materials during discovery. See ECF No. 134. The Court approves the confidential treatment of certain materials as outlined in that letter. Id. The Court reminds the parties and counsel for Jump, however, that the Court retains discretion to make public any confidential materials in connection with future motion practice or trial. If such disclosure is contemplated, the Court will provide prior notice to counsel for Jump so that counsel may be heard on any objections.

     SO ORDERED.

Dated:   New York, NY
         November 28, 2023

                                        _____
                                        JED S. RAKOFF, U.S.D.J.

1