UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　Plaintiff,<br>　v.<br>TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON,<br>　　　　　　Defendants. | Civil Action No. 23 Civ. 01346 (JSR)<br><br>Hon. Jed S. Rakoff<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

　　　　Defendants submit this notice of supplemental authority in further support of their motion for summary judgment and opposition to the SEC's motion for summary judgment.

　　　　On November 30, 2023, in *SEC v. Digital Licensing Inc. et al.*, No. 23 Civ. 482 (D. Utah), Chief Judge Robert J. Shelby issued a Decision (Ex. A) and an Order to Show Cause (Ex. B) finding that the SEC had made misrepresentations to the Court that were so serious that the Court ordered the SEC to show cause why it should not be sanctioned. The Decision and Order to Show Cause are relevant to Defendants' arguments regarding the SEC's general use of excerpts of evidence and the allegations in paragraph 173 of the Amended Complaint.

Dated:  December 4, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/      Douglas W. Henkin*

　　　　　　　　　　　　　　　　　　　　**DENTONS US LLP**
　　　　　　　　　　　　　　　　　　　　Douglas W. Henkin
　　　　　　　　　　　　　　　　　　　　David L. Kornblau
　　　　　　　　　　　　　　　　　　　　Louis A. Pellegrino
　　　　　　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　　　Tel: (212) 768-6700
　　　　　　　　　　　　　　　　　　　　douglas.henkin@dentons.com
　　　　　　　　　　　　　　　　　　　　david.kornblau@dentons.com
　　　　　　　　　　　　　　　　　　　　louis.pellegrino@dentons.com

　　　　　　　　　　　　　　　　　　　　Mark G. Califano
　　　　　　　　　　　　　　　　　　　　1900 K Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20006-1102
　　　　　　　　　　　　　　　　　　　　Tel: (202) 496-7500
　　　　　　　　　　　　　　　　　　　　mark.califano@dentons.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants Terraform Labs Pte. Ltd. and Kwon Do Hyeong*