UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS PTE LTD. and DO HYEONG KWON,<br><br>Defendants. | Case No. 23-cv-1346 (JSR) |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York ("Local Rules"), I, Elliott M. Bacon, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Jump Crypto Holdings LLC in the above-captioned action.

Attached to this motion are: (1) a Certificate of Good Standing issued within the past thirty days by the Supreme Court of the State of Illinois; (2) the declaration required pursuant to Local Rule 1.3(c); and (3) a proposed order granting admission.

Dated: December 19, 2023

Respectfully submitted,
*/s/ Elliott M. Bacon*
Elliott M. Bacon
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Phone: (312) 902-5200
Email: elliott.bacon@katten.com

*Attorney for Jump Crypto Holdings LLC*