UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>TERRAFORM LABS PTE LTD. and DO HYEONG KWON,<br><br>    Defendants. | Case No. 23-cv-1346 (JSR) |

**DECLARATION OF ELLIOTT M. BACON IN SUPPORT
OF MOTION FOR ADMISSION PRO HAC VICE**

I, Elliott M. Bacon, hereby declare:

1. I am an attorney with the law firm Katten Muchin Rosenman LLP, 525 W Monroe St, Chicago, IL 60661.

2. I am duly admitted to practice in the courts of the State of Illinois, and I am an attorney for Jump Crypto Holdings LLC with respect to the above-captioned matter.

3. I am submitting this declaration in support of my motion for admission *pro hac vice*.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There have been no disciplinary proceedings instituted against me or any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

7. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 19, 2023

                                              Respectfully submitted,

                                              */s/ Elliott M. Bacon*
                                              Elliott M. Bacon
                                              KATTEN MUCHIN ROSENMAN LLP
                                              525 West Monroe Street
                                              Chicago, Illinois 60661-3693
                                              Phone: (312) 902-5200
                                              Email: elliott.bacon@katten.com

                                              *Attorney for Jump Crypto Holdings LLC*