**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES AND EXCHANGE COMMISSION,

                          Plaintiff,

v.

TERRAFORM LABS PTE LTD. and
DO HYEONG KWON,

                          Defendants.

Civil Action No. 1:23-cv-1346 (JSR)

**NOTICE OF APPEARANCE OF**
**DAVID PATTON**
**ON BEHALF OF**
**DO HYEONG KWON**

        **PLEASE TAKE NOTICE** that David Patton, an attorney duly admitted to practice in

this Court, hereby enters his appearance on behalf of Defendant Do Hyeong Kwon in the above-

captioned action, and requests that all notices, filings, and other papers relating to this action be

served upon him at the undersigned address.

Dated:  December 28, 2023
        New York, New York

David Patton
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
dpatton@kaplanhecker.com

*Counsel for Defendant Do Hyeong Kwon*