UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

    v.

TERRAFORM LABS PTE LTD. and DO HYEONG KWON,

    Defendants.

Case No. 23-cv-1346 (JSR)

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Elliott M. Bacon for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

Applicant has indicated that he is a member in good standing of the Bar of the State of Illinois and that his contact information is as follows:

    Elliott M. Bacon
    KATTEN MUCHIN ROSENMAN LLP
    525 W. Monroe Street
    Chicago, IL 60661-3693
    Tel: (312) 902-5200
    elliott.bacon@katten.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Jump Crypto Holdings LLC in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED this __3rd__ day of __January 2024__ by:

_Jed S. Rakoff, U.S.D.J._
The Honorable Jed S. Rakoff
United States District Judge

Case 1:23-cv-01346-JSR  Document 145  Filed 01/03/24  Page 2 of 2