# EXHIBIT 1

| | |
|---|---|
| **From:** | Cuellar, Carina |
| **To:** | Kornblau, David |
| **Cc:** | Henkin, Douglas W.; Califano, Mark G.; Pellegrino, Louis A. |
| **Subject:** | RE: Do Kwon"s Position on Extradition to the United States |
| **Date:** | Tuesday, December 12, 2023 10:21:00 AM |

Dear David,

According to reports today, a Montenegrin court has extended Do Kwon's incarnation by another two months, which puts his incarceration date past our trial date. In light of this, can you please let us know your client's position on whether he is waiving his participation in the civil trial?

Also, can you please let us know whether your client has filed a formal appeal of the High Court's extradition decision?

Kind regards,

Carina

**From:** Kornblau, David <david.kornblau@dentons.com>
**Sent:** Thursday, November 30, 2023 12:36 PM
**To:** Cuellar, Carina <CuellarC@sec.gov>
**Cc:** Henkin, Douglas W. <douglas.henkin@dentons.com>; Califano, Mark G. <mark.califano@dentons.com>; Pellegrino, Louis A. <louis.pellegrino@dentons.com>
**Subject:** RE: Do Kwon's Position on Extradition to the United States

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Carina:

We understand that Mr. Kwon informed the Montenegrin court that he would consent to the requested extradition to South Korea, but that he was not asked by the Montenegrin court about the requested extradition to the U.S. We understand that there was a decision rendered relating to the appropriate extradition process and that additional legal proceedings will take place.

Best regards,

David

David Kornblau
Partner

D  +1 212 768 6890

New York