# EXHIBIT 1

NBHJSECH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

SECURITIES AND EXCHANGE
COMMISION,

              Plaintiff,

      v.                              23 Civ. 1346 (JSR)

TERRAFORM LABS PTE LTD., ET AL.,

                                  Hearing

              Defendants.
------------------------------x
                                  New York, N.Y.
                                  November 17, 2023
                                  2:00 p.m.

Before:

                  HON. JED S. RAKOFF,

                                District Judge

                     APPEARANCES

U.S. SECURITIES AND EXCHANGE COMMISSION
    Attorneys for Plaintiff
BY:  CHRISTOPHER J. CARNEY
    JAMES P. CONNOR
    LAURA E. MEEHAN

DENTONS US LLP
    Attorneys for Defendants Do Hyeong Kwon and Terraform Labs
BY:  DOUGLAS W. HENKIN
    LOUIS A. PELLEGRINO, III
    MARK CALIFANO
    MATTHEW A. LAFFERMAN
    DAVID L. KORNBLAU

Also Present:

Elliott Bacon, Katten Muchin Rosenman
Sarah Gonzalez, Paralegal

1              called as a witness by the Defendants,
2              having been duly sworn, testified as follows:
3    DIRECT EXAMINATION
4    BY THE COURT:
5              THE COURT:  So again, thank you for being here.
6              I'm sure it's somewhere in your report — it was in all
7    the other reports, but I may have missed it somehow.  How much
8    are you being compensated for your expert work here?
9              THE WITNESS:  Yes, your Honor.
10             As stated, in my first report, it's -- the
11   compensation is $950.
12             THE COURT:  Oh, there it is.  I now see it, $950 an
13   hour.  Okay.  Are you aware that some of the experts are
14   getting even more and do you want a raise?  You don't have to
15   answer that.
16             So you heard the colloquy, and I guess one of the
17   questions is, since you weren't personally doing the underlying
18   processing of the data, what kind of supervision did you
19   exercise and how did you exercise it?
20             THE WITNESS:  Yes, your Honor.
21             So Cornerstone research is a data analytics company,
22   and the data was provided to us with Mr. Edman's report and it
23   was in a format called JSON.  And so I had Cornerstone extract
24   the data from the JSON data set and put it into a standardized
25   SQL database.  And then --

1    THE COURT:  What kind of data are we talking about?

2    THE WITNESS:  There is the data that Mr. Edman was

3    given by some consultant.  He's not named, the consultant, but

4    it was the data that was extracted, as I understand it, from

5    Terra blockchain.

6    THE COURT:  But that's part of my question.  I

7    understand what you just said, whether this was all the data,

8    partial data, whether it was extracted through proper

9    methodology or from skewed methodology, you just took it as

10   given to you, yes?

11   THE WITNESS:  I did verify the scripts that Dr. Edman

12   provided in terms of how they extracted it.  And there is a

13   service called Terra Finder where you can query the Terra

14   blockchain directly, and I did run a few queries to make sure

15   the data was matching after we extracted it to the SQL

16   database.

17   THE COURT:  Now, did you limit yourself to Dr. Edman's

18   data?

19   THE WITNESS:  I tried to, your Honor, because that's

20   the data that he uses to make his opinions.

21   THE COURT:  And you concluded that it wasn't

22   sufficient to substantiate his opinions; do I have that right?

23   THE WITNESS:  Correct.

24   THE COURT:  And so you're not saying his opinions are

25   necessarily wrong, you're saying that you can't tell whether