# EXHIBIT 2

```
 1  UNITED STATES DISTRICT COURT
 2  SOUTHERN DISTRICT OF NEW YORK
 3  Civil Action No.: 1:23-cv-01346-JSR
 4  ------------------------------------
 5  SECURITIES AND EXCHANGE COMMISSION,
 6            Plaintiff,
 7
 8        -against-
 9
10  TERRAFORM LABS, PTE. LTD. and
    DO HYEONG KWON,
11
              Defendants.
12  ------------------------------------
13            Wednesday, September 20, 2023
14            9:06 a.m.
15
16       Video-Recorded Deposition of
17
18            MATTHEW J. EDMAN, Ph.D.
19
20
21
22
23  Stenographically Reported By:
24  Mark Richman, CSR, CCR, RPR, CM
25  Job No. J10304575
```



```
 1
 2
 3
 4
 5                    September 20, 2023
 6                     9:06 a.m. EST
 7
 8
 9          Video-Recorded Deposition of
10   MATTHEW J. EDMAN, Ph.D., taken by
11   Defendants, pursuant to notice, held at the
12   offices of Dentons (US) LLP, 1221 Avenue of
13   the Americas, New York, New York  10020,
14   before Mark Richman, a Certified Shorthand
15   Reporter, Certified Court Reporter,
16   Registered Professional Reporter, and a
17   Notary Public within and for the State of
18   New York.
19
20
21
22
23
24
25
```



A P P E A R A N C E S:

On Behalf of Plaintiff:
U.S. SECURITIES AND EXCHANGE COMMISSION
DIVISION OF ENFORCEMENT
   100 F Street N.E.
   Washington, D.C. 20549
      -and-
   351 S. West Temple
   Suite 6.100
   Salt Lake City, Utah 84101-1950

BY:    CHRISTOPHER CARNEY, ESQ.
       DEVON LEPPINK STAREN, ESQ.
       MICHAEL WELSH, ESQ.



```
 1
 2   A P P E A R A N C E S:   (CONT'D)
 3
 4   On Behalf of Defendant Terraform Labs PTE LTD
 5   DENTONS US LLP
 6   1900 K Street, NW
 7   Washington, D.C. 20006-1102
 8             -and-
 9          4520 Main Street
10          Kansas City, MO 64111
11
12   BY:    MARK G. CALIFANO, ESQ.
13          CODY WOOD, ESQ.
14
15
16   ALSO PRESENT:
17
18   SARAH GONZALEZ, Paralegal, Dentons
19   BLAKE BOSWELL, ESQ., Cornerstone Research
20   RICHARD MORALES, Videographer
21
22
23
24
25
```



```
 1                  M. EDMAN - 9.20.23
 2    A.     To the extent that I understand
 3   your question, again, the goals of a
 4   RESTful API server likely depend on the
 5   application itself.
 6              However, in general, a RESTful
 7   API server provides a well-defined set
 8   of methods for interacting with that
 9   particular server in regards to what you
10   call cashability or the ability to store
11   information about the request, that
12   depends on the API server itself.
13    Q.     Do you understand that client and
14   server applications connect directly
15   with each other during these client
16   server communications via the RESTful
17   API?
18    A.     I wouldn't say that it's
19   necessarily a requirement that they
20   connect directly to each other.  It just
21   provides a way for a client to interact
22   with the server through some
23   well-defined mechanism.
24              However, certainly possible that
25   that could be through an intermediary.
```



M. EDMAN - 9.20.23

```
 1              You know, if you have a
 2   particular architecture in mind I'm
 3   happy to discuss that.
 4       Q.   ███████████████████████████
 5   ████████████████████████████████████
 6   ███████████████████████
 7       A.   ███████████████████████████
 8   ████████████████████████████████████
 9   ████████████████████████████████
10   ████████████████████████████████
11   ████████████████████████████████████
12   ████████████
13       Q.   Do you think that the client and
14   server on a API RESTful architecture
15   should be able to tell if it's
16   communicating with its counterparty
17   directly or via an intermediary?
18       A.   Depends on the configuration of
19   the API server and the overall system
20   architecture.
21       Q.   Let me turn to page -- or
22   Paragraph 61 of your report.  █████████
23   ████████████████████████████████████
24   ██████████████████████████
```



```
 1                   M. EDMAN - 9.20.23
 2    ████████████████████████████
 3         D████████████████████████████████████
 4    █████████████████████████████████
 5    ████████████████████████
 6    A.   ██████
 7    Q.   ████████████████████████
 8    A.   ███████████████████████████
 9    █████████████████████████
10         █████████████████████████
11    █████████████████████████████████
12    ████████████████████████████████
13    ████████████████
14         ████████████████████████
15    ████████████████████████████████
16    █████████████████████████████████
17    █████████████████████████████████
18    █████████████████████████
19    █████████████████████████████████
20         ██████████████████████████
21    █████████████████████████████████
22    █████████████████████████████████
23    ████████████████████████████
24    ██████████████████████████████
25    █████████████████████████████████
```


ESQUIRE
DEPOSITION SOLUTIONS




```
 1                M. EDMAN - 9.20.23
 2      █████████████████████████
 3   ████████████████████████████████████
 4   ████████████████████████████████████
 5      ██████████████████████████
 6      ████████████████████████
 7      ███████████████████████.
 8      Q.   Did you do anything else to
 9   verify the data?
10           MR. CARNEY:  Objection, vague.
11      A.   As I sit here today, what I just
12   described is -- are the steps that I
13   took to validate the data and determine
14   in my opinion that it was reliable.
15      Q.   I haven't asked you yet about how
16   much time you spent examining the source
17   code that you were provided.
18           MR. CARNEY:  Objection, vague as
19    to source code.
20      Q.   ████████████████████████
21   ████████████████████████████████
22   ████████████████████████████████
23   ████████████
24           How much time did you spend
25   reviewing those source codes?
```

