# EXHIBIT 1

```
 1   UNITED STATES DISTRICT COURT
 2   SOUTHERN DISTRICT OF NEW YORK
 3   Civil Action No.: 1:23-cv-01346-JSR
 4   ------------------------------------
 5   SECURITIES AND EXCHANGE COMMISSION,
 6              Plaintiff,
 7
 8          -against-
 9
10   TERRAFORM LABS, PTE. LTD. and
     DO HYEONG KWON,
11
                Defendants.
12   ------------------------------------
13              Wednesday, September 20, 2023
14              9:06 a.m.
15
16          Video-Recorded Deposition of
17
18              MATTHEW J. EDMAN, Ph.D.
19
20
21
22
23   Stenographically Reported By:
24   Mark Richman, CSR, CCR, RPR, CM
25   Job No. J10304575
```



```
 1
 2
 3
 4
 5                    September 20, 2023
 6                    9:06 a.m. EST
 7
 8
 9          Video-Recorded Deposition of
10   MATTHEW J. EDMAN, Ph.D., taken by
11   Defendants, pursuant to notice, held at the
12   offices of Dentons (US) LLP, 1221 Avenue of
13   the Americas, New York, New York  10020,
14   before Mark Richman, a Certified Shorthand
15   Reporter, Certified Court Reporter,
16   Registered Professional Reporter, and a
17   Notary Public within and for the State of
18   New York.
19
20
21
22
23
24
25
```



Case 1:23-cv-01346-JSR   Document 156-1   Filed 01/04/24   Page 4 of 6

```
 1
 2  A P P E A R A N C E S:
 3
 4  On Behalf of Plaintiff:
 5  U.S. SECURITIES AND EXCHANGE COMMISSION
 6  DIVISION OF ENFORCEMENT
 7     100 F Street N.E.
 8     Washington, D.C. 20549
 9        -and-
10     351 S. West Temple
11     Suite 6.100
12     Salt Lake City, Utah 84101-1950
13
14  BY:    CHRISTOPHER CARNEY, ESQ.
15         DEVON LEPPINK STAREN, ESQ.
16         MICHAEL WELSH, ESQ.
17
18
19
20
21
22
23
24
25
```



```
 1
 2   A P P E A R A N C E S:   (CONT'D)
 3
 4   On Behalf of Defendant Terraform Labs PTE LTD
 5   DENTONS US LLP
 6   1900 K Street, NW
 7   Washington, D.C. 20006-1102
 8            -and-
 9         4520 Main Street
10         Kansas City, MO 64111
11
12   BY:    MARK G. CALIFANO, ESQ.
13          CODY WOOD, ESQ.
14
15
16   ALSO PRESENT:
17
18   SARAH GONZALEZ, Paralegal, Dentons
19   BLAKE BOSWELL, ESQ., Cornerstone Research
20   RICHARD MORALES, Videographer
21
22
23
24
25
```



```
 1   ██████████████████████████████████
 2   ███████████████████████
 3   ████████████████████████████████
 4   ████████████████████████████████
 5   ████████████
 6      Q.   So your reference to manufactured
 7   activity is in the context of ████████
 8   ████████████████████████████████
 9   ██████████████████████████; is that
10   correct?
11      A.   I'm referring to ███████████████
12   ████████████████████████████████
13   ████████████████████████████████
14   ████████████████████████████████
15      Q.   In order for the ███████████████
16   ████████████████████████████████
17   isn't that correct?
18      A.   Based on ██████████████████████
19   ████████████████████████
20   ████████████████████████
21   ████████████████████████████
22   █████████████████████████████████
23      Q.   Have you seen any evidence that
24   the ████████████████████████████
25   █████████████████████████████████
```

