```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>    -v-<br><br>TERRAFORM LABS PTE LTD. and DO HYEONG KWON,<br><br>         Defendants. | 23-cv-1346 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Defendants' motions for reconsideration of the Court's rulings under Federal Rule of Evidence 702 regarding Dr. Matthew Edman and Mr. Raj Unny, ECF Nos. 154, 157, are hereby denied, essentially for the reasons stated by the SEC in its responses to defendants' motions, ECF Nos. 158, 159. The Clerk is respectfully directed to close documents 151 and 155 on the docket of this case.

    SO ORDERED.

Dated:   New York, NY
         January 11, 2024

                                        _____
                                        JED S. RAKOFF, U.S.D.J.