# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL     212-763-0883
DIRECT EMAIL    dpatton@kaplanhecker.com

January 15, 2024

**BY ECF**

The Honorable Jed S. Rakoff
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1340
New York, NY 10007

     Re: *SEC v. Terraform Labs et al.*, No. 23-cv-1346 (JSR) (S.D.N.Y.)

Dear Judge Rakoff:

  We represent Do Hyeong Kwon and write in response to the Court's January 12, 2024 order requesting letters from the U.S. Securities and Exchange Commission ("SEC") and Mr. Kwon concerning Mr. Kwon's request for an adjournment of the trial in this matter. As the Court requested, we confirm that should the Court adjourn the combined trial of the SEC's cases against Terraform Labs and Mr. Kwon to any date after March 18, Mr. Kwon will make no additional requests for adjournment of the trial date, even if he is still not able to attend trial on the new date set. We are also available for the trial date proposed by the SEC in its letter or any other date convenient for the Court.

  The Court has also raised the possibility of severing the SEC's cases against Mr. Kwon and Terraform Labs so that the trial against Terraform Labs can go forward at the end of this month without compromising Mr. Kwon's rights to attend trial and testify. Mr. Kwon does not oppose severance.

            Respectfully submitted,

            David Patton

cc: All counsel of record (by ECF)