# EXHIBIT 1

NBURSEC

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

Securities and Exchange
Commission,

                Plaintiff,

        v.                              23 Civ. 1346 (JSR)

TERRAFORM LABS PTE LTD., et
al.,
                                        Oral Argument

                Defendants.

------------------------------x
                                        New York, N.Y.
                                        November 30, 2023
                                        3:30 p.m.
Before:

                    HON. JED S. RAKOFF,

                                        District Judge

                        APPEARANCES

SECURITIES AND EXCHANGE COMMISSION
     Attorneys for Plaintiff
BY:  DEVON STAREN
     JAMES CONNOR
     LAURA E. MEEHAN
     CARINA CUELLAR
     CHRISTOPHER CARNEY
     ROGER LANDSMAN

DENTONS US LLP
     Attorneys for Defendants
BY:  DOUGLAS W. HENKIN
     LOUIS PELLEGRINO
     MARK CALIFANO
```

NBURSEC

|   |   |
|---|---|
| 1 | (Case called) |
| 2 | MS. STAREN:  Devon Staren for the Securities and |
| 3 | Exchange Commission. |
| 4 | MR. CONNOR:  Good afternoon, your Honor.  James Connor |
| 5 | for the S.E.C. |
| 6 | MS. MEEHAN:  Good afternoon, your Honor.  Laura Meehan |
| 7 | for the S.E.C. |
| 8 | MS. CUELLAR:  Good afternoon, your Honor.  Carina |
| 9 | Cuellar for the S.E.C. |
| 10 | MR. CARNEY:  Good afternoon, your Honor.  Christopher |
| 11 | Carney for the S.E.C. |
| 12 | MR. LANDSMAN:  Good afternoon, your Honor.  Roger |
| 13 | Landsman for the S.E.C. |
| 14 | THE COURT:  So who is minding the store back at the |
| 15 | office? |
| 16 | Go ahead, counsel. |
| 17 | MR. HENKIN:  Good afternoon, your Honor.  Douglas |
| 18 | Henkin for the defendants. |
| 19 | MR. PELLEGRINO:  Good afternoon, your Honor.  Louis |
| 20 | Pellegrino for the defendants, and I believe we'll be joined by |
| 21 | paralegal Sarah Gonzalez in a moment. |
| 22 | THE COURT:  That's fine. |
| 23 | MR. CALIFANO:  Mark Califano for the defendants, your |
| 24 | Honor. |
| 25 | THE COURT:  Good afternoon.  So we're here for an |

1    argument on summary judgment.  This was originally supposed to
2    occur at 4:00, but the Senate of the United States confirmed a
3    new judge for the Southern District of New York a day or two
4    ago and a bunch of judges, including myself, have been asked to
5    meet with her at 4:30 today to help train her in our ways, from
6    which she will never recover.  So we have an hour.  So I'm
7    going to ask counsel not to reiterate what is already in their
8    excellent papers, but just to pick one or two points that they
9    particularly want to emphasize on the cross-motions for summary
10   judgment.
11           Before we get to that, though, there's a matter that
12   regretfully I have to raise just to make it a matter of record.
13   So in the motion papers that were submitted by the defense in
14   support of their motion for summary judgment, there was
15   included a declaration of Mr. Raj Unny.  It was a 26-page
16   declaration with a modest 185 pages of exhibits attached
17   thereto.  And the S.E.C., on October 31, called and said this
18   was really an unauthorized surrebuttal report that should not
19   be allowed because not only had expert discovery and
20   depositions been concluded but all discovery had been
21   concluded, and no application had ever been made to file a
22   surrebuttal report.  The defendant said, no, this is not a
23   surrebuttal report.  It's not an expert report.  It's simply a
24   declaration that is being submitted in support of their motion
25   for summary judgment.  So I said, well, what I would do is read

1  it and then determine whether I should consider it on summary
2  judgment.
3           Subsequently, we had a Daubert hearing, and although I
4  have not issued the full opinion, I have issued the bottom-line
5  which included striking the testimony of Mr. Unny as an expert.
6  And although by that time I had read his declaration submitted
7  in support of summary judgment, I think based on what defense
8  counsel had represented to me over the phone, it should have
9  played and really should not play any role in the Court's
10 Daubert decision.  Nevertheless, for what it's worth, that
11 decision would have been the same so far as Mr. Unny is
12 concerned either way.
13          When I was reading the papers on summary judgment, I
14 returned to Mr. Unny's declaration, and it appears to the Court
15 unequivocally to be a surrebuttal expert opinion that, of
16 course, could never have been inquired into on deposition by
17 the plaintiffs because it was issued without permission after
18 all the discovery had been completed.  And it says, for
19 example, in paragraph two, "Dr. Edman has subsequently filed
20 the rebuttal report of Dr. Edman on October 13, 2023."  Let me
21 pause there to say that was with the full permission of the
22 Court after hearing from both sides.  But continuing the quote,
23 "I have been asked by counsel for Terraform Labs, or TFL, and
24 Dr. Do Hyeong Kwon to review and assess the opinions put
25 forward by Dr. Edman in this rebuttal report."  That certainly

1   sounds like an unauthorized surrebuttal expert report, which
2   the S.E.C. had no ability to take a deposition about because it
3   was submitted without authorization and after discovery had
4   closed.
5           Nevertheless, troubled though I am very much by the
6   representations that defense counsel made to me on the phone, I
7   have decided to consider this report for purposes of summary
8   judgment, but I'm not considering it for purposes of Daubert
9   based on defense counsel's representation to me that it wasn't
10  part of Daubert.  Anything defense counsel wants to say about
11  any of that?
12          MR. HENKIN:  No, your Honor.  I think what you've done
13  in characterizing it is something that defense understands.
14          THE COURT:  All right.  Very good.  So we have
15  cross-motions.  Let me hear first from the S.E.C.
16          MS. STAREN:  Would your Honor like me to stay here or
17  go to --
18          THE COURT:  Go there.  I think everyone can hear you
19  better from there.
20          MS. STAREN:  This time I did not drop my papers.
21          Good afternoon, your Honor, and May it Please the
22  Court, we're here today because defendants Do Kwon and his
23  company Terraform Labs orchestrated a multibillion-dollar
24  fraud.  Defendant's fraud is not novel, and it is not
25  complicated.  Quite simply, they created a security, LUNA.