# EXHIBIT 1

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
                ------------------------------x

                SECURITIES AND EXCHANGE
                COMMISION,

                                Plaintiff,

                        v.                                23 Civ. 1346 (JSR)

                TERRAFORM LABS PTE LTD., ET
                AL.,
                                                          Hearing
                                Defendants.
                ------------------------------x
                                                          New York, N.Y.
                                                          November 17, 2023
                                                          2:00 p.m.
                Before:

                               HON. JED S. RAKOFF,

                                              District Judge

                                    APPEARANCES

                U.S. SECURITIES AND EXCHANGE COMMISSION
                     Attorneys for Plaintiff
                BY:  CHRISTOPHER J. CARNEY
                     JAMES P. CONNOR
                     LAURA E. MEEHAN

                DENTONS US LLP
                     Attorneys for Defendants Do Hyeong Kwon and Terraform Labs
                BY:  DOUGLAS W. HENKIN
                     LOUIS A. PELLEGRINO, III
                     MARK CALIFANO
                     MATTHEW A. LAFFERMAN
                     DAVID L. KORNBLAU

                Also Present:

                Elliott Bacon, Katten Muchin Rosenman
                Sarah Gonzalez, Paralegal
```

1  I haven't analyzed, you know, for example, how Chai accepted
2  credit card payments or interacted with fiat currency systems.
3  Q   In fact, you testified that you did not know how Chai
4  operated; is that correct?
5  A   Correct.  Again, my analysis in this case and my opinions
6  relate to an analysis of source court in Terra blockchain
7  transactions.
8  Q   So you have not analyzed any commercial payment systems
9  that use fiat, and in this case, you were unable to examine any
10 part of the Chai payment system other than the single component
11 that is identified as the LP server; is that correct?
12 A   No, I don't believe that's correct.  I gave on example
13 before of analysis that involved a traditional payment
14 provider, and my analysis in this case involved analysis of
15 more than just the LP server.
16          MR. CALIFANO:  Your Honor, I think I can stop there.
17          THE COURT:  Okay.
18 REDIRECT EXAMINATION
19 BY MR. CARNEY:
20 Q   Dr. Edman, what did you review in connection with forming
21 your opinions in this case?
22 A   I reviewed data from a variety of sources.  This included
23 source code repositories for components developed by Terraform
24 Labs, including the LP server, an LP watcher application.  I
25 reviewed internal communications, emails, chats involving the

1    developers of these systems.  I reviewed information related to
2    a website called Chai Scan, which purported to track Chai
3    payment transactions, deposition transcripts, really a variety
4    of sources.
5    Q   And is it normal in your line of work for someone to
6    review, for instance, communications between developers?
7    A   Yes.  In I would say pretty much every single
8    investigation, including blockchain-related investigations,
9    that involves, you know, not just analyzing and collecting
10   blockchain data, but also adding context to that data by
11   examining other sources.
12   Q   And how is it that you can determine what the LP server did
13   in this case without the inputs that defense counsel referred
14   to?
15   A   Well, the LP server is just source code and a fairly small
16   application at that.  So I could analyze that source code.  I
17   could look at what it expected the inputs to be, and I could
18   analyze what it would do with those inputs.  It's a
19   deterministic system.  So given certain inputs, you can analyze
20   the software and determine what the outputs are.  In this case,
21   the outputs from the LP server are blockchain transactions
22   which are public, and so I was able to identify the properties
23   of those blockchain transactions based on reviewing the source
24   code associated with the LP server and then identifying those
25   transactions on the public Terra blockchain.

1  Q   So just to be clear, did you need the inputs to identify LP
2  server blockchain transactions?
3  A   No.
4  Q   And did you do anything to verify your identification of LP
5  server blockchain transactions?
6  A   I did.  I reviewed some public posts that were made by Do
7  Kwon where he identified and pointed to screenshots of certain
8  transactions on the Terra blockchain and identified them as,
9  you know, purported Chai transactions.  I compared those
10 transactions and the properties of those transactions to the
11 properties that I used in my methodology for identifying Chai
12 transactions on the Terra blockchain and confirmed that they
13 were consistent.
14 Q   Okay.  And based on your analysis, did the properties of LP
15 transactions on the Terra blockchain change over time?
16 A   They did.  At a high level, there were kind of two
17 different properties or different characteristics of blockchain
18 transactions generated by the LP server.  Prior to
19 December 2019, the LP server source code, it appeared to ignore
20 a merchant ID that was one of the inputs, and it would just
21 create transactions from an address called the LP wallet.  It's
22 two purported user wallets controlled by the LP server, and
23 then a matching transaction sending funds back to the LP
24 wallet.  Post December 2019, it started to incorporate merchant
25 IDs into those transactions.

1  Q    Okay.  And just so we understand, if the inputs to the LP
2  server were not necessary for your analysis, do you have an
3  understanding as to why the SEC would have requested a copy of
4  the LP server?
5  A    So the copy of the LP server is interesting, aside from
6  just the inputs, because it can provide a source of forensic
7  analysis.  You can analyze this computer system and determine,
8  for example, who accessed this system, what they did while they
9  were on that system, commands that they had run.  I identified
10 certain scripts that were developed alongside the LP server.  I
11 don't provide an opinion in my report whether those were run,
12 but given access to the LP server itself, based on a forensic
13 analysis of that, you could determine whether and when and by
14 whom those scripts are run.
15 Q    And did you analyze the source code associates with
16 additional scripts or programs in the LP server repository?
17 A    I did.
18 Q    And then, finally, in your report do you offer any opinions
19 regarding the state of mind or the intent of the developer or
20 the LP server?
21 A    No.  I quote in my report statements made by the developer,
22 but the opinions in my report are really based on analysis of
23 blockchain transactions, other data produced in this case, as
24 well as my analysis of what the LP server source code did.
25            MR. CARNEY:  Thank you.