UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　Plaintiff,<br>　　v.<br>TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON,<br>　　　　　　　Defendants. | Civil Action No. 23 Civ. 1346 (JSR)<br><br>Hon. Jed S. Rakoff |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR KWON DO HYEONG**

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York ("Local Rules"), the undersigned counsel respectfully move the Court to allow their withdrawal as counsel of record for Defendant Kwon Do Hyeong in the above-captioned proceeding.

1.　Local Civil Rule 1.4 provides that an attorney of record for a party may, upon a showing of "satisfactory reasons for withdrawal," be granted leave of court to withdraw. U.S. Dist. Ct. Rules S. & E.D.N.Y., Civ Rule 1.4. For the reasons stated below, all counsel for Dentons, US LLP ("Dentons") request to withdraw from representing Mr. Kwon in this matter.

2.　Counsel's request to withdraw may be granted where there will not be a high degree of prejudice to the plaintiff or disruption of the court's schedule. *Karimian v. Time Equities, Inc.*, No. 10 Civ. 3773 (AKH) (JCF), 2011 WL 1900092, at *3 (S.D.N.Y. May 11, 2011) ("This is not a case in which the potential prejudice to the plaintiff or disruption of the court's schedule is so great that withdrawal should be denied.").

3.　The reason for this request is that Mr. Kwon has consented to being represented by Kaplan, Hecker & Fink, LLP ("Kaplan Hecker") in this matter. Indeed, Mr. Kwon is now separately represented by Kaplan Hecker attorneys who have filed their appearances at Dkt. Nos.

1

146, 147, and 148. Dentons' withdrawal will therefore cause no delay in the trial and no prejudice to Mr. Kwon or to opposing counsel, the U.S. Securities and Exchange Commission.

4. Specifically, Dentons requests that the Court grant this motion with respect to the following appearances:

- Dkt. No. 14:  Douglas Henkin
- Dkt. No. 15:  David Kornblau
- Dkt. No. 18:  Stephen Senderowitz
- Dkt. No. 31:  Mark Califano
- Dkt. No. 35:  Nicholas Petts
- Dkt. No. 39:  Matthew Lafferman
- Dkt. No. 52:  Melissa Gomez-Nelson
- Dkt. No. 63:  Louis Pellegrino

5. Dentons will continue its representation of Defendant Terraform Labs Pte. Ltd., and Dentons' notices of appearance should remain unchanged in that regard.

6. The undersigned are not retaining or asserting a charging lien.

7. Accordingly, pursuant to Local Rule 1.4, the undersigned respectfully requests that the Court order the withdrawal of all Dentons attorneys as counsel for Mr. Kwon.

Dated: January 16, 2024 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Douglas W. Henkin*
　　　　　　　　　　　　　　　　　　　**DENTONS US LLP**
　　　　　　　　　　　　　　　　　　　Douglas W. Henkin
　　　　　　　　　　　　　　　　　　　David L. Kornblau
　　　　　　　　　　　　　　　　　　　Louis A. Pellegrino
　　　　　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　　Tel: (212) 768-6700
　　　　　　　　　　　　　　　　　　　douglas.henkin@dentons.com
　　　　　　　　　　　　　　　　　　　david.kornblau@dentons.com
　　　　　　　　　　　　　　　　　　　louis.pellegrino@dentons.com

　　　　　　　　　　　　　　　　　　　Mark G. Califano
　　　　　　　　　　　　　　　　　　　Melissa Gomez Nelson (admitted pro hac vice)
　　　　　　　　　　　　　　　　　　　Matthew A. Lafferman (admitted pro hac vice)
　　　　　　　　　　　　　　　　　　　1900 K Street, NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20006-1102
　　　　　　　　　　　　　　　　　　　Tel: (202) 496-7500
　　　　　　　　　　　　　　　　　　　mark.califano@dentons.com

　　　　　　　　　　　　　　　　　　　*Counsel for Defendants Terraform Labs Pte. Ltd. and Kwon Do Hyeong*