UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br>v.<br><br>TERRAFORM LABS PTE LTD. and<br>DO HYEONG KWON,<br><br>         Defendants. | Civil Action No. 1:23-cv-1346 (JSR)<br><br>NOTICE OF APPEARANCE OF<br>SEAN HECKER<br>ON BEHALF OF<br>**DO HYEONG KWON** |

**PLEASE TAKE NOTICE** that Sean Hecker, an attorney duly admitted to practice in this Court, hereby enters his appearance on behalf of Defendant Do Hyeong Kwon in the above-captioned action, and requests that all notices, filings, and other papers relating to this action be served upon him at the undersigned address.

Dated: January 16, 2024
   New York, New York

*[signature]*
Sean Hecker
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
shecker@kaplanhecker.com

*Counsel for Defendant Do Hyeong Kwon*