*Weil Draft 1/21/24*
*Privileged & Confidential*
*Attorney Work Product*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. 1:23-cv-01346-JSR |
| Plaintiff, | |
| v. | Hon. Jed S. Rakoff |
| TERRAFORM LABS PTE. LTD. and DO HYEONG KWON, | |
| Defendants. | |

<u>**NOTICE OF SUGGESTION OF BANKRUPTCY**</u>

**PLEASE TAKE NOTICE** that, on January 21, 2024, Terraform Labs Pte. Ltd. (the "**Debtor**") filed a voluntary petition for relief in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101, et seq.) (the "**Bankruptcy Code**"), *In re Terraform Labs Pte. Ltd.*, Case No. 24-10070 (the "**Chapter 11 Case**"). A copy of the Debtor's chapter 11 petition is attached as **<u>Exhibit A</u>** and also available on the website of the Debtor's proposed claims and noticing agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/Terraform.

**PLEASE TAKE FURTHER NOTICE** that although the filing of a chapter 11 bankruptcy generally "operates as a stay" on the "continuation ... of a judicial ... action or proceeding against the debtor," 11 U.S.C. § 362(a), the Bankruptcy Code exempts from the stay the "continuation of an action or proceeding by a governmental unit ... to enforce such governmental unit's ... police and regulatory power, including the enforcement of a judgment other than a money judgment, obtained in an action or proceeding by the governmental unit to enforce such governmental unit's ... police or regulatory power," 11 U.S.C. § 362(b)(4), otherwise known as the "Police Powers Exception."

**PLEASE TAKE FURTHER NOTICE** that the Debtor concedes that the above-captioned action by the Securities and Exchange Commission against the Debtor fits within the exception for the government's police or regulatory power, and is exempt from the Automatic Stay, except for any activity in connection with the enforcement of any money judgment;

**PLEASE TAKE FURTHER NOTICE** that the Debtor intends to proceed with the trial scheduled for March 25, 2024 and does not plan to seek any delay of such trial as a result of the Automatic Stay.

In the event the Court or any parties have questions regarding the Chapter 11 Case, please contact counsel for the Debtor:

WEIL, GOTSHAL & MANGES LLP
Ronit Berkovich
Jessica Liou
F. Gavin Andrews
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8534
Facsimile: (212) 310-8007
Email: Ronit.Berkovich@weil.com
   Jessica.Liou@weil.com
   F.Gavin.Andrews@weil.com

RICHARDS, LAYTON & FINGER, P.A.
Zachary I. Shapiro
Matthew P. Milana
Paul N. Heath
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: shapiro@rlf.com
   milana@rlf.com
   heath@rlf.com

Dated: January 21, 2024                     Respectfully submitted,

                                            */s/ Douglas W. Henkin*
                                            **DENTONS US LLP**
                                            Douglas W. Henkin
                                            David L. Kornblau
                                            1221 Avenue of the Americas
                                            New York, New York 10020
                                            Tel: (212) 768-6700
                                            douglas.henkin@dentons.com
                                            david.kornblau@dentons.com

                                            Mark G. Califano
                                            1900 K Street, NW
                                            Washington, DC 20006-1102
                                            Tel: (202) 496-7500
                                            mark.califano@dentons.com
                                            nicholas.petts@dentons.com

                                            Stephen J. Senderowitz (admitted *pro hac vice*)
                                            233 S. Wacker Drive
                                            Chicago, Illinois 60606
                                            Tel: (312) 876-8141
                                            stephen.senderowitz@dentons.com

                                            *Counsel for Defendant Terraform Labs Pte. Ltd.*

## **CERTIFICATE OF SERVICE**

I, Douglas W. Henkin, certify that I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's ECF system on January 21, 2024.

*/s/ Douglas W. Henkin*
Douglas W. Henkin

## Exhibit A

**Debtor's Voluntary Petition**