UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TERRAFORM LABS PTE. LTD. and DO HYEONG KWON,<br><br>　　　　　　Defendants. | Civil Action No. 1:23-cv-01346-JSR<br><br>Hon. Jed S. Rakoff |

## STIPULATION AND [~~PROPOSED~~] ORDER
## SETTING FORTH PRETRIAL DEADLINES

WHEREAS, in light of the adjournment of trial to March 25, 2024, the parties have agreed to serve their oppositions to motions in limine; objections to exhibit lists and deposition designations; and counter-designations in advance of the deadlines set forth in this Court's Individual Rules of Practice (the "Individual Rules"); and

WHEREAS the parties wish to state in one Court-approved document deadlines for the service and/or filing of other pretrial papers in accordance with the Individual Rules and Fed. R. Civ. P. 26(a)(3);

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, that:

1. The parties shall serve objections to exhibit lists and deposition designations, and shall serve counter-designations, on or before March 1, 2024.

2. The parties shall serve [*previously served*] oppositions to motions in limine on or before March 11, 2024, and shall file their [*new*] motions in limine and oppositions thereto with the Court on or before March 11, 2024.

3. The parties shall jointly file with the Court a proposed Pretrial Consent Order (plus a courtesy copy of same for submission to Chambers) as required by Individual Rule 4(b), no later than March 18, 2024.

4. In accordance with Individual Rule 7, the parties shall submit proposed jury charges to the Court on or before March 18, 2024, and proposed one-page preliminary instructions on or before March 20, 2024.

5. In accordance with Individual Rule 6(a), on or before March 20, 2024, the parties shall deliver to the Courthouse mailroom for delivery directly to Chambers marked-up copies of the portions of transcripts of depositions intended to be read into evidence, with particularized objections noted thereon in accordance with Fed. R. Civ. P. 26(a)(3).

6. In accordance with Individual Rule 8, the parties shall submit to the Court proposed voir dire requests on or before March 20, 2024.

7. The parties may agree to extend the deadlines in paragraphs 1 and 2 above without further leave of the Court, but only if the extended deadlines are no later than those set forth in the Individual Rules.

Dated: February 1, 2024

/s/ James P. Connor
Christopher J. Carney
James P. Connor, admitted *pro hac vice*
Carina Cuellar, admitted *pro hac vice*
Laura E. Meehan
Devon L. Staren, admitted *pro hac vice*
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
(202) 551-8394
connorja@sec.gov

*Counsel for Plaintiff*

/s/ Douglas W. Henkin
Douglas W. Henkin
David L. Kornblau
Louis A. Pellegrino
Dentons US LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700
douglas.henkin@dentons.com

*Counsel for Defendant Terraform Labs Pte. Ltd.*

<div style="display: flex;">

Mark G. Califano
Dentons US LLP
1900 K Street, NW
Washington, DC 20006-1102
(202) 496-7500
mark.califano@dentons.com

*Counsel for Defendant Terraform Labs Pte. Ltd.*

*/s/ Sean Hecker*
Sean Hecker
David Patton
Michael Ferrara
Andrew Chesley
Kaplan Hecker & Fink LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
shecker@kaplanhecker.com

*Counsel for Defendant Do Hyeong Kwon*

</div>

SO ORDERED:

_____
Jed S. Rakoff
United States District Judge

2-2-24

3