UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>  v.<br><br>TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON,<br><br>        Defendants. | Civil Action No. 1:23-cv-01346-JSR<br><br>Hon. Jed S. Rakoff |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted to practice in this Court, and I appear in this case as counsel for Terraform Labs, Pte. Ltd.


Dated: New York, NY       Respectfully submitted,
   February 7, 2024

                */s/ Rachel J. Rodriguez*
                Rachel J. Rodriguez, 5009386
                ELLIOTT KWOK LEVINE & JAROSLAW LLP
                565 Fifth Avenue, 7th Floor
                New York, NY 10017
                (212) 321-0510
                rrodriguez@ekljlaw.com