UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON, <br><br> Defendants. | Civil Action No. 1:23-cv-01346-JSR <br><br> Hon. Jed S. Rakoff |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted to practice in this Court, and I appear as counsel on behalf of non-party Citadel Securities LLC in the above captioned action.

Dated:  February 22, 2024              Respectfully submitted,

*/s/ Katherine R. Goldstein*
Katherin R. Goldstein, 3991759
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY  10036
Tel: (212) 872-1000
Fax: (212) 872-1002
kgoldstein@akingump.com