# EXHIBIT G

## (Filed Under Seal)