# EXHIBIT Q

**To:** Olaf Carlson-Wee[olaf@polychain.capital]
**Cc:** Do Kwon[do@terra.money]; Don Kim[don@terra.money]; Gigi Kwon[gigi@terra.money]
**From:** Daniel Shin[daniel@terra.money]
**Sent on behalf of:** Daniel Shin <daniel@terra.money>
**Sent:** Fri 9/27/2019 10:22:21 PM Coordinated Universal Time
**Subject:** Following up
**Attachment:** CHAI_IR_Deck_.pdf

Hey Olaf,
Thanks for hosting me in your new Polychain office today. It was really good to finally put a face to the name.

Thanks as always for your insight + support as Terra grows out its footprint and usership across Asia. As discussed, would be great to get your help in the following areas:

1. Coinbase listings - any help / guidance on navigating the listings process @ Coinbase would be much appreciated

2. Chai equity raise (deck attached) - as discussed, we are raising equity for Chai, the payment dApp of Terra. Using Terra's tech, Chai was able to gain 400k+ paying users and $500k+ daily payment volume in just 3 months, and we are targeting 1m+ users / $1m+ daily volume after 6 months.

I've attached the Chai equity deck. The value proposition to platforms (lower fees) & consumers (ongoing discounts) are quite clear, and I think we will continue to see rapid growth in the coming months as we integrate with more accounts. Any warm intros to investors who are comfortable with early stage fintech would be welcome. We are considering raising $15m @ $50m pre-money. Let us know if Polychain would be interested as well...Chai is essentially a payment app designed for hyper-growth funded by seigniorage in Terra's network, and the valuation for this round is set quite reasonably with the intention of getting traditional investors' feet wet in our domain.

3. Intros to reporters - we'd love to share more broadly the work Terra is doing to drive real world adoption of crypto. Any reporters you have relationships with who would be open to doing an in-depth piece on Terra's early success in driving adoption would be very helpful.

Thanks very much and look forward to catching up again soon!

-Dan