UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    v.<br><br>TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON, | Case No. 1:23-cv-01346 |

DECLARATION OF DOUGLAS W. HENKIN IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL MOTIONS *IN LIMINE*

Douglas W. Henkin declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney duly admitted to practice law before this Court and a partner with the law firm of Dentons U.S. LLP, counsel for Defendant Terraform Labs Pte. Ltd in the above-captioned action. I make this Declaration in support of Defendants' Supplemental Motions *in Limine*. This declaration is based on my personal knowledge except as otherwise indicated.

2. Dentons made efforts to obtain access to the LP Server data in connection with this litigation but was prevented from gaining such access. On October 10, 2023, Dentons asked Juyeong Shin of Bae, Kim & Lee, counsel for the owner of Kernel Labs, to request that the Naver Cloud Platform provide stored and archived data related to the LP Server code and its input. Juyeong Shin declined that request.

3. Attached hereto are true and correct copies of the following documents:

| Exhibit Number | Exhibit Description |
|---|---|
| V | Chen Deposition Transcript |
| W | SEC Trial Exhibit 257 |
| X | SEC Trial Exhibit 370 |

1

| | |
|---|---|
| Y | SEC Trial Exhibit 371 |
| Z | SEC Trial Exhibit 375 |
| AA | SEC Trial Exhibit 377 |
| BB | SEC Trial Exhibit 640 |
| CC | Hanju Kim Deposition Transcript |
| DD | July 14, 2021 message from TFL employee SJ Park to Do Kwon, TFL_EMP_00006726 |
| EE | May 2022 public Twitter post by William Chen, https://twitter.com/stablechen/status/1531356400852447233 |
| FF | ▮▮▮▮ Deposition Transcript |
| GG | Curran Deposition Transcript |
| HH | Defendants' Motions *in Limine* (not attached for filing; see docket entry) |
| II | Email dated January 15, 2024 from James P. Connor, previously cited as Exhibit U to the Declaration of Douglas W. Henkin dated January 15, 2024 in support of Defendants' Motions in Limine |
| JJ | Email dated February 23, 2024 from Devon Staren, SEC Senior Trial Counsel |
| KK | SEC Trial Exhibit 56 |
| LL | Edman Deposition Transcript |
| MM | SEC's Motions *in Limine* (not attached for filing; see docket entry) |
| NN | Luu Deposition Transcript |
| OO | Amani Deposition Transcript |
| PP | Corporate Registry Certificate for TFL Korea |
| QQ | TFL_SEC_00248411 |
| RR | TFL_SEC_00248411_EN |
| SS | TFL_SEC_00319376 |
| TT | Certified Translation of Corporate Registry Certificate for Chai Corporation |

| UU | TFL_SEC_00310482 |
| --- | --- |
| VV | Certified Translation of TFL_SEC_00310482 |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: February 26, 2023

>  /s/ Douglas W. Henkin
> Douglas W. Henkin
> DENTONS US LLP
> 1221 Avenue of the Americas
> New York, NY 10020
> Telephone: (212) 768-6832
> Facsimile: (212) 768-6800
> Douglas.henkin@dentons.com