# EXHIBIT V

# (Redacted Portions Filed Under Seal)

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF NEW YORK
 3
    SECURITIES AND EXCHANGE              )
 4  COMMISSION,                          )
                                         )
 5                   Plaintiff,          )
                                         ) Case No.
 6            v.                         ) 1:23-cv-1346(JSR)
                                         )
 7  TERRAFORM LABS PTE LTD. and          )
    DO HYEONG KWON,                      )
 8                                       )
                     Defendants.         )
 9  _____)
10
11
12
13
14         VIDEOTAPED DEPOSITION OF WILLIAM CHEN
15              Wednesday, September 27, 2023
16                   New York, New York
17
18
19
20
21
22
23
24  Reported by:
    JEFFREY BENZ, CRR, RMR
25  Job No. 230927JBE
```

1

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
09:56   1            A.    Well, I wasn't very confident in my
        2      software engineering skills back then.  So I wanted
        3      something that was -- that could leverage my
        4      technical familiarity.  So I -- I asked Do, like, Is
09:56   5      there anything that you have in mind, and he thought
        6      about it, and he thought that the developer relations
        7      engineer sounded like a good idea.
        8            Q.    And what language would you speak to
        9      Mr. Kwon in?
09:56  10            A.    English.
       11            Q.    And did you speak Korean?
       12            A.    I studied it a little and would use it in
       13      jest with Do.
       14            Q.    So did you ultimately become a developer
09:57  15      relations --
       16            A.    Yes.
       17            Q.    -- engineer?
       18            A.    Yes.
       19            Q.    And when did you start at Terraform?
09:57  20            A.    Official date was January 6, 2020.
       21            Q.    And can you describe that position, like
       22      what were your duties?
       23            A.    Yeah, so -- it was mainly to cultivate a --
       24      the developer experience and kind of work as an agent
09:57  25      to kind of facilitate things for that imperative,
```

17

```
09:57    1  such as like coordinate a sort of grants program,
         2  talk to different validators on the Terra network,
         3  talk to different developers, and also write
         4  documentation for developers, so developer-facing
09:58    5  documentation.  And write tools that enable
         6  developers to build applications on Terra.
         7       Q.   And what kind of documentation would you
         8  write for developers?
         9       A.   Well, it would be more technical, so it
09:58   10  would be mostly how to, like, set up a node software,
        11  how to connect to it, how to perform various
        12  operations that are available on it.
        13            And how to write software for Terra, but in
        14  a -- in a technical sense, so it's like -- very,
09:58   15  like, step by step, so it's -- it's like manuals for
        16  Terra.
        17       Q.   Did you write any code while you were at
        18  Terra?
        19       A.   Yes.
09:58   20       Q.   And for what purpose?
        21       A.   For building tools, so it would be code for
        22  tools, for other builders to use when building on
        23  Terra.
        24       Q.   Now, in your job, did you interact with
09:59   25  Do Kwon?
```

18

```
10:49    1  get an initial understanding.
         2          Like, what do you mean by "initial"?
         3     Q.   Well, did your understanding of how CHAI
         4  used the Terra blockchain change over the course of
10:50    5  your employment?
         6     A.   Yes.
         7     Q.   So, what -- how did it change?
         8     A.   Well, it went from nothing to something.
         9          MS. CUELLAR:  Could we take a break right
10:50   10  now.
        11          THE VIDEOGRAPHER:  The time right now is
        12  10:50 a.m., and we're off the record.
        13          (A recess was taken from 10:50 to 11:10.)
        14          THE VIDEOGRAPHER:  The time right now is
11:10   15  11:10 a.m., and we're back on the record.
        16     Q.   Now, before we took a break, I asked you if
        17  your understanding of how CHAI used the Terra
        18  blockchain changed over the course of your
        19  employment.  And you said it went from nothing to
11:10   20  something.
        21          So, who -- who primarily explained to you
        22  CHAI's interaction with Terra and the blockchain?
        23          MR. PELLEGRINO:  Objection.
        24     A.   Paul Kim.
11:10   25     Q.   And how did this come up with Paul Kim?
```

