# EXHIBIT DD

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 21 | Date Range: 7/14/2021 |

## Outline of Conversations

   **Do - 2021-07-14** • 21 messages on 7/14/2021 • Do Kwon ? • SJ Park ?

FOIA CONFIDENTIAL TREATMENT REQUESTED

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬   **Do - 2021-07-14**

| | |
|---|---|
| S | **SJ Park ?** |
| | has William been responsive to you? |

7/14/2021, 12:11 AM

| | |
|---|---|
| D | **Do Kwon ?** |
| | yes |

7/14/2021, 12:13 AM

| | |
|---|---|
| D | **Do Kwon ?** |
| | has he not responded to you? |

7/14/2021, 12:13 AM

| | |
|---|---|
| D | **Do Kwon ?** |
| | he's usually like this |

7/14/2021, 12:13 AM

| | |
|---|---|
| D | **Do Kwon ?** |
| | a couple weeks of intense productivity |

7/14/2021, 12:13 AM

| | |
|---|---|
| D | **Do Kwon ?** |
| | a couple weeks of deep unproductivity and depression |

7/14/2021, 12:13 AM

| | |
|---|---|
| S | **SJ Park ?** |
| | got it |

7/14/2021, 12:13 AM

| | |
|---|---|
| S | **SJ Park ?** |
| | he has but more in cryptic messages and not necessarily conversational |

7/14/2021, 12:14 AM

| | |
|---|---|
| S | **SJ Park ?** |
| | will see if I could  be helpful at all |

7/14/2021, 12:14 AM

| | |
|---|---|
| D | **Do Kwon ?** |
| | ok |

7/14/2021, 12:15 AM

| | |
|---|---|
| S | **SJ Park ?** |
| | Fyi William called me a few mins ago. Wasn't too coherent and a bit worrisome |

7/14/2021, 7:33 PM

| | |
|---|---|
| S | **SJ Park ?** |
| | Wish I knew someone locally who can check up on him |

7/14/2021, 7:33 PM

| | |
|---|---|
| D | **Do Kwon ?** |
| | Member Action: phone_call |

7/14/2021, 8:38 PM

| | |
|---|---|
| D | **Do Kwon ?** |
| | Hey pls call me real quick |

7/14/2021, 8:38 PM

| | |
|---|---|
| S | **SJ Park ?** |
| | Member Action: phone_call |

7/14/2021, 9:07 PM

| | |
|---|---|
| S | **SJ Park ?** |
| | Member Action: phone_call |

7/14/2021, 9:09 PM

| | |
|---|---|
| S | **SJ Park ?** |
| | Just seeing and tried calling back but not getting through |

7/14/2021, 9:11 PM

FOIA CONFIDENTIAL TREATMENT REQUESTED

S **SJ Park ?**                                                7/14/2021, 9:11 PM
Will be here if you ping or call back

D **Do Kwon ?**                                                7/14/2021, 9:41 PM
Member Action: phone_call

S **SJ Park ?**                                                7/14/2021, 11:38 PM
Believe the Suberra guys are based in Singapore as well

S **SJ Park ?**                                                7/14/2021, 11:51 PM
Band unfortunately is Thailand I think

FOIA CONFIDENTIAL TREATMENT REQUESTED                    TFL_EMP_00006728