# EXHIBIT EE

Settings

Post

**Will Chen** 🕶️👌 ✅
@stablechen

no I don't have a financial incentive, and have not received funding from Do

he helped me out when I was in a dark time, addicted to drugs and going in and out of mental hospitals and gave me a chance at Terra

and I've seen him in good and bad situations over 4 years

3:26 PM · May 30, 2022

**2** Reposts   **73** Likes

---

**New to X?**

Sign up now to get your own personalized timeline!

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Will Chen** 🕶️👌 ✅   Follow
@stablechen
r&d devtools @terran_one, ex-devrels @terra_money, @ucberkeley '19. TWEETS ARE NOTES TO MYSELF

Trends are unavailable.

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···   © 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in   Sign up