# EXHIBIT GG

# (Redacted Portions Filed Under Seal)

```
 1                  UNITED STATES DISTRICT COURT
 2                  SOUTHERN DISTRICT OF NEW YORK
 3

 4   SECURITIES AND EXCHANGE       )
     COMMISSION,                   )
 5                                 )
                     Plaintiff,    )  Case No.
 6                                 )  1:23-cv-1346(JSR)
               v.                  )
 7                                 )
     TERRAFORM LABS PTE LTD. and   )
 8   DO HYEONG KWON,               )
                                   )
 9                   Defendants.   )
     _____)
10

11

12

13

14            VIDEOTAPED DEPOSITION OF BRIAN CURRAN
15                    Hermosa Beach, California
16                   Thursday, September 7, 2023
17

18

19

20

21

22

23
     Stenographically Reported By:
24   LINDSAY PINKHAM
     CA CSR 3716, CCRR 17
25   Job No. 230907LP
```

                                                              1

```
10:10:03   1        A      The government.
10:10:05   2        Q      When you say "the government," who do you mean?
10:10:08   3        A      Like the specific agencies?
10:10:10   4        Q      Yes.
10:10:11   5        ████████████████████████████████████████████████
           ████████████████████████████████████████████████████████████
           ████████████████████████████████████████
                    █   ████████████████████████████████████████████
           ████████████████████████████████████████████████
10:10:31  10        A      Yeah.  All the ones that were relevant that I
10:10:34  11   still had stored.
10:10:35  12        Q      Did you on Telegram ever set the messages to
10:10:41  13   disappear?
10:10:42  14        A      No.
10:10:42  15        Q      Did you ever communicate with other employees
10:10:45  16   at Terraform via an encrypted messaging app known as
10:10:51  17   Signal?
10:10:51  18        A      Very rarely.
10:10:53  19        Q      And what do you mean by "very rarely"?
10:10:55  20        A      It's pretty difficult to use, so it's not like
10:10:58  21   user friendly.  The reason that Telegram is so popular
10:11:02  22   is because it's encrypted, but it's also like very user
10:11:06  23   friendly for groups and business.
10:11:07  24        Q      So is "very rarely" once a month?  Can you
10:11:13  25   quantify that?
```

31

```
 1                    REPORTER'S CERTIFICATE
 2
 3       I, Lindsay Pinkham, CSR No. 3716, a Certified
 4   Shorthand Reporter in and for the State of California,
 5   do hereby certify:
 6       That the witness named in the foregoing deposition,
 7   prior to being examined, was by me first duly sworn;
 8   That said deposition was taken before me through remote
 9   means at the time and therein set forth and was taken
10   down by me in shorthand and thereafter transcribed into
11   typewriting under my direction and supervision;
12       That said deposition is a true record of the
13   testimony given by the witness and of all objections
14   made at the time of the examination;
15       That the dismantling, tampering with, unsealing or
16   unbinding of the original transcript will render the
17   reporter's certificate null and void.
18       Before completion of the deposition, review of the
19   transcript was not requested/offered.
20       I further certify that I am neither counsel for nor
21   related to any party to said action, nor in anywise
22   interested in the outcome thereof.
23       Dated this 13th day of September, 2023.
24                    _____Lindsay Pinkham_____
25                    Lindsay Pinkham, CSR 3716
```

177