# EXHIBIT LL

Page 1

```
 1  UNITED STATES DISTRICT COURT
 2  SOUTHERN DISTRICT OF NEW YORK
 3  Civil Action No.: 1:23-cv-01346-JSR
 4  ---------------------------------
 5  SECURITIES AND EXCHANGE COMMISSION,
 6          Plaintiff,
 7
 8       -against-
 9
10  TERRAFORM LABS, PTE. LTD. and
    DO HYEONG KWON,
11
            Defendants.
12  ---------------------------------
13          Wednesday, September 20, 2023
14          9:06 a.m.
15
16      Video-Recorded Deposition of
17
18          MATTHEW J. EDMAN, Ph.D.
19
20
21
22
23  Stenographically Reported By:
24  Mark Richman, CSR, CCR, RPR, CM
25  Job No. J10304575
```

Page 2

```
 1
 2
 3
 4
 5             September 20, 2023
 6             9:06 a.m. EST
 7
 8
 9      Video-Recorded Deposition of
10  MATTHEW J. EDMAN, Ph.D., taken by
11  Defendants, pursuant to notice, held at the
12  offices of Dentons (US) LLP, 1221 Avenue of
13  the Americas, New York, New York  10020,
14  before Mark Richman, a Certified Shorthand
15  Reporter, Certified Court Reporter,
16  Registered Professional Reporter, and a
17  Notary Public within and for the State of
18  New York.
19
20
21
22
23
24
25
```

Page 3

```
 1
 2  A P P E A R A N C E S:
 3
 4  On Behalf of Plaintiff:
 5  U.S. SECURITIES AND EXCHANGE COMMISSION
 6  DIVISION OF ENFORCEMENT
 7     100 F Street N.E.
 8     Washington, D.C. 20549
 9        -and-
10     351 S. West Temple
11     Suite 6.100
12     Salt Lake City, Utah 84101-1950
13
14  BY:   CHRISTOPHER CARNEY, ESQ.
15        DEVON LEPPINK STAREN, ESQ.
16        MICHAEL WELSH, ESQ.
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1
 2  A P P E A R A N C E S:  (CONT'D)
 3
 4  On Behalf of Defendant Terraform Labs PTE LTD
 5  DENTONS US LLP
 6  1900 K Street, NW
 7  Washington, D.C. 20006-1102
 8          -and-
 9      4520 Main Street
10      Kansas City, MO 64111
11
12  BY:    MARK G. CALIFANO, ESQ.
13         CODY WOOD, ESQ.
14
15
16  ALSO PRESENT:
17
18  SARAH GONZALEZ, Paralegal, Dentons
19  BLAKE BOSWELL, ESQ., Cornerstone Research
20  RICHARD MORALES, Videographer
21
22
23
24
25
```



Page 89

```
 1        M. EDMAN - 9.20.23
 2   preparing this report?
 3        MR. CARNEY:  Objection, vague.
 4   A.   I'm sorry, I don't think I
 5   understand the question.
 6   Q.   Did you review any data logs from
 7   the operation of any of these software
 8   codes in your analysis in this report?
 9   A.   As I sit here today, I don't
10   recall specifically any logs.  I do know
11   that we had requested access to the
12   server on which the LP Server source
13   code was run and there may be logs on
14   that server.
15        But to my knowledge, my
16   understanding is that defense counsel
17   has declined to provide the LP Server.
18   So any logs that may be on there were
19   not available for me to review.
20   Q.   So you don't know whether there
21   are any logs on that server or not, do
22   you?
23   A.   In my experience, software,
24   similar to what I reviewed in this
25   matter, generally creates logs.
```

Page 90

```
 1        M. EDMAN - 9.20.23
 2        My expectation would be that the
 3   LP Server most likely has logs related
 4   to the operation and administration of
 5   the LP Server.  But since it's not
 6   available for me to review, I can't say
 7   with absolute certainty that there are
 8   logs on the server that I'm not able to
 9   view and was not produced in this
10   matter.
11   Q.   So you haven't reviewed any logs
12   that would have been generated from the
13   operation of the LP Server?
14   A.   Again, requested an image of the
15   LP Server which I would anticipate would
16   include logs related to the operation of
17   the LP Server.  But my understanding is
18   that defense counsel has declined to
19   provide a copy of the LP Server, so I
20   can't say for certain whether or not
21   there are logs on that server.
22   Q.   And you haven't reviewed any
23   logs?
24   A.   I'm sorry, could you be more
25   specific?
```

