# EXHIBIT NN
# (Redacted Portions Filed Under Seal)

```
1                UNITED STATES DISTRICT COURT
2                SOUTHERN DISTRICT OF NEW YORK
3
4   SECURITIES AND EXCHANGE           )
    COMMISSION,                       )
5                                     )
                    Plaintiff,        )
6                                     )
    vs.                               ) CASE NO:
7                                     ) 1:23-cv-1346(JSR)
    TERRAFORM LABS PTE LTD. and       )
8   DO HYEONG KWON,                   )
                                      )
9                   Defendants.       )
    _____)
10
11
12
13
14         VIDEOTAPED DEPOSITION OF NATALIE LUU
15              San Francisco, California
16              Thursday, October 5, 2023
17
18
19
20
21
22
23
    Reported By:
24  LINDA VACCAREZZA, RPR, CLR,
    CRP, CSR. NO 10201
25  JOB NO. 231005CRT
                                                    1
```



```
  18      Q.    Are you familiar with Gaza Labs?
  19      A.    No.
01:17 20        MS. MEEHAN:  Exhibit 18.
  21        (Exhibit 18 was marked for identification.)
  22        MS. MEEHAN:  Exhibit 18 is a document
  23  Bates labeled TFL_EMT_00047668 through 669.
  24      Q.    Ms. Luu, do you recognize this document?
01:18 25  A.    Yeah.
```

108

[redacted]

```
          14            MS. MEEHAN:  Let's take a five-minute
01:22     15   break and then we can reconvene.
          16            THE VIDEOGRAPHER:  This marks the end of
          17   Media File labeled Number 4.  Off the record at
          18   1:22 p.m.
          19            (Recess taken from 1:22 p.m. to 1:43 p.m.)
01:43     20            THE VIDEOGRAPHER:  This marks the
          21   beginning of Media File labeled Number 5.  Back on
          22   the record at 1:43 p.m.
          23   BY MS. MEEHAN:
          24       Q.   Ms. Luu, while you were working at
01:44     25   Terraform Labs, did you ever travel to Korea?
```

112

```
          1        A.   No.
          2        Q.   Did you ever meet with anyone on Terraform
          3   Labs' Korean team?
          4             MR. PELLEGRINO:  Objection.
01:44     5             THE WITNESS:  I mean, only Do.  Yeah.
          6   BY MS. MEEHAN:
          7        Q.   Just turning to the May 2022 depeg event,
          8   were you working at Terraform Labs at that time?
          9        A.   Sorry.  Can you repeat that?
01:44    10        Q.   The May 2022 depeg event related to
         11   the UST Stablecoin --
         12        A.   Yes, I was working.
         13        Q.   You were working.  Where were you when
         14   that happened?
01:44    15        A.   Singapore.
         16        Q.   Were you in Singapore on business?
         17        A.   Yes.
         18        Q.   And were you part of the discussions on
         19   that day with other employees of Terraform about
01:44    20   the UST depeg?
         21        A.   Yes.
         22        Q.   What was discussed?
```

[redacted]

113

```
 1                C E R T I F I C A T E
 2     STATE OF CALIFORNIA    )
 3     COUNTY OF SAN FRANCISCO )
 4
 5     I, LINDA VACCAREZZA, a Certified Shorthand
 6     Reporter for the State of California, do
 7     hereby certify that NATALIE LUU, the
 8     witness whose deposition is hereinbefore set
 9     forth, was duly sworn by me and that such
10     deposition is a true record of the testimony
11     given by such witness.
12     I further certify that I am not related to
13     any of the parties to this action by blood or
14     marriage; and that I am in no way interested
15     in the outcome of this matter.
16
17     IN WITNESS WHEREOF, I have hereunto set my
18     hand this 7th day of OCTOBER 2023.
19
20     _____
21         LINDA VACCAREZZA, CSR. NO. 10201
22
23
24
25
                                                    126
```