# EXHIBIT OO

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE              )
     COMMISSION,                          )
 5                                        )
                         Plaintiff,       ) Case No.
 6             v.                         ) 1:23-cv-1346(JSR)
                                          )
 7   TERRAFORM LABS PTE LTD. and          )
     DO HYEONG KWON,                      )
 8                                        )
                         Defendants.      )
 9   _____ )
10
11
12
13
14      VIDEOTAPED DEPOSITION OF ARRASH CHRISTOPHER AMANI
15               Tuesday, September 12, 2023
16                    New York, New York
17
18
19
20
21
22
23
24   Reported by:
     JEFFREY BENZ, CRR, RMR
25   Job No. 230912JBE
```

                                                                    1

```
11:11   1  me get this contract signed.  That kind of stuff.
        2       Q.   So getting back to Kernel Labs, what was
        3  the purpose of Kernel Labs?
        4            MR. HENKIN:  Objection.  Asked and
11:11   5  answered.
        6       A.   I -- I don't -- yeah.  I don't know that I
        7  could add more beyond what I said.
        8            Just that I thought that they were going to
        9  build on -- on Terra.  I know they were focused on
11:12  10  gaming.
       11       Q.   Was Kernel Labs an affiliate of
       12  Terraform Labs?
       13       A.   I don't know the -- I don't know that
       14  arrangement.
11:12  15       Q.   Are you familiar with an entity known as
       16  Gaza Labs?
       17       A.   Only by hearing about it.  I've heard of
       18  it, but I don't know what it was or what its purpose
       19  was.
11:12  20       Q.   How did you hear about it?
       21       A.   I just heard people say Gaza Labs.
       22       Q.   Do you recall who those people were?
       23       A.   Do.
       24       Q.   Do you recall what you heard Do Kwon say
11:13  25  about Gaza Labs?
```

74

```
 1                    C E R T I F I C A T E

 2

 3    STATE OF NEW YORK    )
                           )  Ss.:
 4    COUNTY OF NEW YORK   )

 5

 6         I JEFFREY BENZ, a Certified Realtime Reporter,

 7    Registered Merit Reporter and Notary Public within and

 8    for the State of New York, do hereby certify:

 9         That the witness whose examination is hereinbefore

10    set forth was duly sworn by me and that this transcript

11    of such examination is a true record of the testimony

12    given by such witness.

13         I further certify that I am not related to any of

14    the parties to this action by blood or marriage and that

15    I am in no way interested in the outcome of this matter.

16         IN WITNESS WHEREOF, I have hereunto set my hand

17    this  13th  of  September , 2023.

18

19    _____

20    JEFFREY BENZ, CRR, RMR

21

22

23

24

25
                                                          175
```