# EXHIBIT PP

서울시 서초구 서초대로 264
(법조타워 2층)
[별지 제41호서식]

공증인가 **법무법인 유일**

(전화) 02-567-4377
(팩스) 02-563-8181

Registered No.   2024 - 109

# NOTARIAL CERTIFICATE

## YUIL LAW & NOTARY OFFICE Inc.

264, Seocho-daero,
Seocho-gu, Seoul, Korea



210mm X 297mm
보존용지(1종) 70g/㎡

# CERTIFICATE OF PARTIAL REGISTERED ITEMS
*(Including Cancelled Items)*

| Registry No. | 122552 |
|---|---|
| Registration No. | 180111-1225522 |

| Trade name: | Terraform Labs Korea Inc. |
|---|---|
| Head office: | 7F, 102 Joongangdae-ro, Jung-gu, Busan- (Joongang-dong 4-ga, Pan-Ocean Building) |

**Method of public notice**: Public notices shall be posted in *Busan Daily*, a newspaper published in Busan.

**Par value per share**: KRW 100

| Total number of shares authorized to be issued: 10,000,000 shares | Changed on September 24, 2019 |
|---|---|
| | Registered on October 8, 2019 |

| Total number of shares issued, types of shares, and the number of each type: | Total amount of capital: | Date of Change |
|---|---|---|
| | | Date of Registration |
| Total number of shares issued: 4,500,001 shares Common shares: 4,500,001 shares | KRW 450,000,100 | Changed on January 28, 2021 |
| | | Registered on January 28, 2021 |

| Purpose |
|---|
| 1. Blockchain research;   <Added on June 2, 2020 Registered on June 4, 2020> |
| 1. Development, production and supply of software;   <Added on June 2, 2020 Registered on June 4, 2020> |
| 1. Database establishment business;   <Added on June 2, 2020 Registered on June 4, 2020> |
| 1. Internet and internet-related information service business;   <Added on June 2, 2020 Registered on June 4, 2020> |
| 1. E-Commerce and related business;   <Added on June 2, 2020 Registered on June 4, 2020> |
| 1. Database and online information provision business;   <Added on June 2, 2020 Registered on June 4, 2020> |
| 1. Computer system integration advisory and establishment service business;   <Added on June 2, 2020 Registered on June 4, 2020> |
| 1. Real estate sales and lease business; and   <Added on June 2, 2020 Registered on June 4, 2020> |
| 1. Any and all businesses incidental to any of the above.   <Added on June 2, 2020 Registered on June 4, 2020> |

| Information Regarding Officers |
|---|
| Auditor: Hyun-Joong Kim (Resident Registration No.: 830315-*******)<br>Appointed on March 2, 2020           Registered on March 13, 2020 |
| Liquidator: Do-Hyung Kim (Resident Registration No.: 910906-*******)<br>Address: #101-2603, 32-14 Seoulsup 2-gil, Seongdong-gu, Seoul (Seongsu-dong 1-ga, Galleria Foret)<br>Appointed on April 30, 2022           Registered on May 4, 2022 |

| **Date of incorporation of the Company:**           June 21, 2019 |
|---|

| **Cause and date of creation of registry form:**<br>    Incorporation<br>                                             Registered on June 21, 2019 |
|---|

-- End of Information --

Competent Registry Office:     Registration Bureau of Seoul Central District Court
Issuing Registry Office:          Central Registered Information Office of the National Court Administration

                                         Fee of KRW 700 received.

* Items with red lines indicate cancelled registrations.
* This certificate can be printed in both color and black-and-white.

*This Certificate of Registration is for viewing purposes only and a printed Certificate of Registration does not have any legal effect.
**Access Date and Time: January 19, 2024 14:29:42**



# 등기사항일부증명서(말소사항 포함)

| 등기번호 | 122552 |
|---|---|
| 등록번호 | 180111-1225522   해산 |
| 상 호 | 주식회사 테라폼랩스코리아 |
| 본 점 | 부산광역시 중구 중앙대로 102, 7층(중앙동4가, 팬오션빌딩) |
| 공고방법 | 부산광역시에서 발행되는 일간 부산일보에 게재한다. |
| 1주의 금액 | 금 100 원 |
| 발행할 주식의 총수 | 10,000,000 주    2019.09.24 변경 / 2019.10.08 등기 |

