# EXHIBIT TT

서울시 서초구 서초대로 264
(법조타워 2층)
[별지 제41호서식]

공증 인가 **법무법인 유일**

(전화) 02-567-4377
(팩스) 02-563-8181

Registered No.   2024 - 172

# NOTARIAL CERTIFICATE

### YUIL LAW & NOTARY OFFICE Inc.

264, Seocho-daero,
Seocho-gu, Seoul, Korea



210mm X 297mm
보존용지(1종) 70g/㎡

# CERTIFICATE OF PARTIAL REGISTERED ITEMS
*(Including Cancelled Items)*

| Registry No. | 687196 |
|---|---|
| **Registration No.** | 110111-6871960 |

| Trade name: | ~~Earth Electronic Payment Inc.~~ | |
|---|---|---|
| | Chai Corporation Inc. | Changed on September 19, 2019 |
| | | Registered on September 19, 2019 |
| **Head office:** | 3F, 16 Seongsu 2-ro, Seongdong-gu, Seoul (Seongsu-dong 2-ga, JK Tower) | Changed on June 20, 2019 |
| | | Registered on June 21, 2019 |

| Method of public notice: Public notices shall be posted in the *Korean Economic Daily*, a newspaper published in Seoul. | |
|---|---|

| Par value per share: KRW 100 | |
|---|---|

| Total number of shares authorized to be issued: 1,000,000,000 shares | Changed on October 30, 2018 |
|---|---|
| | Registered on October 31, 2018 |

| Total number of shares issued, types of shares, and the number of each type: | Total amount of capital: | Date of Change |
|---|---|---|
| | | Date of Registration |
| Total number of shares issued: 223,843,768 shares<br>Common shares: 169,812,745 shares<br>Type2 convertible preferred shares: 52,276,868 shares<br>Type2 plus convertible preferred shares: 1,754,155 shares | KRW 22,384,376,800 | Changed on April 28, 2023 |
| | | Registered on April 28, 2023 |

| Purpose |
|---|
| 1. Mail-order sales business; <br> 1. E-commerce business; <br> 1. System software development and supply business; <br> 1. Computer system integration advisory and establishment service business; <br> 1. Applied software development and supply business; <br> 1. Electronic finance business; and <br> 1. Any and all businesses incidental to any of the above. |

| Information Regarding Officers |
|---|
| Inside Director: Young-Joo Jeong (Resident Registration No.: 870618-*******) <br> Appointed on November 30, 2022                Registered on December 2, 2022 |
| ~~Representative Director: Young-Joo Jeong (Resident Registration No.: 870618-*******)~~ <br> ~~Address: #102-1302, 671 Kwonyuldae-ro, Deogyang-gu, Goyang, Gyeonggi-do (Wonheung-dong, Wonheung Station Prugio)~~ <br> Appointed on November 30, 2022                Registered on December 2, 2022 |
| Representative Director: Young-Joo Jeong (Resident Registration No.: 870618-*******) <br> Address: #101-3302, 241, Wangsimri-ro, Seongdong-gu, Seoul (Haengdang-dong, Seoulsup The Sharp) <br> Address changed on March 29, 2023                Registered on April 28, 2023 |
| Inside Director: Indian Citizen Avlolahul (Date of birth: January 24, 1983) <br> Appointed on December 30, 2022                Registered on January 3, 2022 |
| Inside Director: Seung-Rae Ahn (Resident Registration No.: 681227-*******) <br> Appointed on December 30, 2022                Registered on January 3, 2022 |
| Inside Director: Ji-Hyun Kim (Resident Registration No.: 940531-*******) <br> Appointed on December 30, 2022                Registered on January 3, 2022 |

| | |
|---|---|
| **Date of incorporation of the Company:** | September 13, 2018 |

| |
|---|
| **Cause and date of creation of registry form:** <br>       Incorporation <br>                                        Registered on September 13, 2018 |

-- End of Information --

| | |
|---|---|
| Competent Registry Office: | Registration Bureau of Seoul Central District Court |
| Issuing Registry Office: | Central Registered Information Office of the National Court Administration |
| | Fee of KRW 700 received. |

\* Items with red lines indicate cancelled registrations.
\* This certificate can be printed in both color and black-and-white.

