# EXHIBIT C

```
 1                 UNITED STATES DISTRICT COURT
 2                 SOUTHERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE              )
     COMMISSION,                          )
 5                                        )
                     Plaintiff,           )
 6                                        )
     vs.                                  ) CASE NO:
 7                                        ) 1:23-cv-1346(JSR)
     TERRAFORM LABS PTE LTD. and          )
 8   DO HYEONG KWON,                      )
                                          )
 9                   Defendants.          )
     _____)
10
11
12
13
14           VIDEOTAPED DEPOSITION OF JEFFREY KUAN
15                  San Francisco, California
16                   Monday, October 3, 2023
17
18
19
20
21
22
23
     Reported By:
24   LINDA VACCAREZZA, RPR, CLR,
     CRP, CSR NO. 10201
25   JOB NO. 231003CRT
                                                            1
```

|  |  |  |  |
|---|---|---|---|
|  | 1 | A. | Atherton, California. |
|  | 2 | Q. | Did you attend college? |
|  | 3 | A. | I did. |
|  | 4 | Q. | Where did you go to college? |
| 09:54:36 | 5 | A. | University of Southern California. |
|  | 6 | Q. | What year did you graduate from college? |
|  | 7 | A. | 2014. |
|  | 8 | Q. | What degree did you obtain? |
|  | 9 | A. | Economics. |
| 09:54:49 | 10 | Q. | Have you obtained any other -- any advanced degrees? |
|  | 12 | A. | An MBA. |
|  | 13 | Q. | Where did you get your MBA? |
|  | 14 | A. | Wharton. |
| 09:54:55 | 15 | Q. | When was that? |
|  | 16 | A. | 2020. |
|  | 17 | Q. | Where are you currently employed? |
|  | 18 | A. | Company called Axelar. |
|  | 19 | Q. | What is Axelar? |
| 09:55:05 | 20 | A. | Blockchain infrastructure. |
|  | 21 | Q. | Do you mind spelling the name of the company for the court reporter? |
|  | 23 | A. | A-X-E-L-A-R. |
|  | 24 | Q. | What do you do for Axelar? |
| 09:55:18 | 25 | A. | Business development. |

16

|          |    |                                                                      |
|----------|----|----------------------------------------------------------------------|
|          | 1  | Q.   Can you describe what that means?                              |
|          | 2  | A.   I help partnerships, kind of develop                            |
|          | 3  | different parts of business with strategic -- yeah,                  |
|          | 4  | strategic initiatives around things that are kind                    |
| 09:55:42 | 5  | of important to the company.                                         |
|          | 6  | Q.   Can you be a little more specific about                         |
|          | 7  | what types of things you do on a day-to-day basis?                   |
|          | 8  | A.   I partner -- because we are a -- kind of a                      |
|          | 9  | B to B infrastructure business, I kind of work with                  |
| 09:55:55 | 10 | and find clients that might be interested in using                   |
|          | 11 | our infrastructure.                                                  |
|          | 12 | Q.   How long have you worked for Axelar?                            |
|          | 13 | A.   About a year.                                                   |
|          | 14 | Q.   Where did you work prior to working at                          |
| 09:56:08 | 15 | Axelar?                                                              |
|          | 16 | A.   Fifth.                                                          |
|          | 17 | Q.   Are you familiar with company called                            |
|          | 18 | Terraform Labs?                                                      |
|          | 19 | A.   Fifth.                                                          |
| 09:56:14 | 20 | Q.   You worked for Terraform Labs as a                              |
|          | 21 | business development lead starting in or around                      |
|          | 22 | 2020, correct?                                                       |
|          | 23 | A.   Fifth.                                                          |
|          | 24 | Q.   What were your duties and responsibilities                      |
| 09:56:22 | 25 | as lead of business development at Terraform Labs?                   |

17

```
 1                 C E R T I F I C A T E
 2      STATE OF CALIFORNIA      )
 3      COUNTY OF SAN FRANCISCO  )
 4
 5      I, LINDA VACCAREZZA, a Certified Shorthand
 6      Reporter for the State of California, do
 7      hereby certify that JEFFREY KUAN, the
 8      witness whose deposition is hereinbefore set
 9      forth, was duly sworn by me and that such
10      deposition is a true record of the testimony
11      given by such witness.
12      I further certify that I am not related to
13      any of the parties to this action by blood or
14      marriage; and that I am in no way interested
15      in the outcome of this matter.
16
17      IN WITNESS WHEREOF, I have hereunto set my
18      hand this 7th day of OCTOBER 2023.
19
20      _____
21          LINDA VACCAREZZA, CSR. NO. 10201
22
23
24
25
                                                    84
```