# EXHIBIT I

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>                Plaintiff,<br>      v.<br>TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON,<br>                Defendants. | Civil Action No. 23 Civ. 1346 (JSR)<br><br>Hon. Jed S. Rakoff |

## DEFENDANTS' OBJECTIONS TO PLAINTIFF'S TESTIMONY DESIGNATIONS AND DEFENDANTS' COUNTER-DESIGNATIONS

Pursuant to the Federal Rules of Civil Procedure, the Local Rules of the Southern District of New York, the Individual Rules of Practice of the Honorable Jed S. Rakoff, and the Amended Stipulation and Order Setting Forth Pretrial Deadlines and Other Procedures (ECF 174), Defendants set forth their objections to Plaintiff's Designation of Those Witnesses Whose Testimony Plaintiff Expects to Present by Deposition or Other Means, dated January 8, 2024, and Plaintiff's Amended Designation of Witnesses Whose Testimony Plaintiff Expects to Present by Deposition or Other Means, dated February 21, 2024. Defendants also counter-designate the attached list of testimony citations.

Defendants reserve the right to counter-designate additional testimony and/or assert objections in response to any supplemental designations of testimony by any other party. Defendants further reserve the right to designate additional rebuttal testimony, depending upon the evidence presented at trial, and to supplement these objections and counter-designations in light of future developments, including any additional discovery and/or any rulings that may be rendered by the Court.

| Witness | SEC Designation | Defendants' Objection | Defendants' Counter-designation |
|---|---|---|---|
| Kwon, Do Hyong | 5:23-6:5 | | |
| Kwon, Do Hyeong | 18:16-19:14 | | |
| Kwon, Do Hyeong | 19:18-22 | | |
| Kwon, Do Hyeong | 20:3-9 | No objection. | 15:19-18:15<br>20:10-13<br>24:11-25:3 |
| Kwon, Do Hyeong | 20:24-21:15 | No objection. | 21:17-19 |
| Kwon, Do Hyeong | 23:19-21 | | |
| Kwon, Do Hyeong | 74:10-18 | | |
| Kwon, Do Hyeong | 130:17-19 | No objection. | 129:18-130:8<br>130:12-14 |
| Kwon, Do Hyeong | 131:4-8 | No objection. | 131:9-10<br>131:22-132:5 |
| Kwon, Do Hyeong | 132:17-20 | No objection. | 133:11-20<br>135:3-21 |
| Kwon, Do Hyeong | 137:3-5 | Irrelevant;<br>Rule 403;<br>Vague;<br>Rule of Completeness;<br>Lack of foundation. | 137:6-21<br>144:23-145:3<br>146:4-7<br>147:5-11<br>148:11-21<br>149:3-7<br>150:14-20<br>153:2-23<br>154:1-17<br>155:8-13 |
| Kwon, Do Hyeong | 174:21-176:16 | Irrelevant;<br>Rule 403;<br>Lack of personal knowledge;<br>Lack of foundation;<br>Misstates document;<br>Calls for speculation. | 176:19-177:7<br>178:1-181:2<br>181:24-182:8 |
| Kwon, Do Hyeong | 186:7-11 | Irrelevant;<br>Rule 403;<br>Vague;<br>Lack of foundation;<br>Lack of personal knowledge. | |
| Kwon, Do Hyeong | 213:24-214:12 | No objection. | 208:5-211:17<br>214:25-215:17<br>(correct "pop up" to "top up")<br>216:23-217:4<br>217:24-218:6<br>219:21-220:12 |

