# EXHIBIT J

## (Redacted Portions Filed Under Seal)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION, )
)
)
Plaintiff, )
) Case No.
v. ) 1:23-cv-1346(JSR)
)
TERRAFORM LABS PTE LTD. and DO HYEONG KWON, )
)
)
Defendants. )
___________________________________)

VIDEOTAPED DEPOSITION OF WILLIAM CHEN

Wednesday, September 27, 2023

New York, New York

Reported by:
JEFFREY BENZ, CRR, RMR
Job No. 230927JBE

10:49 get an initial understanding.

Like, what do you mean by "initial"?

Q. Well, did your understanding of how CHAI used the Terra blockchain change over the course of

10:50 your employment?

A. Yes.

Q. So, what -- how did it change?

A. Well, it went from nothing to something.

MS. CUELLAR: Could we take a break right

10:50 now.

THE VIDEOGRAPHER: The time right now is 10:50 a.m., and we're off the record.

(A recess was taken from 10:50 to 11:10.)

THE VIDEOGRAPHER: The time right now is

11:10 11:10 a.m., and we're back on the record.

Q. Now, before we took a break, I asked you if your understanding of how CHAI used the Terra blockchain changed over the course of your employment. And you said it went from nothing to

11:10 something.

So, who -- who primarily explained to you CHAI's interaction with Terra and the blockchain?

MR. PELLEGRINO: Objection.

A. Paul Kim.

11:10 Q. And how did this come up with Paul Kim?

11:10
A. Well, he was the most knowledgeable person at -- of CHAI so that's naturally who I would -- and I had a previous relationship with him in -- in that we were friendly.

11:10
And, I guess in -- like, in the beginning because, like, I was scared to talk to other people mostly, so it was just -- yeah, so I mainly talked with Paul. And -- yeah.

Q. And did this come up while you were at

11:11
work?

A. Like in the office?

Q. Or when you were working remotely.

A. Well, in -- in Do's world, we're always working, so yes.

11:11
Q. What about in your words?

A. In my words?

Q. Yes.

A. Sure. Yeah, sure.

Q. So what did Paul Kim tell you about CHAI?

11:12
A. Well, what did he tell me about CHAI?

Q. Yes.

A. I mean, he didn't really go out and tell me. It's more like me asking him.

Q. And why were you asking him about CHAI?

11:12
A. Because I was curious.

13:41

A. Could you clarify? The Multi-- MultiSend function?

Q. If I could have the exhibits.

The MultiSend for the LP server.

13:42

MR. PELLEGRINO: Objection.

Q. Paul Kim --

A. Yes.

Q. -- developed or wrote the MultiSend for the LP server.

13:42

MR. PELLEGRINO: Objection.

A. Yes.

Q. But do you have any personal knowledge of CHAI's role in how its transactions were copied to the blockchain?

13:42

A. CHAI's role?

Q. Do you have any personal knowledge of CHAI's role in this process?

A. No.

Q. Now, did you ever work on something known

13:42

as Zengo?

A. I worked on -- I facilitated a conversation between TFL engineering and Zengo wallet, yes.

Q. And what was Zengo wallet?

A. Zengo is a wallet -- a crypto wallet

13:43

application developed by Zengo Labs, I think.

15:57 MR. PELLEGRINO: Yeah, yeah, okay. All right. So, at the outset of the deposition, off the record, the parties determined that with regard to the protective order, any objections for
15:57 confidentiality would be reserved, and that the parties could designate confidentiality objections or portions that should be designated confidential at a later date, after the close of the deposition.

Okay.

15:58 EXAMINATION BY MR. PELLEGRINO:

Q. All right, Mr. Chen, I'm just going to ask you a few questions. Do you have your exhibits still?

A. Yes.

15:58 Q. Okay. Let's -- I want to take you back to Exhibit 3, if you would, please.

A. Yes.

Uh-huh.

Q. Do you recall looking at Exhibit 3 earlier
15:58 this morning?

A. Yes.

15:59 A. Yes.
Q. Did you work for CHAI?
A. No.
Q. Was it part of your duties to review CHAI application code?
15:59
A. No.
Q. Did you ever write any code for CHAI?
A. No.
Q. So, any of these things that you said about CHAI based on firsthand knowledge from your work at the company, or did you hear them from others?
15:59
A. I heard them from others.
Q. I'm going to ask you to look at Exhibit 4, please.
15:59 Do you recall looking at Exhibit 4 earlier this morning?
A. Yes.
[redacted]
Do you recall being asked about that?
A. Yes.
16:00 Q. And did anybody tell you that? In other

16:00 words, did they tell you, We don't want to say stuff about the LP server?

A. No.

[redacted]

Q. And was it part of your duties to work on the LP server?

16:00 A. No.

Q. Did you review code with regard to the LP server as part of your duties?

A. No.

Q. Okay.

16:00 Do you recall throughout today, we've looked at a number of chats, and a lot of times we saw the words or the letters, "LOL"?

A. Yes.

Q. Do you recall that?

16:00 What does that mean?

A. Laugh out loud.

Q. And do you recall seeing the letters, H-A-H-A-H-A?

A. Yes.

16:00 Q. And what does that mean?

16:00 A. Ha-ha. Laugh out loud.

Q. Turning your attention to Exhibit Number 5, do you recall looking at this exhibit earlier this morning?

16:01 A. Yes.

C E R T I F I C A T E

STATE OF NEW YORK )
) Ss.:
COUNTY OF NEW YORK )

I JEFFREY BENZ, a Certified Realtime Reporter, Registered Merit Reporter and Notary Public within and for the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn by me and that this transcript of such examination is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 2nd of October, 2023.

JEFFREY BENZ, CRR, RMR