# EXHIBIT W

**From:** "Staren, Devon" <StarenD@sec.gov>
**Date:** September 29, 2023 at 4:05:44 PM EDT
**To:** "Kornblau, David" <david.kornblau@dentons.com>
**Cc:** "Connor, James" <connorja@sec.gov>
**Subject: RE: SEC v. Terraform Labs et al - amended Notice of 30b6 deposition**

**[WARNING: EXTERNAL SENDER]**

Hi David,

I wanted to let you know that in the deposition tomorrow, I might ask about excel spreadsheets that TFL produced in discovery. Attached are 2 excel files that I think would be helpful for you to have available for the witness in electronic form.

Thanks,
Devon