# EXHIBIT X

# (Redacted Portions Filed Under Seal)

```
 1              UNITED STATES DISTRICT COURT
 2             SOUTHERN DISTRICT OF NEW YORK
 3                      - - - - -
 4   SECURITIES AND EXCHANGE        )
     COMMISSION,                    )
 5                                  )   Case No.
                  Plaintiff,        )   1:23-cv-1346(JSR)
 6                                  )
          vs.                       )
 7                                  )
     TERRAFORM LABS PTE LTD. and    )
 8   DO HYEONG KWON,                )
                                    )
 9                Defendants.       )
     _____)
10
11
12
13      VIDEO RECORDED 30(b)(6) DEPOSITION OF
14    TERRAFORM LABS PTE LTD. BY ITS DESIGNEE
15                 ASHWIN MATHIALAGAN
16             Saturday, September 30, 2023
17                      9:09 a.m.
18                    Dentons US LLP
19                  1900 K Street NW
20                    Washington, DC
21
22
23
     Reported By:
24   Marjorie Peters,
     FAPR, RMR, CRR, RSA
25   JOB No. 230930MPE
```

1

```
02:00:51   1                      If you turn to the next page, second
02:00:54   2    paragraph starts, "As a first step of this
02:00:58   3    partnership, Terra and CHAI will work together to
02:01:02   4    find ways to utilize Terra's blockchain technology."
02:01:08   5                      Was that accurate?
02:01:11   6         A.      Yes.
02:01:11   7         Q.      Okay.
02:01:11   8                      So at the time CHAI was not
02:01:12   9    utilizing Terra's blockchain technology?
02:01:44  10         A.      At the time this article was written, I
02:01:45  11    believe, yes, CHAI -- yeah, has not utilized Terra
02:01:50  12    blockchain, yeah.
02:01:51  13         Q.      I'm sorry.  Just to clarify:  At the
02:01:55  14    time this article was written, in June of 2019, CHAI
02:01:58  15    was not using, or utilizing Terra's blockchain
02:02:02  16    technology; is that correct?
02:02:04  17         A.      I believe the answer is yes.
02:02:13  18         Q.      Okay.
02:02:13  19                      The next sentence starts, "CHAI
02:02:16  20    provides the infrastructure of a payment gateway,
02:02:19  21    offering both secure, reliable, and fraud-resistant
02:02:23  22    transactions, and convenient settlement with
02:02:30  23    merchants in fiat."
02:02:34  24                      What does that mean, settlement with
02:02:35  25    merchants in fiat?
```

146

```
02:09:18   1    foundation.  He didn't say he lacked a recollection.
02:09:40   2         A.   I'm sorry.  Your questions are very
02:09:42   3    long.  Can you repeat that again?
02:09:43   4         Q.   Is Do Kwon telling the truth here?
02:09:45   5         A.   I don't have access to Do Kwon to answer
02:09:47   6    that question.
02:09:50   7              MR. KORNBLAU:  Asked and answered.
02:09:51   8         Q.   So you don't know whether as of June
02:09:54   9    2019, CHAI was using any Terra blockchain
02:09:58  10    technology?
02:10:00  11              MR. KORNBLAU:  Objection to form.
02:10:43  12         A.   Based on the company records I know that
02:10:49  13    CHAI was not using Terra blockchain technology.
02:10:57  14              MR. KORNBLAU:  As of what --
02:10:58  15         A.   As of 2019.  That in -- that in -- 11,
02:11:03  16    June 2019.
02:11:04  17         Q.   ███████████████████████████████████████
          ██  ████████████████████████████████████████
          ██  ████     ████
02:11:10  20         Q.   That Do Kwon is -- can --
02:11:12  21         A.   Sorry.
02:11:13  22         Q.   That Do Kwon is referencing in this
02:11:15  23    communication?
02:11:15  24         A.   No.
02:11:15  25         Q.   Okay.
```

151

```
02:11:16   1                    ████████████████████████████
██████      ████████        ████████████████████
██████           █          ████████████████████
02:11:21   4           Q.    Okay.
02:11:23   5                 If you go down to the chat at 4:45
02:11:27   6    a.m. -- sorry, 4:44 a.m., where Do Kwon says,
02:11:35   7    "Private is already running, and chain TX is being
02:11:41   8    committed to Columbus."
02:11:43   9                 MR. KORNBLAU:  Sorry, where are you
02:11:44  10    at?  I missed that.
02:11:46  11                 MS. STAREN:  Well, about halfway
02:11:47  12    down the page where --
02:11:53  13                 MR. KORNBLAU:  Oh, okay.  All right.
02:11:55  14                 MS. STAREN:  Do Kwon says, "private
02:11:57  15    is already running."  It's at 4:44.
02:12:00  16                 MR. KORNBLAU:  I see it now.
02:12:01  17                 Thank you.
02:12:01  18    BY MS. STAREN:
02:12:01  19          Q.     Okay.
02:12:02  20                 What is TX, where it says "chain
02:12:05  21    TX"?
02:12:11  22          A.     TX generally refers to transaction.
02:12:15  23          Q.     Okay.  Chain transaction is being
02:12:19  24    committed to Columbus.  Columbus was the name of the
02:12:23  25    Terra blockchain; correct?
```

