# EXHIBIT RR

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE       )
     COMMISSION,                   )
 5                                 )
              Plaintiff,           )
 6                                 ) CASE NO.
        v.                         ) 1:23-cv-1346 (JSR)
 7                                 )
     TERRAFORM LABS PTE LTD. and   )
 8   DO HYEONG KWON,               )
                                   )
 9            Defendants.          )
10   _____)
11
12
13
14           VIDEOTAPED DEPOSITION OF
15              SEUNGJIN JACOB PARK
16           THURSDAY, AUGUST 10, 2023
17     (CONFIDENTIAL SECTIONS BOUND SEPARATELY)
18
19
20
21
22
23
     Reported by:
24   BRIDGET LOMBARDOZZI,
     CSR, RMR, CRR
25   Job No. 230810BLO

                           1
```

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE       )
     COMMISSION,                   )
 5                                 )
              Plaintiff,           )
 6                                 ) CASE NO.
        v.                         ) 1:23-cv-1346 (JSR)
 7                                 )
     TERRAFORM LABS PTE LTD. and   )
 8   DO HYEONG KWON,               )
                                   )
 9            Defendants.          )
10   _____)
11
12
13        Videotaped deposition of SEUNGJIN JACOB PARK,
14   taken on behalf of Plaintiff, at the offices of Kobre &
15   Kim, 800 Third Avenue, New York, New York, commencing at
16   9:42 a.m., on Thursday, August 10, 2023, before Bridget
17   Lombardozzi, a Certified Court Reporter, Certified
18   Realtime Reporter, and Registered Merit Reporter, and
19   Notary Public of the State of New York, pursuant to
20   notice.
21
22
23
24
25

                           2
```

```
 1   A P P E A R A N C E S:
 2
 3   FOR THE PLAINTIFF:
 4
 5      SECURITIES AND EXCHANGE COMMISSION
 6      100 Pearl Street
 7      New York, New York  10004
 8      Telephone:  212.336.0079
 9      Email:  meehanla@sec.gov
10              starend@sec.gov
11              connorja@sec.gov
12      BY:  LAURA E. MEEHAN, ESQUIRE
13           DEVON L. STAREN, ESQUIRE
14           JAMES CONNOR, ESQUIRE
15
16   FOR THE DEFENDANTS:
17
18      DENTONS US LLP
19      1221 Avenue of the Americas
20      New York NY 10020-1089
21      Telephone:  212 768 6890
22      Email:  David.Kornblau@dentons.com
23              Julia.Grabowska@dentons.com
24      BY:  DAVID KORNBLAU, ESQUIRE
25           JULIA GRABOWSKA, ESQUIRE

                           3
```

```
 1   A P P E A R A N C E S (Continued):
 2
 3   FOR THE WITNESS:
 4
 5      KOBRE & KIM LLP
 6      201 South Biscayne Boulevard
 7      Suite 1900
 8      Miami, Florida  33131
 9      Telephone:  305.967.6107
10      Email:  andrew.lourie@kobrekim.com
11      BY:  ANDREW C. LOURIE, ESQUIRE
12            -and-
13      KOBRE & KIM LLP
14      1919 M Street, NW
15      Washington, D.C.  20036
16      Telephone:  202.664.1900
17      Email:  sydney.johnson@kobrekim.com
18      BY:  SYDNEY SGAMBATO JOHNSON, ESQUIRE
19
20   ALSO PRESENT:
21
22      DANNY ORTEGA, VIDEOGRAPHER
23
24
25

                           4
```

Page 216:

1 algorithm, the mint burn algorithm, of UST and
2 LUNA?
3    A.  Yes, I believe so.
4    Q.  So -- so what did you mean by that
5 statement?
6    A.  I think I was conveying the fact that
7 the de-peg and then the re-peg --
8          THE REPORTER:  I'm sorry.  I
9       don't know what you're saying.  The
10      Depen?
11   A.  The de-peg, d-e-p-e-g, and then the
12 re-peg shows that the mechanism is working and
13 functioning.
14   Q.  Was it your understanding that that
15 algorithm worked to restore the peg in connection
16 with that May 2021 event?
17   A.  Yes.
18   Q.  Did you have conversations with anyone
19 about that?
20   A.  It -- so that -- the May 2021 de-peg
21 happened just as I joined the company.  So there
22 was like a all-hands or Town Hall type of meeting
23 shortly afterwards where Do discussed like a
24 postmortem, if you will, or a summary of what had
25 happened.

