# EXHIBIT SS

## (Redacted Portions Filed Under Seal)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE )
COMMISSION, )
)
Plaintiff, )
) Case No.
vs. ) 1:23-cv-1346 (JSR)
)
TERRAFORM LABS PTE LTD. and )
DO HYEONG KWON, )
)
Defendants. )
__________________________________)

Videotaped deposition of Matthew Cantieri taken on behalf of the Plaintiff at the offices of Kobre & Kim, 1919 M Street NW, Washington, D.C. beginning at 9:32 a.m. and ending at 4:35 p.m. on Wednesday, August 30, 2023 before Tina M. Alfaro, Registered Professional Reporter, Registered Merit Reporter, and Certified Realtime Reporter.

JOB No. 230830TIA

APPEARANCES:

ON BEHALF OF THE PLAINTIFF:
UNITED STATES SECURITIES AND EXCHANGE COMMISSION:
BY: CHRISTOPHER CARNEY, ESQ.
JAMES CONNOR, ESQ.
100 F Street NE
Washington, D.C. 20549

ON BEHALF OF THE DEFENDANTS:
DENTONS US, LLP
BY: MARK CALIFANO, ESQ.
MEAGAN EDMONDS, ESQ.
1900 K Street NW
Washington, D.C. 20006

ON BEHALF OF THE WITNESS:
KOBRE & KIM, LLP
BY: SYDNEY JOHNSON, ESQ.
ANDREW LOURIE, ESQ.
1919 M Street, NW
Washington, DC 20036

ALSO PRESENT: DeShawn White (videographer)

I N D E X
EXAMINATION
WITNESS PAGE
MATTHEW CANTIERI
By Mr. Carney 6
By Mr. Califano 175

EXHIBITS

[redacted]

EXHIBITS

[redacted]

MR. CALIFANO: Objection to form.

MR. CALIFANO: Objection to form.

Q. Did you ever have any discussions with Mr. Kariya about Jump's efforts to defend the UST peg?

A. No.

Do you have an understanding of what that paragraph is discussing as it relates to Anchor?

A. I do not have direct recollection of this or even seeing this document,

MR. CALIFANO: Objection to form.

A. That's the way I interpret that phrase.

MR. CALIFANO: Objection to form.

MR. CARNEY: Can we go off the record, please.
THE VIDEOGRAPHER: The time is 4:24 p.m. We are now off the record.
(A break was had.)
THE VIDEOGRAPHER: The time is 4:31 p.m. We are now on the record.
BY MR. CARNEY:
**Q.** Mr. Cantieri, I just have a couple quick follow-up questions.
I had asked you earlier, a few minutes ago whether you had any role in trying to restore the

UST peg in May of 2022, and you responded "I did not have direct conversations with individuals around restoring the peg." Aside from having direct conversations, did you, yourself play any role in trying to restore the UST peg in May 2022?
**A.** I did not.
**Q.** All right. And then finally, we had talked right before the last break about in Exhibit 16, the e-mail that you sent to yourself as a note taking, and you had mentioned that you were sort of composing it this way for purposes of sending out a tweet. Did you ever send out this tweet?
**A.** I cannot recall.
**Q.** And if you had sent out this tweet, would it have been under your personal handle or under the Anchor Protocol handle?
**A.** It could have been either one.
**Q.** And what is your personal Twitter handle at that time?
**A.** MCantieri, first initial, last name.
MR. CARNEY: All right. Thank you for your time, Mr. Cantieri. That's all I have right now.
THE WITNESS: Thank you, Mr. Carney.

EXAMINATION
BY MR. CALIFANO:
**Q.** Okay. I have a few questions I think.
Mr. Cantieri, you recall today when Mr. Carney asked you about the May 2021 and '22 depegs?
**A.** Yes.
**Q.** Do you remember when he asked you questions about those?
**A.** Yes.
**Q.** Did you have any firsthand knowledge about what was or wasn't done by TFL, Jump, or anyone else in response to either of those depegs?
**A.** I had no firsthand knowledge.
**Q.** And do you have any firsthand knowledge about how Chai worked?
**A.** No firsthand knowledge.
**Q.** If you could take a look at Exhibit 5. Just tell me when you've got it in front of you.
**A.** Yes.
**Q.** Do you have Exhibit 5?
**A.** Yeah.
**Q.** Did you write Exhibit 5?
**A.** I did not.
**Q.** Okay. And do you have any personal

knowledge of what the writer meant to communicate in those notes?
**A.** I do not.
**Q.** Were you aware of anything illegal occurring at TFL while you were employed there?
**A.** I was not.
MR. CALIFANO: I don't have any other questions.
MR. CARNEY: I don't -- I don't have any more questions. Thank you.
THE VIDEOGRAPHER: Counsel, does this conclude today's deposition? Okay.
This concludes today's deposition. The date is August 30, 2023. The time is 4:35 p.m. We are now off the record.
(Whereupon, at 4:35 p.m. the taking of the instant deposition ceased.)