# EXHIBIT TT

| | |
|---|---|
| **From:** | Kornblau, David |
| **Sent:** | Wednesday, October 04, 2023 2:10 PM |
| **To:** | Staren, Devon; Connor, James; Cuellar, Carina; Meehan, Laura; Carney, Christopher; Landsman, Roger J; Welsh, Michael |
| **Cc:** | Henkin, Douglas W.; Califano, Mark G.; Lafferman, Matthew A.; Jaros, Ashley N.; Gomez Nelson, Melissa; Pellegrino, Louis A.; Landow, Alyssa; marjorie@marjoriepeters.com |
| **Subject:** | SEC v. Terraform Labs Pte Ltd. (TFL) and Do Kwon/Rule 30(b)(6) Deposition of TFL on September 30, 2023 |

Dear Devon:

Pursuant to Fed. R. Civ. P. 30(e), we request on behalf of TFL that Mr. Mathialagan be allowed 30 days after being notified by the court reporter that the transcript or recording of his deposition (as TFL's 30(b)(6) designee) is available in which to review the transcript or recording and, if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

I have copied on this email the court reporter who transcribed the deposition.

Best regards,

David

David Kornblau
Partner

+1 212 768 6890
New York

1