# EXHIBIT UU

| | |
|---|---|
| **From:** | Landow, Alyssa |
| **Sent:** | Friday, November 03, 2023 12:05 PM |
| **To:** | Kornblau, David; Staren, Devon; Connor, James; Cuellar, Carina; Meehan, Laura; Carney, Christopher; Landsman, Roger J; Welsh, Michael |
| **Cc:** | Henkin, Douglas W.; Califano, Mark G.; Lafferman, Matthew A.; Jaros, Ashley N.; Gomez Nelson, Melissa; Pellegrino, Louis A.; marjorie@marjoriepeters.com |
| **Subject:** | RE: SEC v. Terraform Labs Pte Ltd. (TFL) and Do Kwon/Rule 30(b)(6) Deposition of TFL on September 30, 2023 |
| **Attachments:** | 2023.11.3 - Errata Sheet for Deposition of Ashwin Mathialagan as Corporate Witness.pdf |

Dear Counsel:

Pursuant to Fed. R. Civ. P. 30(e), counsel for TFL submits the attached errata sheet on behalf of TFL's 30(b)(6) designee, Mr. Ashwin Mathialagan, who reviewed the deposition transcript made available on October 4, 2023. TFL's confidentiality designations pursuant to the Protect Order are highlighted in the attached errata sheet.

I have copied the court reporter on this email to prepare the Errata transcript.

Best regards,

**Alyssa Landow**
Associate

✆ +1 212 768 6850
New York

---

**From:** Kornblau, David <david.kornblau@dentons.com>
**Sent:** Wednesday, October 04, 2023 2:10 PM
**To:** Staren, Devon <StarenD@sec.gov>; Connor, James <connorja@sec.gov>; Cuellar, Carina <CuellarC@sec.gov>; Meehan, Laura <MeehanLa@sec.gov>; Carney, Christopher <CarneyC@sec.gov>; Landsman, Roger J <landsmanr@sec.gov>; Welsh, Michael <WelshMi@sec.gov>
**Cc:** Henkin, Douglas W. <douglas.henkin@dentons.com>; Califano, Mark G. <mark.califano@dentons.com>; Lafferman, Matthew A. <Matthew.Lafferman@dentons.com>; Jaros, Ashley N. <ashley.jaros@dentons.com>; Gomez Nelson, Melissa <melissa.gomeznelson@dentons.com>; Pellegrino, Louis A. <louis.pellegrino@dentons.com>; Landow, Alyssa <alyssa.landow@dentons.com>; marjorie@marjoriepeters.com
**Subject:** SEC v. Terraform Labs Pte Ltd. (TFL) and Do Kwon/Rule 30(b)(6) Deposition of TFL on September 30, 2023

Dear Devon:

Pursuant to Fed. R. Civ. P. 30(e), we request on behalf of TFL that Mr. Mathialagan be allowed 30 days after being notified by the court reporter that the transcript or recording of his deposition (as TFL's 30(b)(6) designee) is available in which to review the transcript or recording and, if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

I have copied on this email the court reporter who transcribed the deposition.

Best regards,

David

David Kornblau
Partner

+1 212 768 6890
New York