# EXHIBIT VV

# (Redacted Portions Filed Under Seal)

## Page 1

```
 1        UNITED STATES DISTRICT COURT
 2       SOUTHERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE     )
     COMMISSION,                 )
 5                               )
            Plaintiff,   )
 6                               )
        vs.              ) CASE NO:
 7                       ) 1:23-cv-1346(JSR)
     TERRAFORM LABS PTE LTD. and )
 8   DO HYEONG KWON,             )
                                 )
 9          Defendants.   )
     _____)
10
11
12
13
14      VIDEOTAPED DEPOSITION OF NATALIE LUU
15          San Francisco, California
16          Thursday, October 5, 2023
17
18
19
20
21
22
23
     Reported By:
24   LINDA VACCAREZZA, RPR, CLR,
     CRP, CSR. NO 10201
25   JOB NO. 231005CRT
```

## Page 2

```
               October 5, 2023
               9:35 a.m.


   Videotaped Deposition of NATALIE LUU, held at
150 California Street, San Francisco, California,
pursuant to Subpoena before Linda Vaccarezza, a
Certified Shorthand Reporter of the State of
California.
```

## Page 3

```
 1   A P P E A R A N C E S:
 2      UNITED STATES SECURITIES AND EXCHANGE
 3      COMMISSION
 4      Attorneys for the Plaintiff
 5         100 F Street NE
 6         Washington, DC 20549
 7         Meehanl@sec.gov
 8         Cuellarc@sec.gov
 9      BY: CORINA CUELLAR, ESQ.
10          LAURA MEEHAN, ESQ.
11
12
13      DENTONS US LLP
14      Attorneys for Defendant
15         1221 Avenue of the Americas
16         New York, NY 10020
17         louis.pellegrino@dentons.com
18         Charles.farrell@dentons.com
19      BY: LOUIS A. PELLEGRINO, ESQ.
20          CHARLES M. FARRELL, ESQ.
```

## Page 4

```
 1   APPEARANCES: (CONT'D)
 2      KOBRE & KIM
 3      Attorneys for Witness
 4         201 South Biscayne Boulevard
 5         Suite 1900
 6         Miami, Florida 33131
 7         Andrew.lourie@kobrekim.com
 8         Christopher.cogburn@kobrekim.com
 9      BY: ANDREW C. LOURIE, ESQ.
10          CHRIS COGBURN, ESQ.
11
12   Videographer: Marcus Majors
```

Natalie Luu
10/5/2023



```
 9         MS. MEEHAN:  Exhibit 3.
10         (Exhibit 3 was marked for identification.)
11         MS. MEEHAN:  This for the record, is a
12  document that's Bates labeled Lightspeed 0000517
13  through 0000528.
14     Q.  Ms. Luu, do you recognize this document?
15     A.  Yes.
16     Q.  What is it?
```

29
31
30
32

### Page 105
[redacted]

### Page 106
```
23        MS. MEEHAN: Exhibit 17.
24     (Exhibit 17 was marked for identification.)
25        MS. MEEHAN: Exhibit 17 is a document
```

### Page 107
```
 1  that's Bates labeled TFL_EMT_00020357 through
 2  20362.
 3        THE WITNESS: Okay.
 4  BY MS. MEEHAN:
 5     Q.  Do you recognize this document?
 6     A.  Yeah.
 7     Q.  What is it?
 8     A.  The document or the Telegram chat?
 9     Q.  Starting with the Telegram chat.
```
[redacted]
```
20     Q.  So this overview that you sent to him,
21  that's the document that Bates labeled
22  TFL_EMT_00020360 through 20362, right?
23     A.  Yes.
24     Q.  And what is that document?
```
[redacted]

### Page 108
[redacted]
```
18     Q.  Are you familiar with Gaza Labs?
19     A.  No.
20        MS. MEEHAN: Exhibit 18.
21     (Exhibit 18 was marked for identification.)
22        MS. MEEHAN: Exhibit 18 is a document
23  Bates labeled TFL_EMT_00047668 through 669.
24     Q.  Ms. Luu, do you recognize this document?
25     A.  Yeah.
```