UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS PTE LTD. and DO HYEONG KWON,<br><br>Defendants. | Civil Action No. 23 Civ. 1346 (JSR)<br><br>Hon. Jed S. Rakoff |

### NOTICE OF MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF DR. MATTHEW EDMAN IN HIS SUPPLEMENTAL EXPERT REPORT

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Evidence 702, upon the accompanying Memorandum of Law and the exhibits thereto, Defendants respectfully move this Court at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, at a date and time to be determined by the Court, to exclude the opinions and testimony of Dr. Matthew Edman in their entirety pursuant to Federal Rule of Civil Procedure 60(b) or, in the alternative, to exclude the opinions and testimony of Dr. Edman raised in his February 27, 2024 Supplemental Expert Report and to permit Raj Unny to testify as to the technical definitions of "processing" and "settlement" in response to these newly-raised issues by the SEC.

Date: March 12, 2024                                  Respectfully submitted,

/s/Mark G. Califano

**DENTONS US LLP**
Douglas W. Henkin
David L. Kornblau
Louis A. Pellegrino
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
douglas.henkin@dentons.com
david.kornblau@dentons.com
louis.pellegrino@dentons.com

Mark G. Califano
Melissa Gomez-Nelson (admitted *pro hac vice*)
Matthew A. Lafferman (admitted *pro hac vice*)
1900 K Street, NW
Washington, DC 20006
Tel: (202) 496-7500
mark.califano@dentons.com
melissa.gomeznelson@dentons.com
matthew.lafferman@dentons.com

*Counsel for Defendant Terraform Labs Pte. Ltd.*


/s/ David Patton

**KAPLAN HECKER & FINK LLP**
David Patton
Michael Ferrara
Andrew Chesley
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0883
dpatton@kaplanhecker.com
mferrara@kaplanhecker.com
achesley@kaplanhecker.com

*Counsel for Defendant Do Hyeong Kwon*

## CERTIFICATE OF SERVICE

I, Mark G. Califano, certify that I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's ECF system on March 12, 2024.

*/s/ Mark G. Califano*
Mark G. Califano