UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON,<br><br>　　　　　　Defendants. | Civil Action No. 1:23-cv-01346-JSR<br><br>Hon. Jed S. Rakoff |

## APPEARANCE OF COUNSEL

To:　The clerk of court and all parties of record

　　I am admitted to practice in this Court, and I appear in this case as counsel for Defendant Terraform Labs, PTE. LTD.

Dated:　March 19, 2024　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Alyssa J. Landow*
　　　　　　　　　　　　　　　　　　　　　　　Alyssa J. Landow (#5958350)
　　　　　　　　　　　　　　　　　　　　　　　DENTONS US LLP
　　　　　　　　　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　　New York, New York
　　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 768-6700
　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 768-6800
　　　　　　　　　　　　　　　　　　　　　　　alyssa.landow@dentons.com