UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>    v.<br><br>TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON,<br><br>              Defendants. | Civil Action No. 1:23-cv-01346-JSR<br><br>Hon. Jed S. Rakoff |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted to practice in this Court, and I appear in this case as counsel for Defendant Terraform Labs, PTE. LTD.

Dated: March 20, 2024                  Respectfully submitted,

                                                            */s/ Amianna Stovall*
                                                            Amianna Stovall, AS3149
                                                            DENTONS US LLP
                                                            1221 Avenue of the Americas
                                                            New York, New York
                                                            Tel: (212) 768-6700
                                                            Fax: (212) 768-6800
                                                            amianna.stovall@dentons.com