UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                          Plaintiff,<br>v.<br><br>TERRAFORM LABS PTE LTD. and<br>DO HYEONG KWON,<br><br>                          Defendants. | Civil Action No. 1:23-cv-1346 (JSR)<br><br>NOTICE OF APPEARANCE OF<br>CHRISTOPHER MOREL<br>ON BEHALF OF<br><u>DO HYEONG KWON</u> |

**PLEASE TAKE NOTICE** that Christopher Morel, an attorney duly admitted to practice in this Court, hereby enters his appearance on behalf of Defendant Do Hyeong Kwon in the above-captioned action, and requests that all notices, filings, and other papers relating to this action be served upon him at the undersigned address.

Dated:  March 21, 2024
            New York, New York

_____
Christopher Morel
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
cmorel@kaplanhecker.com

*Counsel for Defendant Do Hyeong Kwon*