UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                         Plaintiff,<br><br>   v.<br><br>TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON,<br><br>                        Defendants. | Civil Action No. 1:23-cv-01346-JSR |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of non-party Kanav Kariya.

Dated: March 28, 2024

Respectfully Submitted,

*/s/ Aitan D. Goelman*
Aitan D. Goelman
Zuckerman Spaeder LLP
1800 M Street, NW
Washington, D.C. 20036
Tel: (202) 778-1800
agoelman@zuckerman.com

*Attorney for Kanav Kariya*

1