IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br><br>TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 1:23-cv-01346-JSR<br><br>**NOTICE OF MOTION** |

**NON-PARTY KANAV KARIYA'S NOTICE OF MOTION AND
MOTION TO QUASH SUBPOENA**

PLEASE TAKE NOTICE that non-party Kanav Kariya hereby moves pursuant to Federal Rule of Civil Procedure 45 to quash the third party subpoena issued to him by the Securities and Exchange Commission in the above captioned action. This motion is based on the attached memorandum in support, the exhibit thereto, and the record in this action.

Dated: March 28, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Aitan D. Goelman*
　　　　　　　　　　　　　　　　　　　　Aitan D. Goelman
　　　　　　　　　　　　　　　　　　　　Zuckerman Spaeder LLP
　　　　　　　　　　　　　　　　　　　　1800 M Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　Tel: (202) 778-1800
　　　　　　　　　　　　　　　　　　　　agoelman@zuckerman.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Kanav Kariya*

1