UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                            Plaintiff,<br><br>               v.<br><br>TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON,<br><br>                            Defendants. | No. 1:23-cv-01346-JSR<br><br><u>NOTICE OF APPEARANCE</u> |

Please take notice that the undersigned, Paul M. Krieger of Krieger Lewin LLP, hereby enters his appearance as counsel for non-party William J. DiSomma in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: March 28, 2024                                              Respectfully submitted,

                                                                                <u>/s/ Paul M. Krieger</u>
                                                                                Paul M. Krieger
                                                                                KRIEGER LEWIN LLP
                                                                                350 Fifth Avenue, 77th Floor
                                                                                New York, New York 10118
                                                                                (212) 390-9552
                                                                                Paul.Krieger@KriegerLewin.com