UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>                  v.<br><br>TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON,<br><br>                            Defendants. | No. 1:23-cv-01346-JSR<br><br>NOTICE OF APPEARANCE |

      Please take notice that the undersigned, Andrew N. Stahl of Krieger Lewin LLP, hereby enters his appearance as counsel for non-party William J. DiSomma in the above-captioned proceeding.  I certify that I am admitted to practice in this Court.


Dated: March 28, 2024                                                Respectfully submitted,

                                                                         /s/ Andrew N. Stahl
                                                                         Andrew N. Stahl
                                                                         KRIEGER LEWIN LLP
                                                                         350 Fifth Avenue, 77th Floor
                                                                         New York, New York 10118
                                                                         (212) 390-9568
                                                                         Andrew.Stahl@KriegerLewin.com