UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | No. 1:23-cv-01346-JSR |
| v. | NOTICE OF MOTION |
| TERRAFORM LABS, PTE LTD. and DO HYEONG KWON, | |
| Defendants. | |

# NON-PARTY WILLIAM J. DISOMMA'S NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA

Please take notice that non-party William J. DiSomma hereby moves pursuant to Federal Rule of Civil Procedure 45(d) to quash the trial subpoena issued to him by the U.S. Securities and Exchange Commission in the above-captioned action. This motion is based on the accompanying memorandum in support, the exhibits thereto, and the record in this action.

Dated: March 28, 2024

Respectfully submitted,

/s/ Paul M. Krieger
KRIEGER LEWIN LLP
Paul M. Krieger
Andrew N. Stahl
350 Fifth Avenue, 77th Floor
New York, New York 10118
(212) 390-9550
Paul.Krieger@KriegerLewin.com
Andrew.Stahl@KriegerLewin.com