| ADMITTED | PRESENTLY EXCLUDED |
|---|---|
| **TRIAL TESTIMONY OF AARON MYUNG (MARCH 27, 2024):**<br><br>Q. Okay. And did Chai settle with any of these merchants on the blockchain?<br>A. Never.<br>Q. Did Chai settle with any of these merchants in crypto assets?<br>A. Never.<br><br>Ex. 1, March 27, 2024 Trial Tr. at 466:22-467:7 | **TRANSLATION OF TESTIMONY OF HANJU "PAUL" KIM**<br><br>Q. To sum up, Chai utilized the blockchain technology to process and settle transactions through partnership with Terraform Labs. Is this understanding correct?<br>A. Yes, correct.<br><br>Ex. 2, Translation of Transcript of Testimony of Witness Hanju "Paul" Kim at 80 |