UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiffs, <br><br> -v- <br><br> TERRAFORM LABS PTE. LTD. and DO HYEONG KWON, <br><br> Defendant. | 23-cv-1346 (JSR) <br><br> <u>VERDICT</u> |

1. On the SEC's first claim, under Section 17, we the jury find defendant Terraform Labs Pte. Ltd. ("Terraform"):

   Liable ✓    Not Liable ____

   [If you answer "Liable" to Question 1, answer Question 2. Otherwise skip to Question 3.]

2. Having found Terraform liable on the SEC's first claim, we the jury find that Terraform acted [choose the highest you found]:

   Intentionally ____    Recklessly ✓    Negligently ____

3. On the SEC's first claim, under Section 17, we the jury find defendant Do Hyeong Kwon ("Kwon"):

   Liable ✓    Not Liable ____

   [If you answer "Liable" to Question 3, answer Question 4. Otherwise, skip to Question 5.]

4. Having found Kwon liable on the SEC's first claim, we the jury find that Kwon acted [choose the highest you found]:

   Intentionally ✓    Recklessly ____    Negligently ____

5. On the SEC's second claim, for intentional or reckless violation of Rule 10b-5, we the jury find defendant Terraform:

   Liable ✓    Not Liable ____

6. On the SEC's second claim, for intentional or reckless violation of Rule 10b-5, we the jury find defendant Kwon:

   Liable ✓    Not Liable ___

[If you answered "Not Liable" to Question 5, do not answer question 7. If you answered "Liable" to Question 5, proceed to Question 7.]

7. On the claim for control person liability regarding Terraform's violation of Rule 10b-5, we the jury find defendant Kwon:

   Liable ✓    Not Liable ___

   _____
   FOREPERSON

   Date: 04/05/24