UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>                    **Plaintiff,**<br><br>          v.<br><br>**TERRAFORM LABS PTE LTD. and DO HYEONG KWON,**<br><br>                    **Defendants.** | No. 1:23-cv-1346 (JSR) |

## PLAINTIFF'S MOTION FOR FINAL JUDGMENT AGAINST DEFENDANTS

Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court to enter final judgment against Defendants Terraform Labs PTE LTD. and Do Hyeong Kwon (collectively, "the Defendants"). On April 5, 2024, the jury returned a verdict against the Defendants on all counts. For the reasons set forth in the SEC's memorandum of law and the accompanying declarations of Avron Elbaum and Donald Battle, submitted herewith, the Court should (1) enjoin Defendants from further violation of Sections 5 and 17(a) of the Securities Act of 1933, and Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder; (2) jointly and severally order them to pay disgorgement of $4,192,147,847 plus $545,748,909 in prejudgment interest; (3) ordering Terraform and Kwon to pay a $420 million and a $100 million civil penalty, respectively; (4) imposing a conduct-based injunction on Defendants, and an officer-and-director bar on and a sworn accounting from Kwon; and (5) holding that the fraud-related monetary remedies imposed on Terraform are non-dischargeable in bankruptcy, and enter final judgment.

Dated: April 19, 2024

Respectfully submitted,

/s/ Christopher J. Carney
Christopher J. Carney
James P. Connor, admitted *pro hac vice*
Carina A. Cuellar, admitted *pro hac vice*
Roger J. Landsman, admitted *pro hac vice*
Laura E. Meehan
Devon L. Staren, admitted *pro hac vice*
Attorneys for Plaintiff
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street NE
Washington, DC 20549
Tel: (202) 551-2379
Email: carneyc@sec.gov

Of Counsel:

Alistaire Bambach
Michael Kelly
Therese A. Scheuer
William M. Uptegrove