UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

    v.

TERRAFORM LABS PTE LTD. and
DO HYEONG KWON,

                Defendants.

## DECLARATION OF AVRON ELBAUM

I, Avron Elbaum, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Certified Public Accountant licensed in the State of Maryland. I am employed by the U.S. Securities and Exchange Commission ("SEC") in Washington, D.C. as Assistant Chief Accountant in the Division of Enforcement. As part of my daily activities, I investigate possible securities laws violations.

2. I respectfully submit this declaration in support of the SEC's Motion for Entry of Final Judgment (the "Motion") against Terraform Labs PTE Ltd. ("Terraform") and Do Hyeong Kwon ("Kwon," collectively "Defendants")

3. Unless otherwise specified, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath. I am familiar with the matters set forth in this declaration based upon my personal knowledge and my review of certain financial records contained in the files of the Commission's staff, including contracts, bank records, financial transactions and other documents (collectively referred to as "Financial Records") obtained during the Commission's staff's investigation and this litigation.

4.     I have been asked to compile the information and calculations noted below to assist the Court. By doing so, I am not offering an opinion as to a "reasonable approximation of profits" or whether expenses are deductible as "legitimate business expenses" as a matter of law. Additionally, I did not perform an audit of the amounts included herein.

5.     All amounts included in this declaration are approximate unless otherwise specified.

## I.     Contract Amounts and Crypto Token Proceeds

6.     I was asked by SEC counsel in this case to review crypto asset contracts to determine the contract amounts stated in those contracts. I reviewed contracts dated from 2018 – 2022 and summed the contract amount stated within each contract. Each of the contracts I reviewed and incorporated within this declaration contained a signature for each party, generally on the last page of the contract. I was also asked to review Terraform bank statements or spreadsheets containing banking transactions to identify amounts received by Terraform. Below is a summary of the results of the work I performed:

   a. *Terraform 2018 - 2021 Luna Token Contracts*: Based on my review of signed contracts, as listed in Exhibit 1, I calculated a contract amount of $65,215,692 for contracts to sell Luna Tokens from April of 2018 until July of 2021. The vendor indicated within each of these contracts is Terraform Labs Limited ("TFL"). The total of these contract amounts is similar to the amount of US Dollar fiat currency ("Cash") or crypto assets I or others at the SEC were able to ascertain as having been received by Terraform, as detailed herein. Specifically, I reviewed bank statements along with a spreadsheet that appears to include bank transaction information, indicating that Terraform received $35,034,426 in Cash from the buyers indicated at Exhibit 1.[1] Donald E. Battle's declaration ("Battle

---

[1] A portion of the Cash receipts totaling $2,909,993 were obtained from the tab labeled "2018" at the workbook of spreadsheets at TFL_SEC_00220797. The title of this document is "TFL SG CIMB.xlsx." See Exhibit 1 at column J and Lines 29, 34, 39 and 52 for the Cash receipts comprising $2,909,993. The document at TFL_SEC_00220797 includes 4 individual spreadsheets. The first spreadsheet, labeled, "transactions history" contains CIMB Bank transactions for the year of 2019 for the account ending in 5203 with an account name of Terraform Labs PTE LTD. The other three worksheets are labeled "2020," "2019," and "2018."

Declaration") at paragraph 9 indicates that Terraform wallet addresses received an estimated $23,938,604 worth of crypto assets that appear to be in exchange for sales of Luna Tokens executed between 2018 and 2021. See Exhibit 1 for further details of the contracts that comprise $65,215,692 along with the details of the Cash received from the buyers. Between the value of the Cash and crypto assets received from the buyers, Terraform received at least $58,973,030 of Cash and crypto assets.

b. *Mirror Tokens:* Based on my review of signed contracts, as listed in Exhibit 2, I calculated a contract amount of $4,270,000 to sell Mirror Tokens. The vendor indicated within each of these contracts is Terraform Labs Limited. The contracts I reviewed indicated they were executed either during September or October of 2020. The total of these contracts is similar to the amounts of Cash or crypto assets I or others at the SEC were able to ascertain Terraform received, as detailed herein. Specifically, I reviewed a bank statement indicating that Terraform received Cash of $199,993, indicated at Exhibit 2. The Battle Declaration at paragraph 15 indicates that an estimated $3,795,000 of crypto assets went to Terraform wallets that appear related to Terraform's sales of Mirror. See Exhibit 2 for further details of the contracts that comprise $4,270,000 along with the details of the Cash received from the buyer. The sum of the Cash and crypto assets reflected at Exhibit 2 is $3,994,993.

