UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiffs,<br><br>     v.<br><br>TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON,<br><br>          Defendants. | Case No. 1:23-cv-01346 (JSR) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, Zachary D. Tripp hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Terraform Labs, Pte. Ltd. in the above-captioned action.

I am a member in good standing of the bars of the District of Columbia, the State of New York, and the State of Vermont, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated: May 21, 2024

Respectfully submitted,

*/s/ Zachary D. Tripp*
Zachary D. Tripp
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Zack.Tripp@weil.com
*Attorney for Defendant Terraform Labs, PTE. Ltd.*

**CERTIFICATE OF SERVICE**

I certify that on May 21, 2024, I caused a copy of the foregoing Motion for Admission *Pro Hac Vice* to be served by ECF on all parties who have made an ECF appearance.

*/s/ Zachary D. Tripp*
Zachary D. Tripp