UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON,<br><br>　　　　Defendants. | Case No. 1:23-cv-01346 (JSR) |

## DECLARATION OF ZACHARY D. TRIPP

I, Zachary D. Tripp, declare as follows:

1.　　I am a member in good standing of the bars of the District of Columbia, the State of New York, and the State of Vermont, and there are no pending disciplinary proceedings against me in any state or federal court.

2.　　I have never been convicted of a felony.

3.　　I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4.　　I do not have any disciplinary proceedings presently pending against me.

I declare under penalty of perjury under the law of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Dated: May 21, 2024

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Zachary D. Tripp
　　　　　　　　　　　　　　　　　　　　　　　　Zachary D. Tripp