

# VERMONT SUPREME COURT

# CERTIFICATE OF ADMISSION AND GOOD STANDING

This is to **CERTIFY** that **Zachary Tripp, #6247,** was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of the State by the Vermont Supreme Court on the 15th day of April 2021.

This is to **FURTHER CERTIFY** that the said **Zachary Tripp, Esq.** is on active status and is in good standing according to the records of this Court.

Dated at Montpelier, Vermont, this 21st day of May 2024.

*Emily Wetherell*
Emily Wetherell
Deputy Clerk