UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiffs,<br><br>   v.<br><br>TERRAFORM LABS, PTE. LTD. and DO HYEONG KWON,<br><br>       Defendants. | Case No. 1:23-cv-01346 (JSR) |

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Zachary D. Tripp for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia, the State of New York, and the State of Vermont and that his contact information is as follows:

>Zachary D. Tripp
>WEIL, GOTSHAL & MANGES LLP
>2001 M Street, NW, Suite 600
>Washington, DC 20036
>Telephone: (202) 682-7000
>Email: Zack.Tripp@weil.com

Applicant having requested admission *pro hac vice* for all purposes as counsel for Terraform Labs, PTE. Ltd. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

                                                                                   United States District / Magistrate Judge

Dated: _____