UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　-v-<br><br>TERRAFORM LABS PTE LTD. and DO HYEONG KWON,<br><br>　　　　Defendants. | 23-cv-1346 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Counsel for the parties informed the Court earlier today that they are in serious settlement negotiations to resolve the dispute over the amount of the penalties the Court should impose against defendants. Accordingly, at the parties' request, the hearing on this issue scheduled for today at 2pm is adjourned until May 29, 2024, at 4:00 PM.

　　　SO ORDERED.

Dated:　New York, NY
　　　　May 22, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.

1