54

```
11:10   1          A.   Well, he was the most knowledgeable person
        2    at -- of CHAI so that's naturally who I would -- and
        3    I had a previous relationship with him in -- in that
        4    we were friendly.
11:10   5               And, I guess in -- like, in the beginning
        6    because, like, I was scared to talk to other people
        7    mostly, so it was just -- yeah, so I mainly talked
        8    with Paul.  And -- yeah.
        9          Q.   And did this come up while you were at
11:11  10    work?
       11          A.   Like in the office?
       12          Q.   Or when you were working remotely.
       13          A.   Well, in -- in Do's world, we're always
       14    working, so yes.
11:11  15          Q.   What about in your words?
       16          A.   In my words?
       17          Q.   Yes.
       18          A.   Sure.  Yeah, sure.
       19          Q.   So what did Paul Kim tell you about CHAI?
11:12  20          A.   Well, what did he tell me about CHAI?
       21          Q.   Yes.
       22          A.   I mean, he didn't really go out and tell
       23    me.  It's more like me asking him.
       24          Q.   And why were you asking him about CHAI?
11:12  25          A.   Because I was curious.
```

55

```
15:59   1         A.    Yes.
        2         Q.    Did you work for CHAI?
        3         A.    No.
        4         Q.    Was it part of your duties to review CHAI
15:59   5   application code?
        6         A.    No.
        7         Q.    Did you ever write any code for CHAI?
        8         A.    No.
        9         Q.    So, any of these things that you said about
15:59  10   CHAI based on firsthand knowledge from your work at
       11   the company, or did you hear them from others?
       12         A.    I heard them from others.
       13         Q.    I'm going to ask you to look at Exhibit 4,
       14   please.
15:59  15               Do you recall looking at Exhibit 4 earlier
       16   this morning?
       17         A.    Yes.
```

[redacted]

```
       23               Do you recall being asked about that?
       24         A.    Yes.
16:00  25         Q.    And did anybody tell you that?  In other
```

146

```
16:00   1   words, did they tell you, We don't want to say stuff
        2   about the LP server?
        3        A.   No.
```

[redacted]

```
        8        Q.   And was it part of your duties to work on
        9   the LP server?
16:00  10        A.   No.
       11        Q.   Did you review code with regard to the
       12   LP server as part of your duties?
       13        A.   No.
       14        Q.   Okay.
16:00  15             Do you recall throughout today, we've
       16   looked at a number of chats, and a lot of times we
       17   saw the words or the letters, "LOL"?
       18        A.   Yes.
       19        Q.   Do you recall that?
16:00  20             What does that mean?
       21        A.   Laugh out loud.
       22        Q.   And do you recall seeing the letters,
       23   H-A-H-A-H-A?
       24        A.   Yes.
16:00  25        Q.   And what does that mean?
```

147

```
16:00    1        A.    Ha-ha.  Laugh out loud.
         2        Q.    Turning your attention to Exhibit Number 5,
         3   do you recall looking at this exhibit earlier this
         4   morning?
16:01    5        A.    Yes.
```



148

```
 1                    C E R T I F I C A T E

 2

 3     STATE OF NEW YORK    )
                            )  Ss.:
 4     COUNTY OF NEW YORK   )

 5

 6          I JEFFREY BENZ, a Certified Realtime Reporter,

 7     Registered Merit Reporter and Notary Public within and

 8     for the State of New York, do hereby certify:

 9          That the witness whose examination is hereinbefore

10     set forth was duly sworn by me and that this transcript

11     of such examination is a true record of the testimony

12     given by such witness.

13          I further certify that I am not related to any of

14     the parties to this action by blood or marriage and that

15     I am in no way interested in the outcome of this matter.

16          IN WITNESS WHEREOF, I have hereunto set my hand

17     this   2nd   of   October  , 2023.

18

19          _____

20     JEFFREY BENZ, CRR, RMR

21

22

23

24

25

                                                            151
```