Page 91

```
 1        M. EDMAN - 9.20.23
 2   Q.   You haven't any -- you haven't
 3   reviewed any logs from that server, have
 4   you?
 5   A.   Again, we've requested access to
 6   the LP Server.  I would anticipate based
 7   on my review of the source code and the
 8   materials in this case, that that server
 9   likely contains logs related to the
10   operation and administration of the LP
11   Server.
12        But my understanding is that
13   defense counsel has declined to provide
14   a copy of the server.  And so I can't
15   say for certain whether or not there are
16   any logs on that server.
17        And since I don't have a copy of
18   that server, I can't review any logs
19   that are, may or may not be on that
20   server.
21   Q.   I'm going to try to ask this
22   question one more time, but I'll keep
23   going if I have to.
24        Have you reviewed any logs from
25   that server?
```

Page 92

```
 1        M. EDMAN - 9.20.23
 2        MR. CARNEY:  Objection, asked and
 3   answered several times.
 4   A.   I've not reviewed any logs from
 5   the LP Server.  But, based on my review
 6   of the materials in this case, I would
 7   expect that there are logs on the LP
 8   Server.  However, even though we've
 9   requested access to the LP Server, my
10   understanding is that defense counsel
11   has declined to provide a copy of the LP
12   Server.
13        And so I can't say for certain
14   whether or not there are any logs on the
15   LP Server, and of course I can't review
16   any logs on a server that was not
17   provided.
18   Q.   Where did you get your
19   understanding that defense counsel had
20   access to the LP Server?
21   A.   It's my understanding that
22   defense counsel may have access or
23   likely has access to the LP Server comes
24   from my review of materials in this
25   case, which in my opinion demonstrate
```



Page 213

```
 1              M. EDMAN - 9.20.23
 2                CERTIFICATION
 3   STATE OF NEW YORK   )
                         : ss.
 4   COUNTY OF NEW YORK  )
 5      I, MARK RICHMAN, Certified Shorthand
 6   Reporter, Certified Court Reporter,
 7   Registered Professional Reporter and Notary
 8   Public for and within the State of New York,
 9   do hereby certify:
10      That the witness whose testimony is
11   herein set forth, was duly sworn by me; and
12   that the within transcript is a true record
13   of the testimony given by said witness.
14      I further certify that I am not related
15   to any of the parties to this action by
16   blood or marriage, and that I am in no way
17   interested in the outcome of this matter.
18      IN WITNESS WHEREOF, I have hereunto set
19   my hand this 20th day of September, 2023.
20          [signature]
21      _____
22      MARK RICHMAN, CSR, CRR, RPR, CM
23           *    *    *
24
25
```

Page 214

```
 1              M. EDMAN - 9.20.23
 2                ERRATA SHEET
 3   CASE NAME:
     DATE OF DEPOSITION:
 4   WITNESS' NAME:
 5   PAGE/LINE(S)/    CHANGE         REASON
     ____/_____/_____/_____
 6   ____/_____/_____/_____
     ____/_____/_____/_____
 7   ____/_____/_____/_____
     ____/_____/_____/_____
 8   ____/_____/_____/_____
     ____/_____/_____/_____
 9   ____/_____/_____/_____
     ____/_____/_____/_____
10   ____/_____/_____/_____
     ____/_____/_____/_____
11   ____/_____/_____/_____
     ____/_____/_____/_____
12   ____/_____/_____/_____
     ____/_____/_____/_____
13   ____/_____/_____/_____
     ____/_____/_____/_____
14   ____/_____/_____/_____
     ____/_____/_____/_____
15   ____/_____/_____/_____
     ____/_____/_____/_____
16   ____/_____/_____/_____
     ____/_____/_____/_____
17   ____/_____/_____/_____
     ____/_____/_____/_____
18   ____/_____/_____/_____
     ____/_____/_____/_____
19
20         _____
21
     SUBSCRIBED AND SWORN TO
22   BEFORE ME THIS_____DAY
     OF_____, 2023.
23
     _____
24       NOTARY PUBLIC
25   MY COMMISSION EXPIRES_____
```