| 발행주식의 총수와 그 종류 및 각각의 수 | 자본금의 액 | 변경연월일 / 등기연월일 |
|---|---|---|
| 발행주식의 총수      4,500,001 주<br>보통주식              4,500,001 주 | 금 450,000,100 원 | 2021.01.28 변경<br>2021.01.28 등기 |

| 목    적 | | |
|---|---|---|
| 1. 블록체인 연구 | | |
| 1. 소프트웨어 개발, 제작 및 공급업 | <2020.06.02 추가 | 2020.06.04 등기> |
| 1. 데이터베이스 구축업 | <2020.06.02 추가 | 2020.06.04 등기> |
| 1. 인터넷 및 인터넷 관련 정보서비스업 | <2020.06.02 추가 | 2020.06.04 등기> |
| 1. 전자상거래 및 관련업 | <2020.06.02 추가 | 2020.06.04 등기> |
| 1. 데이터베이스 및 온라인 정보제공업 | <2020.06.02 추가 | 2020.06.04 등기> |
| 1. 컴퓨터 시스템 통합 자문 및 구축서비스업 | <2020.06.02 추가 | 2020.06.04 등기> |
| 1. 부동산 매매 및 임대업 | <2020.06.02 추가 | 2020.06.04 등기> |
| 1. 각 호에 부대하는 사업일체 | <2020.06.02 추가 | 2020.06.04 등기> |

| 임원에 관한 사항 |
|---|
| 감사 김현중 830315-*******<br>    2020 년 03 월 02 일 취임   2020 년 03 월 13 일 등기 |
| 청산인 권도형 910906-******* 서울특별시 성동구 서울숲2길 32-14, 101동 2603호(성수동1가, 갤러리아 포레)<br>    2022 년 04 월 30 일 취임   2022 년 05 월 04 일 등기 |

| 회사성립연월일 | 2019 년 06 월 21 일 |
|---|---|
| 등기기록의 개설 사유 및 연월일<br>    설립 | 2019 년 06 월 21 일 등기 |

| 등기번호 | 122552 |
|---|---|

-- 이 하 여 백 --

관할등기소  부산지방법원 등기국  /  발행등기소  법원행정처 등기정보중앙관리소
수수료    700원 영수함





* 실선으로 그어진 부분은 말소사항을 표시함.
* 증명서는 컬러 또는 흑백으로 출력 가능함.
* 본 등기사항증명서는 열람용이므로 출력하신 등기사항증명서는 법적인 효력이 없습니다.

열람일시 : 2024년01월19일 14시29분42초              2/2

서울시 서초구 서초대로 264
(법조타워 2층)
[별지 제45호서식]

공증인가 **법무법인 유일**

(전화) 02-567-4377
(팩스) 02-563-8181

| | |
|---|---|
| 위 번역문은 원문과 상위없음을 서약합니다.<br><br>2024년 01월 25일<br><br>서약인  박 성준   | I swear that the attached translation is true to the original.<br><br>Jan. 25, 2024<br><br>Signature  Park Sung-Jun |
| 등부 2024 년 제 109호<br><br>## 인   증<br><br>위 서약인 박성준 ----------- 은 본 공증인의 면전에서 위 번역문이 원문과 상위없음을 확인하고 서명날인 하였다.<br><br>------------------------------<br>------------------------------<br><br>2024년 01월 25일<br>  이 사무소에서 위 인증한다.<br><br>공증인가 **법무법인 유일**<br><br>서울중앙지방검찰청<br><br>서울시 서초구 서초대로 264<br>(법조타워 2층)<br><br>공증담당변호사<br>정 호 길 | Registered No. 2024-109<br><br>## Notarial Certificate<br><br>Park Sung Jun ---------- personally appeared before me, confirmed that the attached translation is true to the original and subscribed his(her) name.<br><br>------------------------------<br>------------------------------<br><br>This is hereby attested on this 25th day of Jan. 2024 at this office.<br><br>**YUIL LAW<br>& NOTARY OFFICE Inc.**<br><br>Seoul Central District Prosecutor's Office<br><br>264, Seocho-daero,<br>Seocho-gu, Seoul, Korea<br><br>Signature of the Notary Public<br>Jung Ho Gil<br><br>This office has been authorized by the Minister of Justice, the Republic of Korea, to act as Notary Public Since 16, Feb. 2004 Under Law No.294. |

210mm X 297mm
보존용지(1종) 70g/㎡