\*This Certificate of Registration is for viewing purposes only and a printed Certificate of Registration does not have any legal effect.
**Access Date and Time: January 19, 2024 14:30:06**





# 등기사항일부증명서(말소사항 포함)

| 등기번호 | 687196 | |
|---|---|---|
| 등록번호 | 110111-6871960 | |
| 상 호 | ~~주식회사 지구전자결재~~ | . . |
| | 주식회사 차이코퍼레이션 (Chai Corporation) | 2019.09.19 변경<br>2019.09.19 등기 |
| 본 점 | 서울특별시 성동구 성수이로20길 16, 3층(성수동2가, 제이케이타워) | 2019.06.20 변경<br>2019.06.21 등기 |
| 공고방법 | 서울특별시 내에서 발행하는 일간 한국경제신문에 게재한다. | . . |
| 1주의 금액 | 금 100 원 | . . |
| 발행할 주식의 총수 | 1,000,000,000 주 | 2018.10.30 변경<br>2018.10.31 등기 |

| 발행주식의 총수와 그 종류 및 각각의 수 | 자본금의 액 | 변 경 연 월 일<br>등 기 연 월 일 |
|---|---|---|
| 발행주식의 총수    223,843,768 주<br>보통주식           169,812,745 주<br>제2종전환우선주식    52,276,868 주<br>제2플러스종전환우선주식  1,754,155 주 | 금 22,384,376,800 원 | 2023.04.28 변경<br>2023.04.28 등기 |

목 적

1. 통신판매업
1. 전자상거래업
1. 시스템 소프트웨어 개발 및 공급업
1. 컴퓨터 시스템 통합 자문 및 구축서비스업
1. 응용소프트웨어 개발 및 공급업
1. 전자금융업
1. 각 호에 부대하는 사업



임원에 관한 사항

사내이사 정영주 870618-*******
    2022 년 11 월 30 일 취임    2022 년 12 월 02 일 등기
~~대표이사 정영주 870618-******* 경기도 고양시 덕양구 권율대로 671, 102동 1302호(원흥동, 원흥역 푸르지오)~~
    ~~2022 년 11 월 30 일 취임    2022 년 12 월 02 일 등기~~
대표이사 정영주 870618-******* 서울특별시 성동구 왕십리로 241, 101동 3302호(행당동, 서울숲더샵)
    2023 년 03 월 29 일 주소변경    2023 년 04 월 28 일 등기
사내이사 인도국인 아브롤라훌 1983년 1월 24일생

열람일시 : 2024년01월19일 14시30분06초        1/2



| 등기번호 | 687196 | | |
|---|---|---|---|
| | 2022 년 12 월 30 일 취임 | 2023 년 01 월 03 일 등기 | |
| 사내이사 안승래 681227-******* | | | |
| | 2022 년 12 월 30 일 취임 | 2023 년 01 월 03 일 등기 | |
| 감사 김지현 940531-******* | | | |
| | 2022 년 12 월 30 일 취임 | 2023 년 01 월 03 일 등기 | |
| 회사성립연월일 | | | 2018 년 09 월 13 일 |
| 등기기록의 개설 사유 및 연월일 설립 | | | 2018 년 09 월 13 일 등기 |

-- 이 하 여 백 --

관할등기소   서울중앙지방법원 등기국 / 발행등기소   법원행정처 등기정보중앙관리소
수수료   700원 영수함

열 람 용



* 실선으로 그어진 부분은 말소사항을 표시함.
* 증명서는 컬러 또는 흑백으로 출력 가능함.

* 본 등기사항증명서는 열람용이므로 출력하신 등기사항증명서는 법적인 효력이 없습니다.

열람일시 : 2024년01월19일 14시30분06초        2/2

| | |
|---|---|
| 서울시 서초구 서초대로 264<br>(법조타워 2층)<br>[별지 제45호서식] | 공증인가 **법무법인 유일**　　(전화) 02-567-4377<br>(팩스) 02-563-8181 |

| | |
|---|---|
| 위 번역문은 원문과 상위없음을 서약합니다.<br><br>2024년 02월 13일 | I swear that the attached translation is true to the original.<br><br>Feb. 13, 2024 |
| 서약인  | Signature  Park Sung Jun |
| 등부 2024 년 제 172호<br><br>**인　증** | Registered No.  2024-172<br><br>**Notarial Certificate** |
| 위 서약인 박성준 ---------- 은 본 공증인의 면전에서 위 번역문이 원문과 상위없음을 확인하고 서명날인 하였다.<br>----------------------------<br>----------------------------<br><br>2024년 02월 13일<br>　이 사무소에서 위 인증한다. | Park Sung Jun ---------- personally appeared before me, confirmed that the attached translation is true to the original and subscribed his(her) name.<br>----------------------------<br>----------------------------<br><br>This is hereby attested on this 13th day of Feb. 2024 at this office. |
| 공증인가 **법무법인 유일**<br><br>서울중앙지방검찰청<br>서울시 서초구 서초대로 264<br>(법조타워 2층) | **YUIL LAW<br>& NOTARY OFFICE Inc.**<br><br>Seoul Central  District Prosecutor's Office<br><br>264, Seocho-daero,<br> Seocho-gu, Seoul, Korea |
| <br>공증담당변호사<br>정　호　길 | Signature of the Notary Public<br>Jung Ho Gil<br>This office has been authorized by the Minister of Justice, the Republic of Korea, to act as Notary Public Since 16, Feb. 2004 Under Law No.294. |

210mm X 297mm
보존용지(1종) 70g/㎡