| | | | 220:20-221:14<br>222:7-8<br>223:18-25<br>224:16-21<br>224:23-225:1 |
|---|---|---|---|
| Kwon, Do Hyeong | 228:21-23 | Irrelevant;<br>Rule 403;<br>Lack of personal knowledge;<br>Lack of foundation;<br>Vague. | 233:8-234:9<br>234:15-25<br>236:2-237:10<br>(correct "permitted" to "terminated")<br>237:12-238:2<br>(correct "popup" to "top-up")<br>245:21-246:3<br>246:14-25<br>260:11-21 |
| Kwon, Do Hyeong | 263:2-4 | No objection. | 267:1-18<br>269:20-23<br>270:17-19<br>270:25-271:18<br>272:2-8<br>273:21-274:21<br>274:22-275:22<br>276:12-22<br>277:1-278:14278:23-279:12<br>284:1-5 |
| Kwon, Do Hyeong | 287:7-20 | | |
| Kwon, Do Hyeong | 288:14-21 | No objection. | 288:22-25 |
| Kwon, Do Hyeong | 289:2-6 | Vague;<br>Irrelevant;<br>Rule 403;<br>Lack of foundation;<br>Compound. | |
| Kwon, Do Hyeong | 289:8-16 | No objection. | 291:3-20 |
| Kwon, Do Hyeong | 291:22-293:4 | Irrelevant;<br>Rule 403;<br>Lack of foundation. | 294:2-17 |
| Kwon, Do Hyeong | 293:19-294:1 | Irrelevant;<br>Rule 403;<br>Lack of foundation;<br>Vague/confusing. | 294:2-17<br>297:6-298:6<br>298:12-18 |
| Kwon, Do Hyeong | 298:19-299:9 | Irrelevant;<br>Rule 403;<br>Rule of Completeness;<br>Lack of foundation; | |

- 3 -

| | | | |
|---|---|---|---|
| | | Lack of personal knowledge; Calls for speculation. | |
| Kwon, Do Hyeong | 299:12-301:5 | Irrelevant; Rule 403; Lack of foundation; Parole evidence; Assumes facts not in evidence. | 302:9-304:8 304:18-23 305:14-21 306:1-9 306:11-307:13 |
| Kwon, Do Hyeong | 310:3-312:9 | Irrelevant; Rule 403; Parole evidence; Rule of Completeness (310:13-19); Lack of foundation; Vague/confusing; Assumes facts not in evidence. | |
| Kwon, Do Hyeong | 312:22-313:1 | Irrelevant; Rule 403; Compound; Lack of foundation; Calls for speculation. | 313:25-314:5 |
| Kwon, Do Hyeong | 315:10-22 | No objection. | 315:23-317:4 |
| Kwon, Do Hyeong | 317:6-20 | Irrelevant; Rule 403; Parole evidence; Lack of foundation; Vague/confusing. | 317:22-318:7 318:9319:11 319:21-320:4 320:6-321:18 |
| Kwon, Do Hyeong | 323:9-12 | Irrelevant; Rule 403; Lack of foundation; Rule of Completeness (323:4-8); Vague. | 323:4-8, 13-18 326:22-327:6 327:15-17 328:18-329:9 (correct "Chai based" to "chain-based") 331:9-332:3 |
| Kwon, Do Hyeong | 333:20-334:17 | Irrelevant; Rule 403; Parole evidence; Lack of foundation; Vague. | 334:18-335:7 |
| Kwon, Do Hyeong | 335:9-14 | Irrelevant; Rule 403; Lack of foundation; Vague. | |
| Kwon, Do Hyeong | 340:5-343:24 | Irrelevant; Rule 403; Parole evidence; Rule of Completeness; | 337:3-15 339:17-340:3 343:25-344:9 |

- 4 -

| | | | |
|---|---|---|---|
| | | Calls for speculation; Lack of foundation; Lack of personal knowledge. | |
| Kwon, Do Hyeong | 355:4-6 | Irrelevant; Rule 403; Rule of Completeness; Mischaracterizes testimony; Calls for speculation; Lack of personal knowledge. | 355:9-12, 358:2-9 |
| Kuan, Jeff | 15:8-17:5 | Objection to 15:20 because admission of Fifth Amendment invocation would be unfairly prejudicial; *see* Memorandum in Support of Defendants' Motions *in Limine*, Sect. III. Otherwise, no objection. | This below testimony is counter-designated in the event that the Court admits the SEC's designations over Defendants' objections: 75:3 – 81:19 |
| Kuan, Jeff | 17:20-18:6 | Admission of Fifth Amendment invocation would be unfairly prejudicial; *see* Memorandum in Support of Defendants' Motions *in Limine*, Sect. III. | |
| Kuan, Jeff | 57:16-60:8 | Admission of Fifth Amendment invocation would be unfairly prejudicial; *see* Memorandum in Support of Defendants' Motions *in Limine*, Sect. III. | |
| Kuan, Jeff | 60:22-61:12 | Admission of Fifth Amendment invocation would be unfairly prejudicial; *see* Memorandum in Support of Defendants' Motions *in Limine*, Sect. III. | |
| Kuan, Jeff | 61:16-63:21 | Admission of Fifth Amendment invocation would be unfairly prejudicial; *see* Memorandum in Support of Defendants' Motions *in Limine*, Sect. III. | |
| Kuan, Jeff | 63:24-65:12 | Admission of Fifth Amendment invocation would be unfairly prejudicial; *see* Memorandum in Support of Defendants' Motions *in Limine*, Sect. III. | |
| Kuan, Jeff | 66:1-67:22 | Admission of Fifth Amendment invocation would be unfairly prejudicial; *see* Memorandum in Support of Defendants' Motions *in* | |