152

```
02:17:50   1    it's this third communication at 9:40, where Do Kwon
02:17:53   2    says, "Terra payments are CHAI."
02:18:00   3                Do you see that?
02:18:05   4         A.     Yes.
02:18:05   5         Q.     Okay.
02:18:05   6                What does that mean?
02:18:07   7                MR. KORNBLAU:  Can you -- it's
02:18:08   8    not -- I think there's some context to that
02:18:11   9    statement, so I think you need to look at it in
02:18:16  10    context.
02:18:30  11         A.     I don't know what does that mean, "Terra
02:18:33  12    payments are CHAI."
02:18:34  13         Q.     Okay.
02:18:35  14                If you could turn to the next page,
02:18:39  15    there is a communication starting at 9:50 a.m. from
02:18:44  16    Gigi Kwon, and he writes, "He already thinks there
02:18:47  17    is no way our model can work in Korea due to
02:18:52  18    regulatory issues."  (As read.)
02:18:54  19                Do you know what regulatory issues
02:18:57  20    she's referring to there?
02:19:06  21         A.     The company doesn't have a clear record
02:19:08  22    as to what this regulatory issue is.
02:19:10  23         Q.     So the company does not know...
02:19:15  24         A.     It's unclear to the company what the
02:19:17  25    regulatory issue is.
```

156

```
02:19:20   1        Q.    Well, what is the company's
02:19:22   2   understanding?
02:19:26   3        A.    Based on the documents that the company
02:19:29   4   has seen, the regulatory issue -- so what's your
02:19:40   5   question again?  What...
02:19:42   6        Q.    What is the company's understanding of
02:19:45   7   this regulatory issue or these regulatory issues?
02:19:48   8        A.    Based on the documents the company has
02:19:50   9   seen, the understanding of this regulatory issue
02:19:53  10   here is in relation to licensing.
02:19:56  11        Q.    Licensing, what kind of licensing?
02:20:00  12        A.    Payment licensing in Korea.
02:20:03  13        Q.    Okay.
02:20:04  14              What is the regulatory issue with
02:20:06  15   respect to the payment licensing in Korea?
02:20:08  16        A.    That's the part, it's unclear to the
02:20:12  17   company based on the records that the company have,
02:20:14  18   what is this regulatory issue or this licensing
02:20:18  19   issue is.
02:20:21  20        Q.    If you take a look at the communications
02:20:25  21   here, Gigi Kwon is writing as gigi@terra.money.
02:20:31  22              Do you see that?
02:20:31  23        A.    Yes.
02:20:32  24        Q.    That's a TFL e-mail address?
02:20:34  25        A.    Yes.
```

157

```
02:27:52   1                    So, sitting here today, you, as the
02:27:53   2    company representative, cannot say whether CHAI
02:27:56   3    transactions were being put on the Terra blockchain
02:27:59   4    in June of 2019?
02:28:01   5         A.     I cannot confirm that part, that whether
02:28:18   6    the CHAI transactions were put on the Columbus.
02:28:23   7                    MR. KORNBLAU:  As of --
02:28:24   8         A.     As of, yeah, 6 -- 13 June 2019.
02:28:30   9         Q.     Okay.
02:28:30  10                    MS. STAREN:  Let's go off the
02:28:31  11    record.
02:28:32  12                    THE VIDEOGRAPHER:  Going off the
02:28:33  13    record at 2:28 p.m.
02:28:35  14    (RECESS, 2:28 p.m. - 2:48 p.m.)
02:48:51  15                    THE VIDEOGRAPHER:  We are going back
02:48:52  16    on the record at 2:48 p.m.
02:48:52  17    (AM Exhibit 12, Third Amended Notice of Rule
02:48:58  18    30(b)(6) Deposition, was marked for identification.)
02:48:58  19    BY MS. STAREN:
02:48:59  20         Q.     All right.  I'm handing you what has
02:49:01  21    been marked Exhibit 12, which is a document titled
02:49:12  22    Third Amended Notice of Rule 30(b)(6) Deposition.
02:49:16  23                    Do you recognize this document?
02:49:25  24         A.     Yes.
02:49:26  25         Q.     Okay.
```