Page 217:

1    Q.  So that postmortem with Do, was that the
2 basis of your understanding that the algorithm had
3 restored the peg in that event?
4    A.  And -- yes, and as well as I don't think
5 I had any reason to believe otherwise, just
6 from -- even removing myself as an employee, but
7 just from -- as a participant in crypto, I wasn't
8 sure what else would have restored the peg.
9    Q.  Apart from the postmortem that you just
10 described --
11   A.  Mm-hmm.
12   Q.  -- did you have any conversations with
13 anyone at -- at Terraform about that event?
14   A.  Not that I recall.
15   Q.  Were you at -- were you employed by
16 Terraform on May 23rd, 2021?
17   A.  I don't have the exact date, but I
18 believe I was.  It was the second or -- whichever,
19 like first couple of days.
20   Q.  You were employed at Terraform --
21   A.  Yes.
22   Q.  -- when the May 2021 de-peg happened.
23 Is that right?
24   A.  I believe so.
25   Q.  Did you attend these weekly HQ meetings

Page 218:

1 at that time?
2    A.  I did attend the weekly HQ meetings.  I
3 don't remember if I attended the first few when I
4 joined.  So I -- I can't remember if I attended
5 the one around May of 2021, but I definitely did
6 attend further down the road.
7    Q.  Do you recall the May 2021 de-peg being
8 discussed at -- at any of those weekly HQ
9 meetings?
10   A.  Not that I can remember.
11   Q.  Did you know that Jump stepped in to buy
12 up UST in connection with the May 2021 de-peg?
13   A.  I did not know that.
14   Q.  What did you say?
15   A.  I did not know that.
16   Q.  Are you aware of any communications
17 where Jump stepping in to buy up UST in connection
18 with that de-peg was discussed?
19   A.  Not that I'm aware of, no.
20   Q.  Did Do Kwon tell you that the algorithm
21 worked to restore the peg in connection with that
22 event?
23   A.  Not -- not me personally, but from what
24 I can remember, I think during that, like,
25 all-hands, he did talk about the fact that the

Page 219:

1 stability mechanism worked.
2    Q.  Apart from that all-hands postmortem,
3 did you ever discuss it, that event, with Do Kwon?
4    A.  I don't --
5          MR. KORNBLAU:  Objection;
6       asked and answered.
7    A.  I don't think so.
8    Q.  Do you have any personal knowledge of
9 how the UST peg was restored in connection with
10 that May 23rd, 2021 event?
11   A.  No.
12   Q.  When did you leave Terraform?
13   A.  I stepped down October of last year.
14   Q.  Why did you step down?
15         (Whereupon, pages 220 is
16      designated confidential and is
17      bound separately.)

```
 1   STATE OF NEW YORK.    )
 2                         ) ss:
 3   COUNTY OF NEW YORK    )
 4             I hereby certify that the
 5   witness in the foregoing deposition, SEUNGJIN
 6   JACOB PARK, was by me duly sworn to testify to the
 7   truth, the whole truth and nothing but the truth,
 8   in the within-entitled cause; that said deposition
 9   was taken at the time and place herein named; and
10   that the deposition is a true record of the
11   witness's testimony as reported by me, a duly
12   certified shorthand reporter and a disinterested
13   person, and was thereafter transcribed into
14   typewriting by computer.
15             I further certify that I am not
16   interested in the outcome of the said action, nor
17   connected with nor related to any of the parties
18   in said action, nor to their respective counsel.
19             IN WITNESS WHEREOF, I have
20   hereunto set my hand this 16th day of August 2023.
21             Reading and Signing was:
22   ___ requested   ___ waived   _X_ not referenced.
23
24             _____
25             BRIDGET LOMBARDOZZI, CSR, RMR

                       225
```