c. *Luna Foundation Guard ("LFG") Contracts:* Based on my review of LFG contracts, as listed in Exhibit 3, I calculated a contract amount of $1,002,931,799 to sell Luna Tokens. I was asked by SEC counsel to subtract a contract for $155,531,799 where TFL was the buyer.[2] After doing so, the revised contract amount is $847,400,000. The vendor indicated within each of these contracts is Luna Foundation Guard, LTD and all of the contracts were dated January 21, 2022 or February 15, 2022. The Battle Declaration at paragraphs 25 and 26 indicates that $845,458,136 was received in connection with these contracts and the $845,458,136 excludes a $155,531,799 Terraform deposit. See Exhibit 3 for further details of the $1,002,931,799 of contracts.

d. *LFG Contract with Genesis:* I reviewed a contract for Luna Foundation Guard LTD to sell Genesis Asia Pacific PTE LTD ("Genesis") 1,000,000,000 TerraUSD (UST). This contract was signed by a representative of Genesis. I reviewed a copy of an email from jgottlieb@morrisoncohen, who SEC counsel informed me is a lawyer for Genesis, addressed to SEC staff attorney Roger Landsman and others stating, "We can confirm that the trade for 1 billion UST between Genesis Asia Pacific Pte. LTD. ("GAP") and Luna Foundation Guard, LTD ("LFG") occurred…..The Contract was not signed by LFG, but the trade was executed nevertheless. The trade occurred over a series of four $250 million tranches." The contract states, "The Company agrees to accept payment for the total purchase

---

The spreadsheet labeled "2018" contains a listing of deposits and withdrawals for the year of 2018.

[2] See Exhibit 3 line 4 for further details of this contract.

price in Bitcoin (BTC)." The Battle Declaration at paragraph 28 indicates that Luna Foundation Guard LTD received Bitcoin from Genesis valued at $985,988,886.

e. *Terraform Labs Sales on Crypto Asset Trading Platforms:* I was told by SEC counsel that the SEC would be seeking disgorgement for Terraform sales of UST on crypto asset trading platforms and to include these sales in summing the requested disgorgement. The Battle Declaration at paragraph 19 indicates that Terraform sold an estimated $2,289,273,269 net UST on crypto asset trading platforms to investors.

II.  **Disgorgement Amounts & Prejudgment Interest Calculations**

7.  I summed the amounts identified in this declaration, as follows:

| Supporting Declaration Paragraphs | Contract amount | Cash received | Value of Crypto Assets received | Total of Cash and Value of Crypto Assets |
|---|---|---|---|---|
| 6(a) | $65,215,692 | $35,034,426 | $23,938,604 | $58,973,030 |
| 6(b) | $4,270,000 | $199,993 | $3,795,000 | $3,994,993 |
| 6(c) | $847,400,000 | $0 | $845,458,136 | $845,458,136 |
| 6(d) | $985,988,886[3] | $0 | $985,988,886 | $985,988,886 |
| 6(e) | $2,289,273,269[4] | $0 | $2,289,273,269 | $2,289,273,269 |
| Total | **$4,192,147,847** | **$35,234,419** | **$4,148,453,895** | **$4,183,688,314** |

I was asked to calculate prejudgment interest on the total contract amounts I summed up, of **4,192,147,847**. To calculate prejudgment interest, I used a calculator provided by the SEC for staff use,[5] and the prejudgment interest rate I used is the same rate used by the Internal Revenue Service to calculate underpayment penalties.[6] For the start date for calculating prejudgment interest, I used May 31, 2022 as SEC counsel informed me this represents the date of the last illegal conduct alleged in the SEC's amended complaint. I used an end date of April 1, 2024 as SEC counsel informed me this date was conservatively chosen since the Court's judgment in this matter will be entered in May 2024.

---

[3] The contract stated 1,000,000,000 UST would be sold, rather than a US dollar value. I used the value of the BTC from paragraph 6(d) as the contract amount.