| | | *Limine*, Sect. III. | |
|---|---|---|---|
| Kuan, Jeff | 67:25-70:5 | Admission of Fifth Amendment invocation would be unfairly prejudicial; *see* Memorandum in Support of Defendants' Motions *in Limine*, Sect. III. | |
| Kariya, Kanav | 41:12-42:1 | Admission of Fifth Amendment invocation would be unfairly prejudicial; *see* Memorandum in Support of Defendants' Motions *in Limine*, Sect. III. | This below testimony is counter-designated in the event that the Court admits the SEC's designations over Defendants' objections: 131:14 – 137:6 |
| Kariya, Kanav | 42:9-15 | Admission of Fifth Amendment invocation would be unfairly prejudicial; *see* Memorandum in Support of Defendants' Motions *in Limine*, Sect. III. | |
| Kariya, Kanav | 47:20-52:23 | Admission of Fifth Amendment invocation would be unfairly prejudicial where there is no probative value; *see* Memorandum in Support of Defendants' Motions *in Limine*, Sect. III. | |
| Kariya, Kanav | 57:7-66:20 | Admission of Fifth Amendment invocation would be unfairly prejudicial; *see* Memorandum in Support of Defendants' Motions *in Limine*, Sect. III. | |
| Kariya, Kanav | 67:21-69:1 | Admission of Fifth Amendment invocation would be unfairly prejudicial where there is no probative value; *see* Memorandum in Support of Defendants' Motions *in Limine*, Sect. III. | |
| Kariya, Kanav | 70:10-71:19 | Admission of Fifth Amendment invocation would be unfairly prejudicial; *see* Memorandum in Support of Defendants' Motions *in Limine*, Sect. III. | |
| Kariya, Kanav | 71:17-25 | Admission of Fifth Amendment invocation would be unfairly prejudicial; *see* Memorandum in Support of Defendants' Motions *in Limine*, Sect. III. | |

| | | | |
|---|---|---|---|
| Kariya, Kanav | 78:4-81:12 | Admission of Fifth Amendment invocation would be unfairly prejudicial; *see* Memorandum in Support of Defendants' Motions *in Limine*, Sect. III. | |
| Kariya, Kanav | 93:15-22 | Admission of Fifth Amendment invocation would be unfairly prejudicial; *see* Memorandum in Support of Defendants' Motions *in Limine*, Sect. III. | |
| Kariya, Kanav | 94:9-15 | Admission of Fifth Amendment invocation would be unfairly prejudicial; *see* Memorandum in Support of Defendants' Motions *in Limine*, Sect. III. | |
| DiSomma, William | 14:5-19:20 | Admission of Fifth Amendment invocation would be unfairly prejudicial; *see* Memorandum in Support of Defendants' Motions *in Limine*, Sect. III. | This below testimony is counter-designated in the event that the Court admits the SEC's designations over Defendants' objections: 125:2-126:9 |
| DiSomma, William | 22:11-24:17 | Admission of Fifth Amendment invocation would be unfairly prejudicial; *see* Memorandum in Support of Defendants' Motions *in Limine*, Sect. III. | |
| DiSomma, William | 27:19-31:13 | Admission of Fifth Amendment invocation would be unfairly prejudicial; *see* Memorandum in Support of Defendants' Motions *in Limine*, Sect. III. | |
| DiSomma, William | 48:11-19 | Admission of Fifth Amendment invocation would be unfairly prejudicial; *see* Memorandum in Support of Defendants' Motions *in Limine*, Sect. III. | |
| DiSomma, William | 50:24-65:2 | Admission of Fifth Amendment invocation would be unfairly prejudicial; *see* Memorandum in Support of Defendants' Motions *in Limine*, Sect. III. | |
| DiSomma, William | 65:15-69:24 | Admission of Fifth Amendment invocation would be unfairly prejudicial; *see* Memorandum in | |