161

```
03:08:27  1                And then in the next line, he says,
03:08:29  2   ████████████████████████████████████████
          3   ███████ ██████
          4              ████████████████████████
          5   ███████ ████████████████████████████████
          6   ███████ █████████████████████████████████
          7   ███████ ████████████████████████████████
          8   ███████ █████
03:08:51  9        A.    The company would not know.
03:08:52 10        Q.    Well, looking at it now, is that what it
03:08:54 11   appears to you?
03:08:56 12        A.    The company doesn't know.
03:08:58 13        Q.    So as of this time, the date of this
03:09:04 14   chat is September 8, 2019, is it the company's
03:09:09 15   testimony that it does not know whether CHAI
03:09:12 16   transactions were being put onto the Terra
03:09:15 17   blockchain as of September 2019?
03:09:20 18              MR. KORNBLAU:  Can you read that one
03:09:23 19   again?
03:09:25 20        Q.    Sure.
03:09:25 21              Is it the company's testimony that
03:09:26 22   it does not know whether CHAI transactions were
03:09:28 23   being put onto the Terra blockchain as of September
03:09:31 24   2019?
03:09:59 25        A.    The company does not know.
```

174

```
06:31:23   1        Q.    Yeah.  I know, without the row
06:31:26   2   numbers...
06:31:26   3              It's 26/01/21.
06:31:31   4        A.    Okay.
06:31:31   5        Q.    Dentons.
06:31:32   6        A.    Yes.
06:31:33   7        Q.    "Attorney-client" is the description.
06:31:35   8        A.    Got it.
06:31:36   9        Q.    Legal and professional fee.
06:31:37  10        A.    Yes.
06:31:37  11        Q.    ███████ but it's listed under the
06:31:41  12   column of Credit.
06:31:44  13              Dentons wasn't paying TFL, was it?
06:31:48  14        A.    My general understanding of what "debit"
06:32:25  15   and "credit" means is debit, money coming in,
06:32:29  16   credit, money going out.
06:32:30  17              As to what this document here refers
06:32:32  18   to "debit" and "credit" I'm not able to confirm
06:32:35  19   without having a proper review of the company
06:32:38  20   documents to confirm that.
06:32:39  21        Q.    Thank you.
06:33:14  22              MS. STAREN:  So I think that we are
06:33:23  23   done with our questions.
06:33:27  24              We do want to make a note for the
06:33:29  25   record that the SEC does intend to hold this
```

258

**(424) 239-2800**

```
06:33:33   1    deposition open because, in our view, the witness
06:33:36   2    was not adequately prepared, and could not answer
06:33:40   3    many of the questions regarding topic areas that
06:33:43   4    were in the Rule 30(b)(6) Notice.
06:33:48   5                   MR. KORNBLAU:  Okay.  Well, we
06:33:49   6    certainly don't agree, but we'll -- let's go off the
06:33:53   7    record, and finish up what we can for today.
06:33:57   8                   MS. STAREN:  Okay.
06:33:58   9                   THE VIDEOGRAPHER:  Going off the
06:33:59  10    record at 6:33 p.m.
06:34:00  11    (RECESS, 6:34 p.m. -  7:00 p.m.)
07:00:11  12                   THE VIDEOGRAPHER:  We are going back
07:00:12  13    on the record at 7:00 p.m.
07:00:18  14                   MR. KORNBLAU:  Thank you, Devon,
07:00:21  15    we're going to ask a few questions.
07:00:24  16                        EXAMINATION
07:00:24  17    BY MR. KORNBLAU:
07:00:24  18       Q.    Mr. Mathialagan, do you recall
07:00:31  19    testifying earlier about regulatory issues involving
07:00:39  20    CHAI?
07:00:39  21       A.    Yes.
07:00:40  22       Q.    Do you recall making a statement that
07:00:45  23    the regulatory issues were not related to the
07:00:49  24    blockchain?
07:00:49  25       A.    Yes.
```

259

```
 1              CERTIFICATE OF COURT REPORTER
 2         I, Marjorie Peters, Registered Merit
 3   Reporter, Certified Realtime Reporter, and Notary
 4   Public in the District of Columbia, before whom the
 5   foregoing deposition was taken, do hereby certify
 6   that the witness was placed under oath according to
 7   the law; that the foregoing transcript is a true and
 8   correct record of the testimony given; that said
 9   testimony was taken by me stenographically and
10   thereafter reduced to typewriting under my
11   direction, and that I am neither counsel for,
12   related to, nor employed by any of the parties to
13   this case and have no interest, financial or
14   otherwise, in its outcome.
15         I further certify that signature was
16   not waived by the witness.
17         IN WITNESS WHEREOF, I have hereunto set my
18   hand this 4th day of October, 2023.
19
20
21   _____
     Marjorie Peters, RMR, CRR
22   My commission expires October 31, 2024.
```



266