[4] This amount represents the total value of UST sold by Terraform on crypto asset trading platforms, and not from any particular signed contract.

[5]   When calculating prejudgment interest, the SEC's prejudgment interest calculator compounds interest quarterly rather than daily. In addition, partial months are ignored. Any violation taking place at any time during a month is treated as occurring at the end of the month.

[6]   That rate is defined as the Federal short-term rate (also known as the period rate) plus three percentage points (also known as the annual rate).

8. The results of my prejudgment interest calculation is set forth in the Summary Chart below, and I have attached, at Exhibit 4, a true and correct copy of the prejudgment interest report.

9. The following Summary Chart reflects the results of my review of the Financial Records in this case and the calculations I performed as described in this declaration:

**Summary Chart**

| Defendant | Disgorgement | Supporting Declaration Paragraph | PJI |
|---|---|---|---|
| Terraform and Kwon | $4,192,147,847 | 7 | $545,748,909 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on April 19, 2024, at Washington, D.C.

/s/ *Avron Elbaum*
Avron Elbaum

| | Contract Information | | | | | | | Amounts received by Terraform | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contract Date | Buyer | Contract Amount | | Vendor Name | Token Name | Signed Contract | Beginning Bates Number | Deposit Date | Amount | | Payor | Bank Statement Addressee | Bank Name | Account Number Ending in | Bates Number |
| 04/17/18 | HWISANG KIM | $ | 3,000,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112963 | | | | | | | | |
| 04/17/18 | Dunamu & Partners | $ | 2,000,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00107715 | | | | | | | | |
| 04/17/18 | P2PPE LTD | $ | 1,000,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112739 | | | | | | | | |
| 04/17/18 | 1kx LP | $ | 500,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00110687 | | | | | | | | |
| 04/17/18 | Younghoon Moon | $ | 450,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112991 | | | | | | | | |
| 04/17/18 | Divergence Digital Currency LP | $ | 375,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00153085 | | | | | | | | |
| 04/17/18 | BGT Issuer Limited | $ | 250,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112935 | | | | | | | | |
| 04/17/18 | Dongwon Kim | $ | 200,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00108769 | | | | | | | | |
| 04/17/18 | Pui Boon Keng | $ | 200,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00108691 | | | | | | | | |
| 04/17/18 | Seunghwan Han | $ | 200,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112823 | | | | | | | | |
| 04/17/18 | BitPlus Digital Asset Holdings (Cayman), L.P. | $ | 100,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112851 | | | | | | | | |
| 04/17/18 | Stefano Schiavi | $ | 100,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112627 | | | | | | | | |
| 04/17/18 | David Lee | $ | 100,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112711 | | | | | | | | |
| 04/17/18 | Milojko Spajic | $ | 75,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112767 | | | | | | | | |
| 04/17/18 | OH ENG BIN | $ | 60,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112795 | | | | | | | | |
| 04/17/18 | Jonathan Choi | $ | 50,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00108585 | | | | | | | | |
| 04/17/18 | QCP CAPITAL PTE LTD | $ | 50,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00108532 | | | | | | | | |
| 04/17/18 | Konstantinos Mihalopoulos | $ | 30,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00113047 | | | | | | | | |
| 04/17/18 | Paul Veradittakit | $ | 25,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112879 | | | | | | | | |