| | | | |
|---|---|---|---|
| | | Support of Defendants' Motions *in Limine*, Sect. III. | |
| DiSomma, William | 73:7-87:25 | Admission of Fifth Amendment invocation would be unfairly prejudicial; *see* Memorandum in Support of Defendants' Motions *in Limine*, Sect. III. | |
| DiSomma, William | 88:3-96:1 | Admission of Fifth Amendment invocation would be unfairly prejudicial; *see* Memorandum in Support of Defendants' Motions *in Limine*, Sect. III. | |
| Mathialagan, Ashwin | 11:17-12:18 | | |
| Mathialagan, Ashwin | 13:4-8 | | |
| Mathialagan, Ashwin | 102:8-12 | | |
| Mathialagan, Ashwin | 102:19-20 | | |
| Mathialagan, Ashwin | 105:1-12 | | |
| Mathialagan, Ashwin | 118:13-119:23 | | |
| Mathialagan, Ashwin | 137:5-138:9 | | |
| Mathialagan, Ashwin | 141:24-142:10 | Inadequate notice of topic for 30(b)(6) deponent (*see* Defendants' Mem. in Opp. to SEC Motions in Limine). | |
| Mathialagan, Ashwin | 142:11-149:2 | Inadequate notice of topic for 30(b)(6) deponent (*see* Defendants' Mem. in Opp. to SEC Motions in Limine); Completeness (failure to include correction on errata sheet). | 146:13-17 (as corrected on errata sheet) |
| Mathialagan, Ashwin | 149:6-155:24 | Inadequate notice of topic for 30(b)(6) deponent (*see* Defendants' Mem. in Opp. to SEC Motions in Limine); Completeness (failure to include correction on errata sheet). | 151:12-15 (as corrected on errata sheet) |
| Mathialagan, Ashwin | 156:14-159:6 | Inadequate notice of topic for 30(b)(6) deponent (*see* Defendants' Mem. in Opp. to SEC Motions in Limine); Completeness (failure to include correction on errata sheet). | 157:8-12 (as corrected on errata sheet) |

| Mathialagan, Ashwin | 160:4-25 | Inadequate notice of topic for 30(b)(6) deponent (*see* Defendants' Mem. In Opp. to SEC Motions in Limine); Completeness (failure to include correction on errata sheet). | 160:23-24 (as corrected on errata sheet) |
|---|---|---|---|
| Mathialagan, Ashwin | 161:1-6 | Inadequate notice of topic for 30(b)(6) deponent (*see* Defendants' Mem. in Opp. to SEC Motions in Limine); Completeness (failure to include correction on errata sheet). | 161:1-8 (as corrected on errata sheet) |
| Mathialagan, Ashwin | 163:21-164:8 | | |
| Mathialagan, Ashwin | 166:23-25 | | |
| Mathialagan, Ashwin | 168:5-8 | | |
| Mathialagan, Ashwin | 170:3-176:16 | Inadequate notice of topic for 30(b)(6) deponent (*see* Defendants' Mem. in Opp. to SEC Motions in Limine); Completeness (failure to include correction on errata sheet). | 174:25 (as corrected on errata sheet) |
| Mathialagan, Ashwin | 178:8-179:9 | | |

Dated:  March 1, 2024

Respectfully submitted,

*/s/ Douglas W. Henkin, Esq.*
**DENTONS US LLP**
Douglas W. Henkin
David L. Kornblau
Louis A. Pellegrino
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
douglas.henkin@dentons.com
david.kornblau@dentons.com
louis.pellegrino@dentons.com

Mark G. Califano
Melissa Gomez-Nelson (admitted pro hac vice)
Matthew A. Lafferman (admitted pro hac vice)
1900 K Street, NW
Washington, DC 20006-1102
Tel: (202) 496-7500
mark.califano@dentons.com
melissa.gomeznelson@dentons.com
matthew.lafferman@dentons.com

*/s/ David Patton*
**KAPLAN HECKER & FINK LLP**
David Patton
Michael Ferrara
Andrew Chesley
Sean Hecker
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0883
dpatton@kaplanhecker.com
mferrara@kaplanhecker.com
achesley@kaplanhecker.com
shecker@kaplanhecker.com

*Counsel for Defendant Do Hyeong Kwon*