| 04/17/18 | Tony Chu | $ | 25,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00108479 | | | | | | | | |
| 04/17/18 | Nikolaos Devletoglou | $ | 20,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112683 | | | | | | | | |
| 04/17/18 | Kyung Hun Kim | $ | 10,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112655 | | | | | | | | |
| 04/18/18 | Huobi Capital Inc. | $ | 750,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112597 | | | | | | | | |
| 07/11/18 | Polychain Fund 1 LP | $ | 3,000,000.00 | Terraform Labs Limited | Luna Tokens | Yes | POLY000000098 | | | | | | | | |
| 07/11/18 | Kenetic Capital SP1 Limited | $ | 500,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00113439 | | | | | | | | |
| 07/19/18 | OK Blockchain Capital Limited | | None Noted | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00113391 | | | | | | | | |
| 07/19/18 | TransLink Capital Partners IV, L.P. | $ | 2,000,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_00286059 and TFL_SEC_00286083 | 9/14/2018 | $ | 2,000,000.00 3 | TRANSLINK CAPITAL | Terraform Labs PTE. LTD. | CIMB | -5203 | TFL_SEC_00220797 |
| 07/19/18 | Arrington XRP Capital Cayman SPV, Ltd. | $ | 1,000,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00113075 | | | | | | | | |
| 07/19/18 | Cherubic Ventures Advisory Limited | $ | 1,000,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00109763 | | | | | | | | |
| 07/19/18 | Nirvana Capital Limited | $ | 1,000,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00113415 | | | | | | | | |
| 07/19/18 | HOF Capital GGI Fund Tokens, LLC | $ | 999,999.98 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00110377 | 9/7/2018 | $ | 999,999.98 | HOF Capital GGI Fund LP | Terraform Labs PTE. LTD. | DBS | Redacted | TFL_SEC_00160263 |
| 07/19/18 | Monex Group, Inc. | $ | 460,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00109810 | 9/25/2018 | $ | 460,000.00 3 | MONEX GROUP INC | Terraform Labs PTE. LTD. | CIMB | -5203 | TFL_SEC_00220797 |
| 07/19/18 | Sung hun park | $ | 448,401.20 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00109956 | | | | | | | | |
| 07/19/18 | BONGGUN BAE | $ | 440,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00110715 | | | | | | | | |
| 07/19/18 | Siwon Lee | $ | 440,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00108088 | | | | | | | | |
| 07/19/18 | | $ | 440,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00108283 | | | | | | | | |
| 07/19/18 | Jack Abraham | $ | 350,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00109786 | 9/21/2018 | $ | 350,000.00 3 | JACK ABRAHAM | Terraform Labs PTE. LTD. | CIMB | -5203 | TFL_SEC_00220797 |
| 07/19/18 | Coefficient Group Holding Limited | $ | 250,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00113125 | | | | | | | | |
| 07/19/18 | Digital Asset Capital Management Inc. | $ | 250,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00113149 | | | | | | | | |
| 07/19/18 | Northgatestars | $ | 250,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00108332 | | | | | | | | |
| 07/19/18 | Jinyong park | $ | 200,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00113269 | | | | | | | | |
| 07/19/18 | WXY Consulting Pte. Ltd. | $ | 170,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00110573 | | | | | | | | |
| 07/19/18 | Karisa Anne Sukamto | $ | 150,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00109835 | | | | | | | | |
| 07/19/18 | Masa Kakiya | $ | 150,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00109884 | | | | | | | | |
| 07/19/18 | Jinyong park | $ | 100,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00113293 | | | | | | | | |
| 07/19/18 | GBIC LLC | $ | 100,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00113173 | | | | | | | | |
| 07/19/18 | Joon Yong Choi | $ | 100,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00108381 | | | | | | | | |

| | Contract Information | | | | | | | Amounts received by Terraform | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contract Date | Buyer | Contract Amount | | Vendor Name | Token Name | Signed Contract | Beginning Bates Number | Deposit Date | Amount | | Payor | Bank Statement Addressee | Bank Name | Account Number Ending in | Bates Number |
| 04/17/18 | HWISANG KIM | $ | 3,000,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112963 | | | | | | | | |
| 07/19/18 | Joonsung Kwon | $ | 100,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00108039 | | | | | | | | |
| 07/19/18 | Loi Luu | $ | 100,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00113197 | | | | | | | | |
| 07/19/18 | The Tenev Living Trust | $ | 100,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00113317 | 8/13/2018 | $ | 99,993.00  3 | VLADIMIR TENEV | Terraform Labs PTE. LTD. | CIMB | | TFL_SEC_00220797 |
| 07/19/18 | 서승완 | $ | 61,511.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00109908 | | | | | | | | |
| 07/19/18 | Jeongin Hong | $ | 50,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00108234 | | | | | | | | |
| 07/19/18 | KANG JUN YEAR | $ | 50,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00108430 | | | | | | | | |
| 07/19/18 | Choi Ji Woong | $ | 44,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00109932 | | | | | | | | |
| 07/19/18 | LEE Kwangsug | $ | 44,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00108185 | | | | | | | | |
| 07/19/18 | Sha-Li Chi | $ | 19,999.88 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00109859 | 9/6/2018 | $ | 19,999.88 | Sha-Li Chi + Victor Wang | Terraform Labs PTE. LTD. | DBS | Redacted | TFL_SEC_00160263 |
| 07/19/18 | NEOPLY | $ | 18,400.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00113245 and TFL_SEC_A_00113367 | | | | | | | | |
| 07/19/18 | JEAN-MICHEL TEXIER | $ | 18,367.43 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00113221 | | | | | | | | |
| 07/23/18 | Binance Marketing Services Limited | $ | 3,000,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00113099 | | | | | | | | |
| 09/03/18 | Kakao Investment Co., LTD. | $ | 1,000,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00110863 | | | | | | | | |
| 12/28/2019 | DZG Investment Trust | $ | 90,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112509 | 1/9/2020 | $ | 90,000.00 | David Z Galper | Terraform Labs PTE. LTD. | CIMB Bank | -5203 | TFL_SEC000218019 |
| 6/2/2020 | ACCII Offshore BlockerLimited | $ | 600,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112399 | 6/3/2020 | $ | 600,000.00 | ACCII Offshore Bl | Terraform Labs PTE. LTD. | CIMB Bank | -5203 | TFL_SEC00218010 at 11 |
| 6/2/2020 | ACCOMPLICE BLOCK CHAIN TWO LIMITED | $ | 600,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112443 | 6/3/2020 | $ | 600,000.00 | Accomplice Block C | Terraform Labs PTE. LTD. | CIMB Bank | -5203 | TFL_SEC00218010 |
| 6/2/2020 | DZG Investment Trust | $ | 200,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112333 | 6/3/2020 | $ | 200,000.00 | David Z Galper | Terraform Labs PTE. LTD. | CIMB Bank | -5203 | TFL_SEC000218010 at 011 |
| 6/2/2020 | Wenlambo Two Limited | $ | 100,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112355 | 6/3/2020 | $ | 100,000.00 | Wenlambo Two | Terraform Labs PTE. LTD. | CIMB Bank | -5203 | TFL_SEC000218010 |
| 6/2/2020 | Tailwater Investments LLC | $ | 75,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112465 | 6/3/2020 | $ | 75,000.00 | Tailwater Investm | Terraform Labs PTE. LTD. | CIMB Bank | -5203 | TFL_SEC00218010 |
| 6/2/2020 | Frank Castellucci | $ | 15,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112421 | 6/3/2020 | $ | 14,970.00 | Frank Castelluc | Terraform Labs PTE. LTD. | CIMB Bank | -5203 | TFL_SEC00218010 |
| 6/16/2020 | DZG Investment Trust | $ | 99,650.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112289 | 6/17/2020 | $ | 99,650.00 | David Z Galper | Terraform Labs PTE. LTD. | CIMB Bank | -5203 | TFL_SEC000218010 at 012 |
| 6/19/2020 | Pantera Digital Asset Fund LP | $ | 1,700,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00110511 | 6/23/2020 | $ | 1,699,980.00 | Pantera Digital A | Terraform Labs PTE. LTD. | CIMB Bank | -5203 | TFL_SEC000218010 at 012 |
| 7/9/2020 | Jiwoong Choi | $ | 836,470.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00110480 | | | | | | | | |
| 7/21/2020 | Multicoin Concentrated Master Fund, LP | $ | 250,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00110458 | | | | | | | | |
| 8/14/2020 | Collab + Currency LP | $ | 499,999.90  2 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00110158 | | | | | | | | |
| 10/27/2020 | Galaxy Digital Trading HK Limited | $ | 4,000,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00110626 | | | | | | | | |
| 10/27/2020 | Ed Roman (Hack VC) | $ | 75,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112115 | 10/29/2020 | $ | 74,970.00 | Hack VC 2020 L.P | Terraform Labs PTE. LTD. | CIMB Bank | -5203 | TFL_SEC00217948 at 949 |
| 10/28/2020 | Legacy Two Holdings Ltd | $ | 250,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00110597 | | | | | | | | |
| 5/17/2021 | Andromeda Capitol Advisors GmbH | $ | 100,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00107811 | | | | | | | | |
| 6/14/2021 | Blockchain Ventures Fund I LP | $ | 1,300,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00107782 | 6/17/2021 | $ | 1,299,970.00 | Blockchain Ventur | Terraform Labs PTE. LTD. | CIMB Bank | -5203 | TFL_SEC00226007 at 08 |
| 2020 (date omitted) | Josh Hannah | $ | 200,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112231 | | | | | | | | |
| 6/2021 (day omitted) | Lightspeed Venture Partners XIII L.P. | $ | 250,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_00162952 | 6/24/2021 | $ | 250,000.00 | Lightspeed Ventur | Terraform Labs PTE. LTD. | CIMB Bank | -5203 | TFL_SEC00226007 at 09 |

| | Contract Information | | | | | | | Amounts received by Terraform | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contract Date | Buyer | Contract Amount | Vendor Name | Token Name | Signed Contract | Beginning Bates Number | Deposit Date | Amount | Payor | Bank Statement Addressee | Bank Name | Account Number Ending in | Bates Number |
| 04/17/18 | HWISANG KIM | $ 3,000,000.00 | Terraform Labs Limited | Luna Tokens | Yes | TFL_SEC_A_00112963 | | | | | | | |
| 9/8/2020 and 7/22/2021 | Tai Mo Shan Limited | $ 25,999,893.00 ¹ | Terraform Labs Limited | LUNA | Yes | SEC-JUMPTRADE-E-0000002 and SEC-JUMPTRADE-E-0000074 | 11/1/2021 | $ 25,999,893.00 | Tai Mo Shan Limit | Terraform Labs PTE. LTD. | CIMB Bank | -5203 | TFL_SEC00215729 |
| | Grand Total | **$ 65,215,692.39** | | | | | Total of above | $ 35,034,425.86 | | | | | |
| | | | | | | Crypto assets from the Battle Declaration at paragraph 9 | | $ 23,938,604.00 | | | | | |
| | | | | | | | Grand Total | **$ 58,973,029.86** | | | | | |

¹ This amount is based on the amount paid by Tai Mo Shan Limited on 11/1/2021.
² This amount was calculated by multiplying the "purchase price" by the "purchased tokens" in Exhibit A of the agreement at TFL_SEC_A_00110158.
³ This sum of these amounts is $2,909,993.

|   | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | Contract Information | | | | | | | Amounts received by Terraform | | | |
| 2 | Execution Date | Buyer | Contract Amount | Vendor Name | Token Name | Signed Contract | Beginning Bates Number | Date of Deposit | Amount | Payor | Bank Statement Addressee | Bank Name | Account Number Ending In | Bates Number |
| 3 | 9/30/2020 | Arrington XRP Capital Cayman SPV, Ltd. | $ 1,000,000.00 | Terraform Labs Limited | Mirror Token | Yes | TFL_SEC_00162679 | | | | | | | |
| 4 | 9/30/2020 | Pantera ICO Fund LTD | $ 649,478.28 | Terraform Labs Limited | Mirror Token | Yes | TFL_SEC_00162734 | | | | | | | |
| 5 | 9/30/2020 | Seojoon Kim | $ 500,000.00 | Terraform Labs Limited | Mirror Token | Yes | TFL_SEC_00162701 | | | | | | | |
| 6 | 9/30/2020 | Chainer Consultants | $ 500,000.00 | Terraform Labs Limited | Mirror Token | Yes | TFL_SEC_00172550 | | | | | | | |
| 7 | 9/30/2020 | Pantera Long-Term ICO Master Fund LP | $ 291,417.75 | Terraform Labs Limited | Mirror Token | Yes | TFL_SEC_00162712 | | | | | | | |
| 8 | 10/2/2020 | Variant Fund LP | $ 250,000.00 | Terraform Labs Limited | Mirror Token | Yes | Variant_SEC_Mirror_0004278 | | | | | | | |
| 9 | 10/16/2020 | Coinbase Global Inc | $ 200,000.00 | Terraform Labs Limited | Mirror Token | Yes | CB_MIRROR_00000001 | 10/19/2020 | $ 199,993 | Coinbase Global Inc | Terraform Labs PTE. LTD. | CIMB Bank | -5203 | TFL_SEC_00226418 |
| 10 | September 2020 | Lee Chooi Lean/ATQ Capital PTE. LTD. | $ 200,000.00 | Terraform Labs Limited | Mirror Token | Yes | TFL_SEC_00172583 | | | | | | | |
| 11 | 9/28/2020 | Robot Ventures II, a Series of Robot Ventures LP | $ 175,000.00 | Terraform Labs Limited | Mirror Token | Yes | RM_SEC_0000036 | | | | | | | |
| 12 | 9/27/2020 | Robert Shavell/Accomplice Blockchain Two Limited | $ 125,000.00 | Terraform Labs Limited | Mirror Token | Yes | ACCMGMT00001926 | | | | | | | |
| 13 | 9/27/2020 | ACCII Offshore Blocker Limited | $ 125,000.00 | Terraform Labs Limited | Mirror Token | Yes | ACCMGMT00006639 | | | | | | | |
| 14 | 9/29/2020 | Xiaoyue Dai | $ 100,000.00 | Terraform Labs Limited | Mirror Token | Yes | Dai_SEC_Mirror_0000001 | | | | | | | |
| 15 | 9/30/2020 | Pantera ICO Fund II LTD | $ 59,103.97 | Terraform Labs Limited | Mirror Token | Yes | TFL_SEC_00162723 | | | | | | | |
| 16 | 9/27/2020 | Spencer Noon | $ 50,000.00 | Terraform Labs Limited | Mirror Token | Yes | Noon_SEC_Mirror_0000001 | | | | | | | |
| 17 | 9/28/2020 | Qiao Wang | $ 25,000.00 | Terraform Labs Limited | Mirror Token | Yes | TFL_0001831 | | | | | | | |
| 18 | 10/28/2020 | William Wolf | $ 15,000.00 | Terraform Labs Limited | Mirror Token | Yes | TFL_SEC_00162646 | | | | | | | |
| 19 | 9/30/2020 | Avishay Ovadia | $ 5,000.00 | Terraform Labs Limited | Mirror Token | Yes | TFL_SEC_00162747 | | | | | | | |
| 20 | | Grand Total | $ 4,270,000.00 | | | | | total of above | $ 199,993 | | | | | |
| 21 | | | | | | | Crypto assets from the Battle Declaration at paragraph 15 | | $ 3,795,000 | | | | | |
| 22 | | | | | | | | Grand Total | $ 3,994,993 | | | | | |

| Date of Contract | Buyer | Contract Amount | Beginning Bates Number | Vendor Name | Token Name | Signed contract |
|---|---|---|---|---|---|---|
| 1/21/2022 | Tai Mo Shan Limited | $330,000,000.00 | TFL_SEC_A_00154347 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | Three Arrows Capital Ltd. | $190,000,000.00 | TFL_SEC_A_00153616 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 2/15/2022 | Terraform Labs Limited | $155,531,798.74 | TFL_SEC_A_00152998 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | Tribe Crypto Aggregator I Limited | $57,000,000.00 | TFL_SEC_A_00154403 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | RCAPITAL TERRANOVA | $35,900,000.00 | TFL_SEC_A_00153672 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | Fliquet Ventures Limited | $20,000,000.00 | TFL_SEC_A_00153280 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | JCDP-7 Digital Ltd | $20,000,000.00 | TFL_SEC_A_00153700 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | HOF Capital Growth Opportunity XII | $20,000,000.00 | TFL_SEC_00153859 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | Electric Venture Fund II Global LTD | $20,000,000.00 | TFL_SEC_A_00153868 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | GSR Markets Limited | $15,000,000.00 | TFL_SEC_A_00153392 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | Zee Prime I Limited | $12,000,000.00 | TFL_SEC_A_00153364 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | Delphi Ventures Master Fund 1 LP | $10,000,000.00 | TFL_SEC_A_00153532 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | Berggruen Holdings Limited | $10,000,000.00 | TFL_SEC_A_00153784 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | Kurt Bradley Wagner | $10,000,000.00 | TFL_SEC_A_00154232 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | Lunatic Capital Cayman Islands LLC | $10,000,000.00 | TFL_SEC_A_00154316 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | Blockchain Access UK Limited | $8,000,000.00 | TFL_SEC_A_00154064 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | Commonwealth Digital Asset Master Fund LTD | $7,000,000.00 | TFL_SEC_A_00153448 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | Commonwealth Asset Management Global Macro Master Fund LTD | $6,000,000.00 | TFL_SEC_A_00153420 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | Hypersphere Digital Limited | $5,000,000.00 | TFL_SEC_A_00152966 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | CD Management Co Ltd | $5,000,000.00 | TFL_SEC_A_00153476 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | Maven II Blockchain Venture Fund 2 LP | $5,000,000.00 | TFL_SEC_A_00153644 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | Rich Destiny International Limited | $5,000,000.00 | TFL_SEC_A_00154092 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | Coinfund LP | $5,000,000.00 | TFL_SEC_A_00154008 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | L1D Blockchain Venture II SLP | $5,000,000.00 | TFL_SEC_A_00154148 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | Road Capital Master Fund LP | $5,000,000.00 | TFL_SEC_A_00154431 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | CMT Digital Limited | $4,000,000.00 | TFL_SEC_A_00153952 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | BBF Offshore Holdings LLC | $3,750,000.00 | TFL_SEC_A_00153924 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | True Ventures VII Cayman I, Ltd | $3,500,000.00 | TFL_SEC_A_00153756 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | Standard Crypto Flagship Fund LP | $3,000,000.00 | TFL_SEC_A_00154288 | Luna Foundation Guard, LTD | Luna Tokens | Yes |
| 1/21/2022 | CMS Holdings LLC | $3,000,000.00 | TFL_SEC_A_00153812 | Luna Foundation Guard LTD | Luna Tokens | Yes |
| 1/21/2022 | Coinfund Liquid Opportunities LP | $2,500,000.00 | TFL_SEC_A_00154036 | Luna Foundation Guard LTD | Luna Tokens | Yes |
| 1/21/2022 | BH Digital Venture Master Fund I LP | $2,000,000.00 | TFL_SEC_A_00153252 | Luna Foundation Guard LTD | Luna Tokens | Yes |
| 1/21/2022 | Mantis Capital (BVI) Ltd | $2,000,000.00 | TFL_SEC_A_00153308 | Luna Foundation Guard LTD | Luna Tokens | Yes |
| 1/21/2022 | Darryl Wang Yean Jun | $2,000,000.00 | TFL_SEC_A_00153504 | Luna Foundation Guard LTD | Luna Tokens | Yes |
| 1/21/2022 | Speeca Limited | $2,000,000.00 | TFL_SEC_A_00153588 | Luna Foundation Guard LTD | Luna Tokens | Yes |
| 1/21/2022 | MNR Gulf Holdings Limited | $1,250,000.00 | TFL_SEC_A_00153728 | Luna Foundation Guard LTD | Luna Tokens | Yes |
| 1/21/2022 | CMT Digital Ventures Offshore Fund II LP | $1,000,000.00 | TFL_SEC_A_00153896 | Luna Foundation Guard LTD | Luna Tokens | Yes |
| 1/21/2022 | CMT Digital Ventures Offshore Fund II (QP) LP | $1,000,000.00 | TFL_SEC_A_00153980 | Luna Foundation Guard LTD | Luna Tokens | Yes |
| 1/21/2022 | Mukaya Panich | $500,000.00 | TFL_SEC_A_00154260 | Luna Foundation Guard LTD | Luna Tokens | Yes |
| | Total | $1,002,931,798.74 | | | | |



# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

## Exhibit 4

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$4,192,147,847.00** |
| 06/01/2022-06/30/2022 | 4.00% | 0.33% | $13,782,403.88 | $4,205,930,250.88 |
| 07/01/2022-09/30/2022 | 5.00% | 1.26% | $53,006,244.26 | $4,258,936,495.14 |
| 10/01/2022-12/31/2022 | 6.00% | 1.51% | $64,409,121.79 | $4,323,345,616.93 |
| 01/01/2023-03/31/2023 | 7.00% | 1.73% | $74,622,129.83 | $4,397,967,746.76 |
| 04/01/2023-06/30/2023 | 7.00% | 1.75% | $76,753,574.10 | $4,474,721,320.86 |
| 07/01/2023-09/30/2023 | 7.00% | 1.76% | $78,951,247.41 | $4,553,672,568.27 |
| 10/01/2023-12/31/2023 | 8.00% | 2.02% | $91,822,000.28 | $4,645,494,568.55 |
| 01/01/2024-03/31/2024 | 8.00% | 1.99% | $92,402,187.05 | $4,737,896,755.60 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| 06/01/2022-03/31/2024 | | | $545,748,908.60 | $4,737,896,755.60 |